**Luckin Coffee Inc. (LK)**  **Cohen, Martin**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 1/22/2020 | Purchase | 1,000 | $45.8500 |
| 1/31/2020 | Sale | (1,000) | $30.0000 |