```
UNITED STATES DISTRICT COURT              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK             DOCUMENT
------------------------------------------X  ELECTRONICALLY FILED
                                          :  DOC #: _____
MARTIN COHEN, individually and on behalf of all : DATE FILED: 2/14/2020
others similarly situated,                :
                                          :
                                          :     20-cv-01293 (LJL)
                     Plaintiff,           :
                                          :   ORDER REGARDING
        -v-                               :   NOTICE TO PURPORTED
                                          :   PLAINTIFF CLASS
LUCKIN COFFEE INC., JENNY ZHIYA QIAN, and :   MEMBERS
REINOUT HENDRIK SCHAKEL,                  :
                                          :
                     Defendants.          :
------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

On February 13, 2020, Plaintiff filed a putative class action on behalf of "a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Luckin securities between November 13, 2019 and January 31, 2020, both dates inclusive." Dkt. No. 1 at ¶ 1. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "[n]ot later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i).

It is hereby ORDERED that no later than March 10, 2020, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

SO ORDERED.

Dated: February 14, 2020                   _____
       New York, New York                          LEWIS J. LIMAN
                                               United States District Judge