# EXHIBIT E

**Financial Interest Analysis for the Luckin Investor Group**
**Class Period: May 17, 2019 - April 6, 2020**

**Daniel L. Miremont**
**FIFO/LIFO - Luckin Coffee, Inc. ADSs**

| Transaction Type | Trade Date | # of ADSs | Price Per ADS | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 3/5/2020 | 2,380.00 | $41.8851 | ($99,686.54) |
| Purchase | 3/9/2020 | 2,800.00 | $35.8239 | ($100,306.92) |
| Purchase | 3/16/2020 | 1,600.00 | $31.0091 | ($49,614.56) |
| *Total Class Period Purchases* | | **6,780.00** | | **($249,608.02)** |
| | | | | |
| Retained ADSs [1] | | 6,780.00 | $4.3900 | $29,764.20 |
| | | | **FIFO/LIFO:** | **($219,843.82)** |

**Kevin P. Conway**
**FIFO/LIFO - Luckin Coffee, Inc. ADSs**

| Transaction Type | Trade Date | # of ADSs | Price Per ADS | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 2/4/2020 | 1,000.00 | $34.4955 | ($34,495.50) |
| Purchase | 2/13/2020 | 1,000.00 | $38.4000 | ($38,400.00) |
| Purchase | 2/13/2020 | 1,000.00 | $38.0000 | ($38,000.00) |
| Purchase | 3/16/2020 | 1,250.00 | $30.7700 | ($38,462.50) |
| Purchase | 3/27/2020 | 1,000.00 | $25.9241 | ($25,924.10) |
| Purchase | 3/27/2020 | 188.00 | $25.8356 | ($4,857.09) |
| Purchase | 3/27/2020 | 150.00 | $25.8800 | ($3,882.00) |
| Purchase | 3/27/2020 | 38.00 | $25.8900 | ($983.82) |
| *Total Class Period Purchases* | | **5,626.00** | | **($185,005.01)** |
| | | | | |
| Retained ADSs [1] | | 5,626.00 | $4.3900 | $24,698.14 |
| | | | **FIFO/LIFO:** | **($160,306.87)** |

**Luckin Investor Group FIFO/LIFO:** **($380,150.69)**

[1] *ADSs retained at the end of the Class Period are valued at the average price from April 6, 2020 to April 13, 2020. Trading in Luckin Coffee, Inc. ADSs has been halted since April 7, 2020.*