## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MARTIN COHEN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | **No. 20-cv-01293 (LJL)** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| LUCKIN COFFEE INC., JENNY ZHIYA QIAN, and REINOUT HENDRIK SCHAKEL, | ) ) ) | |
| Defendants. | ) ) | |
| | ) | |
| WAI CHUN SHEK, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | **No. 20-cv-02977 (NRB)** |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| LUCKIN COFFEE INC., JENNY ZHIYA QIAN, CHARLES ZHENGYAO LU, REINOUT HENDRIK SCHAKEL, JINYI GUO, JIAN LIO, HUI LI, ERHAI LIU, CREDIT SUISSE SECURITIES (USA) LLC, MORGAN STANLEY & CO. LLC, CHINA INTERNATIONAL CAPITAL CORP. HONG KONG SECURITIES LTD., HAITONG INT'L SECURITIES CO. LTD., KEYBANC CAPITAL MARKETS INC., AND NEEDHAM & COMPANY, LLC | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

## MOVANT BOSTON RETIREMENT SYSTEM'S
## NOTICE OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND
## APPROVAL OF SELECTION OF LEAD COUNSEL; AND MOTION FOR
## CONSOLIDATION

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Boston Retirement System ("BRS") will move this Court, on June 2, 2020 at 11:00 am, or on another date and at such time as may be designated by the Court, in Courtroom 15C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for an Order: (i) appointing BRS as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"); (ii) approving BRS's selection of Chimicles Schwartz Kriner & Donaldson-Smith LLP to serve as Lead Counsel pursuant to the PSLRA; (iii) consolidating the above-captioned Actions; and (iv) granting such other and further relief as the Court may deem just and proper.

In support of this Motion, BRS submits the accompanying Memorandum of Law in support thereof, the Declaration of Kimberly Donaldson-Smith filed herewith and all exhibits attached thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

DATED:  April 13, 2020        By:    /s/ Leslie A. Blau
                                    Leslie A. Blau
                                    Paul D. Malmfeldt (to be admitted *pro hac vice*)
                                    **BLAU & MALMFELDT**
                                    566 W. Adams St., Suite 600
                                    Chicago, IL 60661
                                    Telephone: (312) 443-1600
                                    Fax: (312) 443-1665

                                    Nicholas E. Chimicles (to be admitted *pro hac vice*)
                                    Kimberly M. Donaldson Smith (to be admitted *pro hac vice*)
                                    **CHIMICLES SCHWARTZ KRINER**
                                    **& DONALDSON-SMITH LLP**
                                    One Haverford Centre
                                    361 West Lancaster Avenue
                                    Haverford, PA 19041
                                    Telephone: (610) 642-8500
                                    Fax: (610) 649-3633

                                    ***Attorneys for Movant***

2

## CERTIFICATE OF SERVICE

I, Leslie A. Blau, hereby certify that on April 13, 2020, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Leslie A. Blau*
Leslie A. Blau

H0093416.5                                          2