## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN COHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LUCKIN COFFEE INC., JENNY ZHIYA QIAN, and REINOUT HENDRIK SCHAKEL,<br><br>Defendants. | ) )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **No. 20-cv-01293 (LJL)** |
| WAI CHUN SHEK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LUCKIN COFFEE INC., JENNY ZHIYA QIAN, CHARLES ZHENGYAO LU, REINOUT HENDRIK SCHAKEL, JINYI GUO, JIAN LIO, HUI LI, ERHAI LIU, CREDIT SUISSE SECURITIES (USA) LLC, MORGAN STANLEY & CO. LLC, CHINA INTERNATIONAL CAPITAL CORP. HONG KONG SECURITIES LTD., HAITONG INT'L SECURITIES CO. LTD., KEYBANC CAPITAL MARKETS INC., AND NEEDHAM & COMPANY, LLC<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **No. 20-cv-02977 (NRB)** |

**[PROPOSED] ORDER GRANTING BOSTON RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL; AND MOTION FOR CONSOLIDATION**

Having considered Boston Retirement System's ("BRS") Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and Motion for Consolidation, the Memorandum of Law, and Declaration of Kimberly Donaldson-Smith in support thereof, and good cause appearing therefor:

1.    BRS's Motion is GRANTED.

2.    Pursuant to Rule 42 of the Federal Rules of Civil Procedure, the above-captioned Actions are consolidated for all purposes under the *Cohen* caption.

    a.    The file in Case No. **20-cv-01293** shall be the master file for every action in the consolidated action.  The Clerk shall administratively close the other action.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:" When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

    b.    All securities class actions relating to the same or substantially similar alleged wrongdoing by defendants on behalf of the same or substantially similar putative class that is subsequently filed in, or transferred to, this District shall be consolidated into this action.  This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.  This Order is entered

without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

3.  BRS is appointed as Lead Plaintiff for the class pursuant to the Private Securities Litigation Reform Act of 1995.

4.  Chimicles Schwartz Kriner & Donaldson-Smith LLP is appointed as Lead Counsel for the class.  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a) the briefing and argument of any and all motions;

(b) the conduct of any and all discovery proceedings;

(c) the examination of any and all witnesses in depositions;

(d) the selection of counsel to act as spokesperson at all pretrial conferences;

(e) the organization of meetings of plaintiffs' counsel as it deems necessary and appropriate from time to time;

(f) settlement negotiations with counsel for defendants;

(g) the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

(h) the preparation and filing of all pleadings; and

(i) the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

5.  No motion, discovery request, or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery.  No settlement negotiations shall be conducted without the approval of Lead Counsel.

6.      Lead Counsel shall be the contact between plaintiffs' counsel and defendants' counsel, as well as the spokesperson for all plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE