# EXHIBIT C

## SWORN CERTIFICATION OF PLAINTIFF

## LUCKIN COFFEE INC. SECURITIES LITIGATION

I, Xingcheng Li, on behalf HAPNEY Investment Management LLC, certify that:

1.     I have reviewed the complaints and authorize the filing of a lead plaintiff motion on behalf of HAPNEY Investment Management LLC.

2.     I am duly authorized to institute legal action on HAPNEY Investment Management LLC's behalf, including legal action against Luckin Coffee Inc. and other defendants.

3.     HAPNEY Investment Management LLC did not purchase the Luckin Coffee Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4.     HAPNEY Investment Management LLC is willing to serve as a representative party on behalf of a class, and is willing to provide testimony at deposition and trial, if necessary.

5.     HAPNEY Investment Management LLC's transactions in Luckin Coffee Inc. securities during the class period are as follows:

       (See attached transactions)

6.     HAPNEY Investment Management LLC has not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

7.     HAPNEY Investment Management LLC will not accept any payment for serving as a representative party, except to receive its pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

4/8/2020
_____
Date

DocuSigned by:

_____
0E45D661E2184F0...
Xingcheng Li
Chief Executive Officer
HAPNEY Investment Management LLC

**HAPNEY Investment Management LLC's Transactions in Luckin Coffee (LK)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/11/2020 | Bought | 10,000 | $33.9800 |
| 3/19/2020 | Bought | 10,000 | $24.5800 |
| 3/19/2020 | Sold | -10,000 | $24.9900 |
| 3/23/2020 | Bought | 10,000 | $22.3800 |
| 3/23/2020 | Sold | -10,000 | $23.9900 |
| 3/27/2020 | Bought | 10,000 | $25.8000 |
| 3/31/2020 | Sold | -10,000 | $26.9000 |

**SWORN CERTIFICATION OF PLAINTIFF**

Luckin Coffee, Inc., **SECURITIES LITIGATION**

I, Mohsen Sajjadieh, certify:

1. I have reviewed the complaint and authorized its filing and/or adopted its allegations.

2. I did not purchase Luckin Coffee, Inc., the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in Luckin Coffee, Inc., during the class period set forth in the Complaint are as follows:

    See Attached Transactions

5. I have not served as a representative party on behalf of a class under this title during the last three years except as stated:

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

    ____ ☐ Check here if you are a current employee or former employee of the defendant Company.

    I declare under penalty of perjury that the foregoing are true and correct statements.

Dated: 4|6|2020

_____
(Please Sign Your Name Above)

**Mohsen Sajjadieh's Transactions in Luckin Coffee (LK)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 11/15/2019 | Bought | 5,000 | $22.2000 |
| 11/15/2019 | Sold | -5,000 | $24.0500 |
| 11/19/2019 | Bought | 1,000 | $27.4100 |
| 11/19/2019 | Bought | 1,000 | $27.3000 |
| 11/19/2019 | Bought | 1,000 | $27.2000 |
| 11/20/2019 | Bought | 3,000 | $26.0885 |
| 11/21/2019 | Sold | -6,000 | $27.5900 |
| 11/26/2019 | Bought | 5,000 | $30.7500 |
| 11/26/2019 | Bought | 5,000 | $30.7000 |
| 11/26/2019 | Bought | 3,360 | $31.1500 |
| 11/26/2019 | Bought | 3,000 | $31.9100 |
| 11/26/2019 | Bought | 1,000 | $31.9099 |
| 11/26/2019 | Bought | 1,000 | $31.1309 |
| 11/26/2019 | Bought | 800 | $31.8950 |
| 11/26/2019 | Bought | 280 | $31.1400 |
| 11/26/2019 | Bought | 260 | $31.1471 |
| 11/26/2019 | Bought | 200 | $31.9000 |
| 11/26/2019 | Bought | 100 | $31.1369 |
| 11/27/2019 | Bought | 5,000 | $31.2894 |
| 12/4/2019 | Bought | 5,000 | $30.1000 |
| 12/4/2019 | Bought | 5,000 | $29.9000 |
| 12/4/2019 | Bought | 2,912 | $30.6200 |
| 12/4/2019 | Bought | 988 | $30.6100 |
| 12/4/2019 | Bought | 945 | $30.5900 |
| 12/4/2019 | Bought | 100 | $30.6000 |
| 12/4/2019 | Bought | 55 | $30.5500 |
| 12/12/2019 | Sold | -300 | $31.1300 |
| 12/12/2019 | Sold | -716 | $31.1200 |
| 12/12/2019 | Sold | -38,984 | $31.1000 |
| 12/17/2019 | Bought | 10,000 | $30.9300 |
| 12/17/2019 | Bought | 10,000 | $30.5200 |
| 12/17/2019 | Bought | 10,000 | $30.4000 |
| 12/17/2019 | Sold | -16 | $31.2727 |
| 12/17/2019 | Sold | -100 | $31.2851 |
| 12/17/2019 | Sold | -100 | $31.2041 |
| 12/17/2019 | Sold | -100 | $31.2271 |
| 12/17/2019 | Sold | -102 | $31.2141 |
| 12/17/2019 | Sold | -200 | $31.2600 |
| 12/17/2019 | Sold | -296 | $31.2100 |

