**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| MARTIN COHEN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | **No. 20-cv-01293 (LJL)** |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| LUCKIN COFFEE INC., JENNY ZHIYA QIAN, and REINOUT HENDRIK SCHAKEL, | ) ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| WAI CHUN SHEK, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | **No. 20-cv-02977 (NRB)** |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| LUCKIN COFFEE INC., JENNY ZHIYA QIAN, CHARLES ZHENGYAO LU, REINOUT HENDRIK SCHAKEL, JINYI GUO, JIAN LIO, HUI LI, ERHAI LIU, CREDIT SUISSE SECURITIES (USA) LLC, MORGAN STANLEY & CO. LLC, CHINA INTERNATIONAL CAPITAL CORP. HONG KONG SECURITIES LTD., HAITONG INT'L SECURITIES CO. LTD., KEYBANC CAPITAL MARKETS INC., AND NEEDHAM & COMPANY, LLC | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**DECLARATION OF KIMBERLY DONALDSON-SMITH IN SUPPORT OF
BOSTON RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL;
AND MOTION FOR CONSOLIDATION**

I, Kimberly Donaldson-Smith, declare as follows:

1.     I am an attorney duly license to practice before the courts of the Commonwealth of Pennsylvania and the State of New Jersey and have been admitted to practice *pro hac vice* in federal courts nationwide, including before this Court.

2.     I am a partner of Chimicles Schwartz Kriner & Donaldson-Smith LLP (the "Chimicles Firm"), counsel for movant Boston Retirement System ("BRS") and proposed lead counsel for the class in the above-captioned Actions.

3.     I submit this declaration in support of the BRS's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

4.     Attached hereto as Exhibit A1 is a true and accurate copy of the notice regarding the pendency of this action, which was published on Globe Newswire on February 13, 2020.

5.     Attached hereto as Exhibit A2 is a true and accurate copy of the notice regarding the pendency of a related action, which was published on Accesswire on April 2, 2020.

6.     Attached hereto as Exhibit B is a true and accurate copy of BRS's Certification stating, inter alia, that it is willing to serve as a representative party on behalf of the class.

7.     Attached hereto as Exhibit C is a true and accurate copy of a loss chart, prepared by counsel, summarizing the estimated losses of BRS at approximately $1,300,000 in connection with BRS's transactions in Luckin Coffee Inc. American depository receipts during the class period.

8.     Attached hereto as Exhibit D is a true and accurate copy of the Chimicles Firm resume in support of BRS's Motion.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 13, 2020, at Devon, PA.

By: _____
Kimberly M. Donaldson-Smith

2