# EXHIBIT A2

# LUCKIN CASE EXPANDED TO INCLUDE IPO, SPO, AND OTHER PURCHASERS SAYS, ROSEN, THE FIRM FILING FIRST EXPANDED CLASS ACTION; Investors With Losses in Excess of $100K Should Contact Firm - LK



ACCESSWIRE • April 2, 2020

**NEW YORK, NY / ACCESSWIRE / April 2, 2020 /** Rosen Law Firm, a global investor rights law firm, announces it has filed the **first expanded class-action** lawsuit on behalf of purchasers of the securities of Luckin Coffee Inc. (LK): (1) from May 17, 2019 through April 2, 2020, inclusive (the "Class Period"); (2) in or traceable to the Company's public offering of ADSs conducted on or around May 17, 2019 (the "IPO"); and/or (3) in or traceable to the Company's public offering of ADSs conducted on or around January 10, 2020 (the "2020 Offering"). The lawsuit seeks to recover damages for Luckin investors under the federal securities laws. If you wish to serve as lead plaintiff, you must move the Court **no later than April 13, 2020**

To join the Luckin class action, go to http://www.rosenlegal.com/cases-register-1768.html or call Phillip Kim, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or cases@rosenlegal.com for information on the class action.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY

| Quote Lookup | |
|---|---|

**Related Quotes**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| LK<br>Luckin Coffee Inc. | 4.3900 | 0.0000 | 0.00% |

**Recently Viewed** >

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| LK<br>Luckin Coffee Inc. | 4.3900 | 0.0000 | 0.00% |



**Popular in the Community**

**Wuhan-Based Company Can Now Produce The Same 128-Layer Chip Samsung Does**

**Finance Home**   **Coronavirus**   **Watchlists**   **My Portfolio**   **Screeners**   **Premium** 🔒   **Markets**   **News**   •••   Premium - Try it free

LK 4.39 0.00 0.00% : Luckin Coffee Inc. - Yahoo Finance

According to the lawsuit, defendants in the Registration Statement and throughout the Class Period made false and/or misleading statements and/or failed to disclose that: (1) certain of Luckin's financial performance metrics, including per-store per-day sales, net selling price per item, advertising expenses, and revenue contribution from "other products" were inflated; (2) Luckin's financial results thus overstated the Company's financial health and were consequently unreliable and would likely require restatement; and (3) as a result, the Company's public statements were materially false and misleading at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class-action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than April 13, 2020.** A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to http://www.rosenlegal.com/cases-register-1768.html or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. of Rosen Law Firm toll-free at 866-767-3653 or via e-mail at pkim@rosenlegal.com or cases@rosenlegal.com.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm, on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm/.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 3 each year since 2013. Rosen Law Firm has secured hundreds of millions of dollars for investors.

------------------------------

**Biggest Transfer of Wealth in US History Has Begun**
Stansberry Research  Ad

**Coronavirus comfort: Philly restaurant ships 12,000 cheesesteaks in one week**
50 reactions

**John Paul DeJoria Discusses How He is Aiding the Beauty Industry During Coronavirus Pandemic**
7 reactions

**Stock market news live updates: Stock futures drop, officials discuss reopening economy**
276 reactions

**Get up and running**
eBay  Ad

Finance Home   Coronavirus   Watchlists   My Portfolio   Screeners   Premium 🔒   Markets   News   •••   Premium - Try it free

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll-Free: (866) 767-3653

Fax: (212) 202-3827

lrosen@rosenlegal.com

pkim@rosenlegal.com

cases@rosenlegal.com

www.rosenlegal.com

**SOURCE:** Rosen Law Firm PA

View source version on accesswire.com:

https://www.accesswire.com/583722/LUCKIN-CASE-EXPANDED-TO-INCLUDE-IPO-SPO-AND-OTHER-PURCHASERS-SAYS-ROSEN-THE-FIRM-FILING-FIRST-EXPANDED-CLASS-ACTION-Investors-With-Losses-in-Excess-of-100K-Should-Contact-Firm--LK

---

💬 **Start the conversation**

> Sign in to post a message.

