# EXHIBIT B

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Padraic P. Lydon, on behalf of the Boston Retirement System ("Boston"), hereby certify that:

1.     I am authorized in my capacity as General Counsel of the Boston Retirement System to initiate litigation as approved by Boston and to execute this Certification on behalf of Boston.

2.     I have reviewed a complaint filed against Luckin Coffee, Inc. ("Luckin") alleging violations of the federal securities laws, and generally adopt the allegations asserted insofar as the allegations pertain to the factual assertions and legal claims therein, and subject to and without waiving the right to amend and, without limitation, assert additional factual material learned in investigation and/or discovery in a consolidated or amended complaint.

3.     Boston did not acquire Luckin securities at the direction of counsel or in order to participate in any private action arising under the federal securities laws.

4.     Boston is willing to serve as a Lead Plaintiff and a representative party in this matter, including providing testimony at deposition and trial, if necessary. Boston fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

5.     Boston will not accept any payments for serving as a representative party on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6.     Boston's transactions in Luckin's securities that are the subject of this action are set forth in the chart attached hereto.

7.     Boston has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*In re Novo Nordisk Securities Litigation,* No. 17-cv-209  (D.N.J.)
*Tung v. Dycom Industries, Inc.,* No. 18-cv-81448 (S.D. Fla.)
*Klein v. Allergan plc,* No. 18-cv-12219 (S.D.N.Y.)
*Plumbers & Steamfitters Local 773 Pension Fundv. Danske Bank A/S,*
No. 19-cv-235 (S.D.N.Y.)
*Boston Retirement System et al v Eldorado Resorts, Inc., et al,*
No. 19-cv-18230 (D.N.J)

1

8.    Boston has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff or was not appointed lead plaintiff:

*St. Clair County Employees' Retirement System v. Acadia Healthcare Co.,*
No. 18-cv-988 (M.D. Tenn.)
*Rauch v. Vale S.A.,* No. 19-cv-526 (E.D.N.Y.)
*Salim v. Mobile TeleSystems PJSC,* No. 19-cv-1589 (E.D.N.Y.)
*In re Cloudera, Inc. Securities Litigation,* No. 19-cv-03221 (ND Cal.)


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13ᵗʰ day of April 2020.


Padraic P. Lydon
General Counsel
*Boston Retirement System*

**Boston Retirement System's Trades in Luckin Coffee, Inc. ADRs**
(From May 17, 2019 through April 6, 2020)

| Trade Date | Transaction Type | Number of Shares | Price Per Share ($) |
|---|---|---|---|
| 1/23/2020 | PURCHASE | 2,800 | 44.36 |
| 1/24/2020 | PURCHASE | 2,900 | 41.88 |
| 1/29/2020 | PURCHASE | 2,260 | 38.57 |
| 1/31/2020 | PURCHASE | 1,500 | 31.53 |
| 2/3/2020 | PURCHASE | 390 | 32.93 |
| 2/5/2020 | PURCHASE | 3,710 | 35.85 |
| 2/6/2020 | PURCHASE | 2,960 | 35.56 |
| 2/13/2020 | PURCHASE | 3,800 | 37.98 |
| 2/20/2020 | PURCHASE | 5,500 | 41.56 |
| 2/26/2020 | PURCHASE | 1,700 | 39.40 |
| 2/27/2020 | PURCHASE | 2,000 | 37.79 |
| 2/28/2020 | PURCHASE | 3,300 | 38.28 |
| 3/3/2020 | PURCHASE | 2,680 | 38.94 |
| 3/4/2020 | PURCHASE | 1,700 | 41.03 |
| 3/6/2020 | PURCHASE | 1,800 | 37.67 |
| 3/31/2020 | PURCHASE | 2,850 | 27.36 |
| 4/2/2020 | SALE | 14,000 | 6.57 |
| 4/2/2020 | SALE | 27,850 | 6.51 |