# EXHIBIT C

**LUCKIN COFFEE INC.**
Period: 05/17/2019 to 04/06/2020

| | |
|---|---|
| Ticker | LK |
| CUSIP | 54951L109 |

**Boston Retirement System**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---:|---:|---:|
| Open | | 0 | | |
| Buy | 01/23/2020 | 2,800 | $44.36 | ($124,208.00) |
| Buy | 01/24/2020 | 2,900 | $41.88 | ($121,452.00) |
| Buy | 01/29/2020 | 2,260 | $38.57 | ($87,168.20) |
| Buy | 01/31/2020 | 1,500 | $31.53 | ($47,295.00) |
| Buy | 02/03/2020 | 390 | $32.93 | ($12,842.70) |
| Buy | 02/05/2020 | 3,710 | $35.85 | ($133,003.50) |
| Buy | 02/06/2020 | 2,960 | $35.56 | ($105,257.60) |
| Buy | 02/13/2020 | 3,800 | $37.98 | ($144,324.00) |
| Buy | 02/20/2020 | 5,500 | $41.56 | ($228,580.00) |
| Buy | 02/26/2020 | 1,700 | $39.40 | ($66,980.00) |
| Buy | 02/27/2020 | 2,000 | $37.79 | ($75,580.00) |
| Buy | 02/28/2020 | 3,300 | $38.28 | ($126,324.00) |
| Buy | 03/03/2020 | 2,680 | $38.94 | ($104,359.20) |
| Buy | 03/04/2020 | 1,700 | $41.03 | ($69,751.00) |
| Buy | 03/06/2020 | 1,800 | $37.67 | ($67,806.00) |
| Buy | 03/31/2020 | 2,850 | $27.36 | ($77,976.00) |
| **Class Period Purchases** | | **41,850** | | **($1,592,907.20)** |
| Sale | 04/02/2020 | -14,000 | $6.57 | $91,980.00 |
| Sale | 04/02/2020 | -27,850 | $6.51 | $181,303.50 |
| **Class Period Sales** | | **-41,850** | | **$273,283.50** |
| | Shares Held: | 0 | | 0 |
| | | | LIFO Gain/Loss: | **($1,319,623.70)** |
| | | | Total Shares Bought: | **41,850** |
| | | | Total Shares Sold: | **41,850** |

H0095064.