**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTIN COHEN, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>LUCKIN COFFEE INC., JENNY ZHIYA QIAN, and REINOUT HENDRIK SCHAKEL,<br>        Defendants. | 1:20-cv-01293-LJL<br><br>CLASS ACTION |
| WAI CHUN SHEK, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>LUCKIN COFFEE INC., JENNY ZHIYA QIAN, CHARLES ZHENGYAO LU, REINOUT HENDRIK SCHAKEL, JINYI GUO, JIAN LIU, HUI LI, ERHAI LIU, CREDIT SUISSE SECURITIES (USA) LLC, MORGAN STANLEY & CO. LLC, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY, KEYBANC CAPITAL MARKETS INC., and NEEDHAM & COMPANY, LLC<br><br>        Defendants. | 1:20-cv-02977-NRB<br><br>CLASS ACTION |

**MOTION OF LEONARD ROSS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4, Section 27 of the Securities Act of 1933, 15 U.S.C. § 77z-1, both as amended by the Private Securities Litigation Reform Act of 1995, and Rule 42(a) of the Federal Rules of Civil Procedure, Plaintiff Leonard Ross hereby moves this Court, the Honorable Lewis J. Liman, United States District Judge, for an Order:

(a) consolidating the above-captioned actions;

(b) appointing Mr. Ross as Lead Plaintiff; and

(c) approving Mr. Ross's selection of Bernstein Liebhard LLP as Lead Counsel for the litigation.

This motion is supported by the accompanying Memorandum of Law, the concurrently filed Declaration of Laurence J. Hasson, the pleadings and other filings in this action and such other written or oral argument as may be permitted by the Court.

Dated: April 13, 2020                             Respectfully submitted,

                                                  /s/*Laurence J. Hasson*
                                                  **BERNSTEIN LIEBHARD LLP**
                                                  Stanley D. Bernstein
                                                  Laurence J. Hasson
                                                  Matthew E. Guarnero
                                                  10 East 40th Street
                                                  New York, NY 10016
                                                  Telephone: (212) 779-1414
                                                  Facsimile: (212) 779-3218
                                                  Email:  bernstein@bernlieb.com
                                                          lhasson@bernlieb.com
                                                          mguarnero@bernlieb.com

                                                  *Counsel for Leonard Ross  and Proposed Lead*
                                                  *Counsel for the Proposed Class*

2

3

## CERTIFICATE OF SERVICE

I, LAURENCE J. HASSON, hereby certify that on April 13, 2020, a true and correct copy of the annexed **MOTION OF LEONARD ROSS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: April 13, 2020                                        /s/*Laurence J. Hasson*
                                                                      Laurence J. Hasson

4