**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTIN COHEN, Individually and on behalf of all others similarly situated, | 1:20-cv-01293-LJL |
| Plaintiff, | CLASS ACTION |
| v. | |
| LUCKIN COFFEE INC., JENNY ZHIYA QIAN, and REINOUT HENDRIK SCHAKEL, | |
| Defendants. | |
| WAI CHUN SHEK, Individually and on Behalf of All Others Similarly Situated, | 1:20-cv-02977-NRB |
| Plaintiff, | CLASS ACTION |
| v. | |
| LUCKIN COFFEE INC., JENNY ZHIYA QIAN, CHARLES ZHENGYAO LU, REINOUT HENDRIK SCHAKEL, JINYI GUO, JIAN LIU, HUI LI, ERHAI LIU, CREDIT SUISSE SECURITIES (USA) LLC, MORGAN STANLEY & CO. LLC, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY, KEYBANC CAPITAL MARKETS INC., and NEEDHAM & COMPANY, LLC | |
| Defendants. | |

**[PROPOSED] ORDER CONSOLIDATING ACTIONS AND APPOINTING LEAD PLAINTIFF AND COUNSEL**

**Upon good cause shown, IT IS HEREBY ORDERED THAT:**

I.      The Motion of Leonard Ross for Consolidation, Appointment as Lead Plaintiff

and Approval of Counsel is granted.

II.     The above-captioned actions are hereby consolidated pursuant to Federal Rule of

Civil Procedure 42(a) for all purposes.

III.    Leonard Ross is hereby appointed as Lead Plaintiff for the proposed Class

pursuant to 15 U.S.C. § 78u-4, and 15 U.S.C. § 77z-1 as amended by the Private

Securities Litigation Reform Act of 1995.

IV.     Bernstein Liebhard LLP is hereby appointed as Lead Counsel for the proposed

Class.


SO ORDERED, this ___ day of _____, 2020


_____
The Honorable Lewis J. Liman
United States District Judge

2