**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTIN COHEN, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>    v.<br><br>LUCKIN COFFEE INC., JENNY ZHIYA QIAN, and REINOUT HENDRIK SCHAKEL,<br>     Defendants. | 1:20-cv-01293-LJL<br><br>CLASS ACTION |
| WAI CHUN SHEK, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>    v.<br><br>LUCKIN COFFEE INC., JENNY ZHIYA QIAN, CHARLES ZHENGYAO LU, REINOUT HENDRIK SCHAKEL, JINYI GUO, JIAN LIU, HUI LI, ERHAI LIU, CREDIT SUISSE SECURITIES (USA) LLC, MORGAN STANLEY & CO. LLC, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY, KEYBANC CAPITAL MARKETS INC., and NEEDHAM & COMPANY, LLC<br><br>     Defendants. | 1:20-cv-02977-NRB<br><br>CLASS ACTION |

**DECLARATION OF LAURENCE J. HASSON IN SUPPORT OF LEONARD ROSS'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

I, LAURENCE J. HASSON, hereby declare under penalties of perjury that:

1.  I am a Partner with Bernstein Liebhard LLP. I make this Declaration in Support of Leonard Ross's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Counsel. The matters set forth herein are within my personal knowledge.

2.  Attached hereto are true and correct copies of the following documents:

2

Exhibit A:     The notice announcing the pendency of this action pursuant to 15

U.S.C. § 78u-4(a)(3)(A)(i) and 15 U.S.C. § 77z-1(a)(3)(A)(i);

Exhibit B:     Leonard Ross's sworn certification pursuant to 15 U.S.C. § 78u-

4(a)(2)(A) and 15 U.S.C. § 77z-1(a)(2)(A);

Exhibit C:     Leonard Ross's Loss Chart; and

Exhibit D:     Firm Résumé of Bernstein Liebhard LLP.


Executed: April 13, 2020                          /s/*Laurence J. Hasson*
                                                  LAURENCE J. HASSON

2

# CERTIFICATE OF SERVICE

I, LAURENCE J. HASSON, hereby certify that on April 13, 2020, a true and correct copy of the annexed **DECLARATION OF LAURENCE J. HASSON IN SUPPORT OF LEONARD ROSS'S MOTION  FOR CONSOLIDATION,  APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: April 13, 2020                                                 /s/*Laurence J. Hasson*
                                                                                     Laurence J. Hasson

3