# EXHIBIT C

**Luckin Coffee Inc.**

Class Period: 05/14/2019 - 04/06/2020

| MOVANT | OPTIONS CONTRACT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | ESTIMATED LOSSES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | DATE | CONTRACTS | PURCHASE/ *HOLD* PRICE | PURCHASE/ *HOLD* AMOUNT | DATE | CONTRACTS | SALES/ *HOLD* PRICE | SALES/ *HOLD* AMOUNT | |
| Leonard Ross | LK 01/21/22 Call $25 | 02/06/20 | 500 | 17.38264 | 869,132 | *HELD* | 500 | *0.8000* | 40,000 | (829,132) |
| | LK 01/21/22 Put $40 | *HELD* | *500* | *36.4000* | 1,820,000 | 02/06/20 | 500 | 17.38264 | 869,132 | (950,868) |
| | LK 01/21/22 Call $35 | 02/20/20 | 500 | 17.8000 | 890,000 | *HELD* | 500 | *0.8000* | 40,000 | (850,000) |
| | LK 01/21/22 Put $45 | *HELD* | *500* | *39.7000* | 1,985,000 | 02/20/20 | 500 | 17.8000 | 890,000 | (1,095,000) |
| **Leonard Ross Totals** | | | **2,000** | | **$5,564,132** | | **2,000** | | **$1,839,132** | **($3,725,000)** |

Options Contracts held (italicized) as of the date of this filing are valued using the price of the option as of April 9th, 2020