**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTIN COHEN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LUCKIN COFFEE INC., JENNY ZHIYA QIAN, and REINOUT HENDRIK SCHAKEL, <br><br> Defendants. | Case No.: 1:20-cv-01293-LJL |
| WAI CHUN SHEK, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LUCKIN COFFEE INC., JENNY ZHIYA QIAN, CHARLES ZHENGYAO LU, REINOUT HENDRIK SCHAKEL, JINYI GUO, JIAN LIU, HUI LI, ERHAI LIU, CREDIT SUISSE SECURITIES (USA) LLC, MORGAN STANLEY & CO. LLC, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, KEYBANC CAPITAL MARKETS INC., and NEEDHAM & COMPANY, LLC, <br><br> Defendants. | Case No.: 1:20-cv-02977-NRB |

**NOTICE OF MOTION AND MOTION BY FULTON COUNTY EMPLOYEES' RETIREMENT SYSTEM FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that proposed Lead Plaintiff Fulton County Employees' Retirement System ("FCERS") will move this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), and Section 27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. 77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, for an Order: (1) consolidating all related securities class actions pursuant to Fed. R. Civ. P. 42(a); (2) appointing FCERS as Lead Plaintiff; (3) approving its selection of Saxena White P.A. ("Saxena White") to serve as Lead Counsel for the Class; and (4) any such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that FCERS believes it is the "most adequate plaintiff" under the PSLRA, and is therefore entitled to be appointed Lead Plaintiff.  Specifically, FCERS believes that it has the "largest financial interest" in the relief sought by the Class in the above-captioned action.  FCERS also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims, and it will fairly and adequately represent the Class.  Further, FCERS is the paradigmatic Lead Plaintiff envisioned by Congress in enacting the PSLRA because it is a sophisticated institutional investor with a substantial financial stake in the litigation who will provide effective monitoring and supervision of counsel.

FCERS' Motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Steven B. Singer filed herewith and the exhibits attached thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.  A [Proposed] Order is attached hereto.

WHEREFORE, FCERS respectfully requests that the Court: (1) consolidate all related actions; (2) appoint it as Lead Plaintiff for the Class pursuant to the PSLRA; (3) approve its selection of Saxena White to serve as Lead Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated: April 13, 2020

Respectfully submitted,

**SAXENA WHITE P.A.**

By: */s/ Steven B. Singer*
Steven B. Singer
10 Bank Street
White Plains, NY 10606
Tel: (914) 437-8551
Fax: (888) 216-2220
Email:  ssinger@saxenawhite.com

**SAXENA WHITE P.A.**
Joseph E. White, III
Lester R. Hooker
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
jwhite@saxenawhite.com
lhooker@saxenawhite.com

*Counsel for Fulton County Employees' Retirement System and Proposed Lead Counsel for the Class*

**BUCKLEY BEAL LLP**
Michael E. Kramer
600 Peachtree Street, N.E., Suite 3900
Atlanta, GA 30308
Telephone: (404) 781-1100
Facsimile: (866) 699-1515
mekramer@buckleybeal.com

*Additional Counsel for Fulton County Employees' Retirement System*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 13, 2020, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all

registered users.


/s/ Steven B. Singer
Steven B. Singer