**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTIN COHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>LUCKIN COFFEE INC., JENNY ZHIYA QIAN, and REINOUT HENDRIK SCHAKEL,<br><br>                    Defendants. | Case No. 1:20-cv-01293-LJL<br><br>Judge Lewis J. Liman |
| WEI CHUN SHEK, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>LUCKIN COFFEE INC., JENNY ZHIY A QIAN, CHARLES ZHENGYAO LU, REINOUT HENDRIK SCHAKEL, JINYI GUO, JIAN LIU, HUI LI, ERHAI LIU, CREDIT SUISSE SECURITIES (USA) LLC, MORGAN STANLEY & CO. LLC, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, KEYBANC CAPITAL MARKETS INC., AND NEEDHAM & COMPANY, LLC,<br><br>                    Defendants. | Case No. 1:20-cv-02977-NRB<br><br>Judge Naomi Reice Buchwald |

**NOTICE OF MOTION OF JIMMY CHAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that Jimmy Chan will move this Court, on a date and at such time as may be designated by the Court, in Courtroom 15C before the Honorable Lewis J. Liman, Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl St., New York, NY 10007-1312, for an order: (i) consolidating the above-captioned actions; (ii) appointing himself as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B) and 15 U.S.C. §77z-1(a)(3)(B); and (iii) approving his selection of Abraham, Fruchter & Twersky, LLP as Lead Counsel on behalf of the proposed class. In support of this Motion, Mr. Chan submits the accompanying Memorandum of Law, the Declaration of Jeffrey S. Abraham, and a [Proposed] Order.

Dated: April 13, 2020                                  Respectfully submitted,

**ABRAHAM, FRUCHTER
& TWERSKY, LLP**

 /s/ *Jeffrey S. Abraham*
Jeffrey S. Abraham (JA-2946)
Michael J. Klein
Sean M. Handron-O'Brien
One Penn Plaza, Suite 2805
New York, New York 10119
Tel. (212) 279-5050
Fax. (212) 279-3655
JAbraham@aftlaw.com
MKlein@aftlaw.com
SHandronobrien@aftlaw.com

*Attorneys for Movant and Proposed Lead
Counsel for the Class*

1

## CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury that on April 13, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

 */s/ Jeffrey S. Abraham*
Jeffrey S. Abraham
**ABRAHAM, FRUCHTER & TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, New York 10119
Tel. (212) 279-5050
Fax. (212) 279-3655
JAbraham@aftlaw.com

2