**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTIN COHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LUCKIN COFFEE INC., JENNY ZHIYA QIAN, and REINOUT HENDRIK SCHAKEL,<br><br>Defendants. | Case No. 1:20-cv-01293-LJL |
| WEI CHUN SHEK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LUCKIN COFFEE INC., JENNY ZHIY A QIAN, CHARLES ZHENGYAO LU, REINOUT HENDRIK SCHAKEL, JINYI GUO, JIAN LIU, HUI LI, ERHAI LIU, CREDIT SUISSE SECURITIES (USA) LLC, MORGAN STANLEY & CO. LLC, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, KEYBANC CAPITAL MARKETS INC., AND NEEDHAM & COMPANY, LLC,<br><br>Defendants. | Case No. 1:20-cv-02977-NRB |

## [PROPOSED] ORDER FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

**WHEREAS**, the Court has considered Jimmy Chan's Motion for (i) Consolidation; (ii) Appointment of Lead Plaintiff; and (iii) Approval of Selection of Lead Counsel, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "1934 Act" or the "Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), and Section 27(a)(3)(B) of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. §77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1.      The above-captioned actions are consolidated for all purposes (the "Consolidated Action"). This order (the "Order") shall apply to the Consolidated Action and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court and consolidated with the Consolidated Action.

2.      A Master File is established for this proceeding. The Master File shall be 1:20-cv-01293.  The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket.

3.      Every pleading filed in the Consolidated Action shall bear the caption of the Master File and first filed case, 1:20-cv-01293, and shall identify immediately under the Case Number of the Master File the case numbers of all consolidated related cases.

4.      Each new case that arises out of the subject matter of the Consolidated Action which is filed in this Court or transferred to this Court, shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within ten (10) days after the date upon which a copy of this

Order is served on counsel for such party, by filing an application for relief, and this Court deems it appropriate to grant such application.   Nothing in the foregoing shall be construed as a waiver of the defendants' right to object to consolidation of any subsequently-filed or transferred related action.

5.      Jimmy Chan is appointed to serve as Lead Plaintiff for the Class of purchasers of Luckin Coffee Inc. securities during the period from May 17, 2019 through April 6, 2020 (the "Class Period").

6.      The law firm of Abraham, Fruchter & Twersky, LLP is approved as Lead Counsel.

7.      Counsel in any related action that is consolidated with this Action shall be bound by this organization of plaintiffs' counsel.

8.      A Consolidated Complaint shall be filed by Lead Plaintiff and Lead Counsel within sixty (60) days of the date of this Order.

**IT IS SO ORDERED**.


Dated: _____                        _____
                                             **The Honorable Lewis J. Liman**
                                             United States District Judge
                                             Southern District of New York