**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| MARTIN COHEN, Individually and on Behalf of All Others Similarly Situated, | ) )  | Case No.: 1:20-cv-01293-LJL |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| LUCKIN COFFEE INC., JENNY ZHIYA QIAN, and REINOUT HENDRIK SCHAKEL, | ) ) ) | |
| Defendants. | ) ) ) | |
| WAI CHUN SHEK, Individually and on Behalf of All Others Similarly Situated, | ) ) | Case No.: 1:20-cv-02977-NRB |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| LUCKIN COFFEE INC., JENNY ZHIYA QIAN, CHARLES ZHENGYAO LU, REINOUT HENDRIK SCHAKEL, JINYI GUO, JIAN LIU, HUI LI, ERHAI LIU, CREDIT SUISSE SECURITIES (USA) LLC, MORGAN STANLEY & CO. LLC, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, KEYBANC CAPITAL MARKETS INC., and NEEDHAM & COMPANY, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF STEVEN B. SINGER IN SUPPORT OF FULTON COUNTY EMPLOYEES' RETIREMENT SYSTEM'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Steven B. Singer, declare as follows:

1. I am an attorney with the law firm of Saxena White P.A. ("Saxena White"), counsel for proposed Lead Plaintiff Fulton County Employees' Retirement System ("FCERS") and proposed Lead Counsel for the class in the above-captioned actions. I am duly licensed to practice before the courts of the State of New York and this Court. I submit this declaration in support of FCERS' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel. I have personal knowledge of the matters stated therein and, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following exhibits:

EXHIBIT A: Notice of pendency of class action published in *Globe Newswire* on February 13, 2020;

EXHIBIT B: Notice of pendency of class action published in *PRNewswire* on April 3, 2020;

EXHIBIT C: Certification of FCERS;

EXHIBIT D: Chart of FCERS' estimated losses; and

EXHIBIT E: Firm Biography of Saxena White.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed this 13th day of April, 2020, at New York, New York.

*/s/ Steven B. Singer*
Steven B. Singer

1

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 13, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

*/s/ Steven B. Singer*
Steven B. Singer