# EXHIBIT C

## CERTIFICATION AND AUTHORIZATION

I, Wanda Messina, on behalf of the Fulton County Employees' Retirement System ("Fulton County"), hereby certify, as to the claims asserted under the federal securities laws, that:

1.    I have reviewed a complaint in this matter and I am authorized in my capacity as Chairperson of Fulton County to initiate litigation on Fulton County's behalf and to execute this Certification. I have authorized Saxena White P.A. to file a lead plaintiff motion in this action or any related actions on Fulton County's behalf.

2.    Fulton County did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3.    Fulton County is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4.    Fulton County's transactions in Luckin Coffee Inc. securities that are the subject of this litigation are set forth in the Schedule A attached hereto.

5.    Fulton County has sought to serve and was appointed as lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification: *None*

6.    Fulton County has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff or the lead plaintiff decision is still pending: *None*

7.    Fulton County will not accept any payment for serving as a representative party on behalf of the Class beyond Fulton County's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 8th day of April 2020.

Fulton County Employees'
Retirement System

Wanda Messina, Chairperson

**Fulton County Employees' Retirement System**
**Transactions in Luckin Coffee, Inc. (LK)**

Beg. Hold.                    0

| Purchases | | | | Sales | | |
|---|---|---|---|---|---|---|
| Date | Shares | Price | | Date | Shares | Price |
| 01/08/20 | 6,700 | $39.33 | | 01/28/20 | 660 | $39.42 |
| 01/09/20 | 1,000 | $41.21 | | 02/25/20 | 860 | $37.39 |
| 01/09/20 | 5,100 | $44.06 | | 04/02/20 | 3,000 | $4.53 |
| 01/10/20 | 17,600 | $42.00 | | 04/02/20 | 10,580 | $5.22 |
| | | | | 04/02/20 | 15,300 | $4.37 |