# EXHIBIT D

**Fulton County Employees' Retirement System—LIFO Loss**

**Luckin Coffee, Inc. (LK)**

Class Period:        May 17, 2019 through April 6, 2020
Look-Back Price:  $4.3900        (through April 10, 2020)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | Sale | | 0 | | $0 |
| | | | | | Applied to Pre-CP Hold: | | 0 | | $0 |
| | | | | | Sale | 01/28/20 | 660 | $39.42 | $26,019 |
| | | | | | Sale | 02/25/20 | 860 | $37.39 | $32,155 |
| Purchase | 01/08/20 | 6,700 | $39.33 | $263,526 | Sale | 04/02/20 | 3,000 | $4.53 | $13,590 |
| Purchase | 01/09/20 | 1,000 | $41.21 | $41,212 | Sale | 04/02/20 | 10,580 | $5.22 | $55,260 |
| Purchase | 01/09/20 | 5,100 | $44.06 | $224,711 | Sale | 04/02/20 | 15,300 | $4.37 | $66,792 |
| Purchase | 01/10/20 | 17,600 | $42.00 | $739,200 | Retained | | 0 | $4.39 | $0 |
| | | 30,400 | | $1,268,649 | | | 30,400 | | $193,817 |
| | | | | | | | **LIFO Loss** | | **($1,074,832)** |