**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTIN COHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>                             Plaintiff,<br><br>    v.<br><br>LUCKIN COFFEE INC., JENNY ZHIYA QIAN, and REINOUT HENDRIK SCHAKEL,<br><br>                             Defendants. | Case No. 1:20-cv-01293-LJL<br><br>Judge Lewis J. Liman |
| WEI CHUN SHEK, Individually and On Behalf of All Others Similarly Situated,<br><br>                             Plaintiff,<br><br>    v.<br><br>LUCKIN COFFEE INC., JENNY ZHIY A QIAN, CHARLES ZHENGYAO LU, REINOUT HENDRIK SCHAKEL, JINYI GUO, JIAN LIU, HUI LI, ERHAI LIU, CREDIT SUISSE SECURITIES (USA) LLC, MORGAN STANLEY & CO. LLC, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, KEYBANC CAPITAL MARKETS INC., AND NEEDHAM & COMPANY, LLC,<br><br>                             Defendants. | Case No. 1:20-cv-02977-NRB<br><br>Judge Naomi Reice Buchwald |

**DECLARATION OF JEFFREY S. ABRAHAM IN SUPPORT OF JIMMY CHAN'S**
**MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND**
**APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Jeffrey S. Abraham, declare as follows:

1.    I am a Partner of the law firm of Abraham, Fruchter & Twersky, LLP, attorneys for Jimmy Chan and proposed lead counsel for the class.  I am a member of the Bar of the State of New York and have been admitted to this Court.

2.    I submit this Declaration in support of the Jimmy Chan's Motion for: (i) consolidation of the above-captioned actions; (ii) appointment as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4 and 15 U.S.C. §77z-1; and (iii) approval of Mr. Chan's selection of the law firm of Abraham, Fruchter & Twersky, LLP to serve as Lead Counsel for the class.

3.    Attached as **Exhibit 1** is a true and correct copy of the notice of the filing of the complaint in *Cohen v. Luckin Coffee Inc., et al.*, No. 1:20-cv-01293-LJL (S.D.N.Y.) that was published through *Globe Newswire* on February 13, 2020.

4.    Attached as **Exhibit 2** is a true and correct copy of the sworn certification of Jimmy Chan, which includes Mr. Chan's transactions in Luckin Coffee Inc. American Depository Shares ("ADSs").

5.    Attached as **Exhibit 3** is a true and correct copy of the sworn certifications of Vijaya Gopu and Nirmala Gopu, dated April 8, 2020, filed in the action titled *Gopu v. Luckin Coffee Inc. et al.*, No. 1:20-cv-01677 (E.D.N.Y.).

6.    Attached as **Exhibit 4** is a copy of the firm resume of Abraham, Fruchter & Twersky, LLP.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on April 13, 2020.

By: */s/ Jeffrey S. Abraham*
Jeffrey S. Abraham

1

## CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury that on April 13, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

/s/ Jeffrey S. Abraham
Jeffrey S. Abraham
**ABRAHAM, FRUCHTER & TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, New York 10119
Tel. (212) 279-5050
Fax. (212) 279-3655
JAbraham@aftlaw.com

2