# EXHIBIT 2

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Jimmy Chan, individually and on behalf of the Jimmy Chan IRA, Jimmy Chan Roth IRA, and JCCCSS Chan 2015 Family Trust, for which I am Trustee and duly authorized to act, hereby certify under penalties of perjury that the following is true and correct to the best of my knowledge, information and belief:

1.    I have reviewed the complaint arising out of Luckin Coffee Inc. ("Luckin" or the "Company") and certain corporate insiders making, or being responsible for the making of, materially false or misleading statements or omitting to disclose material facts, and has authorized the filing of the complaint or lead plaintiff motion.

2.    I did not purchase or otherwise acquire Luckin securities, which are the subject of this action, at the direction of its counsel or in order to participate in this or any private action under the federal securities laws or any other laws.

3.    I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.    All of my transactions in Luckin securities including American Depository Shares of Luckin Coffee Inc. are set forth below on Schedule A.

5.    During the three years prior to the date of this Certification, I have not sought to serve as a representative on behalf of a class in any actions filed pursuant to the federal securities laws.

6.    I will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except as ordered by the Court.

Executed this 7th day of April, 2020

_____
Jimmy Chan

## SCHEDULE A

### Transactions in Luckin Coffee Inc. ADSs During the Class Period

| Date | Transaction | Quantity | Price ($) |
|---|---|---|---|
| **Class Period Opening Balance** | | 0 | |
| 02/13/2020 | Buy | 190 | $38.19 |
| 02/14/2020 | Buy | 1,000 | $37.98 |
| 02/24/2020 | Buy | 1,000 | $37.00 |
| 02/25/2020 | Sell | (1,000) | $38.04 |
| 03/06/2020 | Buy | 1,000 | $37.57 |
| 03/19/2020 | Buy | 1,000 | $24.90 |
| 03/19/2020 | Buy | 1,700 | $24.60 |
| 03/27/2020 | Buy | 3,300 | $25.78 |
| 04/02/2020 | Sell | (4,225) | $6.53 |
| 04/02/2020 | Sell | (2,700) | $6.54 |
| 04/02/2020 | Sell | (1,000) | $6.57 |
| 04/02/2020 | Sell | (190) | $6.56 |
| 04/02/2020 | Sell | (75) | $6.55 |
| **Class Period Ending Balance** | | 0 | |