# EXHIBIT 3

## CERTIFICATION PURSUANT TO SECURITIES LAWS

VIJAYA GOPU & NIRMALA GOPU ("Representative") declares, as to the claims asserted under the federal securities law, that:

1. Representative has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws, Representative adopts the allegations of the complaint(s), and Representative retains the firm of Kahn Swick and Foti, LLC, to pursue such action on a contingent fee basis.

2. Representative did not purchase securities **Luckin Coffee, Inc.** at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Representative is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, Representative has executed transactions in the securities of **Luckin Coffee, Inc.** The transactions in the attached Schedule set forth all of the transactions of Representative in **Luckin Coffee, Inc.** securities during the Class Period specified in the Complaint.

5. In the last three years, Representative has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Representative will not accept payment for serving as a representative plaintiff beyond his/her/its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _____April 7th____, 2020

_____
Representative's Signature

VIJAYA GOPU & NIRMALA GOPU
_____
Printed Name

**Luckin Securities Litigation**
**Class Period Transactions of Vijaya Gopu and Nirmala Gopu in Securities of Luckin Coffee Inc. (NASDAQ: "LK")**
**Class Period Begins:**        5/17/2019
**Class Period Ends:**          4/6/2020

**Account #1**
**ADRs**

| Date: | Transaction: | Quantity: | Price: |
|---|---|---|---|
| 1/27/2020 | P | 2000 | $42.50 |
| 3/18/2020 | S | 1000 | $29.21 |
| 3/30/2020 | P | 200 | $27.50 |
| 3/30/2020 | P | 500 | $30.00 |
| 4/6/2020 | S | 1700 | $4.57 |

**Options**

| Date: | Transaction: | Quantity: | Price: |
|---|---|---|---|
| 1/15/2020 | S | 10 | 42.0 Put @ 0.15 |
| 1/17/2020 | S | 10 | 42.5 Put @ 0.2 |
| 1/22/2020 | S | 5 | 40.0 Put @ 0.25 |
| 1/24/2020 | S | 10 | 42.5 Put @ 0.5 |
| 1/27/2020 | S | 10 | 42.0 Call @ 1.01 |
| 1/27/2020 | S | 10 | 42.0 Call @ 0.95 |
| 1/27/2020 | P | 20 | 42.0 Call @ 0.6 |
| 1/28/2020 | S | 10 | 44.0 Call @ 0.27 |
| 2/3/2020 | S | 20 | 40.5 Call @ 0.25 |
| 2/5/2020 | P | 20 | 40.5 Call @ 0.5 |
| 3/18/2020 | S | 10 | 30.0 Call @ 0.55 |
| 3/24/2020 | S | 5 | 22.0 Put @ 0.3 |
| 3/24/2020 | S | 1 | 22.0 Put @ 0.25 |
| 3/24/2020 | S | 4 | 22.0 Put @ 0.26 |
| 3/25/2020 | S | 3 | 30.0 Put @ 1.65 |
| 3/25/2020 | S | 2 | 30.0 Put @ 1.65 |
| 3/25/2020 | S | 2 | 27.5 Put @ 1.05 |
| 3/27/2020 | S | 7 | 28.0 Call @ 1.05 |
| 3/30/2020 | S | 10 | 22.0 Call @ 3.9 |

**Account #2**
**ADRs**

| Date: | Transaction: | Quantity: | Price: |
|---|---|---|---|
| 1/27/2020 | P | 2000 | $42.50 |
| 1/27/2020 | P | 1000 | $43.00 |
| 1/27/2020 | P | 1000 | $45.00 |
| 2/4/2020 | S | 381 | $35.42 |
| 2/4/2020 | S | 619 | $35.36 |
| 2/4/2020 | S | 3000 | $35.42 |
| 2/4/2020 | P | 250 | $36.43 |
| 2/4/2020 | P | 3650 | $36.41 |
| 2/4/2020 | P | 100 | $36.40 |

1

| 3/18/2020 | S | 2000 | $29.15 |
| 3/30/2020 | P | 300 | $27.50 |
| 3/30/2020 | P | 200 | $29.00 |
| 3/30/2020 | P | 500 | $30.00 |
| 4/6/2020 | S | 3000 | $4.56 |

**Options**

| Date: | Transaction: | Quantity: | Price: |
|---|---|---|---|
| 1/14/2020 | S | 10 | 45.0 Put @ 0.55 |
| 1/15/2020 | S | 10 | 44.0 Put @ 0.35 |
| 1/16/2020 | S | 10 | 42.5 Put @ 0.55 |
| 1/17/2020 | S | 10 | 50.0 Put @ 0.35 |
| 1/22/2020 | S | 10 | 43.0 Put @ 0.75 |
| 1/22/2020 | S | 10 | 45.0 Put @ 1.35 |
| 1/23/2020 | S | 10 | 42.5 Put @ 0.55 |
| 1/27/2020 | S | 10 | 42.0 Call @ 1.35 |
| 1/27/2020 | S | 10 | 42.0 Call @ 1.1 |
| 1/27/2020 | S | 10 | 42.0 Call @ 1 |
| 1/27/2020 | S | 10 | 42.0 Call @ 1 |
| 1/27/2020 | P | 40 | 42.0 Call @ 0.6 |
| 1/28/2020 | S | 20 | 44.0 Call @ 0.25 |
| 2/3/2020 | S | 40 | 40.5 Call @ 0.25 |
| 2/5/2020 | P | 40 | 40.5 Call @ 0.5 |
| 2/13/2020 | S | 16 | 44.5 Call @ 0.25 |
| 3/18/2020 | S | 10 | 30.0 Call @ 0.6 |
| 3/18/2020 | S | 10 | 30.0 Call @ 0.55 |
| 3/24/2020 | S | 5 | 22.0 Put @ 0.33 |
| 3/24/2020 | S | 5 | 22.0 Put @ 0.35 |
| 3/24/2020 | S | 5 | 22.0 Put @ 0.26 |
| 3/25/2020 | S | 1 | 30.0 Put @ 1.67 |
| 3/25/2020 | S | 2 | 30.0 Put @ 1.65 |
| 3/25/2020 | S | 2 | 30.0 Put @ 1.65 |
| 3/25/2020 | S | 2 | 29.0 Put @ 1.5 |
| 3/25/2020 | S | 3 | 27.5 Put @ 1 |
| 3/27/2020 | S | 10 | 27.5 Call @ 1.25 |
| 3/30/2020 | S | 10 | 22.0 Call @ 4.1 |
| 3/30/2020 | S | 10 | 22.0 Call @ 4.07 |