**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTIN COHEN, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:20-cv-01293-LJL |
| Plaintiff, | CLASS ACTION |
| v. | **NOTICE OF MOTION OF CHAILE STEINBERG FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HER SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS** |
| LUCKIN COFFEE INC., JENNY ZHIYA QIAN, and REINOUT HENDRIK SCHAKEL, | |
| Defendants. | **ORAL ARGUMENT REQUESTED** |
| WAI CHUN SHEK, Individually And On Behalf of All Others Similarly Situated, | Civil Action No. 1:20-cv-02977 |
| Plaintiff, | CLASS ACTION |
| vs. | |
| LUCKIN COFFEE INC., JENNY ZHIYA QIAN, CHARLES ZHENGYAO LU, JIAN LIU, REINOUT HENDRIK SCHAKEL, HUI LI, JINYI GUO, ERHAI LIU, CREDIT SUISSE SECURITIES (USA) LLC, MORGAN STANLEY & CO. LLC, CHINA INTERNATIONAL CAPITAL CORP. HONG KONG SECURITIES LTD., HAITONG INT'L SECURITIES CO. LTD., KEYBANC CAPITAL MARKETS INC., AND NEEDHAM & COMPANY, LLC | |
| Defendants. | |

PLEASE TAKE NOTICE that on June 2, 2020 at 11:00 am, via telephonic conference, before the Honorable Lewis J. Liman, at the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Courtroom 15C, New York, New York 10007, Chaile Steinberg ("Steinberg" or "Movant"), by and through her undersigned counsel, will respectfully move this Court for an entry of an order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B) and §27(a)(3)(B) of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. § 77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) appointing Steinberg as Lead Plaintiff in the above-captioned securities class actions; (2) approving her selection of Safirstein Metcalf LLP as Lead Counsel for the Class; (3) consolidating all related securities class actions; and (4) for any such further relief as the Court may deem just and proper.

This motion is made on the grounds that Steinberg believes that she is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, Movant believes that she has the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, her purchase of Luckin securities on the May 17, 2019 Initial Public Offering ("IPO") – securities which she continues to hold. Movant also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because her claims are typical of other Class members' claims and because she will fairly and adequately represent the interests of the Class.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Elizabeth Metcalf filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Steinberg respectfully requests that the Court: (1) appoint her as Lead Plaintiff pursuant to the PSLRA; (2) approve her selection of Safirstein Metcalf LLP as Lead Counsel for the Class; (3) consolidate all related securities class actions; and (4) grant any such further relief as the Court may deem just and proper.

Respectfully submitted,

Dated: April 13, 2020

/s/*Peter Safirstein*

Peter Safirstein
Elizabeth Metcalf
**SAFIRSTEIN METCALF LLP**
The Empire State Building
350 Fifth Avenue, Suite 5960
New York, New York 10118
Telephone: (212) 201-2845
PSafirstein@SafirsteinMetcalf.com
EMetcalf@SafirsteinMetcalf.com

*Counsel for Movant Chaile Steinberg and Proposed Lead Counsel for the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ Elizabeth Metcalf
Elizabeth Metcalf