**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTIN COHEN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LUCKIN COFFEE INC., JENNY ZHIYA QIAN, and REINOUT HENDRIK SCHAKEL, <br><br> Defendants. | Civil Action No. 1:20-cv-01293-LJL <br><br> CLASS ACTION |
| WAI CHUN SHEK, Individually And On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> LUCKIN COFFEE INC., JENNY ZHIYA QIAN, CHARLES ZHENGYAO LU, JIAN LIU, REINOUT HENDRIK SCHAKEL, HUI LI, JINYI GUO, ERHAI LIU, CREDIT SUISSE SECURITIES (USA) LLC, MORGAN STANLEY & CO. LLC, CHINA INTERNATIONAL CAPITAL CORP. HONG KONG SECURITIES LTD., HAITONG INT'L SECURITIES CO. LTD., KEYBANC CAPITAL MARKETS INC., AND NEEDHAM & COMPANY, LLC <br><br> Defendants. | Civil Action No. 1:20-cv-02977 <br><br> CLASS ACTION |

**[PROPOSED] ORDER APPOINTING CHAILE STEINBERG AS LEAD PLAINTIFF,**
**APPROVING HER SELECTION OF LEAD COUNSEL,**
**AND CONSOLIDATING ALL RELATED ACTIONS**

Upon consideration of (1) the Motion of Chaile Steinberg ("Steinberg" or "Movant") for appointment as Lead Plaintiff, approval of her selection of counsel and for consolidation of all related actions; (2) the Memorandum of Law in support thereof; (3) the Declaration of Elizabeth Metcalf; and (4) all other pleadings and argument submitted to this Court; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1. Steinberg's Motion is **GRANTED**.

2. Steinberg is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), and § 27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated pursuant to paragraph 4 of this Order.

3. Steinberg's selection of Lead Counsel is **APPROVED**, and Safirstein Metcalf LLP is **APPOINTED** as Lead Counsel for the Class.

4. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned actions, and any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions are **CONSOLIDATED** for all purposes.

5. The action shall be captioned "*In re Luckin Coffee Inc. Securities Litigation*" and the file shall be maintained under Master File No. 1:20-cv-01293.

**IT IS SO ORDERED.**

Dated: _____, 2020

_____
HON. LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE