**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MARTIN COHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>      v.<br><br>LUCKIN COFFEE INC., JENNY ZHIYA QIAN, and REINOUT HENDRIK SCHAKEL,<br><br>              Defendants. | Civil Action No. 1:20-cv-01293-LJL<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF ELIZABETH METCALF IN SUPPORT OF THE MOTION OF CHAILE STEINBERG FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HER SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS** |
| WAI CHUN SHEK, Individually And On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>      vs.<br><br>LUCKIN COFFEE INC., JENNY ZHIYA QIAN, CHARLES ZHENGYAO LU, JIAN LIU, REINOUT HENDRIK SCHAKEL, HUI LI, JINYI GUO, ERHAI LIU, CREDIT SUISSE SECURITIES (USA) LLC, MORGAN STANLEY & CO. LLC, CHINA INTERNATIONAL CAPITAL CORP. HONG KONG SECURITIES LTD., HAITONG INT'L SECURITIES CO. LTD., KEYBANC CAPITAL MARKETS INC., AND NEEDHAM & COMPANY, LLC<br><br>              Defendants. | Civil Action No. 1:20-cv-02977<br><br><u>CLASS ACTION</u> |

I, Elizabeth Metcalf, declare as follows:

I am a member in good standing of the bar of the State of New York and of this Court. I am a Partner of the law firm of Safirstein Metcalf LLP. I submit this declaration in support of the Motion filed by Chaile Steinberg for: (1) appointment as Lead Plaintiff; (2) approval of selection of Lead Counsel; (3) consolidation of all related securities class actions; and (4) any such further relief as the Court may deem just and proper.

Attached as Exhibits A through H are true and correct copies of the following documents:

EXHIBIT A: Published Notice Notice of pendency of *Cohen v. Luckin Coffee, Inc.*, 20-cv-01293-LJL (S.D.N.Y.) published on February 13, 2020;

EXHIBIT B: PSLRA Certification of Chaile Steinberg;

EXHIBIT C: Chart reflecting financial interest of Chaile Steinberg; and

EXHIBIT D: Firm Resume of Safirstein Metcalf LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of April 2020.

/s/ *Elizabeth Metcalf*