# EXHIBIT B

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, Chaile Steinberg, declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.  I have reviewed the complaint and I designate Safirstein Metcalf LLP as my counsel in this action for all purposes.

2.  I did not acquire Luckin Coffee, Inc. (Nasdaq: LK) securities at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

3.  I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.  I will not accept any payment for serving as a representative party beyond its pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the court pursuant to law.

5.  I have not sought to serve or served as a representative party for a class in an action under the federal securities laws within the past three years, except:

6.  I have made the following transactions in Luckin Coffee, Inc (Nasdaq: LK) during the Class Period specified in the complaint and will provide records of those transactions upon request:

| Buy/Sell | Date | No. of Shares | Total Cost |
|----------|------|---------------|------------|
| Buy | 5/17/19 | 400 | $17.00 |

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed this 10th day of April, 2020

Chaile Steinberg