# EXHIBIT C

| Class Period: 5/19/19 - 4/6/20 | | | | Luckin Coffee, Inc. (NASDAQ: LK) | | | | | | | Hold price: | 4.39 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | | | |
| PLAINTIFF | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | | DATE | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (1) | ESTIMATED LOSSES |
| Chaile Steinberg | PRECLASS POSITION | 0 | | | | | | | | | | - |
| | 5/17/19 | 400 | 17.00 | 6,800.00 | | | | | | 400 | 1,756.00 | (5,044.00) |
| Chaile Steinberg  Total | | 400 | | 6,800.00 | | | | | | 400 | 1,756.00 | (5,044.00) |
| | ` | | | | | | | | | | | |
| (1) ADSs retained at the end of the Class Period are valued at the average price from April 6, 2020 to April 13, 2020.  Trading in Luckin Cofee, Inc. ADSs has been halted since April 7, 2020. | | | | | | | | | | | | |