POMERANTZ LLP
Jeremy A. Lieberman
J. Alexander Hood
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 646-581-9966
Fax: 646-607-2426
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

THE ROSEN LAW FIRM, P.A.
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Co-Lead Counsel for Lead Plaintiffs and Class*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN COHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LUCKIN COFFEE INC., JENNY ZHIYA QIAN, and REINOUT HENDRIK SCHAKEL,<br><br>Defendants. | CASE No.: 1:20-cv-01293-LJL<br><br>NOTICE OF MOTION OF THE LUCKIN INVESTOR GROUP FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL<br><br><u>CLASS ACTION</u> |

*Additional Caption on Following Page*

1

| | |
|---|---|
| WAI CHUN SHEK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br><br>v.<br><br><br>LUCKIN COFFEE INC., JENNY ZHIYA QIAN, CHARLES ZHANGYAO LU, REINOUT HENDRIK SCHAKEL, JINYI GUO, JIAN LIU, HUI LI, CREDIT SUISSE SECURITIES (USA) LLC, MORGAN STANLEY & CO. LLC, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, KEYBANC CAPITAL MARKETS INC., AND NEEDHAM & COMPANY, LLC<br><br><br>Defendants. | CASE No.: 1:20-cv-02977-NRB<br><br>CLASS ACTION |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 42(a), Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), and Section 27 of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. § 77z-1(a)(3)(B) as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Movants John Hickey, Regent Mercantile Holdings Limited, James Sproul, Li Tutang, and Khaled Abdullah Almdamegh ("Movants" or the "Luckin Coffee Investor Group") hereby move this Court, the Honorable Lewis J. Liman, United States District Court Judge, on a date and at a time to be designated by the Court, for an order:

      (a)     consolidating the above-captioned related actions;

      (b)     appointing Movants to serve as Lead Plaintiffs in this action; and

(c)    approving Movants' selection of The Rosen Law Firm, P.A. and Pomerantz LLP as Co-Lead Counsel for the litigation.

In support of this Motion, Movants submit: (i) the Memorandum of Law dated April 13, 2020 (and exhibits); and (ii) a [Proposed] Order: (1) Consolidating Related Actions; (2) Appointing Lead Plaintiffs; and (3) Approving Lead Plaintiffs' Selection of Counsel.

Dated: April 13, 2020                          Respectfully submitted,

                                               POMERANTZ LLP

                                               */s/ Jeremy A. Lieberman*
                                               Jeremy A. Lieberman
                                               J. Alexander Hood
                                               600 Third Avenue, 20th Floor
                                               New York, NY 10016
                                               Telephone: 646-581-9966
                                               Fax: 646-607-2426
                                               Email: jalieberman@pomlaw.com
                                               Email: ahood@pomlaw.com

                                               POMERANTZ LLP
                                               Patrick V. Dahlstrom
                                               10 South LaSalle Street, Suite 3505
                                               Chicago, Illinois 60603
                                               Telephone: (312) 377-1181
                                               Email: pdahlstrom@pomlaw.com

                                               THE ROSEN LAW FIRM, P.A.
                                               Phillip Kim, Esq. (PK 9384)
                                               Laurence M. Rosen, Esq. (LR 5733)
                                               275 Madison Avenue, 40th Floor
                                               New York, New York 10016
                                               Telephone: (212) 686-1060
                                               Fax: (212) 202-3827
                                               Email: pkim@rosenlegal.com
                                               Email: lrosen@rosenlegal.com

                                               *[Proposed] Co-Lead Counsel for Lead Plaintiffs
                                               and Class*

3

THE SCHALL LAW FIRM
Brian Schall
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: 310-301-3335
Fax: 877-590-0482
Email: brian@schallfirm.com

*[Proposed] Additional Counsel for Lead Plaintiffs and Class*

KASKELA LAW LLC
Seamus Kaskela
18 Campus Boulevard, Suite 100
Newtown Square, PA 19073
Telephone: (888) 715-1740
Email: skaskela@kaskelalaw.com

*[Proposed] Additional Counsel for Lead Plaintiffs and Class*

5

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Jeremy A. Lieberman*