# EXHIBIT 1

## **ASSIGNMENT**

Elvio DelZotto, the undersigned Assignor ("Assignor"), hereby assigns, transfers and sets over to James Sproul all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of the publicly traded securities of Luckin Coffee Inc.  Further, the Assignor hereby appoints James Sproul as the Assignor's true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.  James Sproul agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of James Sproul.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.

4/11/2020

Executed: _____.

DocuSigned by:

*Elvio DelZotto*

E6AD085F4490455...

ELVIO DELZOTTO

**ASSIGNMENT**

Alessandro Sproul, the undersigned Assignor ("Assignor"), hereby assigns, transfers and sets over to James Sproul all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of the publicly traded securities of Luckin Coffee Inc. Further, the Assignor hereby appoints James Sproul as the Assignor's true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. James Sproul agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of James Sproul.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.

4/10/2020

Executed: _____.

DocuSigned by:

*Alessandro Sproul*

6DAD1B6814434A9...

ALESSANDRO SPROUL