# EXHIBIT 3

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The Rosen Law Firm P.A., retains The Rosen Law Firm P.A. to file an action under the federal securities laws to recover damages and to seek other relief against Luckin Coffee Inc.. The Rosen Law Firm P.A. will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Luckin Coffee Inc.. Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The Rosen Law Firm P.A.

First name:      John
Middle initial:
Last name:       Hickey
Address:
City:
State:
Zip:
Country:
Facsimile:
Phone:
Email:



Plaintiff certifies that:

1. Plaintiff has reviewed the complaint and authorized its filing.
2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.
5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

| Type of Security | Buy Date | # of Shares | Price per Share |
| --- | --- | --- | --- |
| Common Stock | 01/14/2020 | 201 | 48.19 |
| Common Stock | 01/13/2020 | 110 | 46.97 |
| Common Stock | 01/13/2020 | 181 | 47.07 |
| Common Stock | 01/13/2020 | 1358 | 47.08 |
| Common Stock | 01/13/2020 | 41350 | 47.10 |
| Common Stock | 01/14/2020 | 700 | 48.22 |
| Common Stock | 01/14/2020 | 1900 | 48.20 |
| Common Stock | 01/14/2020 | 3000 | 47.7061 |
| Common Stock | 01/14/2020 | 7199 | 48.23 |
| Common Stock | 01/13/2020 | 1 | 46.98 |
| Common Stock | 01/08/2020 | 40500 | 37 |

**Certification for John Hickey (cont.)**

| | | | |
|---|---|---|---|
| Common Stock | 01/08/2020 | 8400 | 36.90 |
| Common Stock | 01/08/2020 | 1200 | 36.75 |
| Common Stock | 06/18/2019 | 33 | 21.549 |
| Common Stock | 06/18/2019 | 600 | 21.36 |
| Common Stock | 06/18/2019 | 656 | 21.4 |
| Common Stock | 06/18/2019 | 9300 | 21.525 |
| Common Stock | 07/16/2019 | 100 | 21.09 |
| Common Stock | 07/16/2019 | 9900 | 21.10 |
| Common Stock | 07/26/2019 | 12000 | 24.90 |
| Common Stock | 07/29/2019 | 496 | 25.27 |
| Common Stock | 07/29/2019 | 1000 | 25.259 |
| Common Stock | 07/29/2019 | 1599 | 25.45 |
| Common Stock | 07/29/2019 | 2997 | 25.26 |
| Common Stock | 07/29/2019 | 5908 | 25.48 |
| Common Stock | 11/13/2019 | 29000 | 21.5 |
| Common Stock | 11/22/2019 | 1000 | 29 |
| Common Stock | 11/25/2019 | 20000 | 31.51 |
| Common Stock | 01/08/2020 | 100 | 36.735 |
| Common Stock | 01/08/2020 | 100 | 36.73 |
| Common Stock | 01/08/2020 | 200 | 36.74 |
| Common Stock | 06/18/2019 | 10 | 21.39 |
| Common Stock | 06/18/2019 | 1 | 21.52 |

Sales:

| Type of Security | Sale Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 01/03/2020 | 500 | 37.26 |
| Common Stock | 01/03/2020 | 400 | 37.24 |
| Common Stock | 01/03/2020 | 300 | 37.25 |
| Common Stock | 01/03/2020 | 100 | 37.27 |
| Common Stock | 01/09/2020 | 50500 | 41.785 |
| Common Stock | 04/02/2020 | 56000 | 7.35 |
| Common Stock | 07/24/2019 | 300 | 23.19 |
| Common Stock | 07/24/2019 | 100 | 23.12 |
| Common Stock | 07/24/2019 | 19 | 23.16 |
| Common Stock | 08/16/2019 | 4885 | 19.6108 |
| Common Stock | 08/16/2019 | 700 | 19.6172 |
| Common Stock | 08/16/2019 | 200 | 19.634 |
| Common Stock | 08/16/2019 | 200 | 19.6182 |
| Common Stock | 08/16/2019 | 15 | 19.6186 |
| Common Stock | 09/30/2019 | 17257 | 18.70 |
| Common Stock | 09/30/2019 | 643 | 18.71 |
| Common Stock | 09/30/2019 | 100 | 18.705 |
| Common Stock | 01/03/2020 | 42700 | 37.20 |
| Common Stock | 01/03/2020 | 2411 | 37.22 |
| Common Stock | 01/03/2020 | 2389 | 37.23 |
| Common Stock | 01/03/2020 | 1200 | 37.21 |
| Common Stock | 07/24/2019 | 528 | 23.17 |
| Common Stock | 07/24/2019 | 1300 | 23.185 |
| Common Stock | 07/24/2019 | 1000 | 23.165 |

