# EXHIBIT  4

**Luckin Coffee Inc. (LK)**
**Class Period: May 17, 2019 to April 6, 2020**
**IPO: $17.00/share**
**SPO: $42.00/share on/around January 10, 2020**

**4/7/2020**
**Closing Price**
**$0.00 - Halted**

| Plaintiff | Trade Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hickey, John | 6/18/2019 | 33 | $21.5500 | ($711) | 7/24/2019 | (1,300) | $23.1900 | $30,147 | | | |
| Hickey, John | 6/18/2019 | 600 | $21.3600 | ($12,816) | 7/24/2019 | (1,000) | $23.1700 | $23,170 | | | |
| Hickey, John | 6/18/2019 | 656 | $21.4000 | ($14,038) | 7/24/2019 | (952) | $23.1300 | $22,020 | | | |
| Hickey, John | 6/18/2019 | 9,300 | $21.5300 | ($200,229) | 7/24/2019 | (617) | $23.0800 | $14,240 | | | |
| Hickey, John | 6/18/2019 | 10 | $21.3900 | ($214) | 7/24/2019 | (1,956) | $23.1500 | $45,281 | | | |
| Hickey, John | 6/18/2019 | 1 | $21.5200 | ($22) | 7/24/2019 | (1,602) | $23.1100 | $37,022 | | | |
| Hickey, John | 7/16/2019 | 100 | $21.0900 | ($2,109) | 7/24/2019 | (2,605) | $23.0900 | $60,149 | | | |
| Hickey, John | 7/16/2019 | 9,900 | $21.1000 | ($208,890) | 7/24/2019 | (2,113) | $23.1000 | $48,810 | | | |
| Hickey, John | 7/26/2019 | 12,000 | $24.9000 | ($298,800) | 7/24/2019 | (7,508) | $23.0700 | $173,210 | | | |
| Hickey, John | 7/29/2019 | 496 | $25.2700 | ($12,534) | 7/24/2019 | (300) | $23.1900 | $6,957 | | | |
| Hickey, John | 7/29/2019 | 1,000 | $25.2600 | ($25,260) | 7/24/2019 | (100) | $23.1200 | $2,312 | | | |
| Hickey, John | 7/29/2019 | 1,599 | $25.4500 | ($40,695) | 7/24/2019 | (19) | $23.1600 | $440 | | | |
| Hickey, John | 7/29/2019 | 2,997 | $25.2600 | ($75,704) | 7/24/2019 | (528) | $23.1700 | $12,234 | | | |
| Hickey, John | 7/29/2019 | 5,908 | $25.4800 | ($150,536) | 8/16/2019 | (4,885) | $19.6100 | $95,795 | | | |
| Hickey, John | 11/13/2019 | 29,000 | $21.5000 | ($623,500) | 8/16/2019 | (700) | $19.6200 | $13,734 | | | |
| Hickey, John | 11/22/2019 | 1,000 | $29.0000 | ($29,000) | 8/16/2019 | (200) | $19.6300 | $3,926 | | | |
| Hickey, John | 11/25/2019 | 20,000 | $31.5100 | ($630,200) | 8/16/2019 | (200) | $19.6200 | $3,924 | | | |
| Hickey, John | 1/8/2020 | 40,500 | $37.0000 | ($1,498,500) | 8/16/2019 | (15) | $19.6200 | $294 | | | |
| Hickey, John | 1/8/2020 | 8,400 | $36.9000 | ($309,960) | 9/30/2019 | (17,257) | $18.7000 | $322,706 | | | |
| Hickey, John | 1/8/2020 | 1,200 | $36.7500 | ($44,100) | 9/30/2019 | (643) | $18.7100 | $12,031 | | | |
| Hickey, John | 1/8/2020 | 100 | $36.7400 | ($3,674) | 9/30/2019 | (100) | $18.7100 | $1,871 | | | |
| Hickey, John | 1/8/2020 | 100 | $36.7300 | ($3,673) | 1/3/2020 | (500) | $37.2600 | $18,630 | | | |
| Hickey, John | 1/8/2020 | 200 | $36.7400 | ($7,348) | 1/3/2020 | (400) | $37.2400 | $14,896 | | | |
| Hickey, John | 1/13/2020 | 110 | $46.9700 | ($5,167) | 1/3/2020 | (300) | $37.2500 | $11,175 | | | |
| Hickey, John | 1/13/2020 | 181 | $47.0700 | ($8,520) | 1/3/2020 | (100) | $37.2700 | $3,727 | | | |
| Hickey, John | 1/13/2020 | 1,358 | $47.0800 | ($63,935) | 1/3/2020 | (42,700) | $37.2000 | $1,588,440 | | | |
| Hickey, John | 1/13/2020 | 41,350 | $47.1000 | ($1,947,585) | 1/3/2020 | (2,411) | $37.2200 | $89,737 | | | |
| Hickey, John | 1/13/2020 | 1 | $46.9800 | ($47) | 1/3/2020 | (2,389) | $37.2300 | $88,942 | | | |
| Hickey, John | 1/14/2020 | 201 | $48.1900 | ($9,686) | 1/3/2020 | (1,200) | $37.2100 | $44,652 | | | |
| Hickey, John | 1/14/2020 | 700 | $48.2200 | ($33,754) | 1/9/2020 | (50,500) | $41.7900 | $2,110,395 | | | |
| Hickey, John | 1/14/2020 | 1,900 | $48.2000 | ($91,580) | 4/2/2020 | (56,000) | $7.3500 | $411,600 | | | |
| Hickey, John | 1/14/2020 | 3,000 | $47.7100 | ($143,130) | | | | | | | |
| Hickey, John | 1/14/2020 | 7,199 | $48.2300 | ($347,208) | | | | | | | |
| **Hickey, John** | | **201,100** | | **($6,843,123)** | | **(201,100)** | | **$5,312,468** | **56,000** | | **($1,530,655)** |

