# EXHIBIT 5

**JOINT DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     We, John Hickey, Ian Burns, James Sproul, Li Tutang and Khaled Abdullah Almdamegh respectfully submit this Joint Declaration in support of our motion for appointment as Lead Plaintiffs and approval of our selection of The Rosen Law Firm PA ("Rosen") and Pomerantz LLP ("Pomerantz") as Co-Lead Counsel in the instant class action on behalf of investors in the securities of Luckin Coffee, Inc. ("Luckin" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). We are informed of and understand the requirements and duties imposed by the PSLRA. We each have personal knowledge about the information in this Joint Declaration relating to ourselves.

2.     I, John Hickey, live in Alpharetta, Georgia. I have been investing in the securities markets for approximately 30 years.  I earned a BS in Business Administration from Central Washington University and attended an MBA program at Seattle Pacific University for one year. I am currently employed as an Assistant Vice President for a Fortune 500 company.

3.     I, Ian Burns, am a fellow of the Institute of Chartered Accountants in England & Wales and a member of the Society of Trust and Estate Planners. I am the founder and Executive Director of Via Executive Limited, a specialist management consulting company, and for over 10 years have been the Managing Director and Deputy Chairman of Regent Mercantile Holdings Limited, a privately owned investment company. I am licensed by the Guernsey Financial Services Commission as a personal fiduciary. I am currently a non-executive director and audit committee chairman of River & Mercantile UK Micro Cap Ltd and Twenty Four Income Fund Limited, both listed on the London Stock Exchange.

4.    I, James Sproul, live in Toronto, Canada. I have been investing in the securities markets for over 10 years. I earned a Bachelor of Applied Science (Mining and Mineral Engineering) degree from the University of Toronto and a Master of Science (Finance and Private Equity) degree from the London School of Economics and Political Science.

5.    I, Li Tutang, live in Guangzhou, China. I am 37 years old, and I have been investing in the securities markets for approximately 5 years. As reflected in my Certification, I purchased Luckin Coffee securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

6.    I, Khaled Abdullah Almdamegh, live in Saudi Arabia. I have been investing in the securities markets for over 20 years. I have a university degree. I am currently a private investor. As reflected in my Certification, I purchased Luckin Coffee securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

7.    We believe that the securities class action against Luckin is meritorious and should be led by investors that are committed to maximizing the recovery on behalf of the class. Moreover, we recognize that we are like-minded investors who suffered substantial losses in our investments in Luckin securities. We believe that having geographically diverse representation will benefit the class—particularly in light of the present global COVID-19 pandemic. It is for these reasons that we decided to seek joint appointment as Co-Lead Plaintiffs in the action.

8.    In furtherance of our responsibilities as Lead Plaintiffs, we have shared our contact information and plan to communicate regularly with each other and counsel. Prior to the filing of our Lead Plaintiff motion, we discussed both with our counsel and with one another, among other things: the strength of the claims against Defendants; the responsibilities and duties of being Lead

Plaintiffs; a strategy for prosecuting the action; the benefits that the class would receive from our leadership; the shared desire of each of us to achieve the best possible result for the class; our shared interest in prosecuting the case in a collaborative, likeminded manner; and the actions that we will take to continue to ensure that the class's claims will be zealously and efficiently litigated.

9.      We do not anticipate that any disagreements between us will arise and agree to make all efforts, in good faith, to reach consensus with respect to litigation decisions, and to that end will consult with each other and our counsel as we deem necessary to fulfill our fiduciary obligations to the Class. We recognize that even in the event of a disagreement, the ultimate decision will necessarily be informed by consulting one another and our counsel.

10.     We also understand and appreciate a Lead Plaintiff's obligation under the PSLRA to select Co-Lead Counsel and to monitor the action of counsel to ensure the action is prosecuted efficiently. We have fulfilled this responsibility by selecting and retaining Co-Lead Counsel with a proven history of handling this type of complex litigation. In this case, we selected Rosen and Pomerantz to serve as Co-Lead Counsel. Based on the firms' experience in achieving substantial recoveries in securities class actions, we agree that Rosen and Pomerantz are well-qualified to represent the class. Moreover, Rosen and Pomerantz have been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the class. We will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

4/13/2020
Executed on this __ day of April 2020.

DocuSigned by:

082CE93386464E2...
John Hickey

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this 13th day of April 2020.

DocuSigned by:

Ian Burns

C2099DA981F4401...

Ian Burns

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this 13th day of April 2020.

DocuSigned by:

*James Sproul*

69404FBB8E22495...

James Sproul

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this 12 day of April 2020.

Li Tutang

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this ___ day of April 2020.

_____
Khaled Abdullah Almdamegh