**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTIN COHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>LUCKIN COFFEE INC., JENNY ZHIYA QIAN, and REINOUT HENDRIK SCHAKEL,<br><br>　　　　　　　Defendants. | Case No. 1:20-cv-01293-LJL<br><br>CLASS ACTION |

*Caption continued on next page.*

**DECLARATION OF GERALD H. SILK IN SUPPORT OF THE MOTION OF SJUNDE AP-FONDEN AND LOUISIANA SHERIFFS' PENSION & RELIEF FUND FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

| | |
|---|---|
| WAI CHUN SHEK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LUCKIN COFFEE INC., JENNY ZHIYA QIAN, CHARLES ZHENGYAO LU, REINOUT HENDRIK SCHAKEL, JINYI GUO, JIAN LIU, HUI LI, ERHAI LIU, CREDIT SUISSE SECURITIES (USA) LLC, MORGAN STANLEY & CO. LLC, CHINA INTERNATIONAL CAPITAL CORPORATION, HONG KONG SECURITIES LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, KEYBANC CAPITAL MARKETS INC., AND NEEDHAM & COMPANY, LLC,<br><br>Defendants. | Case No. 1:20-cv-02977-NRB<br><br>CLASS ACTION |

I, Gerald H. Silk, declare as follows:

1. I am a member in good standing of the bars of the State of New York and of this Court. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"). I submit this declaration in support of the Motion of Sjunde AP-Fonden ("AP7") and Louisiana Sheriffs' Pension & Relief Fund ("Louisiana Sheriffs") for an order: (1) appointing AP7 and Louisiana Sheriffs as Lead Plaintiff; (2) approving their selection of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") and Bernstein Litowitz as Lead Counsel for the Class; (3) consolidating the above-captioned actions and any related securities class actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (4) for any such further relief as the Court may deem just and proper.

2. Attached as Exhibits A through I are true and correct copies of the following documents:

EXHIBIT A: Certifications of AP7 and Louisiana Sheriffs;

EXHIBIT B: Charts of transactions and losses of AP7 and Louisiana Sheriffs;

EXHIBIT C: Notice of pendency of *Cohen v. Luckin Coffee Inc.*, No. 1:20-cv-01293 (S.D.N.Y.), published on February 13, 2020;

EXHIBIT D: Notice of pendency of *Sterckx v. Luckin Coffee Inc.*, No. 1:20-cv-01677 (E.D.N.Y.), published on April 2, 2020;

EXHIBIT E: Notice of pendency of *Gopu v. Luckin Coffee Inc.*, No. 1:20-cv-01747 (E.D.N.Y.), published on April 6, 2020;

EXHIBIT F: Notices alerting investors to the filing of the expanded class period and additional claims;

EXHIBIT G: Joint Declaration of Richard Gröttheim and Osey McGee Jr. in Support of the Motion of Sjunde AP-Fonden and Louisiana Sheriffs' Pension & Relief Fund for Appointment as Lead Plaintiff and Approval of Selection of Counsel;

EXHIBIT H: Firm Résumé of Kessler Topaz; and

—

EXHIBIT I:   Firm Résumé of Bernstein Litowitz.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of April, 2020.

                                                        */s/ Gerald H. Silk*
                                                        Gerald H. Silk