# Exhibit A

## **CERTIFICATION**

We, Ms MOCK Yuk Sim and Mr HUI Wing Hong, as the authorised signatories of the Sole Director of Chesi Assets Limited ("Chesi Assets"), and hereby certify as follows:

1. In our capacity as the Sole Director of Chesi Assets, we are authorized to enter into and execute this certification on behalf of Chesi Assets, the beneficial owner of the securities at issue in this litigation;

2. We have reviewed a complaint filed against Luckin Coffee Inc. ("Luckin") alleging violations of the federal securities laws and authorize the filing of this motion for lead plaintiff appointment;

3. Chesi Assets did not transact in the securities of Luckin at the direction of counsel or in order to participate in any private action under the federal securities laws;

4. Chesi Assets is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. Chesi Assets fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

5. Chesi Assets' transactions in Luckin securities are reflected in Exhibit A attached hereto;

6. Chesi Assets has not sought to serve as a lead plaintiff in any class action filed under the federal securities laws during the last three years;

7. Beyond it's pro rata share of any recovery, Chesi Assets will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

We declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 14th day of Apil, 2020.

*For and on behalf of*
**INB HOLDINGS LIMITED**

........................................................
*Authorized Signature(s)*

Ms MOCK Yuk Sim and Mr HUI Wing Hong
Authorized Signatories of INB Holdings Limited, Sole Director of
*Chesi Assets Limited*

## EXHIBIT A

## TRANSACTIONS IN LUCKIN COFFEE INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 2/5/2020 | 50,000 | $36.44 | ($1,821,976.55) |
| Purchase | 2/19/2020 | 73,000 | $41.82 | ($3,052,964.39) |
| Purchase | 2/20/2020 | 70,600 | $41.59 | ($2,935,959.46) |
| Purchase | 3/9/2020 | 50,000 | $36.01 | ($1,800,645.45) |
| Purchase | 3/13/2020 | 302,000 | $32.25 | ($9,738,163.35) |
| Purchase | 3/18/2020 | 302,000 | $29.28 | ($8,843,414.66) |

## CERTIFICATION

I, TIAH Thee Kian, am a Director of Interactive Digital Finance Limited ("Interactive Digital Finance"), and hereby certify as follows:

1. In my capacity as a Director of Interactive Digital Finance, I am personally authorized to enter into and execute this certification on behalf of Interactive Digital Finance, the beneficial owner of the securities at issue in this litigation;

2. I have reviewed a complaint filed against Luckin Coffee Inc. ("Luckin") alleging violations of the federal securities laws and authorize the filing of this motion for lead plaintiff appointment;

3. Interactive Digital Finance did not transact in the securities of Luckin at the direction of counsel or in order to participate in any private action under the federal securities laws;

4. Interactive Digital Finance is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. Interactive Digital Finance fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

5. Interactive Digital Finance's transactions in Luckin securities are reflected in Exhibit A attached hereto;

6. Interactive Digital Finance has not sought to serve as a lead plaintiff in any class action filed under the federal securities laws during the last three years;

7. Beyond it's pro rata share of any recovery, Interactive Digital Finance will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 13th day of Apil, 2020.

TIAH Thee Kian
Director
*Interactive Digital Finance Limited*

2

## EXHIBIT A

## TRANSACTIONS IN LUCKIN COFFEE INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 2/5/2020 | 55,200 | $36.37 | ($2,007,745.44) |
| Purchase | 2/20/2020 | 71,000 | $41.56 | ($2,951,100.80) |
| Purchase | 2/21/2020 | 238,000 | $39.88 | ($9,491,416.20) |