# Exhibit B

**LOSS ANALYSIS**
**Class Period: 5/17/2019 to 4/6/2020**

**LUCKIN COFFEE, INC.**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| LK | 54951L109 | BK57TY2 | US54951L1098 | $4.3900 [1] |

**Chesi Assets Limited**

| LIFO | | | | |
|---|---|---|---|---|
| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
| Open | 05/17/19 | 0 | | |
| Purchase | 02/05/20 | 50,000 | $36.4395 | ($1,821,976.55) |
| Purchase | 02/19/20 | 73,000 | $41.8214 | ($3,052,964.39) |
| Purchase | 02/20/20 | 70,600 | $41.5858 | ($2,935,959.46) |
| Purchase | 03/09/20 | 50,000 | $36.0129 | ($1,800,645.45) |
| Purchase | 03/13/20 | 302,000 | $32.2456 | ($9,738,163.35) |
| Purchase | 03/18/20 | 302,000 | $29.2828 | ($8,843,414.66) |
| *Class Period purchases:* | | **847,600** | | **($28,193,123.85)** |
| None | | 0 | | $0.00 |
| *Class Period sales (matched to Class Period purchases):* | | **0** | | **$0.00** |
| | Shares Held: | 847,600 | $4.3900 | $3,720,964.00 |
| | | | **LIFO Gain/(Loss):** | **($24,472,159.85)** |

**Interactive Digital Finance Limited**

| LIFO | | | | |
|---|---|---|---|---|
| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
| Open | 05/17/19 | 0 | | |
| Purchase | 02/05/20 | 55,200 | $36.3722 | ($2,007,745.44) |
| Purchase | 02/20/20 | 71,000 | $41.5648 | ($2,951,100.80) |
| Purchase | 02/21/20 | 238,000 | $39.8799 | ($9,491,416.20) |
| *Class Period purchases:* | | **364,200** | | **($14,450,262.44)** |
| None | | 0 | | $0.00 |
| *Class Period sales (matched to Class Period purchases):* | | **0** | | **$0.00** |
| | Shares Held: | 364,200 | $4.3900 | $1,598,838.00 |
| | | | **LIFO Gain/(Loss):** | **($12,851,424.44)** |

| | | |
|---|---|---|
| | **Total LIFO Gain/(Loss):** | **($37,323,584.29)** |
| | Total Shares Bought: | 1,211,800 |
| | Total Net Shares: | 1,211,800 |
| | Total Net Expenditures: | ($42,643,386.29) |

[1] *Value of shares held is the mean trading price from 4/7/2020 to 4/13/2020.*