# Exhibit C

Business

# Pomerantz Law Firm Announces the Filing of a Class Action against Luckin Coffee Inc. and Certain Officers – LK

February 13, 2020 5:20 PM

```
Pomerantz Law Firm Announces the Filing of a Class Action against Luckin
Coffee Inc. and Certain Officers – LK

NEW YORK, Feb.  13, 2020 (GLOBE  NEWSWIRE) -- Pomerantz  LLP  announces that   a
class action lawsuit has  been filed against Luckin  Coffee Inc. ("Luckin"  or
the "Company") (NASDAQ: LK) and certain of its officers.  The class  action,
filed in United States District Court  for the Southern District of New  York,
and indexed  under  20-cv-01293,  is on  behalf of  a class consisting of  all
persons and entities other than Defendants who purchased or otherwise acquired
Luckin securities between November 13, 2019  and January 31, 2020, both  dates
inclusive  (the  "Class  Period"),  seeking  to  recover  damages  caused   by
Defendants' violations of the federal  securities laws and to pursue  remedies
under Sections 10(b)  and 20(a) of  the Securities Exchange  Act of 1934  (the
"Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and
certain of its top officials.

If you are  a shareholder  who purchased  Luckin securities  during the  class
period, you have until April 13, 2020, to ask the Court to appoint you as Lead
Plaintiff for  the  class.  A  copy  of the  Complaint  can  be  obtained  at
www.pomerantzlaw.com.  To discuss this  action, contact Robert S.  Willoughby
at rswilloughby@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free,  Ext.
9980. Those who  inquire by  e-mail are  encouraged to  include their  mailing
address, telephone number, and the number of shares purchased.

         [Click here for information about joining the class action]

Luckin engages in the retail sale of freshly brewed drinks,  and pre-made  food
and beverage items in China, offering freshly brewed drinks, including freshly
brewed coffee and  non-coffee drinks,  and food  and beverage items, such  as
light meals. The Company operates pick-up stores, relax stores, and  delivery
kitchens under  the  Luckin  brand,  as well  as  Luckin  mobile  app,  Weixin
mini-program, and other third-party platforms that cover the customer purchase
process.

The Complaint  alleges  that  throughout  the  Class  Period,  Defendants  made
materially false and misleading  statements regarding the Company's  business,
operational and  compliance  policies. Specifically,  Defendants  made  false
and/or misleading statements and/or  failed to disclose  that: (i) certain  of
Luckin's financial performance metrics, including per-store per-day sales, net
selling price per  item, advertising expenses,  and revenue contribution from
"other  products"  were  inflated;  (ii)  Luckin's  financial  results   thus
overstated the Company's  financial health and  were consequently  unreliable;
and (iii) as a result, the  Company's public statements were materially  false
and misleading at all relevant times.

On January  31, 2020,  Muddy  Waters Research  published an  anonymous  report
```

alleging that Luckin had fabricated certain of the Company's financial performance metrics, beginning in the third quarter of 2019 ("3Q19") (the "Muddy Waters Report"). The Muddy Waters Report purported to cite "smoking gun evidence," including, inter alia, thousands of hours of store video, thousands of customer receipts, and diligent monitoring of the Company's mobile application metrics, which allegedly showed that, since 3Q19, Luckin had inflated its per-store per-day sales figures, its net selling price per item, its advertising expenses, and its revenue contribution from "other products."

On this news, Luckin's American depositary share ("ADS") price fell $3.91 per share, or 10.74%, to close at $32.49 per share on January 31, 2020.

As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of Luckin' securities, Plaintiff and other Class members have suffered significant losses and damages.

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com

CONTACT:
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com

Have a confidential tip for our reporters?
GET IN TOUCH

Before it's here, it's on the Bloomberg Terminal.
LEARN MORE

Terms of Service Do Not Sell My Info (California) Trademarks Privacy Policy
©2020 Bloomberg L.P. All Rights Reserved
Careers Made in NYC Advertise Ad Choices Contact Us Help