**Exhibit D**

# News

Apr 02 2020 16:32:00

**Luckin Update: Rosen, Global Investor Counsel, Files First Expanded Class Action to Include More Investors Who Lost Money; Investors With Losses in Excess of $100K Should Contact Firm - LK**

**Business Wire**

**NEW YORK -- April 2, 2020**

Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of Luckin Coffee Inc. (NASDAQ: LK): (1) from May 17, 2019 through April 2, 2020, inclusive (the "Class Period"); (2) in or traceable to the Company's public offering of ADSs conducted on or around May 17, 2019 (the "IPO"); and/or (3) in or traceable to the Company's public offering of ADSs conducted on or around January 10, 2020 (the "2020 Offering"). The lawsuit seeks to recover damages for Luckin investors under the federal securities laws.

To join the Luckin class action, go to **http://www.rosenlegal.com/cases-register-1768.html** or call Phillip Kim, Esq. toll-free at 866-767-3653 or email **pkim@rosenlegal.com** or **cases@rosenlegal.com** for information on the class action.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

According to the lawsuit, defendants in the Registration Statement and throughout the Class Period made false and/or misleading statements and/or failed to disclose that: (1) certain of Luckin's financial performance metrics, including per-store per-day sales, net selling price per item, advertising expenses, and revenue contribution from "other products" were inflated; (2) Luckin's financial results thus overstated the Company's financial health and were consequently unreliable and would likely require restatement; and (3) as a result, the Company's public statements were materially false and misleading at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court no later than April 13, 2020. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to **http://www.rosenlegal.com/cases-register-1768.html** or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at **pkim@rosenlegal.com** or **cases@rosenlegal.com**.

Follow us for updates on LinkedIn: **https://www.linkedin.com/company/the-rosen-law-firm**, on Twitter: **https://twitter.com/rosen_firm** or on Facebook: **https://www.facebook.com/rosenlawfirm/**.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 3 each year since 2013. Rosen Law Firm has secured hundreds of millions of dollars for investors.

View source version on businesswire.com: **https://www.businesswire.com/news/home/20200402005807/en/**

**Contact:**

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

**lrosen@rosenlegal.com**

**pkim@rosenlegal.com**

**cases@rosenlegal.com**

**www.rosenlegal.com**

-0- Apr/02/2020 20:32 GMT