**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTIN COHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LUCKIN COFFEE INC., JENNY ZHIYA QIAN, and REINOUT HENDRIK SCHAKEL,<br><br>Defendants. | Case No. 1:20-cv-01293-LJL<br><br>CLASS ACTION<br><br>ORAL ARGUMENT REQUESTED |
| WAI CHUN SHEK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LUCKIN COFFEE INC., JENNY ZHIY A QIAN, CHARLES ZHENGYAO LU, REINOUT HENDRIK SCHAKEL, JINYI GUO, JIAN LIU, HUI LI, ERHAI LIU, CREDIT SUISSE SECURITIES (USA) LLC, MORGAN STANLEY & CO. LLC, CHINA INTERNATIONAL CAP IT AL CORPORATION HONG KONG SECURITIES LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, KEYBANC CAPITAL MARKETS INC., AND NEEDHAM & COMPANY, LLC,<br><br>Defendants. | Case No. 1:20-cv-02977-LJL<br><br>CLASS ACTION<br><br>ORAL ARGUMENT REQUESTED |

**SUPPLEMENTAL DECLARATION OF CHRISTOPHER J. KELLER IN SUPPORT OF MOTION OF CHESI ASSETS LIMITED GROUP FOR APPOINTMENT AS LEAD PLAINTIFF  AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Christopher J. Keller, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am the Chairman of the law firm of Labaton Sucharow LLP ("Labaton Sucharow"), proposed Lead Counsel for the Class.  I submit this supplemental declaration in support of the motion filed on April 13, 2020, by proposed Lead Plaintiff Chesi Assets Limited and Interactive Digital Finance Limited (together, "Chesi Assets Limited Group") for consolidation, appointment as Lead Plaintiff, and approval of selection of Lead Counsel.  ECF No. 69.

2.      Attached hereto as Exhibit A is the declaration of Lau Lai Sze and Lau Lui Yeuk Hang dated April 21, 2020.  The declaration explains an inadvertent treatment of two sales as purchases in Chesi Assets Limited's previously filed certification, decreasing the loss figure of Chesi Assets Limited from $24,472,159.85 to $6,274,599.63.  The correction has no impact on the reported loss figure of Interactive Digital Finance Limited.  The declaration also provides supplemental information about Chesi Assets Limited.

3.      Attached hereto as Exhibit B is the amended certification of Chesi Assets Limited, dated April 21, 2020, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u4(a)(3)(B).  Chesi Assets Limited's amended certification corrects the inadvertent error identified in paragraph two above.

4.      Attached as Exhibit C is an amended chart of Chesi Assets Limited Group's transactions and losses in Luckin securities during the Class Period.  As set forth in the amended chart, Chesi Assets Limited Group sustained losses of approximately $19,126,029.59 under a last-in, first-out ("LIFO") basis in connection with its Class Period transactions in Luckin securities.

2

5.      Attached hereto as Exhibit D is the declaration of Tiah Thee Kian, the owner and sole Director of Interactive Digital Finance Limited, dated April 20, 2020.  The declaration provides supplemental information about Interactive Digital Finance Limited.

DATED:  April 21, 2020                             Respectfully submitted,


                                                   */s/ Christopher J. Keller*

                                                   **LABATON SUCHAROW LLP**
                                                   Christopher J. Keller
                                                   140 Broadway
                                                   New York, New York 10005
                                                   Telephone: (212) 907-0700
                                                   Facsimile:  (212) 818-0477
                                                   ckeller@labaton.com