# Exhibit A

**DECLARATION OF LAU LAI SZE AND LAU LUI YEUK HANG IN SUPPORT OF
THE MOTION
OF CHESI ASSETS LIMITED AND INTERACTIVE DIGITAL FINANCE
LIMITED FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF LEAD COUNSEL**

We, LAU Lai Sze and LAU LUI Yeuk Hang, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We respectfully submit this Declaration in support of the motion of the Chesi Assets Limited ("Chesi Assets") and Interactive Digital Finance Limited ("Interactive") (together, "the Chesi Assets Limited Group") for consolidation, appointment as Lead Plaintiff and approval of selection of Lead Counsel. We have personal knowledge regarding the facts set forth in this Declaration.

2.      Chesi Assets is a private investment vehicle that was incorporated in the British Virgin Islands in 1996. It invests in securities markets, including equities traded in the United States. Chesi Assets employs Intertrust Group ("Intertrust") as its corporate administrator, and has one director, INB Holdings Ltd. ("INB"), a company that serves as a corporate director for Intertrust clients. Intertrust personnel operate the day-to-day activities of Chesi Assets, including overseeing legal services, accounting, and other corporate functions.

3.      I, LAU Lai Sze, am an Executive Director and the Head of Private Wealth Services at Intertrust. I have over 20 years of professional experience and advise a wide range of corporate and private clients. I am one of the authorized signatories of INB and am authorized to make this Declaration on behalf of Chesi Assets.  I also provide administrative services to Interactive.

4.      I, LAU LUI Yeuk Hang, am a Senior Manager of Private Wealth Services at Intertrust. I am also one of the authorized signatories of INB and am authorized to make this Declaration on behalf of Chesi Assets.  I also provide administrative services to Interactive.

5.      Ms. Mock Yuk Sim and Mr. Hui Wing Hong, who signed the certification previously submitted on behalf of Chesi Assets on April 13, 2020, are and were also authorized to sign on behalf of Chesi Assets.

2

6.      Chesi Assets purchased a significant amount of Luckin securities and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this action. Chesi Assets has the sole authority to bring claims on its behalf.

7.      Chesi Assets has the resources to oversee counsel and fulfill its obligations as the court-appointed Lead Plaintiff. We, LAU Lai Sze and LAU LUI Yeuk Hang, as part of our day-to-day oversight and management of Chesi Assets, will carry out Chesi Assets' obligations and duties if it is appointed Lead Plaintiff. We understand that it is the Lead Plaintiff's obligation to select qualified Lead Counsel and to ensure that the action is prosecuted effectively and efficiently, with a particular focus on avoiding unreasonable expense. We are experienced in communicating with, managing, and overseeing lawyers. We have had over a dozen conversations with our counsel and representatives of Interactive, and have negotiated a detailed retainer agreement with our counsel.

8.      On April 13, 2020, I, LAU LUI Yeuk Hang, reached out to counsel on behalf of Chesi Assets and Interactive regarding this action and its pending lead plaintiff deadline. Later that day, I, LAU LUI Yeuk Hang, compiled Chesi Assets' trading data in Luckin Coffee securities and accidentally inputted two blocs of sales of Luckin Coffee securities as purchases rather than sales which led to the error reflected in the certification submitted to the Court. This was a result of two factors: Our offices were closed on April 13, 2020 for the Easter Monday holiday, such that we were not able to obtain the trade confirmations from our broker. In addition, our personnel were working remotely and not able to enter the office as a result of travel restrictions arising out of the Coronavirus (COVID-19) health pandemic.

3

9.      After the motion was filed, I, LAU LUI Yeuk Hang, realized that this error occurred. I promptly spoke with our lawyers about correcting the mistake. We decided to submit to the Court a revised certification.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to Chesi Assets Limited are true to the best of my knowledge. Executed this the 21st day of April, 2020.

_____
*LAU Lai Sze*
Title: Authorised Signatory of INB Holdings Limited as the Sole Director of
*Chesi Assets Limited*

_____
*LAU LUI Yeuk Hang*
Title: Authorised Signatory of INB Holdings Limited as the Sole Director of
*Chesi Assets Limited*

4