# Exhibit B

## CERTIFICATION

We, Ms MOCK Yuk Sim and Mr HUI Wing Hong, as the authorized signatories of INB Holdings Limited ("INB Holdings"), the Sole Director of Chesi Assets Limited ("Chesi Assets"), hereby certify as follows:

1.      INB Holdings Limited, in its capacity as the sole Director of Chesi Assets, is authorized to enter into and execute this certification on behalf of Chesi Assets, the beneficial owner of the securities at issue in this litigation;

2.      We have reviewed a complaint filed against Luckin Coffee Inc. ("Luckin") alleging violations of the federal securities laws and authorize the filing of a complaint and motion for lead plaintiff appointment;

3.      Chesi Assets did not transact in the securities of Luckin at the direction of counsel or in order to participate in any private action under the federal securities laws;

4.      Chesi Assets is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  Chesi Assets fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

5.      Chesi Assets' transactions in Luckin securities are reflected in Exhibit A attached hereto;

6.      Chesi Assets has not sought to serve as a lead plaintiff in any class action filed under the federal securities laws during the last three years;

7.      Beyond its pro rata share of any recovery with all Class members, Chesi Assets will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this __21__ day of April, 2020.

For and on Behalf of Chesi Assets Limited

Ms MOCK Yuk Sim and Mr HUI Wing Hong
Authorized Signatories of INB Holdings
Limited, Sole Director of
Chesi Assets Limited

## EXHIBIT A

## TRANSACTIONS IN LUCKIN COFFEE INC.

| Account | Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|---|
| Chesi Assets Limited | Purchase | 2/5/2020 | 50,000 | $36.44 | ($1,821,976.55) |
| Chesi Assets Limited | Purchase | 2/19/2020 | 73,000 | $41.82 | ($3,052,964.39) |
| Chesi Assets Limited | Purchase | 2/20/2020 | 70,600 | $41.59 | ($2,935,959.46) |
| Chesi Assets Limited | Sale | 3/9/2020 | (50,000) | $36.01 | $1,800,645.45 |
| Chesi Assets Limited | Purchase | 3/13/2020 | 302,000 | $32.25 | ($9,738,163.35) |
| Chesi Assets Limited | Sale | 3/18/2020 | (302,000) | $29.28 | $8,843,414.66 |