# Exhibit D

**DECLARATION OF TIAH THEE KIAN IN SUPPORT OF THE MOTION OF CHESI ASSETS LIMITED AND INTERACTIVE DIGITAL FINANCE LIMITED FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Tiah Thee Kian, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I respectfully submit this Declaration in support of the motion of Chesi Assets Limited ("Chesi Assets") and Interactive Digital Finance Limited ("Interactive") for consolidation, appointment as Lead Plaintiff and approval of selection of Lead Counsel. I have personal knowledge regarding the facts set forth in this Declaration. I am the sole Director and owner of Interactive, make all investment decisions for it, and am authorized to make this Declaration on its behalf.

2.      I am a Malaysian citizen and have spent my entire career as an entrepreneur and corporate leader. I hold a Bachelor of Science from University of Malaya and a Master in Business Management from Asian Institute of Management, Philippines. I am currently the Non-Executive Chairman of TA Enterprise Berhad and the Executive Chairman of TA Global Berhad, which are both listed on the Main Board of the Bursa Malaysia (hereinafter collectively known as "TA Group"). As the Chairman of TA Group, I have had much success in establishing and running multiple international companies of TA Group that span investments, stockbroking, stock and shares trading, share financing, Employees Share Option Scheme financing, fund management, asset and unit trust management, futures and derivatives trading, credit lending, property investment and development, investment holding, trading in  building materials,  property management services,  hotel  management  services,  project  management  services,    trusteeship, operation of club, operation of restaurant, provision of funding facilities, general trading, closed-end property and loan fund, hotel and residential apartment operations as well as general construction.  The business activities of TA Group are spread over Malaysia,

2

Canada, Australia, Hong Kong, Singapore, China, Thailand, Barbados, Mauritius, British Virgin Island, and Caymen Islands. As discussed in this declaration, I have the experience necessary to oversee this litigation. I believe that my career overseeing and managing investments in China as Chairman of TA Group gives me a cultural context and familiarity with Chinese business culture that will be helpful to my counsel in the prosecution of this action. I am particularly focused and interested in the securities fraud committed by Luckin Coffee and will personally oversee counsel in securing the best recovery possible for the entire class.

3. As a result of my management skills, business acumen and vast business experience in managing international companies, I am experienced in overseeing counsel in complex litigation. Throughout the years, various companies under my management in TA Group have been involved in business and investment litigation in various jurisdictions and I was instrumental in providing the leadership in managing these litigations for TA Group. I have substantial experience in interacting with and directing lawyers, while ensuring efficient and effective representation. While I have never served as a Lead Plaintiff in a securities class action, I understand that this case is governed by the Private Securities Litigation Reform Act of 1995, and I understand and accept the responsibilities and fiduciary obligations that Interactive will assume if appointed as Lead Plaintiff. I, along with representatives of Chesi Assets, will ensure that this action is prosecuted vigorously and efficiently in order to maximize recovery for the entirety of the Class. If Interactive is appointed as Lead Plaintiff, I will communicate with the counsel and the representatives of Chesi Assets as necessary in the ordinary course of overseeing

3

the litigation, as we have more than a dozen times prior to and after the filing of our motion for appointment as Lead Plaintiff. I also travel frequently to the United States for personal and professional reasons. Once travel restrictions are eased, I plan to meet with the counsel in person and have asked the counsel to provide regular updates on the progress of the litigation as well as any material strategic issues.

4.      Interactive was incorporated in the British Virgin Islands ("BVI") in 2005, and maintains a registered office at Ritter House, Wickhams Cay II, Road Town, Tortolav VG1110 BVI. Interactive is the owner of the Luckin Coffee securities reflected in its Certification and under its Articles of Association and the laws of the BVI, has the sole authority to bring claims on its behalf. Interactive is a company through which I invest in securities markets, including investing in equities that are traded on American stock exchanges.

5.      As reflected in the initial motion, Interactive is seeking to be appointed as Lead Plaintiff along with Chesi Assets. Interactive and Chesi Assets both use Intertrust Corporate Service as an administrator that performs administrative and other related tasks and decision-making. Interactive and Chesi Assets independently decided to move for lead plaintiff and were not brought together by our counsel.

6.      Interactive has the resources necessary to oversee this litigation and counsel. In addition to my personal involvement, Interactive will be working with Alice Lau, the Executive Director, Head of Private Wealth Services of Intertrust Hong Kong, and Pansy Lui, Senior Manager, Private Wealth Services of Intertrust, representing Chesi Assets' interests. My staff and I have had numerous conversations with the representatives of

4

Chesi Assets and with the counsel since learning of this case. Among other things, we have negotiated a detailed retainer agreement.

7.    I personally feel very strongly about leading this case on behalf of the injured shareholders. I have been closely following Luckin Coffee since before Interactive purchased Luckin Coffee ADS earlier this year. This class action provides the best opportunity for all of Luckin Coffee's investors to recover the losses that we all have sustained as a result of recent disclosures and admissions of wrongdoing by Luckin Coffee. I understand that the court is to choose the most adequate plaintiff as Lead Plaintiff. Given my experience dealing with complex matters and difficult negotiations I can assure the Court that it will find no better representative than I.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to Interactive Digital Finance Limited are true to the best of my knowledge. Executed this 20th day of April, 2020.

*Tiah Thee Kian*
Director
*Interactive Digital Finance Limited*

6