**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTIN COHEN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LUCKIN COFFEE INC., JENNY ZHIYA QIAN, and REINOUT HENDRIK SCHAKEL, <br><br> Defendants. | Case No. 1:20-cv-01293-LJL |
| WEI CHUN SHEK, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LUCKIN COFFEE INC., JENNY ZHIY A QIAN, CHARLES ZHENGYAO LU, REINOUT HENDRIK SCHAKEL, JINYI GUO, JIAN LIU, HUI LI, ERHAI LIU, CREDIT SUISSE SECURITIES (USA) LLC, MORGAN STANLEY & CO. LLC, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, KEYBANC CAPITAL MARKETS INC., AND NEEDHAM & COMPANY, LLC, <br><br> Defendants. | Case No. 1:20-cv-02977-NRB |

**NOTICE OF WITHDRAWAL OF MOTION OF JIMMY CHAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

Lead Plaintiff movant Jimmy Chan, having carefully reviewed the competing motions submitted for appointment as Lead Plaintiff in the above-captioned actions, has determined that he does not possess the "largest financial interest in the relief sought by the class," as required by the Private Securities Litigation Reform Act of 1995. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb). Accordingly, Mr. Chan hereby withdraws his motion for appointment as Lead Plaintiff (ECF No. 44). This withdrawal shall have no impact on Mr. Chan's membership in the proposed class or his right to share in any recovery for the benefit of class members.

In the event the Court were to determine that the other movants seeking appointment as Lead Plaintiff are incapable or inadequate to represent the class in this litigation, Mr. Chan stands ready, willing, and able to serve as Lead Plaintiff in this litigation.

Dated: April 27, 2020

Respectfully submitted,

**ABRAHAM, FRUCHTER & TWERSKY, LLP**

 /s/ *Jeffrey S. Abraham*
Jeffrey S. Abraham (JA-2946)
Michael J. Klein
Sean M. Handron-O'Brien
One Penn Plaza, Suite 2805
New York, New York 10119
Tel. (212) 279-5050
Fax. (212) 279-3655
JAbraham@aftlaw.com
MKlein@aftlaw.com
SHandronobrien@aftlaw.com

*Attorneys for Movant Jimmy Chan*

1

## **CERTIFICATE OF SERVICE**

I hereby certify under the penalty of perjury that on April 27, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

 */s/ Jeffrey S. Abraham*
Jeffrey S. Abraham
**ABRAHAM, FRUCHTER & TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, New York 10119
Tel. (212) 279-5050
Fax. (212) 279-3655
JAbraham@aftlaw.com