UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN COHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>             v.<br><br>LUCKIN COFFEE, INC., *et al.*,<br><br>                                    Defendants. | Case No. 1:20-cv-01293-LJL<br><br><br>CLASS ACTION |
| WAI CHUN SHEK, Individually and On Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>             v.<br><br>LUCKIN COFFEE, INC., *et al.*,<br><br>                                    Defendants. | Case No. 1:20-cv-02977-LJL<br><br><br>CLASS ACTION |

DECLARATION OF JEREMY A. LIEBERMAN: (1) IN FURTHER SUPPORT OF MOTION OF THE LUCKIN INVESTOR GROUP FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL; AND (2) IN OPPOSITION TO COMPETING MOTIONS

I, Jeremy A. Lieberman, declare:

1.      I am an attorney practicing with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of John Hickey, Regent Mercantile Holdings Limited, James Sproul, Li Tutang and Khaled Abdullah Almdamegh (collectively, the "Luckin Investor Group"), and have personal knowledge of the facts set forth herein.  I make this Declaration in further support of the motion of the Luckin Investor Group for consolidation of the above-captioned actions, appointment as Lead Plaintiff for the putative class therein (the "Class"), and approval of the Luckin Investor Group's selections of

Pomerantz and The Rosen Law Firm, P.A. as Co-Lead Counsel for the Class, and in opposition to competing motions.

2.      Appended hereto as Exhibit A is a true and correct copy of a Joint Declaration executed by the members of the Luckin Investor Group.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 13th day of May, 2020, in Flushing, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman