# EXHIBIT A

**JOINT DECLARATION IN FURTHER SUPPORT OF LEAD PLAINTIFF MOTION**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We, John Hickey, Ian Burns, James Sproul, Li Tutang and Khaled Abdullah Almdamegh respectfully submit this Joint Declaration in further support of our motion for appointment as Co-Lead Plaintiffs and approval of our selection of The Rosen Law Firm PA ("Rosen") and Pomerantz LLP ("Pomerantz") as Co-Lead Counsel in the instant class action on behalf of investors in the securities of Luckin Coffee, Inc. ("Luckin" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). We are informed of and understand the requirements and duties imposed by the PSLRA. We each have personal knowledge about the information in this Joint Declaration.

2.      As attested to in the Joint Declaration submitted in support of our Lead Plaintiff motion (Dkt. No. 66-5), we discussed this case both with our counsel and with one another prior to the filing of our Lead Plaintiff motion. We have continued to so communicate since the filing of our Lead Plaintiff motion. As of the time of this submission, the members of the group have participated in multiple telephone calls with one another and with counsel to discuss this litigation and the status of our pending Lead Plaintiff motion.

3.      As a result of the foregoing communications, each of us is aware of the current status of this litigation. We understand that in addition to ourselves, multiple other investors in Luckin securities filed motions seeking appointment as Lead Plaintiff in this Action, and that these motions remain pending. We understand that on May 13, 2020 our counsel will file a memorandum of law in further support of our Lead Plaintiff motion and in opposition to the competing motions. We understand that this Joint Declaration and other supporting submissions prepared by our counsel will be filed concurrently with the memorandum of law.

4.      In our initial Joint Declaration, we attested to, among other things, our shared belief in the merits of this action and the importance of having geographically diverse representation during the ongoing COVID-19 pandemic; our shared desire to achieve the best possible result for the class; our shared interest in prosecuting the case in a collaborative and likeminded manner; our understanding of the fiduciary obligations of Lead Plaintiffs; and our preparedness to supervise counsel and undertake all actions necessary to ensure that the class's claims will be zealously and efficiently litigated.  We hereby affirm that the foregoing statements, as well as all other statements set forth in our initial Joint Declaration, remain true and correct statements of our views and intentions with respect to this litigation, and we continue to seek appointment as Co-Lead Plaintiffs in this action.

5.      As stated in our initial Joint Declaration, we selected Rosen and Pomerantz to serve as Co-Lead Counsel in this action.  We have continued to supervise our chosen counsel since the filing of our motion.  As stated above at paragraph 2, our counsel have kept us informed of the procedural posture of this action and the status of our pending motion, and we have communicated with both Pomerantz and Rosen attorneys on multiple occasions since the filing of our motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

5/9/2020
Executed on this __ day of May 2020.

DocuSigned by:

2859FE53D98D4F9...

Khaled Abdullah Almdamegh

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this __ 11 day of May 2020.

DocuSigned by:

*Ian Burns*

C2099DA981F4401...

Ian Burns

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this 5/10/2020 __ day of May 2020.

John Hickey

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this __8th__ day of May 2020.

DocuSigned by:

*James Sproul*

69404FBB8E22495...

James Sproul

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this 11 day of May 2020.

*Li Tutang*

_____
Li Tutang