-JPC    Document 99    Filed 05/13/20    Page 1 of 3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LUCKIN COFFEE INC., JENNY ZHIYA QIAN, and REINOUT HENDRIK SCHAKEL,<br><br>Defendants. | Case No. 1:20-cv-01293-LJL<br><br><u>CLASS ACTION</u><br><br><u>ORAL ARGUMENT REQUESTED</u> |
| WAI CHUN SHEK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LUCKIN COFFEE INC., JENNY ZHIY A QIAN, CHARLES ZHENGYAO LU, REINOUT HENDRIK SCHAKEL, JINYI GUO, JIAN LIU, HUI LI, ERHAI LIU, CREDIT SUISSE SECURITIES (USA) LLC, MORGAN STANLEY & CO. LLC, CHINA INTERNATIONAL CAP IT AL CORPORATION HONG KONG SECURITIES LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, KEYBANC CAPITAL MARKETS INC., AND NEEDHAM & COMPANY, LLC,<br><br>Defendants. | Case No. 1:20-cv-02977-LJL |

| | |
|---|---|
| CHRISTOPHE STERCKX, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUCKIN COFFEE INC., JENNY ZHIYA QIAN, REINOUT HENDRIK SCHAKEL, CHARLES ZHENGYAO LU, JIAN LIU, JINYI GUO, HUI LI, ERHAI LIU, CREDIT SUISSE SECURITIES (USA) LLC, MORGAN STANLEY & CO. LLC, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, KEYBANC CAPITAL MARKETS INC., and NEEDHAM & COMPANY, LLC,<br><br>Defendants. | Case No. 1:20-cv-03304-LJL |

**DECLARATION OF CHRISTOPHER J. KELLER IN FURTHER SUPPORT OF THE MOTION OF CHESI ASSETS LIMITED GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

2

I, Christopher J. Keller, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am the Chairman of the law firm of Labaton Sucharow LLP ("Labaton Sucharow"), proposed Lead Counsel for the Class.  I submit this declaration in further support of the motion filed on April 13, 2020, by proposed Lead Plaintiff Chesi Assets Limited and Interactive Digital Finance Limited (together, "Chesi Assets Limited Group") for consolidation, appointment as Lead Plaintiff, and approval of selection of Lead Counsel, ECF No. 69, and in further support of the Memorandum of Points and Authorities accompanying the Motion.

Attached hereto as Exhibits A through C are true and correct copies of the following documents:

EXHIBIT A: Loss Analysis of the competing movants in the action.

EXHIBIT B: Declaration of Chad W. Coffman and supporting exhibits.

EXHIBIT C: Declaration of Professor Jonathan R. Macey and supporting exhibits.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED:  May 13, 2020

Respectfully submitted,

*/s/ Christopher J. Keller*
**LABATON SUCHAROW LLP**
Christopher J. Keller
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
ckeller@labaton.com