# Exhibit A

**LUCKIN COFFEE, INC.**
**Class Period: 5/17/2019 to 4/6/2020**

| Movant Analysis | | | | | |
|---|---|---|---|---|---|
| Movant | Security | Total # Shares/Contracts Bought | # Net Shares/Contracts Bought | Net Expenditures (Cost - Proceeds) | LIFO (Loss)/Gain[1] |
| Chesi Assets Limited | ADR | 495,600 | 143,600 | ($6,905,004) | ($6,274,600) |
| Interactive Digital Finance Limited | ADR | 364,200 | 364,200 | ($14,450,268) | ($12,851,430) |
| **Chesi Assets Limited Group** | | **859,800** | **507,800** | **($21,355,272)** | **($19,126,030)** |
| John Hickey | ADR | 201,100 | 0 | ($1,530,655) | ($1,530,655) |
| Regent Mercantile Holdings Ltd. Acct 1 | ADR | 150,000 | 0 | ($1,883,635) | ($1,883,635) |
| Regent Mercantile Holdings Ltd. Acct 1 | 01/24/20 Put $50[2] | 500 | 0 | $120,795 | $120,795 |
| Regent Mercantile Holdings Ltd. Acct 2 | ADR | 100,000 | 0 | ($187,025) | ($187,025) |
| Regent Mercantile Holdings Ltd. Acct 3 | ADR | 2,000 | 0 | ($71,740) | ($71,740) |
| Regent Mercantile Holdings Ltd. Acct 4 | ADR | 30,000 | 0 | ($107,456) | ($107,456) |
| Regent Mercantile Holdings Ltd. Acct 4 | 01/17/20 Call $47.50[2] | 400 | 0 | $22,638 | $22,638 |
| James Sproul | ADR | 1,000 | 0 | ($33,156) | ($33,156) |
| James Sproul (Elvio Delzotto) | ADR | 14,300 | 0 | ($491,453) | ($491,453) |
| James Sproul (Alessandro Sproul) | ADR | 600 | 0 | ($10,816) | ($10,816) |
| Li Tutang | ADR | 185,660 | 0 | ($1,584,349) | ($1,584,349) |
| Khaled Abdullah Almdamegh | ADR | 140,000 | 140,000 | ($3,658,692) | ($3,658,692) |
| **Hickey et al.** | | **825,560** | **140,000** | **($9,415,544)** | **($9,415,544)** |
| Sjunde AP-Fonden | ADR | 148,788 | 148,788 | ($6,100,749) | ($5,447,570) |
| Louisiana Sheriffs' Pension & Relief Fund | ADR | 38,700 | 0 | ($1,432,928) | ($1,432,928) |
| **AP7 and Louisiana Sheriffs** | | **187,488** | **148,788** | **($7,533,677)** | **($6,880,497)** |
| Leonard Ross | 01/21/22 Call $25 | 500 | 500 | ($869,132) | ($829,132) |
| Leonard Ross | 01/21/22 Put $40 | 0 | -500 | $869,132 | ($950,868) |
| Leonard Ross | 01/21/22 Call $35 | 500 | 500 | ($890,000) | ($850,000) |
| Leonard Ross | 01/21/22 Put $45 | 0 | -500 | $890,000 | ($1,095,000) |
| **Leonard Ross** | | **1,000** | **0** | **$0** | **($3,725,000)** |
| Teamsters Local 710 Pension Fund | ADR | 56,600 | 0 | ($2,096,004) | ($2,096,004) |
| **Teamsters Local 710** | | **56,600** | **0** | **($2,096,004)** | **($2,096,004)** |
| Wai Chun Shek | ADR | 50,400 | 0 | ($668,103) | ($668,103) |
| **Wai Chun Shek** | | **50,400** | **0** | **($668,103)** | **($668,103)** |
| Chaile Steinberg | ADR | 400 | 400 | ($6,800) | ($5,044) |
| **Chaile Steinberg** | | **400** | **400** | **($6,800)** | **($5,044)** |

*Notes*
[1]  *Loss figures below are those reported by each respective movant.*
[2]  *Total and Net Contracts Bought include option assignments and expirations.*