```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARTIN COHEN, *individually and on behalf of all others similarly situated*, ET AL,

                                       Plaintiffs,

-v-

LUCKIN COFFEE INC. ET AL,

                                       Defendants.
-------------------------------------------------------------------X

20-cv-01293
20-cv-03304
20-cv-02977

<u>ORDER</u>

LEWIS J. LIMAN, United States District Judge:

      The above-captioned cases involve common questions of law and fact. For convenience, expedition, and judicial economy, the Court exercises its discretion to consolidate these cases into a single action.  *See* Federal Rule of Civil Procedure 42(a)(2).

      The Clerk of Court is directed to consolidate all cases listed above under case number 20-cv-01293 and to close all other cases.  **Counsel are directed to make filings only under case number 20-cv-01293.**

      SO ORDERED.

Dated: May 15, 2020
       New York, New York

                                                        LEWIS J. LIMAN
                                                        United States District Judge