UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                           :

MARTIN COHEN, *individually and on behalf of all*   :
*others similarly situated*,   :
                                                           :      20-cv-01293 (LJL)
                        Plaintiff,   :
                                                           :      <u>ORDER</u>
          -v-   :

LUCKIN COFFEE INC., JENNY ZHIYA QIAN, and   :
REINOUT HENDRIK SCHAKEL,   :
                        Defendants.   :
------------------------------------------------------------------------X
LEWIS J. LIMAN, United States District Judge:

      IT IS HEREBY ORDERED that the conference previously set for June 2, 2020 is ADJOURNED sine die.

      SO ORDERED.

Dated: May 20, 2020
       New York, New York                             LEWIS J. LIMAN
                                                                United States District Judge