**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTIN COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LUCKIN COFFEE INC., JENNY ZHIYA QIAN, and REINOUT HENDRIK SCHAKEL,<br><br>Defendants. | Case No. 1:20-cv-01293-LJL<br><br>CLASS ACTION |

**DECLARATION OF CHRISTOPHER J. KELLER IN FURTHER SUPPORT OF THE MOTION OF CHESI ASSETS LIMITED GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Christopher J. Keller, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am the Chairman of the law firm of Labaton Sucharow LLP ("Labaton Sucharow"), proposed Lead Counsel for the Class.  I submit this reply declaration in further support of the motion filed on April 13, 2020, by proposed Lead Plaintiff Chesi Assets Limited and Interactive Digital Finance Limited (together, "Chesi Assets Limited Group") for appointment as Lead Plaintiff, and approval of selection of Lead Counsel, ECF No. 69, and in further support of the Memorandum of Points and Authorities accompanying the Motion.

Attached hereto as Exhibits 1 through 15 are true and correct copies of the following documents:

EXHIBIT 1:   TA Enterprise Berhad, 2018 Annual Report (Apr. 30, 2019), https://disclosure.bursamalaysia.com/FileAccess/apbursaweb/download?id=194074&name=EA_DS_ATTACHMENTS.

EXHIBIT 2:   A table displaying data retrieved from Thomson Financial on May 20, 2020, showing shareholders of TA Enterprise Berhad.

EXHIBIT 3:   TA Global Berhad, 2018 Annual Report (Apr. 30, 2019), https://disclosure.bursamalaysia.com/FileAccess/apbursaweb/download?id=193998&name=EA_DS_ATTACHMENTS.

EXHIBIT 4:   Malaysian Ministry of Foreign Affairs, FAQ (last accessed May 20, 2020),  https://www.kln.gov.my/web/nzl_wellington/faqs.

EXHIBIT 5:   Thomas Soon, *Tony Tiah resigns from TAR after RM3 mln court fine,* THE EDGE (May 10, 2002).

EXHIBIT 6:    AGENCE FRANCE-PRESSE, *Malaysia vows to take action against corporate offenders* (Aug. 10, 1999).

EXHIBIT 7:    Ben Hubbard, *Trump's Dual Roles Collide With Openings in Dubai and Vancouver*, The New York Times (Mar. 7, 2018).

EXHIBIT 8:    *Cover Story: Tony Tiah comes back*, THE EDGE (Apr. 9, 2007).

EXHIBIT 9:    TA Enterprise Berhad's Notice of May 24, 2017 Shareholder Vote and Result of May 24, 2017 Shareholder Vote.

EXHIBIT 10:   Kee Hua Chee, *Taking the Reins*, THE STAR (Aug. 14, 2010), https://www.thestar.com.my/lifestyle/features/2010/08/14/taking-the-reins.

EXHIBIT 11:   Sofianni Subki, *Helping Others, Quietly*, NEW STRAITS TIMES, (Sept. 23, 2007).

EXHIBIT 12:   Intertrust Group, 2019 Annual Report ( Feb. 13, 2020), https://www.intertrustgroup.com/~/media/Files/I/Intertrust-Group/documents/investors/2019/q4-2019/intertrust-nv-annual-report-2019.pdf.

EXHIBIT 13:   Eyder Peralta, *Panama Papers, Panama Papers: Here's What You Need To Know (So Far)*, N.P.R. (Apr. 4, 2016).

EXHIBIT 14:   *In re: Beyond Meat, Inc. Derivative Litigation*, 20-cv-963 (May 18, 2020 C.D. Cal.)

EXHIBIT 15:   *Kipling v. Flex Ltd.*, 2019 U.S. Dist. LEXIS 165876 (N.D. Cal. Sept. 26, 2019)

2

3

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED: May 20, 2020

Respectfully submitted,

*/s/ Christopher J. Keller*
**LABATON SUCHAROW LLP**
Christopher J. Keller
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com

3