# EXHIBIT 1



# TA ENTERPRISE BERHAD
(194867-M)

# ANNUAL REPORT
## 2018



## TA ENTERPRISE BERHAD

34th Floor, Menara TA One
22 Jalan P. Ramlee
50250 Kuala Lumpur, Malaysia

Tel: 603-2072 1277
Fax: 603-2031 6608

## TA CAPITAL SDN BHD

14th Floor, Menara TA One
22 Jalan P. Ramlee
50250 Kuala Lumpur, Malaysia

Tel: 603-2072 1277
Fax: 603-2026 8417

## TA INVESTMENT MANAGEMENT BERHAD

23rd Floor, Menara TA One
22 Jalan P. Ramlee
50250 Kuala Lumpur, Malaysia
www.tainvest.com.my

Tel: 603-2031 6603
Fax: 603-2031 4479



## TA FUTURES SDN BHD

32nd Floor, Menara TA One
22 Jalan P. Ramlee
50250 Kuala Lumpur, Malaysia
www.tafutures.com.my

Tel: 603-2072 4831
Fax: 603-2072 5001

Dealing Room Hunting Line:
603-20724832

# CORPORATE DIRECTORY

http://www.ta.com.my

## TA SECURITIES HOLDINGS BERHAD

**Principal Office**
14th Floor, Menara TA One
22 Jalan P. Ramlee
50250 Kuala Lumpur, Malaysia
www.tasecurities.com.my

Tel: 603-2072 1277
Fax: 603-2031 6608

**Subang Jaya Branch**
2-2 & 4-2, Jalan USJ 9/5T
Subang Business Centre
47620 UEP Subang Jaya
Selangor Darul Ehsan, Malaysia

Tel: 603-8025 1880
Fax: 603-8023 8820

**Damansara Utama Branch**
2nd Floor, Wisma TA
No. 1A, Jalan SS 20/1
Damansara Utama
47400 Petaling Jaya
Selangor Darul Ehsan, Malaysia.

Tel: 603-7729 5713
Fax: 603-7725 5762

**Kota Bharu Branch**
298, Jalan Tok Hakim
15000 Kota Bharu
Kelantan Darul Naim, Malaysia

Tel: 609-743 2288
Fax: 609-748 5366

**Penang Branch**
3rd Floor, Bangunan Heng Guan
171, Jalan Burmah
10050 Georgetown, Penang
Malaysia

Tel: 604-227 2339
Fax: 604-227 5339

**Melaka Branch**
No. 59, 59A & 59B, Jalan Merdeka
Taman Melaka Raya
75000 Melaka, Malaysia

Tel: 606-286 2618
Fax: 606-282 1811

**Johor Bahru Branch**
15, Jalan Molek 1/5A
Taman Molek
81100 Johor Bahru
Johor Darul Ta'zim, Malaysia

Tel: 607-364 7388
Fax: 607-364 7386

**Segamat Branch**
7A, Jalan Genuang Perdana
Taman Genuang Perdana
85000 Segamat, Johor Darul Ta'zim
Malaysia

Tel: 607-943 5278
Fax: 607-943 5078

**Sibu Branch**
12G, Jalan Kampung Datu
96000 Sibu, Sarawak, Malaysia

Tel: 084-319 998
Fax: 084-313 193

**Ipoh Branch**
1st Floor, Plaza Teh Teng Seng
227 Jalan Raja Permaisuri Bainun
30250 Ipoh, Perak Darul Ridzuan,
Malaysia

Tel: 605-253 1313
Fax: 605-253 6373



# TABLE OF CONTENTS

6    Notice of 29th AGM

12    Corporate Information

14    Directors' Profile

24    Key Senior Management's Profile

30    Management's Discussion & Analysis

42    Sustainability Statement

48    5-year Group Financial Summary

50    Segmental Analysis

52    Corporate Governance Overview Statement

58    Audit & Risk Committee Report

62    Statement on Risk Management & Internal Control

66    Statement on Directors' Responsibility in relation to the Financial Statements

67    Directors' Report

73    Statements of Financial Position

75    Statements of Profit or Loss

76    Statements of Profit or Loss and Other Comprehensive Income

77    Consolidated Statement of Changes in Equity

80    Statement of Changes in Equity

81    Statements of Cash Flows

87    Notes to the Financial Statements

256    Statement by Directors

257    Statutory Declaration

258    Independent Auditors' Report

264    List of Material Properties held by TA Enterprise Berhad Group

265    Analysis of Shareholdings

266    List of Top 30 Shareholders

268    Additional Compliance Information Disclosures

270    Administrative Details of 29th AGM

272    Appendix A – Proposed adoption of new Constitution of TA Enterprise Berhad

Form of Proxy



## CORE VALUE

### GOVERNED BY
### INTEGRITY

We place the utmost importance in the integrity of every individual that we employ or deal with. At TA Group we strive to practise integrity in all our actions, decisions, practices, policies and procedures. This relates to both internally within the organisation as well as externally to all parties that we deal and associate with.

### ENCOURAGING
### INNOVATION

It is our culture to constantly encourage a progressive work environment where new ideas, inputs, opinions and suggestions are highly encouraged and favoured.

### COMMITTED TO
### EXCELLENCE

We define excellence as the never-ending, uncompromising pursuit of doing things better. We believe that excellence is not a standard or level of competency; excellence is the desire of wanting to get better, to grow, to expand, to achieve and to progress. It is the uncompromising commitment to move forward and get better in everything that we do.

### DEDICATED TO
### CORPORATE SOCIAL RESPONSIBILITY

We have a heart for social responsibility and believe that we can make an impact to not only the local community but globally as the world becomes a seamless place. Our organisation has a vision to become a diversified global conglomerate that will have a presence in every region and impact these regions accordingly.

### FOCUSED ON
### PEOPLE

We believe in focusing and investing in our people to have a strong, cohesive, loyal and competent workforce and together we will propel the organization forward and build the name of our company as a great employer and continue to attract the best talent in the market.

## | NOTICE OF TWENTY-NINTH ANNUAL GENERAL MEETING

**NOTICE IS HEREBY GIVEN THAT** the Twenty-Ninth Annual General Meeting ("29th AGM") of TA Enterprise Berhad ("the Company") will be held at The Auditorium, 10th Floor, Menara TA One, 22 Jalan P. Ramlee, 50250 Kuala Lumpur on Wednesday, 26 June 2019 at 11.30 a.m. for the transaction of the following businesses: -

### AGENDA

### AS ORDINARY BUSINESSES

1.  To receive the Audited Financial Statements for the financial year ended 31 December 2018 and the Reports of the Directors and Auditors thereon.
    *Please refer to Explanatory Note (4)(i)*

2.  To approve the payment of final dividend of 4.10 sen per ordinary share under the single-tier system for the financial year ended 31 December 2018. | **Resolution 1**
    *Please refer to Explanatory Note (4)(ii)*

3.  To re-elect the following Directors who retire by rotation in accordance with Article 102 of the Company's Constitution and who being eligible offer themselves for re-election:

    (i)   Pn Zainab Binti Ahmad | **Resolution 2**
    (ii)  Dato' Sri Mohamed Bin Abid | **Resolution 3**
    (iii) Datin Rahmah Binti Mahmood | **Resolution 4**

4.  To approve the payment of Directors' fees amounting to RM149,500.00 per annum for the Non-Executive Directors for the financial year ended 31 December 2018. | **Resolution 5**
    *Please refer to Explanatory Note (4)(iii)*

5.  To approve the payment of Directors' benefits of up to RM134,033.00 payable to the Non-Executive Directors from 27 June 2019 until the next Annual General Meeting of the Company. | **Resolution 6**
    *Please refer to Explanatory Note (4)(iii)*

6.  To re-appoint KPMG PLT as Auditors of the Company to hold office until the conclusion of the next Annual General Meeting and to authorise the Directors to fix their remuneration. | **Resolution 7**

### AS SPECIAL BUSINESSES

7.  To consider and if thought fit, to pass the following Ordinary Resolutions:

    **Retention as Independent Non-Executive Directors of the Company pursuant to the Malaysian Code on Corporate Governance 2017 ("MCCG 2017")**

    "THAT authority be and is hereby given to retain Mr Peter U Chin Wei as an Independent Non-Executive Director of the Company in accordance with the MCCG 2017." | **Resolution 8**

    "THAT authority be and is hereby given to retain Datuk Jory Leong Kam Weng as an Independent Non-Executive Director of the Company in accordance with the MCCG 2017." | **Resolution 9**

    "THAT authority be and is hereby given to retain Mr Christopher Koh Swee Kiat as an Independent Non-Executive Director of the Company in accordance with the MCCG 2017." | **Resolution 10**

    "THAT authority be and is hereby given to retain Datin Rahmah Binti Mahmood as an Independent Non-Executive Director of the Company in accordance with the MCCG 2017." | **Resolution 11**
    *Please refer to Explanatory Note (5)(i)*

8.    **Authority to Issue Shares pursuant to Section 75 of the Companies Act 2016 ("CA 2016"):**          Resolution 12

"THAT subject always to the CA 2016, Constitution of the Company and the approvals of the relevant government/regulatory authorities, the Directors be and are hereby empowered pursuant to Section 75 of the CA 2016 to further allot and issue ordinary shares in the Company from time to time upon such terms and conditions and for such purposes as the Directors may deem fit provided that the aggregate number of shares to be allotted and issued pursuant to this resolution does not exceed ten percent (10%) of the total issued share capital of the Company in any one financial year and that such authority shall remain in force until the conclusion of the next Annual General Meeting of the Company."
*Please refer to Explanatory Note (5)(ii)*

9.    To consider and if thought fit, to pass the following Special Resolution:

**Proposed Adoption of the New Constitution of the Company**          Resolution 13

"THAT approval be and is hereby given to revoke the existing Constitution of the Company with immediate effect and in place thereof, the proposed new set of the Constitution of the Company in the form and manner as set out in the Appendix A attached herewith be and is hereby approved and adopted as the new Constitution of the Company ("Proposed Adoption of New Constitution").

THAT the Directors and Secretaries of the Company be and are hereby authorised to carry out all the necessary formalities in effecting the Proposed Adoption of New Constitution.

AND THAT the Directors of the Company, be and are hereby authorised to assent to any conditions, modifications, variations and/or amendments as may be required by Bursa Malaysia Securities Berhad."
*Please refer to Explanatory Note (5)(iii)*

10.    To transact any other business of which due notice shall be given in accordance with the Company's Constitution and the CA 2016.

## NOTICE OF DIVIDEND ENTITLEMENT AND PAYMENT

**NOTICE IS ALSO HEREBY GIVEN THAT** subject to the shareholders' approval for the payment of final dividend of 4.10 sen per ordinary share under the single-tier system for the financial year ended 31 December 2018 ("Dividend") under **Resolution 1** at the 29th AGM of the Company, the Dividend will be paid on 12 July 2019 to shareholders whose names appear in the Company's Register of Members at the close of business on 28 June 2019.

A depositor shall qualify for entitlement only in respect of:

1.    Shares transferred to the depositor's securities account before 4.30 p.m. on 28 June 2019 in respect of ordinary transfers;

2.    Shares deposited into the depositor's securities account before 12.30 p.m. on 26 June 2019 (in respect of shares exempted from mandatory deposit); and

3.    Shares bought on the Bursa Malaysia Securities Berhad on a cum entitlement basis according to the Rules of Bursa Malaysia Securities Berhad.

## BY ORDER OF THE BOARD

**CHUAH WEN PIN (MAICSA 7014581)**
**TAN KIT YEE (MAICSA 7061042)**
Company Secretaries

Kuala Lumpur
30 April 2019

## | NOTICE OF TWENTY-NINTH ANNUAL GENERAL MEETING

NOTES:

(1)  **Members Entitled To Attend**

For the purpose of determining who shall be entitled to attend this 29th AGM, only members whose names appear on the Record of Depositors as at 20 June 2019 (General Meeting Record of Depositors) shall be entitled to attend, speak and vote at this 29th AGM or appoint proxy/proxies to attend and/or vote on his/her behalf.

(2)  **Appointment of Proxy**

(a)  A member entitled to attend and vote at this 29th AGM is entitled to appoint a proxy or proxies (but not more than two) to attend and vote in his/her stead. A proxy may but need not be a member of the Company. A proxy appointed to attend and vote at a meeting of the Company shall have the same rights as the members to speak at the meeting.

(b)  Where a member of the Company is an authorised nominee as defined under the Securities Industry (Central Depositories) Act 1991, ("SICDA") it may appoint at least one proxy in respect of each securities account it holds with ordinary shares of the Company standing to the credit of the said securities account.

(c)  Where a member of the Company is an exempt authorised nominee which holds ordinary shares in the Company for multiple beneficial owners in one securities account ("omnibus account"), there is no limit to the number of proxies which the exempt authorised nominee may appoint in respect of each omnibus account it holds. An exempt authorised nominee refers to an authorised nominee defined under SICDA which is exempted from compliance with the provisions of subsection 25A(1) of SICDA.

(d)  The Form of Proxy, in the case of an individual, shall be signed by the appointor or his/her attorney and in the case of a corporation, shall be given under its common seal or signed on its behalf by an attorney or officer of the corporation so authorised.

(e)  Where a member appoints more than one proxy, the appointment shall be invalid unless he/she specifies the proportion of his/her holdings to be represented by each proxy pursuant to Section 334(2) of the CA 2016.

(f)  The Form of Proxy must be deposited with the Share Registrar of the Company at Tricor Investor & Issuing House Services Sdn Bhd at Unit 32-01, Level 32, Tower A, Vertical Business Suite, Avenue 3, Bangsar South, No. 8, Jalan Kerinchi, 59200 Kuala Lumpur or alternatively Tricor Customer Service Centre, Unit G-3, Ground Floor, Vertical Podium, Avenue 3, Bangsar South, No. 8, Jalan Kerinchi, 59200 Kuala Lumpur not less than forty-eight (48) hours before the time for holding the meeting or any adjournment thereof.

(g)  By submitting the duly executed proxy form, the member and his/her proxy consent to the Company (and/or its agents/service providers) collecting, using and disclosing the personal data therein in accordance with the Personal Data Protection Act 2010 for the purpose of this Annual General Meeting and any adjournment thereof.

