# EXHIBIT 2

| Investor Name | Pos - TA-KU 31-Mar-2020 | Pos - TA-KU 31-Dec-2019 |
|---|---|---|
| Tiah (Thee Kian) | 717,643,500 | 717,492,100 |
| Globalbase Enterprise Ltd | 74,189,800 | 74,189,800 |
| Delroy Investment Holdings Limited | 72,032,800 | 72,032,800 |
| Monterrey Investment Management Limited | 70,779,500 | 70,779,500 |
| Goldcape International Limited | 53,700,800 | 53,700,800 |
| Dimensional Fund Advisors, L.P. | 39,996,900 | 39,996,900 |
| BNP Paribas Wealth Management (Singapore Branch) | 15,421,200 | 15,421,200 |
| LSV Asset Management | 13,991,600 | 13,991,600 |
| Mah (Siew Seong) | 9,123,900 | 9,123,900 |
| DBS Bank Ltd. | 6,616,000 | 6,616,000 |
| Chesi Assets Limited | 6,159,000 | 6,159,000 |
| Song (Kim Lee) | 6,024,000 | 6,024,000 |
| Tan (Kuay Fong) | 5,296,000 | 5,296,000 |
| Tiong Nam Logistics Holdings Bhd | 5,082,400 | 5,082,400 |
| State Street Global Advisors (US) | 4,386,500 | 4,386,500 |
| Tee (Yeow) | 4,195,400 | 4,195,400 |
| Kong (Chou Keh) | 4,000,000 | 4,000,000 |
| Bank of Singapore Limited | 3,914,500 | 3,914,500 |
| HSBC Group | 3,891,500 | 3,891,500 |
| Chin (Kian Fong) | 3,832,100 | 3,832,100 |
| Tan (Geok Lian) | 2,891,500 | 2,891,500 |
| Loh (Kuan Fong) | 2,845,200 | 2,845,200 |
| Tan (Guat Sim) | 2,790,700 | 2,790,700 |
| Dimensional Fund Advisors, Ltd. | 1,554,500 | 1,924,800 |
| Florida State Board of Administration | 547,500 | 547,500 |
| Bessemer Trust Company, N.A. (US) | 269,700 | 269,700 |
| Mackenzie Financial Corporation | 108,961 | 108,961 |
| Mohamed Bin Abid | 100,000 | 100,000 |
| Dimensional Fund Advisors Canada ULC | 88,900 | 88,900 |
| Avantis Investors | 49,400 | 49,400 |
| Koh (Swee Kiat Christopher) | 16,000 | 16,000 |
| American Century Investment Management, Inc. | 7,300 | 7,300 |
| Insiderfonder AB | 1,728,500 | 1,728,500 |

Source: Thomson Financial