# EXHIBIT 3

A N N U A L   R E P O R T

# 2018



TA GLOBAL BERHAD

A MEMBER OF THE TA GROUP

(828855-P)



**Malaysia**

## Menara TA One

22 Jalan P. Ramlee
50250 Kuala Lumpur
Malaysia
Tel : 603 - 2072 1277
Fax : 603 - 2031 6608

**www.taglobal.com.my**

**Malaysia**

## Ativo Plaza

No. 1 Jalan PJU 9/1, Damansara Avenue
Bandar Sri Damansara, PJU 9
52200 Kuala Lumpur
Malaysia
Tel : 603 - 6261 6920
Fax : 603 - 6262 0376

**Malaysia**

## Aava Malacca Hotel

12 Jalan Kampung Hulu
75200 Melaka
Malaysia
Tel : 606 - 288 3977
Fax : 606 - 288 3979

**www.aavamalaccahotel.com**

# Corporate

**Singapore**

## Swissotel Merchant Court

20 Merchant Road
Singapore
058281
Tel : 65 - 6337 2288
Fax : 65 - 6336 9993

**www.swissotel.com/singapore-merchantcourt**

**Thailand**

## Movenpick Resort & Spa Karon Beach

509 Patak Road
Karon Beach
Phuket 83100, Thailand
Tel : 66 - 76 683 350
Fax : 66 - 76 396 122

**www.movenpick.com/en/asia/thailand/
phuket/resort-phuket-karon-beach**

**China**

## Swissotel Kunshan

387 Qianjin Zhong Road
Kunshan
215300 China
Tel : 86 - 512 5788 5788
Fax : 86 - 512 5788 5725

**www.swissotel.com/kunshan**

Canada

## FortisBC Centre

Suite 300 - 1111 West Georgia Street
Vancouver B.C.
V6E 4M3, Canada
Tel : 604 - 683 1628
Fax : 604 - 683 1268

**www.ta-management.com**

Canada

## Aava Whistler Hotel

4005 Whistler Way, Whistler
BC V0N 1B4, Canada

Toll Free (US/Canada) : 1800 663 5644
Tel : 604 - 932 2522
Fax : 604 - 932 6711

**www.aavawhistlerhotel.com**

Canada

## Trump International Hotel & Tower® Vancouver

1161 West Georgia Street
Vancouver, British Columbia V6E 0C6
Tel :  604  - 979 8888

**www.trumphotels.com/vancouver**

# Directory

Australia

## The Westin Melbourne

205, Collins Street, Melbourne
Victoria 3000, Australia

Tel : 613 - 9635 2222
Fax : 613 - 9635 2122

**www.marriott.com/hotels/travel/**
**melwi-the-westin-melbourne**

Australia

## Radisson BLU Plaza Hotel Sydney

27 O'Connell Street,
Sydney, NSW 2000
Australia
Tel : 612 - 8214 0000
Fax : 612 - 8214 1000

**www.radissonblu.com/plazahotel-sydney**

Australia

## Little Bay Cove

1408 Anzac Parade, Little Bay
New South Wales
2036 Australia
Tel : 612 - 8214 0201
Fax : 612 - 8214 0202



# OUR
# CORE VALUES



### Governed by
## Integrity

We place the utmost importance in the integrity of every individual that we employ or deal with. At TA Group we strive to practise integrity in all our actions, decisions, practices, policies and procedures. This relates to both internally within the organisation as well as externally to all parties that we deal and associate with.

### Focused on
## People

We believe in focusing and investing in our people to have a strong, cohesive, loyal and competent workforce and together we will propel the organization forward and build the name of our company as a great employer and continue to attract the best talent in the market.

### Encouraging
## Innovation

It is our culture to constantly encourage a progressive work environment where new ideas, inputs, opinions and suggestions are highly encouraged and favoured.

### Dedicated to
## Corporate Social Responsibility

We have a heart for social responsibility and believe that we can make an impact to not only the local community but globally as the world becomes a seamless place. Our organisation has a vision to become a diversified global conglomerate that will have a presence in every region and impact these regions accordingly.

### Committed to
## Excellence

We define excellence as the never-ending, uncompromising pursuit of doing things better. We believe that excellence is not a standard or level of competency; excellence is the desire of wanting to get better, to grow, to expand, to achieve and to progress. It is the uncompromising commitment to move forward and get better in everything that we do.



