# EXHIBIT 5

DOW JONES



**Tony Tiah resigns from TAE after RM3 mln court fine.**

By Thomas Soon.
453 words
10 May 2002
The Edge
THEDGE
English
(c) 2002 The Edge Communications Sdn Bhd

TA Enterprise Bhd executive chairman and managing director Datuk Tony Tiah Thee Kian has resigned from his positions in the stockbroking firm, following a court fine of RM3 million after he was convicted of submitting a false report to the Kuala Lumpur Stock Exchange (KLSE).

In a statement on May 10, TA Enterprise announced Tiah's resignation and the appointment of his wife, Datin Alicia Tan Kuay Fong, as the new executive chairman of the company.

Tiah, 55, had been at the helm of TA Enterprise since 1990. He still holds a controlling stake of 33.21 per cent in the company.

Earlier in the day at the Shah Alam Sessions Court, Tiah pleaded guilty to a second alternative charge of knowingly and wilfully permitting the furnishing of a false report to the KLSE involving direct business transactions of 28.04 million Omega Holdings Bhd shares and 7.01 million Omega Holdings Bhd A-shares. He paid the fine.

He had, on May 18, 1997, reported that the shares and A-shares were each transacted at RM11.50 and RM9.80 respectively, when in fact they were traded at RM6.45 apiece.

Tiah was represented by counsels Tan Hock Chuan and Lai Mun Onn. Deputy public prosecutor Abdul Karim Abdul Jalil prosecuted in front of Sessions Judge Kamarudin Hashim.

Tiah was discharged and acquitted of the charge under Section 87A(a) of the Securities Industry Act 1983, which was read together with Section 122C(c), while a similar charge against TA Enterprise general manager Khoo Kimmy was withdrawn.

Section 87A(a) makes it unlawful for any person directly or indirectly involved in connection with securities transactions to use manipulative and deceptive devices, while Section 122(C) refers to attempts, abetments and conspiracies to commit any Zoffence under the Act.

Both were charged in 1999. Tiah was charged with abetting fugitive businessman Datuk Soh Chee Wen to defraud Omega Securities Sdn Bhd of RM424 million, while Khoo was charged with abetting Tiah to abet Soh.

An analyst said Tiah's protracted court case over the past three years had been described as a major stumbling block to TA Enterprise's aim of becoming a universal broker (UB). The latter owns TA Securities Bhd - one of the largest stockbroking companies in the country.

"The company can now move forward to better things, while the appointment of Datin Tiah as the new executive chairman can ensure continuity," the analyst added. He also said the Securities Commission may now grant TA Securities the UB status.

TA Enterprise has also announced the appointment of the group's adviser Chan Gak Keong as an executive director.

Document thedge0020020510dy5a000h3

Page 1 of 1 © 2020 Factiva, Inc. All rights reserved.