# EXHIBIT 6

**DOW JONES**



**Malaysia vows to take action against corporate offenders**

315 words
10 August 1999
Agence France-Presse
AFPR
English
Copyright (c) 1999 Bell & Howell Information and Learning Company. All rights reserved.

KUALA LUMPUR, Aug 10 (AFP) - Malaysia's securities watchdog said Tuesday it would step up enforcement activities and would not hesitate to take action against corporate leaders who breach laws.

Securities Commission executive chairman Ali Abdul Kadir said the aggressive enforcement stance, which led to several corporate figures being charged in court recently, was "a continuing effort."

"There will be people prosecuted whether they are corporate executives, dealers or remisiers," he told a news conference on the sidelines of a capital market conference.

Ali also brushed off market talk that action taken against the corporate leaders might be aimed at removing supporters of jailed former deputy premier Anwar Ibrahim.

"That's not true," he said, adding that the active enforcement stance adopted by the commission was to boost corporate governance.

Broking house TA Enterprises Bhd. chairman Tony Tiah Thee Kian and company secretary Kimmy Khoo were charged last week with abetting a businessman to commit fraud.

Two other businessmen with links to Anwar -- KFC Holdings (M) Bhd. managing director Ishak Ismail and Abrar Corp. chairman Wan Muhamad Hasni Wan Sulaiman -- were earlier charged with breaching securities laws.

Analysts said some form of clean-up would benefit the corporate sector but were cautious about the motives behind the government's campaign, with some noting strong political overtones.

Anwar, who was sacked and arrested last September, is now serving a six-year jail sentence after being found guilty in April for corruption. He is on trial again for a new charge of sodomy.

Earlier, Second Finance Minister Mustapa Mohamed said a consolidation in the stockbroking industry was being encouraged as Malaysia was "overbrokered" with 64 broking houses.

Mustapa said the government had so far, received 23 bids for the takeover of six brokerages which have earlier been placed under special administration due to financial problems.

bur-jsm/en/jkb

Document afpr000020010825dv8a02gyx

Page 1 of 1 © 2020 Factiva, Inc. All rights reserved.