# EXHIBIT 8

# Cover Story: Tony Tiah comes back

The Edge Malaysia

April 9, 2007

Copyright 2007 The Edge Communications Sdn. Bhd. All Rights Reserved

**Length:** 4983 words

## Body

After five years away from the spotlight, Datuk **Tony Tiah** is poised to return to TA Enterprise Bhd. While he's been away, his wife Datin Alicia Tan has been running the show through some difficult years, reinventing the group as a respected property player while trying to regain lost ground in stockbroking. Surely, Tiah's return will only make things better? The market, however, has been whispering about the possibility of Tan holding on to a job she has done rather well, which would thus leave Tiah in the back seat. Tan denies this, saying it is Tiah's decision to make and she will gladly welcome him back into the fold.

The door opens suddenly and in barges Datuk **Tony Tiah Thee Kian**, looking straight ahead for his wife at the large office table. She's not there. He pivots towards the meeting table at the other end of the room where Datin Alicia Tan Kuay Fong and the journalists from The Edge have turned to watch him. He looks blankly at her but when she offers softly, " these are the people from The Edge ", he backs up a step, mumbles: "O you better carry on" and ducks out pronto.

Tiah was never one to actively seek media attention even in the heyday of TA Enterprise Bhd as the country's premier broker but neither was he ever described as "publicity shy".

"Datuk is very publicity shy," Tan laughs, shaking her head at the request for a husband-and-wife photo-op. A situation which may have to change if Tiah is actually going to come back to TA Enterprise Bhd - in some capacity or other - sooner rather than later.

It was back in 2002 that Tiah's conviction for false reporting to the stock exchange led to his forced resignation from TA that same year. Apart from a fine of RM3 million, Tiah was also barred from holding any directorships for a period of five years. In that time, Tiah has kept himself assiduously out of the limelight. And improved his golf game. In fact, a quick Google was revealing. The most recent quote attributed to Tiah was in Golf Malaysia after he won a tournament in 2005:

"I do not understand System 36 but my partner said 'just avoid double-bogey and try for birdies'. He did the calculations and I just played," chipped in the easy-going Datuk Tiah.

"Five years ago, we would have never called him easy-going," laughs a broker.

That five-year ban ends next month, paving the way for Tiah to return to active involvement in TA.

How will Tiah return?

Despite a slew of rules and regulations on "fit and proper" requirements at several levels, Tiah's return to an executive position in TA Enterprise may be relatively straightforward.

Tan says he will be able to return to TA without requiring any approvals, and it appears that this is indeed the case if Tiah returns as a member of the board of TA Enterprise.

The Securities Industry Act provides for "fit and proper" requirements for all licensed individuals. Also, all members of the board of directors of a licensed intermediary will have to fulfil these "fit and proper" requirements. This easily answers any question on whether or not Tiah can assume any board positions in TA Securities Holdings Bhd, which is a wholly owned subsidiary of TA Enterprise. He cannot.

However, the rules are silent on holding companies of licensed intermediaries. According to industry sources familiar with SC regulations, no prior approval is required for the appointment of board members of holding companies. "He was barred for five years following his conviction under the provisions of the Companies Act," explains one industry player. "Now it's not even like he has to submit an application and then wait and the authorities will sit on it for so long until you understand that silence means 'no'. He can just be appointed to the board like that."

No surprise then that the market appears to have already sniffed out Tiah's possible comeback. TA's share price has gained over 60% from a low of RM1.17 at the beginning of March, closing at RM1.89 last Friday. Tiah has also been buying TA shares from the market since October 2006 at prices between 68 sen and RM1.40 per share. At the point of his departure in 2002, he owned a 33% stake in TA. Based on filings to Bursa Malaysia in February this year, Tiah's shareholding has increased slightly to about 34%.

Tan, meanwhile, says: "Whether he comes in officially or as a consultant, it is still good for the group." She believes that Tiah's absence has been something of a loss to the group, though in a 2004 interview with The Edge, Tan had admitted: " good thing I'm his wife lah. So, a lot of things also unofficially can ask for his advice lah. Free advice."

Then, as now, Tan says: "He's very visionary, you see. He will strategise and think long term . even the board thinks he would definitely make a positive contribution."

