# EXHIBIT 10

Case 1:20-cv-01293-JPC   Document 108-10   Filed 05/20/20   Page 2 of 6



# Taking the reins

**LIFESTYLE**

Saturday, 14 Aug 2010   12:00 AM MYT

By **KEE HUA CHEE**

Tiah Joo Kim, 30, deputy CEO and heir apparent to property and investment company, TA Enterprise, may have been born with a silver spoon but he insists he has earned whatever he has received.

Winning a corporate award is always cause for celebration but when Tiah Joo Kim, deputy CEO of TA Enterprise, was conferred the Most Promising title by Prestige magazine, he was just relieved.

"I am extremely competitive and hate losing! I thought my chances were good but, as with everything else in life, I don't take anything for granted. Now I feel like I am extremely pregnant and have no choice but to deliver!" he half-jokes.

Fortunately for Tiah and the Malaysian corporate scene, delivering the goods is something he does well.

Born in Kuala Lumpur, Tiah Joo Kim, the eldest son of Datuk Tony Tiah and Datin Alicia Tiah, received his Bachelor of Science in Management from Oral Roberts University in Tulsa, Oklahoma, the United States and earned his Master of International Business at Macquarie University in Sydney, Australia.

Tiah, who has two elder sisters and a younger brother and sister, is the heir apparent of his parents' investment and property businesses.

"As the eldest son, I was given to understand that my parents would groom me to be the eventual successor of TA. However, my father made it clear that I had to prove I could handle the responsibilities before he passed the baton to me. He said the last thing he wanted was for me to fail or, worse, to lose everything they had worked so hard for.

"It would not be handed to me on a silver platter," he explains.

His father is the founder of TA Enterprise and its property arm, TA Global Berhad. TA Global has a market capitalisation of over RM2bil, making it one of the top five property companies listed in the KL bourse. The senior Tiah is on record as saying he would hand over the business to his children in 2014

 Home    For You    Bookmark    Audio    Search

"I am responsible for the overall performance and welfare of TA Enterprise. I have to bring in new business and ensure consistent returns. I am supposed to provide leadership, guidance and direction, and ensure that projects are completed on time and within budget.

"TA must be financially robust and managed efficiently with no abuse, discrimination or leakages. The staff must be inspired to go that extra mile, be well cared for and in the right positions based on their capabilities. I am accountable not only to shareholders but also the staff," Tiah says.

"I get to check my e-mail at the end of the working day. Most nights I have dinner in my office as I don't socialise actively. I also need to know what's happening in the markets on the other side of the world with different time zones as Europe opens when Asia closes."

In other words, Tiah is always waist-deep in work.

Latest projects

"In January this year, we opened our new hotel AAVA Whistler Hotel in Whistler, British Columbia, Canada, just in time for the Winter Olympics in February 2010. We also own Westin Melbourne and Swisshotel Merchant Court, Singapore. We are planning two five-star AVAA hotels in KL, one opposite Petronas Twin Towers and the other opposite Ritz-Carlton.

"We are also currently selling and marketing Phase 4 of Damansara Idaman, called Amania, next to Tropicana Golf Resort. We are already 80% sold, so we are getting there. We are now launching our 19ha township called Seri Suria in Sri Damansara. This will have 25 shops cum offices and 270 serviced apartments. For the third quarter next year, we will launch 27 high-end apartments and town villas in Jalan U-Thant," Tiah rattles off.

It's not just the material world that he is preoccupied with. Devout Christians, Tiah and his family are building a new orphanage called Shepherd's Centre on 3,344sq m of land in Bukit Beruntung to accommodate 50 orphans.

The family goes to church every Sunday, and lately, Tiah Sr has taken to preaching the gospel in churches and conferences.

Too young to succeed?

To wind young Tiah up, you just have to accuse him of being young and privileged.

"I am not too young to hold such a high and powerful position! I don't say this in an arrogant manner. Don't get me wrong. I do not deny that to a certain degree I lack experience and knowledge, but you can have all these and NOT be a good CEO.

"For example, many global banks and companies paid ludicrous salaries and bonuses to supposedly

 Home     For You     Bookmark     Audio     Search

companies! They sold junk bonds, over-leveraged their companies and did not care for their companies and staff with their rampant abuse of shareholders' funds.

"These CEOs and directors were still demanding huge bonuses and flying in company jets when their banks or firms were technically insolvent. So, were they 'qualified' to run such companies despite being 50?" he asks, a bit riled up.

"Yes, I would not be in this position if I weren't my parents' eldest son. However, this does not mean I am unsuitable. I treat the company as my own. Every decision that affects the company, affects me personally. My staff know I truly care for the company and their well-being. Furthermore, I have had the privilege of being groomed by my parents since young. They have ingrained in me the values, ethics and principles of good business.

"I have experience in property development, investment, finance and management. I have been through the entire process, from acquisition to completion to hand-over to buyers several times. I have managed offices and hotels and worked in a global bank for a few years so I have a sound understanding of finance," he adds, defensively.

Ruffling Tiah's feathers sure spurs him on!

"There will always be people who insist on running me down with this 'he is daddy's son' routine, so it doesn't faze me. I am not here to please them. I am here to carry out what God has called on me to do in this life. I truly believe God has shaped everything in my life to prepare me for this.

"All I have to do is continue the process and uphold His principles in my work and personal life. I'll do my best, and surely God will take care of the rest. God is my source of everything but I don't profess to be super-holy," he says.

"I believe I have all the tools, aptitude, personality and character to be a great leader. I am extremely driven and have an insatiable desire to succeed. When I make mistakes, I am quick to fix the situation and try my best to never allow pride or emotion to get in the way.

"I am only as good as my team. I delegate tasks to the most competent. A good CEO knows how to identify talent and to let it flourish."

Tiah's take on his parents?

My father eats, sleeps and breathes business. It is not really work for him as he strives to be the best in everything he has a passion for. He constantly tries to improve himself and is a great leader. He is extremely driven, technically competent, has great foresight and business sense and is a good judge of character.

"Mum is a tough lady. She is very straightforward. She can be cutthroat when it comes to business


Home


For You


Bookmark


Audio


Search

believes she is doing what is best or what is right. She is meticulous and great with numbers, and likes to manage and control things.

"Together, my parents make an excellent team because Dad focuses on business while Mum manages," Tiah summarises.

Despite their millions, the Tiahs are not extravagant.

"I am still paying my home mortgage! Yes, like most people, I am in debt but don't get me wrong, I am comfortable and can afford most things but most things are not necessary. I am quite a simple person when it comes to material things. I try my best to humble myself and check my ego every day — numerous times a day!"

Tiah says one of the top priorities on his To Do list is marriage. There is, after all, more to life than work.

"I am very much single and available!" he grins.



**Subscriptions**

The Star Digital Access

SMS Services

Newsstand

Other Publications

**Company Info**

About Us

Job Opportunities

Investor Relations

**Policies**

Privacy Statement

Terms & Conditions

**Advertising**

Our Rate Card

Classifieds

**Help**

Contact Us

FAQs



Copyright © 1995- 2020 Star Media Group Berhad (10894D)
Best viewed on Chrome browsers.


Home


For You


Bookmark


Audio


Search