# EXHIBIT 11

**Helping others, quietly**

New Straits Times (Malaysia)

September 23, 2007 Sunday
Copyright 2007 New Straits Times Press (Malaysia) Berhad All Rights Reserved
**Section:** Pg. 3; LOCAL
**Length:** 1089 words
**Byline:** Sofianni Subki

Body

SHE owns a whole building (and then some) but shoe-lover Datin Alicia Tiah isn't brand-conscious. She tells SOFIANNI SUBKI that it's important to give back to the community.

He was just one of the many orphans under their care. But that didn't change the fact that the seven-year-old was like a son to Pastors Jacop and Bridget David, founders of Shepherd's Centre Foundation, a children's home in Semenyih. After all, they had cared for him since he was a baby.

But because he was HIV-positive, the authorities took him away as the centre was not equipped to provide the medical care he needed. "The pastors were heartbroken," says Datin Alicia Tiah, managing director and CEO of TA Enterprise Berhad. "So they came to see me and asked me if I could do something."

That was how her company came to pledge its commitment to building a new home in Bukit Beruntung that will have facilities to cater to HIV-positive children.

Construction will begin next year. The new centre, which will be a double-storey building, has a built-up area of 1,115 sq m (12,000 sq ft) on a 0.34 hectare site. It will have a rain water recycling system as well as a vegetable and fish farming area.

"I don't see it as TA's project alone," says Tiah, 56. "It has to be supported by the public. We bought the land and we will build the home to the specifications required. But the centre itself must be sustainable."

Sitting in her office on the 34th floor of Menara TA One, she is a picture of loveliness in a lavender kebaya. A big jewellery watch, bold cocktail ring and striking pendant in the form of an ornate black cross complete the look.

She chose Shepherd's Centre because she's known Jacop and Bridget for a long time. The two have been looking after abandoned, neglected, abused and terminally-ill children for 14 years. The centre currently has over 100 children and 13 senior citizens.

"We've been donating to them as well as other charities for many years now but always quietly," she adds. "As a Christian, I believe that what the right hand gives, the left hand need not know. But since CSR (corporate social responsibility) is the buzzword now, we have to come out in the open."

She hopes the publicity will encourage other corporations to give as well. "Many are quite willing to give but they want to be sure that those running the charities are trustworthy."

Last year, TA Enterprise donated to Desa Amal Jireh, another orphanage. RM420,000 was given to build a community hall and RM80,000 to buy beds and cupboards. The company gives RM8,000 every month for upkeep.

On why she chose to help orphans, she says that children, irrespective of race and religion, must be given the basics like food, shelter and education. Children are innocent and must not be punished for their parents' mistakes.

"We are so blessed, we have to give back to society," continues Tiah, a Penangite. "Especially to those who are unable to help themselves. Orphans are most vulnerable. I personally don't have the time to look after them. So the next best thing is to find people who genuinely care for them and help them financially."

So far, she is happy with the work Jacop and Bridget have been doing. Boys and girls are placed in separate living quarters. Children who perform well in school are encouraged to pursue a college education. Those who don't are taught vocational skills like car repair. Being church supported, the centre will instill Christian values that will help the children be strong when facing challenges in life.

Many of the children do have parents but their parents are unable to care for them. Most have low self-esteem as they believe that they must have done something wrong to have been abandoned by their parents. Not surprisingly, they end up with all sorts of problems. Some do badly in school, some wet their bed at night.

"That's why it's important for them to know that God loves them," says Tiah. "That they haven't done anything to deserve their fate and they must have a purpose in life."

Born Tan Kuay Fong, she attended a Chinese primary school before going to St George's Girls School in Penang. She holds an economics degree and post graduate diploma in accounting from Universiti Malaya.

She cites her husband, Datuk Tony Tiah Thee Kian, as her greatest influence. It was he who encouraged her to become a remisier shortly after she graduated. After more than 10 years, she started her own stockbroking firm in Shah Alam.

Seven years later, she sold the company and together with her husband, started a new one in KL. They bought over an existing company and renamed it TA Securities. A few months later, it was listed on the KLSE.

Today, TA Securities is one of the two pillars that TA Enterprise is built on. The other is TA Properties. The TA Group has business interests in Canada, Australia, Hong Kong and South Africa.

Despite her success, she maintains that she is not ambitious. "But my husband is," she says. "He's the one that empowered me. In order for a woman to be successful, she must have the support of her husband. If your husband doesn't support you and you go ahead, you end up in a divorce."

The Tiahs have five children, three girls and two boys. Daughter Eelaine, 34, is her eldest, while son Joo Keng, 14, is her youngest. Sisters Ailin and Sook Lin as well as brother Joo Kim make up the rest of the family. Eelaine, Ailin and Joo Kim live overseas.

Was she ever tempted to quit to look after her children? "My hubby never asked me to and I enjoyed my work too much," says Tiah, who has three grandchildren. "Besides, I'm blessed with good maids. I used to tell them what to cook but they know me so well now I don't have to bother anymore."

Believe it or not, she business travels to relax. "That's how I relax, by combining business and pleasure," she says. "If I need to unwind, I go for a short trip. Most times, I go with my husband and sometimes, the children come along. But I do go on a long break with the children once a year."

If there's one thing she has a weakness for, it's shoes. "I love shoes, especially those in bright colours," she says with a laugh. "But I'm not fussy about brands. I buy what I like."

Recently, she was nominated for the Ernst & Young Woman Entrepreneur of the Year. She is one of three nominees. If she wins in December, it'll be her first award.

"I had no intention to submit my name," she says. "But my good friend, Nafisah Radin, who won the award last year, said I should. So my staff compiled my so-called achievements and submitted my application. We'll see how it goes."