# EXHIBIT 15

(A) Neutral
As of: May 20, 2020 10:55 PM Z

## *Kipling v. Flex Ltd.*

United States District Court for the Northern District of California, San Jose Division

September 26, 2019, Decided; September 26, 2019, Filed

Case No. 18-CV-02706-LHK

**Reporter**
2019 U.S. Dist. LEXIS 165876 *

DAVID KIPLING, et al., Plaintiffs, v. FLEX LTD., et al., Defendants.

**Prior History:** *Kipling v. Flex Ltd., 2019 U.S. Dist. LEXIS 57744 (N.D. Cal., Apr. 3, 2019)*

## Core Terms

lead plaintiff, appointment, motions, putative class, class action, lead counsel, time spent, contemporaneous, recorded, serving, costs, tasks

**Counsel:** [*1] For David Kipling, Plaintiff: Lesley F. Portnoy, LEAD ATTORNEY, Ex Kano S. Sams, II, Lionel Z. Glancy, Robert Vincent Prongay, Glancy Prongay & Murray LLP, Los Angeles, CA; Charles Henry Linehan, Glancy Prongay and Murray LLP, Los Angeles, CA; Ivy T. Ngo, Franklin D. Azar and Associate, P.C., Aurora, CO.

For LEAD PLAINTIFF Bristol County Retirement System, Plaintiff: David Bricker, LEAD ATTORNEY, CO-LEAD COUNSEL, Thornton Law Firm, Beverly Hills, CA; Ivy T. Ngo, LEAD ATTORNEY, Franklin D. Azar and Associate, P.C., Aurora, CO; Guillaume Buell, Thornton Law Firm LLP, Boston, MA; Paul R Wood, PRO HAC VICE, Franklin D. Azar & Associates, P.C., Aurora, CO.

For Flex Ltd., Michael M. McNamara, Christopher E. Collier, Michael Dennison, Kevin Kessel, Defendants: Sara B. Brody, LEAD ATTORNEY, Nicole Marie Ryan, Stephen Chang, Sidley Austin LLP, San Francisco, CA.

For Helene Gryfakis, Movant: Laurence Matthew Rosen, The Rosen Law Firm, P.A., Los Angeles, CA.

For Iron Workers Local 580 Joint Funds, Intervenor: David Ronald Stickney, LEAD ATTORNEY, Bernstein, Litowitz, Berger & Grossmann, San Diego, CA; Avi Josefson, Bernstein Litowitz Berger Grossmann LLP, New York, NY; Jonathan Daniel Uslaner, Bernstein [*2] Litowitz et al, San Diego, CA; Michael D. Blatchley, PRO HAC VICE, Bernstein Litowitz Berger Grossmann LLP, New York, NY.

**Judges:** LUCY H. KOH, United States District Judge.

**Opinion by:** LUCY H. KOH

## Opinion

**ORDER APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL**

Re: Dkt. Nos. 77 and 78

On October 1, 2018, the Court appointed Bristol County Retirement System ("Bristol County") as Lead Plaintiff in this case. ECF No. 37. Following the filing of an amended complaint that added allegations, revised the theory of recovery, and expanded the relevant class period, ECF No. 42, the Court vacated its earlier lead plaintiff selection, ordered the republication of notice, and re-opened the lead plaintiff selection process, ECF No. 74.

2019 U.S. Dist. LEXIS 165876, *2

On June 4, 2019, two motions for appointment of lead plaintiff were filed. ECF Nos. 77 and 78. Bristol County filed one motion. ECF No. 77. National Elevator Industry Pension Fund ("National Elevator") and Toronto Transit Commission Pension Fund Society ("Toronto Transit") filed a joint motion. ECF No. 78. On June 18, 2019, Defendants filed a statement of non-opposition to either motion for appointment of lead plaintiff. ECF No. 97. That same day, Bristol County filed a motion acknowledging that National **[*3]** Elevator and Toronto Transit possess larger financial interests in the relief sought by the class. ECF No. 98 at 2. Bristol County also noted that it does not oppose National Elevator or Toronto Transit serving as Lead Plaintiffs, but was also ready to continue serving as counsel. *Id.* at 2-3.

On September 26, 2019, the Court held a hearing on the motions. Having reviewed the motions for appointment of lead plaintiff and considered the parties' arguments at the hearing, the Court hereby APPOINTS National Elevator as Lead Plaintiff in the above-captioned case. The Court finds that National Elevator satisfies the requirements for lead plaintiff pursuant to *15 U.S.C. § 78u-4(a)(3)(B)(iii)*. In the interest of efficient representation in the instant case, the Court finds it excessive to appoint two or three Co-Lead Plaintiffs in this single case. *See Melucci v. Corcept Therapeutics Inc.*, Case No. 5:19-cv-01372-LHK, ECF No. 55 (N.D. Cal. July 2, 2019).

National Elevator proposes Labaton Sucharow LLP ("Labaton Sucharow") as lead counsel for the putative class. *See* ECF No. 78 at 14-15; *15 U.S.C. § 78u-4(a)(3)(B)(v)*. Having reviewed Labaton Sucharow's submissions and having considered the factors enumerated in *Rule 23(g)(1)(A) of the Federal Rules of Civil Procedure*, the Court hereby APPOINTS Labaton Sucharow as Lead **[*4]** Plaintiffs' Counsel in the consolidated action. *See In re Cohen v. U.S., 586 F.3d 703, 712 (9th Cir. 2009)* (holding that "if the lead plaintiff has made a reasonable choice of counsel, the district court should generally defer to that choice"). Labaton Sucharow has (1) performed considerable work in identifying potential claims in this action; (2) demonstrated experience handling class actions, including securities class actions; (3) shown adequate knowledge of the applicable law; and (4) established a willingness to commit significant resources to representing the class. *See Fed. R. Civ. P. 23(g)(1)(A)*.

To ensure efficiency, the Court adopts the following protocols. Other than Labaton Sucharow, no other law firms shall work on this action for the putative class without prior approval of the Court. Motions for approval of additional Plaintiffs' counsel shall identify the additional Plaintiffs' counsel and their background, the specific proposed tasks, and why Labaton Sucharow cannot perform these tasks.

The Court further orders that any billers who will seek fees in this case, including staff, consultants, and experts, shall maintain contemporaneous billing records of all time spent litigating this case. By "contemporaneous," the Court means that an individual's **[*5]** time spent on a particular activity should be recorded no later than seven days after that activity occurred. Mr. Michael H. Rogers shall review and approve attorneys' fees and costs each month and strike any duplicative or unreasonable fees and costs.

**IT IS SO ORDERED**.

Dated: September 26, 2019

/s/ Lucy H. Koh

LUCY H. KOH

United States District Judge

---

End of Document