**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTIN COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LUCKIN COFFEE INC., JENNY ZHIYA QIAN, and REINOUT HENDRIK SCHAKEL,<br><br>Defendants. | No. 1:20-cv-01293-LJL<br><br>**MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL RULE 1.4**<br><br>CLASS ACTION |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that class member Satyanarayana Kanchanapalli ("Mr. Kanchanapalli" or "Movant"), will and hereby does respectfully move this Court for an Order permitting the withdrawal of appearance of Jason A. Zweig in the above-captioned action. On June 12, 2020, this Court appointed the AP7 Group as Lead Plaintiff and Bernstein Litowitz Berger & Grossman LLP and Kessler Topaz Meltzer & Check, LLP as Lead Counsel (ECF no. 118). Mr. Kanchanapalli has no further role in this case, other than as a putative class member, and consents to the withdrawal of Mr. Zweig. Accordingly, Mr. Zweig requests that his withdrawal as counsel be granted and he be removed from this action's electronic case filing (ECF) service list.

DATED:  June 15, 2020

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Jason A. Zweig*
   JASON A. ZWEIG

555 Fifth Avenue, Suite 1700
New York, NY 10017
Telephone: (212) 752-5455

-1-

Facsimile:  (917) 210-3980
jasonz@hbsslaw.com

Reed R. Kathrein
Lucas E. Gilmore
Danielle Smith
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for [Proposed] Lead Plaintiff*
*Satyanarayana Kanchanapalli*

**IT IS SO ORDERED**.

DATE: _____          _____
                                                                HON. LEWIS J. LIMAN
                                                                UNITED STATES DISTRICT JUDGE

-2-

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Jason A. Zweig*
JASON A. ZWEIG

010911-11/1301005 V1