Case 1:20-cv-01293-LJL   Document 146   Filed 08/17/20   Page 1 of 2



Writer's Direct Dial: 484-270-1456
E-Mail: snirmul@ktmc.com
*Please reply to the Radnor Office*

August 17, 2020

**VIA ECF**
The Honorable Lewis J. Liman
United States District Judge
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 701
New York, NY 10007-1312

    Re:  *In re Luckin Coffee Inc. Securities Litigation*,
           No. 1:20-cv-01293-LJL-JLC (S.D.N.Y)

Dear Judge Liman:

      On behalf of Lead Plaintiffs Sjunde AP-Fonden and Louisiana Sheriffs' Pension & Relief Fund ("Lead Plaintiffs") in the above-referenced securities class action, we write in accordance with Your Honor's Individual Practices in Civil Cases ¶ 1.C ("Requests for Adjournments or Extensions of Time") to respectfully request a thirty (30) day extension of the deadlines set forth in the Court's June 26, 2020 Order Regarding Briefing Schedule for Consolidated Complaint and Defendants' Response (ECF No. 129). Pursuant to the June 26, 2020 Order, Lead Plaintiffs must file the complaint on or before August 25, 2020. However, due to unavoidable delays caused by the ongoing global pandemic, Lead Plaintiffs respectfully request an additional thirty (30) days to conduct their investigation and prepare the complaint. There have been no prior requests for an extension by any party. On August 13 and 14, 2020, Lead Plaintiffs conferred via email with Defendant Luckin Coffee Inc. ("Luckin") and Defendants Credit Suisse Securities (USA) LLC, Morgan Stanley & Co. LLC, Needham & Company, LLC, and KeyBanc Capital Markets Inc. (collectively, the "Underwriter Defendants"), the only Defendants who have entered appearances in this matter, and Defendants do not oppose Lead Plaintiffs' request. There are currently no scheduled appearances before the Court.

      Under the parties' proposed amended schedule, Lead Plaintiffs will file the complaint on or before September 24, 2020 and the remaining deadlines would each be extended by thirty (30) days. These dates are set forth in the Stipulation And [Proposed] Order Regarding Amended

280 King of Prussia Road, Radnor, Pennsylvania 19087   T. 610-667-7706   F. 610-667-7056   info@ktmc.com
One Sansome Street, Suite 1850, San Francisco, California 94104   T. 415-400-3000   F. 415-400-3001   info@ktmc.com
WWW.KTMC.COM

Hon. Lewis J. Liman
August 17, 2020
Page 2



Schedule For Consolidated Class Action Complaint And Defendants' Response, attached hereto as Exhibit A.

 We thank the Court for its attention to this matter.

<div style="text-align:right">
Respectfully submitted,

Sharan Nirmul
</div>

cc: All Counsel of Record (via ECF)