# EXHIBIT A

| | |
|---|---|
| IN RE LUCKIN COFFEE INC. SECURITIES LITIGATION | Case No. 1:20-cv-01293-LJL-JLC<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED SCHEDULE FOR CONSOLIDATED CLASS ACTION COMPLAINT AND DEFENDANTS' RESPONSE** |

WHEREAS, several putative class actions have been filed in this District and in the United States District Court for the Eastern District of New York against Luckin Coffee Inc. ("Luckin") and certain of its officers and directors for violations of the federal securities laws, including *In re Luckin Coffee Inc. Securities Litigation*, Case No. 1:20-cv-01293-LJL-JLC (S.D.N.Y.) (the "Cohen Action"); *Shek v. Luckin Coffee Inc.*, Case No. 1:20-cv-02977 (S.D.N.Y.) (the "Shek Action"); *Sterckx v. Luckin Coffee Inc.*, Case No. 1:20-cv-01677 (E.D.N.Y.) ("Sterckx Action"); and *Gopu. v. Luckin Coffee Inc.*, Case No. 1:20-cv-01747 (E.D.N.Y.) ("Gopu Action");

WHEREAS, certain of these actions have named as defendants Credit Suisse Securities (USA) LLC, Morgan Stanley & Co. LLC, Needham & Company, LLC, and KeyBanc Capital Markets Inc. (collectively, the "Underwriter Defendants");

WHEREAS, on May 15, 2020, this Court consolidated all actions under the master docket, Case No. 1:20-cv-01293-LJL-JLC (S.D.N.Y.), and directed that all other cases be administratively closed (ECF No. 104);

WHEREAS, on June 12, 2020, this Court issued an Opinion and Order appointing Sjunde AP-Fonden and Louisiana Sheriffs' Pension & Relief Fund as lead plaintiff (collectively, AP7 and

Louisiana Sheriffs are "Lead Plaintiffs"), and appointing Kessler Topaz Meltzer & Check, LLP and Bernstein Litowitz Berger & Grossmann LLP as class counsel (ECF No. 118);

WHEREAS, on June 26, 2020, the Court entered a Stipulation and Order Regarding Briefing Schedule for Consolidated Complaint and Defendants' Response (ECF No. 129) (the "Order");

WHEREAS, due to unavoidable delays caused by the ongoing global pandemic, Lead Plaintiffs require an additional thirty (30) days to conduct their investigation and prepare the Consolidated Class Action Complaint;

WHEREAS, Lead Plaintiffs and counsel for Luckin and the Underwriter Defendants have met and conferred regarding a modification to the current schedule and Luckin and the Underwriter Defendants do not oppose the request;

**IT IS ACCORDINGLY STIPULATED AND AGREED** among the undersigned counsel, subject to the Court's approval, that:

1.      The schedule set out in the June 26, 2020 Order is hereby modified, as outlined below:

      a.      Lead Plaintiffs shall file the Consolidated Class Action Complaint on or before September 24, 2020.

      b.       Luckin and the Underwriter Defendants shall file an answer or otherwise respond to the Consolidated Class Action Complaint within sixty (60) days of the filing date of the Consolidated Class Action Complaint.

      c.      If Luckin or the Underwriter Defendants file a motion to dismiss the Consolidated Class Action Complaint, Lead Plaintiffs shall file a response

to the motion(s) to dismiss within sixty (60) days of the filing date of the motion to dismiss.

d. Luckin and the Underwriter Defendants shall file replies to the response to the motion to dismiss within thirty (30) days of the filing date of Lead Plaintiffs' response.

Dated: August 17, 2020

Respectfully submitted,

**KESSLER TOPAZ MELTZER & CHECK, LLP**

*[signature]*

Sharan Nirmul
Gregory M. Castaldo
Richard A. Russo, Jr.
Lisa M. Port
Nathan A. Hasiuk
Mark C. Franek
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
snirmul@ktmc.com
gcastaldo@ktmc.com
rrusso@ktmc.com
llambport@ktmc.com
nhasiuk@ktmc.com
mfranek@ktmc.com

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*John Rizio-Hamilton/WP*

John Rizio-Hamilton
Salvatore J. Graziano
Jai Chandrasekhar
Kate W. Aufses
1251 Avenue of the Americas

**DAVIS POLK & WARDWELL LLP**

*Lawrence Portnoy/WP*

Lawrence Portnoy
Brian S. Weinstein
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4874
lawrence.portnoy@davispolk.com
brian.weinstein@davispolk.com

Jonathan K. Chang
18/F, The Hong Kong Club Building
3A Chater Road, Hong Kong SAR
Tel: +852-2533-1028
Fax: +852-2533-4358
jonathan.chang@davispolk.com

*Attorneys for Defendant Luckin Coffee Inc.*

**CAHILL GORDON & REINDEL LLP**

*David B. Januszewski/WP*

David G. Januszewski
Samuel G. Mann
Herbert S. Washer
80 Pine Street

3

New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
johnr@blbglaw.com
salvatore@blbglaw.com
jai@blbglaw.com
kate.aufses@blbglaw.com

*Counsel for Lead Plaintiffs Sjunde AP-Fonden and Louisiana Sheriffs' Pension & Relief Fund and Lead Counsel for the Putative Class*

New York, New York 10005
(212) 701-3000
djanuszewski@cahill.com
smann@cahill.com
hwasher@cahill.com

*Counsel for Underwriter Defendants Credit Suisse Securities (USA) LLC, Morgan Stanley & Co. LLC, Needham & Company, LLC, and KeyBanc Capital Markets Inc.*

**IT IS SO ORDERED.**

Dated: _____

_____
HON. LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE