# EXHIBIT A

## CERTIFICATION

Sjunde AP-Fonden ("AP7" or "Lead Plaintiff"),[1] declares, as to the claims asserted under the federal securities laws that:

1. Lead Plaintiff did not purchase the securities that are the subject of this action at the direction of Lead Plaintiff's counsel or in order to participate in any private action.

2. Lead Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3. Lead Plaintiff's Class Period purchase and sale transactions in Luckin Coffee Inc. securities that are the subject of this action are attached in Schedule A.

4. AP7 has full power and authority to bring suit to recover for its investment losses.

5. Lead Plaintiff has fully reviewed the facts and allegations of the Consolidated Class Action Complaint and authorizes its filing.

6. I, Richard Gröttheim, Chief Executive Officer of AP7, am authorized to make legal decisions on behalf of AP7.

7. Lead Plaintiff intends to actively monitor and vigorously pursue this action for the benefit of the class.

8. Lead Plaintiff will endeavor to provide fair and adequate representation and work directly with the efforts of class counsel to ensure that the largest recovery for the class consistent with good faith and meritorious judgment is obtained.

9. AP7 is currently serving as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this certification in *Sjunde AP-Fonden, et al. v. General Electric Co., et al.*, No. 17-cv-8457 (S.D.N.Y.), *Sjunde AP-Fonden v. The*



*Goldman Sachs Group, Inc., et al.*, No. 18-cv-12084 (S.D.N.Y.), *In re Kraft Heinz Securities Litigation*, No. 19-cv-1339 (N.D. Ill.), and *In re Luckin Coffee Inc. Securities Litigation*, No. 20-cv-1293 (S.D.N.Y.).

10. AP7 has sought to serve (and either withdrew its motion or was not appointed) as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in *In re 3M Co. Securities Litigation*, No. 19-cv-15982 (D.N.J.).

11. Lead Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Lead Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this __21__ day of September 2020.

Sjunde AP-Fonden

By: _____
Richard Göttheim
Chief Executive Officer

---

[1] AP7 is acting on behalf of the AP7 Equity Fund in this litigation. All references to "Sjunde AP-Fonden" or "AP7" in this litigation are to AP7 acting on behalf of the AP7 Equity Fund.

## SCHEDULE A

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| ADS | BUY | 1/23/2020 | 50,000 | $44.67 |
| ADS | BUY | 2/25/2020 | 26,600 | $38.03 |
| ADS | BUY | 2/28/2020 | 72,188 | $39.56 |