## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LUCKIN COFFEE INC. SECURITIES LITIGATION | No. 1:20-cv-01293 |

## MOTION FOR LEAVE TO WITHDRAW COUNSEL

The Luckin Investor Group had sought appointment as Lead Plaintiff prior to the Court appointing Sjunde AP-Fonden and Louisiana Sheriffs' Pension & Relief Fund as Lead Plaintiff (ECF No. 118).  The Luckin Investor Group now moves this Court pursuant to Local Civil Rule 1.4 for an Order granting leave to withdraw the appearance of Javier Bleichmar of Bleichmar Fonti & Auld LLP as counsel from the above-captioned action and its electronic case filing (ECF) service list.  As members of the class, the Luckin Investor Group's interests will be represented by the Court appointed Lead Plaintiff.

Dated: October 7, 2020                                          Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

 /s/ Javier Bleichmar
Javier Bleichmar (JB-0435)
7 Times Square, 27th Floor
New York, New York 10036
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jbleichmar@bfalaw.com

*Local Counsel for the Luckin Investor Group*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the registered participants.  Executed on October 7, 2020.

                                                  /s/ *Javier Bleichmar*
                                                  Javier Bleichmar