```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LUCKIN COFFEE INC. SECURITIES LITIGATION

No. 1:20-cv-01293

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW COUNSEL

Upon consideration of the Motion for Leave to Withdraw Javier Bleichmar as counsel for the Luckin Investor Group, it is hereby ORDERED that the Luckin Investor Group's Motion is GRANTED and Javier Bleichmar shall be removed as counsel for the Luckin Investor Group in the above-captioned matter.

**IT IS SO ORDERED** this  27  day of  October , 20 20 .

_____
Hon. John Peter Cronan
UNITED STATES DISTRICT JUDGE