UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LUCKIN COFFEE INC. SECURITIES LITIGATION | Case No. 1:20-CV-01293-JPC-JLC<br><br>ORAL ARGUMENT REQUESTED |

### NOTICE OF UNDERWRITER DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Underwriter Defendants' Motion to Dismiss the Consolidated Class Action Complaint and the Declaration of Sheila C. Ramesh and the Exhibits attached thereto, Defendants Credit Suisse Securities (USA), Morgan Stanley & Co. LLC, KeyBanc Capital Markets Inc., and Needham & Company, LLC will move this court, by and through their undersigned attorneys, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 20C, New York, New York, before the Honorable John P. Cronan, United States District Judge, on such date and time as the Court determines, for an Order dismissing the Consolidated Class Action Complaint with prejudice in its entirety pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6).

PLEASE TAKE FURTHER NOTICE that, in accordance with the schedule set by the Court by Order dated August 17, 2020 (ECF 147), Plaintiffs shall serve and file any opposition by January 22, 2021; and Defendants shall serve any reply by February 22, 2021.  Oral argument will occur on a date and at a time designated by the Court.

Dated: November 23, 2020
      New York, New York

Respectfully submitted,

  /s/ David G. Januszewski
Herbert S. Washer
David G. Januszewski
Sheila C. Ramesh
Samuel G. Mann
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, New York 10005
212-701-3000 (Telephone)

*Attorneys for Defendants Credit Suisse (USA) LLC, Morgan Stanley & Co. LLC, KeyBanc Capital Markets Inc., and Needham & Company, LLC*