UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE LUCKIN COFFEE INC. SECURITIES
LITIGATION

Case No. 1:20-CV-01293-JPC-JLC

---

### DECLARATION OF SHEILA C. RAMESH IN SUPPORT OF THE UNDERWRITER DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

I, Sheila C. Ramesh, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.     I am a member of the bar of this Court and of the firm of Cahill Gordon & Reindel LLP, counsel for Defendants Credit Suisse Securities (USA), Morgan Stanley & Co. LLC, KeyBanc Capital Markets Inc., and Needham & Company, LLC ("Underwriter Defendants").

2.     I make this declaration in support of the Underwriter Defendants' Motion to Dismiss the Consolidated Class Action Complaint and to put certain publicly available materials relevant to the Motion before the Court.

3.     Attached hereto as Exhibit 1 is a true and correct copy of the Form F-1 MEF Registration Statement filed by Luckin Coffee Inc. ("Luckin") with the United States Securities and Exchange Commission ("SEC") on May 17, 2019, in connection with its Initial Public Offering ("IPO"), incorporating by reference prior versions of the Form F-1 Registration Statement dated April 22, 2019 and May 6, 2019.

4.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the Form 424(b)(4) Prospectus filed by Luckin with the SEC on May 17, 2019 and incorporated by reference into the IPO Registration Statement.

5.      Attached hereto as Exhibit 3 is a true and correct copy of the Form F-1 MEF Registration Statement filed by Luckin with the SEC on January 9, 2020 in connection with its Secondary Public Offering ("SPO"), incorporating by reference a prior version of the Form F-1 Registration Statement dated January 7, 2020.

6.      Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the Form 424(b)(4) Prospectus filed by Luckin with the SEC on January 10, 2020 and incorporated by reference into the SPO Registration Statement.

7.      Attached hereto as Exhibit 5 is a true and correct copy of an article by Zhang Lihua titled "[Exclusive] Auditor's Anti-Fraud Team Led to Luckin's Confession, Sources Say," and published in *Yicai Global* on April 3, 2020.

8.      Attached hereto as Exhibit 6 is a true and correct copy of an article by Jing Yang titled "Behind the Fall of China's Luckin Coffee: a Network of Fake Buyers and a Fictitious Employee," and published in the *Wall Street Journal* on May 28, 2020.

9.      Attached hereto as Exhibit 7 is a true and correct copy of an article by Jing Yang titled "Luckin Coffee Probe Says Chairman Knew or Should Have Known of Fabricated Transactions," and published in the *Wall Street Journal* on July 5, 2020.

Dated: November 23, 2020
     New York, New York

 

Sheila C. Ramesh