# Exhibit 2

Use these links to rapidly review the document
 TABLE OF CONTENTS
 LUCKIN COFFEE INC.

Table of Contents

**Filed Pursuant to Rule 424(b)(4)**
**Registration No. 333-230977**
**and Registration No. 333-231562**

# 33,000,000 American Depositary Shares



# Luckin Coffee Inc.
*(incorporated in Cayman Islands)*

## Representing 264,000,000 Class A Ordinary Shares

This is an initial public offering of American depositary shares, or ADSs, representing Class A ordinary shares of Luckin Coffee Inc.

We are offering 33,000,000 ADSs. Each ADS represents eight of our Class A ordinary shares, par value US$0.000002 per share.

Prior to this offering, there has been no public market for the ADSs or our shares. The initial public offering price per ADS is US$17.

Our ADSs have been approved for listing on the Nasdaq Global Select Market under the symbol "LK".

We are an "emerging growth company" under applicable U.S. federal securities laws and are eligible for reduced public company reporting requirements.

**See "Risk Factors" beginning on page 16 for factors you should consider before investing in the ADSs.**

**Neither the United States Securities and Exchange Commission nor any other regulatory body has approved or disapproved of these securities or passed upon the accuracy or adequacy of this prospectus. Any representation to the contrary is a criminal offense.**

### PRICE US$17 PER ADS

|  | Per ADS | Total |
| --- | --- | --- |
| Public offering price | US$17.00 | US$561,000,000 |
| Underwriting discounts and commissions[1] | US$0.935 | US$30,855,000 |
| Proceeds, before expenses, to us | US$16.065 | US$530,145,000 |

(1)     See "Underwriting" for additional disclosure regarding compensation payable by us to the underwriters.

The underwriters have a 30-day option to purchase up to an additional 4,950,000 ADSs from us at the initial public offering price less the underwriting discounts and commissions.

Immediately prior to the completion of this offering, our outstanding share capital will consist of Class A ordinary shares and Class B ordinary shares. Holders of Class A ordinary shares and Class B ordinary shares have the same rights except for voting and conversion rights. Each Class A ordinary share is entitled to one vote; and each Class B ordinary share is entitled to ten votes and is convertible into one Class A ordinary share at any time by the holder thereof. Class A ordinary shares are not convertible into Class B ordinary shares under any circumstances. Upon any sale, transfer, assignment or disposition of any Class B ordinary shares by a holder thereof to any non-affiliate to such holder, each of such Class B ordinary shares will be automatically and immediately converted into one Class A ordinary share. Conditional upon and effective immediately prior to the completion of this offering, the Pre-IPO Shareholders will beneficially own all of our issued and outstanding Class B ordinary shares. Based on the initial public offering price of US$17 per ADS, these Class B ordinary shares will constitute approximately 84.33% of our total issued and outstanding share capital and 98.18% of the aggregate voting power of our total issued and outstanding share capital immediately upon the completion of this offering, assuming the underwriters do not exercise their over-allotment option, and the issuance of Class A ordinary shares in connection with the concurrent private placement to Louis Dreyfus Company B.V.

The underwriters expect to deliver the ADSs against payment in U.S. dollars in New York, New York on May 21, 2019.

**Credit Suisse**          **Morgan Stanley**          **CICC**          **Haitong International**

**KeyBanc Capital Markets**                                                    **Needham & Company**

The date of this prospectus is May 16, 2019.

**KeyBanc Capital Markets**                                                    **Needham & Company**

Table of Contents

**Our History and Corporate Structure**

We incorporated our current ultimate holding company in June 2017 and commenced our operations in October 2017. The following chart shows our corporate structure as of the date of this prospectus, including our principal subsidiaries and variable interest entity.



(1)    The remaining 20% equity interest in Luckin Coffee Roasting (Tianjin) Co., Ltd. was held by Forever Growth Enterprise Ltd., one of our roasted coffee bean suppliers.

(2)    Our director and chief executive officer, Ms. Jenny Zhiya Qian and one of our employees, Mr. Min Chen, currently hold 83.33% and 16.67% of the equity interest in the VIE, respectively.

(3)    As of the date of this prospectus, China Luckin has 49 direct and indirect wholly owned subsidiaries mainly operating coffee network.

**Recent Developments**

On April 19, 2019, we agreed with Louis Dreyfus Company Asia Pte. Ltd., an affiliate of Louis Dreyfus Company B.V., a leading merchant and processor of agricultural goods, that two parties intend to incorporate a joint venture for constructing and operating a coffee roasting plant in China. In the meantime, Louis Dreyfus Company B.V. has agreed that in connection with and subject to the completion of this offering, it will purchase from us a number of Class A ordinary shares equal to US$50 million divided by the price equal to the initial public offering price of our ADSs in this offering divided by the number of Class A Ordinary Shares represented by one ADS through a concurrent private placement transaction.

On April 17, 2019, we issued 173,182 Series B-1 convertible redeemable preferred shares for an aggregate consideration of US$150.0 million to certain investors, including private funds managed by BlackRock.

4

Table of Contents

**RISK FACTORS**

*You should consider carefully all of the information in this prospectus, including the risks and uncertainties described below and our consolidated financial statements and related notes, before making an investment in the ADSs. Any of the following risks and uncertainties could have a material adverse effect on our business, financial condition, results of operations and prospects. The market price of the ADSs could decline significantly as a result of any of these risks and uncertainties, and you may lose all or part of your investment.*

**Risks Relating to Our Business and Industry**

***Our limited operating history may not be indicative of our future growth or financial results and we may not be able to sustain our historical growth rates.***

We commenced our operations in October 2017 and have achieved rapid growth since our inception. As of March 31, 2019, we operated 2,370 stores in 28 cities in China and had over 16.8 million cumulative transacting customers. However, our limited operating history may not be indicative of our future growth or financial results. There is no assurance that we will be able to maintain our historical growth rates in future periods. Our growth rates may decline for any number of possible reasons and some of them are beyond our control, including decreasing customer spending, increasing competition, declining growth of China's coffee industry or China's food and beverage sector in general, emergence of alternative business models, or changes in government policies or general economic conditions. We will continue to expand our store network and product offerings to bring greater convenience to our customers and to increase our customer base and number of transactions. However, the execution of our expansion plan is subject to uncertainty and the total number of items sold and number of transacting customers may not grow at the rate we expect for the reasons stated above. If our growth rates decline, investors' perceptions of our business and prospects may be adversely affected and the market price of the ADSs could decline. In addition, since our business model is innovative in China's coffee industry, it increased the difficulty in evaluating our business and future prospects based on our historical operational or financial result.

