# Exhibit 4

Use these links to rapidly review the document
 TABLE OF CONTENTS
 LUCKIN COFFEE INC.

Table of Contents

**Filed Pursuant to Rule 424(b)(4)**
**Registration No. 333-235836**
**and**
**Registration No. 333-234871**

13,800,000 American Depositary Shares



# Luckin Coffee Inc.
### *(incorporated in Cayman Islands)*

## Representing 110,400,000 Class A Ordinary Shares

This is a public offering of American depositary shares, or ADSs, representing Class A ordinary shares of Luckin Coffee Inc.

We are offering 9,000,000 ADSs. Each ADS represents eight of our Class A ordinary shares, par value US$0.000002 per share. The selling shareholder identified in this prospectus are selling 4,800,000 ADSs. We will not receive any proceeds from the sale of ADSs by the selling shareholder.

ADSs representing our Class A ordinary shares are listed on the NASDAQ Global Select Market under the symbol "LK". On January 8, 2020, the last reported sale price of ADSs on the NASDAQ Global Select Market was US$39.46 per ADS.

Concurrently with this offering of the ADSs and pursuant to a separate offering memorandum, we are offering to qualified institutional buyers in reliance on the exemption from registration provided by Rule 144A under the Securities Act of 1933 as amended, or the Securities Act, and to certain non-U.S. persons in offshore transactions in reliance on Regulation S under the Securities Act, US$400,000,000 aggregate principal amount of our 0.75% Convertible Senior Notes due 2025, which we refer to as the notes and the Concurrent Convertible Note Offering, respectively, or a total of US$460,000,000 aggregate principal amount of the notes if the initial purchasers in the Concurrent Convertible Note Offering exercise in full their option to purchase additional notes. We cannot assure you that the Concurrent Convertible Note Offering will be completed or, if completed, on what terms it will be completed. The offering of ADSs hereby is not contingent upon the consummation of the Concurrent Convertible Note Offering, and the Concurrent Convertible Note Offering is not contingent upon the consummation of the offering of ADSs hereby.

This prospectus is not an offer to sell or a solicitation of an offer to buy any securities being offered in the Concurrent Convertible Note Offering. See "Concurrent Convertible Note Offering" for a further description of the Concurrent Convertible Note Offering.

We are an "emerging growth company" under applicable U.S. federal securities laws and are eligible for reduced public company reporting requirements. See "Prospectus Summary—Implications of Being an Emerging Growth Company."

**See "Risk Factors" beginning on page 17 for factors you should consider before investing in the ADSs.**

**Neither the United States Securities and Exchange Commission, any state securities commission nor any other regulatory body has approved or disapproved of these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

**PRICE US$42.00 PER ADS**

|  | Per ADS | Total |
|---|---|---|
| Public offering price | US$42.00 | US$579,600,000 |
| Underwriting discounts and commissions[1] | US$1.47 | US$20,286,000 |
| Proceeds, before expenses, to us | US$40.53 | US$364,770,000 |
| Proceeds, before expenses, to the Selling Shareholder | US$40.53 | US$194,544,000 |

(1)     See "Underwriting" beginning on page 188 for additional disclosure regarding compensation payable by us to the underwriters.

The underwriters have a 30-day option to purchase up to an additional 2,070,000 ADSs from us and the selling shareholder at the public offering price less the underwriting discounts and commissions.

Immediately upon the completion of this offering, 775,087,728 Class A ordinary shares and 1,239,287,072 Class B ordinary shares will be issued and outstanding, assuming the underwriters do not exercise their option to purchase additional ADSs. Holders of Class A ordinary shares and Class B ordinary shares have the same rights except for voting and conversion rights. Each Class A ordinary share is entitled to one vote; and each Class B ordinary share is entitled to ten

votes and is convertible into one Class A ordinary share at any time by the holder thereof. Class A ordinary shares are not convertible into Class B ordinary shares under any circumstances. Upon any sale, transfer, assignment or disposition of any Class B ordinary shares by a holder thereof to any non-affiliate to such holder, each of such Class B ordinary shares will be automatically and immediately converted into one Class A ordinary share. These Class B ordinary shares will constitute approximately 61.5% of our total issued and outstanding share capital and 94.1% of the aggregate voting power of our total issued and outstanding share capital immediately upon the completion of this offering, assuming the underwriters do not exercise their option to purchase up to 2,070,000 additional ADSs representing 16,560,000 Class A ordinary shares from us and the selling shareholder.

The underwriters expect to deliver the ADSs against payment in U.S. dollars in New York, New York on January 14, 2020.

---

**Credit Suisse**          **Morgan Stanley**          **CICC**          **Haitong International**

**KeyBanc Capital Markets**                                                **Needham & Company**

---

The date of this prospectus is January 9, 2020.

Table of Contents

- changes in financial estimates by securities analysts;

- detrimental adverse publicity about us, our products and services or our industry;

- announcements of new regulations, rules or policies relevant for our business;

- additions or departures of key personnel;

- release of lock-up or other transfer restrictions on our outstanding equity securities or sales of additional equity securities;

- sales of additional ADSs in the public markets or other equity-linked securities, or issuance of ADSs, if any, upon conversion of the notes issued by us in the Concurrent Convertible Note Offering, or the perception of these events;

- convertible arbitrage strategy employed by certain investors in the notes offered in the Concurrent Convertible Note Offering, including related short selling of our ADS; and

- potential litigation or regulatory investigations.

