# Exhibit 5

Case 1:20-cv-01293-JPC   Document 206-5   Filed 11/23/20   Page 2 of 5

[Exclusive] Auditor's Anti-Fraud Team Led to Luckin's Confession, Sources Say

SHANGHAI : ≋



CHINA, INSIDE OUT

ABOUT US | CONTACT

search

HOMEECONOMY ⌄ FINANCE ⌄ BUSINESS ⌄ TECH ⌄ STARTUP ⌄ PEOPLE ⌄ OPINION ⌄ VIDEO ⌄

# [Exclusive] Auditor's Anti-Fraud Team Led to Luckin's Confession, Sources Say

## ZHANG LIHUA 🐦

DATE: APR 03 2020 / SOURCE: YICAI



*[Exclusive] Auditor's Anti-Fraud Team Led to Luckin's Confession, Sources Say*

(Yicai Global) April 3 -- Following yesterday's public

## RELATED

### [Exclusive] Joy Capital Denies Luckin Coffee Share Sale Amid Financial Scandal

LV QIAN /
APR 03 2020

### Luckin Coffee May Face US Class Action Suit as Shares Crash on USD310 Million Fraud

LUAN LI /
APR 03 2020

### Luckin Coffee Denies Fraud But Shares

### Slide Further

[Exclusive] Auditor's Anti-Fraud Team Led to Luckin's Confession, Sources Say

(Yicai Global) April 3 -- Following yesterday's public confession of financial fraud at Luckin Coffee, an insider at Ernst & Young, Luckin's listing auditor, told Yicai Global that the accounting firm had dispatched an anti-fraud team to the company, prompting the Chinese coffee chain to come clean.

Short seller Muddy Waters' anonymous short-selling report on Luckin Coffee early this year immediately alerted EY, a person with close ties to EY China's management said, adding that the auditor then sent over an anti-fraud team of more than 10 members. The team later discovered the fraud, pushed Luckin to launch an internal investigation in accordance with US regulations and urged it to publish the findings as soon as possible.

EY has not yet confirmed the statement. But Luckin mentioned yesterday in its filing with the US Securities and Exchange Commission that the incident started from "certain issues" identified during the audit of the consolidated financial statements for the year ended Dec. 31. This suggests that pressure from the auditor may have prompted Luckin's admission.

EY may escape punishment if Luckin's internal report is the final conclusion, with the authenticity of its pre-listing financial data no longer under probe, Xu Feng, a senior partner at Shanghai Trend Law Firm, told Yicai Global. But the listing intermediary will be held accountable if it turns out that Luckin's fraud started after Liu Jian, named as the main culprit in the statement, joined as chief operating officer in May 2018, when Luckin was in trial operation.

Muddy Waters published a short-selling report on social media on Jan. 31, questioning Luckin's business model. The report's credibility was confirmed

## Slide Further Amid Short Selling

LUAN LI /
FEB 04 2020

## China's Luckin Coffee Sees Shares Crash, Investors Flee as It Fesses Up to Fraud

LV QIAN /
APR 03 2020

## Louis Dreyfus, Fonterra Keep Close Eye on China's Luckin Coffee in Wake of Fraud

LUAN LI /
APR 07 2020

yesterday as the coffee chain submitted a filing with the SEC, admitting that the company fabricated CNY2.2 billion (USD310.4 million) in transactions from the second quarter to the fourth quarter.

That sent Luckin Coffee's shares [NASDAQ: LK] plunging 75.6 percent to close at USD6.40 yesterday, with its market capitalization shrinking to USD1.6 billion.

Set up by Qian Zhiya, also known as Jenny Qian and ex-COO at car rental business CAR, Luckin Coffee raised USD695 million in a Nasdaq initial public offering last May. Luckin has vowed to overtake US coffee chain Starbucks for number of stores and coffee sales in China.

Luckin Coffee's business model, which pre-empts the market with massive subsidies and fast store openings, has been questioned by the industry for its excessive operating costs. Its latest earnings report showed a net loss of CNY1.8 billion (USD254 million) in the first three quarters of last year.

"It was a fundamentally broken business that was attempting to instill the culture of drinking coffee into Chinese consumers through cut-throat discounts and free giveaway coffee," Muddy Waters said in its report.

Editors: Dou Shicong, Peter Thomas

Follow Yicai Global on

Keywords:  Luckin Coffee,Ernst & Young,Muddy Wat
           ers

Case 1:20-cv-01293-JPC Document 206-5 Filed 11/23/20 Page 5 of 5

HOME    ECONOMY    FINANCE    BUSINESS    TECH    STARTUP    PEOPLE

OPINION    VIDEO



ABOUT US  |  CONTACT US  |  CAREER  |  PRIVACY POLICY

© 2017 - 2018 Yicai Global, Yicai Media Group. All Rights Reserved.

ICP备案(增值电信业务经营许可证 沪B2-20050348号 互联网视听节目服务(AVSP):沪备2014002 沪ICP备14015572号-8 沪公网安备31010602000015号)