# Exhibit 7

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/luckin-coffee-probe-concludes-chairman-knew-or-should-have-known-of-fabricated-transactions-11593953644

◆ WSJ NEWS EXCLUSIVE | ASIA

# Luckin Coffee Probe Says Chairman Knew or Should Have Known of Fabricated Transactions

Report detailing the internal probe also said Charles Lu didn't fully cooperate with investigation, according to a person familiar with the matter



Charles Lu during Luckin Coffee's IPO on Nasdaq in May of last year.
PHOTO: VICTOR J. BLUE/BLOOMBERG NEWS

*By* *Jing Yang*
Updated July 5, 2020 11:15 am ET

An investigation into the accounting misdeeds at <u>Luckin Coffee</u> Inc. LKNCY **-0.61%** ▼ has concluded that the company's chairman knew—or should have known—about the fabricated transactions that inflated the Chinese coffee chain's sales last year, according to a person familiar with the matter.

A report detailing the internal probe also said that Charles Lu, Luckin's co-founder and chairman, didn't fully cooperate with the investigation, the person said.

The monthslong probe was conducted by a special committee of Luckin's board with the assistance of law firm Kirkland & Ellis LLP. It found evidence that Mr. Lu had knowledge of

Case 1:20-cv-01293-JPC Document 206-7 Filed 11/23/20 Page 3 of 5

certain related-party transactions that weren't properly disclosed, the person added.

Mr. Lu, in an emailed response to a request for comment, said: "Rumor! Not true!" A Luckin Coffee spokesman declined to comment.

Three-year-old Luckin, an upstart rival to Starbucks Corp. in China, listed on the Nasdaq Stock Market in May 2019. It revealed just 11 months later that more than $300 million of its 2019 sales were fabricated. The company's American depositary shares are in the process of being delisted from the exchange, and Luckin's market capitalization has fallen below $1 billion, from more than $12 billion in January this year.

The Wall Street Journal reported in May that a group of Luckin employees began creating fake sales transactions before the company's IPO, by booking sales of vouchers that could be exchanged for cups of coffee. Some of the vouchers were purchased by individual accounts, but the vast majority were bought during the second half of 2019 by a number of little-known companies, many of which had links to Mr. Lu, according to documents reviewed by the Journal and people familiar with the matter.

In addition, a company with ties to Mr. Lu was recorded in Luckin's systems as a supplier of raw material and received payments from Luckin that were approved by its former CEO, Jenny Qian, the Journal's reporting showed.

On Sunday afternoon, a crucial Luckin shareholder vote took place in Beijing that crystallized a fight for control of the company's board. Mr. Lu, whose status as Luckin's controlling shareholder has been under threat, had put forth resolutions to remove four directors, including himself and representatives of two other Luckin shareholders, and replace them with his nominees. The result of the vote wasn't immediately known.

Last week, Luckin said an internal probe into the accounting misconduct was substantially complete, and that sales were inflated from April 2019 through the fourth

Case 1:20-cv-01293-JPC   Document 206-7   Filed 11/23/20   Page 4 of 5

quarter—confirming the Journal's earlier reporting.

The company said it has decided to terminate a dozen employees who reported to Ms. Qian, the former CEO, or former chief operating officer Jian Liu and who knew of or took part in the scheme, and subject another 15 employees to "disciplinary actions."

Luckin said funds supporting the scheme were funneled to the company through a number of third parties associated with its employees or related parties. It said 1.34 billion yuan ($190 million) in costs and expenses were inflated last year, and it is in the process of "terminating relationships with all third parties involved in the fabricated transactions."

The company didn't detail Mr. Lu's role in the scheme, but said directors proposed to remove him at a board meeting last week based on "documentary and other evidence identified in the Internal Investigation and its assessment of [his] degree of cooperation in the Internal Investigation."

Mr. Lu managed to retain his seat last week, as the board needed a two-thirds majority to push Mr. Lu out. Three of its eight board members who are also executives of Luckin voted against Mr. Lu's removal, according to the person familiar with the matter.

On Sunday, the extraordinary general meeting that Mr. Lu called to reconstitute Luckin's board was held in a sprawling commercial complex guarded by tight security. Journalists were barred from entering and told by security guards not to congregate.

Mr. Lu's control over the company is in doubt as creditors including Credit Suisse Group AG have moved to seize and sell a chunk of his shares to recoup a $533 million margin loan that he defaulted on.

A court in the Cayman Islands last month granted an application by banks to wind up entities holding Luckin shares owned by Mr. Lu and his sister, and another related court hearing is scheduled for July 6.

A representative from KPMG, the court-appointed liquidator, attended the shareholder meeting in Beijing, according to people familiar with the matter.

*—Jonathan Cheng and Liyan Qi contributed to this article.*

**Write to** Jing Yang at Jing.Yang@wsj.com

*Appeared in the July 6, 2020, print edition as '.'*

Copyright © 2020 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.