UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Luckin Coffee Inc. Securities Litigation | 20-cv-01293 (JPC) (JLC)<br><br>Date of Service: November 23, 2020<br><br>**ORAL ARGUMENT REQUESTED** |

### NOTICE OF LUCKIN COFFEE INC.'S
### MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Lawrence Portnoy and the exhibits attached thereto, Defendant Luckin Coffee Inc. ("Luckin"), will move this Court for an order dismissing with prejudice Count III and certain portions of the Consolidated Class Action Complaint, as described in the accompanying Memorandum of Law, pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6),

In accordance with the schedule set by the Court, Plaintiffs' answering papers shall be filed on or before January 22, 2021, and Luckin's reply papers shall be filed on or before February 22, 2021.  (ECF No. 129.)

| | | |
|---|---|---|
| Dated: | New York, New York<br>November 23, 2020 | Respectfully submitted,<br><br>DAVIS POLK & WARDWELL LLP<br><br>By:       /s/ Lawrence Portnoy      <br>Lawrence Portnoy<br>Brian S. Weinstein<br>450 Lexington Avenue<br>New York, New York 10017<br>(212) 450-4000<br><br>Jonathan K. Chang<br>18/F, The Hong Kong Club Building<br>3A Chater Road<br>Central, Hong Kong SAR<br>Telephone: +852 2533 1028<br><br>*Attorneys for Defendant Luckin Coffee Inc.* |