UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Luckin Coffee Inc. Securities Litigation

20-cv-01293 (JPC) (JLC)

Date of Service: November 23, 2020

**DECLARATION**

### DECLARATION OF LAWRENCE PORTNOY IN SUPPORT OF LUCKIN COFFEE INC.'S MOTION TO DISMISS

LAWRENCE PORTNOY, pursuant to 28 U.S.C. § 1746, hereby declares:

1.      I am an attorney admitted to practice before this Court, and I am a partner in the law firm of Davis Polk & Wardwell LLP, counsel in the above-captioned matter for Defendant Luckin Coffee Inc. ("Luckin").  I submit this declaration in support of Luckin Coffee Inc.'s Motion to Dismiss portions of the Consolidated Class Action Complaint ("CAC"), as described in the accompanying Memorandum of Law, pursuant to Federal Rules Civil Procedure 8(a), 9(b), and 12(b)(6).

2.      Attached hereto as Exhibit A is a true and correct copy of an excerpt of Luckin's Form F-1/A as filed publicly with the Securities and Exchange Commission on May 6, 2019, which is part of a registration statement incorporated by reference in the CAC.

3.      Attached hereto as Exhibit B is a true and correct copy of Luckin's Form 424B4 prospectus as filed publicly with the Securities and Exchange Commission on May 17, 2019, which is part of a registration statement incorporated by reference in the CAC.

4.      Attached hereto as Exhibit C is a true and correct copy of an excerpt of Luckin's Form F-1MEF as filed publicly with the Securities and Exchange Commission on May 17, 2019, which is part of a registration statement incorporated by reference in the CAC.

2

5.      Attached hereto as Exhibit D is a true and correct copy of Luckin's Form 424B4 prospectus as filed publicly with the Securities and Exchange Commission on January 10, 2020, which is part of a registration statement incorporated by reference in the CAC.


Dated:    New York, New York
          November 23, 2020

                                        /s/ Lawrence Portnoy
                                        _____
                                            LAWRENCE PORTNOY