# EXHIBIT A

Use these links to rapidly review the document
 TABLE OF CONTENTS
 LUCKIN COFFEE INC.

Table of Contents

**As filed with the Securities and Exchange Commission on May 6, 2019.**

**Registration No. 333-230977**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**AMENDMENT NO. 1**
**TO**

# FORM F-1
**REGISTRATION STATEMENT**
**UNDER**
**THE SECURITIES ACT OF 1933**

# LUCKIN COFFEE INC.
(Exact name of Registrant as specified in Its charter)

**Not Applicable**
(Translation of Registrant's name into English)

| Cayman Islands | 5810 | Not Applicable |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

**17F Block A, Tefang Portman Tower**
**No. 81 Zhanhong Road**
**Siming District, Xiamen, Fujian**
**People's Republic of China, 361008**
**+86-592-3386666**
(Address, Including Zip Code, and Telephone Number, Including Area Code, of Registrant's Principal Executive Offices)

**Cogency Global Inc.**
**10 E. 40th Street, 10th Floor**
**New York, NY 10016**
**+1 800-221-0102**
(Name, address, including zip code, and telephone number, including area code, of agent for service)

**Copies to:**

| Li He, Esq. | Shuang Zhao, Esq. |
|---|---|
| James C. Lin, Esq. | Cleary Gottlieb Steen & Hamilton |
| Davis Polk & Wardwell LLP | 37th Floor, Hysan Place |
| 18/F, The Hong Kong Club Building | 500 Hennessy Road, Causeway bay |
| 3A Chater Road, Central | Hong Kong |
| Hong Kong | +852 2521-4122 |
| +852 2533-3300 | |

**Approximate date of commencement of proposed sale to the public:**
**As soon as practicable after the effective date of this registration statement.**

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box.  ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.  ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.   ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.   ☐

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933.

Emerging growth company   ☒

If an emerging growth company that prepares its financial statements in accordance with US GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards† provided pursuant to Section 7(a)(2)(B) of the Securities Act.   ☐

**CALCULATION OF REGISTRATION FEE**

| Title of each class of securities to be registered | Amount of Securities to be Registered[1][2] | Proposed Maximum Offering Price per Share[1] | Proposed Maximum Aggregate Offering Price[1] | Amount of Registration Fee[4] |
|---|---|---|---|---|
| Class A ordinary shares, par value US$0.000002 per share[2][3] | 276,000,000 | US$2.125 | US$586,500,000 | US$71,083.80 |

(1)    Estimated solely for the purpose of determining the amount of registration fee in accordance with Rule 457(a) under the Securities Act of 1933.

(2)    Includes Class A ordinary shares initially offered and sold outside the United States that may be resold from time to time in the United States either as part of their distribution or within 40 days after the later of the effective date of this registration statement and the date the shares are first bona fide offered to the public, and also includes Class A ordinary shares that may be purchased by the underwriters pursuant to an over-allotment option. These Class A ordinary shares are not being registered for the purpose of sales outside the United States.

(3)    American depositary shares issuable upon deposit of the Class A ordinary shares registered hereby will be registered under a separate registration statement on Form F-6 (Registration No.333-230989). Each American depositary share represents eight Class A ordinary shares.

(4)    Previously paid.

---

   **The Registrant hereby amends this registration statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this registration statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, as amended, or until the registration statement shall become effective on such date as the Commission, acting pursuant to such Section 8(a), may determine.**

---

†       The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.