**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE LUCKIN COFFEE INC. SECURITIES
LITIGATION

Case No. 1:20-cv-01293-JPC-JLC

**DECLARATION OF SALVATORE J. GRAZIANO IN SUPPORT OF LEAD
PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO
LUCKIN COFFEE INC.'S MOTION TO DISMISS**

I, Salvatore J. Graziano, declare as follows:

1.      I am a member in good standing of the bars of the State of New York and of this Court. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP. I respectfully submit this declaration in support of Lead Plaintiffs' Memorandum of Law in Opposition to Luckin Coffee Inc.'s Motion to Dismiss.

2.      Attached as Exhibit A, please find a true and correct copy of an excerpt from "The Joint Provisional Liquidators' First Report to the Grand Court of the Cayman Islands – Luckin Coffee Inc. (In Provisional Liquidation)" dated December 17, 2020.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of January, 2021.

/s/ Salvatore J. Graziano
**BERNSTEIN LITOWITZ BERGER**
 **& GROSSMANN LLP**

Salvatore J. Graziano
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400

Facsimile: (212) 554-1444
salvatore@blbglaw.com

*Co-Counsel for Lead Plaintiffs Sjunde AP-Fonden and Louisiana Sheriffs' Pension & Relief Fund and Co-Lead Counsel for the Putative Class*