UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
:
:
:
IN RE LUCKIN COFFEE INC. SECURITIES :
LITIGATION                          :  Case No. 1:20-cv-01293-JPC-JLC
:
:
:
:
:
------------------------------------------------------------x

## NOTICE OF DEFENDANT THOMAS P. MEIER'S MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendant Thomas P. Meier will move this Court for an order dismissing with prejudice all claims against him in the the Consolidated Class Action Complaint, as described in the accompanying Memorandum of Law, pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6).

In accordance with the Order of the Court dated November 24, 2020, Plaintiffs' answering papers shall be filed within sixty (60) days of the filing date of this Motion. (ECF No. 215.)

Dated: February 4, 2021

By: _____
Jason J. Mendro, SBN 5423710

GIBSON, DUNN & CRUTCHER LLP

1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:  202.887.3726
Facsimile:  202.530.9626

*Attorney for Defendant Thomas P. Meier*