

Richard A. Bodnar
Senior Counsel

1251 Avenue of the Americas
New York, NY 10020
212.597.2810
rbodnar@rksllp.com

March 3, 2021

**VIA ECF**

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:  *In re Luckin Coffee Inc. Securities Litigation,* **Case No. 1:20-cv-012393-JPC**

Dear Judge Cronan:

We represent the Winslow Funds[1] and write to request permission to attend the scheduled teleconference in the above-referenced matter, scheduled for March 4, 2021 at 10:00 a.m. before Your Honor regarding the "provisional" certification of class claims proposed by the federal lead plaintiffs and Luckin Coffee Inc. ("Luckin").  *See* ECF No. 236.  The Winslow Funds are unnamed members of the putative class in *In re Luckin Coffee Inc. Securities Litigation,* Case No. 1:20-cv-012393 (S.D.N.Y.) (the "Federal Class Action") and unnamed members of the putative class in *In re: Luckin Coffee Inc. Securities Litigation*, Index No. 651939/2020 (N.Y. Supreme Ct.) (the "State Class Action").  The Winslow Funds have brought their own claims against Luckin and other defendants; that case is pending in New York state court, before Justice Andrew S. Borrok, captioned *Nuveen Winslow Large-Cap Growth ESG Fund v. Luckin Coffee Inc.*, Index No. 655177/2020 (N.Y. Supreme Ct.) (the "Winslow Action").

The five-page stipulation and proposed order contains few details of this "provisional" certification procedure (which appears to only apply to Luckin as a defendant), while also making reference to further contemplated procedures, including "convening class meetings" and a decertification procedure.  This short submission does not provide the Winslow Funds, who have significant claims against Luckin and other defendants, sufficient information to weigh the impact of the requested relief without further information. Because the proposal clearly implicates the claims being pursued in all actions mentioned above, as well as the Winslow Funds' rights, the Winslow Funds respectfully request permission to attend the teleconference through counsel.

---

[1] The "Winslow Funds" are: Nuveen Winslow Large-Cap Growth ESG Fund, Nuveen Winslow Socially Aware U.S. Large-Cap Growth Fund, Winslow Large-Cap Growth Fund, MainStay Winslow Large Cap Growth Fund, MainStay VP Winslow Large Cap Growth Portfolio, St. John's University, I.B.E.W. Local Union 481 Defined Contribution Plan and Trust, St. Mary's University,  Justin Kelly Revocable Trust, Justin and Susan Kelly Family, LLC, The Justin and Susan Kelly Foundation, Justin Kelly, individually and as representative for the Justin Kelly Revocable Trust, and American Medical Association.

Hon. John P. Cronan
Page 2

Respectfully submitted,

*/s/ Richard A. Bodnar*

Richard A. Bodnar

cc: All Counsel of Record (via ECF)