UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LUCKIN COFFEE INC. SECURITIES LITIGATION | Case No. 1:20-CV-01293-JPC-JLC |

**REPLY DECLARATION OF SHEILA C. RAMESH IN SUPPORT OF
THE UNDERWRITER DEFENDANTS' MOTION TO DISMISS
THE CONSOLIDATED CLASS ACTION COMPLAINT**

I, Sheila C. Ramesh, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.     I am a member of the bar of this Court and of the firm of Cahill Gordon & Reindel LLP, counsel for Defendants Credit Suisse (USA) LLC, Morgan Stanley & Co. LLC, China International Capital Corporation Hong Kong Securities Limited, Haitong International Securities Company Limited, KeyBanc Capital Markets Inc., and Needham & Company, LLC ("Underwriter Defendants").

2.     I make this declaration in support of the Underwriter Defendants' Motion to Dismiss the Consolidated Class Action Complaint (the "Motion") and to put certain publicly available materials relevant to the Underwriter Defendants' Reply Memorandum of Law in Support of the Motion before the Court.

3.     Attached hereto as Exhibit 1 is a true and correct copy of publicly available trading data available on Bloomberg, depicting the number of Luckin American Depository Shares outstanding from May 17, 2019 through April 1, 2020.  For the convenience of the court, the data contained in Exhibit 1 is summarized in Exhibit 2.

Dated: April 6, 2021
      New York, New York

                                                          Sheila C. Ramesh