# EXHIBIT 1



| LKNCY US Equity | | Export | | Settings | | | Page 6/6 | Historical Price Table |
|---|---|---|---|---|---|---|---|---|
| Luckin Coffee Inc | | | | | High | 108.9668 on | | 01/23/20 |
| Range | 05/17/2019 - 04/01/2020 | | Period | Daily | Low | 33.0000 on | | 05/17/19 |
| Market | Curr ADRs Ou | Last Price | Currency | USD | Average | 60.5710 | | 26.4096 |
| View | Price Table | | | | Net Chg | 75.9668 | | 230.20% |

| | Date | Curr ADRs... | Last Price | Date | Curr ADRs... | Last Price | Date | Curr ADRs... | Last Price |
|---|---|---|---|---|---|---|---|---|---|
| Fr | 05/24/19 | 33.0000 | 15.32 | | | | | | |
| Th | 05/23/19 | 33.0000 | 15.79 | | | | | | |
| We | 05/22/19 | 33.0000 | 14.75 | | | | | | |
| Tu | 05/21/19 | 33.0000 | 17.33 | | | | | | |
| Mo | 05/20/19 | 33.0000 | 18.61 | | | | | | |
| Fr | 05/17/19 L | 33.0000 | 20.38 | | | | | | |

1

2



| | Date | Curr ADRs... | Last Price | | Date | Curr ADRs... | Last Price | | Date | Curr ADRs... | Last Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fr | 07/26/19 | 37.9500 | 24.92 | Fr | 07/05/19 | 37.9500 | 19.59 | Fr | 06/14/19 | 34.0000 | 19.23 |
| Th | 07/25/19 | 37.9500 | 23.00 | Th | 07/04/19 | | | Th | 06/13/19 | 33.0000 | 17.96 |
| We | 07/24/19 | 37.9500 | 23.12 | We | 07/03/19 | 37.9500 | 19.33 | We | 06/12/19 | 33.0000 | 18.19 |
| Tu | 07/23/19 | 37.9500 | 23.40 | Tu | 07/02/19 | 37.9500 | 18.78 | Tu | 06/11/19 | 33.0000 | 17.60 |
| Mo | 07/22/19 | 37.9500 | 21.62 | Mo | 07/01/19 | 37.9500 | 19.14 | Mo | 06/10/19 | 33.0000 | 18.45 |
| Fr | 07/19/19 | 37.9500 | 20.05 | Fr | 06/28/19 | 37.9500 | 19.49 | Fr | 06/07/19 | 33.0000 | 18.99 |
| Th | 07/18/19 | 37.9500 | 19.95 | Th | 06/27/19 | 37.9500 | 18.40 | Th | 06/06/19 | 33.0000 | 17.68 |
| We | 07/17/19 | 37.9500 | 19.51 | We | 06/26/19 | 37.9500 | 18.05 | We | 06/05/19 | 33.0000 | 18.65 |
| Tu | 07/16/19 | 37.9500 | 20.12 | Tu | 06/25/19 | 37.9500 | 18.05 | Tu | 06/04/19 | 33.0000 | 19.79 |
| Mo | 07/15/19 | 37.9500 | 20.99 | Mo | 06/24/19 | 37.9500 | 18.19 | Mo | 06/03/19 | 33.0000 | 20.63 |
| Fr | 07/12/19 | 37.9500 | 19.41 | Fr | 06/21/19 | 37.9500 | 19.13 | Fr | 05/31/19 | 33.0000 | 20.10 |
| Th | 07/11/19 | 37.9500 | 19.49 | Th | 06/20/19 | 37.9500 | 19.79 | Th | 05/30/19 | 33.0000 | 18.50 |
| We | 07/10/19 | 37.9500 | 18.94 | We | 06/19/19 | 37.9500 | 19.94 | We | 05/29/19 | 33.0000 | 17.25 |
| Tu | 07/09/19 | 37.9500 | 18.93 | Tu | 06/18/19 | 37.9500 | 20.70 | Tu | 05/28/19 | 33.0000 | 16.11 |
| Mo | 07/08/19 | 37.9500 | 19.13 | Mo | 06/17/19 | 34.0000 | 21.17 | Mo | 05/27/19 | | |

LKNCY US Equity — Export — Settings — Page 5/6 — Historical Price Table

Luckin Coffee Inc

| | | | | High | 108.9668 on | 01/23/20 |
|---|---|---|---|---|---|---|
| Range | 05/17/2019 - 04/01/2020 | Period | Daily | Low | 33.0000 on | 05/17/19 |
| Market | Curr ADRs Ou | Last Price | Currency USD | Average | 60.5710 | 26.4096 |
| View | Price Table | | | Net Chg | 75.9668 | 230.20% |

