# EXHIBIT 2

| Luckin Coffee Inc.:  ADS Outstanding (NYSE: LK) May 17, 2019 - April 1, 2020 Source:  Bloomberg | |
|---|---|
| **Date** | **ADS Outstanding (in millions)** |
| 5/17/2019 | 33 |
| 5/20/2019 | 33 |
| 5/21/2019 | 33 |
| 5/22/2019 | 33 |
| 5/23/2019 | 33 |
| 5/24/2019 | 33 |
| 5/28/2019 | 33 |
| 5/29/2019 | 33 |
| 5/30/2019 | 33 |
| 5/31/2019 | 33 |
| 6/3/2019 | 33 |
| 6/4/2019 | 33 |
| 6/5/2019 | 33 |
| 6/6/2019 | 33 |
| 6/7/2019 | 33 |
| 6/10/2019 | 33 |
| 6/11/2019 | 33 |
| 6/12/2019 | 33 |
| 6/13/2019 | 33 |
| 6/14/2019 | 34 |
| 6/17/2019 | 34 |
| 6/18/2019 | 37.95 |
| 6/19/2019 | 37.95 |
| 6/20/2019 | 37.95 |
| 6/21/2019 | 37.95 |
| 6/24/2019 | 37.95 |
| 6/25/2019 | 37.95 |
| 6/26/2019 | 37.95 |
| 6/27/2019 | 37.95 |
| 6/28/2019 | 37.95 |
| 7/1/2019 | 37.95 |
| 7/2/2019 | 37.95 |
| 7/3/2019 | 37.95 |
| 7/5/2019 | 37.95 |
| 7/8/2019 | 37.95 |
| 7/9/2019 | 37.95 |
| 7/10/2019 | 37.95 |
| 7/11/2019 | 37.95 |
| 7/12/2019 | 37.95 |

| Luckin Coffee Inc.:  ADS Outstanding (NYSE: LK) May 17, 2019 - April 1, 2020 Source:  Bloomberg | |
|---|---|
| **Date** | **ADS Outstanding (in millions)** |
| 7/15/2019 | 37.95 |
| 7/16/2019 | 37.95 |
| 7/17/2019 | 37.95 |
| 7/18/2019 | 37.95 |
| 7/19/2019 | 37.95 |
| 7/22/2019 | 37.95 |
| 7/23/2019 | 37.95 |
| 7/24/2019 | 37.95 |
| 7/25/2019 | 37.95 |
| 7/26/2019 | 37.95 |
| 7/29/2019 | 37.95 |
| 7/30/2019 | 37.95 |
| 7/31/2019 | 37.95 |
| 8/1/2019 | 37.95 |
| 8/2/2019 | 37.95 |
| 8/5/2019 | 37.95 |
| 8/6/2019 | 37.95 |
| 8/7/2019 | 37.95 |
| 8/8/2019 | 37.95 |
| 8/9/2019 | 37.95 |
| 8/12/2019 | 37.95 |
| 8/13/2019 | 37.95 |
| 8/14/2019 | 37.95 |
| 8/15/2019 | 37.95 |
| 8/16/2019 | 37.95 |
| 8/19/2019 | 37.95 |
| 8/20/2019 | 37.95 |
| 8/21/2019 | 37.95 |
| 8/22/2019 | 37.95 |
| 8/23/2019 | 37.95 |
| 8/26/2019 | 37.95 |
| 8/27/2019 | 37.95 |
| 8/28/2019 | 37.95 |
| 8/29/2019 | 37.95 |
| 8/30/2019 | 37.95 |
| 9/3/2019 | 37.95 |
| 9/4/2019 | 37.95 |
| 9/5/2019 | 37.95 |
| 9/6/2019 | 37.95 |

