**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
**1251 AVENUE OF THE AMERICAS**
**44TH FLOOR**
**NEW YORK, NY 10020**
**TEL. (212) 554-1400**

**KESSLER TOPAZ MELTZER & CHECK, LLP**
**280 KING OF PRUSSIA ROAD**
**RADNOR, PA 19087**
**TEL. (610) 667-7706**

April 16, 2021

**Via ECF**

Hon. John P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1320
New York, NY 10007-1312

   Re: *In re Luckin Coffee Inc. Sec. Litig.*, No. 1:20-cv-01293-JPC-JLC (S.D.N.Y.)

Dear Judge Cronan:

  We are co-lead counsel for Lead Plaintiffs Sjunde AP-Fonden and Louisiana Sheriffs' Pension & Relief Fund (together "Lead Plaintiffs") in the above-referenced case.  We write pursuant to Section 2.B of Your Honor's Individual Practices to request leave to file a sur-reply to the Reply Memorandum of Law in Support of Underwriter Defendants' Motion to Dismiss the Consolidated Class Action Complaint (the "Reply Brief").  (ECF No. 253).  We have consulted with counsel for the Underwriter Defendants and they do not oppose our request.

  The basis for our request is to address new information that the Underwriter Defendants submitted for the first time with their Reply Brief, namely, certain screenshots taken from Bloomberg and a table derived from those screenshots. (ECF No. 254-01-2).  Because the Underwriter Defendants do not oppose our request, we do not believe any additional briefing on the request is necessary.  Accordingly, attached to this letter is the proposed sur-reply that we are requesting permission to file.

  We thank the Court for its attention to this matter.

Hon. John P. Cronan
April 16, 2021
Page 2

Respectfully submitted,


_/s/ Salvatore J. Graziano_                    _/s/ Sharan Nirmul_
Salvatore J. Graziano                          Sharan Nirmul

_Co-Lead Counsel for Lead Plaintiffs and the Putative Class_

cc: All Counsel of Record (via ECF)