Case 1:20-cv-01293-JPC   Document 262   Filed 05/18/21   Page 1 of 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LUCKIN COFFEE INC. SECURITIES LITIGATION | Case No. 1:20-cv-01293-JPC-JLC |

## NOTICE OF MOTION TO INTERVENE

**PLEASE TAKE NOTICE** that Proposed Intervenor-Winslow,[1] by and through their attorneys, Rolnick Kramer Sadighi LLP, respectfully move this Court for an Order pursuant to Fed. R. Civ. P. 24 permitting the Winslow Funds to intervene in the above-captioned matter.

In support of its motion, Winslow submits a Declaration of Frank T.M. Catalina with Exhibits (annexed thereto), Declaration of Richard A. Bodnar with Exhibits (annexed thereto), and a Memorandum of Law.

Dated: May 18, 2021
New York, New York

**ROLNICK KRAMER SADIGHI LLP**

By: */s/ Frank T.M. Catalina*
Frank T.M. Catalina
1251 Avenue of the Americas
New York, New York 10020
Tel. 212.597.2848
fcatalina@rksllp.com

*Attorneys for the Winslow Funds*

---

[1] The "Winslow Funds" are: Nuveen Winslow Large-Cap Growth ESG Fund, Nuveen Winslow Socially Aware U.S. Large-Cap Growth Fund, Winslow Large-Cap Growth Fund, MainStay Winslow Large Cap Growth Fund, MainStay VP Winslow Large Cap Growth Portfolio, St. John's University, I.B.E.W. Local Union 481 Defined Contribution Plan and Trust, St. Mary's University, Justin Kelly Revocable Trust, Justin and Susan Kelly Family, LLC, The Justin and Susan Kelly Foundation, Justin Kelly, individually and as representative for the Justin Kelly Revocable Trust, and American Medical Association.