**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN  RE  LUCKIN  COFFEE  INC. SECURITIES LITIGATION | Case No. 1:20-cv-01293-JPC-JLC |

**DECLARATION OF FRANK T.M. CATALINA IN SUPPORT OF**
**WINSLOW'S MOTION TO INTERVENE**

Pursuant to 28 U.S.C. § 1746, FRANK T.M. CATALINA, under penalty of perjury, hereby declares as follows:

1.     I am counsel at the law firm of Rolnick Kramer Sadighi LLP, counsel in this matter to the Proposed Intervenors Winslow Funds ("Winslow").[1] I submit this declaration in support of Winslow's Motion to Intervene pursuant to Fed. R. Civ. P. 24(a) and (b).

2.     Attached hereto as **Exhibit A** is a true and correct copy of the Stipulation and [Proposed] Order Regarding Provisional Class Certification for Settlement Purposes (ECF No. 235) filed on March 2, 2021.

3.     Attached hereto as **Exhibit B** is a true and correct copy of the March 2, 2021 letter from Salvatore A. Graziano to the Court accompanying the Stipulation and [Proposed] Order Regarding Provisional Class Certification for Settlement Purposes (ECF No. 234) filed on March 2, 2021.

---

[1] The "Winslow Funds" are: Nuveen Winslow Large-Cap Growth ESG Fund, Nuveen Winslow Socially Aware U.S. Large-Cap Growth Fund, Winslow Large-Cap Growth Fund, MainStay Winslow Large Cap Growth Fund, MainStay VP Winslow Large Cap Growth Portfolio, St. John's University, I.B.E.W. Local Union 481 Defined Contribution Plan and Trust, St. Mary's University, Justin Kelly Revocable Trust, Justin and Susan Kelly Family, LLC, The Justin and Susan Kelly Foundation, Justin Kelly, individually and as representative for the Justin Kelly Revocable Trust, and American Medical Association.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the letter from Richard A. Bodnar to the Honorable John P. Cronan (ECF No. 238), dated March 3, 2021.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the "So Ordered" Stipulation and Order Regarding Provisional Certification for Settlement Purposes (ECF No. 245), dated March 5, 2021.

6.      Attached hereto as **Exhibit E** is a true and correct copy of relevant excerpts from the transcript of a March 16, 2021 hearing held in *In re Luckin Coffee*, Case No. 20-10228, in the United States Bankruptcy Court for the Southern District of New York.

7.      Attached hereto as **Exhibit F** is a true and correct copy of the Stipulation and [Proposed] Order Regarding Dissemination of Class Notice (ECF No. 258) filed May 14, 2021.

8.      Attached hereto as **Exhibit G** is a true and correct copy of the proposed Notice of Pendency of Class Action (ECF No. 258-1) filed on May 14, 2021.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 18, 2021.

By: */s/ Frank T.M. Catalina*
Frank T.M. Catalina