# EXHIBIT 1

**COMPANIES ACT (2021 REVISION)**
**NOTICE OF MEETING OF SHAREHOLDER CLAIMANTS**
**LUCKIN COFFEE INC (IN PROVISIONAL LIQUIDATION) ("the Company")**

**Recipients**

|   | Claimant | Address |
|---|---|---|
| 1. | Chesi Assets Limited, Delroy Investments Holdings Limited, Interactive Digital Finance Limited, Joo Keng Tiah, Rochester International Holdings Limited, Savern Finance Limited, Tan Kuay Fong, and Tiah Thee Kian | Serena P. Hallowell<br>Michael P. Canty<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005<br>shallowell@labaton.com<br>mcanty@labaton.com<br><br>Guillaume Buell<br>Garrett Bradley<br>Thornton Law Firm LLP<br>1 Lincoln Street, 13th Floor<br>State Street Financial Center<br>Boston, MA 02111<br>gbuell@tenlaw.com<br>gbradley@tenlaw.com |
| 2. | Nuveen Winslow Large-Cap Growth ESG Fund, Nuveen Winslow Socially Aware U.S. Large-Cap Growth Fund, Winslow Large-Cap Growth Fund, Mainstay Winslow Large Cap Growth Fund, and Mainstay VP Winslow Large Cap Growth Portfolio, St. John's University, I.B.E.W. Local Union 481 Defined Contribution Plan and Trust, St. Mary's University, Justin Kelly Revocable Trust, Justin and Susan Kelly Family, LLC, The Justin and Susan Kelly Foundation, Justin Kelly, American Medical Association | Lawrence M. Rolnick<br>Marc B. Kramer<br>Michael J. Hampson<br>Richard Bodnar<br>Brandon Fierro<br>Rolnick Kramer Sadighi LLP<br>1251 Avenue of the Americas, 18th Floor<br>New York, NY 10020<br>(212) 597-2800<br>lrolnick@rksllp.com<br>Mkramer@rksllp.com<br>mhampson@rksllp.com<br>rbodnar@rksllp.com<br>bfierro@rksllp.com<br><br>Gary Smith<br>Elizabeth Kenny<br>Loeb Smith (Cayman) |

1

2209885-1

| | | |
|---|---|---|
| | | gary.smith@loebsmith.com<br>elizabeth.kenny@loebsmith.com |
| 3. | TA Optimum Investment Limited of Commerce House (BVI) and TA Wealth Investment Limited of Commerce House (BVI) | Serena P. Hallowell<br>Michael P. Canty<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005<br>shallowell@labaton.com<br>mcanty@labaton.com<br><br>Guillaume Buell<br>Garrett Bradley<br>Thornton Law Firm LLP<br>1 Lincoln Street, 13th Floor<br>State Street Financial Center<br>Boston, MA 02111<br>gbuell@tenlaw.com<br>gbradley@tenlaw.com |
| 4. | Kingstown Capital Management, LP, Kingstown Partners Mater Ltd., Kingstown Partners II, L.P., Ktown, LP, Kingfishers, Lp, and Kingston 1740 Fund LP | Sigmund Samuel Wissner-Gross<br>Brown Rudnick LLP (NYC)<br>Seven Times Square<br>New York, NY 10036<br>(212) 209-4930<br>Swissnergross@brownrudnick.com<br><br>Guy Dilliway-Parry<br>David Lewis-Hall<br>Priestleys (Cayman)<br>guy.dilliway-parry@priestleys.ky<br>david.lewis-hall@priestleys.ky |
| 5. | Sjunde AP-Fonden<br>Louisiana Sheriffs Pension & Relief Fund | Michael S. Etkin<br>Andrew Behlmann<br>Scott Cargill<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>(973) 597-2500<br>1251 Avenue of the Americas<br>New York, New York 10020<br>(212) 262-6700<br>metkin@lowenstein.com<br>abehlmann@lowenstein.com<br>scargill@lowenstein.com<br><br>Gerald H. Silk<br>Salvatore J. Graziano<br>John Rizio-Hamilton<br>Jai Chandrasekhar<br>Kate W. Aufes |

