UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :
                                                          :
                                                          :
IN RE LUCKIN COFFEE INC.                                  :          20-CV-1293 (JPC)
SECURITIES LITIGATION                                     :             ORDER
                                                          :
                                                          :
                                                          :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On May 18, 2021, the Winslow Funds filed a motion to intervene in this action, Dkt. 262, which was preceded by a letter filed by the Winslow Funds the day prior, Dkt. 259. Any party that opposes the motion should submit a letter, not to exceed five pages, outlining their views by May 25, 2021. The Court will hold a teleconference to discuss the motion on May 28, 2021 at 2:00 p.m. and, if appropriate, set a briefing schedule. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Dated: May 19, 2021
       New York, New York

_____
          JOHN P. CRONAN
        United States District Judge