**brown**rudnick

Sigmund S. Wissner-Gross
direct dial: 212.209.4930
fax: 212.938.2804
swissnergross@brownrudnick.com

May 20, 2021

**VIA ECF**

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   **In re Luckin Coffee Inc. Securities Litigation, Case No. 1:20-cv-012393-JPC**

Dear Judge Cronan,

We are counsel to Kingstown Capital Management, LP, Kingstown Partners Master Ltd., Kingstown Partners II L.P., Ktown LP, Kingfishers, LP, and Kingstown 1740 Fund LP ("Kingstown"), who were investors in Luckin Coffee Inc. ("Luckin"), and are plaintiffs in *Kingstown Capital Management, LP, et al. v. Luckin Coffee Inc. et al.*, 1:20-cv-07029-JPC, a related proceeding pending before this Court.

Kingstown, which sustained over $22 million in damages as a result of Kingstown's investment in Luckin,  supports the pending motion to intervene filed by the Winslow Funds (and relief sought by Winslow Funds), *see* Dkt. No. 265, and, if pre-motion leave is required,  seeks to file its own motion to intervene, Memorandum of Law/Joinder in Winslow's Intervention Motion and proposed order, in the form annexed hereto.  *See* Exhibits A, B, and C hereto.  The attached joinder/motion to intervene adopts and incorporates by reference the arguments made and relief sought in the Winslow Funds' motion.  *See* Exhibit B.

We are mindful that the Court has set a May 25, 2021 deadline for letter responses to the Winslow Funds' motion to intervene, and a May 28, 2021, 2:00 p.m. teleconference to discuss the Winslow Funds' motion.  *See* Dkt. No. 268 (Order).  Kingstown proposes that the schedule set by the Court for the Winslow Funds' motion to intervene apply to Kingstown's proposed motion, given the identity of issues involved, and Kingstown's adoption of the Winslow Funds' arguments.



Hon. John P. Cronan
May 20, 2021
Page 2

Respectfully submitted,

Sigmund S. Wissner-Gross

Enclosures

cc:     All Counsel of Record (via ECF, with Enclosures)