

Frank Catalina
Counsel

1251 Avenue of the Americas
New York, NY 10020
212.597.2848
fcatalina@rksllp.com

May 26, 2021

**VIA ECF**

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE:** *In re Luckin Coffee Inc. Securities Litigation,* Case No. 1:20-cv-01293-JPC

Dear Judge Cronan:

This firm represents the Winslow Funds ("Winslow"),[1] a putative class member and proposed intervenor in the above-captioned action. Winslow filed a motion to intervene in this action on May 18, 2021 (ECF No. 262), and Your Honor intends to hold a teleconference to discuss the motion on May 28, 2021 at 2:00 p.m. (ECF No. 268.) We write to respectfully request that a court reporter be present to make a stenographic record and transcript of the teleconference.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Frank T.M. Catalina*

Frank T.M. Catalina

cc: All Counsel of Record (via ECF)

---

[1] The "Winslow Funds" are: Nuveen Winslow Large-Cap Growth ESG Fund, Nuveen Winslow Socially Aware U.S. Large-Cap Growth Fund, Winslow Large-Cap Growth Fund, MainStay Winslow Large Cap Growth Fund, MainStay VP Winslow Large Cap Growth Portfolio, St. John's University, I.B.E.W. Local Union 481 Defined Contribution Plan and Trust, St. Mary's University, Justin Kelly Revocable Trust, Justin and Susan Kelly Family, LLC, The Justin and Susan Kelly Foundation, Justin Kelly, individually and as representative for the Justin Kelly Revocable Trust, and American Medical Association.