```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                           :
                                                           :
                                                           :
IN RE LUCKIN COFFEE INC.                                   :    20-CV-1293 (JPC)
SECURITIES LITIGATION                                      :
                                                           :    ORDER
                                                           :
                                                           :
------------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On May 19, 2021, the Court scheduled a conference for May 28, 2021 to discuss the Winslow Funds' motion to intervene in this action. Dkt. 268. The Court also intends to address the letters from the State Class Plaintiffs, Dkt. 269, the Kingstown entities, Dkt. 270, August Bequai, Dkt. 272, and Lai Ye, Dkt. 278, during that conference, and will permit those entities and individuals to appear at the conference.

SO ORDERED.

Dated: May 27, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge