UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  | x |  |
| --- | --- | --- |
| | : | Civil Action No. 1:20-cv-01293-JPC |
| | : | |
| IN RE LUCKIN COFFEE INC. | : | **PROPOSED INTERVENORS STATE** |
| SECURITIES LITIGATION | : | **CLASS PLAINTIFFS' NOTICE OF** |
| | : | **MOTION AND MOTION TO** |
| | : | **INTERVENE** |
| | : | |
| | x | |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that Proposed Intervenors Teamsters Local 710 Pension Fund, City of Fort Myers Police Officers' Retirement System, Kimson Chemical Inc. and Michael Bergenholtz ("State Class Plaintiffs") respectfully move this Court pursuant to Federal Rules of Civil Procedure 24 to intervene in the above-captioned action for the purpose of filing an opposition, attached hereto as Attachment A, to the Stipulation and [Proposed] Order Regarding Dissemination of Class Notice (ECF No. 258; the "Proposed Order") and for the opportunity to be heard in the above-captioned matter, with all rights and remedies attendant to its position hereby reserved.

In support of their motion, the State Class Plaintiffs submit their opposition to the Proposed Order (Attachment A), the Declaration of Brian Cochran with Exhibits, a Memorandum of Law, and a [Proposed] Order granting this Motion.

DATED:  June 7, 2021                          ROBBINS GELLER RUDMAN
                                                              & DOWD LLP
                                                         BRIAN COCHRAN


                                                         */s/ Brian Cochran*
                                                         BRIAN COCHRAN

200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  312/674-4674
312/674-4676 (fax)
bcochran@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
AVITAL O. MALINA
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
amalina@rgrdlaw.com

BERGER MONTAGUE PC
MICHAEL C. DELL'ANGELO
BARBARA A. PODELL
ANDREW ABRAMOWITZ
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
mdellangelo@bm.net
bpodell@bm.net
aabramowitz@bm.net

SHAPIRO HABER & URMY LLP
EDWARD F. HABER
ADAM M. STEWART
Two Seaport Lane
Boston, MA  02210
Telephone:  617/439-3939
ehaber@shulaw.com
astewart@shulaw.com

*Counsel for State Class Plaintiffs and Co-Lead
Counsel for the State Class Action*

- 2 -

- 3 -

LOWEY DANNENBERG, P.C.
DAVID C. HARRISON
44 South Broadway, Suite 1100
White Plains, NY  10601
Telephone:  914/997-0500
914/997-0035 (fax)
dharrison@lowey.com

*Liaison Counsel for State Class Plaintiffs*

CHRISTIANSEN & DEHNER, P.A.
SCOTT CHRISTIANSEN
63 Sarasota Center Blvd., Suite 107
Sarasota, FL  34240
Telephone: 914/377-2200
941/377-4848 (fax)

SCHUBERT JONCKHEER & KOLBE LLP
ROBERT C. SCHUBERT
WILLEM F. JONCKHEER
3 Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: 415/788-4220
rschubert@sjk.law
wjonckheer@sjk.law

*Additional Counsel for State Class Plaintiffs*

## CERTIFICATE OF SERVICE

I, Brian Cochran, hereby certify that on June 7, 2021, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.



*/s/ Brian Cochran*
BRIAN COCHRAN