UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ———————————————— x | |
| : | Civil Action No. 1:20-cv-01293-JPC |
| IN RE LUCKIN COFFEE INC. : | |
| SECURITIES LITIGATION : | |
| : | |
| ———————————————— x | |

**DECLARATION OF BRIAN COCHRAN IN SUPPORT OF PROPOSED
INTERVENORS STATE CLASS PLAINTIFFS' MOTION TO INTERVENE AND IN
OPPOSITION TO THE STIPULATION AND [PROPOSED] ORDER REGARDING
DISSEMINATION OF CLASS NOTICE**

I, BRIAN COCHRAN, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1.      I am a member of the Bar of the State of California and State of Illinois, and I am admitted *pro hac vice* to appear before this Court in this action.

2.      I am a partner at the firm of Robbins Geller Rudman & Dowd LLP, counsel for Proposed Intervenors State Class Plaintiffs Teamsters Local 710 Pension Fund, City of Fort Myers Police Officers' Retirement System, Kimson Chemical Inc. and Michael Bergenholtz (the "State Class Plaintiffs").  I submit this declaration to the Court in support of Proposed Intervenors State Class Plaintiffs' Motion to Intervene and in opposition to the Stipulation and [Proposed] Order Regarding Dissemination of Class Notice (ECF No. 258).

3.      Attached hereto as Exhibit A is a true and correct copy of the State Class Plaintiffs' proposed revisions to the proposed Notice of Pendency of Class Action (ECF No. 258-1).

4.      Attached hereto as Exhibit B is a true and correct copy of the Joint Stipulation and Order Consolidating Related Actions and Appointing Co-Lead Counsel, filed in *In re Luckin Coffee Inc. Securities Litigation*, Index No. 651939/2020 (Sup. Ct. N.Y. Cnty.), NYSCEF No. 27.

5.      Attached hereto as Exhibit C is a true and correct copy of the Consolidated Complaint, filed in *In re Luckin Coffee Inc. Securities Litigation*, Index No. 651939/2020 (Sup. Ct. N.Y. Cnty.), NYSCEF No. 36.

- 2 -

6.    Attached hereto as <u>Exhibit D</u> is a true and correct copy of the proposed revised Order Recognizing Cayman Proceeding as a Foreign Main Proceeding and Granting Relief in Aid Thereof, filed in *In re Luckin Coffee Inc. (in Provisional Liquidation)*, No. 1:21-bk-10228-MG (Bankr. S.D.N.Y.), ECF No. 31-1.

7.    Attached hereto as <u>Exhibit E</u> is a true and correct copy of the Reservation of Rights of Lead Plaintiffs with Respect to Foreign Representatives' Motion for Chapter 15 Recognition and Final Relief, filed in *In re Luckin Coffee Inc. (in Provisional Liquidation)*, No. 1:21-bk-10228-MG (Bankr. S.D.N.Y.), ECF No. 29.

8.    Attached hereto as <u>Exhibit F</u> is a true and correct copy of the transcript from the May 28, 2021 hearing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 7, 2021, at Chicago, Illinois.

*/s/ Brian Cochran*
BRIAN COCHRAN

## CERTIFICATE OF SERVICE

I, Brian Cochran, hereby certify that on June 7, 2021, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.



*/s/ Brian Cochran*
BRIAN COCHRAN