# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

————————————————————— X
                                :

KIMSON CHEMICAL, INC. Individually and  :  Index No. 651939/2020
on Behalf of All Others Similarly Situated,    :

                                :  CLASS ACTION
             Plaintiff,        :

                                :  JOINT STIPULATION AND [PROPOSED]
  vs.                          :  ORDER CONSOLIDATING RELATED
                                :  ACTIONS AND APPOINTING CO-LEAD
LUCKIN COFFEE INC., CHARLES        :  COUNSEL
ZHENGYAO LU, JENNY ZHIYA QIAN,    :
JIAN LIU, REINOUT HENDRIK SCHAKEL,  :
HUI LI, JINYI GUO, ERHAI LIU, SEAN    :
SHAO, THOMAS P. MEIER, NEEDHAM &    :
COMPANY, LLC, MORGAN STANLEY &    :
CO. LLC, CHINA INTERNATIONAL      :
CAPITAL CORP. HONG KONG        :
SECURITIES LTD., HAITONG INT'S     :
SECURITIES CO. LTD., CREDIT SUISSE  :
SECURITIES (USA) LLC, and KEYBANC  :
CAPITAL MARKETS INC.,         :

                                :
             Defendants.     :

————————————————————— X

[caption continued on next page]

FILED: NEW YORK COUNTY CLERK 10/16/2020 01:11 PM
INDEX NO. 651939/2020
NYSCEF DOC. NO. 27
RECEIVED NYSCEF: 10/16/2020

Case 1:20-cv-01293-JPC    Document 286-2    Filed 06/07/21    Page 2 of 9

1 of 8

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

——————————————————— X
                               :

MICHAEL BERGENHOLTZ, Individually   :   Index No. 652576/2020
and on Behalf of All Others Similarly Situated, :

                               :   <u>CLASS ACTION</u>

              Plaintiff,   :

                               :

    vs.                          :

LUCKIN COFFEE INC., JENNY ZHIYA  :
QIAN, REINOUT HENDRIK SCHAKEL,  :
CHARLES ZHENGYAO LU, JIAN LIU,   :
JINYI GUO, HUI LI, ERHAI LIU, SEAN  :
SHAO, THOMAS P. MEIER, CREDIT   :
SUISSE SECURITIES (USA) LLC,     :
MORGAN STANLEY & CO. LLC, CHINA :
INTERNATIONAL CAPITAL         :
CORPORATION HONG KONG        :
SECURITIES LIMITED, HAITONG     :
INTERNATIONAL SECURITIES      :
COMPANY LIMITED, KEYBANC      :
CAPITAL MARKETS INC., and NEEDHAM :
& COMPANY, LLC,             :

                               :

              Defendants.  :

                               :

——————————————————— X

[caption continued on next page]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

———————————————————— X
                                          :
TEAMSTERS LOCAL 710 PENSION FUND,         :    Index No. 652663/2020
Individually and on Behalf of All Others  :
Similarly Situated,                       :    CLASS ACTION
                                          :
                        Plaintiff,        :
                                          :
        vs.                               :
                                          :
LUCKIN COFFEE INC., JENNY ZHIYA           :
QIAN, CHARLES ZHENGYAO LU,                :
REINOUT HENDRIK SCHAKEL, JIAN LIU,        :
JINYI GUO, HUI LI, ERHAI LIU, SEAN        :
SHAO, THOMAS P. MEIER, HAODE              :
INVESTMENT INC., PRIMUS                   :
INVESTMENTS FUND, L.P., SUMMER            :
FAME LIMITED, LUCKY CUP HOLDINGS          :
LIMITED, FORTUNATE CUP HOLDINGS           :
LIMITED, MAYER INVESTMENTS FUND,          :
L.P., RICHARD ARTHUR, COGENCY             :
GLOBAL INC., CREDIT SUISSE                :
SECURITIES (USA) LLC, MORGAN              :
STANLEY & CO. LLC, CHINA                  :
INTERNATIONAL CAPITAL                     :
CORPORATION HONG KONG                     :
SECURITIES LIMITED, HAITONG               :
INTERNATIONAL SECURITIES                  :
COMPANY LIMITED, KEYBANC                  :
CAPITAL MARKETS INC. and NEEDHAM          :
& COMPANY, LLC,,                          :
                                          :
                        Defendants.       :
                                          :
———————————————————— X

Case 1:20-cv-01293-JPC   Document 286-2   Filed 06/07/21   Page 5 of 9

WHEREAS, on May 26, 2020, Plaintiff Kimson Chemical, Inc. filed a putative class action under Index No. 651939/2020 asserting claims under the Securities Act of 1933 (the "1933 Act") against Luckin Coffee Inc. ("Luckin" or the "Company"), Charles Zhengyao Lu ("Lu"), Jenny Zhiya Qian ("Qian"), Jian Liu, Reinout Hendrik Schakel ("Schakel"), Hui Li ("Li"), Jinyi Guo ("Guo"), Erhai Liu, Sean Shao ("Shao"), Thomas P. Meier ("Meier"), Needham & Company, LLC ("Needham"), Morgan Stanley & Co. LLC ("Morgan Stanley"), China International Capital Corporation Hong Kong Securities Limited ("CICC"), Haitong International Securities Company Limited ("Haitong"), Credit Suisse Securities (USA) LLC ("Credit Suisse") and KeyBanc Capital Markets Inc. ("KeyBanc") (the *Kimson* Action");

WHEREAS, on June 18, 2020, Plaintiff Michael Bergenholtz filed a putative class action under Index No. 652576/2020 asserting claims under 1933 Act against Defendants Luckin, Qian, Schakel, Jian Liu, Lu, Guo, Li, Erhai Liu, Shao, Meier, Credit Suisse, Morgan Stanley, CICC, Haitong, KeyBanc and Needham (the *Bergenholtz* Action"); and

