# EXHIBIT E

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 15 |
| LUCKIN COFFEE INC. (IN PROVISIONAL LIQUIDATION), | Case No. 21-10228 (MG) |
| Debtor In a Foreign Proceeding. | |

### RESERVATION OF RIGHTS OF LEAD PLAINTIFFS
### WITH RESPECT TO FOREIGN REPRESENTATIVES'
### MOTION FOR CHAPTER 15 RECOGNITION AND FINAL RELIEF

Sjunde AP-Fonden and Louisiana Sheriffs' Pension & Relief Fund (together, "Lead Plaintiffs"), the court-appointed lead plaintiffs in the securities class action captioned as *In re Luckin Coffee Inc. Securities Litigation*, Case No. 1:20-cv-01293-JPC-JLC (the "Federal Class Action"), pending in the United States District Court for the Southern District of New York (the "District Court") hereby submits this reservation of rights (the "Reservation of Rights"), with respect to the *Motion of the Foreign Representatives for Chapter 15 Recognition and Final Relief* (the "Motion") [Doc. No. 3] filed by Alexander Lawson and Wing Sze Tiffany, in their capacities as Joint Provisional Liquidators ("JPLs") of Luckin Coffee Inc. (in Provisional Liquidation) ("Luckin Coffee") in a provisional liquidation proceeding in the Cayman Islands pending before the Grand Court of the Cayman Islands (the "Cayman Court"). In support of the Reservation of Rights, Lead Plaintiffs respectfully state as follows:

### RELEVANT BACKGROUND

1.     The JPLs filed their Chapter 15 petition during the pendency of the Federal Class Action against Luckin Coffee, its former officers and directors, and other third party defendants

38906/2
03/10/2021 208618235.2

(collectively, the "Securities Litigation Defendants"), through which Lead Plaintiffs allege the Securities Litigation Defendants are liable for violations of U.S. securities laws.

2.       On March 2, 2021, the Securities Litigation Defendants and Lead Plaintiffs entered into and filed with the District Court a *Stipulation and [Proposed] Order Regarding Provisional Class Certification for Settlement Purposes* (the "Stipulation").  The District Court so ordered the Stipulation on March 5, 2021 (the "Provisional Class Order").  Among other relief, the Provisional Class Order provisionally certified a class and appointed Lead Plaintiffs as representatives of the class with the stated purpose of negotiating a proposed scheme of arrangement on behalf of the putative class members in the Federal Class Action.  As recognized by the JPLs and Luckin Coffee, the most straightforward path for an effective and comprehensive reorganization is for Luckin Coffee to negotiate schemes of arrangement with its respective creditor constituencies, and have those schemes considered and approved by the Cayman Court.

3.       Subsequent to filing the Motion, and given the Provisional Class Order, counsel to the JPLs and counsel to Lead Plaintiffs engaged in productive discussions to address the scope of the relief requested in the Motion, to comport with the purpose and intent of the Provisional Class Order.  The parties have agreed upon the form of the proposed order (the "Proposed Order") approving the Motion acceptable to the JPLs, Luckin Coffee and Lead Plaintiffs.

## RESERVATION OF RIGHTS

4.       Based upon the understanding reached regarding the contents of the Proposed Order, Lead Plaintiffs have no objection to the Motion.  However, in the event that: (i) the Proposed Order is not approved by this Court with the proposed modifications that have been agreed to by Lead Plaintiffs, the JPLs and Luckin Coffee; or (ii) the Proposed Order contains other modifications that include provisions that impair or prejudice the rights of Lead Plaintiffs, Lead

Plaintiffs reserve their right to be heard with respect to the Motion and/or the form of Proposed

Order.

Dated: March 10, 2021

**LOWENSTEIN SANDLER LLP**

   */s/ Michael S. Etkin*
Michael S. Etkin, Esq.
Andrew Behlmann, Esq.
Scott Cargill, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone (973) 597-2500

-and-

1251 Avenue of the Americas
New York, New York 10020
Telephone (212) 262-6700
metkin@lowenstein.com
abehlmann@lowenstein.com
scargill@lowenstein.com

*Bankruptcy Counsel to Lead Plaintiffs*