**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE LUCKIN COFFEE INC. SECURITIES LITIGATION | Case No. 1:20-cv-01293-JPC-JLC |

**DECLARATION OF FRANK T.M. CATALINA IN SUPPORT OF**
**WINSLOW'S MOTION TO INTERVENE**

Pursuant to 28 U.S.C. § 1746, FRANK T.M. CATALINA, under penalty of perjury, hereby declares as follows:

1.      I am counsel at the law firm of Rolnick Kramer Sadighi LLP, counsel in this matter to the Proposed Intervenors Winslow Funds ("Winslow").[1] I submit this declaration in further support of Winslow's Motion to Intervene pursuant to Fed. R. Civ. P. 24(a) and (b) and objection to the proposed class notice.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the relevant excerpts of the transcript of the May 28, 2021 conference regarding Winslow's motion to intervene.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the relevant excerpts of Luckin Coffee Inc.'s Articles of Association.

---

[1] The "Winslow Funds" are: Nuveen Winslow Large-Cap Growth ESG Fund, Nuveen Winslow Socially Aware U.S. Large-Cap Growth Fund, Winslow Large-Cap Growth Fund, MainStay Winslow Large Cap Growth Fund, MainStay VP Winslow Large Cap Growth Portfolio, St. John's University, I.B.E.W. Local Union 481 Defined Contribution Plan and Trust, St. Mary's University, Justin Kelly Revocable Trust, Justin and Susan Kelly Family, LLC, The Justin and Susan Kelly Foundation, Justin Kelly, individually and as representative for the Justin Kelly Revocable Trust, and American Medical Association.

4.      Attached hereto as **Exhibit C** is a true and correct copy of an article with the following citation: David H. Topol, *Attacking Plaintiff-Style Damages During Mediation of Securities Cases*, PLUS Journal (May & June 2004).

5.      Attached hereto as **Exhibit D** is a true and correct copy of an article with the following citation: Narinder Walia and Adam Werner, *Validating Aggregate Securities Class Damage Estimates*, Law360 (Feb. 24, 2021).

6.      Attached hereto as **Exhibit E** is Winslow's proposed Revised Notice tracking changes against the Proposed Notice submitted on stipulation by Lead Plaintiffs and Luckin.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 7, 2021.

By: */s/ Frank T.M. Catalina*
Frank T.M. Catalina