**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re Luckin Coffee Inc. Securities Litigation* | Case No. 1:20-cv-01293-JPC |

**DECLARATION OF ANGUS NI**
**IN SUPPORT OF REQUEST TO INTERVENE**

I, Angus Ni, am over the age of 18 and have personal knowledge of the matters that I am declaring to here, I declare under penalty of perjury that:

1.      I am counsel of record for proposed intervenor Lai Ye.

2.      Attached hereto as Exhibit A is a true and correct excerpt of a comparison between the Securities Law of the People's Republic China (2014 Amendment) and the Securities Law of the People's Republic China (2019 Revision), showing revisions to Article 2 of the Law, available from the Peking University's Chinese law database, available at https://www.pkulaw.com/.

3.      Attached hereto as Exhibit B is a true and correct copy of an article titled "SPC expands jurisdiction of Shanghai Financial Court" published on May 11, 2021 by Thomson Reuters Practical Law China.

4.      Attached hereto as Exhibit C is a true and correct copy of a natively Google translated news article reporting a lawsuit against Luckin filed in Beijing Financial Court by Chinese investors. The article was published on April 30, 2021 by Caus.Com and is available at: https://www.caus.com/detail/22158?source=true. The Google translation, which transliterates Luckin's Chinese name "Ruixing" when referring to the Company, may also be viewed natively by using the "translation options" available in the search bar of any Chrome or Microsoft Edge browser.

5.    Attached hereto as Exhibit D is a true and correct copy of the transcript of the court conference on motion to intervene in this action held on May 28, 2021.

6.    Attached hereto as Exhibit E is a true and correct copy of the SEC Form F-1 filed by Luckin on January 7, 2020.

7.    Attached hereto as Exhibit F is a true and correct copy of the Joint Provisional Liquidators' First Report to the Grand Court of the Cayman Islands issued on December 17, 2020.

8.    Attached hereto as Exhibit G is a true and correct copy of Exhibit A ("Litigation Parties") to the Joint Provisional Liquidators' status report filed with the United States Bankruptcy Court Southern District of New York on June 4, 2021.

Dated: June 7, 2021                                    By:  _____

Angus F. Ni
**AFN Law PLLC**
41 Madison Ave, 31st Floor,
New York, NY 10010
(646) 453-7294
angus@afnlegal.com

*Attorney for Intervenor Lai Ye*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2021 I electronically filed the foregoing document on the

Court's ECF system, which will transmit it by e-mail to the following recipients:

[ ]

By:    /s/ *Angus F. Ni*
Angus F. Ni