# EXHIBIT B

SPC expands jurisdiction of Shanghai Financial Court, Practical Law UK Legal Update...

# SPC expands jurisdiction of Shanghai Financial Court

**by *Practical Law China***

Legal update: archive | Published on 11-May-2021 | China

The Supreme People's Court (SPC) has expanded the jurisdiction of the Shanghai Financial Court to match the jurisdiction of its new counterpart, the Beijing Financial Court.

On 21 April 2021, the Supreme People's Court (SPC) updated the Provisions on the Jurisdiction of Shanghai Financial Court Cases, with effect from 22 April 2021.

The revised provisions follow the launch of the Beijing Financial Court, China's second cross-regional financial court, in March 2021. Upon its creation, the Beijing Financial Court was given expanded jurisdictional powers, including extraterritorial jurisdiction.

The revised provisions give the Shanghai Financial Court, founded in 2018, similar extraterritorial reach over claims by domestic investors involving the issuance of securities, trading activities or futures trading activities that occur outside China, as well as claims by domestic individuals or institutions involving financial products sold or financial services provided by financial institutions outside China (*Article 2*).

The Shanghai Financial Court may now exercise a wider jurisdiction over a number of first instance financial civil and commercial cases within the jurisdiction of Shanghai that should be heard by the relevant intermediate people's courts, including disputes over savings deposit contracts and bank settlement contracts, asset management business, asset-backed securities business, foreign exchange business, financial product sales and suitability management, credit investigation business, financial civil and commercial disputes over other financial services approved by the competent authority, as well as company-related disputes involving financial institutions (*Article 1*).

The revised provisions also expand the jurisdiction of the Shanghai Financial Court to include:

- First-instance civil and commercial securities-related claims involving companies listed on the Shanghai Stock Exchange Science and Technology Innovation Board (*Article 3*).

- First-instance financial civil, commercial and administrative cases involving the supervisory functions of the Shanghai Stock Exchange where it is a defendant or third party (*Article 4*).

- Applications for retrial involving financial civil and commercial disputes or financial administrative claims that should be heard by the intermediate people's courts in Shanghai (*Article 8*).

The revised provisions also clarify and expand the enforcement powers of the Shanghai Financial Court to include:

- The recognition and enforcement of judgments and rulings on financial civil and commercial disputes by courts in Hong Kong, Macao and Taiwan (*Article 1(6)*).

© 2021 Thomson Reuters. All rights reserved.

- The enforcement of effective judgments of first-instance civil and commercial cases and financial administrative cases made by the Shanghai Financial Court and arbitration awards involving financial civil and commercial disputes that should be enforced by the intermediate people's courts within the jurisdiction of Shanghai (*Article 9*).

- The cases of execution objection and cases filed against the dismissal of execution objection that occur during the enforcement proceedings of the Shanghai Financial Court, as well as the cases of execution reconsideration and appeals filed against the dismissal of execution objection that occur during the enforcement of financial cases by Shanghai's primary people's courts (*Article 9*).

Source: *SPC website, Decision of the SPC on Amending the Provisions on the Jurisdiction of Shanghai Financial Court Cases*.

---

**END OF DOCUMENT**

---

© 2021 Thomson Reuters. All rights reserved.