# EXHIBIT C

Case 1:20-cv-01293-JPC   Document 292-3   Filed 06/07/21   Page 2 of 4

Google    已翻译为以下语言： 英语   显示原文        选项 ▼

subscription     Enter search content

News    business   / text

# Exclusive | The latest development of Ruixing Coffee's investor lawsuit: waiting for feedback from Beijing Financial Court

#公司报    #中國訊師        2021-04-30 05:46:40



Source: Ruixing official website

In response to the Luckin Coffee (Luckin) fraud incident, an investor initiated a lawsuit in China, which may become the first case in China by an investor in China's concept stocks.

On April 29, some media reported that lawyer Dong Yizhi of Shanghai Zhengce Law Firm was entrusted by Ruixing investors to submit an application to the Shanghai Financial Court, and the case has been formally filed.

In fact, a year ago, after Ruixing Coffee counterfeited the real hammer, Chinese domestic investors entrusted Beijing Weinuo Law Firm (hereinafter referred to as: Weinuo Law Firm) to initiate a lawsuit against Ruixing.

On April 30, Canada-American Finance learned exclusively from Zhang Shuhui, the lawyer in charge of the case at Weinuo Law Firm, that the case is currently waiting for feedback from the Beijing Financial Court.

**1 year of legal effort**

The Chinese domestic investors who suffered losses due to Ruixing Coffee's "explosive thunder" even acted earlier than the public knew. Beijing Weinuo Law Firm began accepting civil compensation lawsuits brought by Chinese investors against Ruixing Coffee on April 7 last year.

At that time, Weinuo Law Firm believed that there were two factual basis for the prosecution: Ruixing Coffee admitted to fraud, Ruixing Coffee's share price fell sharply, and investors suffered losses. The legal basis is the "Securities Law".

On April 22 last year, the director of Weinuo Law Firm, Yang Zhaoquan, stated that Ruixing investors who suffered losses filed their first lawsuit with a court in Xiamen, where their headquarters are located, accusing Ruixing of accounting fraud and causing investors to suffer losses.

Yang Zhaoquan stated that this is the first time investors have tried to hold the company responsible for fraud in the US market in China.

Case 1:20-cv-01293-JPC Document 292-3 Filed 06/07/21 Page 3 of 4

**加美財經** beta

All　　News　　News　　business　　Investment and financial management　　life

in the United States.

subscription

Enter search content

Just last month, the American law firm Kyros Law Offices (hereinafter referred to as Kyros) issued an announcement reminding Ruixing investors that the law firm is filing legal claims against the company for securities fraud that Ruixing may have committed.

Kyros also urged investors who invested in Luckin Coffee stocks before April 6, 2020 to get in touch with them to protect their rights.

Other law firms that filed suits include Rosen Law Firm, Seiden Law Group LLP, etc.

**Chinese investors are facing a "hard battle"**

For domestic investors, initiating a lawsuit against Ruixing in China is a "hard battle". This can also be seen from the one-year attempt of the Weinuo Law Firm.

Weinuo Law Firm Zhang Shuhui told Canadian American Finance that after the firm filed a lawsuit with the Xiamen Intermediate Court in April last year, the Xiamen Intermediate Court requested several supplements and corrections. After the firm provided the supplements and corrections, the Xiamen Intermediate Court did not agree to open the case.

In March this year, the case ushered in a turning point. On March 18, the Beijing Financial Court was established. According to the "Regulations on the Jurisdiction of Beijing Financial Court Cases" promulgated by the Supreme People's Court, a lawsuit filed by overseas listed companies for violating the Securities Law and causing losses to Chinese investors is under the jurisdiction of the Beijing Financial Court.

According to this regulation, on March 19, attorneys Yang Zhaoquan and Zhang Shuhui of Beijing Weinuo Law Firm, acting as investor agents of Ruixing Coffee, submitted two well-documented plaintiff applications to the Beijing Financial Court. Later, the court requested to return the supplementary materials three times, during which the lawyer communicated with the court many times.

Because domestic claims against overseas listed companies are a new type of case, the Beijing Financial Court is also conducting research.

Zhang Shuhui said that on the afternoon of April 30, after communicating with the court, the agent resubmitted an online application for filing a case. Currently, the case against Ruixing Coffee is awaiting feedback from the Beijing Financial Court.

Regarding the difficulty of prosecution, Zhang Shuhui said that there are two main issues: the first is jurisdiction; the second is evidence.

Among them, the difficulty of jurisdiction has been resolved by the newly established Beijing Financial Court and the newly adjusted Shanghai Financial Court.

But the difficulty of evidence still exists. There are three main aspects: one is the evidence to prove the investment loss of the investor; the second is the notarization and certification of the foreign-related evidence; the third is the evidence of the causal relationship between the investor's loss and the false statement of Ruixing Coffee, all of which have a certain degree of difficulty.

Next, whether Luckin Coffee investors can win this battle, Canada-US Finance will continue to pay attention.

**Reference materials:**

https://www.prnewswire.com/news-releases/us-investors-form-litigation-group-against-delisted-china-based-luckin-coffee-inc-otcmkts-lkncy-301087696.html

beta
加美財經
CAUS.COM

All　　　News　　　News　　　business　　　Investment and financial management　　　life

https://finance.yahoo.com/news/lk-investor-alert-kyros-law-004400913.html

subscription

Enter search content

https://technode.com/2020/04/23/luckin-is-being-sued-by-chinese-investors-under-brand-new-law/

For news clues, please contact: newsroom@caus.com , and for non-news reports, please contact: info@caus.com .

Canada-US Financial News, Plagiarism Must Be Investigated

Canamerica Finance and Editing Positions Open for Recruitment

 Copy article link

## related suggestion

### AT&T will provide Cisco communications services to millions of users to help it catch up with Zoom



5 hours ago　　**commercial**　　point Like 7

# Internet#　　#公司报#

### Affected by the new crown epidemic, the chip packager KYEC announced the suspension of production for 2 days



8 hours ago　　**News**　　**Business**　　thumbs 8

#科技产品#　　#事件#　　#公司报#

### Source: Apple is developing new iPad Pro and iPad mini



10 hours ago　　**News**　　**Business**　　thumbs 8

#科技产品#　　#公司报#

### Nissan's electric SUV Ariya opens pre-orders in Japan, starting at 6.6 million yen



10 hours ago　　**News**　　**Business**　　thumbs 8

#公司报#　　#电动汽车#

### South Korean e-commerce giant Coupang makes its first overseas trip to provide fast delivery service in Japan



11 hours ago　　**News**　　**Business**　　thumbs up 5

#公司报#