# EXHIBIT G

# Exhibit A
## Litigation Parties

EAST\182046423.1

# PARTIES TO LITIGATION PENDING IN THE UNITED STATES

The Foreign Debtor is a defendant in the following litigation pending in the United States (the "**Shareholder Actions**"):

- *In re Luckin Coffee Inc. Securities Litigation*, Case No. 20-cv-01293 (S.D.N.Y. Feb. 13, 2020) (the "**Federal Class Action**");

- *Kingstown Capital Management, L.P.,* et al. *v. Luckin Coffee Inc.,* et al., Index No. 20-cv-07029 (S.D.N.Y., Aug. 28, 2020) (the "**Kingstown Action**");

- *In re Luckin Coffee Inc. Securities Litigation*, Index No. 651939/2020 (Sup. Ct. N.Y., December 23, 2020) (the "**Consolidated New York State Action**");

- *Nuveen Winslow Large-Cap Growth SEG Fund,* et al. *v. Lu,* et al., Index No. 655177/2020 (Sup. Ct. N.Y., December 30, 2020) (the "**Nuveen Winslow Action**");

- *In re Luckin Coffee Inc. Derivative Litigation*, Index No. 0652800/2020 (Sup. Ct. N.Y., June 29, 2020) (the "**New York Derivative Action**");

- *August Bequai v. Luckin Coffee, Inc.*, 059 GV 20019430-00 (Va. Gen. Dist. Ct, Fairfax County, December 21, 2020) (the "**Virginia Action**"); and

- *Lai Ye v. Luckin Coffee,* et al., 1:21-cv-2020 (JPC)(SN) (S.D.N.Y. Mar. 9, 2021) (the "**Ye Action**").

The table below sets forth the parties to the Shareholder Actions:

| Federal Class Action | |
| --- | --- |
| **Party** | **Notice Address** |
| Sjunde AP-Fonden<br>Lead Plaintiff | Gerald H. Silk<br>Salvatore J. Graziano<br>John Rizio-Hamilton<br>Jai Chandrasekhar<br>Kate W. Aufes<br>Bernstein Litowitz Berger & Grossmann LLP<br>1251 Avenue Of The Americas<br>New York, NY 10020<br>(212) 554-1282<br>Email:Jerry@blbglaw.com<br>Email: salvatore@blbglaw.com<br>Email: johnr@blbglaw.com<br>Email: jai@ blbglaw.com<br>Email: jai@ blbglaw.com<br>Email: kate.aufes@blbglaw.com |

| Federal Class Action | |
|---|---|
| **Party** | **Notice Address** |
| | Sharan Nirmul<br>Gregory M. Castaldo<br>Richard A. Russo, Jr.<br>Lisa M. Port<br>Nathan A. Hasiuk<br>Kessler  Topaz Meltzer & Check, LLP<br>280 King of Prussia Road<br>Radnor, Pennsylvania 19087<br>(610) 667-7706<br>(610) 667-7056 (fax)<br>snirmul@ktmc.com<br>gcastaldo@ktmc.com<br>rrusso@ktmc.com<br>llambport@ktmc.com<br>nhasiuk@ktmc.com |
| Louisiana Sheriffs Pension & Relief Fund Lead Plaintiff | Gerald H. Silk<br>Salvatore J. Graziano<br>John Rizio-Hamilton<br>Jai Chandrasekhar<br>Kate W. Aufes<br>Bernstein Litowitz Berger & Grossmann LLP<br>1251 Avenue Of The Americas<br>New York, NY 10020<br>(212) 554-1282<br>Email:Jerry@blbglaw.com<br>Email: salvatore@blbglaw.com<br>Email: johnr@blbglaw.com<br>Email: jai@ blbglaw.com<br>Email: jai@ blbglaw.com<br>Email: kate.aufes@blbglaw.com<br><br>Sharan Nirmul<br>Gregory M. Castaldo<br>Richard A. Russo, Jr.<br>Lisa M. Port<br>Nathan A. Hasiuk<br>Kessler  Topaz Meltzer & Check, LLP<br>280 King of Prussia Road<br>Radnor, Pennsylvania 19087<br>(610) 667-7706<br>(610) 667-7056 (fax)<br>Email: snirmul@ktmc.com<br>Email: gcastaldo@ktmc.com |

