**brown**rudnick

Sigmund S. Wissner-Gross
direct dial: 212.209.4930
fax: 212.938.2804
swissnergross@brownrudnick.com

June 7, 2021

**VIA ECF**

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   In re Luckin Coffee Inc. Securities Litigation, Case No. 1:20-cv-01293-JPC

Dear Judge Cronan,

We are counsel to Kingstown Capital Management, LP, Kingstown Partners Master Ltd., Kingstown Partners II L.P., Ktown LP, Kingfishers, LP, and Kingstown 1740 Fund LP ("Kingstown"), who were investors in Luckin Coffee Inc. ("Luckin"), and are plaintiffs in *Kingstown Capital Management, LP, et al. v. Luckin Coffee Inc. et al.*, 1:20-cv-07029-JPC, a related proceeding pending before this Court.

Kingstown has joined in the Winslow Funds' pending motion to intervene, *see* Dkt. No. 265, and has filed a proposed motion to intervene of its own, *see* Dkt. No. 271. At the conference held on May 28, 2021, the Court advised that it "will treat" Kingstown's proposed motion to intervene as a motion. Tr. 55.  In further support of its motion to intervene, Kingstown joins in the arguments advanced by Winslow Funds as have been set forth in Winslow Funds' Supplemental Memorandum of Law, *see* Dkt. No. 288, in support of Kingstown's objection to the proposed class notice. Kingstown also notes that Lai Ye, through counsel, has identified yet further grounds for this Court to decline to approve the form of proposed class notice submitted by the Lead Plaintiffs, *see* Supplemental Memorandum of Law, *see* Dkt. No. 291.  Similarly, Kingstown notes that the State Class Plaintiffs have identified in their memorandum of law in support of their motion to intervene, *see* Dkt No. 285,  additional grounds for the Court to decline to approve the Lead Plaintiffs' proposed form of class notice.

In short, Kingstown respectfully requests that the Court grant the relief set forth in Kingstown's motion to intervene, and hereby joins in the additional arguments in Winslow Fund's supplemental submissions in support of the same.



Hon. John P. Cronan
June 7, 2021
Page 2

 

Respectfully submitted,

Sigmund S. Wissner-Gross

cc:     All Counsel of Record via ECF