**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**

**KESSLER TOPAZ MELTZER & CHECK, LLP**

June 9, 2021

**Via ECF**

Hon. John P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1320
New York, NY 10007-1312

Lead Plaintiffs' request is granted.  Lead Plaintiffs may file a single memorandum of law of up to 45 pages in opposition to the various motions, supplemental memoranda of law, and letters filed in this matter.

SO ORDERED.

Date:    June 9, 2021
            New York, New York

JOHN P. CRONAN
United States District Judge

Re:    *In re Luckin Coffee Inc. Sec. Litig.*, No. 1:20-cv-01293-JPC-JLC (S.D.N.Y.)

Dear Judge Cronan:

We are co-lead counsel for Lead Plaintiffs and Class Representatives Sjunde AP-Fonden and Louisiana Sheriffs' Pension & Relief Fund ("Lead Plaintiffs") in this action.  We write regarding Lead Plaintiffs' forthcoming response to the various motions to intervene and supplemental memoranda of law filed by the Winslow Funds, the Kingstown entities, the State Class Plaintiffs, Lai Ye, as well as the letters previously filed by these and other non-parties.  *See* ECF Nos. 259, 262, 269, 271-72, 278, 284, 288, 291, 293-94.

These submissions total over 100 pages, excluding exhibits.  Lead Plaintiffs' response to these submissions is due on June 14, 2021. Given the substantial overlap in the issues raised by the proposed intervenors, Lead Plaintiffs believe that it would be most efficient to submit a single memorandum of law in opposition to these motions.  Accordingly, Lead Plaintiffs respectfully request that the Court permit them to file an omnibus memorandum of law of no more than 45 pages in response to all the submissions noted above.

We thank Your Honor for the Court's attention to this matter.

Respectfully submitted,

_/s/ Salvatore J. Graziano_
Salvatore J. Graziano

_/s/ Sharan Nirmul_
Sharan Nirmul

*Co-Lead Counsel for Lead Plaintiffs and the Class*

cc:    All Counsel of Record (via ECF)
        Mr. August Bequai (via email and first-class mail)