**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE LUCKIN COFFEE INC. SECURITIES LITIGATION | Case No. 1:20-cv-01293-JPC-JLC |

**DECLARATION OF SALVATORE J. GRAZIANO IN SUPPORT OF LEAD**
**PLAINTIFFS' OMNIBUS MEMORANDUM OF LAW**
**IN OPPOSITION TO MOTIONS TO INTERVENE**

I, Salvatore J. Graziano, declare as follows:

1.      I am a member in good standing of the bars of the State of New York and of this Court. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP. I respectfully submit this declaration in support of Lead Plaintiffs' Omnibus Memorandum of Law in Opposition to Motions to Intervene.

2.      Attached as Exhibit A, please find a true and correct copy of the "Stipulation and Agreement of Settlement with Certain Defendants" in *New Jersey Carpenters Health Fund v. Residential Capital, LLC*, CIV No. 08-cv-9791-HB, ECF No. 226, dated June 14, 2013.

3.      Attached as Exhibit B, please find a true and correct copy of the "Joint Stipulation to Dismiss E&Y with Prejudice" in *Leapard v. Chan*, CIV No. 12-cv-01726-AT, ECF No. 44, dated December 17, 2013.

4.      Attached as Exhibit C, please find a true and correct copy of Luckin Coffee Inc.'s Form 6-K, and accompanying exhibits, dated Mar. 16, 2021.

2

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of June, 2021.

/s/ Salvatore J. Graziano
**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**

Salvatore J. Graziano
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
salvatore@blbglaw.com

*Counsel for Lead Plaintiffs Sjunde AP-
Fonden and Louisiana Sheriffs' Pension &
Relief Fund and Class Counsel*

## CERTIFICATE OF SERVICE

On June 14, 2021, I caused the foregoing document to be filed with the Clerk of Court by using the Court's electronic filing system, which sent notice to all counsel of record.

*/s/ Salvatore J. Graziano*_____
Counsel for Lead Plaintiffs