UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LUCKIN COFFEE INC. SECURITIES LITIGATION | Case No. 1:20-cv-01293-JPC |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Proposed Intervenors Winslow Funds[1] hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order denying the Winslow Funds' Motion to Intervene entered and filed on July 6, 2021 (ECF No. 303) and the Stipulation and Order Regarding Dissemination of Class Notice entered and filed on July 6, 2021 (ECF No. 304).

Dated: July 7, 2021
New York, New York

**ROLNICK KRAMER SADIGHI LLP**

By: */s/ Frank T.M. Catalina*
Lawrence M. Rolnick
Frank T.M. Catalina
1251 Avenue of the Americas
New York, New York 10020
Tel. 212.597.2848
lrolnick@rksllp.com
fcatalina@rksllp.com

*Attorneys for the Winslow Funds*

---

[1] The "Winslow Funds" are: Nuveen Winslow Large-Cap Growth ESG Fund, Nuveen Winslow Socially Aware U.S. Large-Cap Growth Fund, Winslow Large-Cap Growth Fund, MainStay Winslow Large Cap Growth Fund, MainStay VP Winslow Large Cap Growth Portfolio, St. John's University, I.B.E.W. Local Union 481 Defined Contribution Plan and Trust, St. Mary's University, Justin Kelly Revocable Trust, Justin and Susan Kelly Family, LLC, The Justin and Susan Kelly Foundation, Justin Kelly, individually and as representative for the Justin Kelly Revocable Trust, and American Medical Association.