UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

IN RE LUCKIN COFFEE INC.          :   Case No. 1:20-cv-01293-JPC
SECURITIES LITIGATION             :
                                  :
                                  :
———————————————————————— x

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Proposed Intervenors Teamsters Local 710 Pension Fund, City of Fort Myers Police Officers' Retirement System, Kimson Chemical Inc. and Michael Bergenholtz, on behalf of themselves and all others similarly situated ("State Class Plaintiffs"), hereby appeal to the United States Court of Appeals for the Second Circuit from the Order denying the State Class Plaintiffs' Motion to Intervene filed and entered on July 6, 2021 (ECF No. 303) and the Stipulation and Order Regarding Dissemination of Class Notice filed and entered on July 6, 2021 (ECF No. 304).

DATED:  July 9, 2021                    ROBBINS GELLER RUDMAN
        Chicago, Illinois                 & DOWD LLP
                                        BRIAN COCHRAN


                                        _____
                                             */s/ Brian Cochran*
                                        BRIAN COCHRAN

                                        200 South Wacker Drive, 31st Floor
                                        Chicago, IL  60606
                                        Telephone:  312/674-4674
                                        312/674-4676 (fax)
                                        bcochran@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
AVITAL O. MALINA
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
amalina@rgrdlaw.com

BERGER MONTAGUE PC
MICHAEL C. DELL'ANGELO
BARBARA A. PODELL
ANDREW ABRAMOWITZ
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
mdellangelo@bm.net
bpodell@bm.net
aabramowitz@bm.net

SHAPIRO HABER & URMY LLP
EDWARD F. HABER
ADAM M. STEWART
Two Seaport Lane
Boston, MA 02210
Telephone: 617/439-3939
ehaber@shulaw.com
astewart@shulaw.com

*Counsel for State Class Plaintiffs and Co-Lead
Counsel for the State Class Action*

LOWEY DANNENBERG, P.C.
DAVID C. HARRISON
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: 914/997-0500
914/997-0035 (fax)
dharrison@lowey.com

*Liaison Counsel for State Class Plaintiffs*

- 2 -

CHRISTIANSEN & DEHNER, P.A.
SCOTT CHRISTIANSEN
63 Sarasota Center Blvd., Suite 107
Sarasota, FL  34240
Telephone: 914/377-2200
941/377-4848 (fax)

SCHUBERT JONCKHEER & KOLBE LLP
ROBERT C. SCHUBERT
WILLEM F. JONCKHEER
3 Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: 415/788-4220
rschubert@sjk.law
wjonckheer@sjk.law

*Additional Counsel for State Class Plaintiffs*