**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re: LUCKIN COFFEE INC. SECURITIES
LITIGATION

Case No. 1:20-cv-01293-JPC-JLC

---

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Proposed Intervenors Kingstown Capital Management,

LP, Kingstown Partners Master Ltd., Kingstown Partners II L.P., Ktown LP, Kingfishers, LP, and

Kingstown 1740 Fund LP ("Kingstown"), hereby appeal to the United States Court of Appeals for

the Second Circuit from the Opinion and Order denying Kingstown's Motion to Intervene entered

and filed on July 6, 2021 (ECF No. 303) and the Stipulation and Order Regarding Dissemination

of Class Notice entered and filed on July 6, 2021 (ECF No. 304).

Dated: July 30, 2021            **BROWN RUDNICK LLP**
New York, New York

By:   *s/Sigmund S. Wissner-Gross*
      Sigmund S. Wissner-Gross
      Seven Times Square
      New York, New York 10036
      Telephone: (212) 209-4930
      Facsimile: (212) 209-938-2804
      swissnergross@brownrudnick.com

      *Counsel for Kingstown Capital Management, LP,*
      *Kingstown Partners Master Ltd., Kingstown*
      *Partners II L.P., Ktown LP, Kingfishers, LP, and*
      *Kingstown 1740 Fund LP*