# Exhibit C

**Exhibit C**

1. Steven L. Adams
   Springfield, OH

2. Glenn G. Albanese
   Stuart, FL

3. Rene Arce
   Edinburg, TX

4. Tsuyoshi Arikuma
   Fulshear, TX

5. Amit Bhatia
   Jersey City, NJ

6. James Milton Brewster
   North Port, FL

7. William R. Brink
   Pleasant Hill, CA

8. Blake Butcher
   Federal Way, WA

9. Phil Calise
   Hewitt, NJ

10. Lori Chadli
    Baraboo, WI

11. Pang Chan and
    Oi-Chu Siu
    Santa Clarita, CA

12. Mayco A. Chavez
    Gainesville, GA

13. Chesi Assets Limited
    New York, NY

14. Ariana Cicatiello
    Secaucus, NJ

15. Billy Coleman
    Springfield, OH

16. Anthony Colozzi
    Madison, CT

17. Thomas Santo Cugliotta
    Bonita Springs, FL

18. Hannah Curtis
    APO, AP

19. Daniel Adrian Daciuk
    Cambria Heights, NY

20. Delroy Investment Holdings Limited
    New York, NY

21. Manjot S. Deol
    Andover, MA

22. Ionn Carlo Y. Diaz
    Houston, TX

23. Leonard Doherty
    Lakewood Ranch, FL

24. Alexis Figueroa
    Houston, TX

25. Anthony R. Forestiere
    Madera, CA

26. Joyce Lee Fox, Trustee
    FBO Gene Anne Schlesinger Trust
    Beverly Hills, CA

27. Ian Gillen
    Princeton, NJ

28. Kenneth Michael Graw Jr.
    Peyton, CO

29. Paul F. Griese
    Las Vegas, NV

30. Thomas Gunter
    Oceanside, CA

31. Michael John Haller
    Plattsmouth, NE

32. Kenneth Harris and
    Robyn K. Harris
    Pelham, AL

33. Valerie Havemann
    Willis, TX

34. Robert Helfenbein and
    Adam Helfenbein
    Oakham, MA

35. Cesar Alejandro Hernandez
    Reno, NV

36. Isli Hoxha
    Brooklyn, NY

37. Interactive Digital Finance Limited
    New York, NY

38. Noriko Iwashita
    Evanston, IL

39. Joseph Jackson III
    North Chili, NY

40. John Paul Jones IRA
    Winston Salem, NC

41. Kingfishers LP
    Kingstown 1740 Fund LP
    Kingstown Partners II L.P.
    Kingstown Partners Master Ltd.
    Ktown, LP
    c/o Kingstown Capital Management,
        LP
    New York, NY

42. Paul A. Knapic
    Oakland Gardens, NY

43. Sean Kovar
    Conroe, TX

44. Venkata Rajendra Ratna Kumar
    Kovvuri
    Bothell, WA

45. Richard S. Kriechbaum
    Scottsburg, IN

46. Hanpeng Li
    Irvine, CA

47. Yifei Lin
    Bayside, NY

48. Cathy Lin
    Hurricane, WV

49. Geza Locsey
    Zanesville, OH

50. Jane Liu
    Plano, TX

51. Lakshmirajyam Maddela
    Monroe, NJ

52. Roger Marshall
    Pasco, WA

53. Jair Martinez
    Concord, CA

54. Williams S. Millard and
    Sarah Millard
    Kingwood, TX

55. Marco Moroso
    Happy Valley, HONG KONG

56. Syed Hussain Salman Naqvi
    Lexington, MA

57. Chi Nguyen
    Corvallis, OR

58. Quoc Nguyen
    Liverpool, NY

59. Tam Nguyen
Seattle, WA

60. Tam Thi Minh Nguyen
Fort Mill, SC

61. Tonia B. Norris
Louisville, KY

62. James Oberle
Two Rivers, WI

63. Lars Erik Odsather
Fairbanks, AK

64. Monty Patch
Houston, TX

65. Jahnvi Patel on behalf of
Sammath Patel and
Shivan Patel
Lithia, FL

66. Kamlesh Patel
Lithia, FL

67. Russell J. Pierson
Riverside, RI

68. Johan P.M. Poelmans
Renton, WA

69. Dorothy B. Powell
Conway, SC

70. Andy Lin Qiu
San Juan, PR

71. Can D. Quang
Honolulu, HI

72. Paulo A. Rhor
Austin, TX

73. Rochester International Holdings
Limited
New York, NY

74. Gary Rogala
Cumberland, RI

75. Teresa Rosado
Yonkers, NY

76. Teresa E. Ruiz de Rubio and
Elmer N. Rubio
Glendale, AZ

77. Loretta Rushworth
Duarte, CA

78. Noureddine Sabaou
Houston, TX

79. Michael Sabol
Claymont, DE

80. Jonathan D. Sato
Campbell, CA

81. Jonathan D. Sato - Roth IRA
Campbell, CA

82. Savern Finance Limited
New York, NY

83. Harold T. Seitz
Jackson Heights, NY

84. Areeba Sohail
Freehold, NJ

85. John Stark
Lansing, MI

86. TA Optimum Investment Limited
New York, NY

87. TA Wealth Investment Limited
New York, NY

88. TAN Kuay Fong
New York, NY

89. Bernadette Yim Tang
Chicago, IL

90. Marcus Taylor
Torrance, CA

91. Ariel Thompson
Hickory, NC

92. TIAH Joo Keng
New York, NY

93. TIAH Thee Kian
New York, NY

94. Wayne Thomas Todd and
Carol Ann Todd
Mount Pleasant, MI

95. Cesar Valenzuela
Foster City, CA

96. Helen E. Vince,
Individually and as Trustee of the
Edward A. Darocy Trust
Port St. Lucie, FL

97. Reed Arthur Voisine and
Marilyn Edna Voisine
Bristol, CT

98. Rudy Wahjudi
San Jose, CA

99. Margaretha Welkhammer
New York, NY

100. The Winslow Funds:

Nuveen Winslow Large-Cap Growth
ESG Fund
Nuveen Winslow Socially Aware
U.S. Large-Cap Growth Fund
Winslow Large-Cap Growth Fund
MainStay Winslow Large Cap
Growth Fund
MainStay VP Winslow Large Cap
Growth Portfolio
St. John's University
IBEW Local Union 481 Defined
Contribution Plan & Trust

St. Mary's University
Justin Kelly Revocable Trust
Justin and Susan Kelly Family, LLC
The Justin and Susan Kelly
Foundation
Justin Kelly
American Medical Association

c/o Winslow Capital Management
Minneapolis, MN

101. Christopher L. Winters
Lafayette, LA

102. William J. Witt
Phoenix, AZ

103. Patrick C. Wolford
Houston, TX

104. Bradley Wonka
Vero Beach, FL

105. Jack P. Wu
Parsippany, NJ

106. Said Yusifli
Littleton, CO

107. Edward Zemba, Jr.
Anchorage, AK

108. Brian Zhao
Plano, TX

L1. Timothy M. O'Conner
Cincinnati, OH

L2. Lai Ye
c/o AFN Law PLLC
Seattle, WA