**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of October, two thousand twenty-one,

In Re: Luckin Coffee Inc. Securities Litigation.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sjunde Ap-Fonden, Louisiana Sheriffs Pension & Relief Fund,

    Plaintiffs-Appellees,

Martin Cohen, individually and on behalf of all others similarly situated, Shek Chun Wai,

    Plaintiffs,

Christophe Sterckx, Vijaya Gopu, Nirmala Gopu,

    Consolidated-Plaintiffs,

v.

Winslow Funds, Michael Bergenholtz, Teamsters Local 710 Pension Fund, City of Fort Myers Police Officers' Retirement System, Kimson Chemical, Inc., Kingstown Capital Management, L.P., Kingstown Partners Master Ltd., Kingstown Partners II L.P., Ktown LP, Kingfishers, LP, Kingstown 1740 Fund LP,

    Proposed Intervenors-Appellants,

v.

Luckin Coffee Inc., Thomas P. Meir,

    Defendants-Appellees,

Jenny Zhiya Qian, Reinout Hendrik Schakel, Sean Shao, Charles Zhengyao Lu, Jian Lui, Erhai Liu, Jinyi Guo, Hui Li, Credit Suisse Securities (USA) LLC, Morgan Stanley & Co. LLC, China International Captial Corporation Hong Kong Securities Limited,

ORDER
Docket No.
21-1673(L) Only

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 21 2021

MANDATE ISSUED ON 10/21/2021

Haitong International Securities Company Limited, KeyBanc Captial Markets Inc, Needham & Company, LLC,

    Consolidated-Defendants.

_____

    The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

    The stipulation is hereby "So Ordered".

    For The Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit