**MANDATE**

N.Y.S.D. Case # 20-cv-1293(JPC)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of October, two thousand twenty-one.

In Re: Luckin Coffee Inc. Securities Litigation.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sjunde Ap-Fonden, Louisiana Sheriffs Pension & Relief Fund,

    Plaintiffs-Appellees,

v.

Winslow Funds et al.,

    Proposed Intervenors-Appellants,

v.

Luckin Coffee Inc., Thomas P. Meir,

    Defendants-Appellees,

**ORDER**

Docket Nos. 21-1673(L), 21-1683(CON), 21-1898(CON)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 21 2021

Proposed Intervenors-Appellants Teamsters Local 710 Pension Fund, City of Fort Myers Police Officers' Retirement System, Kimson Chemical Inc., and Michael Bergenholtz move to voluntarily dismiss the appeal docketed under 21-1683. The motion is unopposed.

IT IS HEREBY ORDERED that the motion is GRANTED. The appeal under docket number 21-1898 will proceed in the ordinary course.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/21/2021