MANDATE

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of October, two thousand twenty-one,

_____

In Re: Luckin Coffee Inc. Securities Litigation.
*************************************************
Sjunde Ap-Fonden, Louisiana Sheriffs Pension & Relief Fund,

       Plaintiffs-Appellees,

Martin Cohen, individually and on behalf of all others similarly situated, Shek Chun Wai,

       Plaintiffs,

Christophe Sterckx, Vijaya Gopu, Nirmala Gopu,

       Consolidated-Plaintiffs,

v.

Winslow Funds, Michael Bergenholtz, Teamsters Local 710 Pension Fund, City of Fort Myers Police Officers' Retirement System, Kimson Chemical, Inc., Kingstown Capital Management, L.P., Kingstown Partners Master Ltd., Kingstown Partners II L.P., Ktown LP, Kingfishers, LP, Kingstown 1740 Fund LP,

       Proposed Intervenors-Appellants,

v.

Luckin Coffee Inc., Thomas P. Meir,

       Defendants-Appellees,

Jenny Zhiya Qian, Reinout Hendrik Schakel, Sean Shao, Charles Zhengyao Lu, Jian Lui, Erhai Liu, Jinyi Guo, Hui Li, Credit Suisse Securities (USA) LLC, Morgan Stanley & Co. LLC, China International Captial Corporation Hong Kong Securities Limited,

**ORDER**

Docket No. 21-1898

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 22 2021

MANDATE ISSUED ON 10/22/2021

Haitong International Securities Company Limited, KeyBanc
Captial Markets Inc, Needham & Company, LLC,

       Consolidated-Defendants.

_____

       The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

       The stipulation is hereby "So Ordered".

                      For The Court:

                      Catherine O'Hagan Wolfe,
                      Clerk of Court

A True Copy

Catherine O'Hagan Wolfe, Clerk

United States Court of Appeals, Second Circuit