**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE LUCKIN COFFEE INC.
SECURITIES LITIGATION

Case No. 1:20-cv-01293-JPC-JLC

**NOTICE OF CLASS REPRESENTATIVES' UNOPPOSED MOTION**
**FOR AN ORDER PRELIMINARILY APPROVING PROPOSED SETTLEMENT AND**
**AUTHORIZING DISSEMINATION OF SETTLEMENT NOTICE TO THE CLASS**

TO:    All Counsel of Record

PLEASE TAKE NOTICE that based on the Stipulation and Agreement of Settlement dated October 20, 2021 (the "Stipulation") and filed herewith; the accompanying memorandum of law; and all other papers and proceedings herein, Class Representatives Sjunde AP-Fonden and Louisiana Sheriffs' Pension & Relief Fund hereby move this Court, under Rule 23(e)(1) of the Federal Rules of Civil Procedure, for preliminary approval of the proposed Settlement so that notice may be provided to the Class. Specifically, Class Representatives respectfully request that the Court enter an order: (i) preliminarily approving the proposed Settlement; (ii) approving the form and manner of providing notice of the Settlement to Class Members; and (iii) scheduling a hearing to consider final approval of the Settlement and approval of the Plan of Allocation and Lead Counsel's motion for attorneys' fees and expenses.[1] The Settling Parties' agreed-upon [Proposed] Order Preliminarily Approving Settlement and Providing for Notice of the Settlement is filed with this Motion. In accordance with the terms of the Stipulation, Defendants do not oppose

---

[1]    All capitalized terms used herein that are not otherwise defined herein have the meanings ascribed to them in the Stipulation.

1

the Motion and Class Representatives believe that the Motion is appropriate for resolution without a hearing.

Dated:  October 25, 2021

Respectfully submitted,

**KESSLER TOPAZ MELTZER
 & CHECK, LLP**

*S/ Sharan Nirmul*
Sharan Nirmul
Gregory M. Castaldo
Richard A. Russo, Jr.
Lisa M. Port
Nathan A. Hasiuk
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
snirmul@ktmc.com
gcastaldo@ktmc.com
rrusso@ktmc.com
llambport@ktmc.com
nhasiuk@ktmc.com

**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
Salvatore J. Graziano
John Rizio-Hamilton
Jai Chandrasekhar
Kate W. Aufses
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
salvatore@blbglaw.com
johnr@blbglaw.com
jai@blbglaw.com
kate.aufses@blbglaw.com

*Counsel for Lead Plaintiffs Sjunde AP-Fonden and Louisiana Sheriffs' Pension & Relief Fund and Class Counsel*

2