UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
:
IN RE LUCKIN COFFEE INC.                :       20-CV-1293 (JPC)
SECURITIES LITIGATION                   :       ORDER
:
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    On October 25, 2021, Plaintiffs informed the Court that the parties have agreed to settle this action. *See* Dkt. 313. Given this proposed settlement, Defendants' motions to dismiss the case and for oral argument on the motions, Dkts. 204, 207, 210, 213, 224, and Plaintiffs' letter motion for leave to file a sur-reply memorandum in opposition to Defendants' motions, Dkt. 255, are denied as moot without prejudice to refiling these motions in the event that the Court does not approve the proposed settlement.

    The Clerk of Court is respectfully directed to terminate the motions pending at Docket Numbers 204, 207, 210, 213, 224, and 255.

    SO ORDERED.

Dated: October 26, 2021
       New York, New York

                                                      JOHN P. CRONAN
                                            United States District Judge