STATEMENT OF OBJECTION
(FOR CLASS MEMBERS WHO DO NOT OPT OUT)

RECEIVED
SDNY PRO SE OFFICE

2022 MAY -3  AM 10: 17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007-1312
------------------------------------------------------------ x
In re Luckin Coffee Inc.                                                  : Case No. 1:20-cv-01293-JPC-JLC (S.D.N.Y.)
SECURITIES LITIGATION                                          :
------------------------------------------------------------x

## Statement of Objections

I am a Class Member in the case called *In re Luckin Coffee Inc. Securities Litigation.* I am a class member because I purchased 1,000 Luckin Coffee American Depositary Shares (ADS) during the Class Period via being assigned Put options contracts.

I object to the proposed settlement in this lawsuit as currently written for the proposed calculation to determine the Recognized Loss Amount grossly understates the Recognized Loss Amount when ADSs were acquired through the assignment/exercise of contractually binding Put option contracts at a previously agreed to ADS price.

> The Recognized Loss Amount is grossly understated because the purchase price used in the calculation is the closing market price of the Luckin ADSs on the date of exercise (rather than the purchase price as obligated by the options contract). *See* below excerpt for reference):

APPENDIX A - Proposed Plan of Allocation of Net Settlement Fund Among Authorized Claimants Page 15 (item 17) of instructions for claim form regarding Derivatives and Options states:

"17. Derivatives and Options: The only security eligible to participate in the Settlement are Luckin ADSs. Option contracts or any other derivative securities are not securities eligible to participate in the Settlement.
With respect to Luckin ADSs purchased or sold through the exercise of an option, the purchase/sale date of the Luckin ADS is the exercise date of the option and the purchase/sale price is the closing market price of the Luckin ADSs on the date of exercise."

This treatment of ADSs acquired through assignment of Put options will not result in an equitable Recognized Loss Amount for the undersigned.

The Recognized Loss Amount calculated as prescribed in the Notice of Proposed Settlement grossly understates the damages suffered by the undersigned. Furthermore, it ignores the actual purchase price incurred by the undersigned. The equitable Recognized Loss Amount for the undersigned should be **$28,180.00** rather than the $2,480.00 as calculated using the lesser Artificial Inflation amounts reflected in Table A of Appendix A in the Proposed Settlement (detailed calculations illustrated/compared immediately below):

|                         | Accurate Equitable Amount | Lesser Table A Amount |
|-------------------------|--------------------------|-----------------------|
| Purchase Price          | $30,870*                 | $ 3,810               |
| Sale Price              | $  2,690                 | $ 1,330               |
|                         | ---------                | ---------             |
| Recognized Loss Amount  | $28,180                  | $ 2,480               |

* - $38,000 gross purchase price less $7,130 amount received to undertake options contract obligation = $30,870 actual/equitable net purchase price

I undertook the contractual obligation on 2/5/2020 to purchase ADSs in Luckin Coffee for $38.00 per ADS based on the financial reporting provided by Luckin Coffee at that time. The current Proposed Settlement does not provide for an equitable/accurate net purchase price amount when purchase of ADSs occurs due to the assignment of Put Options contracts. I hereby respectfully request the Court make an adjustment to arrive at a Recognized Loss Amount of $28,180.00 USD on equitable grounds as detailed above.

I have enclosed statements from Schwab representing (1) the Put Contract transaction amount of $7,130.00 received by me on 2/5/2020 for obligation to purchase 1,000 ADSs at $38.00 per ADS, (2) the actual purchase of 1,000 ADSs for $38,000.00 on 4/17/2020 at contractual price of $38.00 per ADS, and (3) the sale of those 1,000 ADSs for $2,690.10 on 5/20/2020 at price of $2.6901 per ADS.

For ease of reference, my personal information is:

| | |
|---|---|
| Name: | ROBERT C. RACH |
| Address: | 10960 E. SERAFINA AVE., MESA, AZ 85212-5251 |
| Phone No.: | 480-329-4097 |
| E-Mail: | robra@cox.net |

| | |
|---|---|
| Dated: | 4/24/2022 |
| Signed: | _Robert C Rach_ |
| Printed name: | ROBERT C. RACH |
| Address: | 10960 E. SERAFINA AVE. |
| | MESA, AZ 85212-5251 |

Encls

Cc: Bernstein Litowitz Berger & Grossmann LLP
    - Salvatore J. Graziano, Esq.
    Kessler Topaz Meltzer & Check, LLP
    - Sharan Nirmul, Esq.
    Davis Polk & Wardwell LLP
    - Lawrence Portnoy, Esq.

