# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE LUCKIN COFFEE INC.
SECURITIES LITIGATION

Case No. 1:20-cv-01293-JPC-JLC

**DECLARATION OF RICHARD A. GRÖTTHEIM, CHIEF EXECUTIVE OFFICER OF SJUNDE AP-FONDEN, IN SUPPORT OF: (I) CLASS REPRESENTATIVES' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION; AND (II) CLASS COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

I, Richard A. Gröttheim, hereby affirm as follows:

1.     I am the Chief Executive Officer of Sjunde AP-Fonden ("AP7"), one of the Court-appointed Class Representatives in the above-captioned securities class action ("Action").[1] I submit this Declaration in support of (a) Class Representatives' motion for final approval of the proposed Settlement and Plan of Allocation, and (b) Class Counsel's motion for attorneys' fees and Litigation Expenses, including AP7's application pursuant to 15 U.S.C. § 78u-4(a)(4) for reimbursement of its reasonable costs directly relating to the work performed by AP7 personnel in connection with its representation of the Class in the Action.

2.     I am aware of and understand the requirements and responsibilities of a class representative in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I have personal knowledge of the matters set forth in this Declaration as I have been directly involved in monitoring and overseeing the prosecution of

---

[1] Unless otherwise defined in this Declaration, all capitalized terms have the meanings set out in the Stipulation and Agreement of Settlement dated October 20, 2021 (ECF No. 315).

the Action, as well as the negotiations leading to the Settlement, and I could and would testify competently to these matters.

## I.      AP7's Oversight of the Action

3.      Based in Stockholm, Sweden, AP7 is part of the Swedish national pension system. AP7 is the governmental alternative to the private investment funds offered by the Swedish premium pension system. More than five million Swedes use AP7 Såfa - the government's default fund for the premium pension system - to save for their pensions. Since its inception, AP7 Såfa has given pension savers higher average returns and lower management fees than the private funds available in the Swedish premium pension marketplace. AP7 currently has approximately $84 billion in premium pension assets under management.

4.      On June 12, 2020, the Court entered an Order appointing AP7 and Louisiana Sheriffs' Pension & Relief Fund as Lead Plaintiffs in the Action pursuant to the PSLRA, and approved Lead Plaintiffs' selection of Kessler Topaz Meltzer & Check, LLP ("KTMC") and Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel for the class. Subsequently, on March 5, 2021, the Court entered an Order appointing Lead Plaintiffs as Class Representatives and Lead Counsel as Class Counsel in connection with certification of the Class for purposes of negotiating and implementing a settlement.

5.      AP7 closely supervised, carefully monitored, and was actively involved in all material aspects of the prosecution and resolution of the Action. On behalf of AP7, I had communications during the litigation with KTMC. I received periodic status reports from counsel on case developments and participated in discussions with counsel concerning the prosecution of the Action, the strengths of and risks to the claims, and potential settlement. In particular, throughout the course of the Action, I, on behalf of AP7: (a) regularly communicated with counsel

by email and telephone calls regarding the posture and progress of the case; (b) reviewed, with the assistance of AP7's Swedish external legal counsel, all significant pleadings and briefs filed in this Action; (c) consulted with counsel concerning the settlement negotiations as they progressed; and (d) evaluated and approved the proposed Settlement.

## II.     AP7 Strongly Endorses Approval of the Settlement

6.      Based on its involvement throughout the prosecution and resolution of the Action, AP7 believes that the proposed Settlement is fair, reasonable, and adequate to the Class. AP7 believes that the Settlement represents a very favorable recovery for the Class, in light of the substantial risks of continuing to prosecute the claims in this case, including the very substantial risks of recovering on any larger judgment. Therefore, AP7 strongly endorses approval of the Settlement by the Court.

## III.    AP7 Approves of and Supports Class Counsel's Motion for Attorneys' Fees and Litigation Expenses

7.      AP7 has approved Class Counsel's request for an award of attorneys' fees in the amount of 17.5% of the Settlement Fund and believes it is fair and reasonable in light of the work that Plaintiffs' Counsel performed on behalf of the Class. AP7 takes seriously its role as a class representative to ensure that the attorneys' fees are fair in light of the result achieved in the Action and reasonably compensate Plaintiffs' Counsel for the work involved and the substantial risks they undertook in litigating the Action. AP7 approves the amount of attorney's fees requested by Class Counsel as fair and reasonable in light of the work performed by Plaintiffs' Counsel, the risks of the litigation, and the recovery obtained for the Class in this Action.

8.      AP7 further believes that Plaintiffs' Counsel's Litigation Expenses are reasonable and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with its obligation to the class to obtain the best

3

result at the most efficient cost, AP7 fully supports Class Counsel's motion for attorneys' fees and Litigation Expenses

9.    AP7 understands that reimbursement of a class representative's reasonable costs and expenses is authorized under the PSLRA. For this reason, in connection with Class Counsel's request for reimbursement of Litigation Expenses, AP7 seeks reimbursement for the costs and expenses that AP7 incurred directly relating to its representation of the Class.

10.    As Chief Executive Officer of AP7, my primary responsibilities involve investment related matters, including developing long-term investment strategies, as well as the day-to-day management of AP7 and its staff. I also oversee any litigation in which AP7 is involved. AP7 seeks reimbursement in the amount of $3,750.00 for time that I devoted to this Action, 15 hours at $250.00 per hour, which is based on my annual salary plus benefits. The hours that I spent include time communicating with KTMC, reviewing significant court filings, and participating in the settlement negotiations. The time that I devoted to the representation of the Class in this Action was time that I otherwise would have spent on other work for AP7 and, thus, represented a cost to AP7.

## IV.    Conclusion

11.    In conclusion, AP7, one of the Court-appointed Class Representatives, which was actively involved throughout the prosecution and settlement of the Action, strongly endorses the Settlement as fair, reasonable, and adequate, and believes it represents a favorable recovery for the Class in light of the risks of continued litigation. AP7 further supports Class Counsel's motion for attorneys' fees and Litigation Expenses and believes that it represents fair and reasonable compensation for counsel in light of the recovery obtained for the Class, the substantial work conducted, and the litigation risks. And finally, AP7 requests reimbursement under the PSLRA for the value of time dedicated by its employees as set forth above. Accordingly, AP7 respectfully

4

requests that the Court approve (i) Class Representatives' motion for final approval of the proposed Settlement and Plan of Allocation; and (ii) Class Counsel's motion for attorneys' fees and Litigation Expenses.

I have reviewed the foregoing with counsel and on the basis of that consultation, I affirm under the laws of the United States of America that the above statements are true and correct, to the best of my knowledge and belief, and that I have authority to execute this Declaration on behalf of AP7.

Executed this ___10___ day of June, 2022.

RICHARD A. GRÖTTHEIM
Chief Executive Officer
Sjunde AP-Fonden

5