# Exhibit 6

**EXHIBIT 6**

*In re Luckin Coffee Inc. Securities Litigation*
Case No. 1:20-cv-01293-JPC-JLC (S.D.N.Y.)

**SUMMARY OF PLAINTIFFS' COUNSEL'S
LODESTAR AND EXPENSES**

| Ex. | FIRM | HOURS | LODESTAR | EXPENSES |
|---|---|---|---|---|
| 6A | Kessler Topaz Meltzer & Check, LLP | 5,174.80 | $3,269,475.50 | $435,427.07 |
| 6B | Bernstein Litowitz Berger & Grossmann LLP | 3,522.00 | $2,653,024.75 | $284,727.81 |
| 6C | Lowenstein Sandler LLP | 571.00 | $594,059.50 | $1,307.80 |
| 6D | Klausner, Kaufman, Jensen & Levinson | 113.60 | $79,520.00 | $0 |
| | **TOTAL:** | **9,381.40** | **$6,596,079.75** | **$721,469.68** |