# Exhibit 7

**EXHIBIT 7**

*In re Luckin Coffee Inc. Securities Litigation*
Case No. 1:20-cv-01293-JPC-JLC (S.D.N.Y.)

**BREAKDOWN OF ALL PLAINTIFFS' COUNSEL'S
EXPENSES BY CATEGORY**

| CATEGORY | AMOUNT |
|---|---|
| Court Filing and Other Fees | $1,330.00 |
| Service of Process | $935.75 |
| PSLRA Notice Cost | $1,875.00 |
| Postage & Express Mail | $1,193.12 |
| Conference Calling / Long Distance | $1,529.54 |
| On-line Legal / Factual Research | $40,691.99 |
| External Reproduction Costs | $540.62 |
| Internal Reproduction Costs | $730.80 |
| Local Work-Related Transportation | $1,262.71 |
| In-Office Working Meals | $470.63 |
| Experts / Consultants | $404,089.16 |
| Specialized Foreign Counsel | $221,144.52 |
| Translation Services | $45,465.88 |
| Court Reporters & Transcripts | $209.76 |
| Interest Earned on Litigation Fund | ($6.80) |
|  |  |
| **TOTAL EXPENSES:** | **$721,462.68** |