Robert Rach Response to Motion for Final Approval (ECF No. 324) and Declaration in Support of Motion for Final Approval (ECF No. 327) filed by Class Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007-1312

------------------------------------------------------------ x

In re Luckin Coffee Inc.                                          : Case No. 1:20-cv-01293-JPC-JLC (S.D.N.Y.)
SECURITIES LITIGATION                                     :

------------------------------------------------------------x

The undersigned is a member of the Class.

The purpose of this document is to respond to Class Counsel's filings (ECF No. 324 (page 23) & ECF No. 327 (page 44)) wherein they suggest that only $1,700.00 should be used as the Recognized Loss Amount in response to the objection filed (ECF No. 321) by the undersigned. This suggestion is erroneous as articulated in further detail, below.

Per Item 17 of the current Proposed Settlement, options contracts are not eligible to participate in the settlement – rather, only ADSs are eligible. The undersigned is *not* asking that purchases and sales of options contracts be included in the settlement amount. Since only ADSs are permitted to participate in the settlement, a total of 1,000 ADSs were **purchased** by the undersigned at the price of $38.00 per ADS on April 17, 2020. However, Table A in the Proposed Settlement allows only $3.81 as a purchase price. Using $3.81 as the recognized purchase price grossly understates the actual $38.00 purchase price incurred (brokerage statement attached) by the undersigned on April 17, 2020.

Undersigned **sold** the 1,000 ADSs on May 20, 2020, for a sales price of $2.69 per ADS (brokerage statement attached).

In conclusion, $38.00 per ADS is the ADS **purchase** price that should be recognized under the Proposed Settlement. In addition, $35,310.00[1] is the fair and equitable Recognized Loss Amount that should be recognized rather than the $1,700.00 that the Class Counsel is suggesting.

Dated: July 13, 2022                                          Respectfully submitted,

                                                                        Class Member

                                                                        Robert C. Rach
                                                                        10960 East Serafina Avenue
                                                                        Mesa, Arizona 85212
                                                                        Telephone: (480) 926-2438
                                                                        robra12345@hotmail.com

---

[1] $38.00 purchase price per ADS - $2.69 sale price per ADS x 1,000 shares = $35,310.00 Recognized Loss

Charles Schwab & Co., Inc.                                                          Page 1 of 2

## Robra

**From:**     Schwab Alerts [donotreply-comm@schwab.com]
**Sent:**     Tuesday, April 21, 2020 12:49 AM
**To:**       ROBRA@COX.NET
**Subject:**  Schwab eConfirms account ending in 347



**Electronic Trade Confirmation**

**April 21, 2020** | your account ending: **347**

# Schwab eConfirms™

This email contains your trade confirmations for 04/20/2020.

Please log in to the Schwab web site to view your confirmations at
www.schwab.com/reports.

**Symbol:**

## LK

**Security Description: LUCKIN COFFEE INC ADR**
**Action: BOUGHT**
**Security No./CUSIP:** 54951L-10-9
**Type:** Cash
**Trade Date:** 04/17/20
**Settle Date:** 04/21/20

| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
|---|---|---|---|---|
| 1,000 | $38.00 | $38,000.00 | N/A | $38,000.00 |

Additional information for this security:
- ASSIGNED 10 LK 04/17/2020 38.00 P
- Schwab acted as your agent.

If you have questions about this report, please contact Schwab at **800-435-4000**.

|  |  |  |  |
|---|---|---|---|
| UNSUBSCRIBE | PRIVACY | CONTACT US | LOG IN |

View, print, or download terms and conditions of your transaction.

If you have any questions or concerns, PLEASE DO NOT REPLY TO THIS EMAIL. Please send us an email using the secure email feature on our website.

For your protection, we are unable to accept instructions to change your email address sent in reply to this message. To update your address using a secure channel, please log in to your account.

For your security, Charles Schwab will never request personal information through email.

1/25/2022

View SchwabSafe® and The Schwab Security Guarantee.

Notice: All email sent to or from the Charles Schwab corporate email system is subject to archival, monitoring and/or review by Schwab personnel.

Charles Schwab & Co., Inc., 211 Main Street, San Francisco, CA 94105.

©2020 Charles Schwab & Co., Inc. All rights reserved. Member SIPC.
(1215-7383) ECRT

Charles Schwab & Co., Inc.                                                      Page 1 of 2

## Robra

**From:**    Schwab Alerts [donotreply-comm@schwab.com]
**Sent:**    Thursday, May 21, 2020 12:10 AM
**To:**      ROBRA@COX.NET
**Subject:** Schwab eConfirms account ending in 347



**Electronic Trade Confirmation**

**May 21, 2020** | your account ending: **347**

# Schwab eConfirms ™

This email contains your trade confirmations for 05/20/2020.

Please log in to the Schwab web site to view your confirmations at
www.schwab.com/reports.

**Symbol:**
## HON
## 05/29/2020
## 135.00 P

**Security Description: Honeywell Intl Inc 05/29/2020 $135 Put**
**Action: BOUGHT**
**Security No./CUSIP: 000064322921**
**Type:** Margin
**Trade Date:** 05/20/20
**Settle Date:** 05/21/20

| Quantity | Price | Principal | Charges and/or Interest | | Total Amount |
|---|---|---|---|---|---|
| 10 | $2.90 | $2,900.00 | Commission: | $4.00 | $2,904.17 |
| | | | Exch Process Fee: | $0.17 | |

**Totals**

| 10 | | $2,900.00 | | $4.17 | $2,904.17 |
|---|---|---|---|---|---|

Additional information for this security:
- We will hold this new option position long in your account (bought to open).
- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange
of securities - including those relating to assessments on broker-dealers by an
exchange or other SRO - for equity, option, or other covered security sell
transactions and option security buy transactions.
- Schwab acted as your agent.

**Symbol:**
## LK

**Security Description: LUCKIN COFFEE INC ADR**
**Action: SOLD**
**Security No./CUSIP:** 54951L-10-9
**Type:** Cash
**Trade Date:** 05/20/20

1/25/2022

**Settle Date:** 05/22/20

| Quantity | Price | Principal | Charges and/or Interest | | Total Amount |
|---|---|---|---|---|---|
| 1,000 | $2.6901 | $2,690.10 | Exch Process Fee: | $0.06 | $2,690.04 |

Additional information for this security:
- The cost basis method requested was FIFO. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.

Options can carry a high level of risk and are not suitable for all investors. The OCC (formerly the Options Clearing Corporation) makes occasional changes to the **Characteristics and Risks of Standardized Options** document by issuing supplements that typically discuss new types of options that have been introduced into the market place. Please stay current with the latest version of this document by going to the OCC's web site here.

If you have questions about this report, please contact Schwab at **800-435-4000**.

UNSUBSCRIBE          PRIVACY          CONTACT US          LOG IN

View, print, or download terms and conditions of your transaction.

If you have any questions or concerns, PLEASE DO NOT REPLY TO THIS EMAIL. Please send us an email using the secure email feature on our website.

For your protection, we are unable to accept instructions to change your email address sent in reply to this message. To update your address using a secure channel, please log in to your account.

For your security, Charles Schwab will never request personal information through email.

View SchwabSafe® and The Schwab Security Guarantee.

Notice: All email sent to or from the Charles Schwab corporate email system is subject to archival, monitoring and/or review by Schwab personnel.

Charles Schwab & Co., Inc., 211 Main Street, San Francisco, CA 94105.

©2020 Charles Schwab & Co., Inc. All rights reserved. Member SIPC.
(1215-7383) ECRT