# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE LUCKIN COFFEE INC. SECURITIES LITIGATION | Case No. 1:20-cv-01293-JPC-JLC |

**SUPPLEMENTAL DECLARATION OF ALEXANDER P. VILLANOVA REGARDING (A) CONTINUED DISSEMINATION OF THE SETTLEMENT NOTICE AND CLAIM FORM; (B) UPDATE ON CALL CENTER SERVICES AND CASE WEBSITE; AND (C) REPORT ON CLAIMS RECEIVED TO DATE**

I, Alexander P. Villanova, hereby declare under penalty of perjury as follows:

1.     I am a Senior Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq").  Pursuant to the Court's October 26, 2021 Revised Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 319) ("Preliminary Approval Order"), Epiq was authorized to act as the Claims Administrator in connection with the Settlement reached in the above-captioned action ("Action").[1]

2.     I submit this declaration as a supplement to my earlier submitted declaration, the Declaration of Alexander P. Villanova Regarding (A) Dissemination of the Settlement Notice and Claim Form; and (B) Publication of the Summary Settlement Notice dated June 9, 2022 (ECF No. 327-3) ("Initial Mailing Declaration").  The following statements are based on my personal knowledge and information provided by other Epiq employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

---

[1]     Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated October 20, 2021 (ECF No. 315) or the Initial Mailing Declaration defined herein.

**CONTINUED DISSEMINATION OF THE SETTLEMENT NOTICE PACKET**

3.    Since the execution of the Initial Mailing Declaration, Epiq has continued to disseminate copies of the Settlement Notice and Claim Form (together, "Settlement Notice Packet") in response to requests from potential Class Members, brokers, and other nominees. Through July 14, 2022, Epiq disseminated an aggregate of 564,474 Settlement Notice Packets to potential Class Members, brokers, and other nominees. In addition, Epiq re-mailed a total of 4,702 Settlement Notice Packets to persons whose original mailing was returned by the U.S. Postal Service and for whom updated addresses were provided by the Postal Service.

**UPDATE ON CALL CENTER SERVICES AND CASE WEBSITE**

4.    Epiq continues to maintain the toll-free telephone number (1-855-535-1824) and Interactive Voice Recording to accommodate inquiries from potential Class Members. As of July 14, 2022, there have been a total of 9,090 calls to the toll-free telephone number. Of these calls, 5,365 have been handled by a live operator. Epiq has promptly responded to each telephone inquiry and will continue to respond to Class Member inquiries via the toll-free telephone number.

5.    Epiq also continues to maintain the dedicated case website (www.LuckinCoffeeSecuritiesLitigation.com) to assist potential Class Members. On June 13, 2022, Epiq posted to the website copies of the papers filed in support of Lead Plaintiffs' motion for final approval of the Settlement and Plan of Allocation and Class Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses (ECF Nos. 323-27). As of July 14, 2022, the case website has received a total of 73,410 visitors.

6.    Epiq will continue maintaining and, as appropriate, updating the case website and toll-free telephone number until the conclusion of the administration.

## CLAIMS RECEIVED TO DATE

7.      As set forth in the notices and Claim Form, to be eligible for a payment from the Settlement, Class Members were required to submit a Claim Form, with supporting documentation, postmarked, if mailed, or online via the case website by March 15, 2022.  As of July 14, 2022, Epiq has received a total of approximately 45,241 Claims.  Of the Claims received, approximately 20,906 Claims were filed electronically by or on behalf of institutions and approximately 24,335 Claims were submitted by or on behalf of individuals.

8.      As Claims will likely continue to be received, this Claim count will increase. Class Counsel have the discretion to accept late Claims for processing provided such acceptance does not delay the distribution of the Net Settlement Fund to the Class, *see* Preliminary Approval Order ¶ 8, and the Court, in connection with a future motion for authorization to distribute the Net Settlement Fund, will be asked to accept such Claims if eligible.

9.      Based on Epiq's review to date, the Claims received represent approximately $1,808,827,660.02 in "Recognized Claims" as calculated under the Plan of Allocation.

10.      The above data represents Epiq's preliminary review of the Claims received as of July 14, 2022, based on the information provided by Claimants.  Epiq's complete processing of the Claims will take several months.  This process will include steps to confirm the accuracy of the transactions claimed and a review of the Claims for deficiencies, such as Claims with missing or incomplete documentation, duplicate Claims, and Claims whose transactions do not balance (*i.e.*, where the number of ADSs purchased during the relevant time period do not match the number of ADSs sold during the relevant time period plus the number of ADSs held at the end of the relevant time period).  Epiq will continue to provide Claimants with an opportunity to correct any deficiencies in their Claims, conduct thorough quality control and quality assurance processes,

3

and perform fraud prevention reviews as part of its normal claims processing procedures in order to ensure the validity and accuracy of the Claims.  As a result of these procedures and the possible acceptance of additional Claims, the total Recognized Claims is subject to change.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on July 15, 2022 in Tigard, Oregon.

_____

Alexander Villanova

4