UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                            :

IN RE LUCKIN COFFEE INC.                     :              20 Civ. 1293 (JPC)
SECURITIES LITIGATION                      :
                                                             :              <u>ORDER</u>
                                                             :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      There are currently three open cases related to this case: *Kingstown Capital Management, LP* v. *Luckin Coffee Inc.*, 20 Civ. 7029; *Gopu v. Luckin Coffee Inc.*, 21 Civ. 484; *Ye v. Luckin Coffee, Inc.*, 21 Civ. 2020. None of the plaintiffs in these cases have publicly objected to the proposed class settlement. At the same time, Luckin Coffee Inc. has said that, at least for some of the plaintiffs in these related cases, it "desire[s] to negotiate a resolution of th[e] matter." *Kingstown Capital Management, LP* v. *Luckin Coffee Inc.*, 20 Civ. 7029, Dkt. 54; *Ye v. Luckin Coffee, Inc.*, 21 Civ. 2020, Dkt. 30. Under Federal Rule of Civil Procedure 23(e)(5)(B)(i), the Court must approve "after a hearing," any "payment or other consideration . . . provided in connection with . . . forgoing or withdrawing an objection." By July 20, 2022, the parties in this case shall file a joint letter detailing whether they have paid or provided any other consideration to any party, including the plaintiffs or their counsel in the related cases, to forgo or withdraw an objection.

      SO ORDERED.

Dated: July 18, 2022
      New York, New York                                                  JOHN P. CRONAN
                                                                             United States District Judge