# EXHIBIT C

# TRANSACTION REPORT

Exhibit C - Sample of Transaction Report

| ACCOUNT NUMBER | CLAIM NUMBER | SUBMISSION NAME | CLAIM STATUS | ACCOUNT NAME | DEFICIENCY REASON 1 | DEFICIENCY REASON 2 | DEFICIENCY REASON 3 | DEFICIENCY REASON 4 | DEFICIENCY REASON 5 |
|---|---|---|---|---|---|---|---|---|---|
| ███████ | 530002283 | EMAIL C48 | Denied | ███████ | MD | | | | |