| 12/17/2019 | Sold | -300 | $31.2702 |
|---|---|---|---|
| 12/17/2019 | Sold | -500 | $31.2800 |
| 12/17/2019 | Sold | -500 | $31.2101 |
| 12/17/2019 | Sold | -711 | $31.2100 |
| 12/17/2019 | Sold | -792 | $31.2081 |
| 12/17/2019 | Sold | -1,000 | $31.2701 |
| 12/17/2019 | Sold | -1,000 | $31.2750 |
| 12/17/2019 | Sold | -1,308 | $31.2902 |
| 12/17/2019 | Sold | -1,328 | $31.2201 |
| 12/17/2019 | Sold | -1,608 | $31.2001 |
| 12/17/2019 | Sold | -1,660 | $31.2241 |
| 12/17/2019 | Sold | -2,246 | $31.2000 |
| 12/17/2019 | Sold | -3,000 | $31.2602 |
| 12/17/2019 | Sold | -3,096 | $31.2000 |
| 12/17/2019 | Sold | -4,500 | $31.2000 |
| 12/17/2019 | Sold | -5,537 | $31.2000 |
| 12/18/2019 | Bought | 6,314 | $30.5000 |
| 12/18/2019 | Bought | 3,686 | $30.4300 |
| 12/18/2019 | Sold | -4,800 | $30.5500 |
| 12/18/2019 | Sold | -5,200 | $30.5400 |
| 12/20/2019 | Bought | 5,000 | $32.5894 |
| 12/23/2019 | Sold | -5,000 | $32.8000 |
| 1/17/2020 | Bought | 5,000 | $49.4100 |
| 1/17/2020 | Bought | 5,000 | $49.8600 |
| 1/17/2020 | Bought | 5,000 | $49.6700 |
| 1/17/2020 | Sold | -25 | $49.7200 |
| 1/17/2020 | Sold | -200 | $49.7300 |
| 1/17/2020 | Sold | -4,775 | $49.7100 |
| 1/17/2020 | Sold | -5,000 | $49.8905 |
| 1/17/2020 | Sold | -5,000 | $49.9100 |
| 3/30/2020 | Bought | 4,900 | $26.2100 |
| 3/30/2020 | Bought | 4,724 | $25.1900 |
| 3/30/2020 | Bought | 176 | $25.1700 |
| 3/30/2020 | Bought | 100 | $26.2000 |
| 3/30/2020 | Bought | 100 | $25.1650 |
| 4/2/2020 | Bought | 10,000 | $8.7500 |
| 4/2/2020 | Bought | 10,000 | $8.7500 |
| 4/6/2020 | Sold | -10 | $4.4500 |
| 4/6/2020 | Sold | -100 | $4.6500 |
| 4/6/2020 | Sold | -512 | $4.6698 |
| 4/6/2020 | Sold | -700 | $4.6750 |
| 4/6/2020 | Sold | -710 | $4.6550 |
| 4/6/2020 | Sold | -1,020 | $4.6600 |