---

**News**

# HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Encourages Luckin Coffee (LK) Investors Who Have

## Sidebar

**We Are 100 Times Safer Now Than In Early March: Here is the Math**

557 reactions

**Why the next 4 weeks could be lethal for the stock market**

23 reactions

**How the YMCA is rallying to the challenge of coronavirus infections, even as its finances take a hit**

19 reactions

**Hilarious Parking Moments That We'll Never Forget**

Drivepedia   Ad     ···

**Easter bunnies in 2020 combat coronavirus**

10 reactions

**Why stocks rally when things are terrible: Morning Brief**

96 reactions

---

# to Immediately Contact its Attorneys: Luckin Admits False Accounting & Suspends COO



 PR Newswire • April 2, 2020

SAN FRANCISCO, April 2, 2020 /PRNewswire/ - - Hagens Berman urges investors in Luckin Coffee Inc. (NASDAQ: LK) who have suffered significant losses to submit their losses now.  A securities fraud case is pending and certain investors may have valuable claims.

Hagens Berman Sobol Shapiro LLP

| | |
|---|---|
| Class Period: | Nov. 13, 2019 – Jan. 31, 2020 |
| Lead Plaintiff Deadline: | Apr. 13, 2020 |
| Sign Up: | www.hbsslaw.com/investor-fraud/LK |
| Contact An Attorney Now: | LK@hbsslaw.com |
| | 844-916-0895 |

Luckin Coffee Inc. (LK) Securities Fraud Class Action:

The complaint alleges Defendants misled investors about Luckin's business, operations, and compliance policies.  Specifically, Defendants misrepresented and concealed that: (i) certain of Luckin's financial performance metrics, including per-store per-day sales, net selling price per item, advertising expenses, and revenue contribution from "other" products were inflated; and (ii) Luckin's financial reports overstated its financial health and were therefore unreliable.

The complaint alleges that investors began to learn the truth on Jan. 31, 2020, when Muddy Waters Research published a scathing report about the company, citing "smoking gun evidence" showing that Luckin presented false financial metrics.  According to the report, since Q3 2019 Luckin inflated per-store per-day sales, its net selling price per item, its advertising expenses, and its

sent the price of Luckin shares sharply lower that day.

## US restaurants turn to grocery sales to help offset losses

463 reactions

## Managing your money in unsettled markets

Fidelity Investments   Ad   •••

## Amazon stops accepting new online grocery customers amid surging demand

22 reactions

## Here's why top officials are concerned about the coronavirus' growing racial gap

2,530 reactions

**Finance Home**   **Coronavirus**   **Watchlists**   **My Portfolio**   **Screeners**   **Premium** 🔒   **Markets**   **News**   •••   Premium - Try it free

Recently, on Apr. 2, 2020, Luckin announced after conducting an internal investigation of "misconduct, including fabricating certain transactions" spanning Q2-Q4 2019 totaling about $310 million, the company suspended Chief Operating Officer/Director Jian Liu along with other staff implicated in the misconduct. The company also disclosed that investors should no longer rely on its financial statements for the nine months ended Sept. 30, 2019 and the last two quarters starting Apr. 1, 2019 and ended Sept. 30, 2019.  This news sent the price of Luckin shares crashing down as much as 81% during intraday trading on Apr. 2, 2020.

"We're focused on investors' losses and proving Defendants intentionally manipulated Luckin's financial metrics," said Reed Kathrein, the Hagens Berman partner leading the investigation.

Whistleblowers: Persons with non-public information regarding Luckin should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at 844-916-0895 or email LK@hbsslaw.com.

### About Hagens Berman

Hagens Berman is a national law firm with nine offices in eight cities around the country and eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact: 
Reed Kathrein, 844-916-0895

**Tesla's EV advantage is greater post-COVID-19, says analyst**
24 reactions

**"Waltons" Actress Says Playboy Ended Her Career**
Past Factory  Ad                                    •••

**Coronavirus spurs 'massive shift' in alcohol supply chain not seen since Prohibition: Drizly CEO**
1,464 reactions

**First wave of coronavirus stimulus payment deposited**
107 reactions

**Why Trump is making Bernie Sanders look good**
32 reactions

C

M

TheFashionBall  Ad                •••

View original content to download multimedia:http://www.prnewswire.com/news-releases/hagens-berman-national-trial-attorneys-encourages-luckin-coffee-lk-investors-who-have-suffered-significant-losses-to-immediately-contact-its-attorneys-luckin-admits-false-accounting--suspends-coo-301034453.html

SOURCE Hagens Berman Sobol Shapiro LLP

💬 **Start the conversation**

> Sign in to post a message.

**How online learning platform HOMER is helpng families adjust to the new normal**

2 reactions

**Market Recap: Thursday, April 9**



CONFIDENCE DOESN'T TAKE DETOURS.
THE 2020 BMW X5.
Explore Now