**Certification for John Hickey (cont.)**

| | | | |
|---|---|---|---|
| Common Stock | 07/24/2019 | 952 | 23.13 |
| Common Stock | 07/24/2019 | 617 | 23.08 |
| Common Stock | 07/24/2019 | 1956 | 23.15 |
| Common Stock | 07/24/2019 | 1602 | 23.11 |
| Common Stock | 07/24/2019 | 2605 | 23.09 |
| Common Stock | 07/24/2019 | 2113 | 23.10 |
| Common Stock | 07/24/2019 | 7508 | 23.07 |

7.  I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below. [ ]

I declare under penalty of perjury, under the laws of the
United States, that the information entered is accurate:           YES

By clicking on the button below, I intend to sign and execute
this agreement and retain the Rosen Law Firm, P.A. to
proceed on Plaintiff's behalf, on a contingent fee basis.           YES

Signed pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform Electronic Transactions Act as adopted by the various states and territories of the United States.

Date of signing: 04/10/2020

**Luckin Coffee Inc. (LK)**                                                                         **Hickey, John**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|----------------------|----------------------|
| 6/18/2019 | Purchase | 33 | $21.5500 |
| 6/18/2019 | Purchase | 600 | $21.3600 |
| 6/18/2019 | Purchase | 656 | $21.4000 |
| 6/18/2019 | Purchase | 9,300 | $21.5300 |
| 6/18/2019 | Purchase | 10 | $21.3900 |
| 6/18/2019 | Purchase | 1 | $21.5200 |
| 7/16/2019 | Purchase | 100 | $21.0900 |
| 7/16/2019 | Purchase | 9,900 | $21.1000 |
| 7/26/2019 | Purchase | 12,000 | $24.9000 |
| 7/29/2019 | Purchase | 496 | $25.2700 |
| 7/29/2019 | Purchase | 1,000 | $25.2600 |
| 7/29/2019 | Purchase | 1,599 | $25.4500 |
| 7/29/2019 | Purchase | 2,997 | $25.2600 |
| 7/29/2019 | Purchase | 5,908 | $25.4800 |
| 11/13/2019 | Purchase | 29,000 | $21.5000 |
| 11/22/2019 | Purchase | 1,000 | $29.0000 |
| 11/25/2019 | Purchase | 20,000 | $31.5100 |
| 1/8/2020 | Purchase | 40,500 | $37.0000 |
| 1/8/2020 | Purchase | 8,400 | $36.9000 |
| 1/8/2020 | Purchase | 1,200 | $36.7500 |
| 1/8/2020 | Purchase | 100 | $36.7400 |
| 1/8/2020 | Purchase | 100 | $36.7300 |
| 1/8/2020 | Purchase | 200 | $36.7400 |
| 1/13/2020 | Purchase | 110 | $46.9700 |
| 1/13/2020 | Purchase | 181 | $47.0700 |
| 1/13/2020 | Purchase | 1,358 | $47.0800 |
| 1/13/2020 | Purchase | 41,350 | $47.1000 |
| 1/13/2020 | Purchase | 1 | $46.9800 |
| 1/14/2020 | Purchase | 201 | $48.1900 |
| 1/14/2020 | Purchase | 700 | $48.2200 |
| 1/14/2020 | Purchase | 1,900 | $48.2000 |
| 1/14/2020 | Purchase | 3,000 | $47.7100 |
| 1/14/2020 | Purchase | 7,199 | $48.2300 |
| 7/24/2019 | Sale | (1,300) | $23.1900 |
| 7/24/2019 | Sale | (1,000) | $23.1700 |
| 7/24/2019 | Sale | (952) | $23.1300 |
| 7/24/2019 | Sale | (617) | $23.0800 |
| 7/24/2019 | Sale | (1,956) | $23.1500 |
| 7/24/2019 | Sale | (1,602) | $23.1100 |
| 7/24/2019 | Sale | (2,605) | $23.0900 |
| 7/24/2019 | Sale | (2,113) | $23.1000 |
| 7/24/2019 | Sale | (7,508) | $23.0700 |
| 7/24/2019 | Sale | (300) | $23.1900 |
| 7/24/2019 | Sale | (100) | $23.1200 |
| 7/24/2019 | Sale | (19) | $23.1600 |
| 7/24/2019 | Sale | (528) | $23.1700 |
| 8/16/2019 | Sale | (4,885) | $19.6100 |
| 8/16/2019 | Sale | (700) | $19.6200 |
| 8/16/2019 | Sale | (200) | $19.6300 |
| 8/16/2019 | Sale | (200) | $19.6200 |
| 8/16/2019 | Sale | (15) | $19.6200 |
| 9/30/2019 | Sale | (17,257) | $18.7000 |
| 9/30/2019 | Sale | (643) | $18.7100 |