Regent Mercantile Holdings Limited

Account 1

| Plaintiff | Trade Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ADS | 1/9/2020 | 50,000 | $41.3892 | ($2,069,460) | 1/23/2020 | (50,000) | $42.0000 | $2,100,000 | | | |
| ADS | 1/14/2020 | 50,000 | $48.0441 | ($2,402,205) | 1/31/2020 | (50,000) | $28.0290 | $1,401,450 | | | |
| ADS | 1/23/2020 | 1,800 | $50.0000 | ($90,000) | 2/3/2020 | (50,000) | $31.7316 | $1,586,580 | | | |
| ADS | 1/24/2020 | 48,200 | $50.0000 | ($2,410,000) | | | | | | | |
| **ADS** | | **150,000** | | **($6,971,665)** | | **(150,000)** | | **$5,088,030** | **100,000** | | **($1,883,635)** |
| PUT LK 01/24/2020 $50.00 | 1/23/2020 | 18 | Assigned | $0 | 1/17/2020 | (500) | $2.4159 | $120,795 | | | |
| PUT LK 01/24/2020 $50.00 | 1/24/2020 | 482 | Assigned | $0 | | | | | | | |
| **PUT LK 01/24/2020 $50.00** | | **500** | | **$0** | | **(500)** | | **$120,795** | **0** | | **$120,795** |
| **Account 1** | | **150,000** | | **($6,971,665)** | | **(150,000)** | | **$5,208,825** | **100,000** | | **($1,762,840)** |

**Luckin Coffee Inc. (LK)**
**Class Period: May 17, 2019 to April 6, 2020**
**IPO: $17.00/share**
**SPO: $42.00/share on/around January 10, 2020**