(3)  **Voting**

Pursuant to Paragraph 8.29A(1) of the Main Market Listing Requirements of Bursa Malaysia Securites Berhad, all resolutions set out in this Notice will be put to vote by way of poll.

(4)  **Explanatory Notes on Ordinary Businesses**

(i)  **Item 1 of the Agenda – Audited Financial Statements for the financial year ended 31 December 2018**

The Audited Financial Statements are laid in accordance with Section 340(1)(a) of the CA 2016 for discussion only under Agenda 1. They do not require shareholders' approval, hence will not be put for voting.

(ii)  **Ordinary Resolution 1: Proposed Final Dividend**

With reference to Section 131 of the CA 2016, a company may only make a distribution to the shareholders out of profits of the company available if the company is solvent. On 26 April 2019, the Board has considered the amount of dividend and decided to recommend the same for shareholders' approval.

The Directors of the Company are satisfied that the Company will be solvent as it will be able to pay its debts as and when the debts become due within twelve (12) months immediately after the distribution is made on 12 July 2019 in accordance with the requirements under Sections 132(2) and (3) of the CA 2016.

(iii) **Ordinary Resolutions 5 & 6: Directors' fees and benefits**

Section 230(1) of the CA 2016 which came into effect on 31 January 2017, provides amongst others, that "the fees" of the directors and "any benefits" payable to the directors of a listed company and its subsidiaries shall be approved at a general meeting. In this respect, the Board agreed that the shareholders' approval shall be sought at the 29th AGM for the payment of fees and benefits payable to the Non-Executive Directors in two (2) separate resolutions as below:

- **Ordinary Resolution 5** on payment of Directors' fees in respect of the financial year ended 31 December 2018.

- **Ordinary Resolution 6** on payment of Directors' benefits in respect of the current year 2019 and until the next Annual General Meeting. Benefits payable comprise of seating fees for attending Board's and/or Board Committees' meeting, club membership subscription, Group Hospital & Surgical Insurance, Directors' Indemnity Insurance, traveling, company car and other claimable benefits.

  The total estimated amount of Directors' benefits payable is calculated based on the number of Board's, Board Committees' and general meetings for the current financial year ending 31 December 2019 up to the next Annual General Meeting in 2020 ("FYE 2019/2020").

  The proposed Resolution 6 is to facilitate payment of the Directors' benefits for FYE 2019/2020. The Board will seek approval of the shareholders at the next Annual General Meeting in the event the Directors' benefits proposed is insufficient due to an increase in the number of the Board's and/or Board Committees' meetings and/or increase in the Board size.

  \* Note: The Executive Directors / Chief Executive Officer does not receive any Directors' fees.

(5) **Explanatory Notes on Special Businesses**

(i) **Ordinary Resolutions 8, 9, 10 and 11: Retention as Independent Non-Executive Directors of the Company pursuant to the MCCG 2017**

The proposed Ordinary Resolutions 8, 9, 10 and 11 are to seek shareholders' approval to retain Mr Peter U Chin Wei, Datuk Jory Leong Kam Weng, Mr Christopher Koh Swee Kiat and Datin Rahmah Binti Mahmood as Independent Non-Executive Directors of the Company pursuant to MCCG 2017.

Mr Peter U Chin Wei, Datuk Jory Leong Kam Weng, Mr Christopher Koh Swee Kiat and Datin Rahmah Binti Mahmood have served on the Board for 20 years, 16 years, 13 years and 12 years respectively, which exceeds nine (9) years ie the limit established in MCCG 2017.

The Board had assessed the independence of Mr Peter U Chin Wei, Datuk Jory Leong Kam Weng, Mr Christopher Koh Swee Kiat and Datin Rahmah Binti Mahmood, and is satisfied that Mr Peter U Chin Wei, Datuk Jory Leong Kam Weng, Mr Christopher Koh Swee Kiat and Datin Rahmah Binti Mahmood remain objective and independent in expressing their views and in participating in deliberations and decision making of the Board and Board Committees. Their length of service on the Board does not in any way interfere with their exercise of judgement and ability to act in the best interest of the Group.

Shareholders' approval for Ordinary Resolutions 8, 9, 10 and 11 will be sought on a single tier voting basis.

(ii) **Ordinary Resolution 12: Authority to Issue Shares pursuant to Section 75 of the CA 2016**

This is the renewal of the mandate obtained from the members at the last Annual General Meeting ("the previous mandate"). The previous mandate was not utilised and accordingly no proceeds were raised.

## | NOTICE OF TWENTY-NINTH ANNUAL GENERAL MEETING

The proposed Ordinary Resolution 12, if passed, will empower the Directors of the Company to issue and allot shares in the Company up to an amount not exceeding ten percent (10%) of the issued capital of the Company for the time being. This authorisation will provide flexibility to the Directors to undertake fund raising activities, including but not limited to placement of shares for the funding of the Company's future investment projects, working capital, acquisitions and/or implementation of Employees' Share Option Scheme by the issuance of shares in the Company to such persons at any time as the Directors may deem fit, without having to convene a general meeting.

This authority unless revoked or varied at a general meeting will expire at the next Annual General Meeting of the Company.

(iii)  Special Resolution 13: Proposed Adoption of New Constitution of the Company

Pursuant to Section 36 of the CA 2016, the Board proposes that the existing Constitution be revoked in its entirety with immediate effect and by the replacement thereof with a new Constitution.

The Proposed Adoption of New Constitution is primarily for the purpose of streamlining the existing Constitution to be aligned with the CA 2016, recent amendments made to Bursa Malaysia Securities Berhad's Main Market Listing Requirements as well as to facilitate and to further enhance administrative efficiency.

The new Constitution shall take effect once it has been passed by a majority of not less than 75% of the total voting rights of the members who are entitled to attend and vote and do vote in person or by proxy at this 29th AGM.

## STATEMENT ACCOMPANYING NOTICE OF ANNUAL GENERAL MEETING |

(pursuant to Paragraph 8.27(2) of Bursa Malaysia Securities Berhad Main Market Listing Requirements)

There is no Director standing for election at the Twenty-Ninth Annual General Meeting of the Company.



# | CORPORATE INFORMATION





## Board of Directors

1. **Datuk Tiah Thee Kian**
Non-Independent Non-Executive Chairman

2. **Datin Tan Kuay Fong**
Managing Director & Chief Executive Officer

3. **Zainab Binti Ahmad**
Executive Director

4. **Dato' Sri Mohamed Bin Abid**
Non-Independent Non-Executive Director

5. **Peter U Chin Wei**
Independent Non-Executive Director

6. **Datuk Jory Leong Kam Weng**
Independent Non-Executive Director

7. **Christopher Koh Swee Kiat**
Independent Non-Executive Director

8. **Datin Rahmah Binti Mahmood**
Independent Non-Executive Director

## Share Registrar

**Tricor Investor & Issuing House Services Sdn Bhd (11324-H)**
Unit 32-01, Level 32, Tower A
Vertical Business Suite, Avenue 3, Bangsar South
No. 8, Jalan Kerinchi, 59200 Kuala Lumpur
Wilayah Persekutuan, Malaysia

Tel : 03-2783 9299   Fax : 03-2783 9222

Email: is.enquiry@my.tricorglobal.com

**Tricor Customer Service Centre**
Unit G-3, Ground Floor, Vertical Podium
Avenue 3, Bangsar South
No. 8, Jalan Kerinchi
59200 Kuala Lumpur
Wilayah Persekutuan
Malaysia

## Company Secretaries

Chuah Wen Pin        (MAICSA 7014581)
Tan Kit Yee          (MAICSA 7061042)

## Audit & Risk Committee

Peter U Chin Wei               - Chairman
Datuk Jory Leong Kam Weng      - Member
Christopher Koh Swee Kiat      - Member

## Auditors

**KPMG PLT**
Chartered Accountants
10th Floor, KPMG Tower
No.8, First Avenue, Bandar Utama
47800 Petaling Jaya
Selangor Darul Ehsan
Malaysia

Tel: 03-77213388      Fax: 03-7721 3399

## Stock Exchange Listing

Main Market of Bursa Malaysia Securities Berhad

## Stock Code

**4898**

## Registered Office

34th Floor, Menara TA One
22 Jalan P. Ramlee
50250 Kuala Lumpur
Malaysia

Tel : 03-2072 1277   Fax : 03-2031 6608

## Corporate Website

www.ta.com.my

# | DIRECTORS' PROFILE



# YG BHG
# DATUK TIAH THEE KIAN

NON-INDEPENDENT
NON-EXECUTIVE CHAIRMAN
Age: 72
Nationality: Malaysian
Gender: Male

**Yg Bhg Datuk Tiah Thee Kian holds a Bachelor of Science from University of Malaya and a Master in Business Management from Asian Institute of Management, Philippines. He started his career as a manager of Malaysian International Merchant Bankers Bhd from 1972 to 1978, and later joined Credit Leasing Corporation Sdn Bhd as an Executive Director from 1978 to 1987. He joined TA Securities Berhad in September 1987 and was appointed the Managing Director in September 1988 and thereafter, Executive Chairman in July 1995.**

He is the substantial shareholder and co-founder of TA Enterprise Berhad. In 1990, he initiated the public listing of TA Enterprise Berhad and was appointed its Executive Chairman and Managing Director of TA Enterprise Berhad in October 1990. As the Executive Chairman, he is primarily responsible for the overall strategic direction of TA Enterprise Berhad. He is the visionary leader of TA Group. Armed with a vision in developing a Malaysian "one-stop supermarket" of financial products and services, he propelled TA Enterprise Berhad's extraordinary growth in retail broking and shaped TA Enterprise Berhad to be one of the largest retail broker in Malaysia. He was then re-designated as the Non-Independent Non-Executive Chairman of TA Enterprise Berhad on 5 October 2009.

Datuk Tiah Thee Kian was the one who embarked the TA Group into property development. He was instrumental in amassing the strategic land banks and investment properties of TA Global Berhad. In 2009, he initiated the demerger of the financial services and property business of TA Enterprise Berhad to improve the execution capacity of the property business in pursuing its strategies in a more focused way. Pursuant to the listing of TA Global Berhad, he took the helm as its Executive Chairman and spent a major portion of his time in nurturing, developing and transforming the property development and property investments activities of TA Global Berhad. He also sits on the Boards of a number of companies within the TA Global Berhad Group.

Under the stewardship and leadership of Datuk Tiah Thee Kian, both TA Enterprise Berhad and TA Global Berhad became a dynamic and diversified conglomerate with businesses in stockbroking, asset and unit trust management, futures & derivatives trading, credit lending, hotel operations, property development, property management and property investments spread over Malaysia, Canada, Australia, Hong Kong, China and Thailand.

He is the husband of Yg Bhg Datin Tan Kuay Fong, Managing Director & Chief Executive Officer of the Company.

He has attended five out of the six Board Meetings held during the financial year.

# | DIRECTORS' PROFILE

## YG BHG
# DATIN TAN KUAY FONG

MANAGING DIRECTOR &
CHIEF EXECUTIVE OFFICER
Age: 69
Nationality: Malaysian
Gender: Female



**Yg Bhg Datin Tan Kuay Fong holds a Bachelor of Economics (Honours) Degree and a Post Graduate Diploma in Accounting from the University of Malaya.**

She started her profession in stockbroking in 1975. In 1983, she was one of the pioneer founders of A.T. Securities Sdn Bhd, the first stockbroking company to be established in Shah Alam. In December 1987, she joined TA Securities Sdn Bhd and was appointed the Managing Director of TA Securities Berhad in July 1995. Pursuant to the listing of TA Enterprise Berhad, she was appointed as Executive Director of TA Enterprise Berhad in March 1990 and subsequently in May 2002, she was appointed as its Executive Chairman. She was re-designated as Managing Director & Chief Executive Officer of TA Enterprise Berhad on 16 August 2007.

She was instrumental in the growth and development of TA Enterprise Berhad's financial services businesses during its formation years. In the 1990s, Datin Tan Kuay Fong revolutionised the stockbroking business of TA Enterprise Berhad by taking the bold step to build up its IT infrastructure and employed IT programmers and system analysts to design and tailor specific back office IT systems and controls to provide its remisiers and clients with a more efficient platform to trade with greater accuracy and efficiency. She was also instrumental in developing the proprietary trading activities of TA Enterprise Berhad, expanding its retail market, building up its remisiers/dealers base to enlarge its retail clientele and to expand its business. She has over 25 years of senior management experiences in stockbroking,

derivatives and property management. Her experience and expertise incorporates strategic planning, initial business set-up, operations planning and implementation, international business expansion and overall business management. Her financial services career track record has been charted through the years, made possible through her in-depth exposure to the stockbroking industry and financial markets. She now continues to impart her business acumen and skills to the growth and development of TA Enterprise Berhad's financial services business.

She also sits on the Boards of TA Global Berhad, a public listed company, TA Securities Holdings Berhad, a public company which is a wholly-owned subsidiary of TA Enterprise Berhad and a number of companies with the TA Enterprise Berhad Group & TA Global Berhad Group.

She is the wife of Yg Bhg Datuk Tiah Thee Kian, Non-Independent Non-Executive Chairman and a major shareholder of the Company.

She has attended five out of the six Board Meetings held during the financial year.



## | Directors' Profile



## PUAN
# ZAINAB BINTI AHMAD

| EXECUTIVE DIRECTOR | Age: 68 | Nationality: Malaysian | Gender: Female |

**Puan Zainab Binti Ahmad holds a Bachelor in Business Administration Degree from the Institut Teknologi Mara/University of Ohio.**

She started her career in June 1983 with A.T. Securities Sdn Bhd as the General Manager. She then joined TA Securities Sdn Bhd as Director in December 1987 till October 1990.

She was then appointed as Executive Director of TA Enterprise Berhad on 13 March 1990, a position she holds to-date. She also sits on the Boards of TA Global Berhad, a public listed company, TA Centre Berhad, a public company which is wholly-owned subsidiary of TA Enterprise Berhad and a number of companies within the TA Enterprise Berhad Group.

She has attended three out of the six Board Meetings held during the financial year.



## YG BHG
## DATO' SRI
## MOHAMED BIN ABID

| NON-INDEPENDENT NON-EXECUTIVE DIRECTOR | Age: 77 | Nationality: Malaysian | Gender: Male |

Yg Bhg Dato' Sri Mohamed Bin Abid studied Business Management at The MARA Institute of Technology and was admitted as a Member of the British Institute of Management. He was conferred the award of "Sri Sultan Ahmad Shah Pahang" by His Royal Highness the Sultan of Pahang in October 2008, that carries the title of Dato' Sri.