DAMANSARA AVENUE

MALAYSIA



ATIVO SUITES, SHOW UNIT TYPE -B
DAMANSARA AVENUE, MALAYSIA



# TABLE OF CONTENTS

10.    Notice of 11th AGM

14.    Corporate Information

16.    Directors' Profile

27.    Chief Executive Officer's Profile

28.    Key Senior Management's Profile

30.    Management's Discussion & Analysis

48.    Sustainability Statement

54.    5-year Group Financial Summary

56.    Segmental Analysis

58.    Corporate Governance Overview Statement

64.    Audit & Risk Committee Report

70.    Statement on Risk Management & Internal Control

74.    Statement on Directors' Responsibility in relation to the Financial Statements

76.    Directors' Report

82.    Statements of Financial Position

84.    Statements of Profit or Loss

85.    Statements of Profit or Loss and Other Comprehensive Income

86.    Consolidated Statement of Changes in Equity

88.    Statement of Changes in Equity

89.    Statements of Cash Flows

95.    Notes to the Financial Statements

250.    Statement by Directors

251.    Statutory Declaration

252.    Independent Auditors' Report

258.    List of Material Properties held by TA Global Berhad Group

259.    Analysis of Shareholdings

260.    List of Top 30 Shareholders

262.    Additional Compliance Information Disclosures

263.    Administrative Details of 11th AGM

265.    Appendix A – Proposed adoption new Constitution of TA Global Berhad
        Form of Proxy

# Awards Accolades 2017 - 2019 |

## Trump International Hotel & Tower Vancouver

**INTERNATIONAL PROPERTY AWARDS 2017 - 2018**



Best International Hotel Architecture

**CANADIAN PROPERTY AWARDS ARCHITECTURE 2017- 2018**



Best New Hotel Construction & Design Canada



Best Hotel Architecture Canada



Best Hotel Interior Canada



Best Residential High–rise Architecture Canada



Development Marketing Canada



Residential High–rise Development Canada



Mixed–use Development Canada

## Damansara Avenue

**ASIA PACIFIC PROPERTY AWARDS DEVELOPMENT 2018-2019**



Mixed-use Development Malaysia

**MIID REKA AWARDS 2017**







Retail & Exhibition Category (Bronze Award) Damansara Avenue Sales Gallery

## Azelia Residence

**ASIA PACIFIC PROPERTY AWARDS DEVELOPMENT 2017-2018**



Residential Development Malaysia

## Ativo Suites

**ASIA PACIFIC PROPERTY AWARDS DEVELOPMENT 2018-2019**



Residential Development Malaysia



Best Condominium Malaysia

**MIID REKA AWARDS 2017**







Show Units Category (Silver Award) Show Unit - Type B





TRUMP INTERNATIONAL
HOTEL & TOWER VANCOUVER
CANADA

## NOTICE OF ELEVENTH ANNUAL GENERAL MEETING |

NOTICE IS HEREBY GIVEN THAT the Eleventh Annual General Meeting ("11th AGM") of TA Global Berhad ("the Company") will be held at The Auditorium, 10th Floor, Menara TA One, 22 Jalan P. Ramlee, 50250 Kuala Lumpur on Wednesday, 26 June 2019 at 9.30 a.m. for the transaction of the following businesses: -

### AGENDA
### AS ORDINARY BUSINESSES

1. To receive the Audited Financial Statements for the financial year ended 31 December 2018 and the Reports of the Directors and Auditors thereon.
   *Please refer to Explanatory Note (4)(i)*

2. To approve the payment of final dividend of 1.60 sen per ordinary share under the single-tier system for the financial year ended 31 December 2018.   **Resolution 1**
   *Please refer to Explanatory Note (4)(ii)*

3. To re-elect the following Directors who retire by rotation in accordance with Article 64 of the Company's Constitution and who being eligible offer themselves for re-election:

   | | | |
   |---|---|---|
   | i. | Pn Zainab Binti Ahmad | **Resolution 2** |
   | ii. | Dato' Sri Mohamed Bin Abid | **Resolution 3** |
   | iii. | Datuk Jory Leong Kam Weng | **Resolution 4** |

4. To approve the payment of Directors' fees amounting to RM149,500.00 per annum for the Non-Executive Directors for the financial year ended 31 December 2018.   **Resolution 5**
   *Please refer to Explanatory Note (4)(iii)*

5. To approve the payment of Directors' benefits of up to RM119,000.00 payable to the Non-Executive Directors from 27 June 2019 until the next Annual General Meeting of the Company.   **Resolution 6**
   *Please refer to Explanatory Note (4)(iii)*

6. To re-appoint KPMG PLT as Auditors of the Company to hold office until the conclusion of the next Annual General Meeting and to authorise the Directors to fix their remuneration.   **Resolution 7**

### AS SPECIAL BUSINESSES

7. To consider and if thought fit, to pass the following Ordinary Resolutions:

   **Retention as Independent Non-Executive Directors of the Company pursuant to Malaysian Code on Corporate Governance ("MCCG 2017")**

   "THAT authority be and is hereby given to retain Mr Peter U Chin Wei as an Independent Non-Executive Director of the Company in accordance with the MCCG 2017."   **Resolution 8**

   "THAT authority be and is hereby given to retain Datuk Jory Leong Kam Weng as an Independent Non-Executive Director of the Company in accordance with the MCCG 2017."   **Resolution 9**

   "THAT authority be and is hereby given to retain Mr Christopher Koh Swee Kiat as an Independent Non-Executive Director of the Company in accordance with the MCCG 2017."   **Resolution 10**

   "THAT authority be and is hereby given to retain Datin Rahmah Binti Mahmood as an Independent Non-Executive Director of the Company in accordance with the MCCG 2017."   **Resolution 11**
   *Please refer to Explanatory Note (5)(i)*

8. To consider and if thought fit, to pass the following Ordinary Resolution:

   **Authority to Issue Shares pursuant to Section 75 of the Companies Act 2016 ("CA 2016"):**   **Resolution 12**

   "THAT subject always to the CA 2016, Constitution of the Company and the approvals of the relevant government/regulatory authorities, the Directors be and are hereby empowered pursuant to Section 75 of the CA 2016 to further allot and issue ordinary shares in the Company from time to time upon such terms and conditions and for such purposes as the Directors may deem fit provided that the aggregate number of shares to be allotted and issued pursuant to this resolution does not exceed ten percent (10%) of the total issued share capital of the Company in any one financial year and that such authority shall remain in force until the conclusion of the next Annual General Meeting of the Company."
   *Please refer to Explanatory Note (5)(ii)*

9.  To consider and if thought fit, to pass the following Special Resolution:

    ***Proposed Adoption of the New Constitution of the Company***    **Resolution 13**

    "THAT approval be and is hereby given to revoke the existing Constitution of the Company with immediate effect and in place thereof, the proposed new set of the Constitution of the Company in the form and manner as set out in the Appendix A attached herewith be and is hereby approved and adopted as the new Constitution of the Company ("Proposed Adoption of New Constitution").

    THAT the Directors and Secretaries of the Company be and are hereby authorised to carry out all the necessary formalities in effecting the Proposed Adoption of New Constitution.

    AND THAT the Directors of the Company, be and are hereby authorised to assent to any conditions, modifications, variations and/or amendments as may be required by Bursa Malaysia Securities Berhad."
    ***Please refer to Explanatory Note (5)(iii)***

10. To transact any other business of which due notice shall be given in accordance with the Company's Constitution and the CA 2016.