Case 1:20-cv-01293-JPC    Document 108-8    Filed 05/20/20    Page 3 of 14

But there have been whispers in the market that Tan herself may prefer to remain "in charge" even when Tiah returns to the fold and that there may be some "relationship issues" that could cloud matters.

"Not true, not true," Tan says vehemently in a quick follow-up phone interview last Friday. "We worked well together in the past and there is no reason why we cannot work well together again. I have asked him to come back. He is the one who has not decided. I've told him the company is growing and I need the help. But he is still deciding in what capacity. I don't mind either way, I am not position conscious. I just want to make sure that we add vaue and I think with his experience, he can definitely add value."

She confirms again that Tiah will come back, "just we don't know in what capacity". And when pushed, she says, "If he doesn't want an active role and only wants to come back as a consultant, then yes, I'll stay in the driver's seat."

"I don't mind what my position is. It is up to him."

By her estimation, it was Tiah's visionary quality that has allowed TA Enterprise to diversify its income stream and capitalise on the current boom in the property sector.

Most of the prime landbank owned by the group, much of which sits in the heart of Kuala Lumpur, was bought under his stewardship, she says. "And, it is all income yielding now," she quips.

Still, for several years now, it is the lady herself who has concentrated her efforts on moulding TA's property division. Under Tan's leadership as executive chairman, TA has launched at least four property development projects, which she classifies as being in the high-end segment of the market.

In the time that Tiah has been away "enjoying the good life and playing golf" (as Tan puts it), earnings from TA's property division have grown from just 4% for its consolidated segmental results for the financial year ended January 2005 to about 29% at the end of its 2007 financial year.

Although Tan declined to say when Tiah would likely return to assume an active role at TA, she does say that she is "looking forward to taking a step back to not having to work so hard."

Though Tiah's possible return this year has excited the market, what remains a thorny issue is whether his shareholding will continue to affect TA's ambitions of becoming a universal broker (UB).

The road to universal broker-hood

It's Tiah's shareholding that has held back TA's progress towards universal broker-hood.

While TA already has the requisite three plus one broking houses to qualify for a UB licence, the SC requires that Tiah lower his direct and indirect stakes in TA to a maximum of 20% to qualify for UB status.

Case 1:20-cv-01293-JPC   Document 108-8   Filed 05/20/20   Page 4 of 14

The SC imposed this rule on TA based on guidelines issued in 2004 that require the major shareholder of a UB to pass a "fit and proper" test as determined by the SC.

Tan explains that while TA still harbours UB intentions, neither she nor the board can influence Tiah over his shareholding.

"He is a major shareholder. He is a shareholder like any other shareholder. I cannot ask my shareholder to sell down, you know. It is up to him. If he wants to sell down or he doesn't want to, it is his decision," she asserts, thumping the table lightly to stress her point.

TA once ranked as the largest retail stockbroker in the country. However, it appears to have lost some ground to its competitors which have since forged ahead either as UBs or investment banks (IBs).

Statistics compiled by Bursa reveal that TA trailed UBs Hwang-DBS Securities, OSK Securities and K&N Kenanga in 2006. In terms of trading volume, TA had a 7.8% market share compared to Hwang's 11.9%, OSK's 9% and Kenanga's 8%. For the first three months of this year however, TA commanded 9% of the trading volume on the market, outpacing K&N Kenanga, though still lagging Hwang and OSK.

Even without its UB status however, Tan argues that there is a lot TA can do to grow its financial services division.

Plans are already afoot to expand the division's earnings base through an expansion of services. Tan says TA is hoping to secure licences to carry out corporate advisory work, issue structured products such as call warrants and exchange-traded funds and go into venture capital lending. Tan hopes to begin offering these services this year. In addition, the group is exploring opportunities in Vietnam. Venturing into China also remains an option, but Tan says both Vietnam and China offer good opportunities if they find the right local partner.

While there are still aspects of business that TA, as a niche broker, is precluded from carrying out - bond origination, for instance - Tan believes TA continues to have a competitive advantage. She argues that TA is relatively more mobile and has a lower cost structure than its peers. And she contends that as a niche broker, TA does not have to carry out large volumes of business to survive. Instead, it can concentrate on diversifying its earnings base and expanding regionally, an option Tan seems to view as being more attractive for TA right now.