***We have incurred significant net losses since our inception and we may continue to experience significant net losses in the future.***

We have incurred significant net losses since our inception in June 2017. For the period from June 16, 2017 (inception date) to December 31, 2017, the year ended December 31, 2018 and the three months ended March 31, 2019, we incurred net loss of RMB56.4 million, RMB1,619.2 million (US$241.3 million) and RMB551.8 million (US$82.2 million), respectively, primarily attributed to the expenses in relation to the startup and fast expansion of our business.

We intend to further increase our brand awareness, expand our customer base and store network, and expect to continue to invest heavily in offering discounts and deals and other aspects of our business, especially sales and marketing expenses, in the foreseeable future as we continue to expand our store network and our product offerings. In addition, our net revenues will be impacted by various factors, including the performances of our stores, level of discounts we offer for different products, competitive landscape, customer preference and macroeconomic and regulatory environment. Therefore, our revenues may not grow at the rate we expect and it may not increase sufficiently to offset the increase in our expenses. We may continue to incur losses in the future and we cannot assure you that we will eventually achieve our intended profitability.

Table of Contents

***We require a significant amount of capital to fund our operations and respond to business opportunities. If we cannot obtain sufficient capital on acceptable terms, our business, financial condition and prospects may be materially and adversely affected.***

Building a well-known brand and accumulating a large and continuously growing customer base is costly and time-consuming. For example, we require a significant amount of capital and resources to continue to expand our store network in a timely manner. Significant and continuous investments in sales and marketing are also required for further establishing brand awareness among the mass population in China to attract new customers and retain existing ones. In addition, we invest heavily in our technology systems, which are essential to our expansion and operations. It may take a long period of time to realize returns on such investments, if at all.

We have historically funded our cash requirements principally with capital contribution from our shareholders. If these resources are insufficient to satisfy our cash requirements, we may seek to raise funds through additional equity offering or debt financing or obtain additional bank facilities. Our ability to obtain additional capital in the future, however, is subject to a number of uncertainties, including those relating to our future business development, financial condition and results of operations, general market conditions for financing activities by companies in our industry, and macro-economic and other conditions in China and globally. If we cannot obtain sufficient capital on acceptable terms to meet our capital needs, we may not be able to execute our growth strategies, and our business, financial condition and prospects may be materially and adversely affected.

***If we are unable to successfully manage our rapid growth, our business and prospects may be materially and adversely affected.***

As we continue to grow rapidly, we will continue to encounter challenges in implementing our managerial, operating and financial strategies to keep up with our growth. The major challenges in managing our business growth include, among other things:

- effectively identifying and securing locations for new stores and managing the daily operations of our stores. See "—We may be unsuccessful in operating our stores" for more details;

- controlling incurred costs in a competitive environment;

- effectively managing our supply chain and ensuring our third-party suppliers continue to meet our quality and other standards and satisfy our future operations' needs;

- maintaining and upgrading our technology systems in a cost-effective manner;

- attracting, training and retaining a growing workforce to support our operations;

- implementing a variety of new and upgraded internal systems and procedures as our business continues to grow; and

- ensuring full compliance with relevant laws and regulations.

All efforts to address the challenges of our growth require significant managerial, financial and human resources. We cannot assure you that we will be able to execute managerial, operating and financial strategies to keep up with our growth. If we are not able to manage our growth or execute our strategies effectively, our growth may slow down and our business and prospects may be materially and adversely affected.

***If we fail to acquire new customers or retain existing customers in a cost-effective manner, our business, financial condition and results of operations may be materially and adversely affected.***

Our ability to cost-effectively attract new customers and retain existing customers is crucial to driving net revenues growth and achieving profitability. We have invested significantly in branding, sales and marketing to acquire and retain customers since our inception. For example, we offer various

17

Table of Contents

not become a target for regulatory or public scrutiny in the future or that scrutiny and public exposure would not severely damage our reputation as well as our business and prospects.

***We have incurred significant costs on a variety of sales and marketing efforts, including mass advertising and heavy promotions to attract customers, and some sales and marketing campaigns and methods may not be sustainable or may turn out to be ineffective.***

We have invested significantly in sales and marketing activities to promote our brand and our products and to deepen our relationships with customers. We incurred RMB25.5 million, RMB746.0 million (US$111.2 million) and RMB168.1 million (US$25.0 million) in sales and marketing expenses for the period from June 16, 2017 (inception date) to December 31, 2017, the year ended December 31, 2018 and the three months ended March 31, 2019, respectively. We also regularly offer coupons and vouchers to increase our customer base, retain our existing customers or promote new products, and such promotion activities might not be sustainable.

Our sales and marketing activities may not be well received by our existing customers, and may not attract new customers as anticipated. The evolving marketing landscape may require us to experiment with new marketing methods to keep pace with industry trends and customer preferences. Failure to refine our existing marketing approaches or to introduce new marketing approaches in a cost-effective manner could reduce our market share and negatively impact our results of operations. There is no assurance that we will be able to recover the costs of our sales and marketing activities or that these activities will be effective in attracting new customers and retaining existing customers.

***We may be unsuccessful in expanding our store network.***

We may not be able to expand our store network as we planned. The number and timing of the stores actually opened during any given period are subject to a number of risks and uncertainties, including but not limited to our ability to:

- identify suitable locations and secure leases on commercially reasonable terms;

- obtain adequate funding for development and opening costs;

- obtain the required licenses, permits and approvals;

- efficiently manage our time and cost in relation to the design, decoration and pre-opening processes for each of our stores; and

- hire, train and retain skilled employees.

Any factors listed above, either individually or in aggregate, might delay or fail our plan to increase the number of stores in desirable locations at manageable cost levels. In addition, we may not be able to successfully operate our existing stores and may choose to shut down certain stores from time to time.

***Any lack of requisite approvals, licenses or permits applicable to our business may have a material and adverse impact on our business, financial condition and results of operations.***

In accordance with the relevant laws and regulations in jurisdictions in which we operate, we are required to maintain various approvals, licenses and permits to operate our business, including but not limited to business license, food operation license, environmental impact assessment filing and fire safety inspection. These approvals, licenses and permits are obtained upon satisfactory compliance with, among other things, the applicable laws and regulations.