Any of these factors may result in large and sudden changes in the volume and price at which the ADSs will trade.

In addition, the stock market in general, and the market prices for internet-related companies and companies with operations in China in particular, have experienced volatility that often has been unrelated to the operating performance of such companies. The securities of some China-based companies that have listed their securities in the United States have experienced significant volatility since their initial public offerings in recent years, including, in some cases, substantial declines in the trading prices of their securities. The trading performances of these companies' securities after their offerings may affect the attitudes of investors towards Chinese companies listed in the United States in general, which consequently may impact the trading performance of the ADSs, regardless of our actual operating performance. In addition, any negative news or perceptions about inadequate corporate governance practices or fraudulent accounting, corporate structure or other matters of other Chinese companies may also negatively affect the attitudes of investors towards Chinese companies in general, including us, regardless of whether we have engaged in any inappropriate activities. In particular, the global financial crisis and the ensuing economic recessions in many countries have contributed and may continue to contribute to extreme volatility in the global stock markets. These broad market and industry fluctuations may adversely affect the trading price of the ADSs. Volatility or a lack of positive performance in the trading price of the ADSs may also adversely affect our ability to retain key employees, most of whom have been granted options or other equity incentives.

In the past, shareholders of public companies have often brought securities class action suits against those companies following periods of instability in the market price of their securities. If we were involved in a class action suit, it could divert a significant amount of our management's attention and other resources from our business and operations and require us to incur significant expenses to defend the suit, which could harm our results of operations. Any such class action suit, whether or not successful, could harm our reputation and restrict our ability to raise capital in the future. In addition, if a claim is successfully made against us, we may be required to pay significant damages, which could have a material adverse effect on our financial condition and results of operations.

***Substantial future sales or perceived potential sales of ADSs in the public market or other equity-linked securities could cause the price of ADSs to decline.***

Sales of substantial amounts of ADSs in the public market or other equity-linked securities, or the perception that these sales could occur, could adversely affect the trading price of ADSs. The ADSs sold in our IPO and this offering will be freely tradable without restriction or further registration under

Table of Contents

the Securities Act. In connection with this offering, we, our directors, executive officers the shareholder selling in this offering and certain other shareholders have agreed not to sell any Ordinary Shares or ADSs for 90 days after the date of this prospectus without the prior written consent of the lock-up agent, subject to certain exceptions. However, at the request of the parties subject to the lock-up restriction, the lock-up agent may exercise its discretion to release the lock-up restriction prior to the expiration of the lock-up period. Moreover, certain of our shareholders have pledged certain of our Ordinary Shares to secure borrowings. See "Principal and Selling Shareholder," footnotes (1), (2), (5), (6) and (7). The related facility agreements have provisions where additional shares will be pledged automatically in the event of a margin call. If any lender enforces its security interests in such pledged shares upon an event of default, such lender may sell or otherwise dispose of any of the pledged shares without the transferee becoming bound to the terms of the lock-up agreement. Any sale or perceived sale of the shares into the market may cause the trading price of ADSs to decline. See "Underwriting" and "Shares Eligible for Future Sale" for a more detailed description of the restrictions on selling our securities after this offering.

***The voting rights of holders of the ADSs are limited by the terms of the deposit agreement, and you may not be able to exercise your right to direct the voting of your Class A ordinary shares underlying the ADSs.***

Holders of the ADSs do not have the same rights as our registered shareholders. As a holder of the ADSs, you will not have any direct right to attend general meetings of our shareholders or to cast any votes at such meetings. You will only be able to exercise the voting rights which attach to the Class A ordinary shares underlying the ADSs indirectly by giving voting instructions to the depositary in accordance with the provisions of the deposit agreement. Under the deposit agreement, you may vote only by giving voting instructions to the depositary, as holder of the Class A ordinary shares underlying the ADSs. If we ask for your instructions, then upon receipt of your voting instructions, the depositary will try to vote the underlying Class A ordinary shares in accordance with those instructions. If we do not instruct the depositary to ask for your instructions, you can still give instructions, and the depositary may vote in accordance with instructions you give, but it is not required to do so. You will not be able to directly exercise any right to vote with respect to the underlying Class A ordinary shares unless you withdraw the shares and become the registered holder of such shares prior to the record date for the general meeting. When a general meeting is convened, you may not receive sufficient advance notice of the meeting to enable you to withdraw the shares underlying the ADSs and become the registered holder of such shares prior to the record date for the general meeting to allow you to attend the general meeting and to vote directly with respect to any specific matter or resolution to be considered and voted upon at the general meeting. In addition, under our fifth amended and restated articles of association, for the purposes of determining those shareholders who are entitled to attend and vote at any general meeting, our directors may close our register of members and/or fix in advance a record date for such meeting, and such closure of our register of members or the setting of such a record date may prevent you from withdrawing the Class A ordinary shares underlying the ADSs and becoming the registered holder of such shares prior to the record date, so that you would not be able to attend the general meeting or to vote directly. Where any matter is to be put to a vote at a general meeting, the depositary will notify you of the upcoming vote and to deliver our voting materials to you if we ask it to. We cannot assure you that you will receive the voting material in time to ensure you can direct the depositary to vote your shares. In addition, the depositary and its agents are not responsible for failing to carry out voting instructions or for their manner of carrying out your voting instructions. This means that you may not be able to exercise your right to direct how the shares underlying the ADSs are voted and you may have no legal remedy if the shares underlying the ADSs are not voted as you requested.