2



| | Date | Curr ADRs... | Last Price | | Date | Curr ADRs... | Last Price | | Date | Curr ADRs... | Last Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fr | 09/27/19 | 37.9500 | 19.01 | Fr | 09/06/19 | 37.9500 | 20.59 | Fr | 08/16/19 | 37.9500 | 19.56 |
| Th | 09/26/19 | 37.9500 | 20.16 | Th | 09/05/19 | 37.9500 | 20.19 | Th | 08/15/19 | 37.9500 | 20.68 |
| We | 09/25/19 | 37.9500 | 20.37 | We | 09/04/19 | 37.9500 | 19.56 | We | 08/14/19 | 37.9500 | 20.44 |
| Tu | 09/24/19 | 37.9500 | 20.22 | Tu | 09/03/19 | 37.9500 | 19.96 | Tu | 08/13/19 | 37.9500 | 24.55 |
| Mo | 09/23/19 | 37.9500 | 21.51 | Mo | 09/02/19 | | | Mo | 08/12/19 | 37.9500 | 24.59 |
| Fr | 09/20/19 | 37.9500 | 21.45 | Fr | 08/30/19 | 37.9500 | 21.10 | Fr | 08/09/19 | 37.9500 | 25.94 |
| Th | 09/19/19 | 37.9500 | 21.55 | Th | 08/29/19 | 37.9500 | 20.94 | Th | 08/08/19 | 37.9500 | 24.11 |
| We | 09/18/19 | 37.9500 | 21.28 | We | 08/28/19 | 37.9500 | 21.03 | We | 08/07/19 | 37.9500 | 23.11 |
| Tu | 09/17/19 | 37.9500 | 22.80 | Tu | 08/27/19 | 37.9500 | 19.48 | Tu | 08/06/19 | 37.9500 | 22.91 |
| Mo | 09/16/19 | 37.9500 | 22.52 | Mo | 08/26/19 | 37.9500 | 18.95 | Mo | 08/05/19 | 37.9500 | 22.75 |
| Fr | 09/13/19 | 37.9500 | 22.00 | Fr | 08/23/19 | 37.9500 | 18.79 | Fr | 08/02/19 | 37.9500 | 24.91 |
| Th | 09/12/19 | 37.9500 | 21.03 | Th | 08/22/19 | 37.9500 | 19.20 | Th | 08/01/19 | 37.9500 | 23.67 |
| We | 09/11/19 | 37.9500 | 20.53 | We | 08/21/19 | 37.9500 | 19.51 | We | 07/31/19 | 37.9500 | 24.29 |
| Tu | 09/10/19 | 37.9500 | 20.81 | Tu | 08/20/19 | 37.9500 | 18.80 | Tu | 07/30/19 | 37.9500 | 24.47 |
| Mo | 09/09/19 | 37.9500 | 21.56 | Mo | 08/19/19 | 37.9500 | 18.88 | Mo | 07/29/19 | 37.9500 | 26.58 |