| Luckin Coffee Inc.: ADS Outstanding (NYSE: LK) May 17, 2019 - April 1, 2020 Source: Bloomberg ||
|---|---|
| **Date** | **ADS Outstanding (in millions)** |
| 9/9/2019 | 37.95 |
| 9/10/2019 | 37.95 |
| 9/11/2019 | 37.95 |
| 9/12/2019 | 37.95 |
| 9/13/2019 | 37.95 |
| 9/16/2019 | 37.95 |
| 9/17/2019 | 37.95 |
| 9/18/2019 | 37.95 |
| 9/19/2019 | 37.95 |
| 9/20/2019 | 37.95 |
| 9/23/2019 | 37.95 |
| 9/24/2019 | 37.95 |
| 9/25/2019 | 37.95 |
| 9/26/2019 | 37.95 |
| 9/27/2019 | 37.95 |
| 9/30/2019 | 37.95 |
| 10/1/2019 | 37.95 |
| 10/2/2019 | 37.95 |
| 10/3/2019 | 37.95 |
| 10/4/2019 | 37.95 |
| 10/7/2019 | 37.95 |
| 10/8/2019 | 37.95 |
| 10/9/2019 | 37.95 |
| 10/10/2019 | 37.95 |
| 10/11/2019 | 37.95 |
| 10/14/2019 | 37.95 |
| 10/15/2019 | 37.95 |
| 10/16/2019 | 37.95 |
| 10/17/2019 | 37.95 |
| 10/18/2019 | 37.95 |
| 10/21/2019 | 37.95 |
| 10/22/2019 | 37.95 |
| 10/23/2019 | 37.95 |
| 10/24/2019 | 37.95 |
| 10/25/2019 | 37.95 |
| 10/28/2019 | 37.95 |
| 10/29/2019 | 37.95 |
| 10/30/2019 | 37.95 |
| 10/31/2019 | 37.95 |

3

| Luckin Coffee Inc.:  ADS Outstanding (NYSE: LK) May 17, 2019 - April 1, 2020 Source:  Bloomberg | |
|---|---|
| Date | ADS Outstanding (in millions) |
| 11/1/2019 | 37.95 |
| 11/4/2019 | 37.95 |
| 11/5/2019 | 37.95 |
| 11/6/2019 | 37.95 |
| 11/7/2019 | 37.95 |
| 11/8/2019 | 37.95 |
| 11/11/2019 | 37.95 |
| 11/12/2019 | 37.95 |
| 11/13/2019 | 40.6028 |
| 11/14/2019 | 46.075 |
| 11/15/2019 | 46.075 |
| 11/18/2019 | 46.075 |
| 11/19/2019 | 46.075 |
| 11/20/2019 | 46.075 |
| 11/21/2019 | 46.075 |
| 11/22/2019 | 64.2711 |
| 11/25/2019 | 64.2711 |
| 11/26/2019 | 64.2711 |
| 11/27/2019 | 64.2711 |
| 11/28/2019 | 64.2711 |
| 11/29/2019 | 64.2711 |
| 12/2/2019 | 64.2711 |
| 12/3/2019 | 64.2711 |
| 12/4/2019 | 64.2711 |
| 12/5/2019 | 64.2711 |
| 12/6/2019 | 64.2711 |
| 12/9/2019 | 64.2711 |
| 12/10/2019 | 64.2711 |
| 12/11/2019 | 64.2711 |
| 12/12/2019 | 64.2711 |
| 12/13/2019 | 64.2711 |
| 12/16/2019 | 64.2711 |
| 12/17/2019 | 64.2711 |
| 12/18/2019 | 64.2711 |
| 12/19/2019 | 64.2711 |
| 12/20/2019 | 64.2711 |
| 12/23/2019 | 64.2711 |
| 12/24/2019 | 64.2711 |
| 12/25/2019 | 64.2711 |