2

2209885-1

| | | |
|---|---|---|
| | | Nicholas Gersch<br>Bernstein Litowitz Berger & Grossmann LLP<br>1251 Avenue Of The Americas<br>New York, NY 10020<br>(212) 554-1282<br>Jerry@blbglaw.com<br>salvatore@blbglaw.com<br>johnr@blbglaw.com<br>jai@ blbglaw.com<br>kate.aufes@blbglaw.com<br>Nicholas.gersch@blbglaw.com<br><br>Sharan Nirmul<br>Gregory M. Castaldo<br>Richard A. Russo, Jr.<br>Lisa M. Port<br>Nathan A. Hasiuk<br>Kessler  Topaz Meltzer & Check, LLP<br>280 King of Prussia Road<br>Radnor, Pennsylvania 19087<br>(610) 667-7706<br>(610) 667-7056 (fax)<br>snirmul@ktmc.com<br>gcastaldo@ktmc.com<br>rrusso@ktmc.com<br>llambport@ktmc.com<br>nhasiuk@ktmc.com<br><br>Laura Hatfield<br>Richard Parry<br>Bedell Cristin (Cayman)<br>laura.hatfield@bedellcristin.com<br>richard.parry@bedellcristin.com |
| 6. | August Bequai | Michael A. Williams, Esq.<br>Williams Law Firm, PLLC<br>1420 Spring Hill Road, Suite 600,<br>McLean, VA 22102<br>slfmaw@aol.com |
| 7. | Martin Bannon | LPC AVOCAT INC.<br>Mtre Joey Zukran<br>Attorney for the Applicant<br>276 Saint-Jacques Street, Suite 801<br>Montréal, Québec, H2Y 1N3 |
| 8. | Steven Hunter and Joseph Vitarello | Ralph M. Stone<br>Johnson Fistel, LLP<br>1700 Broadway, 41st Floor<br>New York, NY 10019<br>(212) 292-5690<br>RalphS@johnsonfistel.com |

3

| | | |
|---|---|---|
| | | Michael I. Fistel, Jr.<br>Johnson Fistel, LLP<br>40 Powder Springs Street<br>Marietta, GA 30064<br>470-632-6000<br>MichaelF@johnsonfistel.com<br><br>Brian J. Robbins<br>Stephen J. Oddo<br>Robbins LLP<br>5040 Shoreham Place<br>San Diego, CA 92120<br>619-525-3990<br>brobbins@robbinsllp.com<br>soddo@robbinsllp.com |
| 9. | Leo Shumacher | Ralph M. Stone<br>Johnson Fistel, LLP<br>1700 Broadway, 41st Floor<br>New York, NY 10019<br>(212) 292-5690<br>RalphS@johnsonfistel.com |
| 10. | Kimson Chemical, Inc., Teamsters Local 710 Pension Fund, Michael Bergenholtz, City of Fort Myers Police Officers' Retirement System | Laurence May, Esq.<br>Eric Aschkenasy, Esq.<br>Eisman Levine Lehrhaupt & Kakoyiannis P.C.<br>805 Third Avenue, 10th Floor<br>New York, New York 10022<br>Telephone: 212-752-1000<br>lmay@eisemanlevine.com<br>easchkenasy@eisemanlevine.com<br><br>Michael C. Dell'Angelo<br>Barbara A. Podell<br>Andrew Abramowitz<br>Berger Montague PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA<br>(215) 875-3000<br>mdellangelo@bm.net<br>bpodell@bm.net<br>aabramowitz@bm.net<br><br>Edward F. Haber<br>Adam M. Stewart<br>Shapiro Haber & Urmy LLP<br>Two Seaport Lane<br>Boston, MA 02210<br>617-439-3939 |