WHEREAS, on June 23, 2020, Plaintiff Teamsters Local 710 Pension Fund filed a putative class action under Index No. 652663/2020 asserting claims under the 1933 Act against Luckin, Qian, Lu, Schakel, Jian Liu, Guo, Li, Erhai Liu, Shao, Meier, Haode Investment Inc. ("Haode Investment"), Primus Investments Fund, L.P. ("Primus Investments"), Summer Fame Limited ("Summer Fame"), Lucky Cup Holdings Limited ("Lucky Cup"), Fortunate Cup Holdings Limited ("Fortunate Cup"), Mayer Investments Fund, L.P. ("Mayer Investments"), Richard Arthur ("Arthur"), Cogency Global Inc. ("Cogency Global"), Credit Suisse, Morgan Stanley, CICC, Haitong, KeyBanc and Needham (the *Teamsters* Action").

WHEREAS, the *Kimson* Action, the *Bergenholtz* Action, and the *Teamster* Action (together, the "Related Actions") involve common questions of law and fact and arise from the

same set of transactions and occurrences, specifically, Luckin's Initial Public Offering on or about May 17, 2019 (the "IPO") and the Company's Secondary Offering on or about January 10, 2020 (the "Secondary Offering").

WHEREAS, counsel for plaintiffs in the above-referenced Related Actions ("Plaintiffs") have met and conferred and agree that consolidation of the Related Actions and appointment of Co-Lead Counsel will provide the most efficient path for litigating the Related Actions and will avoid unnecessary costs and delay;

NOW, THEREFORE, Plaintiffs, by and through their undersigned counsel, jointly stipulate and agree as follows:

To avoid unnecessary motion practice, and to promote judicial economy and avoid unnecessary costs and delay, Plaintiffs seek consolidation of the Related Actions and the appointment of Co-Lead Counsel.

IT IS HEREBY SO ORDERED THAT:

1. Pursuant to Rule 602 of the New York Civil Practice Laws and Rules, the Related Actions are hereby consolidated for all purposes. The *Kimson* Action, the *Bergenholtz* Action and the *Teamsters* Action are consolidated with and into the *Kimson* Action (the "Consolidated Action"). The *Kimson* Action shall be re-captioned as "*In re Luckin Coffee Inc. Securities Litigation*" and the Consolidated Action will proceed under Index No. 651939/2020, with all filings made under the following caption:

- 2 -

In re LUCKIN COFFEE INC.           :    Index No. 651939/2020
SECURITIES LITIGATION              :
                                   :
―――――――――――――――――                  :
                                   :
This Document Relates To:          :
                                   :
    THE CONSOLIDATED ACTION.       :
                                   :
―――――――――――――――――――                 X

2.    The County Clerk is hereby directed to amend the caption in the *Kimson* Action to read: "*In re Luckin Coffee Inc. Securities Litigation.*"  Any actions filed in or transferred to this Court which arise out of or relate to the same facts as alleged in the Consolidated Action are hereby consolidated with the Consolidated Action.  This Order shall apply to each case which is subsequently consolidated with the Consolidated Action.

3.    The law firms of Robbins Geller Rudman & Dowd LLP, Berger Montague PC, and Shapiro Haber & Urmy LLP are hereby appointed Co-Lead Counsel for the Consolidated Action. The law firm of Lowey Dannenberg P.C. will serve as Liaison Counsel.

4.    Co-Lead Counsel shall have authority to speak for Plaintiffs in the Consolidated Action and shall be the contact for all matters regarding the Consolidated Action, including pre-trial procedure, trial and settlement negotiations.

5.    Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs and for the dissemination of notices and orders of this Court. No motion, discovery request, or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Co-Lead Counsel, so as to prevent duplicative pleadings or discovery.  No settlement negotiations shall be conducted without the approval and participation of Co-Lead Counsel.

O.P.S. 6. Responsive pleadings shall be served within 30 days of filing and service of the complaint in the Consolidated Action.

- 3 -

DATED: October 7, 2020

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
AVITAL O. MALINA


_____/s/ Samuel H. Rudman_____
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
amalina@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
BRIAN E. COCHRAN
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone: 312/674-4674
312/674-4676 (fax)
bcochran@rgrdlaw.com

Counsel for Plaintiff Teamsters
Local 710 Pension Fund


BERGER MONTAGUE PC
MICHAEL C. DELL'ANGELO
BARBARA A. PODELL
ANDREW ABRAMOWITZ


_____/s/ Michael C. Dell'Angelo_____
MICHAEL C. DELL'ANGELO

1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
mdellangelo@bm.net
bpodell@bm.net
aabramowitz@bm.net

- 4 -

BRENNAN, MANNA & DIAMOND, LLC
JUSTIN M. ALABURDA
VICTORIA L. FERRISE
JUSTIN M. LOVDAHL
200 Public Square, Suite 3270
Cleveland, OH  44114
Telephone:  330/253-5060
jmalaburda@bmdllc.com
vlferrise@bmdllc.com
jmlovdahl@bmdllc.com

*Counsel for Plaintiff Michael Bergenholtz
and for the Class*

SHAPIRO HABER & URMY LLP
EDWARD F. HABER
ADAM M. STEWART

_____
*/s/ Edward F. Haber*
EDWARD F. HABER

Two Seaport Lane
Boston, MA  02210
Telephone:  617/439-3939
ehaber@shulaw.com
astewart@shulaw.com

*Counsel for Plaintiff Kimson Chemical*

IT IS SO ORDERED.

DATED: _10/16/20_

THE HONORABLE O. PETER SHERWOOD

- 5 -