EAST\182046423.1

| Federal Class Action | |
|---|---|
| **Party** | **Notice Address** |
| | Email: rrusso@ktmc.com<br>Email:llambport@ktmc.com<br>Email:nhasiuk@ktmc.com |
| Luckin Coffee Inc.<br>Defendant | Lawrence J. Portnoy<br>Brian S. Weinstein<br>450 Lexington Avenue<br>New York, NY 10017<br>(212) 450-4000<br>(212) 701-5800 (Fax)<br>Email: lawrence.portnoy@davispolk.com<br>Email:brian.weinstein@davispolk.com<br><br>Jonathan K. Chang<br>Davis Polk & Wardell, LLP<br>18/F, The Hong Kong Club Building<br>3A Chater Road, Hong Kong SAR<br>+852-2533-1028<br>+852-2533-4358 (Fax)<br>Email: jonathan.chang@davispolk.com |
| Jenny Zhiya Qian<br>Defendant | *None recorded* |
| Reinout Hendrik Schakel<br>Defendant | *None recorded* |
| Sean Shao<br>Defendant | *None recorded* |
| Thomas P. Meier<br>Defendant | Jason Jacob Mendro<br>Gibson, Dunn & Crutcher LLP (DC)<br>1050 Connecticut Ave NW<br>Washington, DC 20036<br>(202) 887-3726<br>Email:Jmendro@gibsondunn.com |
| Charles Zhengyao Lu<br>Consolidated Defendant | *None recorded* |
| Jian Liu<br>Consolidated Defendant | *None recorded* |
| Hui Li<br>Consolidated Defendant | *None recorded* |
| Erhai Liu<br>Consolidated Defendant | *None recorded* |
| Jinyi Guo<br>Consolidated Defendant | *None recorded* |

- 3 -

| Federal Class Action | |
|---|---|
| **Party** | **Notice Address** |
| Credit Suisse Securities (USA) LLC<br>Consolidated Defendant | David George Januszewski<br>Herbert S. Washer<br>Sheila C. Ramesh<br>Samuel G. Mann<br>Cahill Gordon & Reindel LLP<br>32 Old Slip 10005<br>New York, NY<br>(212) 701-3352<br>Email:Djanuszewski@cahill.com<br>Email: hwasher@cahill.com<br>Email: sramesh@cahill.com<br>Email: smann@cahill.com |
| Morgan Stanley & Co. LLC<br>Consolidated Defendant | David George Januszewski<br>Herbert S. Washer<br>Sheila C. Ramesh<br>Samuel G. Mann<br>Cahill Gordon & Reindel LLP<br>32 Old Slip<br>New York, NY 10005<br>(212) 701-3352<br>Email:Djanuszewski@cahill.com<br>Email: hwasher@cahill.com<br>Email: sramesh@cahill.com<br>Email: smann@cahill.com |
| China International Capital Corporation<br>Hong Kong Securities Limited<br>Consolidated Defendant | David George Januszewski<br>Herbert S. Washer<br>Sheila C. Ramesh<br>Adam S. Mintz<br>Samuel G. Mann<br>Cahill Gordon & Reindel LLP<br>32 Old Slip<br>New York, NY 10005<br>212-701-3352<br>Email: djanuszewski@cahill.com<br>Email: hwasher@cahill.com<br>Email: sramesh@cahill.com<br>Email: amintz@cahill.com<br>Email: smann@cahill.com |