## Robra

| | |
|---|---|
| **From:** | Schwab Alerts [donotreply-comm@schwab.com] |
| **Sent:** | Thursday, February 06, 2020 1:10 AM |
| **To:** | ROBRA@COX.NET |
| **Subject:** | Schwab eConfirms account ending in 347 |



**Electronic Trade Confirmation**

**February 06, 2020** | your account ending: **347**

# Schwab eConfirms™

This email contains your trade confirmations for 02/05/2020.

Please log in to the Schwab web site to view your confirmations at www.schwab.com/reports.

**Symbol:**
LK
04/17/2020
38.00 P

**Security Description: LUCKIN COFFEE INC 00500 04/17/2020 $38 Put**
**Action: SOLD**
**Security No./CUSIP:** 000062631520
**Type:** Cash
**Trade Date:** 02/05/20
**Settle Date:** 02/06/20

| Quantity | Price | Principal | Charges and/or Interest | | Total Amount |
|---|---|---|---|---|---|
| 10 | $7.13 | $7,130.00 | Commission: | $4.00 | $7,125.68 |
| | | | Exch Process Fee: | $0.32 | |

**Totals**

| 10 | | $7,130.00 | | $4.32 | $7,125.68 |
|---|---|---|---|---|---|

Additional information for this security:
- The cost basis method requested was FIFO. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- We will hold this new option position short in your account (sold to open).
- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.

Options can carry a high level of risk and are not suitable for all investors. The OCC (formerly the Options Clearing Corporation) makes occasional changes to

4/24/2022

the **Characteristics and Risks of Standardized Options** document by issuing supplements that typically discuss new types of options that have been introduced into the market place. Please stay current with the latest version of this document by going to the OCC's web site here.

If you have questions about this report, please contact Schwab at **800-435-4000**.

    UNSUBSCRIBE          PRIVACY          CONTACT US          LOG IN

View, print, or download terms and conditions of your transaction.

If you have any questions or concerns, PLEASE DO NOT REPLY TO THIS EMAIL. Please send us an email using the secure email feature on our website.

For your protection, we are unable to accept instructions to change your email address sent in reply to this message. To update your address using a secure channel, please log in to your account.

For your security, Charles Schwab will never request personal information through email.

View SchwabSafe® and The Schwab Security Guarantee.

Notice: All email sent to or from the Charles Schwab corporate email system is subject to archival, monitoring and/or review by Schwab personnel.

Charles Schwab & Co., Inc., 211 Main Street, San Francisco, CA 94105.

©2020 Charles Schwab & Co., Inc. All rights reserved. Member SIPC.
(1215-7383) ECRT

**Robra**

| | |
|---|---|
| **From:** | Schwab Alerts [donotreply-comm@schwab.com] |
| **Sent:** | Tuesday, April 21, 2020 12:49 AM |
| **To:** | ROBRA@COX.NET |
| **Subject:** | Schwab eConfirms account ending in 347 |



**Electronic Trade Confirmation**

**April 21, 2020** | your account ending: **347**

# Schwab eConfirms ™

This email contains your trade confirmations for 04/20/2020.

Please log in to the Schwab web site to view your confirmations at www.schwab.com/reports.

**Symbol:**

**LK**

**Security Description: LUCKIN COFFEE INC ADR**
**Action: BOUGHT**
**Security No./CUSIP:** 54951L-10-9
**Type:** Cash
**Trade Date:** 04/17/20
**Settle Date:** 04/21/20

| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
|---|---|---|---|---|
| 1,000 | $38.00 | $38,000.00 | N/A | $38,000.00 |

Additional information for this security:
- ASSIGNED 10 LK 04/17/2020 38.00 P
- Schwab acted as your agent.

If you have questions about this report, please contact Schwab at **800-435-4000**.

| UNSUBSCRIBE | PRIVACY | CONTACT US | LOG IN |
|---|---|---|---|

View, print, or download terms and conditions of your transaction.

If you have any questions or concerns, PLEASE DO NOT REPLY TO THIS EMAIL. Please send us an email using the secure email feature on our website.