| | | | |
|---|---|---|---|
| 4/6/2020 | Sold | -1,200 | $4.6370 |
| 4/6/2020 | Sold | -1,859 | $4.6700 |
| 4/6/2020 | Sold | -5,001 | $4.6650 |
| 4/6/2020 | Sold | -18,888 | $4.4600 |

## SWORN CERTIFICATION OF PLAINTIFF

## LUCKIN COFFEE INC., SECURITIES LITIGATION

I, Marc Nehorayan, certify that:

1.    I have reviewed the Complaint and authorize its filing and/or the filing of a Lead
      Plaintiff motion on my behalf.

2.    I am duly authorized to institute legal action against Luckin Coffee Inc., and
      other defendants.

3.    I did not purchase the Luckin Coffee Inc., securities that are the subject of this
      action at the direction of plaintiff's counsel or in order to participate in any private
      action arising under this title.

4.    I am willing to serve as a representative party on behalf of a class and will testify
      at deposition and trial, if necessary.

5.    My transactions in Luckin Coffee Inc. securities during the Class Period set forth
      in the Complaint are as follows:

      (See attached transactions)

6.    I have not sought to serve, nor served, as a representative party on behalf of a
      class under this title during the last three years, except for the following:

7.    I will not accept any payment for serving as a representative party, except to
      receive my pro rata share of any recovery or as ordered or approved by the court,
      including the award to a representative plaintiff of reasonable costs and expenses
      (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

4/13/2020

_____                    _____

Date                                        Marc Nehorayan

**Marc Nehorayan's Transactions in Luckin Coffee (LK)**

| Date | Transaction Type | Quantity | Unit Price |
|------|-----------------|----------|------------|
| 3/31/2020 | Bought | 700 | $27.9550 |
| 3/31/2020 | Bought | 1,100 | $27.9608 |
| 3/31/2020 | Bought | 1,094 | $27.9686 |
| 3/31/2020 | Bought | 100 | $27.9699 |
| 3/31/2020 | Bought | 40 | $27.9777 |
| 3/31/2020 | Bought | 600 | $27.9816 |
| 3/31/2020 | Bought | 400 | $27.9877 |
| 3/31/2020 | Bought | 966 | $27.9938 |
| 4/3/2020 | Sold | -5,000 | $5.9100 |

## SWORN CERTIFICATION OF PLAINTIFF

## LUCKIN COFFEE INC. SECURITIES LITIGATION

I, Willem Develter, certify that:

1.      I have reviewed the Complaint and authorize its filing and/or the filing of a Lead
        Plaintiff motion on my behalf.

2.      I did not purchase the Luckin Coffee Inc. securities that are the subject of this
        action at the direction of plaintiff's counsel or in order to participate in any private
        action arising under this title.

3.      I am willing to serve as a representative party on behalf of a class and will testify
        at deposition and trial, if necessary.

4.      My transactions in Luckin Coffee Inc. securities during the Class Period set forth
        in the Complaint are as follows:

        (See attached transactions)

5.      I have not sought to serve, nor served, as a representative party on behalf of a
        class under this title during the last three years, except for the following:


6.      I will not accept any payment for serving as a representative party, except to
        receive my pro rata share of any recovery or as ordered or approved by the court,
        including the award to a representative plaintiff of reasonable costs and expenses
        (including lost wages) directly relating to the representation of the class.


I declare under penalty of perjury that the foregoing are true and correct statements.



4/6/2020

_____                          _____
Date                                           Willem Develter

**Willem Develter's Transactions in Luckin Coffee (LK)**

| Date | Transaction Type | Quantity | Unit Price |
|------|------------------|----------|------------|
| 2/5/2020 | Bought | 2,700 | $39.0900 |