**Luckin Coffee Inc. (LK)**                                                            **Hickey, John**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 9/30/2019 | Sale | (100) | $18.7100 |
| 1/3/2020 | Sale | (500) | $37.2600 |
| 1/3/2020 | Sale | (400) | $37.2400 |
| 1/3/2020 | Sale | (300) | $37.2500 |
| 1/3/2020 | Sale | (100) | $37.2700 |
| 1/3/2020 | Sale | (42,700) | $37.2000 |
| 1/3/2020 | Sale | (2,411) | $37.2200 |
| 1/3/2020 | Sale | (2,389) | $37.2300 |
| 1/3/2020 | Sale | (1,200) | $37.2100 |
| 1/9/2020 | Sale | (50,500) | $41.7900 |
| 4/2/2020 | Sale | (56,000) | $7.3500 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Ian Burns, on behalf of Regent Mercantile Holdings Limited ("RMHL"), as Deputy Chairman and Managing Director, with authority to bind RMHL and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Luckin Coffee Inc. ("Luckin" or the "Company") and authorize the filing of a motion on behalf of RMHL for appointment as lead plaintiff.

3.      RMHL did not purchase or acquire Luckin securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      RMHL is willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired: (a) Luckin American Depositary Receipt Shares ("ADSs") pursuant and/or traceable to the IPO, as specified in the Complaint, and/or (b) Luckin securities during the Class Period, as specified in the Complaint; including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      To the best of my current knowledge, the attached sheet lists all of RMHL's transactions in: (a) Luckin ADSs pursuant and/or traceable to the IPO, as specified in the Complaint, and/or (b) Luckin securities during the Class Period, as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, RMHL has not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.     RMHL agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.     I declare under penalty of perjury that the foregoing is true and correct.

4/12/2020

Executed: _____.

DocuSigned by:

*Ian Burns*

C2099DA981F4401...