**4/7/2020**
**Closing Price**
**$0.00 - Halted**

| Plaintiff | Trade Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 2 | | | | | | | | | | | |
| ADS | 12/30/2019 | 100,000 | $37.3738 | ($3,737,380) | 1/23/2020 | (50,000) | $42.6409 | $2,132,045 | | | |
| ADS | | | | | 1/31/2020 | (50,000) | $28.3662 | $1,418,310 | | | |
| **Account 2** | | **100,000** | | **($3,737,380)** | | **(100,000)** | | **$3,550,355** | **50,000** | | **($187,025)** |
| | | | | | | | | | | | |
| **Account 3** | **1/2/2020** | **2,000** | **$40.0000** | **($80,000)** | **4/2/2020** | **(2,000)** | **$4.1300** | **$8,260** | **2,000** | | **($71,740)** |
| | | | | | | | | | | | |
| Account 4 | | | | | | | | | | | |
| CALL LK 01/17/20 $47.50 | 1/14/2020 | 200 | $1.9582 | ($39,164) | 1/13/2020 | (30) | $1.1800 | $3,540 | | | |
| CALL LK 01/17/20 $47.50 | 1/23/2020 | 100 | $0.0500 | ($500) | 1/13/2020 | (170) | $1.1500 | $19,550 | | | |
| CALL LK 01/17/20 $47.50 | 1/24/2020 | 100 | Expired | $0 | 1/14/2020 | (200) | $1.9606 | $39,212 | | | |
| **CALL LK 01/17/20 $47.50** | | **400** | | **($39,664)** | | **(400)** | | **$62,302** | **0** | | **$22,638** |
| | | | | | | | | | | | |
| ADS | 1/8/2020 | 3,635 | $36.8118 | ($133,811) | 1/23/2020 | (20,000) | $41.6001 | $832,001 | | | |
| ADS | 1/8/2020 | 5,965 | $36.7201 | ($219,035) | 1/31/2020 | (10,000) | $28.1996 | $281,996 | | | |
| ADS | 1/8/2020 | 10,400 | $36.9686 | ($384,474) | | | | | | | |
| ADS | 1/22/2020 | 1,160 | $48.4740 | ($56,230) | | | | | | | |
| ADS | 1/22/2020 | 3,540 | $48.4364 | ($171,465) | | | | | | | |
| ADS | 1/22/2020 | 5,300 | $48.3846 | ($256,438) | | | | | | | |
| **ADS** | | **30,000** | | **($1,221,453)** | | **(30,000)** | | **$1,113,997** | **10,000** | | **($107,456)** |
| | | | | | | | | | | | |
| **Account 4** | | **30,000** | | **($1,261,117)** | | **(30,000)** | | **$1,176,299** | **10,000** | | **($84,818)** |
| | | | | | | | | | | | |
| Summary | | | | | | | | | | | |
| Account 1 | | 150,000 | | ($6,971,665) | | (150,000) | | $5,208,825 | 100,000 | | ($1,762,840) |
| Account 2 | | 100,000 | | ($3,737,380) | | (100,000) | | $3,550,355 | 50,000 | | ($187,025) |
| Account 3 | | 2,000 | | ($80,000) | | (2,000) | | $8,260 | 2,000 | | ($71,740) |
| Account 4 | | 30,000 | | ($1,261,117) | | (30,000) | | $1,176,299 | 10,000 | | ($84,818) |
| **Regent Mercantile Holdings Limited** | | **282,000** | | **($12,050,162)** | | **(282,000)** | | **$9,943,739** | **162,000** | | **($2,106,423)** |
| | | | | | | | | | | | |
| Sproul, James | 1/28/2020 | 300 | $39.7400 | ($11,922) | 4/2/2020 | (500) | $7.3600 | $3,680 | | | |
| Sproul, James | 1/28/2020 | 500 | $39.7400 | ($19,870) | 4/3/2020 | (500) | $5.8000 | $2,900 | | | |
| Sproul, James | 1/28/2020 | 200 | $39.7200 | ($7,944) | | | | | | | |
| **Sproul, James** | | **1,000** | | **($39,736)** | | **(1,000)** | | **$6,580** | **1,000** | | **($33,156)** |
| | | | | | | | | | | | |
| DelZotto, Elvio | 1/28/2020 | 1,000 | $39.7400 | ($39,740) | 1/30/2020 | (100) | $35.7900 | $3,579 | | | |
| DelZotto, Elvio | 1/28/2020 | 1,000 | $39.6500 | ($39,650) | 4/3/2020 | (5,000) | $5.4100 | $27,050 | | | |
| DelZotto, Elvio | 1/28/2020 | 1,000 | $39.7200 | ($39,720) | 4/6/2020 | (3,000) | $5.5100 | $16,530 | | | |
| DelZotto, Elvio | 1/28/2020 | 1,000 | $39.6490 | ($39,649) | 4/6/2020 | (6,200) | $4.5100 | $27,962 | | | |
| DelZotto, Elvio | 1/28/2020 | 1,500 | $40.0000 | ($60,000) | | | | | | | |
| DelZotto, Elvio | 1/28/2020 | 1,500 | $39.5000 | ($59,250) | | | | | | | |
| DelZotto, Elvio | 1/28/2020 | 1,500 | $39.8000 | ($59,700) | | | | | | | |
| DelZotto, Elvio | 1/28/2020 | 1,000 | $39.7500 | ($39,750) | | | | | | | |
| DelZotto, Elvio | 1/28/2020 | 1,000 | $39.6600 | ($39,660) | | | | | | | |
| DelZotto, Elvio | 1/28/2020 | 1,000 | $39.7300 | ($39,730) | | | | | | | |
| DelZotto, Elvio | 1/28/2020 | 1,000 | $39.7400 | ($39,740) | | | | | | | |
| DelZotto, Elvio | 1/28/2020 | 1,500 | $39.4990 | ($59,249) | | | | | | | |
| DelZotto, Elvio | 1/30/2020 | 300 | $35.7880 | ($10,736) | | | | | | | |
| **DelZotto, Elvio** | | **14,300** | | **($566,574)** | | **(14,300)** | | **$75,121** | **14,200** | | **($491,453)** |