He started his career as a Shipping Executive and was later promoted to Manager in P & O Steam Navigation Co. Ltd, Singapore & London from 1964 to 1973. In 1974, he joined MISC Coastal Services Sdn Bhd, a wholly-owned subsidiary of MISC Berhad as Marketing Manager and was promoted to Director/Chief Executive Officer in 1980, a position he held till 1983.

Subsequently, he was appointed Chief Executive Officer of MISC Agencies Sdn Bhd until 1986. In 1987, he was appointed as Managing Director of East & West Maritime Sdn Bhd. In 1989, he founded and established JB Distripark Sdn Bhd and held the position of Executive Director. On 1 July 1995, he joined the Board of TA Enterprise Berhad, a public listed company as Executive Director. He was re-designated as the Non-Independent Non-Executive Director of TA Enterprise Berhad on 5 October 2009 and holds the position to-date.

He is also the Chairman of Advisory Board of Tesco Stores (Malaysia) Sdn Bhd since 2006.

He has extensive experience in the shipping industry and has held various senior positions, both locally and overseas. Over the years, his established network of local and international business contacts have been invaluable to the development and growth of the TA Group. In addition, he has also actively been involved in building the corporate as well as public image of the TA Group of Companies.

He also sits on the Board of TA Global Berhad, a public listed company and a number of companies within the TA Global Berhad Group.

He has attended all six of the Board Meetings held during the financial year.

## | DIRECTORS' PROFILE



## MR
## PETER U CHIN WEI

| INDEPENDENT NON-EXECUTIVE DIRECTOR | Age: 68 | Nationality: Malaysian | Gender: Male |

**Mr Peter U Chin Wei is a Fellow of the Institute of Chartered Accountants in England and Wales and also a member of the Malaysian Institute of Accountants.**

Before returning to Malaysia, he worked in the London office of Coopers and Lybrand (now known as PricewaterhouseCoopers). Upon his return to Malaysia in 1977, he worked for Inchcape Malaysia Sdn Bhd, YTL Group and he joined the MUI Group in 1980 until 1989 as General Manager. He joined the Board of AsiaPac Bhd (formerly known as Pegi Malaysia Berhad) as an Executive Director in 1989 till 1990. Thereafter, he joined TA Enterprise Berhad as an Executive Director in October 1990 till October 1998. Subsequently, he was appointed as an Independent Non-Executive Director of TA Enterprise Berhad on 15 July 1999, a position he holds

to-date. He was also a Board member of WCE Holdings Berhad (formerly known as Kumpulan Europlus Berhad), a public listed company from July 2003 to November 2017.

He also sits on the Board of TA Global Berhad, a public listed company and Asian Outreach (M) Berhad, a public limited company.

He is the Chairman of the Company's Audit & Risk Committee and Remuneration Committee. He is also a member of the Company's Nomination Committee.

He has attended all six of the Board Meetings held during the financial year.



## DATUK
## JORY
## LEONG KAM WENG

**INDEPENDENT NON-EXECUTIVE DIRECTOR** | Age: 55 | Nationality: Malaysian | Gender: Male

**Datuk Jory Leong Kam Weng graduated with a Bachelor of Economics Degree and a Bachelor of Laws Degree from Monash University, Australia. He is a Fellow of CPA Australia and a Chartered Accountant of the Malaysian Institute of Accountants. He is also a certified mediator on the panel of the Malaysian Mediation Centre.**

He was called to the Malaysian Bar in 1989. In February 1992, he joined TA Enterprise Berhad as the Group Legal Manager until July 1995. He was the Vice President of International Division of TA Enterprise Berhad from November 1993 to October 1995.

Between November 1995 to February 1997, he was the Executive Director of Credit Leasing Corporation Sdn Bhd. He was the Executive Director of TA Bank of Philippines, Inc from March 1997 to June 1998. From June 1998 to July 1999, he was the Chief Executive Officer of TA Securities Berhad.

Since July 1999, he has been a Partner of Messrs Iza Ng, Yeoh & Kit as a practising Advocate and Solicitor. He was appointed as Independent Non-Executive Director of TA Enterprise Berhad on 19 May 2003, a position he holds to-date. He is also an Independent Non-Executive Director of TA Global Berhad, Xin Hwa Holdings Berhad and Pecca Group Berhad, companies listed on Bursa Malaysia.

He is also an Independent Non-Executive Director of Tokio Marine Life Insurance Malaysia Bhd, a life insurance company. He also sits on the Board of several private companies and of Asian Outreach (M) Berhad and Pusat Penyayang KSKA, all of which are public limited companies.

He is a member of the Company's Audit & Risk Committee, Nomination Committee and Remuneration Committee.

He has attended all six of the Board Meetings held during the financial year.

## | DIRECTORS' PROFILE



## MR
## CHRISTOPHER
## KOH SWEE KIAT

| INDEPENDENT NON-EXECUTIVE DIRECTOR | Age: 51 | Nationality: Malaysian | Gender: Male |
| --- | --- | --- | --- |

Mr Christopher Koh Swee Kiat graduated from the University of Malaya in 1992 and was called to the High Court of Malaya as an Advocate and Solicitor in March 1993. He also holds an ACCA postgraduate diploma in Accounting and Finance.

He was with some established law firms as well as attached with an inhouse counsel of TA Enterprise Berhad. He was also the Company Secretary of The Chase Manhattan (M) Berhad (now known as JP Morgan Chase).

He co-founded Messrs Chris Koh & Chew in 2004. He was appointed to the Board of TA Enterprise Berhad as Independent Non-Executive Director on 24 May 2006, a position he holds to-date.

He specialises in corporate, commercial and finance matters including merger and acquisitions, corporate restructuring, joint ventures, corporate finance, listing of companies in Malaysia and overseas stock exchange(s), private equity acquisition and acquisition of overseas and local hotels/resorts and as well as negotiations of management agreements with international hospitality brands.

He also sits on the Board of TA Global Berhad, a public listed company.

He is a member of the Company's Audit & Risk Committee, Nomination Committee and Remuneration Committee. He also sits on the investment committee of Mizuho ASEAN Investment Fund LLP. On 2 October 2017, he was also appointed by the Chief Judge of the High Court of Malaya upon consultation with the Bar Council as member of the Advocates & Solicitors Disciplinary Board.

He has attended all six of the Board Meetings held during the financial year.



## YG BHG
# DATIN
# RAHMAH BINTI MAHMOOD

| INDEPENDENT NON-EXECUTIVE DIRECTOR | Age: 61 | Nationality: Malaysian | Gender: Female |
|---|---|---|---|

**Yg Bhg Datin Rahmah Binti Mahmood graduated with a double Bachelor of Science degree, obtaining her Bachelor of Science degree in Marketing and Mass Communications from Syracuse University, New York. She also obtained a Masters in Journalism from the University of Southern California.**

In 1989, she co-founded Malaysian Automotive Lighting Sdn Bhd ("MAL"). She is currently a director and shareholder of MAL, assisting in marketing and public relations of the company.

Subsequently in 2006, Datin Rahmah co-founded Solarah Sdn Bhd ("Solarah"), a solar distributor and consulting company based in Malaysia. She has been a director of Solarah since 2006 and is responsible for the marketing and sales of Solarah's products.

She was then appointed to the Board of TA Enterprise Berhad as an Independent Non-Executive Director on 16 August 2007, a position she holds to-date. She also sits on the Boards of TA Global Berhad and Xin Hwa Holdings Berhad, public listed companies as Independent Non-Executive Director.

In 2016, Datin Rahmah brought in a franchise called, "We Rock the Spectrum Kid's Gym" from the United States. This is a gym for neuro-typcial children as well as children on the autism spectrum.

She has over 25 years of experience in business management, contract negotiations and manufacturing practices. She also has assisted the Malaysian government in bringing in foreign investments into the country especially in the field of manufacturing. She is the Chairperson of the Company's Nomination Committee.

She has attended five out of the six Board Meetings held during the financial year.

---

**Notes:**

1. **Family Relationship of Directors**
   Save as disclosed, none of the directors has any family relationship with any director and/or major shareholder of the Company.
2. **Conflict of Interest**
   Save as disclosed, none of the Directors has any conflict of interest with the Company.
3. **Conviction of Offence**
   Save as disclosed, none of the Directors has been convicted of any offence in the past 5 years.
4. **Interest in Securities**
   The particulars of the Directors' interest in securities of the Company are set out in pages 69 and 265.

## | KEY SENIOR MANAGEMENT'S PROFILE

## MR **TAH HEONG BENG**

EXECUTIVE DIRECTOR OPERATIONS, TA SECURITIES HOLDINGS BERHAD

AGE : 60   I   NATIONALITY : MALAYSIAN   I   GENDER : MALE   |   DATE OF APPOINTMENT : 1 December 2011

Mr Tah obtained his Accountancy qualification in 1985 and is a member of the Malaysian Institute of Accountants and the Malaysian Institute of Certified Public Accountants.

He began his career in audit and accountancy with the public accounting firm of Azman Wong Salleh & Co. in February 1980. In March 1987, after seven years of experience in audit, taxation and investigation, he left to join Asia Commercial Finance (M) Berhad as an Assistant Internal Audit Manager.

He began his career in the stockbroking industry in October 1987 and held various senior positions before joining TA Securities Berhad (now known as TA Centre Berhad) as the General Manager Operations in March 2002. He was then appointed as the Executive Director Operations of TA Securities Holdings Berhad in December 2011.

## YG BHG **DATUK HAMZAH MOHD TAHIR**

EXECUTIVE DIRECTOR DEALING, TA SECURITIES HOLDINGS BERHAD

AGE : 62   I   NATIONALITY : MALAYSIAN   I   GENDER : MALE   |   DATE OF APPOINTMENT : 3 September 2007

Datuk Hamzah Bin Mohd Tahir obtained a Bachelor in Business Administration (Finance) from Western Michigan University, Michigan, USA in 1981 and a Master in Business Administration (Finance) from University of Northern Colorado, Colorado, USA in 1984.

He started his career as a remisier with OCBC Securities, Malacca in 1984 and left in 1986 to join the Treasury Department of Citibank Berhad, Kuala Lumpur. He was a forex and money market dealer and has extensive knowledge in technical analysis.

He joined TA Securities Berhad (now known as TA Centre Berhad) in April 1991 and has vast experience in the dealing of equities and fixed income. He was appointed as Executive Director Dealing of TA Securities Holdings Berhad in September 2007.

## EN **SHAARI MAT HUSIN**

EXECUTIVE DIRECTOR DEALING, TA SECURITIES HOLDINGS BERHAD

AGE : 47   I   NATIONALITY : MALAYSIAN   I   GENDER : MALE

DATE OF APPOINTMENT : 18 March 2016

With 22 years experience in stock broking business, Shaari Mat Hussin started his employment at TA Securities Sdn Bhd in 2002. Holding a Diploma in Investment Analysis from UITM in 1994. His employment in stock broking and investment industry started in 1994 with JB Securities which revolved around dealing operations and handling international institutional clients. In 1996 he commenced his working life in Arab Malaysian Securities handling high net worth clients.

After 6 years, he moved to TA Securities Holdings Berhad to assume an institutional dealer post with a position of a vice president Institutional Sales and subsequently he was promoted to Senior Vice President Institutional Sales and became the Head of Dealing for the institutional sales team.

Thereafter, he was appointed as Executive Director Dealing of TA Securities Holdings Berhad on 18 March 2016.

## MR **CHEW CHIN GUAN, BOBBY**

INDEPENDENT NON-EXECUTIVE DIRECTOR, TA SECURITIES HOLDINGS BERHAD

AGE : 49   I   NATIONALITY : MALAYSIAN   I   GENDER : MALE   |   DATE OF APPOINTMENT : 7 July 2007

Mr. Chew Chin Guan, Bobby obtained his Bachelor of Law degree with Honours from the University of Malaya in 1994. He was admitted as an Advocate and Solicitor of the High Court of Malaya in March 1995, whereupon he proceeded with active practice in civil litigation.

In May 1997, he joined the Company's Legal Department and was subsequently promoted as the Manager in the Department in February 2002. In April 2003, he resumed his legal practise as a partner with Messrs G.H.Tee & Co, Advocates and Solicitors and subsequently in January 2005, as a partner with Messrs Chris Koh & Chew, Advocates and Solicitors.

He was appointed an Independent Non-Executive Director of TA Securities Holdings Berhad in July 2007.

## MR **SOO KIM SEONG, JAMES**

INDEPENDENT NON-EXECUTIVE DIRECTOR, TA SECURITIES HOLDINGS BERHAD

AGE : 62   I   NATIONALITY : MALAYSIAN   I   GENDER : MALE   |   DATE OF APPOINTMENT : 3 September 2007

Mr Soo Kim Seong, James obtained his Accountancy qualification and practical experience in London, United Kingdom.  Upon his return from UK in 1982, he embarked on his banking career in Malaysia.

He moved to New Zealand in 1987 to broaden his international banking career with ANZ Bank and later to Westpac Bank to head up their Wholesale Corporate Bank Risk Management team.  While in New Zealand, he completed the NZ Banking Associate examination and an MBA from Massey University, New Zealand.

In September 1997, he moved back to Asia to be the Country Head of Credit & Risk Management for ABN AMRO Singapore.  Prior to setting up his own business, he held a senior position with Citibank (HK) as their Asia Pacific, Regional Head of Credit Risk for the Citibusiness.  In his 20+ years in the banking industry, he has acquired an intimate knowledge of finance, trade financing, risk management and supply chain businesses as well as various types of businesses in the region.

He was appointed as an Independent Non-Executive Director of TA Securities Holdings Berhad in September 2007.

## MR **WONG MIEN**

CHIEF EXECUTIVE OFFICER, TA INVESTMENT MANAGEMENT BERHAD

AGE : 55   I   NATIONALITY : MALAYSIAN   I   GENDER : MALE   |   DATE OF APPOINTMENT : 12 March 2008

He is responsible for the overall direction and supervision of TA Investment Management Berhad. He graduated from the University of Malaya with a Bachelor of Science (Honours)  majoring in Mathematics in 1987, then qualified as a Certified Financial Planner® professional in 2003. He has since garnered over 25 years of experience in the financial industry while working with American International Assurance Berhad, HLB Unit Trust Management Berhad and Alliance Investment Management Berhad. This included being involved in the management of a unit trust company while serving as the General Manager of KL City Unit Trust Berhad from 2002. He then took the helm at TA Investment Management Berhad in March 2008.