### NOTICE OF DIVIDEND ENTITLEMENT AND PAYMENT

**NOTICE IS ALSO HEREBY GIVEN THAT** subject to the shareholders' approval for the payment of final dividend of 1.60 sen per ordinary share under the single-tier system for the financial year ended 31 December 2018 ("Dividend") under **Resolution 1** at the 11th AGM of the Company, the Dividend will be paid on 12 July 2019 to shareholders whose names appear in the Company's Register of Members at the close of business on 28 June 2019.

A depositor shall qualify for entitlement only in respect of:

1.  Shares transferred to the depositor's securities account before 4.30 p.m. on 28 June 2019 in respect of ordinary transfers;

2.  Shares deposited into the depositor's securities account before 12.30 p.m. on 26 June 2019 (in respect of shares exempted from mandatory deposit); and

3.  Shares bought on the Bursa Malaysia Securities Berhad on a cum entitlement basis according to the Rules of Bursa Malaysia Securities Berhad.

BY ORDER OF THE BOARD

**CHUAH WEN PIN  (MAICSA 7014581)**
**TAN KIT YEE (MAICSA 7061042)**
Company Secretaries

Kuala Lumpur
30 April 2019

### NOTES:

1.  **Members Entitled To Attend**

    For the purpose of determining who shall be entitled to attend this 11th AGM, only members whose names appear on the Record of Depositors as at 20 June 2019 (General Meeting Record of Depositors) shall be entitled to attend, speak and vote at this 11th AGM or appoint proxy/proxies to attend and/or vote on his/her behalf.

2.  **Appointment of Proxy**

    a.  A member entitled to attend and vote at this 11th AGM is entitled to appoint a proxy or proxies (but not more than two) to attend and vote in his/her stead. A proxy may but need not be a member of the Company. A proxy appointed to attend and vote at a meeting of the Company shall have the same rights as the members to speak at the meeting.

    b.  Where a member of the Company is an authorised nominee as defined under the Securities Industry (Central Depositories) Act 1991, ("SICDA") it may appoint at least one proxy in respect of each securities account it holds with ordinary shares of the Company standing to the credit of the said securities account.

    c.  Where a member of the Company is an exempt authorised nominee which holds ordinary shares in the Company for multiple beneficial owners in one securities account ("omnibus account"), there is no limit to the number of proxies which the exempt authorised nominee may appoint in respect of each omnibus account it holds. An exempt authorised nominee refers to an authorised nominee defined under SICDA which is exempted from compliance with the provisions of subsection 25A(1) of SICDA.

## NOTICE OF ELEVENTH ANNUAL GENERAL MEETING |

d.  The Form of Proxy, in the case of an individual, shall be signed by the appointor or his/her attorney and in the case of a corporation, shall be given under its common seal or signed on its behalf by an attorney or officer of the corporation so authorised.

e.  Where a member appoints more than one proxy, the appointment shall be invalid unless he/she specifies the proportion of his/her holdings to be represented by each proxy pursuant to Section 334(2) of the CA 2016.

f.  The Form of Proxy must be deposited with the Share Registrar of the Company at Tricor Investor & Issuing House Services Sdn Bhd at Unit 32-01, Level 32, Tower A, Vertical Business Suite, Avenue 3, Bangsar South, No. 8, Jalan Kerinchi, 59200 Kuala Lumpur or alternatively Tricor Customer Service Centre, Unit G-3, Ground Floor, Vertical Podium, Avenue 3, Bangsar South, No. 8, Jalan Kerinchi, 59200 Kuala Lumpur not less than forty-eight (48) hours before the time for holding the meeting or any adjournment thereof.

g.  By submitting the duly executed proxy form, the member and his/her proxy consent to the Company (and/or its agents/service providers) collecting, using and disclosing the personal data therein in accordance with the Personal Data Protection Act 2010 for the purpose of this Annual General Meeting and any adjournment thereof.

3.  **Voting**

Pursuant to Paragraph 8.29A(1) of the Main Market Listing Requirements of Bursa Malaysia Securities Berhad, all resolutions set out in this Notice will be put to vote by way of poll.

4.  **Explanatory Notes on Ordinary Businesses**

    i.  **Item 1 of the Agenda – Audited Financial Statements for the financial year ended 31 December 2018**

    The Audited Financial Statements are laid in accordance with Section 340(1)(a) of the CA 2016 for discussion only under Agenda 1. They do not require shareholders' approval, hence will not be put for voting.

    ii.  **Ordinary Resolution 1: Proposed Final Dividend**

    With reference to Section 131 of the CA 2016, a company may only make a distribution to the shareholders out of profits of the company available if the company is solvent. On 26 April 2019 the Board has considered the amount of dividend and decided to recommend the same for shareholders' approval.

    The Directors of the Company are satisfied that the Company will be solvent as it will be able to pay its debts as and when the debts become due within twelve (12) months immediately after the distribution is made on 12 July 2019 in accordance with the requirements under Sections 132(2) and (3) of the CA 2016.

    iii.  **Ordinary Resolutions 5 & 6: Directors' fees and benefits**

    Section 230(1) of the CA 2016 which came into effect on 31 January 2017, provides amongst others, that "the fees" of the directors and "any benefits" payable to the directors of a listed company and its subsidiaries shall be approved at a general meeting. In this respect, the Board agreed that the shareholders' approval shall be sought at the 11th AGM for the payment of fees and benefits payable to the Non-Executive Directors in two (2) separate resolutions as below:

    • **Ordinary Resolution 5** on payment of Directors' fees in respect of the financial year ended 31 December 2018.

    • **Ordinary Resolution 6** on payment of Directors' benefits in respect of the current year 2019 and until the next Annual General Meeting. Benefits payable comprise of seating fees for attending Board, Board Committees and/or general meetings, club membership subscription, Group Hospital & Surgical Insurance, Directors' Indemnity Insurance, traveling and other claimable benefits.