Nurturing a new income stream

While contributions from TA's property development division continue to grow, Tan says TA is already looking to develop a new income stream for the group - managing ser-viced apartments in the city.

The group is currently developing three residential tower blocks in the Jalan Imbi area, which it will eventually manage on its own as serviced apartments. Tan contends that demand for serviced apartments will increase with the shortage in hotel rooms within the city. Citing Ascott's success in the same business, Tan believes that TA can emulate that performance given its own experience in running hotels.

Case 1:20-cv-01293-JPC    Document 108-8    Filed 05/20/20    Page 5 of 14

A property consultant, who agrees that there is demand for serviced apartments in the city, raises a flag of caution against TA's new plan. He argues that managing serviced apartments is difficult and that TA will need to have a reputable brand name to venture into the business.

"This could well be the bane of TA. Unless they have a reputable brand name with them, this would be a tough venture. It is not a venture that they can brand on their own easily. It is not their core business," he argues.

While that may be the view of an industry observer, Tan appears optimistic of TA's potential in this business. She says TA will need to develop this third income stream before it moves to list its property division or, alternatively, issue trust certificates under a real estate investment trust (REIT) for some of its property.

The goal for TA, she explains, is to move away from its dependence on a single core business in a cyclical industry.

Contributions from the property division accounted for about 27% of total revenue compared to 38% generated by the financial services division last year.

Tan hopes that revenue contributions from TA's property development division would eventually even out against that from its financial services division. That said however, she agrees that achieving this goal would depend on how well the equities market continues to perform.

TA's stockbroking division will likely register a strong quarterly performance at the end of April. Tan revealed that the stockbroking division saw a huge swell in earnings in February when the retail players moved into the market aggressively. With expectations that the uptrend in the Kuala Lumpur Composite Index (KLCI) will remain intact this year, she says the financial services division will continue to outpace property earnings this year.

Whether revenue contributions even out between the two main segments soon or otherwise, the prognosis for TA appears positive. Various factors seem to be working in the group's favour right now, not least among them the strengthening equities and property markets.

While there is no doubt that all these developments have kept investor-focus trained on the group, it is still the imminent return of Tiah which has ignited their imagination.

"It's not like Tony's been completely out of the picture in the last five years - after all, Alicia is his wife and husbands and wives talk," says a broker and long-time associate of the Tiahs. "But " the broker pauses to collect his thoughts, "there's something about Tony if he's back, properly back, then things could get very interesting It's just Tony, you've got to know him to understand "

Obviously the market knows him too. Thus, after five years, not quite in the wilderness perhaps but more on a manicured golf course, Tiah will have to get used to all the attention all over again. The smart money is on him getting used to it real fast.

Following is an excerpt of the interview with Tan.

The Edge: What are your plans for your financial services division, particularly the stockbroking side?

Case 1:20-cv-01293-JPC   Document 108-8   Filed 05/20/20   Page 6 of 14

Datin Alicia Tan: I want to emphasise that even though of late I have been very involved in my property business, it doesn't mean that I am neglecting my financial services. It has always been a core of TA. We made a name for ourselves through financial services. All these years, whether in good times or bad times, financial services have been the main earner for TA Group. But I am glad to say that property is now also making a significant contribution. That is what I want. I don't want to be too dependent on only one line.

That is the reason I say I want to build up my property division. You know, the market is quite cyclical. We enjoyed nearly 10 years of boom. Then after the financial crisis, we had nearly 10 years that were not so good. Also, with the reduction in commissions, things like that, I believed that I could not let the company down you see I am also responsible to our shareholders and to all our stakeholders for what I am doing to the company. I believe that we have good landbank and we want to capitalise on that.

But coming back to financial services, we have good branding. As far as retail is concerned, we are still very strong. For February, when the retailers really came in, in a big way, contribution from the stockbroking side surprised even me. I looked at the results for February and I would say it accounted for over 40% of our total broking division's revenue for all of last year.

So, what is your breakdown between retail and institutional sales? It used to be 70:30.

Ya, ya. They came in in a big way. I looked at the results for February and I was stunned. I also didn't expect it to be so fantastic. Later, when I looked at the figures, I said, are you sure or not? (laughs)

Going for UB status

You are no longer the biggest player in retail, are you?