As of the date of this prospectus, a small portion of our stores have not obtained business licenses. We are in the process of obtaining business licenses for these stores; however, we may be ordered by the government authorities to rectify such non-compliance and may be subject to fines of up to RMB100,000 for each store that failed to obtain business licenses.

22

Table of Contents

be able to obtain, renew and/or convert all of the approvals, licenses and permits required for our existing business operations upon their expiration in a timely manner or at all, which could adversely affect our business operations.

***We have recorded negative cash flows from operating activities historically and may have a current liabilities position in the future.***

We have experienced significant cash outflow from operating activities since our inception. We had net cash used in operating activities of RMB95.0 million, RMB1,310.7 million (US$195.3 million) and RMB627.6 million (US$93.5 million) for the period from June 16, 2017 (inception date) to December 31, 2017, the year ended December 31, 2018 and the three months ended March 31, 2019, respectively. The cost of continuing operations could further reduce our cash position, and an increase in our net cash outflow from operating activities could adversely affect our operations by reducing the amount of cash available to meet the cash needs for operating our business and to fund our investments in our business expansion.

We had net current liabilities of RMB129.2 million as of December 31, 2017. Although we had net current assets of RMB934.2 million (US$139.2 million) as of March 31, 2019, we cannot guarantee that we will not have a net current liabilities position in the future, which would expose us to liquidity risk. Our future liquidity and ability to make additional capital investments necessary for our operations and business expansion will depend primarily on our ability to maintain sufficient cash generated from operating activities and to obtain adequate external financing. There can be no assurance that we will be able to renew existing bank facilities or obtain other sources of financing.

***Failure to comply with the terms of our indebtedness could result in acceleration of indebtedness, which could have an adverse effect on our cash flow and liquidity.***

We may from time to time enter into credit facilities and debt financing arrangements containing financial and other covenants that could, among other things, restrict our business and operations. If we breach any of these covenants, including by failing to maintain certain financial ratios, our lenders may be entitled to accelerate our debt obligations. Any default under our credit facility could require that we repay these loans prior to maturity as well as limit our ability to obtain additional financing, which in turn may have a material adverse effect on our cash flow and liquidity.

***From time to time we may evaluate and potentially consummate strategic investments or acquisitions, which may turn out to be not successful and adversely affect our operation and financial results.***

To complement our business and strengthen our market-leading position, we may form strategic alliances or make strategic investments and acquisitions from time to time. For example, we incorporated a joint venture in May 2018 with one of our roasted coffee bean suppliers and intend to incorporate a joint venture with an affiliate of our concurrent private placement investor for solidifying our control over the processes of sourcing and roasting coffee beans. See "Business—Procurement—Coffee Beans." We may experience difficulties in integrating our operations with the newly invested or acquired businesses, implementing our strategies or achieving expected levels of net revenues, profitability, productivity or other benefits. Therefore, we cannot assure you that our investments or acquisitions will benefit our business strategy, generate sufficient net revenues to offset the associated investment or acquisition costs, or otherwise result in the intended benefits.

***We have undertaken strategic partnerships which may not be successful. If our collaboration with any of our strategic partners is terminated or curtailed, or if we are no longer able to benefit from the business collaborations with our strategic partners, our business may be adversely affected.***

Our business has benefited from our collaborations with our strategic partners, including Weixin, in the areas such as mobile ordering and payment and joint marketing. We cannot assure you that such

24

Table of Contents

***We are subject to regulations, and future regulations may impose additional requirements and obligations on our business or otherwise materially and adversely affect our business, reputation, financial condition and results of operations.***

The industries in which we operate are highly regulated. As China's coffee industry as well as China's food and beverage market in general is evolving rapidly and the PRC government is very concerned about customer protection, new laws and regulations may be adapted to address new issues that arise from time to time and to impose additional restrictions on our current business.

As we continue to grow in scale and significance, we expect to face increased scrutiny, which will, at a minimum, result in our having to increase our investment in compliance and related capabilities and systems. The increasing sophistication and development of our customer base will also increase the need for higher standards of customer protection, privacy protection and dispute management. Any increased involvement in inquiries or investigations could result in significantly higher legal and other costs and diversion of management and other resources, as well as negative publicity, which could materially and adversely affect our business, reputation, financial condition and results of operations.

***Our operations depend on the performance of the mobile based systems, telecommunications networks and digital infrastructure in China.***

Our new retail business model relies heavily on mobile based systems, telecommunications networks and digital infrastructure. Almost all access to the internet in China is maintained through state-owned telecommunication operators under the administrative control and regulatory supervision of the Ministry of Industry and Information Technology. Moreover, we primarily rely on a limited number of telecommunication service providers to provide us with data communications capacity through local telecommunications lines and internet data centers to host our servers. We have limited access to alternative networks or services in the event of disruptions, failures or other problems with China's internet infrastructure or the fixed telecommunications networks provided by telecommunication service providers. With the expansion of our business, we may be required to upgrade our technology and infrastructure to keep up with the increasing traffic on our mobile apps. We cannot assure you that the digital infrastructure and the telecommunications networks in China will be able to support the demands associated with the continued growth in digital usage.

In addition, we have no control over the costs of the services provided by telecommunication service providers. If the prices we pay for telecommunications and digital services rise significantly, our results of operations may be materially and adversely affected. Furthermore, if data access fees or other charges to mobile users increase, our user traffic may decline and our business may be harmed.

***If we fail to implement and maintain an effective system of internal controls to remediate our material weaknesses over financial reporting, we may be unable to accurately report our results of operations, meet our reporting obligations or prevent fraud, and investor confidence and the market price of the ADSs may be materially and adversely affected.***

Prior to this offering, we have been a private company with limited accounting and financial reporting personnel and other resources with which we address our internal control over financial reporting. In connection with the audit of our consolidated financial statements as of and for the year ended December 31, 2018, we and our independent registered public accounting firm identified two material weaknesses in our internal control over financial reporting. As defined in the standards established by the U.S. Public Company Accounting Oversight Board, or PCAOB, a "material weakness" is a deficiency, or combination of deficiencies, in internal control over financial reporting, such that there is a reasonable possibility that a material misstatement of the annual or interim financial statements will not be prevented or detected on a timely basis.