3

4



| | Date | Curr ADRs... | Last Price | | Date | Curr ADRs... | Last Price | | Date | Curr ADRs... | Last Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fr | 11/29/19 | 64.2711 | 30.15 | Fr | 11/08/19 | 37.9500 | 18.56 | Fr | 10/18/19 | 37.9500 | 19.08 |
| Th | 11/28/19 | 64.2711 | | Th | 11/07/19 | 37.9500 | 18.73 | Th | 10/17/19 | 37.9500 | 19.66 |
| We | 11/27/19 | 64.2711 | 31.47 | We | 11/06/19 | 37.9500 | 18.77 | We | 10/16/19 | 37.9500 | 19.50 |
| Tu | 11/26/19 | 64.2711 | 32.10 | Tu | 11/05/19 | 37.9500 | 19.09 | Tu | 10/15/19 | 37.9500 | 19.60 |
| Mo | 11/25/19 | 64.2711 | 32.00 | Mo | 11/04/19 | 37.9500 | 19.22 | Mo | 10/14/19 | 37.9500 | 19.17 |
| Fr | 11/22/19 | 64.2711 | 29.85 | Fr | 11/01/19 | 37.9500 | 19.23 | Fr | 10/11/19 | 37.9500 | 18.93 |
| Th | 11/21/19 | 46.0750 | 27.95 | Th | 10/31/19 | 37.9500 | 19.58 | Th | 10/10/19 | 37.9500 | 18.46 |
| We | 11/20/19 | 46.0750 | 26.30 | We | 10/30/19 | 37.9500 | 20.01 | We | 10/09/19 | 37.9500 | 18.85 |
| Tu | 11/19/19 | 46.0750 | 27.26 | Tu | 10/29/19 | 37.9500 | 19.63 | Tu | 10/08/19 | 37.9500 | 18.54 |
| Mo | 11/18/19 | 46.0750 | 28.16 | Mo | 10/28/19 | 37.9500 | 20.33 | Mo | 10/07/19 | 37.9500 | 19.37 |
| Fr | 11/15/19 | 46.0750 | 27.02 | Fr | 10/25/19 | 37.9500 | 20.87 | Fr | 10/04/19 | 37.9500 | 19.28 |
| Th | 11/14/19 | 46.0750 | 21.54 | Th | 10/24/19 | 37.9500 | 21.47 | Th | 10/03/19 | 37.9500 | 18.91 |
| We | 11/13/19 | 40.6028 | 21.46 | We | 10/23/19 | 37.9500 | 21.10 | We | 10/02/19 | 37.9500 | 18.21 |
| Tu | 11/12/19 | 37.9500 | 18.98 | Tu | 10/22/19 | 37.9500 | 21.18 | Tu | 10/01/19 | 37.9500 | 18.77 |
| Mo | 11/11/19 | 37.9500 | 18.76 | Mo | 10/21/19 | 37.9500 | 20.02 | Mo | 09/30/19 | 37.9500 | 19.00 |



| | Date | Curr ADRs... | Last Price | | Date | Curr ADRs... | Last Price | | Date | Curr ADRs... | Last Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fr | 01/31/20 | 108.9668 | 32.49 | Fr | 01/10/20 | 83.0860 | 43.32 | Fr | 12/20/19 | 64.2711 | 32.19 |
| Th | 01/30/20 | 108.9668 | 36.40 | Th | 01/09/20 | 83.0860 | 44.37 | Th | 12/19/19 | 64.2711 | 32.27 |
| We | 01/29/20 | 108.9668 | 37.87 | We | 01/08/20 | 83.0860 | 39.46 | We | 12/18/19 | 64.2711 | 31.54 |
| Tu | 01/28/20 | 108.9668 | 39.61 | Tu | 01/07/20 | 83.0860 | 35.11 | Tu | 12/17/19 | 64.2711 | 31.14 |
| Mo | 01/27/20 | 108.9668 | 37.12 | Mo | 01/06/20 | 83.0860 | 34.43 | Mo | 12/16/19 | 64.2711 | 31.09 |
| | | | | | | | | | | | |
| Fr | 01/24/20 | 108.9668 | 40.83 | Fr | 01/03/20 | 83.0860 | 36.72 | Fr | 12/13/19 | 64.2711 | 30.81 |
| Th | 01/23/20 H | 108.9668 | 44.67 | Th | 01/02/20 | 83.0860 | 38.08 | Th | 12/12/19 | 64.2711 | 31.77 |
| We | 01/22/20 | 99.9473 | 43.75 | We | 01/01/20 | 83.0860 | | We | 12/11/19 | 64.2711 | 29.10 |
| Tu | 01/21/20 | 99.9473 | 47.66 | Tu | 12/31/19 | 83.0860 | 39.36 | Tu | 12/10/19 | 64.2711 | 31.12 |
| Mo | 01/20/20 | 99.9473 | | Mo | 12/30/19 | 83.0860 | 37.78 | Mo | 12/09/19 | 64.2711 | 30.36 |
| | | | | | | | | | | | |
| Fr | 01/17/20 | 99.9473 | 50.02 | Fr | 12/27/19 | 69.6815 | 36.44 | Fr | 12/06/19 | 64.2711 | 29.69 |
| Th | 01/16/20 | 97.8773 | 48.53 | Th | 12/26/19 | 64.2711 | 35.32 | Th | 12/05/19 | 64.2711 | 28.90 |
| We | 01/15/20 | 96.8860 | 45.13 | We | 12/25/19 | 64.2711 | | We | 12/04/19 | 64.2711 | 29.84 |
| Tu | 01/14/20 | 96.8860 | 45.80 | Tu | 12/24/19 | 64.2711 | 34.42 | Tu | 12/03/19 | 64.2711 | 31.96 |
| Mo | 01/13/20 | 83.0860 | 45.90 | Mo | 12/23/19 | 64.2711 | 35.50 | Mo | 12/02/19 | 64.2711 | 30.24 |

5





7