| Luckin Coffee Inc.:  ADS Outstanding (NYSE: LK) May 17, 2019 - April 1, 2020 Source:  Bloomberg | |
| --- | --- |
| Date | ADS Outstanding (in millions) |
| 12/26/2019 | 64.2711 |
| 12/27/2019 | 69.6815 |
| 12/30/2019 | 83.086 |
| 12/31/2019 | 83.086 |
| 1/1/2020 | 83.086 |
| 1/2/2020 | 83.086 |
| 1/3/2020 | 83.086 |
| 1/6/2020 | 83.086 |
| 1/7/2020 | 83.086 |
| 1/8/2020 | 83.086 |
| 1/9/2020 | 83.086 |
| 1/10/2020 | 83.086 |
| 1/13/2020 | 83.086 |
| 1/14/2020 | 96.886 |
| 1/15/2020 | 96.886 |
| 1/16/2020 | 97.8773 |
| 1/17/2020 | 99.9473 |
| 1/20/2020 | 99.9473 |
| 1/21/2020 | 99.9473 |
| 1/22/2020 | 99.9473 |
| 1/23/2020 | 108.9668 |
| 1/24/2020 | 108.9668 |
| 1/27/2020 | 108.9668 |
| 1/28/2020 | 108.9668 |
| 1/29/2020 | 108.9668 |
| 1/30/2020 | 108.9668 |
| 1/31/2020 | 108.9668 |
| 2/3/2020 | 108.9668 |
| 2/4/2020 | 108.9668 |
| 2/5/2020 | 108.9668 |
| 2/6/2020 | 108.9668 |
| 2/7/2020 | 108.9668 |
| 2/10/2020 | 108.9668 |
| 2/11/2020 | 108.9668 |
| 2/12/2020 | 108.9668 |
| 2/13/2020 | 108.9668 |
| 2/14/2020 | 108.9668 |
| 2/17/2020 | 108.9668 |
| 2/18/2020 | 108.9668 |

| Luckin Coffee Inc.:  ADS Outstanding (NYSE: LK) May 17, 2019 - April 1, 2020 Source:  Bloomberg | |
| --- | --- |
| **Date** | **ADS Outstanding (in millions)** |
| 2/19/2020 | 108.9668 |
| 2/20/2020 | 108.9668 |
| 2/21/2020 | 108.9668 |
| 2/24/2020 | 108.9668 |
| 2/25/2020 | 108.9668 |
| 2/26/2020 | 108.9668 |
| 2/27/2020 | 108.9668 |
| 2/28/2020 | 108.9668 |
| 2/29/2020 | 108.9668 |
| 3/1/2020 | 108.9668 |
| 3/2/2020 | 108.9668 |
| 3/3/2020 | 108.9668 |
| 3/4/2020 | 108.9668 |
| 3/5/2020 | 108.9668 |
| 3/6/2020 | 108.9668 |
| 3/7/2020 | 108.9668 |
| 3/8/2020 | 108.9668 |
| 3/9/2020 | 108.9668 |
| 3/10/2020 | 108.9668 |
| 3/11/2020 | 108.9668 |
| 3/12/2020 | 108.9668 |
| 3/13/2020 | 108.9668 |
| 3/14/2020 | 108.9668 |
| 3/15/2020 | 108.9668 |
| 3/16/2020 | 108.9668 |
| 3/17/2020 | 108.9668 |
| 3/18/2020 | 108.9668 |
| 3/19/2020 | 108.9668 |
| 3/20/2020 | 108.9668 |
| 3/21/2020 | 108.9668 |
| 3/22/2020 | 108.9668 |
| 3/23/2020 | 108.9668 |
| 3/24/2020 | 108.9668 |
| 3/25/2020 | 108.9668 |
| 3/26/2020 | 108.9668 |
| 3/27/2020 | 108.9668 |
| 3/28/2020 | 108.9668 |
| 3/29/2020 | 108.9668 |
| 3/30/2020 | 108.9668 |

| Luckin Coffee Inc.:  ADS Outstanding (NYSE: LK) May 17, 2019 - April 1, 2020 Source:  Bloomberg | |
| --- | --- |
| Date | ADS Outstanding (in millions) |
| 3/31/2020 | 108.9668 |
| 4/1/2020 | 108.9668 |