4

| | | |
|---|---|---|
| | | ehaber@shulaw.com<br>astewart@shulaw.com<br><br>Samuel Rudman<br>Brian E. Cochran<br>Avital O. Malina<br>Robbins Geller Rudman & Dowd<br>58 South Service Rd, Ste 200<br>Melville, NY 11747<br>(631) 367-7100<br>srudman@rgrdlaw.com<br>bcochran@rgrdlaw.com<br>amalina@rgrdlaw.com<br><br>Robert C. Schubert<br>Willem F. Jonckheer<br>Noah M. Schubert<br>Schubert Jonckheer & Kolbe LLP<br>Three Embarcadero Center, Suite 1650<br>San Francisco, California 94111<br>(415) 788-4220<br>rschubert@sjk.law<br>wjonckheer@sjk.law<br>nschubert@sjk.law<br><br>Scott Christiansen<br>Christiansen & Dehner, P.A.<br>63 Sarasota Center Blvd., Suite 107<br>Sarasota, FL 34240<br>(941) 377-2200<br><br>David C. Harrison<br>Lowey Dannenberg, P.C.<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>(914) 997-0500<br>(914) 997-0035 (Fax)<br>dharrison@lowey.com<br><br>David Collier<br>Ritch & Conolly (Cayman)<br>DCollier@rc.com.ky |
| 11. | Lai Ye | Angus Ni<br>AFN Law PLLC<br>41 Madison Ave, 31st Floor<br>New York, NY 10010<br>(646) 453-7294<br>angus@afnlegal.com |

5

2209885-1

**A.      Introduction**

1.      On 15 July 2020 the Grand Court of the Cayman Islands in Cause No. FSD 157 of 2020 (ASCJ) ordered that the Company be put into provisional liquidation and that Mr. Alexander Lawson of Alvarez & Marsal Cayman Islands Limited and Ms. Wing Sze Tiffany Wong of Alvarez & Marsal Asia Islands Limited be appointed as Joint Provisional Liquidators (***JPLs***) of the Company (***Appointment Order***).

2.      Pursuant to paragraph 3 of the Appointment Order the JPLs are empowered to do all things necessary and incidental to developing and proposing a restructuring of the Company's indebtedness in a manner designed to allow the Company to continue as a going concern, with a view to making arrangement with the Company's creditors, including (without limitation) a compromise or arrangement by way of a scheme of arrangement pursuant to section 86 of the Companies Act (***Proposed Restructuring***).

3.      The JPLs consider it may be helpful to form an ad-hoc committee to represent the interests of current or former holders of ADSs in the Company who are entitled to be claimants in the class actions and other actions being pursued in the US and in Canada against the Company (***Shareholder Claimants***), for the purpose of representing the interests of the Shareholder Claimants and facilitating discussions and negotiations with the Company and the JPLs in relation to the Proposed Restructuring (***SH Ad Hoc Committee***).

**B.      Meeting of Shareholder Claimants**

4.      A meeting of the Shareholder Claimants (or their nominated representatives) will be held at the offices of Alvarez & Marsal Cayman Islands Limited, Flagship Building, 2nd Floor, 70 Harbour Drive, George Town, Grand Cayman, KY1-1104, Cayman Islands on 20 May 2021 at 8am (Cayman Time) / 9am (EDT). Arrangements will be made for participants to attend the meeting by Zoom video conferencing, details of which will be provided the day prior to the meeting.

5.      The purpose of the meeting is to facilitate a discussion amongst the Shareholder Claimants about the formation of the SH Ad Hoc Committee.

6.      If the Shareholder Claimants consider an SH Ad Hoc Committee should be formed, the terms upon which that SH Ad Hoc Committee should be formed can also be discussed including composition, confidentiality and legal representation.

Dated this 5th day of May 2021

6

2209885-1

7

Alexander Lawson
Joint Provisional Liquidator

**The address of the JPLs is:**
Alvarez & Marsal
Flagship Building
PO Box 2507
2nd Floor, 70 Harbour Drive
George Town, Grand Cayman,
KY1-1104
Cayman Islands

**Contact for enquiries:**
**Alexander Lawson**
E-mail: luckin@alvarezandmarsal.com

2209885-1