EAST\182046423.1

| Federal Class Action | |
|---|---|
| **Party** | **Notice Address** |
| Haitong International Securities Company Limited<br>Consolidated Defendant | David George Januszewski<br>Herbert S. Washer<br>Sheila C. Ramesh<br>Adam S. Mintz<br>Samuel G. Mann<br>Cahill Gordon & Reindel LLP<br>32 Old Slip<br>New York, NY 10005<br>212-701-3352<br>Email: djanuszewski@cahill.com<br>Email: hwasher@cahill.com<br>Email: sramesh@cahill.com<br>Email: amintz@cahill.com<br>Email: smann@cahill.com |
| Keybanc Capital Markets Inc.<br>Consolidated Defendant | David George Januszewski<br>Herbert S. Washer<br>Sheila C. Ramesh<br>Samuel G. Mann<br>Cahill Gordon & Reindel LLP<br>32 Old Slip<br>New York, NY 10005<br>(212) 701-3352<br>Email:Djanuszewski@cahill.com<br>Email: hwasher@cahill.com<br>Email: sramesh@cahill.com<br>Email: smann@cahill.com |
| Needham & Company, LLC<br>Consolidated Defendant | David George Januszewski<br>Herbert S. Washer<br>Sheila C. Ramesh<br>Samuel G. Mann<br>Cahill Gordon & Reindel LLP<br>32 Old Slip<br>New York, NY 10005<br>(212) 701-3352<br>Email:Djanuszewski@cahill.com<br>Email: hwasher@cahill.com<br>Email: sramesh@cahill.com<br>Email: smann@cahill.com |

EAST\182046423.1

| Kingstown Action | |
|---|---|
| **Party** | **Notice Address** |
| Kingstown Capital Management, LP, Kingstown Partners Master Ltd., Kingstown Partners II, L.P., Ktown, LP, Kingfishers, LP, Kingstown 1740 Fund LP<br>Plaintiffs | Sigmund Samuel Wissner-Gross<br>Brown Rudnick LLP (NYC)<br>Seven Times Square<br>New York, NY 10036<br>(212) 209-4930<br>Email:Swissnergross@brownrudnick.com |
| Luckin Coffee Inc.<br>Defendant | Lawrence Portnoy<br>Brian S. Weinstein<br>Davis Polk & Wardell, LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>(212) 450-4000<br>(212) 701-5800 (Fax)<br>Email: lawrence.portnoy@davispolk.com<br>Email: brian.weinstein@davispolk.com<br><br>Jonathan K. Chang<br>Davis Polk & Wardell, LLP<br>18/F, The Hong Kong Club Building<br>3A Chater Road, Hong Kong SAR<br>+852-2533-1028<br>+852-2533-4358 (Fax)<br>Email: jonathan.chang@davispolk.com |
| Charles Zhengyao Lu<br>Defendant | *None recorded* |
| Jenny Zhiya Qian<br>Defendant | *None recorded* |
| Jian Liu<br>Defendant | *None recorded* |
| Reinout Hendrik Schakel<br>Defendant | *None recorded* |
| Hui Li<br>Defendant | *None recorded* |
| Jinyi Guo<br>Defendant | *None recorded* |
| Erhai Liu<br>Defendant | *None recorded* |
| Sean Shao<br>Defendant | *None recorded* |

- 6 -

| Kingstown Action | |
|---|---|
| **Party** | **Notice Address** |
| Thomas P Meier<br>Defendant | *None recorded* |
| Needham & Company, LLC<br>Defendant | David George Januszewski<br>Herbert S. Washer<br>Sheila C. Ramesh<br>Samuel G. Mann<br>Cahill Gordon & Reindel LLP<br>32 Old Slip<br>New York, NY 10005<br>(212) 701-3352<br>Email:Djanuszewski@cahill.com<br>Email: hwasher@cahill.com<br>Email: sramesh@cahill.com<br>Email: smann@cahill.com |
| Morgan Stanley & Co. LLC<br>Defendant | David George Januszewski<br>Herbert S. Washer<br>Sheila C. Ramesh<br>Samuel G. Mann<br>Cahill Gordon & Reindel LLP<br>32 Old Slip<br>New York, NY 10005<br>(212) 701-3352<br>Email:Djanuszewski@cahill.com<br>Email: hwasher@cahill.com<br>Email: sramesh@cahill.com<br>Email: smann@cahill.com |
| China International Capital Corp. Hong Kong Securities Ltd.<br>Defendant | *None recorded* |
| Haitong Int'l Securities Co., Ltd.<br>Defendant | *None recorded* |
| Credit Suisse Securities (USA) LLC<br>Defendant | David George Januszewski<br>Herbert S. Washer<br>Sheila C. Ramesh<br>Samuel G. Mann<br>Cahill Gordon & Reindel LLP<br>32 Old Slip<br>New York, NY 10005<br>(212) 701-3352<br>Email:Djanuszewski@cahill.com<br>Email: hwasher@cahill.com<br>Email: sramesh@cahill.com<br>Email: smann@cahill.com |