For your protection, we are unable to accept instructions to change your email address sent in reply to this message. To update your address using a secure channel, please log in to your account.

For your security, Charles Schwab will never request personal information through email.

1/25/2022

View SchwabSafe® and The Schwab Security Guarantee.

Notice: All email sent to or from the Charles Schwab corporate email system is subject to archival, monitoring and/or review by Schwab personnel.

Charles Schwab & Co., Inc., 211 Main Street, San Francisco, CA 94105.

©2020 Charles Schwab & Co., Inc. All rights reserved. Member SIPC.
(1215-7383) ECRT

1/25/2022

## Robra

**From:** Schwab Alerts [donotreply-comm@schwab.com]

**Sent:** Thursday, May 21, 2020 12:10 AM

**To:** ROBRA@COX.NET

**Subject:** Schwab eConfirms account ending in 347



**Electronic Trade Confirmation**

**May 21, 2020** | your account ending: **347**

# Schwab eConfirms™

This email contains your trade confirmations for 05/20/2020.

Please log in to the Schwab web site to view your confirmations at www.schwab.com/reports.

**Symbol:**

HON

05/29/2020

135.00 P

**Security Description: Honeywell Intl Inc 05/29/2020 $135 Put**
**Action: BOUGHT**
**Security No./CUSIP:** 000064322921
**Type:** Margin
**Trade Date:** 05/20/20
**Settle Date:** 05/21/20

| Quantity | Price | Principal | Charges and/or Interest | | Total Amount |
|---|---|---|---|---|---|
| 10 | $2.90 | $2,900.00 | Commission: | $4.00 | $2,904.17 |
| | | | Exch Process Fee: | $0.17 | |

**Totals**

| 10 | $2,900.00 | | $4.17 | $2,904.17 |
|---|---|---|---|---|

Additional information for this security:
- We will hold this new option position long in your account (bought to open).
- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.

**Symbol:**

LK

**Security Description: LUCKIN COFFEE INC ADR**
**Action: SOLD**
**Security No./CUSIP:** 54951L-10-9
**Type:** Cash
**Trade Date:** 05/20/20

**Settle Date:** 05/22/20

| Quantity | Price | Principal | Charges and/or Interest | | Total Amount |
|---|---|---|---|---|---|
| 1,000 | $2.6901 | $2,690.10 | Exch Process Fee: | $0.06 | $2,690.04 |

Additional information for this security:
- The cost basis method requested was FIFO. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.

Options can carry a high level of risk and are not suitable for all investors. The OCC (formerly the Options Clearing Corporation) makes occasional changes to the **Characteristics and Risks of Standardized Options** document by issuing supplements that typically discuss new types of options that have been introduced into the market place. Please stay current with the latest version of this document by going to the OCC's web site here.

If you have questions about this report, please contact Schwab at **800-435-4000**.

| UNSUBSCRIBE | PRIVACY | CONTACT US | LOG IN |
|---|---|---|---|

View, print, or download terms and conditions of your transaction.

If you have any questions or concerns, PLEASE DO NOT REPLY TO THIS EMAIL. Please send us an email using the secure email feature on our website.

For your protection, we are unable to accept instructions to change your email address sent in reply to this message. To update your address using a secure channel, please log in to your account.

For your security, Charles Schwab will never request personal information through email.

View SchwabSafe® and The Schwab Security Guarantee.

Notice: All email sent to or from the Charles Schwab corporate email system is subject to archival, monitoring and/or review by Schwab personnel.

Charles Schwab & Co., Inc., 211 Main Street, San Francisco, CA 94105.

©2020 Charles Schwab & Co., Inc. All rights reserved. Member SIPC.
(1215-7383) ECRT



ROBERT C RACH
10960 E SERAFINA AVE
MESA, AZ 85212-5251

7021 2720 0003 1241 1191

U.S. POSTAGE PAID
FCM LETTER
MESA, AZ
85209
APR 25 22
AMOUNT
$7.58
R2305K137366-76

10007

1000

UNITED STATES
POSTAL SERVICE®

RECEIVED
APR 28 2022
CLERK'S OFFICE
S.D.N.Y.

Clerk's Office
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States
Courthouse
500 PEARL STREET
NEW YORK, NY 10007-1312