Ian Burns
Deputy Chairman and Managing Director
Regent Mercantile Holdings Limited

**Luckin Coffee Inc. (LK)**                                   **Regent Mercantile Holdings Limited**

**List of Purchases and Sales**

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| Account 1 | | | |
| ADS | | | |
| 1/9/2020 | Purchase | 50,000 | $41.3892 |
| 1/14/2020 | Purchase | 50,000 | $48.0441 |
| 1/23/2020 | Purchase | 1,800 | $50.0000 |
| 1/24/2020 | Purchase | 48,200 | $50.0000 |
| 1/23/2020 | Sale | (50,000) | $42.0000 |
| 1/31/2020 | Sale | (50,000) | $28.0290 |
| 2/3/2020 | Sale | (50,000) | $31.7316 |
| PUT LK 01/24/2020 $50.00 | | | |
| 1/17/2020 | Sale | (500) | $2.4159 |
| Account 2 | | | |
| ADS | | | |
| 12/30/2019 | Purchase | 100,000 | $37.3738 |
| 1/23/2020 | Sale | (50,000) | $42.6409 |
| 1/31/2020 | Sale | (50,000) | $28.3662 |
| Account 3 | | | |
| ADS | | | |
| 1/2/2020 | Purchase | 2,000 | $40.0000 |
| 4/2/2020 | Sale | (2,000) | $4.1300 |
| Account 4 | | | |
| ADS | | | |
| 1/8/2020 | Purchase | 3,635 | $36.8118 |
| 1/8/2020 | Purchase | 5,965 | $36.7201 |
| 1/8/2020 | Purchase | 10,400 | $36.9686 |
| 1/22/2020 | Purchase | 1,160 | $48.4740 |
| 1/22/2020 | Purchase | 3,540 | $48.4364 |
| 1/22/2020 | Purchase | 5,300 | $48.3846 |
| 1/23/2020 | Sale | (20,000) | $41.6001 |
| 1/31/2020 | Sale | (10,000) | $28.1996 |
| CALL LK 01/17/20 $47.50 | | | |
| 1/14/2020 | Purchase | 200 | $1.9582 |
| 1/23/2020 | Purchase | 100 | $0.0500 |
| 1/13/2020 | Sale | (30) | $1.1800 |
| 1/13/2020 | Sale | (170) | $1.1500 |
| 1/14/2020 | Sale | (200) | $1.9606 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, James Sproul, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Luckin Coffee Inc. ("Luckin" or the "Company") and authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.      I did not purchase or acquire Luckin securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired: (a) Luckin American Depositary Receipt Shares ("ADSs") pursuant and/or traceable to the IPO, as specified in the Complaint, and/or (b) Luckin securities during the Class Period, as specified in the Complaint; including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      To the best of my current knowledge, the attached sheet lists all of my transactions in: (a) Luckin ADSs pursuant and/or traceable to the IPO, as specified in the Complaint, and/or (b) Luckin securities during the Class Period, as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.      I declare under penalty of perjury that the foregoing is true and correct.

4/12/2020

Executed: _____.

DocuSigned by:

69404FBB8E22495...