**Luckin Coffee Inc. (LK)**
**Class Period: May 17, 2019 to April 6, 2020**
**IPO: $17.00/share**
**SPO: $42.00/share on/around January 10, 2020**

|  |  |  |  |  |  |  |  |  |  | 4/7/2020 |  |
|  |  |  |  |  |  |  |  |  |  | **Closing Price** |  |
|  |  |  |  |  |  |  |  |  |  | **$0.00 - Halted** |  |

| Plaintiff | Trade Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sproul, Alessandro | 1/13/2020 | 400 | $47.4400 | ($18,976) | 3/26/2020 | (600) | $29.0000 | $17,400 |  |  |  |
| Sproul, Alessandro | 1/13/2020 | 200 | $46.2000 | ($9,240) |  |  |  |  |  |  |  |
| **Sproul, Alessandro** |  | **600** |  | **($28,216)** |  | **(600)** |  | **$17,400** | **600** |  | **($10,816)** |
|  |  |  |  |  |  |  |  |  |  |  |  |
| **James, Elvio, and Alessandro Total** |  | **15,900** |  | **($634,526)** |  | **(15,900)** |  | **$99,101** | **15,800** |  | **($535,425)** |
|  |  |  |  |  |  |  |  |  |  |  |  |
| Li Tutang | 2/5/2020 | 5,000 | $37.5000 | ($187,500) | 2/27/2020 | (1,400) | $39.1000 | $54,740 |  |  |  |
| Li Tutang | 2/5/2020 | 5,000 | $37.5000 | ($187,500) | 2/27/2020 | (30,000) | $39.5069 | $1,185,208 |  |  |  |
| Li Tutang | 2/5/2020 | 5,000 | $36.3000 | ($181,500) | 3/19/2020 | (64,260) | $26.0023 | $1,670,908 |  |  |  |
| Li Tutang | 2/5/2020 | 5,000 | $36.4000 | ($182,000) | 3/19/2020 | (45,000) | $24.0466 | $1,082,097 |  |  |  |
| Li Tutang | 2/5/2020 | 5,000 | $36.9089 | ($184,545) | 3/19/2020 | (45,000) | $26.3435 | $1,185,458 |  |  |  |
| Li Tutang | 2/5/2020 | 5,000 | $36.3000 | ($181,500) |  |  |  |  |  |  |  |
| Li Tutang | 2/5/2020 | 5,000 | $35.0000 | ($175,000) |  |  |  |  |  |  |  |
| Li Tutang | 2/5/2020 | 400 | $35.2000 | ($14,080) |  |  |  |  |  |  |  |
| Li Tutang | 2/5/2020 | 40,000 | $35.0000 | ($1,400,000) |  |  |  |  |  |  |  |
| Li Tutang | 2/6/2020 | 15,000 | $36.6300 | ($549,450) |  |  |  |  |  |  |  |
| Li Tutang | 2/6/2020 | 13,860 | $35.7998 | ($496,186) |  |  |  |  |  |  |  |
| Li Tutang | 2/6/2020 | 30,000 | $36.3150 | ($1,089,450) |  |  |  |  |  |  |  |
| Li Tutang | 2/6/2020 | 20,000 | $35.5000 | ($710,000) |  |  |  |  |  |  |  |
| Li Tutang | 2/26/2020 | 30,000 | $39.0000 | ($1,170,000) |  |  |  |  |  |  |  |
| Li Tutang | 2/27/2020 | 1,400 | $38.6071 | ($54,050) |  |  |  |  |  |  |  |
| **Li Tutang** |  | **185,660** |  | **($6,762,760)** |  | **(185,660)** |  | **$5,178,411** | **0** |  | **($1,584,349)** |
|  |  |  |  |  |  |  |  |  |  |  |  |
| **Almdamegh, Khaled Abdullah** | **3/27/2020** | **140,000** | **$26.1335** | **($3,658,692)** |  |  |  |  | **140,000** |  | **($3,658,692)** |
|  |  |  |  |  |  |  |  |  |  |  |  |
| Summary |  |  |  |  |  |  |  |  |  |  |  |
| Hickey, John |  | 201,100 |  | ($6,843,123) |  | (201,100) |  | $5,312,468 | 56,000 |  | ($1,530,655) |
| Regent Mercantile Holdings Limited |  | 282,000 |  | ($12,050,162) |  | (282,000) |  | $9,943,739 | 162,000 |  | ($2,106,423) |
| Sproul, James |  | 1,000 |  | ($39,736) |  | (1,000) |  | $6,580 | 1,000 |  | ($33,156) |
| DelZotto, Elvio |  | 14,300 |  | ($566,574) |  | (14,300) |  | $75,121 | 14,200 |  | ($491,453) |
| Sproul, Alessandro |  | 600 |  | ($28,216) |  | (600) |  | $17,400 | 600 |  | ($10,816) |
| Li Tutang |  | 185,660 |  | ($6,762,760) |  | (185,660) |  | $5,178,411 | 0 |  | ($1,584,349) |
| Almdamegh, Khaled Abdullah |  | 140,000 |  | ($3,658,692) |  | 0 |  | $0 | 140,000 |  | ($3,658,692) |
| **Total** |  | **824,660** |  | **($29,949,263)** |  | **(684,660)** |  | **$20,533,720** | **373,800** |  | **($9,415,544)** |