## | KEY SENIOR MANAGEMENT'S PROFILE

## MR **CHOO SWEE KEE**

CHIEF INVESTMENT OFFICER AND EXECUTIVE DIRECTOR, TA INVESTMENT MANAGEMENT BERHAD

AGE : 54   I   NATIONALITY : MALAYSIAN   I   GENDER : MALE   |   DATE OF APPOINTMENT : 11 January 2008

Mr Choo is the Chief Investment Officer and Executive Director of TA Investment Management Berhad. He joined the TAIM in July 2005 and has more than 25 years experience in the investment and stock markets. He leads the investment team and is responsible for implementing the investing strategy of funds and managing the Company's portfolio. After graduation, he joined the accounting group, Coopers & Lybrand in 1987 as a senior. Between 1990 and 1999, Mr Choo gained valuable knowledge and experience in the investment line working as analyst and fund manager in Singapore and Malaysia. Prior to joining TA Group, he was the Chief Investment Officer of KLCS Asset Management Sdn Bhd. Mr Choo holds a Bachelor of Business Administration from the National University of Singapore and the Chartered Financial Analyst (CFA) designation.

## EN **MOHAMMED A'REEFF ABDUL KHALID**

EXECUTIVE DIRECTOR, TA INVESTMENT MANAGEMENT BERHAD

AGE : 55   I   NATIONALITY : MALAYSIAN   I   GENDER : MALE   |   DATE OF APPOINTMENT : 3 December 2007

En Mohammed A'Reeff Bin Abdul Khalid obtained his Master of Architecture degree from the University of Kansas, USA in 1990.  He started his career in the stockbroking industry with KAF-Seagroatt & Campbell Securities Sdn Bhd. He has vast experience in handling institutional and high net worth clients. From 2003 to 2005, he was actively involved in the Bumiputra Dealer's Representative Education Fund (BDREF) in the Finance Committee which was under the supervision of the Securities Commission. He joined TA Securities Berhad in May 2004, to develop the institutional clients' base in line with the company's expansion program. He was appointed as Executive Director Dealing of TA Securities Holdings Berhad in December 2007, a position he holds till June 2016. Thereafter, he was appointed as Executive Director of TA Investment Management Berhad on 10 June 2016.

## DR **WONG HONG MENG**

INDEPENDENT DIRECTOR, TA INVESTMENT MANAGEMENT BERHAD

AGE : 73   I   NATIONALITY : MALAYSIAN   I   GENDER : MALE   |   DATE OF APPOINTMENT : 18 October 2004

An economics graduate from the University of Malaya with a Master of Business Administration from Cranfield Graduate School of Management, Dr Wong Hong Meng earned his Doctor of Business Administration from the University of South Australia in 2007. Professionally he was a Fellow of the Institute of Chartered Accountants in England and Wales. Currently he is a Chartered Accountant member of the Malaysian Institute of Accountants and an Associate member of the Institute of Chartered Secretaries and Administrators. He has more than thirty two (32) years of experience in management consultancy, merchant banking, commercial banking and stock broking. In January 1999, he retired as the Executive Director of TA Enterprise Berhad. After retirement he remained active in the business world and had served as an independent non-executive director and chairman of the audit committee of two companies listed on Bursa Securities Malaysia Berhad. Currently he is an independent non-executive director and member of the audit committee of two other listed companies.

# PN DAYANGKU SHUKARNI BINTI AWANG JOLKIPLI

EXECUTIVE DIRECTOR OPERATIONS, TA FUTURES SDN BHD

AGE : 42  I  NATIONALITY : MALAYSIAN  I  GENDER : FEMALE  |  DATE OF APPOINTMENT : 19 September 2011

Pn Dayangku graduated with a Bachelor of Accounting (Hons) degree from University Technology MARA in 2000 and is a member of the Malaysian Institute of Accountants. Prior to joining TA Futures Sdn Bhd, she was with Affin Futures Sdn Bhd as an Account Officer from 2001 to 2002. She joined TA Futures Sdn Bhd in 2003 and was appointed the Compliance Officer in 2008, a position she held till April 2011.

Thereafter, she was attached with Kenanga Deutsche Futures Sdn Bhd as the Compliance Officer till September 2011. She returned to TA Futures Sdn Bhd in September 2011 and was appointed as the Executive Director Operations on 19 September 2011, a position she holds to-date.

# PN NOR ASMA MOHAMED

EXECUTIVE DIRECTOR DEALING, TA FUTURES SDN BHD

AGE : 55  I  NATIONALITY : MALAYSIAN  I  GENDER : FEMALE  |  DATE OF APPOINTMENT : 1 May 2017

Pn Nor Asma holds a Diploma in Investment Analysis from Mara University of Technology (UiTM) and Executive Bachelors Degree of Management from Asia E University. She joined TA Securities Berhad (now known as TA Centre Berhad) in 1987 as a dealer's representative and subsequently she was appointed as Senior Manager of TA Securities Berhad's Dealing Department in 1994.

In June 2012, she was transferred to TA Futures Sdn Bhd ("TAF") and was appointed as the Compliance Officer of TAF. She was then appointed as Executive Director of Operations in May 2017. Subsequently, she was re-designated as Executive Director of Dealing in January 2018.

Pn Nor Asma has experiences in the trading activities for institutional and retails clients both local and foreign for the local as well as overseas equities markets. She was also involved in the recruitment and training for both dealer's representatives and remisiers of TA Securities Holdings Berhad.

# MS CHEN YOKE HAR

DIRECTOR, TA CAPITAL SDN BHD

AGE : 68  I  NATIONALITY : MALAYSIAN  I  GENDER : FEMALE  |  DATE OF APPOINTMENT : 5 October 2009

Ms Chen graduated with a Bachelor of Economics Degree from the University of Malaya. Prior to joining TA Group of companies, she was working for the United Overseas Banking Group for 15 years in various positions including Branch Manager.

She joined TA Securities Berhad as Manager of Dealing Department in April 1996. She was later attached to Margin department and subsequently to Credit Control and Loans Recovery department. She gained vast experience during her working attachments in these departments.

Ms Chen took over the management and business development duties of TA Capital Sdn Bhd, a credit and lending subsidiary of the TA Group. Currently, she is the Director of TA Capital Sdn Bhd and also sits on the Boards of a few companies within the TA Group.

## | Key Senior Management's Profile

# MS **CHUAH WEN PIN**

VICE PRESIDENT, TA ENTERPRISE BERHAD

AGE : 49
NATIONALITY : MALAYSIAN
GENDER : FEMALE
DATE OF APPOINTMENT : 1 February 2014

Ms Chuah serves as the Vice President of TA Enterprise Berhad. She is also the appointed Company Secretary of TA Group. Ms Chuah has close to 24 years' of experiences in treasury management of financial institution and property sector including the Group's overseas investment and financial matters.

She is a Chartered Secretary by profession and holds an Associate Membership with the Malaysian Institute of Chartered Secretaries and Administrators.

**Notes:**

Save as disclosed, the above Key Senior Management (KSM) members have no family relationship with any Director and/or major shareholder of TA Enterprise Berhad (TAE), have no conflict of interest with TAE, have not been convicted of any offences within the past five years and have not been imposed any penalty by the relevant regulatory bodies during the financial year 2018.

The disclosure on the particulars of the KSM of TAE is made in compliance with the requirements under Appendix 9C of Bursa Malaysia Securities Main Market Listing Requirements.





| MANAGEMENT'S DISCUSSION & ANALYSIS



## (A)    OVERVIEW

### BUSINESS AND OPERATIONS

TA Enterprise Berhad (the Group) was formed and listed on the Main Board of Kuala Lumpur Stock Exchange in 1990. Spanning across six countries, its operations are related to stockbroking, fund management, investment holdings, credit and lending, derivatives trading, property investment, property development and hotel operations businesses. Property Development overtook Hotel Operations division as the main revenue contributor in Financial Year (FY) 2018 due to inclusion of RM736.9 million sales proceeds from the disposal of the remaining land in Little Bay, New South Wales, Australia. This non-recurring revenue boosted this division's revenue and net segment contributions to 55.3% and 102.9% respectively of the Group's total in the FY.

The stock broking unit provides trading services for stocks and shares listed on Bursa Malaysia and selected foreign exchanges. We complement and value add to clients' investment activities and trading experience by providing share margin financing, corporate advisory services, investment research, nominee services and foreign desk services that enable them to trade in foreign stock exchanges. Apart from Malaysia, our clients are able to trade in the stock exchanges of nine other countries, namely Australia, Canada, Hong Kong, Indonesia, Japan, Singapore, Thailand, United Kingdom and the United States

of America. The market share of TA Securities Holdings Berhad based on trading value and volume were 3.51% and 4.73% versus 3.49% and 5.04% for the year 2018 and 2017 respectively.

Our fund management business entails handling of retail fund, wholesale fund and private mandates, which are distributed directly and indirectly to Government Linked Companies (GLC), corporates, high-net-worth clients and retail investors. Despite challenging market conditions in 2018, we managed to slightly increase our Asset Under Management (AUM) to RM1.73 billion in 2018 from RM1.69 billion a year ago.

Our lending arm, TA Capital Sdn Bhd (TAC), is licensed under the Moneylender's Act 1951. Established as one of the top financiers for Employees' Shares Option Scheme (ESOS) in the market, TAC also provides Initial Public Offer (IPO) financing, and short and medium-term loans for corporate clients' working capital and investment purpose.

Commodity futures are our forte in the derivatives trading business. For the past fifteen years, TA Futures Sdn Bhd has been able to maintain its position as one of the top commodity futures brokers in Malaysia.

Our property and hotel-related businesses are parked under TA Global Berhad and related companies. We have approximately 708.9 acres of land bank in Malaysia that are earmarked for property development. Most of them are



strategically located within the Kuala Lumpur City Centre and Klang Valley and are easily accessible to public transportation and infrastructures. Currently, 144.5 acres of land in the Klang Valley and Johor are under planning and development stage and the projects under planning are targeted for sales in Financial Year (FY) 2019 and FY 2020. The estimated gross development value (GDV) of these targeted projects in Malaysia are in the region of RM15.6 billion.

Our property investment business consists of strategic assets such as Menara TA One, retail units at Ativo Plaza, Damansara Avenue, retail and office suites at Subang Business Centre and Taipan USJ 10, Petaling Jaya in Malaysia and FortisBC building in Vancouver, Canada. These investments are enjoying good occupancy rates and contributing a steady yield for the Group.

In hospitality business, we are operating hotels in Sydney and Melbourne, Australia; Phuket, Thailand; Vancouver and Whistler, Canada; Singapore and Kunshan, China. Majority of the Group's hotel properties are 5-star business hotels, which are strategically located in the central business district of the city. On the Malaysian front, we are currently developing and constructing our first hotel property in the Kuala Lumpur City Centre, which will contribute positively to future earnings.

## (B)    GROUP FINANCIAL REVIEW

The Group achieved profit before tax of RM310.9 million for the financial year ended 31 December 2018, an increase of 2.8% as compared to RM302.3 million for the financial year ended 31 December 2017. The earnings per share was 4.49 sen whilst the returns to shareholders' equity stood at 3.13% for the financial year ended 31 December 2018. Its market capitalisation was RM1,078.5 million based on a closing market price of RM0.63 per share as at 31 December 2018, whilst its net tangible assets per share was RM2.09.

The Group's revenue for the financial year ended 31 December 2018 increased to RM2,235.4 million from RM1,071.4 million for the financial year ended 31 December 2017, an increase of 108.6%. The main contributors to the Group's revenue were from the property development, overseas hotel operations, broking & financial services and investment holding divisions, which amounted to 96.0% of the Group's revenue. Property investment, credit & lending and other divisions contributed to the remaining of the Group's revenue.

The Group's hotel operations registered RM630.0 million revenue and RM90.5 million segment profit for the financial year ended 31 December 2018 as compared to RM667.1 million revenue and RM140.5 million segment profit in the previous financial year. The decline in profit was mainly attributable to an impairment loss on a hotel property amounted to RM29.2 million. Nevertheless, hotel operations continued to generate recurring income for the Group with revenue generated from hotel properties in Sydney, Melbourne, Phuket, Singapore, Kunshan and Canada, which accounted for 28.2% of the Group's revenue.

The Group's investment holding segment recorded RM148.7 million in external revenue and RM324.1 million in segment loss as compared to RM128.6 million in external revenue and RM144.0 million in segment profit for the preceding financial year. The segment loss in FY2018 was mainly derived from unrealized fair value losses on the Group's investments of RM348.5 million due to unprecedented correction in key global equity markets in Q4 2018.

The Group's profit for the financial year ended 31 December 2018 was bolstered by the disposal of the remaining undeveloped land of the Little Bay Project in New South Wales, Australia. The disposal was completed in January 2018 for a total cash consideration of AUD245.0 million.

As at 31 December 2018, cash and bank balances stood at RM1,193.7 million as compared to RM917.7 million as at the end of the previous financial year. The Group actively manages its treasury function to ensure all operating and investing activities needs are adequately met. As part of its foreign exchange and cash flow management activities, and continuous effort to enhance shareholders' value, the Group maintained a diversified investment portfolio on

## | Management's Discussion & Analysis

short to medium term.

Although the Group continues to generate healthy cash flow from its business operations, the Group maintains a strong financial base to source funding from external financiers to support ongoing capital expenditure and construction of property development projects that are expected to be launched in 2019.

Looking ahead, a softer global economic momentum in the second half of 2018 is expected to carry forward into 2019 with synchronised slowdown across geographies and sectors. The precarious outlook is being weighed down by persistent key downside risks to growth notably from global trade disputes, a no-deal withdrawal of the United Kingdom (UK) from the European Union (EU) and continued economic slowdown in China. Unease in financial markets has been reflected by falling stock markets and further deterioration in risk sentiment. A less rosy economic prospect in the United States (US) has prompted the Federal Reserve to abruptly end its policy tightening, prompting speculations about central banks, especially in emerging market countries including Malaysia, cutting interest rates to spur growth amid low inflation environment.