    The total estimated amount of Directors' benefits payable is calculated based on the number of Board's, Board Committees' and general meetings for the current financial year ending 31 December 2019 up to the next Annual General Meeting in 2020 ("FYE 2019/2020").

    The proposed Ordinary Resolution 6 is to facilitate payment of the Directors' benefits for FYE 2019/2020. The Board will seek approval of the shareholders at the next Annual General Meeting in the event the Directors' benefits proposed is insufficient due to an increase in the number of the Board's and/or Board Committees' meetings and/o r increase in the Board size.

    \* Note: The Executive Directors / Chief Executive Officer does not receive any Directors' fees / remuneration.

5. **Explanatory Notes on Special Businesses**

i. **Ordinary Resolutions 8, 9, 10 and 11: Retention as Independent Non-Executive Directors of the Company pursuant to the MCCG 2017**

The proposed Ordinary Resolutions 8, 9, 10 and 11 are to seek shareholders' approval to retain Mr Peter U Chin Wei, Datuk Jory Leong Kam Weng, Mr Christopher Koh Swee Kiat and Datin Rahmah Binti Mahmood as Independent Non-Executive Directors of the Company pursuant to MCCG 2017.

Mr Peter U Chin Wei, Datuk Jory Leong Kam Weng, Mr Christopher Koh Swee Kiat and Datin Rahmah Binti Mahmood have served on the Board for 10 years respectively, which exceeds nine (9) years ie the limit established in MCCG 2017.

The Board had assessed the independence of Mr Peter U Chin Wei, Datuk Jory Leong Kam Weng, Mr Christopher Koh Swee Kiat and Datin Rahmah Binti Mahmood, and is satisfied that Mr Peter U Chin Wei, Datuk Jory Leong Kam Weng, Mr Christopher Koh Swee Kiat and Datin Rahmah Binti Mahmood remain objective and independent in expressing their views and in participating in deliberations and decision making of the Board and Board Committees. Their length of service on the Board does not in any way interfere with their exercise of judgement and ability to act in the best interest of the Group.

Shareholders' approval for Ordinary Resolutions 8, 9, 10 and 11 will be sought on a single tier voting basis.

ii. **Ordinary Resolution 12: Authority to Issue Shares pursuant to Section 75 of the CA 2016**

This is the renewal of the mandate obtained from the members at the last Annual General Meeting ("the previous mandate"). The previous mandate was not utilised and accordingly no proceeds were raised.

The proposed Ordinary Resolution 12, if passed, will empower the Directors of the Company to issue and allot shares in the Company up to an amount not exceeding ten percent (10%) of the issued capital of the Company for the time being. This authorisation will provide flexibility to the Directors to undertake fund raising activities, including but not limited to placement of shares for the funding of the Company's future investment projects, working capital, acquisitions and/or implementation of Employees' Share Option Scheme by the issuance of shares in the Company to such persons at any time as the Directors may deem fit, without having to convene a general meeting.

This authority unless revoked or varied at a general meeting will expire at the next Annual General Meeting of the Company.

iii. **Special Resolution 13: Proposed Adoption of New Constitution of the Company**

Pursuant to Section 36 of the CA 2016, the Board proposes that the existing Constitution be revoked in its entirety with immediate effect and by the replacement thereof with a new Constitution.

The Proposed Adoption of New Constitution is primarily for the purpose of streamlining the existing Constitution to be aligned with the CA 2016, recent amendments made to Bursa Malaysia Securities Berhad's Main Market Listing Requirements as well as to facilitate and to further enhance administrative efficiency.

The new Constitution shall take effect once it has been passed by a majority of not less than 75% of the total voting rights of the members who are entitled to attend and vote and do vote in person or by proxy at this 11th AGM.

# STATEMENT ACCOMPANYING
# NOTICE OF ANNUAL GENERAL MEETING |

(pursuant to Paragraph 8.27(2) of Bursa Malaysia Securities Berhad Main Market Listing Requirements)

There is no Director standing for election at the Eleventh Annual General Meeting of the Company.

CORPORATE INFORMATION |









Kimmy
Khoo Poh Kim
Executive Director

# A CLASS OF
# EMINENCE



Tiah Joo Kim
Chief Executive Officer

## COMPANY SECRETARIES

**Chuah Wen Pin** (MAICSA 7014581)
**Tan Kit Yee** (MAICSA 7061042)

## REGISTERED OFFICE

34th Floor, Menara TA One
22 Jalan P. Ramlee
50250 Kuala Lumpur
Wilayah Persekutuan, Malaysia

Tel : 03 2072 1277   Fax : 03 2031 6608

## AUDIT & RISK COMMITTEE

**Peter U Chin Wei**
Chairman

**Datuk Jory Leong Kam Weng**
Member

**Christopher Koh Swee Kiat**
Member

## SHARE REGISTRAR

**Tricor Investor & Issuing House Services Sdn Bhd (11324-H)**

Unit 32-01, Level 32, Tower A
Vertical Business Suite, Avenue 3, Bangsar South
No. 8, Jalan Kerinchi, 59200 Kuala Lumpur
Wilayah Persekutuan, Malaysia

Tel : 03 2783 9299   Fax : 03 2783 9222
Email: is.enquiry@my.tricorglobal.com

**Tricor Customer Service Centre**

Unit G-3, Ground Floor, Vertical Podium
Avenue 3, Bangsar South
No. 8, Jalan Kerinchi
59200 Kuala Lumpur
Wilayah Persekutuan, Malaysia

## AUDITORS

**KPMG PLT**
**Chartered Accountants**

10th Floor, KPMG Tower
No.8 First Avenue, Bandar Utama,
47800 Petaling Jaya,
Selangor Darul Ehsan, Malaysia.