I believe I am still the biggest as far as retail is concerned. I can see that from my market share. When I look at my market share for the day, I know the retailers are in. I am not very big in institutions but I have my fair share of institutions. I have three institutional teams. What makes the difference is retail. On certain days, our market share can be as high as 10% - I am not saying every day. Some days. Market share is normally about 5%. When the retailers come in, I have about 7%.

But I also want to grow the financial services side in terms of corporate finance. That's why we are applying for a licence for corporate finance. Another area we want to grow is structured products. Just as other people are doing, we can offer certain structured products to our clients. Once we have this licence, we can do all this. We are more than qualified. And then, with the government's move to liberalise the financial services sector, I believe we can play a more important role in this sector.

Does this mean you are not going to go for universal broker (UB) status?

It's not that I don't want to. At the moment, I believe the field is very crowded and the price doesn't really justify the premium that I have to pay to become an IB [institutional broker]. But UB, it's not that I don't want that. But certain conditions have been imposed. So, it is something beyond what I can do. They

Case 1:20-cv-01293-JPC    Document 108-8    Filed 05/20/20    Page 7 of 14

want the major shareholder, who is my husband, to sell down they want him to sell down to 20%. It is not something the board can influence. He is a shareholder like any other shareholder. I cannot ask my shareholder to sell down, you know. It is up to him. If he wants to sell down or not, it is his decision.

But even without a UB, there are things I can do - corporate finance, structured products, venture capital. And, of course, we can also grow regionally. We already have an office in Hong Kong. It has been contributing positively to growth. Because of its proximity to China, and with Hong Kong being a very open market, we can do a lot more. China is not that easy to go into. There are a lot of pitfalls. They don't allow us to own 100%. Unless I find a good partner, I don't want to go in and regret.

For all these various new segments, when do you expect to get the licence and start offering these services?

We are quite ready. It is only pending [approval from] the authorities. I believe in corporate finance, a lot of work can be done because our client base is so big. We know so many corporate figures. They are all my clients. So it is quite easy to tap. It is a matter of getting our licence and getting the right people.

So if all goes according to plan, when do you hope to start?

Certainly it will be this year. In fact, I have some corporate finance and structured finance guys on my payroll already, just waiting for the licence. We are now studying everything. It is not that we have not been doing corporate finance work. It is just that now that we want to do submissions, we need the licence.

Don't you think you are a bit late coming into the game as some of the other brokers have already been doing this for sometime now?

There is no such thing as late. To me, corporate finance is not cheap, in the sense that you may hire top powerful people but you cannot pay them peanuts. I am not saying it is easy. But now that Bursa is also listed, they also, like us, need to perform. The authorities also want to have a very vibrant market. They know it is good to have a vibrant stock market. Or else a lot of people don't get the PEs [price-earnings valuation] they want. That's why sometimes people don't want to list in Malaysia, because the PE is poor. So, in a more vibrant market, more people will be prepared to list this year. You can see, locally, Lion [Diversified Holdings] listed [retail unit] Parkson in Hong Kong. Also, the recent Wilmar case. So, a vibrant market is good.

So, there are more overseas listings because valuations are better?

Yes. This is true. Our recent analysis of the REIT [real estate investment trust] market shows our local REIT PEs are so much lower than overseas. Our average PE for a REIT is 16 times only, whereas in Hong Kong and Singapore, it is 22 or 23 times. Our REIT is sometimes even lower at 9 or 10 times. We just don't get the valuations even though our yields are higher.

I think it is partly due to trust in management. It is very important that management proves itself. Just like CapitaLand, they built a good brand name for themselves. So they can go everywhere and they are so successful. I believe that for a well-managed REIT, people will give it good valuations.

Also, our REITs are very new, with track records of only one or two years. So, given time, their valuations will be better.

Case 1:20-cv-01293-JPC　Document 108-8　Filed 05/20/20　Page 8 of 14

Looking at Vietnam

Back to financial services, what are your regional plans?