Table of Contents

The material weaknesses identified are our company's lack of sufficient accounting and financial reporting personnel with requisite knowledge and experience in application of U.S. GAAP and the Securities and Exchange Commission, or the SEC, rules, and lack of financial reporting policies and procedures that are commensurate with U.S. GAAP and the SEC reporting requirements. We are in the process of implementing a number of measures to address the material weaknesses and deficiencies that have been identified. See "Management's Discussion and Analysis of Financial Condition and Results of Operations—Internal Control Over Financial Reporting." However, we cannot assure you that these measures may fully address the material weaknesses and deficiencies in our internal control over financial reporting or that we may conclude that they have been fully remediated.

Upon completion of this offering, we will become subject to the Sarbanes-Oxley Act of 2002. Section 404 of the Sarbanes-Oxley Act, or Section 404, will require that we include a report from management on the effectiveness of our internal control over financial reporting in our annual report on Form 20-F beginning with our annual report in our second annual report on Form 20-F after becoming a public company. In addition, once we cease to be an "emerging growth company" as such term is defined in the JOBS Act, our independent registered public accounting firm must attest to and report on the effectiveness of our internal control over financial reporting. Moreover, even if our management concludes that our internal control over financial reporting is effective, our independent registered public accounting firm, after conducting its own independent testing, may issue an adverse opinion on the effectiveness of internal control over financial reporting because of the existence of a material weakness if it is not satisfied with our internal controls or the level at which our controls are documented, designed, operated or reviewed, or if it interprets the relevant requirements differently from us. In addition, after we become a public company, our reporting obligations may place a significant strain on our management, operational and financial resources and systems for the foreseeable future. We may be unable to timely complete our evaluation testing and any required remediation.

During the course of documenting and testing our internal control procedures, in order to satisfy the requirements of Section 404, we may identify other weaknesses and deficiencies in our internal control over financial reporting. If we fail to maintain the adequacy of our internal control over financial reporting, as these standards are modified, supplemented or amended from time to time, we may not be able to conclude on an ongoing basis that we have effective internal control over financial reporting in accordance with Section 404. Generally speaking, if we fail to achieve and maintain an effective internal control environment, it could result in material misstatements in our financial statements and could also impair our ability to comply with applicable financial reporting requirements and related regulatory filings on a timely basis. As a result, our businesses, financial condition, results of operations and prospects, as well as the trading price of the ADSs, may be materially and adversely affected. Additionally, ineffective internal control over financial reporting could expose us to increased risk of fraud or misuse of corporate assets and subject us to potential delisting from the stock exchange on which we list, regulatory investigations and civil or criminal sanctions. We may also be required to restate our financial statements from prior periods.

***If we fail to manage our inventory effectively, our results of operations, financial condition and liquidity may be materially and adversely affected.***

Our inventories are mostly coffee beans, coffee condiments and pre-made food and beverage items with short shelf life, which require us to manage our inventory effectively. We depend on our demand forecasts for various kinds of raw materials and pre-made products to make purchase decisions and to manage our inventory. Such demand, however, can change significantly between the time inventory is ordered and the date by which we hope to sell it. Demand may be affected by seasonality, new product launches, pricing and discounts, product defects, changes in customer spending patterns, changes in customer tastes and other factors, and our customers may not order products in the quantities that we

33

Table of Contents

## CORPORATE HISTORY AND STRUCTURE

**Corporate History**

In June 2017, we incorporated Lucky Coffee Inc. under the laws of the Cayman Islands as our offshore holding company, which later changed its name to Luckin Coffee Inc. in September 2017. In June 2017, we incorporated Lucky Coffee Inc. under the laws of the British Virgin Islands as Luckin Coffee Inc.'s wholly-owned subsidiary and our intermediate holding company to facilitate financing. Lucky Coffee Inc. changed its name to Luckin Coffee Investment Inc. in December 2017. Lucky Coffee (China) Limited was incorporated in June 2017 as Luckin Coffee Investment Inc.'s wholly-owned subsidiary in Hong Kong, which changed its name to Luckin Coffee (Hong Kong) Limited in October 2018, or Hong Kong Luckin. In April 2019, Luckin Coffee Investment Inc. incorporated another two wholly-owned subsidiaries, Luckin Coffee Roasting (Hong Kong) Limited and Luckin Coffee Roastery (Hong Kong) Limited, in Hong Kong.

In October 2017, December 2017 and March 2018, Hong Kong Luckin incorporated Beijing Luckin Coffee Co., Ltd., or Beijing WFOE, Tianjin Luckin Coffee Co., Ltd. and Luckin Coffee (China) Co., Ltd., or China Luckin, as its wholly-owned subsidiaries in the PRC successively and began to operate coffee retail business. See "—Corporate Structure."

In July 2018 and September 2018, Beijing WFOE entered into a series of contractual arrangements with the VIE established in June 2017, which enable us to obtain control over the VIE through Beijing WFOE. Such contractual arrangements consist of proxy agreement and power of attorney, confirmation and guarantee letters, spousal consent letter, share pledge agreement, master exclusive service agreement, business cooperation agreement and exclusive option agreement. See "—Contractual Arrangements with the VIE and its Shareholders."

Luckin Coffee Inc. issued one ordinary share in June 2017 and issued one ordinary share in August 2017. In March 2018, Luckin Coffee Inc. increased ordinary shares to 750 shares and effected a share split, pursuant to which, the 750 ordinary shares were subdivided into 750,000 ordinary shares. After that, Luckin Coffee Inc. (i) issued 915,750 angel-1 shares, 513,000 angel-2 shares and 544,688 Series A convertible redeemable preferred shares in June 2018; (ii) issued 272,343 Series B convertible redeemable preferred shares in November 2018; (iii) issued 6,809 Series B convertible redeemable preferred shares in January 2019; and (iv) issued 188,393 Series B-1 convertible redeemable preferred shares in April 2019, to certain investors.

Table of Contents

**Corporate Structure**

The following chart shows our corporate structure as of the date of this prospectus, including our principal subsidiaries and our VIE.



(1)    The remaining 20% equity interest in Luckin Coffee Roasting (Tianjin) Co., Ltd. was held by Forever Growth Enterprise Ltd., one of our roasted coffee bean suppliers.