- 7 -

| Kingstown Action | |
|---|---|
| **Party** | **Notice Address** |
| Keybanc Capital Markets Inc.<br>Defendant | David George Januszewski<br>Herbert S. Washer<br>Sheila C. Ramesh<br>Samuel G. Mann<br>Cahill Gordon & Reindel LLP<br>32 Old Slip<br>New York, NY 10005<br>(212) 701-3352<br>Email:Djanuszewski@cahill.com<br>Email: hwasher@cahill.com<br>Email: sramesh@cahill.com<br>Email: smann@cahill.com |
| Ernst & Young Hua Ming LLP<br>Defendant | *None recorded* |

| Consolidated New York State Action | |
|---|---|
| **Party** | **Notice Address** |
| Kimson Chemical, Inc., Teamsters Local 710 Pension Fund, Michael Bergenholtz, and City of Fort Myers Police Officers' Retirement Systems<br>Plaintiffs | Michael C. Dell'Angelo<br>Barbara A. Podell<br>Andrew Abramowitz<br>Berger Montague PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA<br>(215) 875-3000<br>Email: mdellangelo@bm.net<br>Email: bpodell@bm.net<br>Email: aabramowitz@bm.net<br><br>Edward F. Haber<br>Adam M. Stewart<br>Shapiro Haber & Urmy LLP<br>Two Seaport Lane<br>Boston, MA 02210<br>(617) 439-3939<br>Email: ehaber@shulaw.com<br>Email: astewart@shulaw.com<br><br>Samuel Rudman<br>Brian E. Cochran<br>Avital O. Malina<br>Robbins Geller Rudman & Dowd |

- 8 -

| Consolidated New York State Action | |
|---|---|
| **Party** | **Notice Address** |
| | 58 South Service Rd, Ste 200 Melville, NY 11747 (631) 367-7100 Email: srudman@rgrdlaw.com Email: bcochran@rgrdlaw.com Email: amalina@rgrdlaw.com<br><br>Additional Counsel for Plaintiffs<br><br>Robert C. Schubert (N.Y. Bar No. 3503) Willem F. Jonckheer Noah M. Schubert Schubert Jonckheer & Kolbe LLP Three Embarcadero Center, Suite 1650 San Francisco, California 94111 (415) 788-4220 Email: rschubert@sjk.law Email: wjonckheer@sjk.law Email: nschubert@sjk.law<br><br>Scott Christiansen Christiansen & Dehner, P.A. 63 Sarasota Center Blvd., Suite 107 Sarasota, FL 34240 (941) 377-2200 (941) 377-4848 (Fax)<br><br>Liaison Counsel for Plaintiffs<br><br>David C. Harrison Lowey Dannenberg, P.C. 44 South Broadway, Suite 1100 White Plains, NY 10601 (914) 997-0500 (914) 997-0035 (Fax) Email: dharrison@lowey.com |

- 9 -

| Consolidated New York State Action | |
|---|---|
| **Party** | **Notice Address** |
| Luckin Coffee Inc.<br>Defendant | Lawrence Portnoy<br>Brian S. Weinstein<br>Davis Polk & Wardell, LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>(212) 450-4000<br>(212) 701-5800 (Fax)<br>Email: lawrence.portnoy@davispolk.com<br>Email: brian.weinstein@davispolk.com<br><br>Jonathan K. Chang<br>Davis Polk & Wardell, LLP<br>18/F, The Hong Kong Club Building<br>3A Chater Road, Hong Kong SAR<br>+852-2533-1028<br>+852-2533-4358 (Fax)<br>Email: jonathan.chang@davispolk.com |
| Cogency Global Inc. and Richard Arthur<br>Defendants | Joanna Diakos<br>K&L Gates LLP<br>599 Lexington Avenue<br>New York, NY 10022-4954<br>(212) 536-3900<br>(212) 536-3901 (Fax)<br>Email: joanna. diakoskordalis@klgates.com |
| Chiang Sheung Lin<br>Defendant | *None recorded* |