James Sproul

**Luckin Coffee Inc. (LK)**                                                **Sproul, James**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| James Sproul | | | |
| 1/28/2020 | Purchase | 300 | $39.7400 |
| 1/28/2020 | Purchase | 500 | $39.7400 |
| 1/28/2020 | Purchase | 200 | $39.7200 |
| 4/2/2020 | Sale | (500) | $7.3600 |
| 4/3/2020 | Sale | (500) | $5.8000 |
| | | | |
| Elvio Delzotto | | | |
| 1/28/2020 | Purchase | 1,000 | $39.7400 |
| 1/28/2020 | Purchase | 1,000 | $39.6500 |
| 1/28/2020 | Purchase | 1,000 | $39.7200 |
| 1/28/2020 | Purchase | 1,000 | $39.6490 |
| 1/28/2020 | Purchase | 1,500 | $40.0000 |
| 1/28/2020 | Purchase | 1,500 | $39.5000 |
| 1/28/2020 | Purchase | 1,500 | $39.8000 |
| 1/28/2020 | Purchase | 1,000 | $39.7500 |
| 1/28/2020 | Purchase | 1,000 | $39.6600 |
| 1/28/2020 | Purchase | 1,000 | $39.7300 |
| 1/28/2020 | Purchase | 1,000 | $39.7400 |
| 1/28/2020 | Purchase | 1,500 | $39.4990 |
| 1/30/2020 | Purchase | 300 | $35.7880 |
| 1/30/2020 | Sale | (100) | $35.7900 |
| 4/3/2020 | Sale | (5,000) | $5.4100 |
| 4/6/2020 | Sale | (3,000) | $5.5100 |
| 4/6/2020 | Sale | (6,200) | $4.5100 |
| | | | |
| Alessandro Sproul | | | |
| 1/13/2020 | Purchase | 400 | $47.4400 |
| 1/13/2020 | Purchase | 200 | $46.2000 |
| 3/26/2020 | Sale | (600) | $29.0000 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.  I, *Li Tutang*, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against **Luckin Coffee Inc. (NASDAQ: LK,** hereafter referred as the "Company") and authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.  I did not purchase or acquire the "Company" securities at the direction of plaintiffs counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.  I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired the "Company" securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in the "Company" securities during the Class Period as specified in the Complaint.

6.  During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.  I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

1

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed ___2020 - 4 - 3___

(Date)

___Li Tutang___

(Signature)

___Li Tutang___

(Type or Print Name)

2

**Luckin Coffee Inc. (LK)**                                                                                       **Li Tutang**

## List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 2/5/2020 | Purchase | 5,000 | $37.5000 |
| 2/5/2020 | Purchase | 5,000 | $37.5000 |
| 2/5/2020 | Purchase | 5,000 | $36.3000 |
| 2/5/2020 | Purchase | 5,000 | $36.4000 |
| 2/5/2020 | Purchase | 5,000 | $36.9089 |
| 2/5/2020 | Purchase | 5,000 | $36.3000 |
| 2/5/2020 | Purchase | 5,000 | $35.0000 |
| 2/5/2020 | Purchase | 400 | $35.2000 |
| 2/5/2020 | Purchase | 40,000 | $35.0000 |
| 2/6/2020 | Purchase | 15,000 | $36.6300 |
| 2/6/2020 | Purchase | 13,860 | $35.7998 |
| 2/6/2020 | Purchase | 30,000 | $36.3150 |
| 2/6/2020 | Purchase | 20,000 | $35.5000 |
| 2/26/2020 | Purchase | 30,000 | $39.0000 |
| 2/27/2020 | Purchase | 1,400 | $38.6071 |
| 2/27/2020 | Sale | (1,400) | $39.1000 |
| 2/27/2020 | Sale | (30,000) | $39.5069 |
| 3/19/2020 | Sale | (64,260) | $26.0023 |
| 3/19/2020 | Sale | (45,000) | $24.0466 |
| 3/19/2020 | Sale | (45,000) | $26.3435 |

## CERTIFICATION

The individual or institution listed below (the "Plaintiff") authorizes the Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against Luckin Coffee, Inc., and their current and former officers, and others in connection with the purchase and sale of securities issued by Luckin Coffee, Inc.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.    I have reviewed a complaint against Luckin Coffee, Inc. and certain of their officers and directors and I authorize The Rosen Law Firm, PA to file a lead plaintiff motion on my behalf.

2.    I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.    I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.    The following is a list of all of the purchases and sales I have made in Luckin Coffee, Inc. securities during the Class Period set forth in the complaint. I have made no transactions during the class period in the securities that are the subject of this lawsuit except those set forth below.

5.    I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.    I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury that the foregoing is true and correct. Executed this day _____.

Signature: _____

Name: Khaled Abdullah A Almdamegh

2020/4/13

**Luckin Coffee Inc. (LK)**                                                      **Almdamegh, Khaled Abdullah**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| 3/27/2020 | Purchase | 140,000 | $26.1335 |