As a small open economy, the unresolved trade tensions between the US and China and a slower-than-expected global growth are expected to affect Malaysia primarily via the trade and investment channel. Note that collectively, the US, the UK and China contribute about 26% to our total trade. However, growth will be supported by resilient domestic demand, mainly from the private sector. A healthy labour market, stable inflation, continued current account surplus, strong financial sector, and sufficient level of international reserves as well as continuous commitment/policies from the government are expected to sustain growth. A looser monetary bias should augur well for Malaysian equities and property sector as it lowers the cost of doing business and the improves appetite for borrowing capital for investment and working capital.

While external factors are expected to continue in exerting downside pressure on trading volume and activities in Bursa Malaysia, we expect market sentiment to improve in the second half of this year underpinned by potential resolution to the US-China trade war and extension of the Brexit deadline. Sentiment in the local equity market could also improve with green lights from the government for the East Coast Rail Link, Penang Transport Master Plan and other big ticket items. Barring unforeseen circumstances, we expect to at least sustain the performance of our financial services business in financial year 2019.

As for the property and hospitality businesses, the Group is able to leverage on the various economies it operates in Malaysia, Canada, Australia, Singapore, Thailand and China. As such, it is able to maintain a relatively steady and robust business revenue and expects to experience slight growth in the upcoming year in spite of recent changes in the Malaysia's political landscape and the ongoing US-China trade wars. The Group is confident that through the resilience and durability of the Group's prowess in providing high quality development products, hospitality services of international standards and high quality locked-in tenants for high yielding property investment returns, it will continue to drive profitability to all of its key business sectors for the upcoming year.

### Dividend or Distribution Policy

The Company has adopted a dividend policy, which will pay the shareholders consistent yearly dividends ranging between 40% and 60% of the Group's net realised profit (excluding TA Global Berhad Group's Profit After Tax but including dividend receivable from TA Global Berhad for the same financial year) for that financial year. This will be subjected to availability of cash reserves and the Group's requirement to retain cash in the business for future expansion or investments.

TA Global Berhad is a property subsidiary of the Company that has its own dividend policy, which is to pay the shareholders consistent yearly dividends ranging between 20% and 50% of TA Global's net realised profit for that financial year, subject to solvency, availability of cash reserves and TA Global's requirement to retain cash in the business for future expansion or investments.

A final dividend of 4.1 sen per ordinary share approved at the last Annual General Meeting (AGM) in June 2018 totalling RM70.2 million was paid out in July 2018. For the current financial year, the Board proposes a final dividend of 4.1 sen per ordinary share totalling RM70.2 million, which is subject to the shareholders' approval at the forthcoming AGM.

### (C)      GROUP BUSINESS REVIEW & OUTLOOK

### 1.      STOCKBROKING - OPERATIONS REVIEW & OUTLOOK

Performance of the blue-chip benchmark FTSE Bursa Malaysia Kuala Lumpur Composite Index (FBMKLCI) in 2018 was mixed. It started the year on a good footing and rose to the year's high of 1,896.03 on 20 April, which was just 0.2 points away from all-time high recorded in July 2014, due to sustained recovery in crude oil prices, strengthening of Ringgit, inflows of foreign funds and anticipation of a pre-election rally. Nonetheless, the momentum did not last due to escalating trade tensions between the US and China, worries about slowing global economic growth, US monetary tightening bias and correction in crude oil prices that sustained

foreign selling. The FBMKLCI ended the year on a softer note, falling 5.9% or 106 points to 1,690.58. The weak market sentiment was reflected in our softer performance for the financial year under review.

For the financial year ended 31 December 2018, TA Securities Holdings Berhad (TASH) recorded a profit before tax (PBT) of RM14.9 million compared to a PBT of RM18.1 million from the financial year ended 2017. The lower PBT was mainly due to lower brokerage income. The market share of TASH in terms of trading value and volume on Bursa Malaysia were 3.51% and 4.73% in 2018 as compared to 3.49% and 5.04% in 2017.

TASH clinched 4 awards at "The Bursa Excellence Awards 2018" as follows:

1. Champion        - Best Proprietary Day Trader
2. 1st Runner-up  - Best Proprietary Day Trader
3. 1st Runner-up  - Best Institutional Equities Participating Organisation (Non-Investment Bank)
4. 2nd Runner-up  - Best Retail Equities Participating Organisation (Non-Investment Bank)

2019 will remain a challenging year as weaknesses seen in global economy are gaining traction and have been amplified by the protracted global issues like trade war and Brexit. Concerns will heighten in 2Q19 if a trade deal between the US and China is not reached and the Brexit impasse is not resolved amicably. Malaysia, being a trading nation is caught in between the trade spat among the world's two largest economies. The implications on exports are already reflected in Bank Negara's softer GDP growth forecast of between 4.3% and 4.8% versus the government's forecast of 4.9% for 2019. As this is mirrored in corporate earnings of public listed companies, the softer growth forecast vis-à-vis other developing markets is a setback in attracting foreign investors as valuation is not compelling.

Thus, amid looking for growth opportunities in 2019, prudent risk management practices will be engaged continuously to meet the challenges ahead. We will continue to monitor and review our business strategies to offer better products to cater for the needs of our clients and proprietary activities to generate higher revenue. In line with our expansion strategy to grow our branch network in Malaysia, we have identified a location in Johor Bahru to open our 10th branch. It is targeted to commence operations in the second quarter of 2019. Besides, our three Corporate Finance teams have also been actively engaging with existing and new clients by providing a comprehensive range of financial advisory services and contributing towards fee-based income.

## 2.    UNIT TRUST AND MANAGEMENT - OPERATIONS OVERVIEW & OUTLOOK

TA Investment Management Berhad (TAIM), a subsidiary of TASH was incorporated on 17 April 1995 and commenced operations on 1 July 1996. TAIM is an asset management company. TAIM funds are invested in both the local and international markets by an experienced investment team. These unit trust funds are distributed directly to customers as well as through appointed Institutional Unit Trust Advisers (IUTAs), authorised consultants and corporate unit trust advisers. TAIM manages retail fund, wholesale fund and private mandate. At the moment, we are managing investment that covers Government Linked Companies, Corporate, High-Net-worth Clients and Retail Investors. TAIM has twenty years of experience in managing unit trust funds with a total of 26 funds currently under its management, of which 9 are Shariah-compliant funds and the balance 17 are conventional funds. Its investment portfolio comprises a wide spectrum of funds ranging from low to high risk and caters to the different financial needs and objectives of investors.

2018 has turned out to be a tumultuous year for equity markets due to uncertainties from the ongoing trade war between the US and China, Brexit uncertainty, slowing global economic growth, rising US interest rates and volatile crude oil prices. The local market was hampered further by political changes, as what started as an upward trend during the first half of the year eventually turned bearish towards the second half of the year.

The weak market sentiment and redemptions by clients had negative bearing on our performance as profit before tax for 2018 dropped to RM615,303 from RM1,835,194 in the previous year. However, we managed to sustain total Assets Under Management (AUM) by actively promoting our existing funds such as TA Global Technology Fund and expanding our product offerings. We launched 3 new funds known as TA Dana Global 50, TA All China Equity Fund and TA Dana Principal Preservation Robotic Theme in 2018.

In year 2018, we were awarded by Lipper as the best performing funds in the categories as follows:

1. TA Income Fund, for Mixed Asset MYR Bal – Malaysia – Malaysia, 3 years
2. TA Income Fund, for Mixed Asset MYR Bal – Malaysia – Malaysia, 5 years
3. TA Asia Pacific Islamic Balanced, for Mixed Asset MYR Bal – Global – Malaysia Pension, 5 years.

We also won an award by the International Finance Award 2018-Malaysia, whereby TA Dana Global 50 emerged as the Most Innovative Islamic Unit Trust Fund.

## | Management's Discussion & Analysis

 

Market conditions will remain challenging in 2019. We are of the view that the prolonged trade war between the US and China will cause high volatility if there is no deal. A deal will improve market sentiment in the immediate term but can be dampened later if the US views the victory as a license to go hard on the EU trade talks next. The US Federal Reserve's stance to put interest rate hikes on hold and stop the unwinding of quantitative easing starting this September has created fear that the US economy is slowing more than expected. The perception of the US market being near the end of cycle and that the economy may fall into recession in 2020 may cause risk-off sentiment, if the US prolongs the trade spat with China and the rest of the world. Slowing global GDP growth is an added concern.

In line with its vision to be the preferred unit trust company Malaysia, TAIM is committed to providing innovative products and excellent customer-oriented services conducted with professionalism, dedication and integrity. As part of our objective and growth strategy, our aim is to grow the fund size and build sustainable/profitable income. In 2019, we are targeting to increase our AUM to more than RM2.0 billion by launching new funds, promoting existing funds, expanding our distribution channels, and pursuing multi channels and multi product lines strategy to complement our recruitment process. Beside these initiatives, TAIM will continue to improve the quality of fund management through continuous learning and training in the latest techniques and industry developments. We will also leverage on our foreign partners' expertise, knowledge and methodologies, and adopt international best practices to elevate the quality of our investment team.

### 3.    CREDIT AND LENDING - OPERATIONS REVIEW & OUTLOOK

For Year 2018, TA Capital Sdn Bhd's (TAC) operating activities included short and medium-term loan financing business, ESOS financing for staff of corporates, IPO financing, private placements and rights issues financing, and share investment financing. Short and medium-term loans have been selectively granted and secured mainly by acceptable properties with valuations done by panel valuers. TAC's profit before tax decreased marginally to RM5.3 million for the financial year under review from RM5.9 million for the financial year ended 31 December 2018 due to substantial decrease in short-term financing income of RM2.3 million.

To mitigate TAC's risk from non-performing loan accounts and impairment, TAC adheres to thorough checking of client's background using credit rating reports and other track records, performs daily monitoring of market price of pledged shares and requires clients to submit valuation reports on a bi-yearly basis from our panel valuers for pledged properties. We also conduct site visits to properties pledged as collateral to ascertain that there are no deviations from submitted details and to gauge the vibrancy of the surrounding area. We monitor the monthly repayments of clients' accounts and actively collect debts to avoid non-performing loans.

Going forward, for 2019 and beyond, our business focus is on short and medium-term loan financing to achieve the profitability objectives, in view of the higher earnings and better collateral secured by acceptable properties. We provide short and medium-term loans to corporate clients who wish to capitalise their business expansion and individual clients for expansion of their investment portfolio. Our financial packages are customised to the needs of our clients with flexible repayment terms at competitive interest rate and pricing.

To manage risk, the term loan could be collateralised by shares listed in Bursa Malaysia or by properties in prime location. ESOS and IPO Financing are secured by shares listed on Bursa Malaysia only with acceptable advance margins. Other types of financing, such as private placements, rights issue and share investments are secured by shares of Main Board listed in Bursa Malaysia and also include collateral of acceptable properties with valuations done by panel valuers.

### 4.    DERIVATIVES- OPERATIONS REVIEW

TA Futures Sdn Bhd (TAF) continues to perform in FY2018 albeit achieving a lower profit after tax due to challenging global economic environment. Our revenue and profit after tax for the year under review dropped by 31.5% and 36.6% to RM9.6 million and RM0.7 million respectively.

Revenue composition shifted from brokerage business to other income mainly due to reduction in overall brokerage businesses, specifically Give Up Execution Income. However, the interest income from various sources reclaimed some of the loss ground from revenue. Give Up Execution volume has contracted by 36% for FY2018 (1,870,185 contracts traded) as compared with FY2017 (2,925,036 contracts traded). A highly possible reason that caused the major drop in Give Up trades was the shift in clients' investment strategy to other safe haven financial products due to the uncertainties of investment climate in Malaysia and in the US

(mid-term election).

TAF remains competitive amongst the industry players and was given recognition by Bursa Malaysia Berhad for the achievement and contribution towards the growth of the Malaysian capital market suring the Bursa Excellence Awards 2018. TAF was second runner-up in the 2018 Best Institutional Derivatives Trading Participant category.

For the year ahead, we are placing our emphasis on building stronger relationship with clients via better and more timely customer service and support. We will continue to increase our productivity and efficiency via the full implementation of new trading platforms and introduction of Algorithmic Trading.

We strive to enhance and introduce new business units such as Associate Participant and Local Participants. With the introduction of Algorithmic Trading, we are identifying potential individual clients for the Bursa's incentive program known as Retail Transaction Incentive Program (RTIP), which will generate higher volume for TAF in the process.

TAF will continue to work closely with Bursa Malaysia by extending support to their programs such as introduction of new products, public awareness campaign, road shows, products incentive scheme, which will in turn further improve and grow both TAF's retail and institutional business.

We have put in place a Financial Risk Adviser system in 2018 that provides basic insights on market, credit and operational risk. TAF shall continue to further review and enhance our risk management tools, the systems and processes for compliance of risk management to ensure consistent compliance with regulatory requirements.

## 5. INVESTMENT HOLDINGS - OPERATIONS REVIEW & OUTLOOK

The Group's cash and cash equivalents have increased by 30.0% to RM1,193.7 million in FY 2018 compared to RM917.7 million in FY 2017. The cash is actively managed by the Group Treasury to meet the financial needs of operations and the available funds will be invested in securities to maximise return to shareholders while better investment opportunities arise from within the Group's core business. To achieve this, we search for potentially good investments across key global markets as disparity in valuations in these markets creates bargains and opportunities.  However, high market volatility in key global financial markets towards the end of last year has led to an increase in unrealised fair value losses on investment securities and derivatives. The RM324.1 million segment loss incurred by investment holding in FY 2018 was mainly derived  from unrealised fair value losses on investment securities of RM320.0 million and unrealised fair value losses on derivatives of RM28.5 million. This was consistent with the performance of indices in key markets we invested in. For instance, on a regional basis, North American markets led by the Dow Jones Industrial Average, Nasdaq Composite and S&P500 lost 5.6%, 3.9% and 6.2% respectively in 2018, while key European markets like the United Kingdom and Germany suffered declines of 12.5% and 18.2%. Chinese stocks were the worst hit, with the Shanghai and Shenzen Composite indices plunging 24.6% and 33.2% respectively.

These investments are conducted by the subsidiaries of TA Enterprise Berhad and TA Global Berhad. Thus, this net segment results are parked under investment holding. The Group has investment securities under current and non-current assets amounting to RM723.9 million or 11.5% of the Group's total assets.