Tel : 03 7721 3388   Fax : 03 7721 3399

## STOCK EXCHANGE LISTING

**Main Market of Bursa Malaysia Securities Berhad**

## STOCK CODE

**5158**

Case 1:20-cv-01293-JPC    Document 108-3    Filed 05/20/20    Page 17 of 30





## YG BHG
# DATUK TIAH THEE KIAN

EXECUTIVE CHAIRMAN

Age : 72    I    Nationality : Malaysian    I    Gender : Male



Yg Bhg Datuk Tiah Thee Kian was appointed to the Board of TA Global Berhad on 8 August 2008. He holds a Bachelor of Science from University of Malaya and a Master in Business Management from Asian Institute of Management, Philippines. He started his career as a manager of Malaysian International Merchant Bankers Bhd from 1972 to 1978, and later joined Credit Leasing Corporation Sdn Bhd as an Executive Director from 1978 to 1987. He joined TA Securities Berhad in September 1987 and was appointed the Managing Director in September 1988 and thereafter, Executive Chairman in July 1995.

In 1990, he initiated the public listing of TA Enterprise Berhad and was appointed its Executive Chairman and Managing Director of TA Enterprise Berhad in October 1990. As the Executive Chairman, he is primarily responsible for the overall strategic direction of TA Enterprise Berhad. He is the visionary leader of TA Group. Armed with a vision in developing a Malaysian "one-stop supermarket" of financial products and services, he propelled TA Enterprise Berhad's extraordinary growth in retail broking and shaped TA Enterprise Berhad to be one of the largest retail broker in Malaysia.

Datuk Tiah Thee Kian was the one who embarked TA Group into property development. He was instrumental in amassing the strategic land banks and investment properties of TA Global Berhad. In 2009, he initiated the demerger of the financial services and property business of TA Enterprise Berhad to improve the execution capacity of the property business in pursuing its strategies in a more focused way. Pursuant to the listing of TA Global Berhad, he took the helm as its Executive Chairman and spent a major portion of his time in nurturing, developing and transforming the property development and property investments activities of TA Global Berhad. He is the substantial shareholder and co-founder of TA Global Berhad. He also sits on the Boards of a number of companies within the TA Global Berhad Group.

Under the stewardship and leadership of Datuk Tiah Thee Kian, both TA Enterprise Berhad and TA Global Berhad became a dynamic and diversified conglomerate with businesses in stockbroking, asset and unit trust management, futures & derivatives trading, credit lending, hotel operations, property development, property management and property investments spread over Malaysia, Canada, Australia, Hong Kong, China and Thailand.

He is the husband of Yg Bhg Datin Tan Kuay Fong, Non-Independent Non-Executive Director of the Company.

He has attended all five of the Board Meetings held during the financial year.

## DIRECTORS' PROFILE |

### YG BHG

# DATIN TAN KUAY FONG

NON-INDEPENDENT
NON-EXECUTIVE DIRECTOR

Age : 69    |    Nationality :  Malaysian    |    Gender : Female

Yg Bhg Datin Tan Kuay Fong holds a Bachelor of Economics (Honours) Degree and a Post Graduate Diploma in Accounting from the University of Malaya. She started her profession in stockbroking in 1975. In 1983, she was one of the pioneer founders of A.T. Securities Sdn Bhd, the first stockbroking company established in Shah Alam. In December 1987, she joined TA Securities Sdn Bhd and was appointed the Managing Director of TA Securities Berhad in July 1995.



Pursuant to the listing of TA Enterprise Berhad, she was appointed as Executive Director of TA Enterprise Berhad in March 1990 and subsequently in May 2002, she was appointed as its Executive Chairman. She was re-designated as Managing Director & Chief Executive Officer of TA Enterprise Berhad in August 2007.

She was instrumental in the growth and development of TA Enterprise Berhad's financial services businesses during its formation years. In the 1990s, Datin Tan Kuay Fong revolutionised the stockbroking business of TA Enterprise Berhad by taking the bold step to build up its IT infrastructure and employed IT programmers and system analysts to design and tailor specific back office IT systems and controls to provide its remisiers and clients with a more efficient platform to trade with greater accuracy and efficiency. She was also instrumental in developing the proprietary trading activities of TA Enterprise Berhad, expanding its retail market, building up its remisiers/ dealers base to enlarge its retail clientele and to expand its business. She has over 25 years of senior management experiences in stockbroking, derivatives and property management. Her experience and expertise incorporates strategic planning, initial business set-up, operations planning and implementation, international business expansion and overall business management. Her financial services career track record has been charted through the years, made possible through her in-depth exposure to the stockbroking industry and financial markets. She now continues to impart her business acumen and skills to the growth and development of TA Enterprise Berhad's financial services business.

She was appointed as the Director of TA Global Berhad on 8 August 2008 but was re-designated as the Non-Independent Non-Executive Director on 5 October 2009 and held the position to-date. She is the co-founder of TA Global Berhad. She also sits on the Board of TA Securities Holdings Berhad, a public company which is wholly-owned subsidiary of TA Enterprise Berhad, the Company's holding company and a number of companies within the TA Global Berhad Group.

She is the wife of Yg Bhg Datuk Tiah Thee Kian, Executive Chairman and a major shareholder of the Company.

She has attended all five of the Board Meetings held during the financial year.



## DIRECTORS' PROFILE |



YG BHG
# DATO' SRI
# MOHAMED BIN ABID

### EXECUTIVE DIRECTOR

| | | |
|---|---|---|
| Age | : | 77 |
| Nationality | : | Malaysian |
| Gender | : | Male |

Yg Bhg Dato' Sri Mohamed Bin Abid studied Business Management at The MARA Institute of Technology and was admitted as a Member of the British Institute of Management. He was conferred the award of "Sri Sultan Ahmad Shah Pahang" by His Royal Highness the Sultan of Pahang in October 2008, that carries the title of Dato' Sri.

He started his career as a Shipping Executive and was later promoted to Manager in P & O Steam Navigation Co. Ltd, Singapore & London from 1964 to 1973. In 1974, he joined MISC Coastal Services Sdn Bhd, a wholly-owned subsidiary of MISC Berhad as Marketing Manager and was promoted to Director/Chief Executive Officer in 1980, a position he held till 1983.