If I tell you everything, then my competitor will also know where to go (laughs). Some things, I would rather not tell you. But we definitely have plans. Of course, a lot of factors need to be taken into consideration. High risk, high return. Whether we are prepared to go into high-risk areas or whether we want to go into a safer market. Venture capital may be high risk but you get the best returns. I am a custodian of people's money. I can't give my shareholders surprises and one day, I say 'Sorry lah, I lost RM50 million for you because I invested in these companies'. We don't simply do things. We have to study the situations well. Not all foreign countries are the same. We have ventured overseas before and we learnt the hard way.

What about Vietnam? Would you look at Vietnam?

Yes. Vietnam is very interesting. I've been there and it is definitely an area that I would like to be able to grow my business.

For stockbroking?

For stockbroking and for property. China is very expensive. Vietnam, to me, is like Malaysia 30 years ago. So there's a lot more room. Lately, so many foreign funds are pouring into Vietnam. I believe that their government is pro-development. They have seen the success story of China and they want to emulate. And they also want to achieve what China has achieved. They used to be Communist-minded but they are now very capitalist.

Have you been talking to anyone in Vietnam?

Yes, my people have been going there.

Have you personally been there?

I've been there too.

So Vietnam is a target market for TA?

Yes.

What are the rules there on setting up a stockbroking company?

They don't allow you to control it. So, you have to go in with a partner. But they have signed up to the WTO and they are committed to it. I think they will open by 2009.

Case 1:20-cv-01293-JPC   Document 108-8   Filed 05/20/20   Page 9 of 14

Will you go in now or wait till the WTO rules come into effect?

I have to find a local partner first.

Have you identified a potential partner?

We've been talking but nothing concrete has come of it.

Apart from Vietnam, what are your other targets? China?

We are constantly on the lookout but we have to be careful and assess markets. We can't simply go in blindly. We are prudent. You can see, in good times or bad times, TA still makes money. We are doing quite well locally, so if we want to venture overseas, we have to be comfortable. I don't want to have a headache there. We have ventured overseas in the past and in some cases, in the end we had to sell out because it was a tough environment.

As a niche broker, how do you see your prospects for growth locally?

You see, the IBs, their cost is high as they had to pay for the licence. Competition is always out there. That is the reason some of the IBs also have to go regional. Malaysia just has too many IBs. There is not enough work to do.

In terms of your own market position, how are you competing?

The big boys definitely have an edge. They have more rounded services. They offer everything. But as a niche broker, our costs are not so high. We are more mobile. We don't need to do a lot in a year. Other people, because of their big departments, they have to do a lot to make money, whereas I do a few in a year and I am quite happy. That's our strategy. We do not have to compete in terms of the numbers that we do. We just do a few good projects in which we can make money, basically to service the clients that are with us. The clients that are with us, we don't want to lose.

Will financial services continue to be your main earnings generator?

Yes.

**Tony Tiah**'s comeback

What is Datuk **Tony Tiah**'s role at TA now? Will he come back actively since the five years are almost up?

Yes, he can come back. Actually, I am looking forward so that he will come back to help. Because, you see, with his vast experience, I think he will definitely be able to contribute to the group. Whether he comes in officially or just as a consultant, it is still good for the group.

Case 1:20-cv-01293-JPC    Document 108-8    Filed 05/20/20    Page 10 of 14

Will you take a step back then?

Definitely, I would have less work to do.

When will he likely be back?

I think I don't know. Even the board thinks that he would definitely make a positive contribution. But he is also so used to having a good life, so he says, even if he comes back, 'Don't expect me to work 9 to 5' (laughs).

There will be no barriers to him coming back? You don't need to get approval for him to come back?

No, I don't think so. But he also says, 'Not fair, is it? You've been doing a good job, suddenly dispose of you'. I say, 'No, I'm okay'.

Do you think it would go back to the old days, where Datuk had the reputation of being the face of TA but you were the one who kept operations going? Will it go back to that?

I wish it would go back to that, seriously. He will strategise. He's very visionary. He will think long term. He bought a lot of the landbank. Even the land opposite KLCC was bought during his time.

There were plans in the past to sell your stockbroking business? Is this still an option?

No.

Will you break up the property and stockbroking units?

I cannot say I won't. It is an option. I have property, and they are all income-yielding. There are so many things that I can do now. I can list. I can REIT it. TA is now in a position to explore all these possibilities.