(2)    Our director and chief executive officer, Ms. Jenny Zhiya Qian and one of our employees, Mr. Min Chen, hold 83.33% and 16.67% of the equity interest in the VIE, respectively.

(3)    As of the date of this prospectus, China Luckin has 49 direct and indirect wholly owned subsidiaries mainly operating coffee network.

**Contractual Arrangements with the VIE and its Shareholders**

We established our VIE to hold certain foreign restricted licenses and permits which we may need in the future as our business continues to expand, such as the ICP license. Our VIE does not currently generate any net revenue. We exercise effective control over our VIE through contractual arrangements among the Beijing WFOE, our VIE and its shareholders.

The contractual arrangements allow us to:

- exercise effective control over our VIE;

- receive substantially all of the economic benefits of our VIE; and

- have an exclusive option to purchase all or part of the equity interest in and/or assets of our VIE when and to the extent permitted by laws.

As a result of these contractual arrangements, we are the primary beneficiary of the VIE and, therefore, have consolidated the financial results of the VIE in our consolidated financial statements in accordance with U.S. GAAP.

68

Table of Contents

operating results in any period are not necessarily indicative of the results that may be expected for any future period.

| | Period from the inception date to December 31, 2017 | | For the year ended December 31, 2018 | | | For the three months ended March 31, | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2017 | | 2018 | | | 2018 | | 2019 | | |
| | RMB | % | RMB | US$ | % | RMB | % | RMB | US$ | % |
| | (in thousands, except for percentages) | | | | | | | | | |
| **Net revenues**: | | | | | | | | | | |
| Freshly brewed drinks | 215 | 86.0% | 649,609 | 96,795 | 77.3% | 9,575 | 73.9% | 361,095 | 53,805 | 75.4% |
| Other products | 25 | 10.0% | 135,642 | 20,211 | 16.1% | 1,403 | 10.8% | 83,980 | 12,513 | 17.6% |
| Others | 10 | 4.0% | 55,444 | 8,261 | 6.6% | 1,976 | 15.3% | 33,435 | 4,982 | 7.0% |
| **Total net revenues** | **250** | **100.0%** | **840,695** | **125,267** | **100.0%** | **12,954** | **100.0%** | **478,510** | **71,300** | **100.0%** |
| **Operating expenses:** | | | | | | | | | | |
| Cost of materials | (789) | (315.6)% | (532,217) | (79,303) | (63.3)% | (9,419) | (72.7)% | (275,812) | (41,097) | (57.6)% |
| Store rental and other operating costs | (1,559) | (623.6)% | (576,244) | (85,863) | (68.5)% | (20,224) | (156.1)% | (282,371) | (42,075) | (59.0)% |
| Depreciation expenses | (917) | (366.8)% | (106,690) | (15,897) | (12.7)% | (3,965) | (30.6)% | (83,979) | (12,513) | (17.6)% |
| Sales and marketing expenses | (25,464) | (10,185.6)% | (746,018) | (111,160) | (88.7)% | (54,412) | (420.0)% | (168,103) | (25,048) | (35.1)% |
| General and administrative expenses | (22,005) | (8,802.0)% | (379,738) | (56,583) | (45.2)% | (39,022) | (301.2)% | (172,962) | (25,772) | (36.1)% |
| Store preopening and other expenses | (5,723) | (2,289.2)% | (97,794) | (14,572) | (11.6)% | (11,085) | (85.6)% | (22,374) | (3,334) | (4.7)% |
| **Total operating expenses** | **(56,457)** | **(22,582.8)%** | **(2,438,701)** | **(363,378)** | **(290.0)%** | **(138,127)** | **(1,066.2)%** | **(1,005,601)** | **(149,839)** | **(210.1)%** |
| **Operating loss** | **(56,207)** | **(22,482.8)%** | **(1,598,006)** | **(238,111)** | **(190.0)%** | **(125,173)** | **(966.2)%** | **(527,091)** | **(78,539)** | **(110.1)%** |
| Interest income | 11 | 4.4% | 8,915 | 1,328 | 1.1% | 53 | 0.4% | 1,551 | 231 | 0.3% |
| Interest and financing expenses | — | — | (16,121) | (2,402) | (1.9)% | — | — | (7,945) | (1,184) | (1.7)% |
| Foreign exchange (loss) gain, net | (175) | (70.0)% | 13,113 | 1,954 | 1.6% | (6,409) | (49.5)% | (8,640) | (1,287) | (1.8)% |
| Other expenses | — | — | (7,777) | (1,159) | (0.9)% | (700) | (5.4)% | (1,337) | (199) | (0.3)% |
| Change in the fair value of warrant liability | — | — | (19,276) | (2,872) | (2.3)% | — | — | (8,322) | (1,240) | (1.7)% |
| Net loss before income taxes | (56,371) | (22,548.4)% | (1,619,152) | (241,262) | (192.4)% | (132,229) | (1,020.7)% | (551,784) | (82,218) | (115.3)% |
| Income tax expense | — | — | — | — | — | — | — | — | — | — |
| Net loss | (56,371) | (22,548.4)% | (1,619,152) | (241,262) | (192.4)% | (132,229) | (1,020.7)% | (551,784) | (82,218) | (115.3)% |
| Add: accretion to redemption value of convertible redeemable preferred shares | — | — | (1,571,182) | (234,113) | (186.9)% | — | — | (18,845) | (2,808) | (3.9)% |
| Add: deemed distribution to a certain holder of Series B convertible redeemable preferred shares | — | — | — | — | — | — | — | (2,127) | (317) | (0.4)% |
| **Net loss attributable to our company's ordinary shareholders and angel shareholders** | **(56,371)** | **(22,548.4)%** | **(3,190,334)** | **(475,375)** | **(379.3)%** | **(132,229)** | **(1,020.7)%** | **(572,756)** | **(85,343)** | **(119.6)%** |

**Discussion of the Three Months Ended March 31, 2018 and the Three Months Ended March 31, 2019**

*Net revenue*

Our net revenues were RMB478.5 million (US$71.3 million) in the three months ended March 31, 2019 and RMB13.0 million in the three months ended March 31, 2018. The growth of our net revenues was primarily driven by the significant increase in the number of our transacting customers, our stores and our products sold. As of March 31, 2019, we had over 16.8 million transacting customers and operated 2,370 stores in China, and in the first quarter of 2019, our average monthly total items sold was approximately 16.3 million.