- 10 -

EAST\182046423.1

| Consolidated New York State Action | |
|---|---|
| **Party** | **Notice Address** |
| Jenny Zhiya Qian<br>Defendant | *None recorded* |
| Charles Zhengyao Lu<br>Defendant | *None recorded* |
| Reinout Hendrik Schakel<br>Defendant | *None recorded* |
| Jian Liu<br>Defendant | *None recorded* |
| Jinyi Guo<br>Defendant | *None recorded* |
| Hui Li<br>Defendant | *None recorded* |
| Erhai Liu<br>Defendant | *None recorded* |
| Sean Shao<br>Defendant | *None recorded* |
| Thomas P. Meier<br>Defendant | Jason J. Mendro<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>(202) 887-3726<br>(202) 530-9626 (Fax)<br>Email: JMendro@gibsondunn.com |
| Lucky Cup Holdings Limited and Fortunate Cup Holdings Limited<br>Defendants | Brendon DeMay<br>Holwell Shuster & Goldberg LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>646-837-5167<br>646-837-8365 (Fax)<br>Email: bdemay@hsgllp.com |
| Haode Investment Inc., Primus Investments Fund, L.P., Mayer Investments Fund, L.P., and Summer Fame Limited<br>Defendants | Claudine Columbres<br>Taylor A. Allen<br>White & Case LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 819-8421<br>(212) 354-8113 (Fax)<br>Email: ccolumbres@whitecase.com<br>Email: taylor.allen@whitecase.com |

- 11 -

| Consolidated New York State Action | |
|---|---|
| **Party** | **Notice Address** |
| China International Capital Corporation Hong Kong Securities Limited, Haitong International Securities Company Limited, Credit Suisse Securities (USA) LLC, Morgan Stanley & Co. LLC, Needham & Company, LLC, and KeyBanc Capital Markets Inc. Defendants | David G. Januszewski Herbert S. Washer Sheila C. Ramesh Samuel G. Mann Cahill Gordon & Reindel LLP 32 Old Slip New York, New York 10005 (212) 701-3000 Email: djanuszewski@cahilI.com Email: hwasher@cahill.com Email: sramesh@cahill.com Email: smann@cahill.com |

| Nuveen Winslow Action | |
|---|---|
| **Party** | **Notice Address** |
| Nuveen Winslow Large-Cap Growth ESG Fund, Nuveen Winslow Socially Aware U.S. Large-Cap Growth Fund, Winslow Large-Cap Growth Fund, MainStay Winslow Large Cap Growth Fund, MainStay VP Winslow Large Cap Growth Portfolio, St. John's University, I.B.E.W. Local Union 481 Defined Contribution Plan and Trust, St. Mary's University, Justin Kelly Revocable Trust, Justin And Susan Kelly Family, LLC, The Justin and Susan Kelly Foundation, Justin Kelly, Individually and as a Representative of the Justin Kelly Revocable Trust, and American Medical Association Plaintiffs | Lawrence M. Rolnick Marc B. Kramer Michael J. Hampson Brandon Fierro Rolnick Kramer Sadighi LLP 1251 Avenue of the Americas, 18th Floor New York, NY 10020 (212) 597-2800 Email: lrolnick@rksllp.com Email: Mkramer@rksllp.com Email: mhampson@rksllp.com Email: bfierro@rksllp.com |