Our investment portfolio comprises short-term and medium-term investment with diversified maturity period in order to meet the Group's operating cash flow requirements. These are investment securities under "fair value through other comprehensive income" for recurring interest income and equity-linked structured investments under "fair value through profit or loss" for yield enhancement purposes besides potential capital appreciation. The portfolio is well diversified in terms of sector, country and type of industries amongst quoted and unquoted instruments.

While market conditions are expected to remain challenging in 2019, we expect some improvements in our investments in the new financial year.  The recovery signs are already visible as the main factors contributing to the prior selloff were reversed. Ebbing geopolitical tensions, optimism over US-China trade talks, oil prices rising due to OPEC+ supply cuts and Iran/Venezuela output disruptions, and the US Federal Reverse's dovish pivot to freeze interest rate hike and balance sheet reduction plan helped fuel the recovery. In the first quarter of 2019, the US outperformed global markets with strong double-digit gains, as the Dow Jones Industrial Average, Nasdaq Composite and S&P500 surged by 11.2%, 16.5% and 13.1% respectively. The United Kingdom and Germany recovered by 8.2% and 9.2% respectively. As for the Chinese markets, they managed to fully reverse their 2018 losses, with the Shanghai and Shenzen Composite indices rallying by 23.9% and 33.7% for the period.

Nonetheless, these investments have exposure to credit risks, market risks and liquidity risks as established in note 34 of Financial Statements.  To manage these risks, we have established an effective control framework that includes regular monitoring by our Treasury team and Treasury Investment Committee, as well as periodic reporting to the Management and the Board of Directors as mentioned in the Statement on Risk Management and Internal Control.

## | Management's Discussion & Analysis

### 6.    PROPERTY DEVELOPMENT - OPERATIONS REVIEW & OUTLOOK

#### MALAYSIA

FY2018 has been challenging for the real estate industry in Malaysia. Property prices continued to decline in Q4 of 2018 as the market corrected itself amid a complex scenario of growing oversupply in certain segments and a prevailing lack of consumer affordability. The asking prices of residential properties in Malaysia registered a decrease of 3.7% in a year-on-year comparison. Generally, most months in 2018 showed a decline in asking prices across all classes of residential properties. Despite such market conditions, as at end of 2018, the Group has successfully registered a gross sale value of RM324.0 million representing 65% sales in its sale of 668 units of Ativo Suites serviced apartments in Damansara Avenue since its launch in March 2018.

In the coming years, we will focus on main development projects in Malaysia that include Ativo Suites @ Damansara Avenue, TA3&4, ALIX Residences, Nova Square, Ativo Annexe @ Damansara Avenue and Kluang, Johor.

#### Damansara Avenue, Petaling Jaya

This expansive 48-acres of mixed development super-hub caters to the needs of a sophisticated and urban community in the established township in Bandar Sri Damansara, Petaling Jaya, Malaysia. It has an estimated total GDV of RM10.0 billion and will be gradually developed over the next 10 to 15 years. Being the first Transit-Oriented Development (TOD) in Petaling Jaya, Selangor, the masterplan of Damansara Avenue will have a proposed link bridge connecting to the Sri Damansara East MRT station under the new MRT Line 2 - Sungai Buloh-Serdang-Putrajaya (SSP Line), which is currently under construction and is expected to be operational by 2022. This award-winning development is envisioned to be a brand-new community focal point that features many complementary components including serviced apartments, retail, corporate office towers, a shopping mall, a hotel, a convention hall, a sports complex and a performing arts centre.

Having completed Ativo Plaza and Azelia Residence, two award-winning projects under this masterplan, the Group has embarked on the next stage of development known as Ativo Suites. It comprises 668 units of serviced apartments spread over two dynamic towers with rooftop facilities, retail shops and a podium deck with a GDV of RM550.0 million. To date, Ativo Suites has registered a very encouraging take-up rate of 80%. It is targeted for completion in the middle of 2021.

We are currently in the advanced stage of planning for the next phase of Damansara Avenue. Known as Ativo Annexe, it is a 15-acre mixed-use development that will feature a mall, office towers, residential towers, a college, a medical centre as well as senior living apartments. It will be connected to the upcoming Sri Damansara East MRT station via a proposed pedestrian link bridge, thus adding significant value to the overall masterplan.  Expected to be progressively launched in year 2020, it has an estimated GDV of RM3.0 billion. In the Asia Pacific Property Awards 2018-2019, Ativo Suites received the Five-Star for Best Condominium in Malaysia and is the winner of the category of Best Residential Development in Malaysia. While Damansara Avenue won the category of Best Mixed-Use Development in Malaysia.

#### ALIX Residences, Kuala Lumpur, Malaysia

ALIX Residences, nestled in the vicinity of the exclusive and affluent enclaves of Mon't Kiara, Sri Hartamas and Kenny Hills, affords buyers a prestigious address in Kiara North. The high-end condominium development, sitting on a 4.55-acre freehold parcel of land, features 2 apartment blocks of  38-storey and 25-storey totaling 364 residential units. It has an estimated GDV of RM507.0 million. The low-density development offers dual-key units and the standard two, three and four-bedroom units with their sizes ranging between 1,012 square feet (sf) and 2,476 sf.

Due to growing oversupply in certain segments and a prevailing lack of consumer affordability, we have repositioned this large-sized apartment development at a competitive price point and complement the it with a variety of amenities and facilities to boost its appeal. ALIX Residences launched its private preview in April this year and has received encouraging sales enquiries and interests.

#### Kluang, Johor

Down south in the state of Johor, a gated and guarded residential township is being planned for this 95-acre land located in the heart of Kluang. This landscape-driven landed township masterplan with a total estimated GDV of RM450.0 million is poised to elevate the standards of living in Kluang with its offerings of a total of 524 landed houses. It comprises a mix of modern and stylish two and three-storey terraces, semi-detached, and bungalows, as well as clubhouse facilities and lush landscaping throughout the entire development. The relevant earthwork for this masterplan development is set to begin in the second quarter of 2019 and the launch will take place in early 2020. The first phase featuring 66 units of 22' x 75' double-storey lifestyle terraces will have an estimated GDV of RM40.0 million.



ALIX Residences,
Kuala Lumpur, Malaysia

**TA 3 & 4, Kuala Lumpur**

Situated on a 2.47-acre prime parcel adjacent to the Group's headquarters in the heart of Kuala Lumpur City Center (KLCC), TA 3&4 will boast two iconic towers of 58-storey and 66-storey respectively located above a 10-storey podium. The podium features a 548-room 5-star hotel, as well as 242 luxury private residence units in Tower 1 and 615 luxury serviced apartment units in Tower 2. With a total GDV of RM2.4 billion, this highly exclusive and luxurious project will offer a unique experience for buyers with its differentiated design and modern amenities. The piling and basement carcass works were completed in November 2017, while the main building works are expected to commence in the fourth quarter of 2019. The target completion date lies in the fourth quarter of 2023.

The1st phase of this project will focus on the 615 units of luxury serviced apartments in Tower 2 with an estimated GDV of RM 1.1 billion and is expected to be available for previews and bookings in the third quarter of 2019. With studio units starting from 517 sf up to 3-bedroom units of 1,238 sf, we expect good market response for this highly prestigious project due to its prime location and a lower price point on an absolute pricing perspective.

**Nova Square, Kuala Lumpur**

Being one of the most prominent sites located right in the heart of Kuala Lumpur's Golden Triangle and a stone's throw away from the main shopping district of Bukit Bintang, the Nova Square project is currently in its final stages of planning as a luxury serviced apartment development. Standing on 3.12 acres of prime freehold real estate, Nova Square will comprise 3 distinguished towers with approximately 1,838 units of serviced apartments and an estimated GDV of RM2.68 billion. It is targeted to be launched in 2021 and is predicted to be a hit due to its affordability – as it features small apartment units ranging from 582 sf to 1,086 sf – and its strategic location with excellent connectivity.

## | Management's Discussion & Analysis



Little Bay Residential Development,
New South Wales, Australia

### AUSTRALIA

**Little Bay Residential Development, New South Wales, Australia**

The Australian housing market sentiment ends the year 2018 on a low note. Confidence levels have dropped to below average, suggesting the possibility of market momentum easing further over the next year or so. It is slated that peak-to-trough declines in Sydney may go down by another 15% due to crackdown on credit and tighter lending restrictions, as well as weaker price expectations in the investor market. On the flipside, the outlook for rents is expected to be positive for New South Wales, suggesting yields should trend higher. On hindsight, our disposal of the remaining land at Little Bay, New South Wales in January 2018 was timely as we managed to unlock values for the aforesaid project and were spared the risks and impacts of the weakening residential market in Sydney thereafter.

Subsequent to the sale of the remaining undeveloped land of the Little Bay Project in January 2018, the Group has completed 179 units of the high-end Illume apartments valued at GDV of AUD162.0 million and handed over the keys to the proud owners of the property units in July 2018. To date, we have had a successful completion of 176 apartment units in Illume and have received a total GDV of AUD160.0 million. Currently, there are 3 units of Illume apartments with a GDV of AUD2.2 million to be sold and we are confident that we will be able to sell them over time as the development matures.

With the sale of the balance of land in Little Bay Cove development in 2018, the Group will not have any residential projects in Australia for the time being. Notably as the Australian government tightens its legislation to curb property speculation by foreign investors, the Group is nevertheless on the look-out for viable, feasible investment and ventures in the property market in Australia in the midst of market economic challenges.

### 7.    PROPERTY INVESTMENTS – OPERATIONS REVIEW & OUTLOOK

The Group's assets in Malaysia continue to yield steady recurring returns amidst market challenges.  In Vancouver, Canada, the Group's assets maintain its record of generating and performing well above expectations year on year. The Group's current assets remain solid with rental yields plateauing and that accords the opportunity to refurbish in order to upgrade with a view for better yield in the upcoming years to ensure the Group remains competitive against newer buildings in the real estate landscape. Year-on-year, the Group, through its property development, will increase its stable of property assets and this investment will benefit the Group and shareholders in the long run.

## MALAYSIA

### Menara TA One, Kuala Lumpur

This building, which houses the Group's headquarter, is a 37-storey Grade A office building located next to the iconic Petronas Twin Towers in downtown KLCC with a net lettable area of 380,000 sf and an occupancy rate of 76%. It generated an external revenue of RM12.0 million for FY2018. It is currently undergoing multiple major refurbishment and modernisation works to keep the building competitive and relevant to market expectations. The office segment in Malaysia is currently tenant-driven and competitive with landlords striving to offer appealing incentives and facilities to attract and retain tenants.

### Retail Units at Ativo Plaza, Damansara Avenue

Ativo Plaza houses 43 retail units totalling 81,000 sf and 591 car parking lots. In FY 2018, Ativo Plaza recorded a commendable occupancy rate of 97.5% and generated RM5.2 million in external revenue. The vacant 2.5% of retail spaces have also been successfully leased out in 2019, leading to a tenancy rate of 100%.

### Retail and Office Suites at Subang Business Centre and Taipan USJ 10, Petaling Jaya

Consisting of retail and office lots totalling 51,000 sf, these units generated an external revenue of RM0.6 million in FY2018. The occupancy rate of these properties is encouraging at 80% for Subang Business Centre and 100% for Taipan.

## CANADA

### FortisBC Centre, Vancouver

In 2018, FortisBC Centre remained competitive throughout the year and managed to secure a 70,000 sf tenant filling up its remaining vacancy of 11,623 sf, bringing the building to 100% occupancy. On leasing activities, FortisBC Centre will have approximately 444 sf of retail space to be negotiated in 2019. Given that Vancouver's office is expected to remain robust through 2019 as vacancy rates continue to decline and demand increases, high negotiated rates are expected for these tenancy renewals. On building operations, upgrading on interior T8 lights, lighting control systems to meet new city code and security system are in the pipeline.

Given that no new product is anticipated to hit the market until mid-2020, the focus for 2019 will be on building and strengthening existing tenant relationship for upcoming renewals in 2020/2021 while looking for ways to lower cost and improve building efficiency. 2019 revenues will once again surpass the previous year's revenues with the pre-set rate lifts.

## HOTEL OPERATIONS & HOSPITALITY – OPERATIONS REVIEW & OUTLOOK

The Group's hotel assets provided consistent revenue in FY2018. Overall, the earnings of this division are expected to improve amidst current challenges. Having well-qualified and experienced personnel from diverse disciplines and prominent hotel managers like Accor Hotels, Marriott International, Carlson Rezidor, Mövenpick Hotels & Resorts Management AG and THC Vancouver Management Corp strengthens the Group's capability to plan, mitigate and minimise business risks inherent in the industry in which it operates.

## AUSTRALIA

Australia's accommodation sector recorded growth in Average Daily Rate (ADR) and Revenue per Available Room (RevPAR) for the year to December 2018. The supply of rooms grew by 2.0% and demand grew 1.8% across the country - causing overall occupancies to fall by -0.2%. Sydney and Melbourne continued to be the top markets in terms of RevPAR.

Capital city accommodation has seen high occupancies for the year ended December 2018. Sydney, Melbourne, Cairns and Hobart reported strong results of over 80% (STR, December 2018). This demand has significantly improved the hotel sector's RevPAR in recent years and is expected to continue to rise. The outlook for Australia's accommodation sector is strong, reflecting both the increased demand for rooms off the back of the growth in the domestic and international visitor markets, and the historically lower levels of new supply. The market expects room nights sold to grow over the next three years at 2.7% per annum, ADR and RevPAR to increase at an average of 2.5% and 3.1% respectively over the same period, and national occupancy rates to climb to 70.8% by 2019.

## | MANAGEMENT'S DISCUSSION & ANALYSIS

### Radisson Blu Plaza, Sydney

Radisson Blu Plaza performed relatively well in 2018, in which the hotel maintained a positive growth in gross operating profit (GOP) by AUD240,000 (+1.5%) year-on-year despite the drastic shortfall in rooms revenue by AUD337,000 (-1%) year-on-year. The increased supply in hotel rooms and new openings saw challenges in the ability to grow the ADR and occupancy in 2018. The hotel implemented an occupancy strategy to maintain its market share at the cost of rate and thus achieving an occupancy rate of 89% (+0.4%), ADR AUD277 (-1.5%) and RevPAR AUD246 (-1.2%) as compared to the previous year. With a well-managed cost utilisation, the hotel has also successfully achieved an increase in EBITDA by AUD359,000 (+2.6%) in year 2018 as compared to year 2017. Awards gathered for 2018 are Hotels.com's Loved by Guests Award, Agoda Best Customer Reviews Award, Star Ratings Australia Gold List Award and TripAdvisor Certificate of Excellence.