Subsequently, he was appointed Chief Executive Officer of MISC Agencies Sdn Bhd until 1986. In 1987, he was appointed as Managing Director of East & West Maritime Sdn Bhd. In 1989, he founded and established JB Distripark Sdn Bhd and held the position of Executive Director. On 1 July 1995, he joined the Board of TA Enterprise Berhad, a public listed company as Executive Director. He was re-designated as the Non-Independent Non-Executive Director of TA Enterprise Berhad on 5 October 2009 and holds the position to-date.

On 5 October 2009, he was appointed as Executive Director of TA Global Berhad. He also sits on the Boards of a number of companies within the TA Global Berhad Group.

He is also the Chairman of Advisory Board of Tesco Stores (Malaysia) Sdn Bhd since 2006.

He has extensive experience in the shipping industry and has held various senior positions, both locally and overseas. Over the years, his established network of local and international business contacts have been invaluable to the development and growth of the TA Group. In addition, he has also actively been involved in building the corporate as well as public image of the TA Group of Companies.

He has attended all five of the Board Meetings held during the financial year.



## MS
## KIMMY KHOO
## POH KIM

### EXECUTIVE DIRECTOR

Age         :   55
Nationality :   Malaysian
Gender      :   Female

Ms Kimmy Khoo Poh Kim graduated with a Bachelor of Arts (Hons) Degree from the University of Malaya in 1986 and was admitted as an Affiliate Member of the Malaysian Institute of Chartered Secretaries and Administrators in 1997. She also holds a Company Secretary License issued by the Companies Commission of Malaysia since 1997.

She started her career in stockbroking in 1986, and in her 12 years in stockbroking she gained vast and extensive experience in securities operations, business development and management. She was one of the pioneer key management staff charged to spearhead the various operational and system reengineering of TA Securities Berhad in its formation years. As the Group General Manager of TA Enterprise Berhad, she oversees the group's risk management, corporate development and management of TA Enterprise Berhad.

In 2004 as the Director of TA Properties Sdn Bhd, a wholly-owned subsidiary of TA Global Berhad, she is primarily responsible for the corporate planning, hospitality, property acquisition and systems control and management functions of TA Properties Sdn Bhd. In 2009, she spearheaded the public listing of TA Global Berhad and was appointed its Executive Director on 5 October 2009. As its Executive Director, she currently manages the day-to-day operations, systems control and management functions of TA Global Group and oversees the Group's property development and offshore properties located in Canada, Australia, Singapore, China and Thailand. With her knowledge and experience with cross-border investments and hotel property acquisitions, she is personally involved in the negotiation, due diligence, structuring and financing process in the acquisition of properties for TA Global Berhad, both locally and overseas.

She also sits on the Boards of a number of companies within TA Global Berhad Group.

She is the sister-in-law of Yg Bhg Datuk Tiah Thee Kian, Executive Chairman & a major shareholder of TA Global Berhad and Yg Bhg Datin Tan Kuay Fong, Non-Independent Non-Executive Director of TA Global Berhad.

She has attended all five of the Board Meetings held during the financial year.

## DIRECTORS' PROFILE |



### PUAN
### ZAINAB BINTI AHMAD

NON-INDEPENDENT
NON-EXECUTIVE DIRECTOR

Age        :   68
Nationality :   Malaysian
Gender     :   Female

Puan Zainab Binti Ahmad holds a Bachelor in Business Administration Degree from the Institut Teknologi Mara/University of Ohio.

She started her career in June 1983 with A.T. Securities Sdn Bhd as the General Manager. She then joined TA Securities Sdn Bhd as Director in December 1987 till October 1990.

She was then appointed as Executive Director of TA Enterprise Berhad in March 1990, a position she holds to-date. Thereafter, she was appointed to the Board of TA Global Berhad as Non-Independent Non-Executive Director on 5 October 2009.

She also sits on the Board of TA Centre Berhad, public company which is wholly-owned subsidiary of TA Enterprise Berhad, the Company's holding company and a number of companies within the TA Enterprise Berhad Group.

She has attended three out of the five Board Meetings held during the financial year.



## MR
# PETER U
# CHIN WEI

INDEPENDENT
NON-EXECUTIVE DIRECTOR

Age          :    68
Nationality  :    Malaysian
Gender       :    Male

Mr Peter U Chin Wei is a Fellow of the Institute of Chartered Accountants in England and Wales and also a member of the Malaysian Institute of Accountants.

Before returning to Malaysia, he worked in the London office of Coopers and Lybrand (now known as Pricewaterhouse-Coopers). Upon his return to Malaysia in 1977, he worked for Inchcape Malaysia Sdn Bhd, YTL Group and he joined the MUI Group in 1980 until 1989 as General Manager. He joined the Board of AsiaPac Bhd (formerly known as Pegi Malaysia Berhad) as an Executive Director in 1989 till 1990. Thereafter, he joined TA Enterprise Berhad as an Executive Director in October 1990 till October 1998. Subsequently, he was appointed as an Independent Non-Executive Director of TA Enterprise Berhad, a public listed company in July 1999, a position he holds to-date. He was then appointed to the Board of TA Global Berhad as Independent Non-Executive Director on 5 October 2009. He was also a Board member of WCE Holdings Berhad (formerly known as Kumpulan Europlus Berhad), a public listed company from July 2003 to November 2017.

He also sits on the Board of Asian Outreach (M) Berhad, a public company.

He is the Chairman of the Company's Audit & Risk Committee and Remuneration Committee. He is also a member of the Company's Nomination Committee.

He has attended all  five of the Board Meetings held during the financial year.

## Directors' Profile |



YG BHG

## DATUK JORY
## LEONG KAM WENG

INDEPENDENT
NON-EXECUTIVE DIRECTOR

Age         :   55
Nationality :   Malaysian
Gender      :   Male

Datuk Jory Leong Kam Weng graduated with a Bachelor of Economics Degree and a Bachelor of Laws Degree from Monash University, Australia. He is a Fellow of CPA Australia and a Chartered Accountant of the Malaysian Institute of Accountants. He is also a certified mediator on the panel of the Malaysian Mediation Centre.