Listing TA Prop

Would you list your property division?

It is an option. I would rather list property separately outside Malaysia.

Where would you look to list it?

It is one option that the board is considering.

Case 1:20-cv-01293-JPC    Document 108-8    Filed 05/20/20    Page 11 of 14

What do you consider attractive markets for you to be listed in?

Either Hong Kong or Singapore. They are both very attractive markets to me. To me, they offer attractive PEs.

Would you list just your Malaysian properties or will it also include your foreign properties?

We will list it [all] together. But actually, by listing it, it would defeat the purpose of TA having a balanced earnings stream. So, I must be able to start another line of business. We are going to start managing serviced apartments.

I already have the experience of managing a hotel. Now I want to do what Ascott [Group] is doing.

So you will be managers?

Yes.

What brand name will you have?

I quite like the name Idaman.

(Datuk **Tony Tiah** walks into the office and walks right back out again when he realises who is with his wife. Despite some persuasion, she declines our request for Tiah to sit in for the interview. 'He's very publicity shy,' she laughs.)

Okay then, going back to property, you are committed to a lot on the property side. Is it too much?

I am not doing it all overnight. The first block, I am going to run it as an income-yielding asset. The second block, we are going to sell 100% and manage it. And the third block [also planned as serviced apartments], I will only launch when the time is right, in the sense that I must get the right price.

You have talked about raising RM1 billion by REIT-ing your properties

Yes, because our Sydney Hotel [Radisson Plaza], people have already offered me $135A million [about RM382 million]. And the Canadian asset, we have had offers to buy at $150C million [about RM450 million]. Just add these two, it is over RM800 million. And if I put in TA, it would be RM1 billion.

But you're not selling?

I am not selling. If I put them in a REIT, I can keep the asset and sell some. Chances are if we do a REIT, we will sell at least 50%. That's my idea lah. I haven't got the board's approval yet. It is just me thinking aloud.

Case 1:20-cv-01293-JPC    Document 108-8    Filed 05/20/20    Page 12 of 14

What do you plan to do with the cash that will be raised from the REIT?

Oh! There's so many things that I can do. One good story to tell is that I want to develop TA Three. Instead of borrow, borrow, borrow and be at the mercy of the banks. I can also do it in phases.

Some market players now view TA as a property play rather than a stockbroking play. Would you agree with that observation?

If the market is good, it is hard for the property side to catch up. But I intend to grow both businesses. Definitely, TA will be serious about property and contributions will increase through the years. Now we have to see how the financial division performs, whether we are successful in our ventures overseas. If we cannot find good partners, then it might be true that property will overtake [financial services]. Especially as I want to grow the serviced apartment side. Ascott, one year, makes over RM100 million.

I still prefer a 50:50 contribution from the two divisions. But it will all depend on market conditions.

Within the property market, where do you see your niche?

I want to see myself in the high-end market. High doesn't mean expensive. High means we give you value. So you have appreciation in your property. Because we are very careful in choosing our location and all our property is freehold.

My background is still a broker. I always put myself in my purchaser's shoes. If I am a purchaser, would I buy? If I myself don't want to buy, why would my purchaser buy?

Have there been changes in the property management team?

Yes. We will definitely bring in more people to help grow the business.

So you are now the CEO?

I am the CEO, executive chairman (laughs). I want to be more hands on as we grow this business. And I set the overall direction for the various heads. (Former CEO Rabindran Thaver has left the company.)

Until Datuk comes back?

Ya (laughs).

Are you looking forward

Case 1:20-cv-01293-JPC   Document 108-8   Filed 05/20/20   Page 13 of 14

Ya, definitely, I am looking forward to him coming back.

to taking a step back?

In fact, I am looking forward to not having to work so hard.

You were planning to set up a bond team if you went down the UB road?

Yes.

Now that you don't have one, do you consider it a disadvantage?

That's why I said, it is not that I am not going to pursue this route. We have not given up wanting to become a UB. But IB, we feel that it is too costly.

But for a UB, you will have to go through the condition of selling down?

Ya.

So, Datuk might still sell down?

Well, there are so many ways to do things.

Case 1:20-cv-01293-JPC    Document 108-8    Filed 05/20/20    Page 14 of 14