*Freshly brewed drinks*

Our net revenues from freshly brewed drinks were RMB361.1 million (US$53.8 million), representing 75.4% of total net revenues in the three months ended March 31, 2019, compared to RMB9.6 million, or 73.9% of total net revenues in the three months ended March 31, 2018. The growth of our freshly brewed drinks revenue was primarily driven by the significant increase in the number of our freshly brewed drinks sold.

83

Table of Contents

*Other products*

Our net revenues from other products were RMB84.0 million (US$12.5 million), representing 17.6% of total net revenues in the three months ended March 31, 2019, compared to RMB1.4 million, or 10.8% of total net revenues in the three months ended March 31, 2018. The increase in proportion of other product revenue was primarily driven by the increase in sales of food and beverage items launched after the first quarter of 2018, such as light meals.

*Others*

Our other revenue was RMB33.4 million (US$5.0 million), representing 7.0% of total net revenues in the three months ended March 31, 2019, compared to RMB2.0 million, or 15.3% of total net revenues in the three months ended March 31, 2018. The decrease in proportion of other revenue in the three months ended March 31, 2019 was primarily due to the decrease in delivery orders as a percentage of total orders in the first quarter of 2019, which primarily resulted from the increased density of our pick-up stores.

***Operating expenses***

Our operating expenses were RMB1,005.6 million (US$149.8 million) in the three months ended March 31, 2019, compared to RMB138.1 million in the three months ended March 31, 2018. The growth of our operating expenses was in line with our business expansion. Meanwhile, our operating expenses as a percentage of our net revenues decreased from 1,066.2% in the first quarter of 2018 to 210.1% in the first quarter of 2019, mainly driven by the increased economies of scale and our technology-driven operations.

*Cost of materials*

The following table sets forth the components of our costs of materials by amounts and percentages of total costs of materials for the periods indicated.

| | For the three months ended March 31, 2018 | | For the three months ended March 31, 2019 | | |
|---|---|---|---|---|---|
| | RMB | % | RMB | US$ | % |
| | (in thousands, except for percentages) | | | | |
| Cost of raw materials | 5,381 | 57.1% | 235,699 | 35,121 | 85.5% |
| *Freshly brewed drinks* | 4,309 | 45.7% | 164,022 | 24,440 | 59.5% |
| *Other products* | 1,072 | 11.4% | 71,677 | 10,681 | 26.0% |
| Low value consumables | 1,606 | 17.1% | 7,565 | 1,127 | 2.7% |
| Storage fees | 631 | 6.7% | 14,217 | 2,118 | 5.2% |
| Logistic expenses | 1,801 | 19.1% | 18,331 | 2,731 | 6.6% |
| **Total** | **9,419** | **100.0%** | **275,812** | **41,097** | **100.0%** |

Our cost of materials was RMB275.8 million (US$41.1 million) in the three months ended March 31, 2019, compared to RMB9.4 million in the three months ended March 31, 2018.

84

Table of Contents

*Store rental and other operating costs*

The following table sets forth the components of our store rental and other operating costs by amounts and percentages of total store rental and other operating costs for the periods indicated.

| | For the three months ended March 31, | | For the three months ended March 31, | | |
| | 2018 | | 2019 | | |
| | RMB | % | RMB | US$ | % |
| | (in thousands, except for percentages) | | | | |
| Store rental | 5,046 | 25.0% | 100,015 | 14,903 | 35.4% |
| Payroll | 13,538 | 66.9% | 159,838 | 23,817 | 56.6% |
| Utilities and other store operating costs | 1,640 | 8.1% | 22,518 | 3,355 | 8.0% |
| **Total** | **20,224** | **100.0%** | **282,371** | **42,075** | **100.0%** |

Our store rental and other operating costs were RMB282.4 million (US$42.1 million) in the three months ended March 31, 2019, compared to RMB20.2 million in the three months ended March 31, 2018. The increased store rental and other operating costs in the three months ended March 31, 2019 were primarily attributed to the increased number of stores we operated in the three months ended March 31, 2019.

*Depreciation expenses*

The following table sets forth the components of our depreciation expenses by amounts and percentages of total depreciation expenses for the periods indicated.

| | For the three months ended March 31, | | For the three months ended March 31, | | |
| | 2018 | | 2019 | | |
| | RMB | % | RMB | US$ | % |
| | (in thousands, except for percentages) | | | | |
| Depreciation of equipment | 1,309 | 33.0% | 25,276 | 3,766 | 30.1% |
| Depreciation of leasehold improvements and others | 2,656 | 67.0% | 58,703 | 8,747 | 69.9% |
| **Total** | **3,965** | **100.0%** | **83,979** | **12,513** | **100.0%** |

Our depreciation expenses were RMB84.0 million (US$12.5 million) in the three months ended March 31, 2019, compared to RMB4.0 million in the three months ended March 31, 2018. The increase of the depreciation expenses in the three months ended March 31, 2019 was primarily attributable to the increased depreciation of leasehold improvements and the increase in purchase of property and equipment due to the increased number of our stores.

*Sales and marketing expenses*

Our sales and marketing expenses were RMB168.1 million (US$25.0 million) in the three months ended March 31, 2019, compared to RMB54.4 million in the three months ended March 31, 2018. The following table sets forth the components of our sales and marketing expenses by amounts and percentages of total sales and marketing expenses for the periods indicated. The significant increase in

85

Table of Contents

delivery expenses was primarily due to the growth in our business scale which resulted in more delivery orders in the three months ended March 31, 2019.

| | For the three months ended March 31, 2018 | | For the three months ended March 31, 2019 | | |
|---|---|---|---|---|---|
| | RMB | % | RMB | US$ | % |
| | | (in thousands, except for percentages) | | | |
| Advertising expenses | 39,848 | 73.2% | 40,143 | 5,981 | 23.9% |
| Free product promotion expenses | 7,486 | 13.8% | 29,820 | 4,443 | 17.7% |
| Delivery expenses | 5,384 | 9.9% | 94,608 | 14,097 | 56.3% |
| Others | 1,694 | 3.1% | 3,532 | 527 | 2.1% |
| Total | 54,412 | 100.0% | 168,103 | 25,048 | 100.0% |

*General and administrative expenses*

Our general and administrative expenses were RMB173.0 million (US$25.8 million) in the three months ended March 31, 2019, compared to RMB39.0 million in the three months ended March 31, 2018. The increase in general and administrative expenses was mainly driven by our business expansion.