- 12 -

| Nuveen Winslow Action | |
|---|---|
| **Party** | **Notice Address** |
| Luckin Coffee Inc.<br>Defendant | Lawrence Portnoy<br>Brian S. Weinstein<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>(212) 450-4000<br>Email: lawrence.portnoy@davispolk.com<br>Email: brian.weinstein@davispolk.com<br><br>Jonathan K. Chang<br>Davis Polk & Wardwell LLP<br>18/F, The Hong Kong Club Building<br>3A Chater Road, Hong Kong SAR<br>+852-2533-1028<br>Email: jonathan.chang@davispolk.com |
| Charles Zhengya Lu<br>Defendant | *None recorded* |
| Jenny Zhiya Qian<br>Defendant | *None recorded* |
| Jian Liu<br>Defendant | *None recorded* |
| Reinout Hendrik Schakel<br>Defendant | *None recorded* |
| Jinyi Guo<br>Defendant | *None recorded* |
| Hui Li<br>Defendant | *None recorded* |
| Erhai Liu<br>Defendant | *None recorded* |
| Sean Shao<br>Defendant | *None recorded* |
| Thomas P. Meier<br>Defendant | *None recorded* |

- 13 -

EAST\182046423.1

| Nuveen Winslow Action | |
|---|---|
| **Party** | **Notice Address** |
| Credit Suisse Securities (USA) LLC<br>Defendant | David George Januszewski<br>Herbert S. Washer<br>Sheila C. Ramesh<br>Samuel G. Mann<br>Cahill Gordon & Reindel LLP<br>32 Old Slip<br>New York, NY 10005<br>(212) 701-3352<br>Email:Djanuszewski@cahill.com<br>Email: hwasher@cahill.com<br>Email: sramesh@cahill.com<br>Email: smann@cahill.com |
| China International Capital Corporation<br>Hong Kong Securities Limited<br>Defendant | *None recorded* |
| Haitong International Securities Company<br>Limited<br>Defendant | *None recorded* |
| Morgan Stanley & Co. LLC<br>Defendant | David George Januszewski<br>Herbert S. Washer<br>Sheila C. Ramesh<br>Samuel G. Mann<br>Cahill Gordon & Reindel LLP<br>32 Old Slip<br>New York, NY 10005<br>(212) 701-3352<br>Email:Djanuszewski@cahill.com<br>Email: hwasher@cahill.com<br>Email: sramesh@cahill.com<br>Email: smann@cahill.com |
| KeyBanc Capital Markets Inc.<br>Defendant | David George Januszewski<br>Herbert S. Washer<br>Sheila C. Ramesh<br>Samuel G. Mann<br>Cahill Gordon & Reindel LLP<br>32 Old Slip<br>New York, NY 10005<br>(212) 701-3352<br>Email:Djanuszewski@cahill.com<br>Email: hwasher@cahill.com<br>Email: sramesh@cahill.com<br>Email: smann@cahill.com |

- 14 -

| Nuveen Winslow Action | |
|---|---|
| **Party** | **Notice Address** |
| Needham & Company, LLC<br>Defendant | David George Januszewski<br>Herbert S. Washer<br>Sheila C. Ramesh<br>Samuel G. Mann<br>Cahill Gordon & Reindel LLP<br>32 Old Slip<br>New York, NY 10005<br>(212) 701-3352<br>Email:Djanuszewski@cahill.com<br>Email: hwasher@cahill.com<br>Email: sramesh@cahill.com<br>Email: smann@cahill.com |

| New York Derivative Action | |
|---|---|
| **Party** | **Notice Address** |
| Steven Hunter, Derivatively on Behalf of Luckin Coffee Inc.<br>Plaintiff | Ralph M. Stone<br>Johnson Fistel, LLP<br>1700 Broadway, 41st Floor<br>New York, NY 10019<br>(212) 292-5690<br>Email: RalphS@johnsonfistel.com<br><br>Michael I. Fistel, Jr.<br>Johnson Fistel, LLP<br>40 Powder Springs Street<br>Marietta, GA 30064<br>470-632-6000<br>Email: MichaelF@johnsonfistel.com<br><br>Brian J. Robbins<br>Stephen J. Oddo<br>Robbins LLP<br>5040 Shoreham Place<br>San Diego, CA 92120<br>619-525-3990<br>Email: brobbins@robbinsllp.com<br>Email: soddo@robbinsllp.com |