Going forward, demand is anticipated to increase in the short term. However, we foresee our hotel rates to be maintained as present while new supply is being absorbed. Sydney's Radisson Plaza Blu will continue to generate good returns for the Group in this coming year.

### The Westin Melbourne, Melbourne

The Westin Melbourne performed extremely well with an increase of 5.5% in total revenue and 8.5% increase in EBITDA as compared to year 2017. The Hotel operation has been badly affected by the Melbourne Metro Rail (MMR) project, which commenced in April 2017. From the performance perspective, the occupancy rate has reduced by 12,324 room nights from the preceding year due to the direct impact of the Out of Order rooms from MMR. Compared to the previous year, occupancy ended at 75.2% (-12.9%), ADR AUD305 (+0.7%) and RevPAR AUD230 (-14%), which resulted in a respectable +4.9% on the GOP in 2018. Without MMR's impact, the hotel could have achieved growth whilst maintaining the No.1 ranking among its competitor set in terms of RevPAR. With the acoustic shed in place for year 2019, we expect business to operations to resume as usual from Q4 2019 onwards.

With new hotel openings and anticipation of new supply entering the Melbourne market, growing the rates and maintaining market share will remain a challenge. Efficient cost management and creative value packaging for promotions is key to maximise earnings. Although Westin Melbourne will continue to experience less-than-expected traffic numbers due to the continual works at the Metro Tunnel, the hotel expects its revenue to be sustainable.

### SINGAPORE

### Swissôtel Merchant Court, Singapore

In 2018, Singapore's tourism receipts (TR) rose 1.0% to SGD27.1 billion, mainly due to growth in visitor arrivals (VA) across most of the top 15 markets and higher visitor spending from the top five TR markets. Record arrivals from 7 markets helped boost the overall VA by 6.2% to 18.5 million. Singapore's hotel RevPAR edged up 2.4% year on year to SGD189 in 2018 as the supply of new hotels slowed down even against surging visitor arrivals. Occupancy levels across all hotel segments hit 86.1% in 2018, which represented a 120-basis point increase as compared to 2017. Likewise, market ADR advanced 0.9% year on year to SGD219, which was attributed to the substantially lower supply in 2018 that provided room for hoteliers to increase their rates.

In 2018, Swissôtel Merchant Court's room demand remained relatively strong at an occupancy rate of 90% (+6.0%). Meanwhile, ADR and RevPAR finished at SGD259 (-1.2%) and SGD230 (+4.5%) respectively. These factors contributed to an increase in earnings before interest, taxes, depreciation and amortisation (EBITDA) of +6.3% as compared to the previous year. Growth was driven largely by the increase in visitor arrivals to Singapore. The hotel has also successfully achieved an increase in total revenue and GOP by SGD2.8 million and SGD1.5 million respectively in year 2018 as compared to year 2017. Swissôtel Merchant Court continues to uphold its award-winning records, having won multiple awards in year 2018. They included the ASEAN Green Hotel Award by Singapore Tourism Board, Best of Singapore - Best Restaurants by Singapore Tatler, Green Mark Platinum by Building & Construction Authority, Singapore Top Restaurants by Wine & Dine, and Environmental Achievement Award (Services) by Singapore Environment Council.

The overall outlook for Singapore hotel industry looks positive with a stronger visitor arrival growth of 2.4% over hotel room supply growth of 0.4% in 2019. In 2019, an estimated 2,000 rooms are expected to enter the market. After that, new supply is expected to taper off, contributing to easing of supply pressure and consolidation in the industry before strengthening in light of the healthy tourist arrival numbers. Barring any unforeseen circumstances, Swissôtel Merchant Court is expected to perform better in the new financial year.

## THAILAND

### Mövenpick Resort & Spa Karon Beach, Phuket

Phuket achieved a record high with the arrival of 4.8 million passenger in the first half of 2018, but tourism hit the bottom after the Phuket boat incident in July 2018. Following the boat accident, market-wide occupancy declined by 4% and Mainland China was the most impacted source market as it contracted  by -3% in the 2nd half of 2018 versus a strong growth rate of 45% in the first half of 2018. In contrast, India with a 56% year-on-year increase, was the highest amongst international source markets in 2018. Tourist arrivals are only expected to recover gradually from late-2018 onwards.

Overall 2018 was a reasonably challenging year for Mövenpick Resort & Spa. Although GOP contracted by 4.6% as compared to 2017, cost management was effective and resulted in a slightly better GOP margin for 2018. Compared to previous year, occupancy ended at 75% (-6.2%), ADR THB4,478 (+4.8%), RevPar THB3,358 (-3.1%) for the room division. Phuket was deeply impacted with significant decline in demand drivers from its key source markets, mainly China and Russia, due to the Phuket boat accident and the economic crisis in Russia. However, we managed to mitigate this by changing our strategy and focus to online and packages than relying mainly on traditional travel agent business. Moving forward, the resort will direct the focus of its sales and marketing strategies towards new developing markets such as India and revisiting other geographical markets. The awards won by Mövenpick Resort and Spa during the year were the TripAdvisor Certificate of Excellence, Green Globe Gold Certification, Agoda Gold Circle Excellence Award, Booking.com Business Review Award, and Expedia Best Package Sale Top 5 Award.

The outlook remains challenging due to a lower demand and expected additional supply that are coming on stream. We are preparing ourselves to capture more market share within the competitor set in both occupancy and rates with our property improvement plan for 2019/2020.

## CHINA

### Swissôtel Kunshan, China

Swissôtel Kunshan's overall performance was positive with occupancy achieving 62.3% (+10.3%), ADR RMB394 (-8.2%) and RevPar RMB245 (+9.9%). These factors have resulted in an increase in room revenue of 10% as compared to previous year. F&B division also saw 8.2% year on year revenue growth, contributed mainly by Banquet, Crystal Bar and Café Swiss. These metrics translated into healthy bottom line with a 43% year-on-year increase in EBITDA. Awards won for 2018 are the Most Popular Hotel by Gusu, Top 10 Best Hotel in Kunshan by Kunshan Tourism Bureau, Most Recommended Hotel by MAP Magazine, The Best Business Hotel by Fashion Travel, Excellent Dining Venue and Outstanding Chef Award by Global Gourmet, Certificate of Excellence by Tripadvisor, and Best Hotel for Self-Driving Tour by Lvmama.

In 2019, the hotel will continue to focus on corporate and online leisure businesses. With the newly refurbished guest rooms and F&B outlets as well as a new Italian chef on board, the hotel management is confident of winning more market share.

## CANADA

### Trump International Hotel & Tower, Vancouver

In 2018, Trump International Hotel & Tower Vancouver has received its first Forbes Five-Star designation and earned a place on Forbes Travel Guide's inaugural Verified List for the World's Most Luxurious Hotels. Trump International Hotel & Tower Vancouver was the first and only hotel in Canada to receive Forbes Five-Star recognition within the first year of operation. Compared to previous year, occupancy ended at 73.6% (+5.1%), ADR CAD362 (+1.7%), RevPar CAD266 (+9.0%), which resulted in an increase of +28.7% in EBITDA for 2018. Total revenues also increased by +13.5% year on year to CAD27.3 million and GOP increased by +13.5% year-on-year to CAD2.0 million. This modest improvement in the earnings in its 2nd year of operations is reasonable.

Going into 2019, the hotel will continue to explore all opportunities to drive more revenue, deliver unparalleled guest experiences with phenomenal team and drive profitability. Market outlook for Vancouver looks strong and steady with little or no notable new hotel rooms in the pipeline. It is anticipated for ADR to see some growth as the hotel enters into its 3rd full year of operations.

### AAVA Whistler Hotel

AAVA Whistler Hotel's revenue increased by a marginal 0.2% to CAD11.1 million in 2018, the best recorded revenue in the building's history, even though there was a business disruption for 2 months due to hotel refurbishment. As compared to previous year, occupancy ended at 72.3% (-6.3%), ADR CAD205 (+10.9%) and RevPar CAD149 (+2%), which has resulted in a 2.8% increase in EBITDA. Looking forward to 2019, we expect to see improvement in our business yardsticks as we capture more market share in Whistler, following the completion of our refurbishment in 2018.

## | SUSTAINABILITY STATEMENT

In line with the amendments to the Main Market Listing Requirements on sustainability reporting issued by Bursa Malaysia in October 2015, TA Enterprise Berhad ("TAE" or "the Company") and its subsidiaries' (collectively referred to as the Group) is proud to present its inaugural Sustainability Statement. The Company's public listed subsidiary, TA Global Berhad (TAG) produces its own Sustainability Statement which is available online at TAG's corporate website **www.taglobal.com.my.**

This Sustainability Statement provides an overview of sustainability practices of the Group's operations at its headquarters in Kuala Lumpur and throughout Malaysia for the financial year ended 31 December 2018 ("FY2018").

### STAKEHOLDERS ENGAGEMENT

Throughout the year, we actively engage with different stakeholders through various channels as indicated below. The input and feedback garnered helps the Group formulate improvement plans, innovate its products and services, as well as anticipate future market demands.

| OUR STAKEHOLDERS | OUR CHANNELS OF COMMUNICATION |
|---|---|
| Employees | Training & development programs for the staff<br>Bulletin & updates such as TA Gazette<br>Policies & procedures<br>Inter-departmental meetings<br>Annual performance evaluation<br>Employees events |
| Shareholders | Corporate website<br>Financial reports<br>Annual General Meeting<br>Phone calls and/or emails<br>Announcements released to Bursa Malaysia |
| Regulators | Corporate website<br>Policies & procedures<br>Meetings, briefings, seminars and/or conferences |
| Customers | Corporate website<br>Customer service helpline and/or email<br>Facebook<br>Media<br>Road shows, career fair, investment talks<br>Surveys |

### ECONOMIC SUSTAINABILITY

Throughout 2018, various efforts were made to drive growth and sustainability of the business. Below are several key highlights detailing the activities.

1. Innovating the stockbroking & financial landscape

Continuous innovations to remain relevant are critical to the longer term sustainability of the business. Since 2008, our TA Securities Holdings Berhad (TASH) has offered a wide variety of online trading platforms to investors with the latest technology to align with the market demand and improve customer trading experience and satisfactions. TA Online provides to our clients the ability to access real-time stock prices, execute trades, track their investment portfolio, and access business news from the convenience of their personal computers and mobile smart devices from anywhere.

The Company's derivatives division, TA Futures Sdn Bhd (TAF) was granted by the United States (US) Commodity Futures Trading Commission the Part 30.10 Exemption in 2010 which allowed US citizens and corporations to trade all derivatives products (except securities-based products) listed on Bursa Malaysia Derivatives Berhad (BMD) Exchange. With this approval, US clients

can now trade BMD products such as FCPO, FPOL, OCPO, FKLI, OKLI and FGLD contracts with TAF either through Direct Market Access (DMA) to CME Globex or via TAF's online trading portal (internet and mobile phone).

2. Customers

We recognise that in order to grow sustainably, we need to ensure our customers are satisfied, not only with our products but also services. We place high priority on customer engagement with various customer feedback channels and works toward providing flexible and innovative solutions to meet their financial and investment goals.

Early this year, the Group introduced a 'Customer Loyalty Reward Program' to all the existing and new individual retail account holders of TASH. This loyalty program is a collaboration between TASH with TA Group of companies (including its subsidiaries and/or related companies). This loyalty program utilizes the mechanism of accumulation of points from the brokerage generated, to be converted into cash vouchers which can be used at the Group's selected hotels.

3. Cultivating financial literacy

Seminars, talks, roadshows and workshops organized by the Group and some in collaboration with regulators were held at major cities throughout the year. Some of them included:

a) In collaboration with their Institutional Unit Trust Agents, TAIM also held numerous roadshows on investment talks throughout Malaysia.
b) Our TAF has planned several roadshows on derivatives for East Malaysia locations in 2019, the first was held at Kota Kinabalu on 23 March 2019.
c) Singapore & Malaysia Equity Market Outlook organised by TASH and held in Johor Bahru on 21 April 2018.

The Group's Research team also provides timely and comprehensive updates on Malaysian equity market by covering a wide range of stocks listed on the Bursa Malaysia and providing sectoral updates. The coverage ranges from blue chip corporations to smaller companies listed on the ACE market. Our Research team has been appointed as a participating company to conduct research reports on allocated public listed companies (PLCs) under the CMDF-Bursa Malaysia Research Scheme (CBRS). With a competent team of investment analysts, technical chartist and economist, we are able to add value to our customers by providing invaluable updates on global economies and markets while providing in-depth reports on outlook and issues affecting the Malaysian economy and its equity market.

Our unit trust and fund management division, TA Investment Management Berhad has always been actively recruiting agents to join its Agency division, thus creating employment opportunities in the market.

4. Vigilant risk management & data protection

Risk management is crucial in sustaining the Group's continued growth. We are committed in taking the necessary measures to manage risks that could potentially affect our long-term business viability.

As the world becomes more digitized, the Group recognizes there is an increasing threat of important data being accessed via unauthorized means. We will continuously strive to ensure the confidentiality, integrity and security of our customers' and stakeholders' information and documents. We have implemented end point security protection on each workstation to prevent any uninvited threat and constantly send out alerts to staff on security threats. Our Group's Information Technology Department has been actively conducting testing / assessment exercises such as Cyber Security Assessment – Penetration Testing and also provided IT Awareness Training to all our employees.

5. Commitment to Anti-Corruption

We are committed to maintain a high standard of integrity throughout the workplace and have put in place policies such as the Whistleblowing Policy and Gifts & Benefits Policy to address and manage malpractices and corruption within the Group.

In FY2018, we had zero issues relating to corruption, staff dismissal, fines, disciplinary action and no grievances registered on matters relating to corruption.

6. Regulatory Compliance

We remain vigilant of changes and updates made from time to time by all relevant regulations relating to our operations and business. The respective departments and divisions within the Group will monitor compliance to regulations and if required, will adjust its operations accordingly to incorporate any changes in regulations that may arise from time to time. Relevant training programmes are also conducted periodically for the employees to keep them abreast of new regulations, guidelines and applicable laws.