He was called to the Malaysian Bar in 1989. In February 1992, he joined TA Enterprise Berhad as the Group Legal Manager until July 1995. He was the Vice President of International Division of TA Enterprise Berhad from November 1993 to October 1995.

Between November 1995 to February 1997, he held the Executive Director of Credit Leasing Corporation Sdn Bhd. He was the Executive Director of TA Bank of Philippines, Inc from March 1997 to June 1998. From June 1998 to July 1999, he was the Chief Executive Officer of TA Securities Berhad.

Since July 1999, he has been a Partner of Messrs Iza Ng, Yeoh & Kit as a practising Advocate and Solicitor. He was appointed as Independent Non-Executive Director of TA Global Berhad on 5 October 2009, a position he holds to-date. He is also an Independent Non-Executive Director of TA Enterprise Berhad, Xin Hwa Holdings Berhad and Pecca Group Berhad, companies listed on Bursa Malaysia.

He is also an Independent Non-Executive Director of Tokio Marine Life Insurance Malaysia Bhd, a life insurance company. He also sits on the Board of several private companies and of Asian Outreach (M) Berhad and Pusat Penyayang KSKA, all of which are public limited companies.

He is a member of the Company's Audit & Risk Committee, Nomination Committee and Remuneration Committee.

He has attended all five of the Board Meetings held during the financial year.



## MR
# CHRISTOPHER KOH SWEE KIAT

INDEPENDENT
NON-EXECUTIVE DIRECTOR

Age        :   51
Nationality :   Malaysian
Gender     :   Male

Mr Christopher Koh Swee Kiat graduated from the University of Malaya in 1992 and was called to the High Court of Malaya as an Advocate and Solicitor in March 1993. He also holds an ACCA postgraduate diploma in Accounting and Finance.

He was with some established law firms as well as attached with an inhouse counsel of TA Enterprise Berhad. He was also the Company Secretary of The Chase Manhattan (M) Berhad (now known as JP Morgan Chase).

In 2001, he was the Vice President for MasterCard International in its Asia Pacific regional office in Singapore. He co-founded Messrs Chris Koh & Chew in 2004.

He was appointed as Independent Non-Executive Director of TA Enterprise Berhad, a public listed company in May 2006, a position he holds to-date. Thereafter, on 5 October 2009, he was appointed to the Board of TA Global Berhad as Independent Non-Executive Director.

He specialises in corporate, commercial and finance matters including merger and acquisitions, corporate restructuring, joint ventures, corporate finance, listing of companies in Malaysia and overseas stock exchange(s), private equity acquisition and acquisition of overseas and local hotels/resorts and as well as negotiations of management agreements with international hospitality brands.

Now also an Independent Non-Executive Director of the Company, his scope of responsibilities includes extending legal advice and assisting in the acquisition of business interests on behalf of the Company.

He is a member of the Company's Audit & Risk Committee, Nomination Committee and Remuneration Committee. He also sits on the investment committee of Mizuho ASEAN Investment Fund LLP. On 2 October 2017, he was also appointed by the Chief Judge of the High Court of Malaya upon consultation with the Bar Council as member of the Advocates & Solicitors Disciplinary Board.

He has attended all five of the Board Meetings held during the financial year.

## DIRECTORS' PROFILE |



**YG BHG**

# DATIN RAHMAH BINTI MAHMOOD

**INDEPENDENT NON-EXECUTIVE DIRECTOR**

Age         :   61
Nationality :   Malaysian
Gender      :   Female

Yg Bhg Datin Rahmah Binti Mahmood graduated with a double Bachelor of Science degree, obtaining her Bachelor of Science degree in Marketing and Mass Communications from Syracuse University, New York. She also obtained a Masters in Journalism from the University of Southern California.

In 1989, she co-founded Malaysian Automotive Lighting Sdn Bhd MAL. She is currently a director and shareholder of ("MAL"), assisting in marketing and public relations of the company.

Subsequently in 2006, Datin Rahmah co-founded Solarah Sdn Bhd ("Solarah"), a solar distributor and consulting company based in Malaysia. She has been a director of Solarah since 2006 and is responsible for the marketing and sales of Solarah's products.

She was then appointed to the Board of TA Enterprise Berhad, a public listed company in August 2007, a position she holds to-date. Subsequently, she was appointed as Independent Non-Executive Director of TA Global Berhad on 5 October 2009. She also sits on the Board of Xin Hwa Holdings Berhad, a public listed company as Independent Non-Executive Director.

In 2016, Datin Rahmah brought in a franchise called, "We Rock the Spectrum Kid's Gym" from the United States. This is a gym for neuro-typcial children as well as children on the autism spectrum.

She has over 25 years of experience in business management, contract negotiations and manufacturing practices. She also has assisted the Malaysian government in bringing in foreign investments into the country especially in the field of manufacturing.

She is the Chairperson of the Company's Nomination Committee. She has attended all five of the Board Meetings held during the financial year.

Notes:
1. **Family Relationship of Directors**
   Save as disclosed, none of the directors has any family relationship with any director and/or major shareholder of the Company.
2. **Conflict of Interest**
   Save as disclosed, none of the Directors has any conflict of interest with the Company.
3. **Conviction of Offence**
   Save as disclosed, none of the Directors has been convicted of any offence in the past 5 years.
4. **Interest in Securities**
   The particulars of the Directors' interest in securities of the Company are set out in page 78 and page 259.

| CHIEF EXECUTIVE OFFICER'S PROFILE



MR
# TIAH JOO KIM

CHIEF EXECUTIVE OFFICER OF
TA GLOBAL BERHAD

Age          :    39
Nationality  :    Malaysian
Gender       :    Male

Joo Kim holds a Master of International Business from Macquarie University in Sydney, Australia, as well as a Bachelor of Science in Management from Oral Roberts University in Tulsa, Oklahoma. He has been at the helm of TA Global Berhad as the Chief Executive Officer since 1 January 2016.