*Store preopening and other expenses*

Our store preopening and other expenses were RMB22.4 million (US$3.3 million) in the three months ended March 31, 2019, compared to RMB11.1 million in the three months ended March 31, 2018. The increase in store preopening and other expenses in the three months ended March 31, 2019 was primarily due to the increased rental costs before opening associated with the increased number of new stores opened.

***Interest Income***

Our interest income was RMB1.6 million (US$0.2 million) in the three months ended March 31, 2019, compared to RMB0.05 million in the three months ended March 31, 2018, which was primarily generated from our bank deposits and short-term investments.

***Interest and Financing Expenses***

Our interest and financing expenses were RMB7.9 million (US$1.2 million) in the three months ended March 31, 2019 and nil in the three months ended March 31, 2018. The interest and financing expenses in the three months ended March 31, 2019 was primarily associated with our borrowings and capital lease. See "—Contractual Obligations."

***Foreign Exchange Loss, Net***

We recorded net foreign exchange loss of RMB8.6 million (US$1.3 million) in the three months ended March 31, 2019, compared to net foreign exchange loss of RMB6.4 million in the three months ended March 31, 2018. The change in net foreign exchange loss was primarily attributed to fluctuations in the exchange rates of our foreign currency deposits.

***Other Expenses***

We recorded other expenses of RMB1.3 million (US$0.2 million) in the three months ended March 31, 2019, compared to RMB0.7 million in the three months ended March 31, 2018.

86

Table of Contents

revised accounting standards. This allows us to delay adoption of certain accounting standards until those standards would otherwise apply to private companies. We elected to take advantage of the extended transition periods.

We prepare our financial statements in accordance with U.S. GAAP, which requires our management to make estimates and assumptions that affect the reported amounts of assets and liabilities at the balance sheet dates and revenues and expenses during the reporting periods. We continually evaluate these judgments and estimates based on our own historical experience, knowledge and assessment of current business and other conditions, our expectations regarding the future based on available information and assumptions that we believe to be reasonable, which together form our basis for making judgments about matters that are not readily apparent from other sources. Since the use of estimates is an integral component of the financial reporting process, our actual results could differ from those estimates. Some of our accounting policies require a higher degree of judgment than others in their application.

The selection of critical accounting policies, the judgments and other uncertainties affecting application of those policies and the sensitivity of reported results to changes in conditions and assumptions are factors that should be considered when reviewing our financial statements. We believe the following accounting policies involve the most significant judgments and estimates used in the preparation of our financial statements. You should read the following description of critical accounting policies, judgments and estimates in conjunction with our consolidated financial statements and other disclosures included in this prospectus.

### Revenue recognition

Customers place orders and pay for freshly brewed drinks and pre-made food and beverage items through our self-developed app and Weixin mini-program with different options to pay through third party payment service providers. Revenues including delivery fees charged to customers are recognized at the point of delivery to customers. Revenues are reported net of VAT, surcharges of 6% to 16% and discounts, if any. Customers that purchase prepaid vouchers are issued additional vouchers of the same value for free at the time of purchase. All vouchers are stored in the "Coffee Wallet" of the customers' registered accounts for future use. Cash received from the sales of prepaid vouchers are recognized as deferred revenues. Purchase consideration is equally allocated to each voucher as an element, including the vouchers issued for free, using the relative-selling-price method to determine an effective selling price for each voucher. The allocated effective selling price are recognized as revenues upon the redemption of the vouchers for purchases.

From time to time, for promotional purposes, we issue to customers discounts in the form of coupons that can be applied for future purchases. As the customers are required to make future purchases of freshly brewed drinks or pre-made food and beverage items when redeeming the coupons, we recognize the amounts of discounts as reductions of revenues at the time of coupon redemption in accordance with ASC 605-50.

During a limited period of time, we provided cash rewards to customers who made qualified purchases. We accrue the cash incentives as reductions of revenues at the time of sales assuming all of the cash incentives will be redeemed in accordance with ASC 605-50. We recognized the cash incentives as reductions of revenues for the three months periods ended March 31, 2018 and 2019 amounting to nil and RMB12.7 million (US$1.9 million), respectively.

VAT and surcharges are recorded as reductions of revenues. VAT and surcharges amounted to RMB0.02 million and RMB62.9 million (US$9.4 million) for the period from June 16, 2017 (date of inception) through December 31, 2017 and for the year ended December 31, 2018, respectively. VAT amounted to RMB0.8 million and RMB36.6 million (US$5.5 million) in the three months ended March 31, 2018 and 2019, respectively.

Table of Contents

**MANAGEMENT**

**Directors and Executive Officers**

The following table sets forth information regarding our executive officers and directors as of the date of this prospectus.

| Directors and Executive Officers | Age | Position/Title |
|---|---|---|
| Charles Zhengyao Lu | 49 | Chairman |
| Jenny Zhiya Qian | 42 | Director and Chief Executive Officer |
| Jian Liu | 36 | Director and Chief Operating Officer |
| Dr. Jinyi Guo | 37 | Director and Senior Vice President |
| Hui Li | 50 | Director |
| Erhai Liu | 50 | Director |
| Sean Shao | 62 | Independent Director |
| Thomas P. Meier | 48 | Independent Director |
| Reinout Hendrik Schakel | 38 | Chief Financial Officer and Chief Strategy Officer |
| Wenbao Cao | 49 | Senior Vice President |

*Charles Zhengyao Lu* has served as the chairman of our board of directors since June 2018. Mr. Lu founded CAR Inc. (HKEx: 699) in 2007 and he served as an executive director, the chairman of the board and the chief executive officer for CAR Inc. from 2014 to 2016, and is currently a non-executive director and the chairman of the board of CAR Inc. Mr. Lu is also the chairman of the board and the chief executive officer for UCAR Inc. (NEEQ: 838006), a substantial shareholder of CAR Inc. Mr. Lu obtained a bachelor's degree majoring in industrial electric automation from the University of Science & Technology of Beijing in July 1991. He obtained an executive master of business administration degree from Peking University in July 2010.