EAST\182046423.1

| New York Derivative Action | |
|---|---|
| **Party** | **Notice Address** |
| Joseph Vitarello, Derivatively on Behalf of Luckin Coffee Inc. Plaintiff | Ralph M. Stone Johnson Fistel, LLP 1700 Broadway, 41st Floor New York, NY 10019 (212) 292-5690 Email: RalphS@johnsonfistel.com<br><br>Michael I. Fistel, Jr. Johnson Fistel, LLP 40 Powder Springs Street Marietta, GA 30064 470-632-6000 Email: MichaelF@johnsonfistel.com<br><br>Brian J. Robbins Stephen J. Oddo Robbins LLP 5040 Shoreham Place San Diego, CA 92120 619-525-3990 Email: brobbins@robbinsllp.com Email: soddo@robbinsllp.com |
| Charles Zhengyao Lu Defendant | *None recorded* |
| Jenny Zhiya Qian Defendant | *None recorded* |
| Jian Liu Defendant | *None recorded* |
| Jinyi Guo Defendant | *None recorded* |
| David Hui Li Defendant | *None recorded* |
| Erhai Liu Defendant | *None recorded* |
| Sean Shao Defendant | *None recorded* |
| Thomas P. Meier Defendant | *None recorded* |
| Reinout Hendrik Schakel Defendant | *None recorded* |
| Credit Suisse Securities (USA) LLC Defendant | *None recorded* |
| Morgan Stanley & Co. LLC Defendant | *None recorded* |

- 16 -

EAST\182046423.1

| New York Derivative Action | |
|---|---|
| **Party** | **Notice Address** |
| China International Capital Corporation Hong Kong Securities Limited Defendant | *None recorded* |
| Haitong International Securities Company Limited Defendant | *None recorded* |
| Luckin Coffee Inc. Nominal Defendant | Lawrence Portnoy Brian S. Weinstein Davis Polk & Wardwell LLP 450 Lexington Avenue New York, NY 10017 (212) 450-4000 Email: lawrence.portnoy@davispolk.com Email: brian.weinstein@davispolk.com Jonathan K. Chang Davis Polk & Wardwell LLP 18/F, The Hong Kong Club Building 3A Chater Road, Hong Kong SAR +852-2533-1028 Email: jonathan.chang@davispolk.com |
| Credit Suisse Securities (USA) LLC Defendant | David George Januszewski Herbert S. Washer Sheila C. Ramesh Samuel G. Mann Cahill Gordon & Reindel LLP 32 Old Slip New York, NY 10005 (212) 701-3352 Email:Djanuszewski@cahill.com Email: hwasher@cahill.com Email: sramesh@cahill.com Email: smann@cahill.com |

- 17 -

| New York Derivative Action | |
|---|---|
| **Party** | **Notice Address** |
| Morgan Stanley & Co. LLC Defendant | David George Januszewski Herbert S. Washer Sheila C. Ramesh Samuel G. Mann Cahill Gordon & Reindel LLP 32 Old Slip New York, NY 10005 (212) 701-3352 Email:Djanuszewski@cahill.com Email: hwasher@cahill.com Email: sramesh@cahill.com Email: smann@cahill.com |

| Virginia Action | |
|---|---|
| **Party** | **Notice Address** |
| August Bequai Plaintiff | Williams Law Firm 1420 Spring Hill Rd Ste 600 Mclean, VA 22102 703-821-8700 |
| Luckin Coffee Inc. Defendant | James W. Hundley, P.C. 1921 Gallows Road, Suite 750 Tysons Corner, Virginia 22182 (703) 883-0880 Email:  jhundley@brigliahundley.com<br><br>Lawrence J. Portnoy Brian S. Weinstein 450 Lexington Avenue New York, NY 10017 (212) 450-4000 (212) 701-5800 (Fax) Email: lawrence.portnoy@davispolk.com Email: brian.weinstein@davispolk.com<br><br>Jonathan K. Chang Davis Polk & Wardell, LLP 18/F, The Hong Kong Club Building 3A Chater Road, Hong Kong SAR +852-2533-1028 +852-2533-4358 (Fax) Email: jonathan.chang@davispolk.com |