# | Sustainability Statement

### ENVIRONMENTAL SUSTAINABILITY

Throughout the years, the Group has been consistently promoting environmental awareness amongst our employees, customers and other stakeholders. Although the financial services does not have a significant direct impact on the environment, we believe in playing our part in minimizing as far as possible our environment footprint by adoption of a responsible approach in terms of resource use.

The Company encourages all its employees to conserve electricity and we also promote eco-friendly practices in the workplace such as installed energy saving light bulbs in our headquarters and adopted the "E-Board Papers & E-Info Meeting Concepts".

### SOCIAL SUSTAINABILITY

The Group is committed in building talent for the Group and for the nation. We provide a conducive workplace for our employees and we offer pragmatic support for the communities that we live and work with. Beyond building a business, we believe in building relationships and strengthening bonds with stakeholders.

#### Our Workplace

We are committed to the well-being of our people by providing a conducive environment that is free from discrimination or harassment.

1) Fostering a conducive work environment

Our Whistleblowing Policy strives to foster and maintain an environment where whistleblowers (employees or the public) who have concerns about any suspected misconduct including fraud, bribery, theft, abuse of power, corrupt practice, violation of laws and regulations or any wrongdoing which could adversely affect TA's image, reputation or business operations, can come forward and disclose these concerns in good faith without fear of punishment or unfair treatment.

The identity of the whistleblower will be kept confidential, unless so required under the provisions of the law. All information disclosed during the course of the investigation will remain confidential. Information will only be disclosed on a need-to-know basis and with permission from the Audit Committee, as necessary to take any remedial action. Anonymous disclosure will be accepted and investigated.

The Group also has established a policy and procedures of Sexual Harassment which applies to sexual harassment issue within TA Group of companies including all employees within the headquarters, our overseas subsidiaries and our branches. Employees who believe they have been harassed can come forward and report the incidents to the Group's Human Resource Department or to the Executive Chairman or to the Managing Director & Chief Executive Officer. Every reported incident of harassment will be investigated and appropriate actions will be taken following such investigations.

2) Employees development programs

The environment at TA Group's workplace ensures that a strong sense of job satisfaction amongst its employees and provide great opportunities for employees to achieve their full potential. We practise open and honest two-way communication between superiors and employees. Our performance review exercise takes place annually wherein employees will have the chance to have face-to-face discussion on their assessment with their superiors to discuss on the employees' performance ratings.

Employees also receive training and participate in development program either in-house and/or external training programs to help them hone their skills and knowledge. Succession planning is also in place to identify and groom future leaders.

3) Fair compensation

Employees are provided with adequate and comprehensive medical and dental coverage as well as Group Hospital & Surgical Insurance and Group Term Life + Critical Illness Insurance. No gender-specific criteria are taken into account when assessing remuneration and work activities. Apart from a set of standard benefits including base salary, bonus, medical coverage, insurance benefits and contribution to the employees' provident fund scheme, we also provide a range of financial assistance for eligible employees.

This demonstrates our contribution towards our employees' financial well-being and our commitment to attract and retain the best talents.

**4) Employee health & well-being**

TA has always emphasized and is committed to promoting the well-being of our staff in the workplace. TA staff enjoys a free gym membership to our TA's gymnasium located at our headquarters on the 11th floor of Menara TA One, Kuala Lumpur. The fully equipped gymnasium was set up in 2005 for the benefit of the staff.

**5) Corporate wellness programme**

A strategy to enhance the wellbeing of the employees, as well as to drive productivity and engagement, TA Group introduces the Corporate Wellness Programme with specific focus on healthy eating. Under the programme, the company subscribes to a weekly delivery service of ready-to-eat vegetables which are then distributed among the employees on a rotational basis to get them started on the practice of a balanced diet. The leafy greens also double as natural decorations for the office to liven up the working environment.

**6) Diversity is key**

The Group is a melting pot of 702 employees from diverse backgrounds, age groups, races and cultures. The Group has a healthy gender diverse workforce with 50% female and 50% male.

To foster greater appreciation of cultural diversity and to strengthen camaraderie amongst our employees, we celebrate all the major festivities such as Chinese New Year, Hari Raya, Christmas and Deepavali annually with activities and events for staff.

## Health, Safety & Security

TA recognises the importance of safeguarding the health, safety and security of the employees, tenants and customers within their premises. Various standard operating procedures and health and safety policies are embedded in the daily operations and are strictly adhered to by all employees.

TA complies with the regulations set out by the Department of Occupational Safety and Health and Fire and Rescue Department Malaysia for its premises. In addition, proper hygiene and pest control maintenance are also carried out to ensure hygiene standards are maintained at all times.

# | SUSTAINABILITY STATEMENT

### Our Corporate Social Responsibility

TA recognises the importance of being a responsible corporate citizen. In giving back to the communities in which it operates, the Group actively collaborates with reputable and community-changing organisations to help the less fortunate, as well as promote environmental conservation and local arts and culture heritage.



## TA MOBILE CLINIC
### Medical Assistance for the Less Fortunate

In collaboration with Gethsemane Medical Care, TA Group has initiated the TA Mobile Clinic to address issues regarding affordability and accessibility of quality healthcare and to generate awareness about preventive healthcare measures among the marginalised communities. The clinic comprises a team of qualified doctors and volunteers who travel to different indigenous villages and other remote areas where medical facilities are scarce to provide free medical care to all regardless of race, creed and colour, including many foreign workers and refugees in the country. In 2018, the programme has benefited 1,905 individuals.



## NASAM Charity Drive
### by Aava Malacca Hotel

This Hotel is amongst one of TA Group's Corporate Social Responsibility initiatives, wherein the net annual earnings of the Hotel will be channeled to charity. With the support of Persatuan Peranakan Baba Nyonya Kuala Lumpur & Selangor, TA organized "The NASAM Charity Drive" to help the National Stroke Association Malaysia (NASAM) rehabilitation center in Melaka, whereby all net earnings raised through the sales of various hotel accommodation packages at Aava Malacca Hotel will be donated to NASAM.



## CHARITABLE DONATIONS

During the year, TA Group has also participated and/or sponsored other fund raising and/or charitable events, these include, among others:-

a. Monetary donations to less fortunate homes such as Desa Amal Jireh, Shepherd Centre Foundation, Yayasan Latihan Insan Istimewa Ipoh Perak, Montfort Boys Town, Tong Sim Senior Citizens Care Centre, Dignity Children Foundation, Persatuan Squash Wilayah Persekutuan Kuala Lumpur, Olympic Council of Malaysia Junior Squash Championship and Asian Outreach (M) Berhad.

b. Donation in kind to orphanage homes including Padmasambhava Children Loving Association, House of Love, Good Samaritan Home, Stepping Stones Living Centre and Pertubuhan Kebajikan Kanak-kanak Selangor.



## REFURBISHMENT OF BANDAR SRI DAMANSARA MBPJ COMMUNITY CENTRE

TA refurbished the Bandar Sri Damansara MBPJ Community Centre located at the centre of its urban development, the Damansara Avenue masterplan. The RM800,000 project which comprises facade makeover, as well as upgrade of internal flooring and wall finishes strongly echoed the company's commitment to give back to the community in which it operates. Additionally, road resurfacing and landscaping works were carried out to further enhance the overall aesthetics.

### LOOKING AHEAD

TA Group is committed to incorporating a sustainable framework within its businesses with the aim of creating more economic value and profitability for its stakeholders. TA Group will continue to increase operation efficiency through the sustainability initiatives which have been put in place and will strive to implement further sustainable measures to ensure the success of the Group moving forward.

# | 5 -Year Group Financial Summary

| FINANCIAL YEAR / PERIOD ENDED | 31.12.2018 (RM '000) | 31.12.2017 [3] (RM '000) | 31.12.2016 [2] (RM '000) | 31.12.2015 [1] (RM '000) | 31.1.2015 [1] (RM '000) |
|---|---|---|---|---|---|
| **OPERATING RESULTS** | | | | | |
| Revenue | 2,235,426 | 1,071,399 | 842,996 | 755,953 | 997,963 |
| Profit before tax | 310,920 | 302,281 | 247,908 | 66,985 | 235,367 |
| Profit after tax | 141,130 | 271,766 | 251,714 | 18,771 | 173,717 |
| Profit attributable to owners of the Company | 76,872 | 214,884 | 158,179 | 2,286 | 113,379 |
| **KEY FINANCIAL POSITION DATA** | | | | | |
| Total assets | 6,322,287 | 7,594,917 | 7,538,667 | 6,718,275 | 6,087,057 |
| Cash and cash equivalents * | 519,707 | 224,964 | 307,761 | 323,430 | 252,184 |
| Total liabilities | 2,635,565 | 3,899,955 | 3,950,731 | 3,394,614 | 2,987,946 |
| Total borrowings ** | 1,929,829 | 3,065,479 | 3,175,299 | 2,765,309 | 2,244,682 |
| Paid up share capital | 1,711,910 | 1,711,910 | 1,711,910 | 1,711,910 | 1,711,910 |
| Equity attributable to owners of the Company | 2,456,643 | 2,483,137 | 2,385,835 | 2,216,272 | 2,084,724 |
| **SHARE INFORMATION** | | | | | |
| Per share (sen) | | | | | |
| - Earnings (Basic) | 4.49 | 12.55 | 9.24 | 0.13 | 6.62 |
| - Earnings (Fully diluted) | 4.49 | 12.55 | 9.24 | 0.13 | 6.62 |
| - Net tangible assets ^^ | 209.19 | 205.62 | 199.90 | 187.08 | 176.03 |
| - Gross dividends | 4.10 | 4.10 | 1.70 | 0.40 | 1.80 |
| Share price as at 31 December/ 31 January (RM) | 0.630 | 0.605 | 0.450 | 0.600 | 0.750 |
| Market capitalisation (RM'000) | 1,078,503 | 1,035,706 | 770,360 | 1,027,146 | 1,283,933 |
| **FINANCIAL RATIOS** | | | | | |
| Return on total assets (%) | 1.22% | 2.83% | 2.10% | 0.03% | 1.86% |
| Return on shareholders' equity (%) | 3.13% | 8.65% | 6.63% | 0.10% | 5.44% |
| Gearing ratio (times) | 0.79 | 1.23 | 1.33 | 1.25 | 1.08 |
| Price to earnings ratio (times) | 14.03 | 4.82 | 4.87 | 449.32 | 11.32 |

**Notes:**

\* Comprise cash and short term deposits but excluding remisiers' monies, bank overdrafts, deposits pledged for bank facilities and restricted cash.

\*\* Comprise term loans, bridging loans, revolving credits and bank overdrafts denominated in RM and foreign currencies.

^^Net tangible assets = total assets - total liabilities - intangible assets - deferred tax assets + deferred tax liabilities.

[1] The comparatives have not been restated for the first-time adoption of the MFRS Framework and adoption of MFRS 15 - Revenue from Contracts with Customers.

[2] Restated following the first-time adoption of the MFRS Framework, early adoption of MFRS 15 and reclassifications to conform with current year presentation.

[3] Restated following reclassifications to conform with current year presentation.

## REVENUE AND PROFIT AFTER TAX



## EQUITY ATTRIBUTABLE TO OWNERS OF THE COMPANY, TOTAL ASSETS AND TOTAL LIABILITIES



## PROFIT AFTER TAX (ATTRIBUTABLE TO OWNERS OF THE COMPANY) AND YEAR-END SHARE PRICE



## | SEGMENTAL ANALYSIS

### SEGMENT ASSETS (RM'000)
### 31.12.2018



784,600 , 12.81%
162,968 , 2.66%
386,591 , 6.31%
4 , 0.00%
1,379,939 , 22.54%
1,834,813 , 29.96%
675,191 , 11.03%
893,921 , 14.60%
5,480 , 0.09%



■ Malaysia    ■ Canada    ▪ China
■ Hong Kong   ■ British Virgin   ▪ Thailand
              Islands
■ Australia   ■ Singapore   ▪ Others

### SEGMENT ASSETS (RM'000)
### 31.12.2017

1,738,933 , 23.58%    692,546 , 9.39%    198,530 , 2.69%    405,372 , 5.50%
2 , 0.00%



748,688 , 10.15%
1,603,296 , 21.74%
19,248 , 0.26%
1,966,877 , 26.67%



■ Malaysia    ■ Canada    ▪ China
■ Hong Kong   ■ British Virgin   ▮ Thailand
              Islands
■ Australia   ■ Singapore   ▮ Others

### SEGMENT ASSETS (RM'000)
### 31.12.2016

813,684 , 11.33%    207,126 , 2.88%    414,748 , 5.78%
3,411 , 0.05%
1,942,825 , 27.06%



521,955 , 7.27%
1,469,843 , 20.47%
12,075 , 0.17%
1,794,013 , 24.99%

■ Malaysia    ■ Australia   ■ British Virgin   ▪ China   ▮ Others
                            Islands
■ Hong Kong   ■ Canada   ■ Singapore   ▮ Thailand

### REVENUE (RM'000)
### Financial year ended 31.12.2018



1,393,149 , 62.32%
597 , 0.03%
181,636 , 8.13%
224,301 , 10.03%
76,320 , 3.41%
171,225 , 7.66%
40,820 , 1.83%    147,378 , 6.59%

■ Malaysia    ■ Australia   ■ Singapore   ▪ China
■ Others      ■ Canada      ▪ BVI         ▪ Thailand

### REVENUE (RM'000)
### Financial year ended 31.12.2017

39,403 , 3.68%    81,689 , 7.62%    217,485 , 20.30%
127,330 , 11.88%    1,490 , 0.14%



169,500 , 15.82%
250,618 , 23.39%
183,884 , 17.16%



■ Malaysia    ■ Australia   ■ Singapore   ▪ China
■ Others      ■ Canada      ▪ BVI         ▪ Thailand

### REVENUE (RM'000)
### Financial year ended 31.12.2016

41,704 , 4.95%    73,757 , 8.75%    146,741 , 17.41%
77,049 , 9.14%    1,469 , 0.17%



107,838 , 12.79%
298,535 , 35.41%
95,903 , 11.38%

■ Malaysia    ■ Australia   ■ Singapore   ▪ China
■ Others      ■ Canada      ▪ BVI         ▪ Thailand