An innovator firmly focused on breaking away from the conventional methodologies of the industry, Joo Kim sees innovation as fundamental to the company's mission. Under his visionary direction and strategic leadership, the property arm of TA Group has successfully developed and is still developing a formidable portfolio of urban spaces, many of which are rising to their calling to be icons of their cities.

One of them is the Trump International Hotel & Tower Vancouver, developed for West Georgia Development Limited Partnership (in which TA Global Berhad and Birkbeck Trust share equal interests). More than just a luxury hotel, the now completed 69-storey landmark is a showcase of craftsmanship and classic discipline. As a matter of fact, its architectural design and significance have taken the international spotlight through numerous accolades, including but not limited to the Best International Hotel Architecture of International Property Award 2017-2018 and Forbes Five-Star Hotel Award 2018.

Hardly one to rest on his laurels, Joo Kim's seemingly unending thirst for new ideas and new forms has him set out to reimagine the skyline of Kuala Lumpur as well. Presently, he is spearheading multiple developments in the capital, totalling 162 acres with an expected gross development value of RM14.2 billion. The most notable one is Damansara Avenue, a 48-acre master-planned community housing residential, commercial and various lifestyle components all in one. Its second residential phase, the service apartment Ativo Suites, is currently under construction and will feature 2 towers with 668 units.

Other plans in the pipeline include ALIX Residences in Kiara North and a luxury lifestyle hotel brand that will sit atop a 2.47-acre site at the epicentre of KL's Golden Triangle. Highly strategic locations aside, these projects will introduce many authentic design and lifestyle concepts never before seen in Malaysia. They are expected to create a positive disruption in the way traditional residence and hospitality are defined and thus raise the profile of TA Global as the local real-estate game changer.

Joo Kim is the eldest son of Datuk Tiah Thee Kian, who is also the Executive Chairman and a substantial shareholder of TA Global Berhad. His mother is Datin Tan Kuay Fong who is the Non-Independent Non-Executive Director of TA Global Berhad. Joo Kim holds 266,236,182 ordinary shares in TA Global Berhad. He has no conflict of interest with TA Global Berhad, holds no other directorship of public companies and has no conviction for any offences within the past 5 years.

# KEY SENIOR MANAGEMENT'S PROFILE |

## MR
## YIP KAM MUN

SENIOR VICE PRESIDENT,
TA GLOBAL BERHAD

| | |
|---|---|
| Age | : 61 |
| Nationality | : Malaysian |
| Gender | : Male |
| Date of Appointment | : 1 October 2011 |

Mr Yip is a Chartered Civil Engineer by profession. He graduated with Bachelor of Eng. (1st Class Honours) Degree in Civil Engineering from University of Technology in 1980 and Master of Business Administration from University of Strathclyde in 1992. He is a member of several professional associations such as the Registered Professional Engineer, Institution of Engineers Malaysia and the Project Management Professional.

He has more than 30 years of working experience in overseeing, planning, directing, designing and coordinating various property development projects.

## MR
## LEE LIN CHYUAN

HEAD OF GROUP ACCOUNTS,
TA GLOBAL BERHAD

| | |
|---|---|
| Age | : 34 |
| Nationality | : Malaysian |
| Gender | : Male |
| Date of Appointment | : 1 November 2018 |

Mr Lee graduated with a Bachelor of Accountancy from University of Putra Malaysia. He is a Chartered Accountant by profession. Currently he is a member of the Malaysian Institute of Accountants and an Associate of Certified Practising Accountant Australia.

Prior to joining TA Enterprise Berhad, he was working for Ernst & Young Advisory Services Sdn Bhd under Financial Service Assurance from January 2010 until March 2015. His last position with the audit firm was as an Audit Manager. He joined TA Enterprise Berhad as Manager of Treasury Department in June 2015 and promoted to Senior Manager in January 2017. He was appointed as Acting Head of Group Accounts in November 2018 and subsequently promoted to Head of Group Accounts in April 2019.

## MR
## LEE YEN FOONG

GENERAL MANAGER,
PROPERTY DEVELOPMENT &
ASSET MANAGEMENT,
TA GLOBAL BERHAD

| | |
|---|---|
| Age | : 31 |
| Nationality | : Malaysian |
| Gender | : Male |
| Date of Appointment | : 1 September 2018 |

Mr Yen Foong has been with TA Global Berhad (TAG) for 9 years since November 2009 upon graduating from Liverpool John Moores University, United Kingdom. He has 9 years of working experience in the construction and property development industry and involved in building materials trading & procurement, construction site management and management of property development. He joined TAG as a Management Trainee and was subsequently appointed as the Project Manager in 2014 and went on to become the Project Director spearheading the Damansara Avenue masterplan in 2016. He was appointed as the General Manager, Property Development & Asset Management on 1 September 2018 to oversee the entire property development & asset management of TAG Group.



| | | |
|---|---|---|
| Qualifications | : | **Academic Qualifications** |

**Academic Qualifications**
- Distinction for Master in Real Estate
  - February 2015
  - University of Malaya

- First Class Honors for BA (Hons) Commerce
  - September 2009
  - Liverpool John Moores University, United Kingdom

**Professional Qualifications**
- Graduate of the Institute of Chartered Secretaries and Administrators (ICSA)

- Certificate of Investor Relations (CIR) by Malaysian Investor Relations Association (MIRA)

**Notes:**

Save as disclosed, the above Key Senior Management (KSM) members have no family relationship with any Director and/or major shareholder of TAG, have no conflict of interest with TAG, have not been convicted of any offences within the past five years and have not been imposed any penalty by the relevant regulatory bodies during the financial year 2018.

The disclosure on the particulars of the KSM of TAG is made in compliance with the requirements under Appendix 9C of Bursa Malaysia Securities Main Market Listing Requirements.



ALIX RESIDENCES
KIARA NORTH, MALAYSIA