*Jenny Zhiya Qian* has served as our director since August 2017 and our chief executive officer since November 2017. Ms. Qian served as a director and the chief operating officer for UCAR Inc. from 2016 to 2017, and served as an executive vice-president and the chief operating officer for CAR Inc. from 2014 to 2016. Ms. Qian obtained a bachelor's degree majoring in industry and foreign trade from Wuhan Institute of Textile Science in June 1998. She obtained an executive master of business administration degree from Peking University in July 2012.

*Jian Liu* has served as our director since February 2019 and our chief operating officer since May 2018. Mr. Liu served as the head of yield management for UCAR Inc. from 2015 to 2018. From 2008 to 2015, Mr. Liu served successively as the deputy head of vehicle management center and the head of yield management for CAR Inc. Mr. Liu obtained a bachelor's degree majoring in labor and social security from the Central University of Finance and Economics in June 2005.

*Dr. Jinyi Guo* has served as our director since June 2018 and our senior vice president in charge of product and supply chain since October 2017. Dr. Guo served as the assistant to the chairman for UCAR Inc. from 2016 to 2017. He worked at Ministry of Transport from 2011 to 2016, and worked at China Academy of Transportation Sciences as a research assistant from 2009 to 2011. Dr. Guo obtained his master's degree in July 2005 and a Ph.D. in July 2009 from Beijing Jiaotong University, majoring in transportation planning and management. Dr. Guo was a visiting scholar at the University of Leeds in 2008.

138

Table of Contents

*Hui Li* has served as our director since June 2018. Mr. Li is the founder and chief executive officer of Centurium Capital. Mr. Li has been a director of China Biologic Products, Inc. (Nasdaq: CBPO) since 2013 and served as the Chairman of the board of the company from 2018 to February 2019. Mr. Li was an executive director and a managing director at Warburg Pincus Asia LLC from 2002 to 2016. Prior to joining Warburg Pincus, Mr. Li worked in the investment banking division of Goldman Sachs from 2001 to 2002 and Morgan Stanley from 1994 to 2001. Mr. Li obtained a bachelor's degree majoring in economics from Renmin University of China in July 1990 and a master's degree majoring in business administration from Yale University School of Management in May 1994.

*Erhai Liu* has served as our director since November 2018. Mr. Liu is a founding and managing partner of Joy Capital. Before founding Joy Capital in 2015, Mr. Liu worked for Legend Capital from 2003 to 2015, where he served as a managing director and led the TMT and innovative consumption team. Mr. Liu has also served as a director of Bitauto Holdings Limited (NYSE: BITA) since 2005. Mr. Liu obtained a bachelor's degree majoring in communication engineering from Guilin University of Electronic Technology in June 1990, a master's degree majoring in communication and information system from Xidian University in March 1994, a master of business administration degree and a master's degree majoring in global finance from Fordham University in May 2003 and September 2003, respectively, and a master's degree majoring in psychology from Peking University in July 2011.

*Sean Shao* has served as our independent director since May 2019. Mr. Shao has served as an independent director and the chairman of the audit committee of 21Vianet Group, Inc. (Nasdaq: VENT) since 2015, Jumei International Holding Ltd. (NYSE: JMEI) since 2014, LightInTheBox Holdings Co. Ltd. (NYSE: LITB) since 2013, UTStarcom Holdings Corp. (Nasdaq: UTSI) since 2012 and China Biologic Products, Inc. (Nasdaq: CBPO) since 2008. Mr. Shao served as an independent director, the chairman of the compensation committee and the chairman of the corporate governance and nominating committee of Agria Corporation (NYSE: GRO) from 2008 to 2017, from 2008 to 2010 and from 2010 to 2017, respectively. He served as the chief financial officer and a board member of Trina Solar Limited from 2006 to 2008 and from 2015 to 2017, respectively. Mr. Shao also served as a director of Yongye International, Inc. from 2009 to 2014. In addition, Mr. Shao served as the chief financial officer of ChinaEdu Corporation, and of Watchdata Technologies Ltd from 2004 to 2006. Prior to that, Mr. Shao worked at Deloitte Touche Tohmatsu CPA Ltd. for approximately a decade. Mr. Shao obtained a bachelor's degree in art from East China Normal University in 1982 and a master's degree in health care administration from the University of California at Los Angeles in 1988. Mr. Shao is a member of the American Institute of Certified Public Accountants.

*Thomas P. Meier* has served as our independent director since May 2019. Mr. Meier is currently serving as the chief executive officer of the Ricola Group since 2019. Mr. Meier served as the president and chief executive officer of Franke Coffee Systems from 2016 to March 2019. He previously worked for Lindt & Sprüngli as a managing director for the Asia-Pacific region and a vice president of sales for Switzerland from 2006 to 2016 and from 2003 to 2006, respectively. Mr. Meier obtained a master of business administration degree with focus on marketing, retailing and strategic management from the University of St. Gallen in Switzerland in September 1996.

*Reinout Hendrik Schakel* has served as our chief financial officer and chief strategy officer since January 2019. Mr. Schakel worked at the corporate & institutional banking division of Standard Chartered Bank as an executive director from 2016 to 2018. From 2008 to 2016, Mr. Schakel served successively as an analyst, associate and vice president for the investment banking division of Credit Suisse. Mr. Schakel obtained a master of business administration degree from Erasmus University in December 2005.

*Wenbao Cao* has served as our senior vice president in charge of store operations and customer service since June 2018. Mr. Cao had over 23 years of work experience at McDonald's China. Mr. Cao started his career at McDonald's China in 1994 and served as store manager of McDonald's global

139

Table of Contents

**EXPERTS**

The consolidated financial statements of Luckin Coffee Inc. at December 31, 2017 and 2018, and for the period from June 16, 2017 (inception date) to December 31, 2017 and the year ended December 31, 2018 appearing in this prospectus and Registration Statement have been audited by Ernst & Young Hua Ming LLP, independent registered public accounting firm, as set forth in their report thereon appearing elsewhere herein, and are included in reliance upon such report given on the authority of such firm as experts in auditing and accounting.

The registered business address of Ernst & Young Hua Ming LLP is located at Level 16, Ernst & Young Tower Oriental Plaza, No. 1 East Chang An Avenue, Dong Cheng District, Beijing, the People's Republic of China.

191