- 18 -

EAST\182046423.1

| Ye Action | |
|---|---|
| **Party** | **Notice Address** |
| Lai Ye<br>Plaintiff | Angus Ni<br>AFN Law PLLC<br>506 2nd Ave Suite 1400<br>Seattle, WA 98104<br>USA<br>646-543-7294<br>Email:Angus@afnlegal.Com |
| Luckin Coffee Inc.<br>Defendant | Lawrence J. Portnoy<br>Brian S. Weinstein<br>450 Lexington Avenue<br>New York, NY 10017<br>(212) 450-4000<br>(212) 701-5800 (Fax)<br>Email: lawrence.portnoy@davispolk.com<br>Email: brian.weinstein@davispolk.com<br><br>Jonathan K. Chang<br>Davis Polk & Wardell, LLP<br>18/F, The Hong Kong Club Building<br>3A Chater Road, Hong Kong SAR<br>+852-2533-1028<br>+852-2533-4358 (Fax)<br>Email: jonathan.chang@davispolk.com |
| Charles Zhengya Lu<br>Defendant | *None recorded* |
| Jenny Zhiya Qian<br>Defendant | *None recorded* |
| Jian Liu<br>Defendant | *None recorded* |
| Reinout Hendrik Schakel<br>Defendant | *None recorded* |
| Jinyi Guo<br>Defendant | *None recorded* |
| Hui Li<br>Defendant | *None recorded* |
| Erhai Liu<br>Defendant | *None recorded* |
| Sean Shao<br>Defendant | *None recorded* |

EAST\182046423.1

| Ye Action | |
|---|---|
| **Party** | **Notice Address** |
| Thomas P. Meier<br>Defendant | Jason Jacob Mendro<br>Gibson, Dunn & Crutcher LLP (DC)<br>1050 Connecticut Ave NW<br>Washington, DC 20036<br>(202) 887-3726<br>Email:Jmendro@gibsondunn.com |
| Credit Suisse Securities (USA) LLC<br>Defendant | David George Januszewski<br>Herbert S. Washer<br>Sheila C. Ramesh<br>Samuel G. Mann<br>Cahill Gordon & Reindel LLP<br>32 Old Slip<br>New York, NY 10005<br>(212) 701-3352<br>Email:Djanuszewski@cahill.com<br>Email: hwasher@cahill.com<br>Email: sramesh@cahill.com<br>Email: smann@cahill.com |
| China International Capital Corporation Hong Kong Securities Limited<br>Defendant | *None recorded* |
| Haitong International Securities Company Limited<br>Defendant | *None recorded* |
| Morgan Stanley & Co. LLC<br>Defendant | David George Januszewski<br>Herbert S. Washer<br>Sheila C. Ramesh<br>Samuel G. Mann<br>Cahill Gordon & Reindel LLP<br>32 Old Slip<br>New York, NY 10005<br>(212) 701-3352<br>Email:Djanuszewski@cahill.com<br>Email: hwasher@cahill.com<br>Email: sramesh@cahill.com<br>Email: smann@cahill.com |
| KeyBanc Capital Markets Inc.<br>Defendant | David George Januszewski<br>Herbert S. Washer<br>Sheila C. Ramesh<br>Samuel G. Mann<br>Cahill Gordon & Reindel LLP<br>32 Old Slip<br>New York, NY 10005 |

- 20 -

| Ye Action | |
|---|---|
| **Party** | **Notice Address** |
| | (212) 701-3352<br>Email:Djanuszewski@cahill.com<br>Email: hwasher@cahill.com<br>Email: sramesh@cahill.com<br>Email: smann@cahill.com |
| Needham & Company, LLC<br>Defendant | David George Januszewski<br>Herbert S. Washer<br>Sheila C. Ramesh<br>Samuel G. Mann<br>Cahill Gordon & Reindel LLP<br>32 Old Slip<br>New York, NY 10005<br>(212) 701-3352<br>Email:Djanuszewski@cahill.com<br>Email: hwasher@cahill.com<br>Email: sramesh@cahill.com<br>Email: smann@cahill.com |

- 21 -