# EXHIBIT D

# DISPUTED CLAIMS

| SECTION I:  Claims Determined Not to Have a Recognized Claim | | |
|---|---|---|
| A.  Claimant Sold All Luckin ADSs for a Gain<br>(Settlement Notice App. A ¶ 10)[i] | | |
| **Disputed Claim No.** | **Name of Claimant(s) (Claim Number)** | **Claim Determination** |
| 1 | Maria-Teresa De La Rosa Roth Contributory IRA (16602) | Reason for Rejection: No Recognized Claim.<br>*The Claimant sold all eligible Luckin ADSs they purchased during the Class Period for a gain.*<br><br>Detailed Explanation:<br>Because all shares were sold for a gain during the Class Period, the Recognized Loss Amount is $0.00. *See* Settlement Notice App. A ¶ 10. Specifically, for **Exchange Act Loss Amounts**, "the purchase price *minus* the sale price" (*see* Settlement Notice App. A ¶ 7(b)) is a negative number. Similarly, the **Securities Act Loss Amount** is a negative number as the calculation for these shares is "the purchase price per share (not to exceed $17.00) *minus* the sale price per share" (*see* Settlement Notice App. A ¶ 8(a)). Pursuant to ¶ 10 of Appendix A of the Settlement Notice, if a Recognized Loss Amount calculates to a negative number, that Recognized Loss Amount shall be zero.<br><br>In response to the Notice of Deficient Proof of Claim Submission, the Claimant requested Court review. The response the Claimant provided did not reflect or support any additional transactions beyond those contained in the original submission. Epiq contacted the Claimant by telephone twice and left a voicemail to further explain the reason for the rejection. The Claimant did not take or return Epiq's calls. The 65 Luckin ADSs that the Claimant provided for a separate account on a different claim number (Claim 22970) are eligible to participate in the Settlement. |

Transactional History:

| Date of Transaction | Transaction Type | Number of Shares | Price per Share | Total (excluding commission) | Settlement Notice Reference |
|---|---|---|---|---|---|
| 11/13/2019 | Purchase | 92 | $21.25 | $1,955.00 | ¶¶ 7(b), 8(a) |
| 1/31/2020 | Sale | 92 | $27.465 | $2,526.78 | ¶¶ 7(b), 8(a) |
| 10/20/2021 | Unsold Holdings | 0 | | | |

**B. All Luckin ADSs Sold Prior to January 31, 2020 (Settlement Notice App. A ¶ 7(a)), and Sales Price Greater Than $17.00 (Settlement Notice App. ¶ 8(a))**

| Disputed Claim No. | Name of Claimant(s) (Claim Number) | Claim Determination |
|---|---|---|
| 2 | Andrew Shin (9084) | Reason for Rejection: No Recognized Claim.<br>*The Claimant sold all eligible Luckin ADSs prior to the first corrective disclosure date (Exchange Act), and all eligible Luckin ADSs were sold at a price greater than $17.00 per share (Securities Act).*<br><br>Detailed Explanation:<br>Because all shares purchased during the Class Period were "sold before 11:00 a.m. Eastern time on January 31, 2020, the **Exchange Act Loss Amount** is zero." Settlement Notice App. A ¶ 7(a).<br><br>The **Securities Act Loss Amount** for the shares is also $0.00 as "the purchase price per share (not to exceed $17.00) *minus* the sale price" (*see* Settlement Notice App. A ¶ 8(a)) results in a negative number. Pursuant to ¶ 10 of Appendix A of the Settlement Notice, if a Recognized Loss Amount calculates to a negative number, that Recognized Loss Amount shall be zero.<br><br>In response to the Notice of Deficient Proof of Claim Submission, the Claimant requested Court review. The documentation the Claimant submitted with the request for Court review did not reflect or support any eligible |

2

transactions beyond those contained in the original submission. Epiq contacted the Claimant twice by telephone and left a voicemail to further explain the reason for ineligibility but was unable to make contact with the Claimant.

Transactional History:

| Date of Transaction | Transaction Type | Number of Shares | Price per Share | Total (excluding commission) | Settlement Notice Reference |
|---|---|---|---|---|---|
| 5/17/2019 | Purchase | 1,480 | $23.593 | $34,917.64 | ¶¶ 7(a), 8(a) |
| 5/21/2019 | Sale | 1,480 | $17.982 | $26,613.36 | ¶¶ 7(a), 8(a) |
| 10/20/2021 | Unsold Holdings | 0 | | | |

**3** — Loren Wayne Giles (20190)

Reason for Rejection: No Recognized Claim.
*The Claimant sold all eligible Luckin ADSs prior to the first corrective disclosure date (Exchange Act), and all eligible Luckin ADSs were sold at a price greater than $17.00 per share (Securities Act).*

Detailed Explanation:
Because all shares purchased during the Class Period were "sold before 11:00 a.m. Eastern time on January 31, 2020, the **Exchange Act Loss Amount** is zero." Settlement Notice App. A ¶ 7(a).

The **Securities Act Loss Amount** for the shares is also $0.00 as "the purchase price per share (not to exceed $17.00) *minus* the sale price" (*see* Settlement Notice App. A ¶ 8(a)) results in a negative number. Pursuant to ¶ 10 of Appendix A of the Settlement Notice, if a Recognized Loss Amount calculates to a negative number, that Recognized Loss Amount shall be zero.

In response to the Notice of Deficient Proof of Claim Submission, the Claimant requested Court review. The documentation the Claimant submitted with the request for Court review did not reflect or support any eligible transactions beyond those contained in the original submission. Epiq contacted the Claimant twice

3

by telephone to further explain the reason for ineligibility, and the Claimant confirmed they wanted to maintain their request for Court review.

Transactional History:

| Date of Transaction | Transaction Type | Number of Shares | Price per Share | Total (excluding commission) | Settlement Notice Reference |
|---|---|---|---|---|---|
| 7/23/2019 | Purchase | 2,900 | $22.39 | $64,931.00 | ¶¶ 7(a), 8(a) |
| 8/2/2019 | Purchase | 8,300 | $24.50 | $203,350.00 | ¶¶ 7(a), 8(a) |
| 8/14/2019 | Sale | 110 | $21.22 | $2334.20 | ¶¶ 7(a), 8(a) |
| 8/14/2019 | Sale | 3,400 | $21.20 | $72,080.00 | ¶¶ 7(a), 8(a) |
| 8/14/2019 | Sale | 2,196 | $21.12 | $46,379.52 | ¶¶ 7(a), 8(a) |
| 8/14/2019 | Sale | 2,777 | $21.24 | $58,983.48 | ¶¶ 7(a), 8(a) |
| 8/14/2019 | Sale | 2,702 | $21.18 | $57,228.36 | ¶¶ 7(a), 8(a) |
| 8/14/2019 | Sale | 10 | $21.21 | $212.10 | ¶¶ 7(a), 8(a) |
| 8/14/2019 | Sale | 5 | $21.19 | $105.95 | ¶¶ 7(a), 8(a) |
| 10/20/2021 | Unsold Holdings | 0 | | | |

4 | Loren W Giles IRA (20194)

Reason for Rejection: No Recognized Claim.

*The Claimant sold all eligible Luckin ADSs prior to the first corrective disclosure date (Exchange Act), and all eligible Luckin ADSs were sold at a price greater than $17.00 per share (Securities Act).*

Detailed Explanation:

Because all shares purchased during the Class Period were "sold before 11:00 a.m. Eastern time on January 31, 2020, the **Exchange Act Loss Amount** is zero." Settlement Notice App. A ¶ 7(a).

The **Securities Act Loss Amount** for the shares is also $0.00 as "the purchase price per share (not to exceed $17.00) *minus* the sale price" (*see* Settlement Notice App. A ¶ 8(a)) results in a negative number. Pursuant to

4

¶ 10 of Appendix A of the Settlement Notice, if a Recognized Loss Amount calculates to a negative number, that Recognized Loss Amount shall be zero.

In response to the Notice of Deficient Proof of Claim Submission, the Claimant requested Court review. The documentation the Claimant submitted with the request for Court review did not reflect or support any eligible transactions beyond those contained in the original submission. Epiq contacted the Claimant twice by telephone to further explain the reason for ineligibility, and the Claimant confirmed they wanted to maintain their request for Court review.

Transactional History:

| Date of Transaction | Transaction Type | Number of Shares | Price per Share | Total (excluding commission) | Settlement Notice Reference |
|---|---|---|---|---|---|
| 8/2/2019 | Purchase | 485 | $24.815 | $12,035.275 | ¶¶ 7(a), 8(a) |
| 8/05/2019 | Sale | 485 | $23.103 | $11,204.955 | ¶¶ 7(a), 8(a) |
| 10/20/2021 | Unsold Holdings | 0 | | | |

| C. All Luckin ADSs Purchased and Sold Within Same Disclosure Period (Settlement Notice App. A ¶ 7) | | |
|---|---|---|
| **Disputed Claim No.** | **Name of Claimant(s) (Claim Number)** | **Claim Determination** |
| 5 | Richard Wallace (319) | Reason for Rejection: No Recognized Claim. *The Claimant purchased and sold all eligible Luckin ADSs within the same disclosure period.* |

5

Detailed Explanation:

Because all shares purchased during the Class Period were purchased and sold within the same disclosure period; i.e., where the artificial inflation was the same on the date(s) of purchase and sale, the Recognized Loss Amount is $0.00. For these trades, the Exchange Act Loss Amount per ADS is calculated utilizing the amount of artificial inflation per ADS on the date of purchase minus the amount of artificial inflation per ADS on the date of sale found in Table A of the Settlement Notice. Settlement Notice App. A ¶ 7(b). For this Claimant's trades, the result of this calculation is $1.33 minus $1.33 totaling $0.00 per ADS resulting in a Recognized Loss Amount of $0.00. Settlement Notice App. A ¶ 7(b), Table A.

In response to the Notice of Deficient Proof of Claim Submission, the Claimant requested Court review. The documentation the Claimant submitted with the request for Court review did not reflect or support any eligible transactions beyond those contained in the original submission. Epiq contacted the Claimant twice by telephone and left a voicemail to further explain the reason for ineligibility but was unable to make contact with the Claimant.

Transactional History:

| Date of Transaction | Transaction Type | Number of Shares | Price per Share | Total (excluding commission) | Settlement Notice Reference |
|---|---|---|---|---|---|
| 5/26/2020 | Purchase | 239 | $2.22 | $530.58 | ¶ 7(b) |
| 6/4/2020 | Purchase | 145 | $4.11 | $595.95 | ¶ 7(b) |
| 6/8/2020 | Purchase | 256 | $5.08 | $1,300.48 | ¶ 7(b) |
| 6/8/2020 | Sale | 384 | $4.97 | $1,908.48 | ¶ 7(b) |
| 6/8/2020 | Sale | 256 | $4.25 | $1,088.00 | ¶ 7(b) |
| 10/20/2021 | Unsold Holdings | 0 | | | |

| 6 | Ronald Burton (18435) | Reason for Rejection: No Recognized Claim. |
|---|---|---|

*The Claimant purchased and sold all eligible Luckin ADSs within the same disclosure period.*

Detailed Explanation:

Because all shares purchased during the Class Period were purchased and sold within the same disclosure period; i.e., where the artificial inflation was the same on the date(s) of purchase and sale, the Recognized Loss Amount is $0.00. For these trades, the Exchange Act Loss Amount per ADS is calculated utilizing the amount of artificial inflation per ADS on the date of purchase minus the amount of artificial inflation per ADS on the date of sale found in Table A of the Settlement Notice. Settlement Notice App. A ¶ 7(b). For this Claimant's trades, the result of this calculation is $1.33 minus $1.33 totaling $0.00 per ADS resulting in a Recognized Loss Amount of $0.00.

In response to the Notice of Deficient Proof of Claim Submission, the Claimant requested Court review. The documentation the Claimant submitted with the request for Court review did not reflect or support any eligible transactions beyond those contained in the original submission. Epiq contacted the Claimant twice by telephone to further explain the reason for ineligibility but was unable to make contact with the Claimant.

Transactional History:

| Date of Transaction | Transaction Type | Number of Shares | Price per Share | Total (excluding commission) | Settlement Notice Reference |
|---|---|---|---|---|---|
| 5/20/2020 | Purchase | 7,000 | $3.05 | $21,350 | ¶ 7(b) |
| 5/20/2020 | Purchase | 7,000 | $3.12 | $21,840 | ¶ 7(b) |
| 5/21/2020 | Purchase | 4,000 | $2.60 | $10,400 | ¶ 7(b) |
| 5/21/2020 | Purchase | 4,000 | $2.32 | $9,280 | ¶ 7(b) |
| 5/20/2020 | Sale | 7,000 | $3.28 | $22,960 | ¶ 7(b) |
| 5/20/2020 | Sale | 7,000 | $2.93 | $20,510 | ¶ 7(b) |
| 5/22/2020 | Sale | 8,000 | $1.35 | $10,800 | ¶ 7(b) |
| 10/20/2021 | Unsold Holdings | 0 | | | |

7

| 7 | Sonal Patel (21803) | **Reason for Rejection**: No Recognized Claim. *The Claimant purchased and sold all eligible Luckin ADSs within the same disclosure period.*<br><br>Detailed Explanation:<br>Because all shares purchased during the Class Period were purchased and sold within the same disclosure period; i.e., where the artificial inflation was the same on the date(s) of purchase and sale, the Recognized Loss Amount is $0.00. For these trades, the Exchange Act Loss Amount per ADS is calculated utilizing the amount of artificial inflation per ADS on the date of purchase minus the amount of artificial inflation per ADS on the date of sale found in Table A of the Settlement Notice. Settlement Notice App. A ¶ 7(b). For this Claimant's trades, the result of this calculation is $25.96 minus $25.96 totaling $0.00 per ADS resulting in a Recognized Loss Amount of $0.00.<br><br>In response to the Notice of Deficient Proof of Claim Submission, the Claimant requested Court review. The documentation the Claimant submitted with the request for Court review did not reflect or support any eligible transactions beyond those contained in the original submission. Epiq contacted the Claimant twice by telephone and left a voicemail to further explain the reason for ineligibility but was unable to make contact with the Claimant.<br><br>Transactional History: |

| **Date of Transaction** | **Transaction Type** | **Number of Shares** | **Price per Share** | **Total** (excluding commission) | **Settlement Notice Reference** |
|---|---|---|---|---|---|
| 2/28/2020 | Purchase | 1,000 | $37.445 | $37,445.00 | ¶ 7(b) |
| 3/19/2020 | Purchase | 200 | $26.472 | $5,294.40 | ¶ 7(b) |
| 3/19/2020 | Purchase | 1,331 | $24.285 | $32,323.34 | ¶ 7(b) |
| 3/31/2020 | Sale | 2,000 | $26.69 | $53,380.00 | ¶ 7(b) |
| 3/31/2020 | Sale | 531 | $27.21 | $14,448.51 | ¶ 7(b) |
| 10/20/2021 | Unsold Holdings | 0 | | | |

8

| 8 | Samantha Chui Shan Ku (11979) | Reason for Rejection: No Recognized Claim. *The Claimant purchased and sold all eligible Luckin ADSs within the same disclosure period.* |
|---|---|---|

Detailed Explanation:
Because all shares purchased during the Class Period were purchased and sold within the same disclosure period; i.e., where the artificial inflation was the same on the date(s) of purchase and sale, the Recognized Loss Amount is $0.00. For these trades, the Exchange Act Loss Amount per ADS is calculated utilizing the amount of artificial inflation per ADS on the date of purchase minus the amount of artificial inflation per ADS on the date of sale found in Table A of the Settlement Notice. Settlement Notice App. A ¶ 7(b). For this Claimant's trades, the result of this calculation is $1.33 minus $1.33 totaling $0.00 per ADS resulting in a Recognized Loss Amount of $0.00.

In response to the Notice of Deficient Proof of Claim Submission, the Claimant requested Court review. The documentation the Claimant submitted with the request for Court review did not reflect or support any eligible transactions beyond those contained in the original submission. Epiq contacted the Claimant twice by telephone and left a voicemail to further explain the reason for ineligibility but was unable to make contact with the Claimant.

Transactional History:

| Date of Transaction | Transaction Type | Number of Shares | Price per Share | Total (excluding commission) | Notice Reference |
|---|---|---|---|---|---|
| 5/20/2020 | Purchase | 2,000 | $2.89 | $5,780 | ¶ 7(b) |
| 5/21/2020 | Sale | 2,000 | $2.127 | $4,254 | ¶ 7(b) |
| 10/20/2021 | Unsold Holdings | 0 | | | |

| SECTION II:  Claims with No Eligible Class Period Purchases of Luckin ADSs | | |
|---|---|---|
| **Disputed Claim No.** | **Name of Claimant(s) (Claim Number)** | **Claim Determination** |
| 9 | Lou L Lai Contributory IRA (7878) | Reason for Rejection: Ineligible.<br>*The Claimant did not purchase or otherwise acquire Luckin ADSs during the Class Period.*<br><br>Detailed Explanation:<br>The Claim submitted by the Claimant reflects that the Claimant did not purchase Luckin ADSs during the Class Period but actually purchased option contracts on Luckin ADSs. As stated in the Settlement Notice, "Option contracts or any other derivative securities are not eligible to participate in the Settlement." Settlement Notice App. A ¶ 17. Because the Claim does not indicate any Luckin ADSs purchased during the Class Period, the Claimant was sent a Notice of Deficient Claim Submission indicating this deficiency.<br><br>In response to the Notice of Deficient Claim Submission, the Claimant requested Court review. The documentation the Claimant submitted with the request for Court review did not reflect or support any eligible transactions beyond those contained in the original submission. Epiq contacted the Claimant by telephone two times to explain the reason for the rejection. After discussing with the Claimant, the Claimant wanted to maintain their request for Court review. |

## SECTION III: Claims with Inadequate Documentation to Support Their Trades of Luckin ADSs

| Disputed Claim No. | Name of Claimant(s) (Claim Number) | Claim Determination |
|---|---|---|
| 10 | William Abbate (17888) | **Reason for Rejection:** Inadequate Supporting Documentation Provided to Support the Trades Claimed<br><br>*The Claimant provided information regarding Class Period purchases/acquisitions, but none of the documentation provided was deemed adequate.*<br><br>Detailed Explanation:<br>The Claim submitted by the Claimant reflects that the Claimant purchased Luckin ADSs during the Class Period, but the documentation provided was purportedly from a defunct hedge fund, unregistered with the SEC. Because the Claim did not provide adequate supporting documentation of the trades claimed during the Class Period, the Claimant was sent a Notice of Deficient Claim Submission indicating this deficiency.<br><br>The documentation the Claimant submitted in response to the Notice of Deficient Claim Submission did not reflect or support any eligible transactions beyond those contained in the original submission. The Claimant submitted a letter purportedly from the CFO of the defunct and unregistered hedge fund noted above. A second notarized letter from the same hedge fund was later provided attempting to explain the legitimacy of the trades the Claimant provided.<br><br>Given the inadequacy of the documentation and in an attempt to resolve the issue, Epiq contacted the Claimant via email to request their permission to discuss directly with the purported broker (E*TRADE) to confirm the trades. The Claimant then requested Court review. |

11

[i] Exchange Act Loss Amounts

7. For each Luckin ADS purchased or otherwise acquired during the period from May 17, 2019 through July 15, 2020, inclusive (including ADSs purchased in Luckin's May 17, 2019 Initial Public Offering or its January 10, 2020 Secondary Public Offering, or on the secondary market from May 17, 2019 through July 15, 2020), and:

(a) sold before 11:00 a.m. Eastern time on January 31, 2020, the Exchange Act Loss Amount is zero;

(b) sold from 11:00 a.m. Eastern time on January 31, 2020 through the close of trading on July 15, 2020, the Exchange Act Loss Amount is the lesser of: (i) the amount of artificial inflation per ADS on the date of purchase/acquisition as stated in Table A minus the amount of artificial inflation per ADS on the date of sale as stated in Table A; or (ii) the purchase price minus the sale price;

(c) sold from July 16, 2020 through the close of trading on October 13, 2020, the Exchange Act Loss Amount is equal to the least of: (i) the amount of artificial inflation per ADS on the date of purchase/acquisition as stated in Table A; (ii) the purchase price minus the sale price; or (iii) the purchase price minus the average closing price between July 16, 2020 and the date of sale as stated in Table B;

(d) held as of the close of trading on October 13, 2020, the Exchange Act Loss Amount is equal to the lesser of: (i) the amount of artificial inflation per ADS on the date of purchase/acquisition as stated in Table A; or (ii) the purchase price minus $2.75. (footnotes omitted)

Securities Act Loss Amounts

8. Purchases of Luckin ADSs In or Traceable to the May 17, 2019 Initial Public Offering ("IPO"): For each Luckin ADS either (a) purchased directly in the May 17, 2019 Initial Public Offering, (b) purchased in the open market from May 20, 2019 through January 9, 2020, inclusive, or (c) purchased in the open market from January 10, 2020 through July 15, 2020, inclusive and for which the Claimant provides records establishing that those specific shares were originally issued in the IPO, and:

(a) sold before the close of trading on April 2, 2020, the Securities Act Loss Amount is the purchase price per share (not to exceed $17.00) minus the sale price per share;

(b) sold after the close of trading on April 2, 2020 but before the close of trading on October 20, 2021, the Securities Act Loss Amount is the purchase price per share (not to exceed $17.00) minus the greater of: (i) the sale price per share or (ii) $1.38 (the value of Luckin ADSs on April 2, 2020, the date the lawsuit was filed, based on the closing price that day less the remaining artificial inflation in the shares);

(c) held as of the close of trading on October 20, 2021, the Securities Act Loss Amount is the purchase price per share (not to exceed $17.00) minus $1.38.

* * * *

10. As noted above, for each purchase or acquisition of a Luckin ADS during the Class Period, a Recognized Loss Amount will be calculated which is the greater of: the Exchange Act Loss Amount, if any, or the Securities Act Loss Amount, if any. If a Recognized Loss Amount calculates to a negative number, the Recognized Loss Amount for that transaction will be zero.

# MARIA-TERESA DE LA ROSA ROTH CONTRIBUTORY IRA (16602)

*In re Luckin Coffee Inc. Securities Litigation*
Toll-Free Number: 1-855-535-1824
Email: info@LuckinCoffeeSecuritiesLitigation.com
Website: www.LuckinCoffeeSecuritiesLitigation.com

## PROOF OF CLAIM AND RELEASE FORM

To be eligible to receive a payment from the Settlement, you must complete and sign this Claim Form and mail it by first-class mail to the address below, or submit it online at www.LuckinCoffeeSecuritiesLitigation.com, with supporting documentation, *postmarked* (or received) **no later than March 15, 2022.**

Mail to:

*In re Luckin Coffee Inc. Securities Litigation*
**c/o Epiq Class Action & Claims Solutions, Inc.**
**P.O. Box 5887**
**Portland, OR 97228-5887**

Failure to submit your Claim Form by the date specified will subject your claim to rejection and may preclude you from being eligible to receive a payment from the Settlement.

**Submit your Claim Form only to the Claims Administrator at the address set forth above.**

**TABLE OF CONTENTS**                                                                                                    **PAGE #**

PART I – CLAIMANT INFORMATION ........................................................................................... 2

PART II – GENERAL INSTRUCTIONS ...................................................................................... 3-4

PART III – SCHEDULE OF TRANSACTIONS IN
          LUCKIN AMERICAN DEPOSITORY SHARES ......................................................... 5

PART IV – RELEASE OF CLAIMS AND SIGNATURE ............................................................. 6-7

01-CA40050093
AE9081 v.09

1

## PART I - CLAIMANT INFORMATION

The Claims Administrator will use this information for all communications regarding this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above. Complete names of all persons and entities must be provided.

Beneficial Owner's Name

First Name: M A R I A - T E R E S A    MI:    Last Name: D E   L A   R O S A   I R A

Joint Beneficial Owner's Name (*if applicable*)

First Name:    MI:    Last Name:

If this claim is submitted for an IRA, and if you would like any check that you MAY be eligible to receive made payable to the IRA, please include "IRA" in the "Last Name" box above (*e.g.*, Jones IRA).

Entity Name (if the Beneficial Owner is not an individual)

Name of Representative, if applicable (*executor, administrator, trustee, c/o, etc.*), if different from Beneficial Owner

Last 4 digits of Social Security Number or Taxpayer Identification Number

Street Address

City    State/Province  ZIP Code

Foreign Postal Code (if applicable)    Foreign Country (if applicable)

Telephone Number (Day)    Telephone Number (Evening)

Email Address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

Account Number

**Type of Beneficial Owner:**

Specify one of the following:

☐ Individual(s)    ☐ Corporation    ☐ UGMA Custodian    ☒ IRA

☐ Partnership    ☐ Estate    ☐ Trust    ☐ Other (describe: _____)

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

02-CA40050093
AE9082 v.09                                    2

## PART II – GENERAL INSTRUCTIONS

1.      It is important that you completely read and understand the Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice") that accompanies this Claim Form, including the Plan of Allocation of the Net Settlement Fund set forth in the Settlement Notice. The Settlement Notice describes the proposed Settlement, how Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved. The Settlement Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form. By signing and submitting this Claim Form, you will be certifying that you have read and that you understand the Settlement Notice, including the terms of the releases described therein and provided for herein.

2.      This Claim Form is directed to **all persons and entities (and their beneficiaries) who purchased or otherwise acquired the American Depository Shares ("ADSs") of Luckin Coffee Inc. ("Luckin") during the Class Period (from May 17, 2019 through July 15, 2020, inclusive)** (the "Class"). Included in the Class are all persons and entities who purchased Luckin ADSs on the open market and/or in or traceable to the May 17, 2019 Initial Public Offering ("IPO") and January 10, 2020 Secondary Public Offering ("SPO") during the Class Period. Certain persons and entities are excluded from the Class by definition as set forth in ¶ 25 of the Settlement Notice.

3.      By submitting this Claim Form, you will be making a request to receive a payment from the Settlement described in the Settlement Notice. IF YOU ARE NOT A CLASS MEMBER (*see* the definition of the Class on page 6 of the Settlement Notice, which sets forth who is included in and who is excluded from the Class), OR IF YOU, OR SOMEONE ACTING ON YOUR BEHALF, SUBMITTED A REQUEST FOR EXCLUSION FROM THE CLASS, DO NOT SUBMIT A CLAIM FORM. **YOU MAY NOT, DIRECTLY OR INDIRECTLY, PARTICIPATE IN THE SETTLEMENT IF YOU ARE NOT A CLASS MEMBER.** THUS, IF YOU ARE EXCLUDED FROM THE CLASS, ANY CLAIM FORM THAT YOU SUBMIT, OR THAT MAY BE SUBMITTED ON YOUR BEHALF, WILL NOT BE ACCEPTED.

4.      **Submission of this Claim Form does not guarantee that you will be eligible to receive a payment from the Settlement, if it is approved. The distribution of the payments to eligible purchasers of Luckin ADSs will be governed by the Plan of Allocation set forth in the Settlement Notice, if it is approved by the Court, or by such other plan of allocation as the Court approves.**

5.      Use the Schedule of Transactions in Part III of this Claim Form to supply all required details of your transaction(s) in, and holdings of, Luckin ADSs. On this schedule, provide all of the requested information with respect to your holdings, purchases, acquisitions, and sales of Luckin ADSs (including free transfers and deliveries), whether such transactions resulted in a profit or a loss. **Failure to report all transaction and holding information during the requested time period may result in the rejection of your claim.**

6.      **Please note**: Only Luckin ADSs purchased or acquired from May 17, 2019 through July 15, 2020, inclusive, are eligible for payment under the Settlement. However, sales of Luckin ADSs during the period from July 16, 2020 through and including the close of trading on October 20, 2021, will be used for purposes of calculating your claim under the Plan of Allocation. Therefore, in order for the Claims Administrator to be able to balance your claim, the requested purchase/acquisition and sale/disposition information during this period must also be provided.

7.      You are required to submit genuine and sufficient documentation for all of your transactions in and holdings of Luckin ADSs as set forth in the Schedule of Transactions in Part III of this Claim Form. Documentation may consist of copies of brokerage confirmation slips or monthly brokerage account statements, or an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement. The Settling Parties and the Claims Administrator do not independently have information about your investments in Luckin ADSs. IF SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN COPIES OF THE DOCUMENTS OR EQUIVALENT DOCUMENTS FROM YOUR BROKER. FAILURE TO SUPPLY THIS DOCUMENTATION MAY RESULT IN THE REJECTION OF YOUR CLAIM. DO NOT SEND ORIGINAL DOCUMENTS. **Please keep a copy of all documents that you send to the Claims Administrator. Also, do not highlight any portion of the Claim Form or any supporting documents.**

8.      **Traceability of Luckin ADSs to Public Offerings in the Class Period.** Public offerings of Luckin ADSs occurred during the Class Period on or about (i) May 17, 2019 (the IPO); and (ii) January 10, 2020 (the SPO). Claimants who purchased Luckin ADSs directly in one or both of the offerings, or who purchased shares "traceable" to one or both of the offerings (as opposed to generally on the open market) may be entitled to additional compensation under the Plan of Allocation. All Luckin ADSs purchased from May 17, 2019 through January 9, 2020 are assumed to be traceable to the IPO. However, if you purchased Luckin ADSs from January 10, 2020 through July 15, 2020 that were not purchased directly in the SPO but that you believe are specifically traceable to Luckin ADSs that were issued in the IPO or SPO, you must submit documentation with your Claim Form showing that the specific ADSs you purchased were shares issued in the IPO or SPO.

9.      Use Part I of this Claim Form entitled "CLAIMANT INFORMATION" to identify the beneficial owner(s) of the Luckin ADSs. The complete name(s) of the beneficial owner(s) must be entered. If you held the Luckin ADSs in your own name, you were the beneficial owner as well as the record owner. If, however, your Luckin ADSs were registered in the name of a third party, such as a nominee or brokerage firm, you were the beneficial owner of the ADSs, but the third party was the record owner. The beneficial owner, not the record owner, must sign this Claim Form to be eligible to participate in the Settlement. If there were joint beneficial owners, each must sign this Claim Form and their names must appear as "Claimants" in Part I of this Claim Form.

**Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824**

 **03-CA40050093**
AE9083 v.09

3

10.    **One Claim should be submitted for each separate legal entity or separately managed account.** Separate Claim Forms should be submitted for each separate legal entity (*e.g.*, an individual should not combine his or her IRA holdings and transactions with holdings and transactions made solely in the individual's name). Generally, a single Claim Form should be submitted on behalf of one legal entity including all holdings and transactions made by that entity on one Claim Form. However, if a single person or legal entity had multiple accounts that were separately managed, separate Claims may be submitted for each such account. The Claims Administrator reserves the right to request information on all the holdings and transactions in Luckin ADSs made on behalf of a single beneficial owner.

11.    Agents, executors, administrators, guardians, and trustees must complete and sign the Claim Form on behalf of persons represented by them, and they must:

(a)    expressly state the capacity in which they are acting;

(b)    identify the name; account number; last four digits of the Social Security Number, taxpayer identification number, or comparable identification number for non-U.S. claimants; address; and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the Luckin ADSs; and

(c)    furnish herewith evidence of their authority to bind to the Claim Form the person or entity on whose behalf they are acting. (Authority to complete and sign a Claim Form cannot be established by stockbrokers demonstrating only that they have discretionary authority to trade securities in another person's accounts.)

12.    By submitting a signed Claim Form, you will be swearing that you:

(a)    own(ed) the Luckin ADSs you have listed in the Claim Form; or

(b)    are expressly authorized to act on behalf of the owner thereof.

13.    By submitting a signed Claim Form, you will be swearing to the truth of the statements contained therein and the genuineness of the documents attached thereto, subject to penalties of perjury under the laws of the United States of America. The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your claim and may subject you to civil liability or criminal prosecution.

14.    Payments to eligible Authorized Claimants pursuant to the Plan of Allocation will be made after final approval of the Settlement and any appeals from such approval, and after the completion of all claims processing. The claims process will take substantial time to complete fully and fairly. Please be patient.

15.    **PLEASE NOTE:** As set forth in the Plan of Allocation, each Authorized Claimant shall receive his, her, or its *pro rata* share of the funds available under the Settlement. If the prorated payment to any Authorized Claimant calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to that Authorized Claimant.

16.    If you have questions concerning the Claim Form, or need additional copies of the Claim Form, you may contact the Claims Administrator, Epiq Class Action & Claims Solutions, Inc., at the address on the first page of this Claim Form, by email at info@LuckinCoffeeSecuritiesLitigation.com, or by toll-free phone at 1-855-535-1824, or you can visit the website, www.LuckinCoffeeSecuritiesLitigation.com, where copies of the Claim Form and other relevant documents are available for downloading.

17.    NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. To obtain the *mandatory* electronic filing requirements and file layout, you may visit the Settlement website at www.LuckinCoffeeSecuritiesLitigation.com or you may email the Claims Administrator's electronic filing department at info@LuckinCoffeeSecuritiesLitigation.com. **Any file not in accordance with the required electronic filing format will be subject to rejection.** The *complete* name of the beneficial owner of the securities must be entered where called for (*see* ¶ 9 above). No electronic files will be considered to have been submitted unless the Claims Administrator issues an email to that effect. **Do not assume that your file has been received until you receive this email. If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at info@LuckinCoffeeSecuritiesLitigation.com to inquire about your file and confirm it was received.**

### IMPORTANT: PLEASE NOTE

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD. THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM WITHIN 60 DAYS OF YOUR SUBMISSION. IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD WITHIN 60 DAYS, CONTACT THE CLAIMS ADMINISTRATOR TOLL FREE AT 1-855-535-1824.**

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824



04-CA40050093
AE9084 v.09

**PART III – SCHEDULE OF TRANSACTIONS IN LUCKIN ADSs**

Use this section to provide information on your holdings and trading of Luckin ADSs during the requested time periods. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, ¶ 7 above.

**1. PURCHASES/ACQUISITIONS FROM MAY 17, 2019 THROUGH JULY 15, 2020, INCLUSIVE** – Separately list each and every purchase or acquisition (including free receipts) of Luckin ADSs from May 17, 2019 through and including the close of trading on July 15, 2020. Include Luckin ADSs purchased in Luckin's May 17, 2019 Initial Public Offering and January 10, 2020 Secondary Public Offering and Luckin ADSs purchased on the open market from May 17, 2019 through July 15, 2020. (Must be documented.)

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of ADSs Purchased/ Acquired | Purchase Price Per ADS | Total Purchase Price (excluding any fees, commissions, and taxes) | Were the shares purchased in or traceable to the May 2019 IPO or the Jan. 2020 SPO? | Confirm Proof of Purchase/ Acquisition Enclosed |
|---|---|---|---|---|---|
|  |  | . | . |  |  |
| 1 1 3 1 9 | 9 2 | 2 1 . 2 5 | 1 9 5 5 . 0 0 |  | ✓ |
| 0 2 0 5 2 0 | 6 5 | 3 7 . 1 4 | 2 4 1 4 . 1 0 |  | ✓ |
|  |  | . | . |  |  |
|  |  | . | . |  |  |

**2. PURCHASES/ACQUISITIONS FROM JULY 16, 2020 THROUGH OCTOBER 20, 2021, INCLUSIVE** – State the total number of Luckin ADSs purchased or acquired (including free receipts) from July 16, 2020 through the close of trading on October 20, 2021. If none, write "zero" or "0."[1]

Z E R O . 

**3. SALES FROM MAY 17, 2019 THROUGH OCTOBER 20, 2021** – Separately list each and every sale or disposition (including free deliveries) of Luckin ADSs from May 17, 2019 through and including the close of trading on October 20, 2021. (Must be documented.)

IF NONE, CHECK HERE ☐

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of ADSs Sold | Sale Price Per ADS | Total Sale Price (not deducting any fees, commissions, and taxes) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
|  |  | . | . |  |
| 0 1 3 1 2 0 | 9 2 | 2 7 . 4 7 | 2 5 2 6 . 7 8 | ✓ |
| 0 5 2 0 2 0 | 6 5 | 2 . 8 1 | 1 8 2 . 4 2 | ✓ |
|  |  | . | . |  |
|  |  | . | . |  |

**4. HOLDINGS AS OF OCTOBER 20, 2021** – State the total number of Luckin ADSs held as of the close of trading on October 20, 2021. (Must be documented.) If none, write "zero" or "0."

Z E R O . 

Confirm Proof of Position Enclosed ☐

**IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX.** ☐

[1] **Please note:** Information requested with respect to your purchases and acquisitions of Luckin ADSs from July 16, 2020 through the close of trading on October 20, 2021 is needed in order to balance your claim; purchases and acquisitions during this period, however, are not eligible under the Settlement and will not be used for purposes of calculating your Recognized Claim under the Plan of Allocation.

**Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824**

## PART IV - RELEASE OF CLAIMS AND SIGNATURE

### YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW AND SIGN ON PAGE 7 OF THIS CLAIM FORM.

I (we) hereby acknowledge that, pursuant to the terms set forth in the Stipulation, without further action by anyone, upon the Effective Date of the Settlement, I (we), on behalf of myself (ourselves) and my (our) (the claimant(s)') heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Plaintiffs' Claim against Luckin and the other Defendants' Released Parties, and shall forever be barred and enjoined from prosecuting any or all of the Released Plaintiffs' Claims against any of the Defendants' Released Parties in any jurisdiction.

### CERTIFICATION

By signing and submitting this Claim Form, the claimant(s) or the person(s) who represent(s) the claimant(s) agree(s) to the release above and certifies (certify) as follows;

1.      that I (we) have read and understand the contents of the Settlement Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation;

2.      that the claimant(s) is a (are) Class Member(s), as defined in the Settlement Notice, is (are) not excluded by definition from the Class as set forth in the Settlement Notice and did *not* submit a request for exclusion from the Class;

3.      that I (we) own(ed) the Luckin ADSs identified in the Claim Form and have not assigned the claim against any of the Defendants or any of the other Defendants' Released Parties to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

4.      that the claimant(s) has (have) not submitted any other claim covering the same purchases of Luckin ADSs and knows (know) of no other person having done so on the claimant's (claimants') behalf;

5.      that the claimant(s) submit(s) to the jurisdiction of the Court with respect to claimant's (claimants') claim and for purposes of enforcing the releases set forth herein;

6.      that I (we) agree to furnish such additional information with respect to this Claim Form as Class Counsel, the Claims Administrator, or the Court may require;

7.      that the claimant(s) waive(s) the right to trial by jury, to the extent it exists, and agree(s) to the determination by the Court of the validity or amount of this claim, and waives any right of appeal or review with respect to such determination;

8.      that should Luckin determine in its absolute discretion that the Settlement should also be implemented in the Cayman Islands by way of a scheme of arrangement promulgated under section 86 of the Cayman Islands Companies Act 1981 (the "Scheme"), the claimant(s) appoint(s) Sjunde AP-Fonden and Louisiana Sheriff's Pension & Relief Fund as its/their proxy to vote in favor of the Scheme at all meetings convened for the purpose of approving the Scheme;

9.      that I (we) acknowledge that the claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

10.     that the claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (i) the claimant(s) is (are) exempt from backup withholding or (ii) the claimant(s) has (have) not been notified by the IRS that he, she, or it is subject to backup withholding as a result of a failure to report all interest or dividends or (iii) the IRS has notified the claimant(s) that he, she, or it is no longer subject to backup withholding. **If the IRS has notified the claimant(s) that he, she, it, or they is (are) subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

06-CA40050093
AE9086 v.09

6

UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

_Maria Louisa de la Rosa_

Signature of claimant

Date: 0 2 – 0 3 – 2 0 2 2
     MM      DD      YYYY

MARIA-TERESA DE LA ROSA

Print claimant name here

Signature of joint claimant, if here

Date: ☐☐ – ☐☐ – ☐☐☐☐
     MM      DD      YYYY

Print joint claimant name here

*If the claimant is other than an individual, or is not the person completing this form, the following also must be provided:*

Date: ☐☐ – ☐☐ – ☐☐☐☐
     MM      DD      YYYY

Signature of person signing on behalf of claimant

Print name of person signing on behalf of claimant here

Capacity of person signing on behalf of claimant, if other than an individual, *e.g.*, executor, president, trustee, custodian, etc. (Must provide evidence of authority to act on behalf of claimant – *see* ¶ 11 on page 4 of this Claim Form.)

**Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824**

07-CA40050093
AE9087 v.09

7

## REMINDER CHECKLIST

1.  Sign the above release and certification. If this Claim Form is being made on behalf of joint claimants, then both must sign.

2.  Attach only *copies* of acceptable supporting documentation as these documents will not be returned to you.

3.  Do not highlight any portion of the Claim Form or any supporting documents.

4.  Keep copies of the completed Claim Form and documentation for your own records.

5.  The Claims Administrator will acknowledge receipt of your Claim Form by mail, within 60 days of your submission. Your claim is not deemed filed until you receive an acknowledgement postcard. **If you do not receive an acknowledgement postcard within 60 days, please call the Claims Administrator toll free at 1-855-535-1824.**

6.  If your address changes in the future, or if this Claim Form was sent to an old or incorrect address, you must send the Claims Administrator written notification of your new address. If you change your name, inform the Claims Administrator.

7.  If you have any questions or concerns regarding your claim, contact the Claims Administrator at the address below, by email at info@LuckinCoffeeSecuritiesLitigation.com, or by toll-free phone at 1-855-535-1824, or you may visit www.LuckinCoffeeSecuritiesLitigation.com.

**This Claim Form must be mailed to the Claims Administrator by first-class mail or submitted online at www.LuckinCoffeeSecuritiesLitigation.com, postmarked (or received) no later than March 15, 2022. If mailed, the Claim Form should be addressed as follows:**

*In re Luckin Coffee Inc. Securities Litigation*
**c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887**

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if a postmark date on or before March 15, 2022 is indicated on the envelope and it is mailed First Class, and addressed in accordance with the above instructions. In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to fully process all of the Claim Forms. Please be patient and notify the Claims Administrator of any change of address.

**Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824**

08-CA40050093
AE9088 v.09

8




# Attachments

Patch Code 3

**Subject**    Schwab eConfirms account ending in █

**From**    Schwab Alerts <donotreply-comm@schwab.com>

**To:**    █████████████████

**Date**    Nov 14, 2019 at 12:56 AM



Electronic Trade Confirmation

November 14, 2019 | your account ending: █

# Schwab eConfirms™

This email contains your trade confirmations for 11/13/2019.

Please log in to the Schwab web site to view your confirmations at www.schwab.com/reports.

| Symbol: LK | Security Description: LUCKIN COFFEE INC ADR<br>Action: BOUGHT<br>Security No./CUSIP: 54951L-10-9<br>Type: Cash<br>Trade Date: 11/13/19<br>Settle Date: 11/15/19 |
| --- | --- |

| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
| --- | --- | --- | --- | --- |
| 92 | $21.25 | $1,955.00 | N/A | $1,955.00 |

Additional information for this security:
- Schwab acted as your agent.

If you have questions about this report, please contact Schwab at 800-435-4000.

**UNSUBSCRIBE     PRIVACY     CONTACT US     🔒 LOG IN**

View, print, or download terms and conditions of your transaction.

If you have any questions or concerns, PLEASE DO NOT REPLY TO THIS EMAIL. Please send us an email using the secure email feature on our website.

For your protection, we are unable to accept instructions to change your email address sent in reply to this message. To update your address using a secure channel, please log in to your account.

For your security, Charles Schwab will never request personal information through email.

View SchwabSafe® and The Schwab Security Guarantee.

Notice: All email sent to or from the Charles Schwab corporate email system is subject to archival, monitoring and/or review by Schwab personnel.

Charles Schwab & Co., Inc., 211 Main Street, San Francisco, CA 94105.

©2019 Charles Schwab & Co., Inc. All rights reserved. Member SIPC.
(1215-7363) ECRT

**_charles_ SCHWAB**

Roth Contributory IRA of
**MARIA-TERESA DE LA ROSA**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

**Account Number**
██████████

**Statement Period**
**November 1-30, 2019**

## Investment Detail - Other Assets

| | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Other Assets** | | | *Cost Basis* | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

**Total Investment Detail**

**Total Account Value**

**Total Cost Basis**

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| 11/15/19 | 11/13/19 | Bought | LUCKIN COFFEE INC    F UNSPONSORED ADR: LK | 92.0000 | 21.2500 | (1,955.00) |
| **Total Equities Activity** | | | | | | **(1,955.00)** |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**Subject**   Schwab eConfirms account ending in ███

**From**   Schwab Alerts <donotreply-comm@schwab.com>

**To:**   ████████████████

**Date**   Feb 6, 2020 at 12:16 AM



Electronic Trade Confirmation

February 06, 2020 | your account ending: ███



# Schwab eConfirms™

This email contains your trade confirmations for 02/05/2020.

Please log in to the Schwab web site to view your confirmations at www.schwab.com/reports.

| | Security Description: LUCKIN COFFEE INC ADR |
|---|---|
| **Symbol:** L.K | Action: BOUGHT |
| | Security No./CUSIP: 54951L-10-9 |
| | Type: Cash |
| | Trade Date: 02/05/20 |
| | Settle Date: 02/07/20 |

| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
|---|---|---|---|---|
| 65 | $37.14 | $2,414.10 | N/A | $2,414.10 |

Additional information for this security:
- Schwab acted as your agent.

If you have questions about this report, please contact Schwab at 800-435-4000.

**UNSUBSCRIBE      PRIVACY      CONTACT US      🔒 LOG IN**

View, print, or download terms and conditions of your transaction.

If you have any questions or concerns, PLEASE DO NOT REPLY TO THIS EMAIL. Please send us an email using the secure email feature on our website.

For your protection, we are unable to accept instructions to change your email address sent in reply to this message. To update your address using a secure channel, please log in to your account.

For your security, Charles Schwab will never request personal information through email.

View SchwabSafe® and The Schwab Security Guarantee.

Notice: All email sent to or from the Charles Schwab corporate email system is subject to archival, monitoring and/or review by Schwab personnel.

Charles Schwab & Co., Inc., 211 Main Street, San Francisco, CA 94105.

©2020 Charles Schwab & Co., Inc. All rights reserved. Member SIPC.
(1215-7383) ECRT

**Rollover IRA of**
**MARIA-TERESA DE LA ROSA**
**CHARLES SCHWAB & CO INC CUST**
**IRA ROLLOVER**

**Account Number** ▮▮▮▮▮▮

**Statement Period**
**February 1-29, 2020**

## Gain or (Loss) on Investments Sold (continued)

| Investments (continued) | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis | Gain or (Loss) |
|---|---|---|---|---|---|---|

Schwab has provided accurate realized gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. If all data for a given investment is not available, the investment will not be listed here.

Option Customers: Gain/loss on investments sold is adjusted to reflect the premiums of assigned or exercised options. Please consult IRS publication 550, Investment Income and Expenses, for additional information on Options.

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| 02/07/20 | 02/05/20 | Bought | LUCKIN COFFEE INC    F UNSPONSORED ADR: LK | 65.0000 | 37.1400 | (2,414.10) |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**Subject**   Schwab eConfirms account ending in ■

**From**   Schwab Alerts <donotreply-comm@schwab.com>

**To:**   ■

**Date**   Feb 1, 2020 at 12:55 AM



Electronic Trade Confirmation

February 01, 2020 | your account ending ■

Schwab eConfirms ™

This email contains your trade confirmations for 01/31/2020.

Please log in to the Schwab web site to view your confirmations at
www.schwab.com/reports.

| | Security Description: LUCKIN COFFEE INC ADR |
|---|---|
| | Action: SOLD |
| Symbol: LK | Security No./CUSIP: 54951L-10-9 |
| | Type: Cash |
| | Trade Date: 01/31/20 |
| | Settle Date: 02/04/20 |

| Quantity | Price | Principal | Charges and/or Interest | | Total Amount |
|---|---|---|---|---|---|
| 92 | $27.465 | $2,526.78 | Exch Process Fee: | $0.05 | $2,526.73 |

Additional information for this security:
- The cost basis method requested was FIFO. Please view the Cost Basis
Disclosure Statement for additional information on cost basis method choices
and how Schwab reports adjusted cost basis information to the IRS.
- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange
of securities - including those relating to assessments on broker-dealers by an
exchange or other SRO - for equity, option, or other covered security sell
transactions and option security buy transactions.
- Schwab acted as your agent.

If you have questions about this report, please contact Schwab at 800-435-4000.

**UNSUBSCRIBE**      **PRIVACY**      **CONTACT US**      **LOG IN**

View, print, or download terms and conditions of your transaction.

If you have any questions or concerns, PLEASE DO NOT REPLY TO THIS EMAIL. Please send

us an email using the secure email feature on our website.

For your protection, we are unable to accept instructions to change your email address sent in
reply to this message. To update your address using a secure channel, please log in to your
account.

For your security, Charles Schwab will never request personal information through email.

View SchwabSafe® and The Schwab Security Guarantee.

Notice: All email sent to or from the Charles Schwab corporate email system is subject to archival,
monitoring and/or review by Schwab personnel.

Charles Schwab & Co., Inc., 211 Main Street, San Francisco, CA 94105.

©2020 Charles Schwab & Co., Inc. All rights reserved. Member SIPC.
(1215-7383) ECRT

Roth Contributory IRA of
**MARIA-TERESA DE LA ROSA**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number

Statement Period
**February 1-29, 2020**

## Gain or (Loss) on Investments Sold

| Investments | | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis | Gain or (Loss) |
|---|---|---|---|---|---|---|---|
| LUCKIN COFFEE INC | FUNSPONSORED ADR | 92.0000 | 11/13/19 | 01/31/20 | 2,526.73 | 1,955.00 | 571.73 |
| 1 ADR REPS: LK | | | | | | | |
| **Total Gain or (Loss) on Investments Sold** | | | | | 2,526.73 | 1,955.00 | 571.73 |

Schwab has provided accurate realized gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. If all data for a given investment is not available, the investment will not be listed here.
Option Customers: Gain/loss on investments sold is adjusted to reflect the premiums of assigned or exercised options. Please consult IRS publication 550, Investment Income and Expenses, for additional information on Options.

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| 02/04/20 | 01/31/20 | Sold | LUCKIN COFFEE INC    F UNSPONSORED ADR: LK | (92.0000) | 27.4650 | 2,526.73 |

**Total Equities Activity**

**Total Purchases & Sales**

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Case 1:20-cv-01293-JPC   Document 347-4   Filed 03/06/23   Page 29 of 355

**Subject**   Schwab eConfirms account ending in ▮▮▮

**From**   Schwab Alerts <donotreply-comm@schwab.com>

**To:**   ▮▮▮▮▮▮▮▮▮▮▮▮

**Date**   May 21, 2020 at 12:22 AM



Electronic Trade Confirmation

May 21, 2020 | your account ending: ▮▮



This email contains your trade confirmations for 05/20/2020.

Please log in to the Schwab web site to view your confirmations at
www.schwab.com/reports.

| Symbol: LK | Security Description: LUCKIN COFFEE INC ADR<br>Action: SOLD<br>Security No./CUSIP: 54951L-10-9<br>Type: Cash<br>Trade Date: 05/20/20<br>Settle Date: 05/22/20 |
|---|---|

| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
|---|---|---|---|---|
| 65 | $2.8064 | $182.42 | N/A | $182.42 |

Additional information for this security:
- The cost basis method requested was FIFO. Please view the Cost Basis
Disclosure Statement for additional information on cost basis method choices
and how Schwab reports adjusted cost basis information to the IRS.
- Schwab acted as your agent.

If you have questions about this report, please contact Schwab at 800-435-4000.

UNSUBSCRIBE          PRIVACY          CONTACT US          🔒 LOG IN

View, print, or download terms and conditions of your transaction.

If you have any questions or concerns, PLEASE DO NOT REPLY TO THIS EMAIL. Please send
us an email using the secure email feature on our website.

For your protection, we are unable to accept instructions to change your email address sent in

reply to this message. To update your address using a secure channel, please log in to your
account.

For your security, Charles Schwab will never request personal information through email.

View SchwabSafe® and The Schwab Security Guarantee.

Notice: All email sent to or from the Charles Schwab corporate email system is subject to archival,
monitoring and/or review by Schwab personnel.

Charles Schwab & Co., Inc., 211 Main Street, San Francisco, CA 94105.

©2020 Charles Schwab & Co., Inc. All rights reserved. Member SIPC.
(1215-7383) ECRT

Case 1:20-cv-01293-JPC   Document 347-4   Filed 03/06/23   Page 31 of 355

**charles SCHWAB**

Rollover IRA   of
**MARIA-TERESA DE LA ROSA
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER**

| Account Number | Statement Period |
|---|---|
| ▮▮▮▮▮ | May 1-31, 2020 |

## Gain or (Loss) on Investments Sold (continued)

| Investments (continued) | | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis | Gain or (Loss) |
|---|---|---|---|---|---|---|---|
| LUCKIN COFFEE INC | FUNSPONSORED ADR | 65.0000 | 02/05/20 | 05/20/20 | 182.42 | 2,414.10 | (2,231.68) |
| 1 ADR REPS: LK | | | | | | | |

**Total Gain or (Loss) on Investments Sold**

Schwab has provided accurate realized gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. If all data for a given investment is not available, the investment will not be listed here.
Option Customers:  Gain/loss on investments sold is adjusted to reflect the premiums of assigned or exercised options. Please consult IRS publication 550, Investment Income and Expenses, for additional information on Options.

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| 05/22/20 | 05/20/20 | Sold | LUCKIN COFFEE INC FUNSPONSORED ADR: LK | (65.0000) | 2.8064 | 182.42 |

**Total Equities Activity**

**Total Purchases & Sales**

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**Document Received Date:**

# Luckin

**Subject Line of email (if applicable):**

Divider Page

*In re Luckin Coffee Inc. Securities Litigation*
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

Website: www.LuckinCoffeeSecuritiesLitigation.com
Email:   info@LuckinCoffeeSecuritiesLitigation.com
Phone:                                         855-535-1824

*400500930004710286*
000 0002810 00000000 0001 0001 02810 INS: 0 0
MARIA-TERESA DE LA ROSA ROTH
CONTRIBUTORY IRA
CHARLES SCHWAB & CO INC CUST

Claim Number:        16602

Response Deadline:    May 16, 2022

April 26, 2022

## Notice of Deficient Claim Submission

Dear Claimant:

We received your Proof of Claim and Release Form ("Claim") that you submitted in connection with the Settlement obtained in the securities class action *In re Luckin Coffee Inc. Securities Litigation*, Case No. 1:20-cv-01293-JPC-JLC (S.D.N.Y.). We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed on or downloaded from www.LuckinCoffeeSecuritiesLitigation.com.

**Ineligibility Condition:** No Recognized Claim.

In accordance with the Plan of Allocation set forth in the Settlement Notice, the Claim referenced above does not calculate to a Recognized Claim. An example of a condition that would result in no Recognized Claim is that all of the Luckin ADSs purchased during the Class Period were sold for a gain. Because your Claim does not calculate to a Recognized Claim, either for the reason noted in the preceding sentence or for another reason, it is not eligible to receive a distribution from the Net Settlement Fund. Unless you had additional transactions in Luckin ADSs during the Class Period (i.e., May 17, 2019, through July 15, 2020, inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility only by submitting additional transactions in Luckin ADSs during the Class Period that were not previously reflected in your Claim and which make your Claim calculate to a Recognized Claim. For additional information, please reference Appendix A of the Settlement Notice. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured.

AF8911 v.04



**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine if it has a Recognized Claim is described in the Plan of Allocation set forth in Appendix A of the Settlement Notice. The Court will consider approval of the Settlement and the proposed Plan of Allocation at a hearing to be held on July 22, 2022. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.

Sincerely,
Claims Administrator

# Divider Page

*In re Luckin Coffee Inc. Securities Litigation*
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

Website: www.LuckinCoffeeSecuritiesLitigation.com
Email:    info@LuckinCoffeeSecuritiesLitigation.com
Phone:                                              855-535-1824

*400500930004710286*
000 0002810 00000000 0001 0001 02810 INS: 0 0
MARIA-TERESA DE LA ROSA ROTH
CONTRIBUTORY IRA
CHARLES SCHWAB & CO INC CUST

Claim Number:        16602

Response Deadline:   May 16, 2022

April 26, 2022

## Notice of Deficient Claim Submission

Dear Claimant:

We received your Proof of Claim and Release Form ("Claim") that you submitted in connection with the Settlement obtained in the securities class action *In re Luckin Coffee Inc. Securities Litigation*, Case No. 1:20-cv-01293-JPC-JLC (S.D.N.Y.). We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed on or downloaded from www.LuckinCoffeeSecuritiesLitigation.com.

**Ineligibility Condition:** No Recognized Claim.

In accordance with the Plan of Allocation set forth in the Settlement Notice, the Claim referenced above does not calculate to a Recognized Claim. An example of a condition that would result in no Recognized Claim is that all of the Luckin ADSs purchased during the Class Period were sold for a gain. Because your Claim does not calculate to a Recognized Claim, either for the reason noted in the preceding sentence or for another reason, it is not eligible to receive a distribution from the Net Settlement Fund. Unless you had additional transactions in Luckin ADSs during the Class Period (i.e., May 17, 2019, through July 15, 2020, inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility only by submitting additional transactions in Luckin ADSs during the Class Period that were not previously reflected in your Claim and which make your Claim calculate to a Recognized Claim. For additional information, please reference Appendix A of the Settlement Notice. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured.

AF8911 v.04



**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine if it has a Recognized Claim is described in the Plan of Allocation set forth in Appendix A of the Settlement Notice. The Court will consider approval of the Settlement and the proposed Plan of Allocation at a hearing to be held on July 22, 2022. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.

Sincerely,
Claims Administrator

AF8912 v.04

May 2, 2022


RE: Maria Teresa De La Rosa IRA
    Luckin Claim #16602



I respectfully request Court Review of the full or partial rejection of my claim. I have submitted all the necessary documentation previously.

As shown attached, I have suffered economic loss due to Luckin's fraud thus entitled to receive some form of settlement.

Thank you for your consideration.

Maria Teresa De La Rosa



Rollover IRA of
**MARIA-TERESA DE LA ROSA
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER**

Account Number

Statement Period
May 1-31, 2020

## Gain or (Loss) on Investments Sold (continued)

| Investments (continued) | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis | Gain or (Loss) |
|---|---|---|---|---|---|---|
| LUCKIN COFFEE INC    FUNSPONSORED ADR 1 ADR REPS: LK | 65.0000 | 02/05/20 | 05/20/20 | 182.42 | 2,414.10 | (2,231.68) |

**Total Gain or (Loss) on Investments Sold**

Schwab has provided accurate realized gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. If all data for a given investment is not available, the investment will not be listed here.
Option Customers: Gain/loss on investments sold is adjusted to reflect the premiums of assigned or exercised options. Please consult IRS publication 550, Investment Income and Expenses, for additional information on Options.

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| 05/22/20 | 05/20/20 | Sold | LUCKIN COFFEE INC FUNSPONSORED ADR: LK | (65.0000) | 2.8064 | 182.42 |

**Total Equities Activity**

**Total Purchases & Sales**

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 10 of 13

*Terri de la Rosa*

3 MAY 2022 PM 3 L

FOREVER / USA

IN Re LUCKIN COFFEE INC SECURITIES LITIGATION
C/O EPIQ CLASS ACTION & CLAIMS SOLUTIONS INC
P.O. Box 5887
PORTLAND, OR 97228 - 5887

97228-588787

# Andrew Shin
# (9084)

*In re Luckin Coffee Inc. Securities Litigation*
Toll-Free Number: 1-855-535-1824
Email: info@LuckinCoffeeSecuritiesLitigation.com
Website: www.LuckinCoffeeSecuritiesLitigation.com

## PROOF OF CLAIM AND RELEASE FORM

To be eligible to receive a payment from the Settlement, you must complete and sign this Claim Form and mail it by first-class mail to the address below, or submit it online at www.LuckinCoffeeSecuritiesLitigation.com, with supporting documentation, ***postmarked*** **(or received) no later than March 15, 2022.**

**Mail to:**

### *In re Luckin Coffee Inc. Securities Litigation*
**c/o Epiq Class Action & Claims Solutions, Inc.**
**P.O. Box 5887**
**Portland, OR 97228-5887**

Failure to submit your Claim Form by the date specified will subject your claim to rejection and may preclude you from being eligible to receive a payment from the Settlement.

**Submit your Claim Form only to the Claims Administrator at the address set forth above.**

| TABLE OF CONTENTS | PAGE # |
|---|---|
| PART I – CLAIMANT INFORMATION | 2 |
| PART II – GENERAL INSTRUCTIONS | 3-4 |
| PART III – SCHEDULE OF TRANSACTIONS IN LUCKIN AMERICAN DEPOSITORY SHARES | 5 |
| PART IV – RELEASE OF CLAIMS AND SIGNATURE | 6-7 |



01-CA40050093
AE9081 v.09

1

## PART I - CLAIMANT INFORMATION

The Claims Administrator will use this information for all communications regarding this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above. Complete names of all persons and entities must be provided.

Beneficial Owner's Name
First Name

| A | N | D | R | E | W |  |  |  |  |  |

MI

Last Name

| S | H | I | N |  |  |  |  |  |  |  |  |  |

Joint Beneficial Owner's Name (*if applicable*)
First Name

MI

Last Name

If this claim is submitted for an IRA, and if you would like any check that you MAY be eligible to receive made payable to the IRA, please include "IRA" in the "Last Name" box above (*e.g.*, Jones IRA).

Entity Name (if the Beneficial Owner is not an individual)

Name of Representative, if applicable (*executor, administrator, trustee, c/o, etc.*), if different from Beneficial Owner

Last 4 digits of Social Security Number or Taxpayer Identification Number

Street Address

City                                                                State/Province  ZIP Code

Foreign Postal Code (if applicable)        Foreign Country (if applicable)

Telephone Number (Day)                        Telephone Number (Evening)

Email Address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

Account Number

**Type of Beneficial Owner:**

Specify one of the following:

☑ Individual(s)    ☐ Corporation    ☐ UGMA Custodian    ☐ IRA

☐ Partnership    ☐ Estate    ☐ Trust    ☐ Other (describe:_____ )

**Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824**

02-CA40050093
AE9082 v.09                                            2

## PART II – GENERAL INSTRUCTIONS

1.    It is important that you completely read and understand the Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice") that accompanies this Claim Form, including the Plan of Allocation of the Net Settlement Fund set forth in the Settlement Notice. The Settlement Notice describes the proposed Settlement, how Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved. The Settlement Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form. By signing and submitting this Claim Form, you will be certifying that you have read and that you understand the Settlement Notice, including the terms of the releases described therein and provided for herein.

2.    This Claim Form is directed to **all persons and entities (and their beneficiaries) who purchased or otherwise acquired the American Depository Shares ("ADSs") of Luckin Coffee Inc. ("Luckin") during the Class Period (from May 17, 2019 through July 15, 2020, inclusive)** (the "Class"). Included in the Class are all persons and entities who purchased Luckin ADSs on the open market and/or in or traceable to the May 17, 2019 Initial Public Offering ("IPO") and January 10, 2020 Secondary Public Offering ("SPO") during the Class Period. Certain persons and entities are excluded from the Class by definition as set forth in ¶ 25 of the Settlement Notice.

3.    By submitting this Claim Form, you will be making a request to receive a payment from the Settlement described in the Settlement Notice. IF YOU ARE NOT A CLASS MEMBER (*see* the definition of the Class on page 6 of the Settlement Notice, which sets forth who is included in and who is excluded from the Class), OR IF YOU, OR SOMEONE ACTING ON YOUR BEHALF, SUBMITTED A REQUEST FOR EXCLUSION FROM THE CLASS, DO NOT SUBMIT A CLAIM FORM. **YOU MAY NOT, DIRECTLY OR INDIRECTLY, PARTICIPATE IN THE SETTLEMENT IF YOU ARE NOT A CLASS MEMBER.** THUS, IF YOU ARE EXCLUDED FROM THE CLASS, ANY CLAIM FORM THAT YOU SUBMIT, OR THAT MAY BE SUBMITTED ON YOUR BEHALF, WILL NOT BE ACCEPTED.

4.    **Submission of this Claim Form does not guarantee that you will be eligible to receive a payment from the Settlement, if it is approved. The distribution of the payments to eligible purchasers of Luckin ADSs will be governed by the Plan of Allocation set forth in the Settlement Notice, if it is approved by the Court, or by such other plan of allocation as the Court approves.**

5.    Use the Schedule of Transactions in Part III of this Claim Form to supply all required details of your transaction(s) in, and holdings of, Luckin ADSs. On this schedule, provide all of the requested information with respect to your holdings, purchases, acquisitions, and sales of Luckin ADSs (including free transfers and deliveries), whether such transactions resulted in a profit or a loss. **Failure to report all transaction and holding information during the requested time period may result in the rejection of your claim.**

6.    **Please note**: Only Luckin ADSs purchased or acquired from May 17, 2019 through July 15, 2020, inclusive, are eligible for payment under the Settlement. However, sales of Luckin ADSs during the period from July 16, 2020 through and including the close of trading on October 20, 2021, will be used for purposes of calculating your claim under the Plan of Allocation. Therefore, in order for the Claims Administrator to be able to balance your claim, the requested purchase/acquisition and sale/disposition information during this period must also be provided.

7.    You are required to submit genuine and sufficient documentation for all of your transactions in and holdings of Luckin ADSs as set forth in the Schedule of Transactions in Part III of this Claim Form. Documentation may consist of copies of brokerage confirmation slips or monthly brokerage account statements, or an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement. The Settling Parties and the Claims Administrator do not independently have information about your investments in Luckin ADSs. IF SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN COPIES OF THE DOCUMENTS OR EQUIVALENT DOCUMENTS FROM YOUR BROKER. FAILURE TO SUPPLY THIS DOCUMENTATION MAY RESULT IN THE REJECTION OF YOUR CLAIM. DO NOT SEND ORIGINAL DOCUMENTS. **Please keep a copy of all documents that you send to the Claims Administrator. Also, do not highlight any portion of the Claim Form or any supporting documents.**

8.    **Traceability of Luckin ADSs to Public Offerings in the Class Period.** Public offerings of Luckin ADSs occurred during the Class Period on or about (i) May 17, 2019 (the IPO); and (ii) January 10, 2020 (the SPO). Claimants who purchased Luckin ADSs directly in one or both of the offerings, or who purchased shares "traceable" to one or both of the offerings (as opposed to generally on the open market) may be entitled to additional compensation under the Plan of Allocation. All Luckin ADSs purchased from May 17, 2019 through January 9, 2020 are assumed to be traceable to the IPO. However, if you purchased Luckin ADSs from January 10, 2020 through July 15, 2020 that were not purchased directly in the SPO but that you believe are specifically traceable to Luckin ADSs that were issued in the IPO or SPO, you must submit documentation with your Claim Form showing that the specific ADSs you purchased were shares issued in the IPO or SPO.

9.    Use Part I of this Claim Form entitled "CLAIMANT INFORMATION" to identify the beneficial owner(s) of the Luckin ADSs. The complete name(s) of the beneficial owner(s) must be entered. If you held the Luckin ADSs in your own name, you were the beneficial owner as well as the record owner. If, however, your Luckin ADSs were registered in the name of a third party, such as a nominee or brokerage firm, you were the beneficial owner of the ADSs, but the third party was the record owner. The beneficial owner, not the record owner, must sign this Claim Form to be eligible to participate in the Settlement. If there were joint beneficial owners, each must sign this Claim Form and their names must appear as "Claimants" in Part I of this Claim Form.

**Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824**

10.    **One Claim should be submitted for each separate legal entity or separately managed account.** Separate Claim Forms should be submitted for each separate legal entity (*e.g.*, an individual should not combine his or her IRA holdings and transactions with holdings and transactions made solely in the individual's name). Generally, a single Claim Form should be submitted on behalf of one legal entity including all holdings and transactions made by that entity on one Claim Form. However, if a single person or legal entity had multiple accounts that were separately managed, separate Claims may be submitted for each such account. The Claims Administrator reserves the right to request information on all the holdings and transactions in Luckin ADSs made on behalf of a single beneficial owner.

11.    Agents, executors, administrators, guardians, and trustees must complete and sign the Claim Form on behalf of persons represented by them, and they must:

      (a)    expressly state the capacity in which they are acting;

      (b)    identify the name; account number; last four digits of the Social Security Number, taxpayer identification number, or comparable identification number for non-U.S. claimants; address; and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the Luckin ADSs; and

      (c)    furnish herewith evidence of their authority to bind to the Claim Form the person or entity on whose behalf they are acting. (Authority to complete and sign a Claim Form cannot be established by stockbrokers demonstrating only that they have discretionary authority to trade securities in another person's accounts.)

12.    By submitting a signed Claim Form, you will be swearing that you:

      (a)    own(ed) the Luckin ADSs you have listed in the Claim Form; or

      (b)    are expressly authorized to act on behalf of the owner thereof.

13.    By submitting a signed Claim Form, you will be swearing to the truth of the statements contained therein and the genuineness of the documents attached thereto, subject to penalties of perjury under the laws of the United States of America. The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your claim and may subject you to civil liability or criminal prosecution.

14.    Payments to eligible Authorized Claimants pursuant to the Plan of Allocation will be made after final approval of the Settlement and any appeals from such approval, and after the completion of all claims processing. The claims process will take substantial time to complete fully and fairly. Please be patient.

15.    **PLEASE NOTE:** As set forth in the Plan of Allocation, each Authorized Claimant shall receive his, her, or its *pro rata* share of the funds available under the Settlement. If the prorated payment to any Authorized Claimant calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to that Authorized Claimant.

16.    If you have questions concerning the Claim Form, or need additional copies of the Claim Form, you may contact the Claims Administrator, Epiq Class Action & Claims Solutions, Inc., at the address on the first page of this Claim Form, by email at info@LuckinCoffeeSecuritiesLitigation.com, or by toll-free phone at 1-855-535-1824, or you can visit the website, www.LuckinCoffeeSecuritiesLitigation.com, where copies of the Claim Form and other relevant documents are available for downloading.

17.    NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. To obtain the *mandatory* electronic filing requirements and file layout, you may visit the Settlement website at www.LuckinCoffeeSecuritiesLitigation.com or you may email the Claims Administrator's electronic filing department at info@LuckinCoffeeSecuritiesLitigation.com. **Any file not in accordance with the required electronic filing format will be subject to rejection.** The *complete* name of the beneficial owner of the securities must be entered where called for (*see* ¶ 9 above). No electronic files will be considered to have been submitted unless the Claims Administrator issues an email to that effect. **Do not assume that your file has been received until you receive this email. If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at info@LuckinCoffeeSecuritiesLitigation.com to inquire about your file and confirm it was received.**

**IMPORTANT: PLEASE NOTE**

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD. THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM WITHIN 60 DAYS OF YOUR SUBMISSION. IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD WITHIN 60 DAYS, CONTACT THE CLAIMS ADMINISTRATOR TOLL FREE AT 1-855-535-1824.**

**Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824**

04-CA40050093

AE9084 v.09

**PART III – SCHEDULE OF TRANSACTIONS IN LUCKIN ADSs**

Use this section to provide information on your holdings and trading of Luckin ADSs during the requested time periods. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, ¶ 7 above.

**1. PURCHASES/ACQUISITIONS FROM MAY 17, 2019 THROUGH JULY 15, 2020, INCLUSIVE** – Separately list each and every purchase or acquisition (including free receipts) of Luckin ADSs from May 17, 2019 through and including the close of trading on July 15, 2020. Include Luckin ADSs purchased in Luckin's May 17, 2019 Initial Public Offering and January 10, 2020 Secondary Public Offering and Luckin ADSs purchased on the open market from May 17, 2019 through July 15, 2020. (Must be documented.)

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of ADSs Purchased/ Acquired | Purchase Price Per ADS | Total Purchase Price (excluding any fees, commissions, and taxes) | Were the shares purchased in or traceable to the May 2019 IPO or the Jan. 2020 SPO? | Confirm Proof of Purchase/ Acquisition Enclosed |
|---|---|---|---|---|---|
| 0 5 2 1 1 9 | 1 4 8 0 | 2 3 . 5 9 | 3 4 9 1 8 . 9 6 | | ✓ |
| | | . | . | | |
| | | . | . | | |
| | | . | . | | |
| | | . | . | | |

**2. PURCHASES/ACQUISITIONS FROM JULY 16, 2020 THROUGH OCTOBER 20, 2021, INCLUSIVE** – State the total number of Luckin ADSs purchased or acquired (including free receipts) from July 16, 2020 through the close of trading on October 20, 2021. If none, write "zero" or "0."[1]

|  |  |  |  |  |  |  | . |  |  |
|---|---|---|---|---|---|---|---|---|---|

**3. SALES FROM MAY 17, 2019 THROUGH OCTOBER 20, 2021** – Separately list each and every sale or disposition (including free deliveries) of Luckin ADSs from May 17, 2019 through and including the close of trading on October 20, 2021. (Must be documented.)       **IF NONE, CHECK HERE** ☐

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of ADSs Sold | Sale Price Per ADS | Total Sale Price (not deducting any fees, commissions, and taxes) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| 0 5 2 3 1 9 | 1 4 8 0 | 1 7 . 9 8 | 2 6 6 1 3 . 3 6 | ✓ |
| | | . | . | |
| | | . | . | |
| | | . | . | |
| | | . | . | |

**4. HOLDINGS AS OF OCTOBER 20, 2021** – State the total number of Luckin ADSs held as of the close of trading on October 20, 2021. (Must be documented.) If none, write "zero" or "0."       **Confirm Proof of Position Enclosed** ☐

|  |  |  |  |  |  |  | . | 0 |
|---|---|---|---|---|---|---|---|---|

**IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX.** ☐

---

[1] **Please note**: Information requested with respect to your purchases and acquisitions of Luckin ADSs from July 16, 2020 through the close of trading on October 20, 2021 is needed in order to balance your claim; purchases and acquisitions during this period, however, are not eligible under the Settlement and will not be used for purposes of calculating your Recognized Claim under the Plan of Allocation.

**Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824**

## PART IV - RELEASE OF CLAIMS AND SIGNATURE

### YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW AND SIGN ON PAGE 7 OF THIS CLAIM FORM.

I (we) hereby acknowledge that, pursuant to the terms set forth in the Stipulation, without further action by anyone, upon the Effective Date of the Settlement, I (we), on behalf of myself (ourselves) and my (our) (the claimant(s)') heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Plaintiffs' Claim against Luckin and the other Defendants' Released Parties, and shall forever be barred and enjoined from prosecuting any or all of the Released Plaintiffs' Claims against any of the Defendants' Released Parties in any jurisdiction.

### CERTIFICATION

By signing and submitting this Claim Form, the claimant(s) or the person(s) who represent(s) the claimant(s) agree(s) to the release above and certifies (certify) as follows:

1.       that I (we) have read and understand the contents of the Settlement Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation;

2.       that the claimant(s) is a (are) Class Member(s), as defined in the Settlement Notice, is (are) not excluded by definition from the Class as set forth in the Settlement Notice and did *not* submit a request for exclusion from the Class;

3.       that I (we) own(ed) the Luckin ADSs identified in the Claim Form and have not assigned the claim against any of the Defendants or any of the other Defendants' Released Parties to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

4.       that the claimant(s) has (have) not submitted any other claim covering the same purchases of Luckin ADSs and knows (know) of no other person having done so on the claimant's (claimants') behalf;

5.       that the claimant(s) submit(s) to the jurisdiction of the Court with respect to claimant's (claimants') claim and for purposes of enforcing the releases set forth herein;

6.       that I (we) agree to furnish such additional information with respect to this Claim Form as Class Counsel, the Claims Administrator, or the Court may require;

7.       that the claimant(s) waive(s) the right to trial by jury, to the extent it exists, and agree(s) to the determination by the Court of the validity or amount of this claim, and waives any right of appeal or review with respect to such determination;

8.       that should Luckin determine in its absolute discretion that the Settlement should also be implemented in the Cayman Islands by way of a scheme of arrangement promulgated under section 86 of the Cayman Islands Companies Act 1981 (the "Scheme"), the claimant(s) appoint(s) Sjunde AP-Fonden and Louisiana Sheriff's Pension & Relief Fund as its/their proxy to vote in favor of the Scheme at all meetings convened for the purpose of approving the Scheme;

9.       that I (we) acknowledge that the claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

10.      that the claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (i) the claimant(s) is (are) exempt from backup withholding or (ii) the claimant(s) has (have) not been notified by the IRS that he, she, or it is subject to backup withholding as a result of a failure to report all interest or dividends or (iii) the IRS has notified the claimant(s) that he, she, or it is no longer subject to backup withholding. **If the IRS has notified the claimant(s) that he, she, it, or they is (are) subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

06-CA40050093
AE9086 v.09                                    6

UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

Signature of claimant

Date: 01 - 09 - 2022
MM    DD    YYYY

ANDREW SHIN

Print claimant name here

Signature of joint claimant, if here

Date: | | - | | - | | |
MM    DD    YYYY

Print joint claimant name here

*If the claimant is other than an individual, or is not the person completing this form, the following also must be provided:*

Signature of person signing on behalf of claimant

Date: | | - | | - | | |
MM    DD    YYYY

Print name of person signing on behalf of claimant here

Capacity of person signing on behalf of claimant, if other than an individual, *e.g.*, executor, president, trustee, custodian, etc. (Must provide evidence of authority to act on behalf of claimant – *see* ¶ 11 on page 4 of this Claim Form.)

**Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824**

## REMINDER CHECKLIST

1. Sign the above release and certification. If this Claim Form is being made on behalf of joint claimants, then both must sign.

2. Attach only *copies* of acceptable supporting documentation as these documents will not be returned to you.

3. Do not highlight any portion of the Claim Form or any supporting documents.

4. Keep copies of the completed Claim Form and documentation for your own records.

5. The Claims Administrator will acknowledge receipt of your Claim Form by mail, within 60 days of your submission. Your claim is not deemed filed until you receive an acknowledgement postcard. **If you do not receive an acknowledgement postcard within 60 days, please call the Claims Administrator toll free at 1-855-535-1824.**

6. If your address changes in the future, or if this Claim Form was sent to an old or incorrect address, you must send the Claims Administrator written notification of your new address. If you change your name, inform the Claims Administrator.

7. If you have any questions or concerns regarding your claim, contact the Claims Administrator at the address below, by email at info@LuckinCoffeeSecuritiesLitigation.com, or by toll-free phone at 1-855-535-1824, or you may visit www.LuckinCoffeeSecuritiesLitigation.com.

**This Claim Form must be mailed to the Claims Administrator by first-class mail or submitted online at www.LuckinCoffeeSecuritiesLitigation.com, postmarked (or received) no later than March 15, 2022. If mailed, the Claim Form should be addressed as follows:**

*In re Luckin Coffee Inc. Securities Litigation*
**c/o Epiq Class Action & Claims Solutions, Inc.**
**P.O. Box 5887**
**Portland, OR 97228-5887**

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if a postmark date on or before March 15, 2022 is indicated on the envelope and it is mailed First Class, and addressed in accordance with the above instructions. In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to fully process all of the Claim Forms. Please be patient and notify the Claims Administrator of any change of address.

**Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824**

08-CA40050093
AE9088 v.09

8





# Attachments



Patch Code 3



 **Direct Investing** | RBC | **RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

ADPRB10720_2954655_003-E:20846-00846
>MR ANDREW SHIN

### Confirmation Notice

**DATE**
MAY 17, 2019

**ACCOUNT NO.     TYPE**

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - USA

## SETTLEMENT DATE                     MAY 21, 2019

TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,480 | LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES AVG PRICE SHOWN-DETAILS ON REQ UNSOLICITED DA | @ | 23.5939US$ |

| | |
|---|---|
| GROSS AMOUNT | 34,918.96 |
| COMMISSION | 9.95 |
| SUB TOTAL | 34,928.91 US$ |
| NET AMOUNT | 34,928.91 US$ |

CLIENT NAME                              >MR ANDREW SHIN
ACCOUNT NO.
INVESTMENT REPRESENTATIVE
I.R. NO. 3T4



REFERENCE H4898  /  CUSIP US54951L1098  /  SECURITY NO. L019978  /  ORDER NO. 174898  /  INTERNAL CODES AT 1D  /  684 A

Member-CanadianInvestor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2016. All rights reserved.

ADPRB10720_2954655_003 - 00001691 - E:20846

RBC Direct Investing Inc. and Royal Bank of Canada are separate corporate entities which are affiliated. RBC Direct Investing Inc. is a wholly owned subsidiary of Royal Bank of Canada and is a Member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund. Royal Bank of Canada and certain of its issuers are related to RBC Direct Investing Inc. RBC Direct Investing Inc. does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions. RBC Direct Investing is a business name used by RBC Direct Investing Inc.

The use of the term "We" in this confirmation refers to RBC Direct Investing Inc.

If an order on this confirmation represents a stock exchange transaction, it is subject to the by-laws, rules and customs of that exchange. If not disclosed on this confirmation, the name of our representative will be provided upon request. The name of the other broker in this transaction is furnished upon written or verbal request.

All transactions are subject to the by-laws and regulations of the Investment Industry Regulatory Organization of Canada. If settlement or provision for settlement, of a transaction on this confirmation is not made by the settlement date shown hereon, or by the date to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed without notice to you by the sale or purchase of the related securities, whichever action is appropriate, and we will claim from you any balance owing to us from such action.

Customers accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of the coverage is available upon request.

Please review this confirmation carefully. Failure to object to incorrect or unauthorized trades within 5 days of receipt of this confirmation, constitutes ratification by you of those trades.

We or our affiliate act as principal on foreign currency conversions and fixed income transactions and apply discretionary currency conversion rates. The foreign currency conversion rate shown on the confirmation includes our or our affiliates' spread-based revenues for performing this function. Spread means the difference between the rate we or our affiliates obtain and the rate you receive.

If the description on this confirmation reads "YIELD/RENDEMENT", please consult with your investment services representative for further information regarding the yield calculation applied to your trade.

Please note the following security description abbreviations may appear on your Trade Confirmation: NON VTG for non-voting shares; RES VTG for restricted voting shares; SUB VTG for subordinate voting shares.

We may facilitate trades in securities of related issuers and connected issuers of the firm in your account. For a list of such related issuers and connected issuers, refer to the following website: www.rbc.com/issuers-disclosures or contact your investment services representative.

NOTE: INTEREST PAYABLE ON OVERDUE ACCOUNTS          PLEASE RETAIN THIS CONFIRMATION FOR INCOME TAX PURPOSES.

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2996946_003-E:22455-02455
>MR ANDREW SHIN

## Confirmation Notice

**DATE**
MAY 21, 2019

**ACCOUNT NO.    TYPE**

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING SALE FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

## SETTLEMENT DATE            MAY 23, 2019

TRANSACTION TYPE                          **SOLD**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,480 | LUCKIN COFFEE INC | @ | 17.982US$ |
| | AMERICAN DEPOSITARY SHARES | | |
| | UNSOLICITED | | |
| | CA | | |

| | | |
|---|---|---|
| GROSS AMOUNT | | 26,613.36 |
| COMMISSION | 9.95 | |
| US TRAN FEE | .56 | |
| FEE SUB TOTAL | | 10.51 |
| SUB TOTAL | | 26,602.85 U$ |
| NET AMOUNT | | 26,602.85CR U$ |

CLIENT NAME                    >MR ANDREW SHIN
ACCOUNT NO.
INVESTMENT REPRESENTATIVE
I.R. NO. 4GA



REFERENCE W1534  /  CUSIP US54951L1098  /  SECURITY NO. L019978  /  ORDER NO. 361534  /  INTERNAL CODES UN 65  /  684 A

Member-CanadianInvestor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2016. All rights reserved.

ADPRB10720_2996946_003 - 00004909 - E:22455

RBC Direct Investing Inc. and Royal Bank of Canada are separate corporate entities which are affiliated. RBC Direct Investing Inc. is a wholly owned subsidiary of Royal Bank of Canada and is a Member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund. Royal Bank of Canada and certain of its issuers are related to RBC Direct Investing Inc. RBC Direct Investing Inc. does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions. RBC Direct Investing is a business name used by RBC Direct Investing Inc.

The use of the term "We" in this confirmation refers to RBC Direct Investing Inc.

If an order on this confirmation represents a stock exchange transaction, it is subject to the by-laws, rules and customs of that exchange. If not disclosed on this confirmation, the name of our representative will be provided upon request. The name of the other broker in this transaction is furnished upon written or verbal request.

All transactions are subject to the by-laws and regulations of the Investment Industry Regulatory Organization of Canada. If settlement or provision for settlement, of a transaction on this confirmation is not made by the settlement date shown hereon, or by the date to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed without notice to you by the sale or purchase of the related securities, whichever action is appropriate, and we will claim from you any balance owing to us from such action.

Customers accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of the coverage is available upon request.

Please review this confirmation carefully. Failure to object to incorrect or unauthorized trades within 5 days of receipt of this confirmation, constitutes ratification by you of those trades.

We or our affiliate act as principal on foreign currency conversions and fixed income transactions and apply discretionary currency conversion rates. The foreign currency conversion rate shown on the confirmation includes our or our affiliates' spread-based revenues for performing this function. Spread means the difference between the rate we or our affiliates obtain and the rate you receive.

If the description on this confirmation reads "YIELD/RENDEMENT", please consult with your investment services representative for further information regarding the yield calculation applied to your trade.

Please note the following security description abbreviations may appear on your Trade Confirmation: NON VTG for non-voting shares; RES VTG for restricted voting shares; SUB VTG for subordinate voting shares.

We may facilitate trades in securities of related issuers and connected issuers of the firm in your account. For a list of such related issuers and connected issuers, refer to the following website: www.rbc.com/issuers-disclosures or contact your investment services representative.

NOTE: INTEREST PAYABLE ON OVERDUE ACCOUNTS                    PLEASE RETAIN THIS CONFIRMATION FOR INCOME TAX PURPOSES.



Mr Andrew Shin

In re LUCKIN COFFEE INC.
SECURITIES LITIGATION
c/o EPIQ CLASS ACTION & CLAIMS
SOLUTIONS, INC.
P.O. BOX 5887
PORTLAND OREGON  USA 97228-5887

# Divider Page

*In re Luckin Coffee Inc. Securities Litigation*
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

Website: www.LuckinCoffeeSecuritiesLitigation.com
Email:    info@LuckinCoffeeSecuritiesLitigation.com
Phone:                                      855-535-1824



\*400500930004533647\*
000 0000056 00000000 0001 0001 00054 INS: 0 0
ANDREW SHIN

Claim Number:          9084

Response Deadline:    April 18, 2022

March 29, 2022

## Notice of Deficient Claim Submission

Dear Claimant:

We received your Proof of Claim and Release Form ("Claim") that you submitted in connection with the Settlement obtained in the securities class action *In re Luckin Coffee Inc. Securities Litigation*, Case No. 1:20-cv-01293-JPC-JLC (S.D.N.Y.). We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement, which has been approved by the Court and which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed on or downloaded from www.LuckinCoffeeSecuritiesLitigation.com.

**Ineligibility Condition:** No Recognized Claim.

In accordance with the Court-approved Plan of Allocation set forth in the Settlement Notice, the Claim referenced above does not calculate to a Recognized Claim. An example of a condition that would result in no Recognized Claim is that no Luckin ADSs were held through the alleged corrective disclosure on January 31, 2020 (*see* Settlement Notice Appendix A paragraph 7(a)). Because your Claim does not calculate to a Recognized Claim, either for the reason noted in the preceding sentence or for another reason, it is not eligible to receive a distribution from the Net Settlement Fund. Unless you had additional transactions in Luckin ADSs during the Class Period (i.e., May 17, 2019, through July 15, 2020, inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility only by submitting additional transactions in Luckin ADSs during the Class Period that were not previously reflected in your Claim and which make your Claim calculate to a Recognized Claim. For additional information, please reference Appendix A of the Settlement Notice. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured.

AF8911 v.04



**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine if it has a Recognized Claim is described in the Plan of Allocation set forth in Appendix A of the Settlement Notice. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.

Sincerely,
Claims Administrator

AF8912 v.04

# Divider Page

In re Luckin Coffee Inc. Securities Litigation
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

Andrew Shin



April 10, 2022

To the Claims Administrator:

I am writing to request that the Court review my submitted Claim as part of the class action against Luckin Coffee.

The Settlement Notice defines the Class at hand as following:

> **All persons and entities (and their beneficiaries) that purchased or otherwise acquired the American Depositary Shares of Luckin Coffee Inc. between May 17, 2019 through July 15, 2020, inclusive (6).**

Please find enclosed my receipts for shares of Luckin Coffee purchased and sold, which took place during the designated period.

The Settlement Notice makes no reference to the "Ineligibility Condition" outlined in the subsequent Notice of Deficient Claim Submission, dated March 29, 2022, and in any case does not constitute legitimate grounds for disqualification.

I incurred a significant loss because of Luckin Coffee's financial misrepresentations and should be duly compensated.

Thank you for your consideration.

Sincerely

Andrew Shin

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2954655_003-E:20846-00846
>MR ANDREW SHIN

## Confirmation Notice

**DATE**
MAY 17, 2019

**ACCOUNT NO.    TYPE**

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – USA

## SETTLEMENT DATE                MAY 21, 2019

TRANSACTION TYPE                                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,480 | LUCKIN COFFEE INC | @ | 23.5939U$ |
| | AMERICAN DEPOSITARY SHARES | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 34,918.96 |
| COMMISSION | 9.95 |
| SUB TOTAL . | 34,928.91 US |
| NET AMOUNT | 34,928.91 US |

**CLIENT NAME**                    **>MR ANDREW SHIN**
**ACCOUNT NO.**
**INVESTMENT REPRESENTATIVE**
**I.R. NO. 3T4**

REFERENCE H4898  /  CUSIP US54951L1098  /  SECURITY NO. L019978  /  ORDER NO. 174898  /  INTERNAL CODES AT 1D  /  684 A

Member–CanadianInvestor Protection Fund. ⊛ / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2016. All rights reserved.

ADPRB10720_2954655_003 - 00001001 - E:20846

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2996946_003-E:22455-02455

>MR ANDREW SHIN

## Confirmation Notice

**DATE**
MAY 21, 2019

**ACCOUNT NO.    TYPE**

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING SALE FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE            MAY 23, 2019

TRANSACTION TYPE                              **SOLD**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,480 | LUCKIN COFFEE INC | @ | 17.982U$ |
|  | AMERICAN DEPOSITARY SHARES | | |
|  | UNSOLICITED | | |
|  | CA | | |

| | |
|---|---|
| GROSS AMOUNT | 26,613.36 |
| COMMISSION | 9.95 |
| US TRAN FEE | .56 |
| FEE SUB TOTAL | 10.51 |
| SUB TOTAL | 26,602.85 U$ |
| NET AMOUNT | 26,602.85CR U$ |

**CLIENT NAME**                        >MR ANDREW SHIN
**ACCOUNT NO.**
**INVESTMENT REPRESENTATIVE**
**I.R. NO. 4GA**

REFERENCE W1534  /  CUSIP US54951L1098  /  SECURITY NO. L019978  /  ORDER NO. 361534  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2016. All rights reserved.

ADPRB10720_2996946_003 – 8000490909 – E:22455



IN RE. LUCKIN COFFEE SECURITIES
LITIGATION
C/O EPIQ CLASS ACTION & CLAIMS
SOLUTIONS, INC.
P.O. BOX 5887
PORTLAND, OR 97228-5887

Mr Andrew Shin

# Loren Wayne Giles
# (20190)

## PART I - CLAIMANT INFORMATION

The Claims Administrator will use this information for all communications regarding this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above. Complete names of all persons and entities must be provided.

Beneficial Owner's Name
First Name | MI | Last Name

L O R E N | W | G I L E S

Joint Beneficial Owner's Name (*if applicable*)
First Name | MI | Last Name

If this claim is submitted for an IRA, and if you would like any check that you MAY be eligible to receive made payable to the IRA, please include "IRA" in the "Last Name" box above (*e.g.*, Jones IRA).

Entity Name (if the Beneficial Owner is not an individual)

Name of Representative, if applicable (*executor, administrator, trustee, c/o, etc.*), if different from Beneficial Owner

Last 4 digits of Social Security Number or Taxpayer Identification Number

Street Address

City | State/Province | ZIP Code

Foreign Postal Code (if applicable) | Foreign Country (if applicable)

Telephone Number (Day) | Telephone Number (Evening)

Email Address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

Account Number

**Type of Beneficial Owner:**

Specify one of the following:

☒ Individual(s)   ☐ Corporation   ☐ UGMA Custodian   ☐ IRA

☐ Partnership   ☐ Estate   ☐ Trust   ☐ Other (describe: _____ )

**Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824**

02-CA40050093
AE9082 v09

2

## PART II – GENERAL INSTRUCTIONS

1.    It is important that you completely read and understand the Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice") that accompanies this Claim Form, including the Plan of Allocation of the Net Settlement Fund set forth in the Settlement Notice. The Settlement Notice describes the proposed Settlement, how Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved. The Settlement Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form. By signing and submitting this Claim Form, you will be certifying that you have read and that you understand the Settlement Notice, including the terms of the releases described therein and provided for herein.

2.    This Claim Form is directed to **all persons and entities (and their beneficiaries) who purchased or otherwise acquired the American Depository Shares ("ADSs") of Luckin Coffee Inc. ("Luckin") during the Class Period (from May 17, 2019 through July 15, 2020, inclusive)** (the "Class"). Included in the Class are all persons and entities who purchased Luckin ADSs on the open market and/or in or traceable to the May 17, 2019 Initial Public Offering ("IPO") and January 10, 2020 Secondary Public Offering ("SPO") during the Class Period. Certain persons and entities are excluded from the Class by definition as set forth in ¶ 25 of the Settlement Notice.

3.    By submitting this Claim Form, you will be making a request to receive a payment from the Settlement described in the Settlement Notice. IF YOU ARE NOT A CLASS MEMBER (*see* the definition of the Class on page 6 of the Settlement Notice, which sets forth who is included in and who is excluded from the Class), OR IF YOU, OR SOMEONE ACTING ON YOUR BEHALF, SUBMITTED A REQUEST FOR EXCLUSION FROM THE CLASS, DO NOT SUBMIT A CLAIM FORM. **YOU MAY NOT, DIRECTLY OR INDIRECTLY, PARTICIPATE IN THE SETTLEMENT IF YOU ARE NOT A CLASS MEMBER.** THUS, IF YOU ARE EXCLUDED FROM THE CLASS, ANY CLAIM FORM THAT YOU SUBMIT, OR THAT MAY BE SUBMITTED ON YOUR BEHALF, WILL NOT BE ACCEPTED.

4.    **Submission of this Claim Form does not guarantee that you will be eligible to receive a payment from the Settlement, if it is approved. The distribution of the payments to eligible purchasers of Luckin ADSs will be governed by the Plan of Allocation set forth in the Settlement Notice, if it is approved by the Court, or by such other plan of allocation as the Court approves.**

5.    Use the Schedule of Transactions in Part III of this Claim Form to supply all required details of your transaction(s) in, and holdings of, Luckin ADSs. On this schedule, provide all of the requested information with respect to your holdings, purchases, acquisitions, and sales of Luckin ADSs (including free transfers and deliveries), whether such transactions resulted in a profit or a loss. **Failure to report all transaction and holding information during the requested time period may result in the rejection of your claim.**

6.    **Please note**: Only Luckin ADSs purchased or acquired from May 17, 2019 through July 15, 2020, inclusive, are eligible for payment under the Settlement. However, sales of Luckin ADSs during the period from July 16, 2020 through and including the close of trading on October 20, 2021, will be used for purposes of calculating your claim under the Plan of Allocation. Therefore, in order for the Claims Administrator to be able to balance your claim, the requested purchase/acquisition and sale/disposition information during this period must also be provided.

7.    You are required to submit genuine and sufficient documentation for all of your transactions in and holdings of Luckin ADSs as set forth in the Schedule of Transactions in Part III of this Claim Form. Documentation may consist of copies of brokerage confirmation slips or monthly brokerage account statements, or an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement. The Settling Parties and the Claims Administrator do not independently have information about your investments in Luckin ADSs. IF SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN COPIES OF THE DOCUMENTS OR EQUIVALENT DOCUMENTS FROM YOUR BROKER. FAILURE TO SUPPLY THIS DOCUMENTATION MAY RESULT IN THE REJECTION OF YOUR CLAIM. DO NOT SEND ORIGINAL DOCUMENTS. **Please keep a copy of all documents that you send to the Claims Administrator. Also, do not highlight any portion of the Claim Form or any supporting documents.**

8.    **Traceability of Luckin ADSs to Public Offerings in the Class Period.** Public offerings of Luckin ADSs occurred during the Class Period on or about (i) May 17, 2019 (the IPO); and (ii) January 10, 2020 (the SPO). Claimants who purchased Luckin ADSs directly in one or both of the offerings, or who purchased shares "traceable" to one or both of the offerings (as opposed to generally on the open market) may be entitled to additional compensation under the Plan of Allocation. All Luckin ADSs purchased from May 17, 2019 through January 9, 2020 are assumed to be traceable to the IPO. However, if you purchased Luckin ADSs from January 10, 2020 through July 15, 2020 that were not purchased directly in the SPO but that you believe are specifically traceable to Luckin ADSs that were issued in the IPO or SPO, you must submit documentation with your Claim Form showing that the specific ADSs you purchased were shares issued in the IPO or SPO.

9.    Use Part I of this Claim Form entitled "CLAIMANT INFORMATION" to identify the beneficial owner(s) of the Luckin ADSs. The complete name(s) of the beneficial owner(s) must be entered. If you held the Luckin ADSs in your own name, you were the beneficial owner as well as the record owner. If, however, your Luckin ADSs were registered in the name of a third party, such as a nominee or brokerage firm, you were the beneficial owner of the ADSs, but the third party was the record owner. The beneficial owner, not the record owner, must sign this Claim Form to be eligible to participate in the Settlement. If there were joint beneficial owners, each must sign this Claim Form and their names must appear as "Claimants" in Part I of this Claim Form.

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

03-CA40050093
AE9083 v.09

3

10.    **One Claim should be submitted for each separate legal entity or separately managed account.** Separate Claim Forms should be submitted for each separate legal entity (*e.g.*, an individual should not combine his or her IRA holdings and transactions with holdings and transactions made solely in the individual's name). Generally, a single Claim Form should be submitted on behalf of one legal entity including all holdings and transactions made by that entity on one Claim Form. However, if a single person or legal entity had multiple accounts that were separately managed, separate Claims may be submitted for each such account. The Claims Administrator reserves the right to request information on all the holdings and transactions in Luckin ADSs made on behalf of a single beneficial owner.

11.    Agents, executors, administrators, guardians, and trustees must complete and sign the Claim Form on behalf of persons represented by them, and they must:

(a)    expressly state the capacity in which they are acting;

(b)    identify the name; account number; last four digits of the Social Security Number, taxpayer identification number, or comparable identification number for non-U.S. claimants; address; and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the Luckin ADSs; and

(c)    furnish herewith evidence of their authority to bind to the Claim Form the person or entity on whose behalf they are acting. (Authority to complete and sign a Claim Form cannot be established by stockbrokers demonstrating only that they have discretionary authority to trade securities in another person's accounts.)

12.    By submitting a signed Claim Form, you will be swearing that you:

(a)    own(ed) the Luckin ADSs you have listed in the Claim Form; or

(b)    are expressly authorized to act on behalf of the owner thereof.

13.    By submitting a signed Claim Form, you will be swearing to the truth of the statements contained therein and the genuineness of the documents attached thereto, subject to penalties of perjury under the laws of the United States of America. The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your claim and may subject you to civil liability or criminal prosecution.

14.    Payments to eligible Authorized Claimants pursuant to the Plan of Allocation will be made after final approval of the Settlement and any appeals from such approval, and after the completion of all claims processing. The claims process will take substantial time to complete fully and fairly. Please be patient.

15.    **PLEASE NOTE:** As set forth in the Plan of Allocation, each Authorized Claimant shall receive his, her, or its *pro rata* share of the funds available under the Settlement. If the prorated payment to any Authorized Claimant calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to that Authorized Claimant.

16.    If you have questions concerning the Claim Form, or need additional copies of the Claim Form, you may contact the Claims Administrator, Epiq Class Action & Claims Solutions, Inc., at the address on the first page of this Claim Form, by email at info@LuckinCoffeeSecuritiesLitigation.com, or by toll-free phone at 1-855-535-1824, or you can visit the website, www.LuckinCoffeeSecuritiesLitigation.com, where copies of the Claim Form and other relevant documents are available for downloading.

17.    NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. To obtain the *mandatory* electronic filing requirements and file layout, you may visit the Settlement website at www.LuckinCoffeeSecuritiesLitigation.com or you may email the Claims Administrator's electronic filing department at info@LuckinCoffeeSecuritiesLitigation.com. **Any file not in accordance with the required electronic filing format will be subject to rejection.** The *complete* name of the beneficial owner of the securities must be entered where called for (*see* ¶ 9 above). No electronic files will be considered to have been submitted unless the Claims Administrator issues an email to that effect. **Do not assume that your file has been received until you receive this email. If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at info@LuckinCoffeeSecuritiesLitigation.com to inquire about your file and confirm it was received.**

IMPORTANT: PLEASE NOTE

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD. THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM WITHIN 60 DAYS OF YOUR SUBMISSION. IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD WITHIN 60 DAYS, CONTACT THE CLAIMS ADMINISTRATOR TOLL FREE AT 1-855-535-1824.**

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

## PART III – SCHEDULE OF TRANSACTIONS IN LUCKIN ADSs

Use this section to provide information on your holdings and trading of Luckin ADSs during the requested time periods. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, ¶ 7 above.

**1. PURCHASES/ACQUISITIONS FROM MAY 17, 2019 THROUGH JULY 15, 2020, INCLUSIVE** – Separately list each and every purchase or acquisition (including free receipts) of Luckin ADSs from May 17, 2019 through and including the close of trading on July 15, 2020. Include Luckin ADSs purchased in Luckin's May 17, 2019 Initial Public Offering and January 10, 2020 Secondary Public Offering and Luckin ADSs purchased on the open market from May 17, 2019 through July 15, 2020. (Must be documented.)

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of ADSs Purchased/ Acquired | Purchase Price Per ADS | Total Purchase Price (excluding any fees, commissions, and taxes) | Were the shares purchased in or traceable to the May 2019 IPO or the Jan. 2020 SPO? | Confirm Proof of Purchase/ Acquisition Enclosed |
|---|---|---|---|---|---|
| 0 8 0 2 1 9 | 8 3 0 0 | 2 4 . 5 0 | . | | ☒ |
| 0 7 2 3 1 9 | 2 9 0 0 | 2 2 . 3 9 | . | | ☒ |
| | | . | . | | ☐ |
| | | . | . | | ☐ |
| | | . | . | | ☐ |

**2. PURCHASES/ACQUISITIONS FROM JULY 16, 2020 THROUGH OCTOBER 20, 2021, INCLUSIVE** – State the total number of Luckin ADSs purchased or acquired (including free receipts) from July 16, 2020 through the close of trading on October 20, 2021. If none, write "zero" or "0."[1]

| | | | | | | | 0 | . | | |
|---|---|---|---|---|---|---|---|---|---|---|

**3. SALES FROM MAY 17, 2019 THROUGH OCTOBER 20, 2021** – Separately list each and every sale or disposition (including free deliveries) of Luckin ADSs from May 17, 2019 through and including the close of trading on October 20, 2021. (Must be documented.)

IF NONE, CHECK HERE ☐

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of ADSs Sold | Sale Price Per ADS | Total Sale Price (not deducting any fees, commissions, and taxes) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| 0 8 1 4 1 9 | 1 1 0 | 2 1 . 2 2 | 2 3 3 1 . 1 4 | ☒ |
| 0 8 1 4 1 9 | 3 4 0 0 | 2 1 . 2 0 | 7 2 0 7 8 . 0 9 | ☒ |
| 0 8 1 4 1 9 | 2 1 9 4 | 2 1 . 1 2 | 4 6 3 7 8 . 9 6 | ☒ |
| 0 8 1 4 1 9 | 2 7 7 7 | 2 1 . 2 4 | 5 8 9 7 4 . 8 8 | ☒ |
| 0 8 1 4 1 9 | 2 7 0 2 | 2 1 . 1 9 | 5 7 2 2 4 . 8 6 | ☒ |

**4. HOLDINGS AS OF OCTOBER 20, 2021** – State the total number of Luckin ADSs held as of the close of trading on October 20, 2021. (Must be documented.) If none, write "zero" or "0."

| | | | | | | 0 | . | | |
|---|---|---|---|---|---|---|---|---|---|

Confirm Proof of Position Enclosed ☐

**IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX.** ☐

---

[1] **Please note:** Information requested with respect to your purchases and acquisitions of Luckin ADSs from July 16, 2020 through the close of trading on October 20, 2021 is needed in order to balance your claim; purchases and acquisitions during this period, however, are not eligible under the Settlement and will not be used for purposes of calculating your Recognized Claim under the Plan of Allocation.

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

## PART IV - RELEASE OF CLAIMS AND SIGNATURE

### YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW AND SIGN ON PAGE 7 OF THIS CLAIM FORM.

I (we) hereby acknowledge that, pursuant to the terms set forth in the Stipulation, without further action by anyone, upon the Effective Date of the Settlement, I (we), on behalf of myself (ourselves) and my (our) (the claimant(s)') heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Plaintiffs' Claim against Luckin and the other Defendants' Released Parties, and shall forever be barred and enjoined from prosecuting any or all of the Released Plaintiffs' Claims against any of the Defendants' Released Parties in any jurisdiction.

## CERTIFICATION

By signing and submitting this Claim Form, the claimant(s) or the person(s) who represent(s) the claimant(s) agree(s) to the release above and certifies (certify) as follows:

    1.    that I (we) have read and understand the contents of the Settlement Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation;

    2.    that the claimant(s) is a (are) Class Member(s), as defined in the Settlement Notice, is (are) not excluded by definition from the Class as set forth in the Settlement Notice and did *not* submit a request for exclusion from the Class;

    3.    that I (we) own(ed) the Luckin ADSs identified in the Claim Form and have not assigned the claim against any of the Defendants or any of the other Defendants' Released Parties to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

    4.    that the claimant(s) has (have) not submitted any other claim covering the same purchases of Luckin ADSs and knows (know) of no other person having done so on the claimant's (claimants') behalf;

    5.    that the claimant(s) submit(s) to the jurisdiction of the Court with respect to claimant's (claimants') claim and for purposes of enforcing the releases set forth herein;

    6.    that I (we) agree to furnish such additional information with respect to this Claim Form as Class Counsel, the Claims Administrator, or the Court may require;

    7.    that the claimant(s) waive(s) the right to trial by jury, to the extent it exists, and agree(s) to the determination by the Court of the validity or amount of this claim, and waives any right of appeal or review with respect to such determination;

    8.    that should Luckin determine in its absolute discretion that the Settlement should also be implemented in the Cayman Islands by way of a scheme of arrangement promulgated under section 86 of the Cayman Islands Companies Act 1981 (the "Scheme"), the claimant(s) appoint(s) Sjunde AP-Fonden and Louisiana Sheriff's Pension & Relief Fund as its/their proxy to vote in favor of the Scheme at all meetings convened for the purpose of approving the Scheme;

    9.    that I (we) acknowledge that the claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

    10.    that the claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (i) the claimant(s) is (are) exempt from backup withholding or (ii) the claimant(s) has (have) not been notified by the IRS that he, she, or it is subject to backup withholding as a result of a failure to report all interest or dividends or (iii) the IRS has notified the claimant(s) that he, she, or it is no longer subject to backup withholding. **If the IRS has notified the claimant(s) that he, she, it, or they is (are) subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

06-CA40050093
AE9086 v.09

6

UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

Signature of claimant

Date: 0 3 - 1 5 - 2 0 2 2
MM    DD    YYYY

Print claimant name here

Signature of joint claimant, if here

Date: ☐☐ - ☐☐ - ☐☐☐☐
MM    DD    YYYY

Print joint claimant name here

*If the claimant is other than an individual, or is not the person completing this form, the following also must be provided:*

Signature of person signing on behalf of claimant

Date: ☐☐ - ☐☐ - ☐☐☐☐
MM    DD    YYYY

Print name of person signing on behalf of claimant here

Capacity of person signing on behalf of claimant, if other than an individual, *e.g.*, executor, president, trustee, custodian, etc. (Must provide evidence of authority to act on behalf of claimant – *see* ¶ 11 on page 4 of this Claim Form.)

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

07-CA40050093
AE9087 v.09

7

## REMINDER CHECKLIST

1. Sign the above release and certification. If this Claim Form is being made on behalf of joint claimants, then both must sign.

2. Attach only *copies* of acceptable supporting documentation as these documents will not be returned to you.

3. Do not highlight any portion of the Claim Form or any supporting documents.

4. Keep copies of the completed Claim Form and documentation for your own records.

5. The Claims Administrator will acknowledge receipt of your Claim Form by mail, within 60 days of your submission. Your claim is not deemed filed until you receive an acknowledgement postcard. **If you do not receive an acknowledgement postcard within 60 days, please call the Claims Administrator toll free at 1-855-535-1824.**

6. If your address changes in the future, or if this Claim Form was sent to an old or incorrect address, you must send the Claims Administrator written notification of your new address. If you change your name, inform the Claims Administrator.

7. If you have any questions or concerns regarding your claim, contact the Claims Administrator at the address below, by email at info@LuckinCoffeeSecuritiesLitigation.com, or by toll-free phone at 1-855-535-1824, or you may visit www.LuckinCoffeeSecuritiesLitigation.com.

**This Claim Form must be mailed to the Claims Administrator by first-class mail or submitted online at www.LuckinCoffeeSecuritiesLitigation.com, postmarked (or received) no later than March 15, 2022. If mailed, the Claim Form should be addressed as follows:**

*In re Luckin Coffee Inc. Securities Litigation*
**c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887**

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if a postmark date on or before March 15, 2022 is indicated on the envelope and it is mailed First Class, and addressed in accordance with the above instructions. In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to fully process all of the Claim Forms. Please be patient and notify the Claims Administrator of any change of address.

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

08-CA40050093
AE9088 v.09                                    8




# Attachments

Patch Code 3



LOREN WAYNE GILES

# Terms and Conditions

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with assets. [1]

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month? The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart. Margin Equity = Total Account Equity (Total Long Margin/ble Value + Total Short Value)

**Activity Summary:** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current account value including Alternative Investments as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary:** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated investment income² and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period). This statement represents a statement of account assets and account activity of your account only. There is no guarantee that you will receive this amount or any dividend.

**Account Activity:** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:** Confirm executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:** Cash management transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports:** Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact us at 800-669-3900 within ten (10) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing. The statement will otherwise be considered conclusive.

**Account Protection:** TD Ameritrade FDIC Insured Deposit Account ("IDA") deposits are held at one or more banks ("Program Banks"). Two of the Program Banks are TD Bank, N.A. and TD Bank USA, N.A., both affiliates of TD Ameritrade. IDA deposits are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds may seek to preserve their value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Mutual fund purchases may be subject to eligibility and other restrictions, as well as charges and expenses. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances.

¹Due to rounding adjustments, the statement details may not equal the statement totals.
²Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided.

Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis:** Cost-Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by CCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:** Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Not Available ("NA"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The secondary market for Certificates of Deposits ("CDs") is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Bonds Quantity:** The figure on the statement represents the number of bonds. For example, $3,000 of a $1,000 face value bond would display as "3" in the quantity.

**Alternative Investments ("AI"),** also called Non Standard Assets ("NSA"), are typically investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI are typically illiquid investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, unconfirmed management estimates, independent appraisals, the program's net assets, and/or third party tender offers that have been provided by the management, administrator, and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as Not Available ("NA"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. AI transaction fees are applicable to purchases, capital call processing, and redemptions.

Λ Distributions on Direct Participation Programs and/or RCITs are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

**Auction Rate Securities ("ARS") Pricing:** The market values for ARS securities have been obtained, if available, from quotation services or other independent sources. The accuracy of the pricing is not guaranteed. If a market value is not available, TD Ameritrade will price the ARS position taking into consideration both the liquidity and underlying credit quality. The ARS may lack liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market and its clearinghouse, if any, on which such transactions are executed, (ii) federal and state laws and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance.

**MSRB RULE G-10:** TD Ameritrade, Inc. is registered with the Municipal Securities Rulemaking Board and the U.S. Securities and Exchange Commission. The website address for the Municipal

Securities Rulemaking Board is http://www.msrb.org. An investor brochure is available on the website of the Municipal Securities Rulemaking Board which describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.

**Financial Statement Notification:** The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the internet at http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions.

**Free Credit Balances (Rule 15c3-2 & 3):** Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T):** If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list other risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosures (Rules 606 and 607):** The firm receives compensation for directing listed and OTC securities, and options order flow to selected market centers (e.g., broker-dealers, exchanges and alternative trading systems (including electronic communications networks)) for execution. Compensation generally is in the form of a per share or per contract cash payment. TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades. TD Ameritrade posts SEC Rule 606 quarterly reports that include order routing disclosures at www.tdameritrade.com. A written copy is available upon request. In addition, on request, TD Ameritrade will provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from those orders.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price disimprovement, likelihood of execution, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Trade Confirmations (Rule 10b-10):** All confirmations are transmitted on the transaction date. If you participate in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Futures/Options Disclosures for EU Clients:** In accordance with the Packaged Retail and Insurance-based Investment Products Regulation - EU No 1286, retail investors based in the European Economic Area (EEA) can access Key Information Documents (KIDs) through the following landing page: https://tdameritrade.com/priips-regulation.page

**Taxes:** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities:** The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

TDA 150 12/18



## Statement Reporting Period:
07/01/19 - 07/31/19

TD AMERITRADE
DIVISION OF TD AMERITRADE INC

*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account #** ▮▮▮▮▮▮▮▮
LOREN WAYNE GILES

### Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | $ - | ($1,331.73) | $1,331.73 | - | $ - | - | |
| Insrd Dep Acct (IDA) | 86.22 | 110,265.55 | (110,179.33) | (99.9)% | - | 0.07% | |
| Money Market | - | - | - | - | - | - | |
| Short Balance | - | - | - | - | - | - | |
| Stocks | 291,382.00 | 267,733.25 | 23,648.75 | 8.8% | 334.00 | 0.1% | |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | |
| **Total** | **$291,468.22** | **$376,667.07** | **($85,198.85)** | **(22.6)%** | **$334.00** | **0.1%** | Stocks 100.0% |
| **Margin Equity** | **100.0%** | | | | | | |

### Cash Activity Summary

| | Current | YTD |
|---|---|---|
| Opening Balance | ($1,331.73) | $ - |
| Securities Purchased | (64,937.95) | (845,924.65) |
| Securities Sold | - | 912,681.83 |
| Funds Deposited | - | - |
| Funds Disbursed | (44,000.00) | (65,000.00) |
| Income | 83.50 | 83.52 |
| Expense | - | (2,004.61) |
| Other | 110,186.18 | 163.91 |
| **Closing Balance** | **$ 0.00** | **$0.00** |

### Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $83.50 | $ - | $83.50 |
| Interest | - | - | 0.02 |
| Other | - | - | - |
| **Expense** | | | |
| Interest | - | - | (2,004.61) |
| Fees | - | - | - |
| Other | - | - | - |
| **Net** | **$83.50** | **$0.00** | **($1,921.09)** |

### Performance Summary

| | |
|---|---|
| Cost Basis As Of - 07/31/19 ** | $601,526.42 |
| Unrealized Gains | 5,503.05 |
| Unrealized Losses | (315,647.47) |
| Funds Deposited/(Disbursed)YTD | (65,000.00) |
| Income/(Expense)YTD | (1,921.09) |
| Securities Received/(Delivered)YTD | 0.00 |

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Gain/Loss.

07/01/19 - 07/31/19

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **DEBITS** | | |
| Electronic Transfer | $ (44,000.00) | |
| *Subtotal* | (44,000.00) | $ (65,000.00) |
| | | (65,000.00) |
| **TOTAL** | **(44,000.00)** | (65,000.00) |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Interest Income Credit Balance | $ 0.00 | $ 0.02 |
| Margin Interest Charged | 0.00 | (2,004.61) |
| Qualified Dividends | 83.50 | 83.50 |
| IDA Interest | 6.85 | 18.67 |

*This section displays current and year to date taxation values for this account. The current totals may not equate to the total payments listed on this statement as corrections to tax reporting may also be included. These corrections can include changes made to previous payments and removal of payments reportable in a previous tax year (spillover dividends). The year to date totals will accurately reflect your cumulative amount for the year.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| CHINA SHEN ZHOU MNG & RES INC COM | CSHZ | 1.100 | $ NA | $ NA | 12/30/10 | $ 9,865.99 | $ 8.97 | $ (9,865.99) | $ - | - |
| DMC GLOBAL INC COM | BOOM | 4,175 | 52.24 | 218,102.00 | 04/16/19 | 292,048.20 | 69.95 | (73,946.20) | 334.00 | 0.2% |
| LUCKIN COFFEE INC ADR SPONSORED | LK | 2,900 | 24.29 | 70,441.00 | 07/23/19 | 64,937.95 | 22.39 | 5,503.05 | - | - |
| VIVUS INC COM | VVUS | 850 | 3.34 | 2,839.00 | 03/23/12 | 234,674.28 | 276.09 | (231,835.28) | - | - |
| **Total Stocks** | | | | $291,382.00 | | $601,526.42 | | $(310,144.42) | $334.00 | 0.1% |
| **Total Margin Account** | | | | $291,382.00 | | $601,526.42 | | $(310,144.42) | $334.00 | 0.1% |

Case 1:20-cv-01293-JPC   Document 347-4   Filed 03/06/23   Page 77 of 355

**Statement for Account #** ▮▮▮▮▮

07/01/19 - 07/31/19

## Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|
| **DEBITS** | | | |
| Electronic Transfer | 07/23/2019 | ACH OUT – 07/22/2019 06:17PM | $ (44,000.00) |
| **Subtotal** | | | (44,000.00) |
| **TOTAL** | | | (44,000.00) |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | ($1,331.73) |
| 07/01/19 | 07/01/19 | Margin | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | $ 0.00 | $ 1,331.73 | 0.00 |
| 07/16/19 | 07/16/19 | Margin | Div/Int - Income | DMC GLOBAL INC COM Payable: 07/16/2019 QUALIFIED DIVIDENDS 83.50 | BOOM | - | 0.00 | 83.50 | 83.50 |
| 07/16/19 | 07/16/19 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (83.50) | 0.00 |
| 07/22/19 | 07/23/19 | Margin | - Funds Disbursed | ACH OUT – 07/22/2019 06:17PM | - | - | 0.00 | (44,000.00) | (44,000.00) |
| 07/23/19 | 07/23/19 | Margin | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 44,000.00 | 0.00 |
| 07/23/19 | 07/25/19 | Margin | Buy - Securities Purchased | LUCKIN COFFEE INC ADR SPONSORED Commission/Fee 6.95 | LK | 2,900 | 22.39 | (64,937.95) | (64,937.95) |
| 07/25/19 | 07/25/19 | Margin | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 64,937.95 | 0.00 |
| **Closing Balance** | | | | | | | | | $ 0.00 |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## Insured Deposit Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 07/01/19 | $ 108,933.82 | 15 | 0.1000 | $ 4.47 | $ 4.47 | $ - |
| 07/16/19 | 109,017.32 | 7 | 0.1000 | 2.09 | 6.56 | - |
| 07/23/19 | 65,017.32 | 2 | 0.0800 | 0.29 | 6.85 | - |
| 07/25/19 | 79.37 | 7 | 0.0700 | - | 6.85 | 6.85 |
| **Total Interest Income** | | | | | | $6.85 |

## Insured Deposit Account Activity

| Date Cleared | Check Number | Date Written | Transaction | Description | Tracking Code | Expense Code | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | **$110,265.55** |
| 07/01/19 | - | 07/01/19 | Delivered | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | $ (1,331.73) | 108,933.82 |
| 07/16/19 | - | 07/16/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 83.50 | 109,017.32 |
| 07/23/19 | - | 07/23/19 | Delivered | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | (44,000.00) | 65,017.32 |
| 07/25/19 | - | 07/25/19 | Delivered | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | (64,937.95) | 79.37 |
| 07/31/19 | - | 07/31/19 | Received | Interest: Insured Deposit Account Bank NA | - | - | 6.85 | 86.22 |

**Closing Balance**                                                                                                            **$86.22**
**US Bank NA**                                                                                                                 **$86.22**

FDIC Insured Deposit Account (IDA) balances reflected in your brokerage account are FDIC-insured up to applicable limits and held by one or more banks ("Program Banks"). Two of the Program Banks are TD Bank, N.A. and TD Bank USA, N.A., both affiliates of TD Ameritrade. The IDA balances are not covered by the Securities Investor Protection Corporation (SIPC) protection applicable to your brokerage account.



LOREN WAYNE GILES

# Terms and Conditions

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with assets. [1]

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month? The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart. Margin Equity = Total Account Equity (Total Long Marginable Value + Total Short Value)

**Activity Summary:** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current account value including Alternative Investments as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary:** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated investment income and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period). This statement represents a statement of account assets and account activity of your account only. There is no guarantee that you will receive this amount or any dividend.

**Account Activity:** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:** Confirm executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:** Cash management transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports:** Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact us at 800-669-3900 within ten (10) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing. The statement will otherwise be considered conclusive.

**Account Protection:** TD Ameritrade FDIC Insured Deposit Account ("IDA") deposits are held at one or more banks ("Program Banks"). Two of the Program Banks are TD Bank, N.A. and TD Bank USA, N.A., both affiliates of TD Ameritrade. IDA deposits are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of brokerage insolvency, a client may recover amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds may seek to preserve their value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Mutual fund purchases may be subject to eligibility and other restrictions, as well as charges and expenses. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances.

[1] Due to rounding adjustments, the statement details may not equal the statement totals.
[2] Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided.

Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis:** Cost-Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by CCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:** Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Not Available ("NA"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The secondary market for Certificates of Deposits ("CDs") is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Bonds Quantity:** The figure on the statement represents the number of bonds. For example, $3,000 of a $1,000 face value bond would display as "3" in the quantity.

**Alternative Investments ("AI"),** also called Non Standard Assets ("NSA"), are typically investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI are typically illiquid investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, unconfirmed management estimates, independent appraisals, the program's net assets, and/or other third party tender offers that have been provided by the management, administrator, and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as Not Available ("NA"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. All transaction fees are applicable to purchases, capital call processing, and redemptions.

A Distributions on Direct Participation Programs and/or REITs are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

**Auction Rate Securities ("ARS") Pricing:** The market values for ARS securities have been obtained, if available, from quotation services or other independent sources. The accuracy of the pricing is not guaranteed. If a market value is not available, TD Ameritrade will price the ARS position taking into consideration both the liquidity and underlying credit quality. The ARS may lack liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market and its clearinghouse, if any, on which such transactions are executed; (ii) federal and state laws and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-0999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance.

**MSRB RULE G-10:** TD Ameritrade, Inc. is registered with the Municipal Securities Rulemaking Board and the U.S. Securities and Exchange Commission. The website address for the Municipal

Securities Rulemaking Board is http://www.msrb.org. An investor brochure is available on the website of the Municipal Securities Rulemaking Board which describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.

**Financial Statement Notification:** The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the internet at http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions.

**Free Credit Balances (Rule 15c3-2 & 3):** Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T):** If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607):** The firm receives compensation for directing listed and OTC securities, and option order flow to selected market centers (e.g., broker-dealers, exchanges and alternative trading systems (including electronic communications networks)) for execution. Compensation generally is in the form of a per share or per contract cash payment. TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades. TD Ameritrade posts SEC Rule 606 quarterly reports that include order routing disclosures at www.tdameritrade.com. A written copy is available upon request. In addition, on request, TD Ameritrade will provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price disimprovement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Trade Confirmations (Rule 10b-10):** All confirmations are transmitted on the transaction date. If you participate in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Futures/Options Disclosures for EU Clients:** In accordance with the Packaged Retail and Insurance-based Investment Products Regulation - EU No 1286, retail investors based in the European Economic Area (EEA) can access Key Information Documents (KIDs) through the following landing page: https://tdameritrade.com/priips-regulation.page

**Taxes:** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities:** The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

TDA 150 12/18

# Ameritrade

**Statement Reporting Period:**
08/01/19 - 08/31/19

**Statement for Account #** ▮▮▮▮

LOREN WAYNE GILES

TD AMERITRADE
DIVISION OF TD AMERITRADE INC

*TD Ameritrade Clearing, Inc., Member SIPC*

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | ($1.61) | $ - | ($1.61) | - | $ - | - | |
| Insrd Dep Acct (IDA) | 260,928.49 | 86.22 | 260,842.27 | - | - | 0.12% | |
| Money Market | - | - | - | - | - | - | Stocks 1.3% |
| Short Balance | - | - | - | - | - | - | |
| Stocks | 3,442.50 | 291,382.00 | (287,939.50) | (98.8)% | - | - | |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | |
| **Total** | **$264,369.38** | **$291,468.22** | **($27,098.84)** | **(9.3)%** | **$ 0.00** | **0.0%** | IDA 98.7% |
| **Margin Equity** | **100.0%** | | | | | | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| Opening Balance | $ 0.00 | $ - |
| Securities Purchased | (646,211.85) | (1,492,136.50) |
| Securities Sold | 900,648.50 | 1,813,330.33 |
| Funds Deposited | 6,400.00 | 6,400.00 |
| Funds Disbursed | - | (65,000.00) |
| Income | 0.21 | 83.73 |
| Expense | (1.82) | (2,006.43) |
| Other | (260,836.65) | (260,672.74) |
| **Closing Balance** | **($1.61)** | **($1.61)** |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $ - | $ - | $83.50 |
| Interest | 0.21 | - | 0.23 |
| Other | - | - | - |
| **Expense** | | | |
| Interest | (1.82) | - | (2,006.43) |
| Fees | - | - | - |
| Other | - | - | - |
| **Net** | **($1.61)** | **$0.00** | **($1,922.70)** |

## Performance Summary

| | |
|---|---|
| Cost Basis As Of - 08/31/19 ** | $244,540.27 |
| Unrealized Gains | - |
| Unrealized Losses | (241,097.77) |
| Funds Deposited/(Disbursed)^YTD | (58,600.00) |
| Income/(Expense)^YTD | (1,922.70) |
| Securities Received/(Delivered)^YTD | 0.00 |

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Gain/Loss.

page 1 of 11

**Statement for Account #** ▮▮▮▮▮

08/01/19 – 08/31/19

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | $ 6,400.00 | $ 6,400.00 |
| *Subtotal* | 6,400.00 | 6,400.00 |
| **DEBITS** | | |
| Electronic Transfer | $ - | $ (65,000.00) |
| *Subtotal* | 0.00 | (65,000.00) |
| **TOTAL** | 6,400.00 | (58,600.00) |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Interest Income Credit Balance | $ 0.21 | $ 0.23 |
| Margin Interest Charged | (1.82) | (2,006.43) |
| Qualified Dividends | 0.00 | 83.50 |
| IDA Interest | 5.62 | 24.29 |

*This section displays current and year to date taxation values for this account. The current totals may not equate to the total payments listed on this statement as corrections to tax reporting may also be included. These corrections can include changes made to previous payments and removal of payments reportable in a previous tax year (spillover dividends). The year to date totals will accurately reflect your cumulative amount for the year.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| CHINA SHEN ZHOU MNG & RES INC COM DELISTED | 16942H109 | 1,100 | $ NA | $ NA | 12/30/10 | $ 9,865.99 | $ 8.97 | $ (9,865.99) | $ - | - |
| VIVUS INC COM | VVUS | 850 | 4.05 | 3,442.50 | 03/23/12 | 234,674.28 | 276.09 | (231,231.78) | - | - |
| **Total Stocks** | | | | $3,442.50 | | $244,540.27 | | $(241,097.77) | $0.00 | 0.0% |
| **Total Margin Account** | | | | $3,442.50 | | $244,540.27 | | $(241,097.77) | $0.00 | 0.0% |

page 2 of 11

## Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|
| **CREDITS** | | | |
| Electronic Transfer | 08/27/2019 | ACH IN | $ 6,400.00 |
| *Subtotal* | | | 6,400.00 |
| **TOTAL** | | | 6,400.00 |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$ 0.00** |
| 08/02/19 | 08/06/19 | Margin | Sell - Securities Sold | DMC GLOBAL INC COM Commission/Fee 6.95 Regulatory Fee 0.23 | BOOM | 200- | $ 48.84 | $ 9,760.82 | 9,760.82 |
| 08/02/19 | 08/06/19 | Margin | Sell - Securities Sold | DMC GLOBAL INC COM Regulatory Fee 0.45 | BOOM | 400- | 48.83 | 19,531.55 | 29,292.37 |
| 08/02/19 | 08/06/19 | Margin | Sell - Securities Sold | DMC GLOBAL INC COM Regulatory Fee 0.11 | BOOM | 100- | 48.79 | 4,878.89 | 34,171.26 |
| 08/02/19 | 08/06/19 | Margin | Sell - Securities Sold | DMC GLOBAL INC COM Regulatory Fee 0.01 | BOOM | 10- | 48.66 | 486.59 | 34,657.85 |
| 08/02/19 | 08/06/19 | Margin | Sell - Securities Sold | DMC GLOBAL INC COM Regulatory Fee 0.11 | BOOM | 100- | 48.65 | 4,864.89 | 39,522.74 |
| 08/02/19 | 08/06/19 | Margin | Sell - Securities Sold | DMC GLOBAL INC COM Regulatory Fee 0.10 | BOOM | 90- | 48.64 | 4,377.50 | 43,900.24 |
| 08/02/19 | 08/06/19 | Margin | Sell - Securities Sold | DMC GLOBAL INC COM Regulatory Fee 0.23 | BOOM | 200- | 48.63 | 9,725.77 | 53,626.01 |
| 08/02/19 | 08/06/19 | Margin | Sell - Securities Sold | DMC GLOBAL INC COM Regulatory Fee 3.47 | BOOM | 3,075- | 48.62 | 149,503.03 | 203,129.04 |
| 08/02/19 | 08/06/19 | Margin | Buy - Securities Purchased | LUCKIN COFFEE INC ADR SPONSORED Commission/Fee 6.95 | LK | 8,300 | 24.50 | (203,356.95) | (227.91) |

Case 1:20-cv-01293-JPC   Document 347-4   Filed 03/06/23   Page 84 of 355

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08/06/19 | 08/06/19 | Margin | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 86.22 | (141.69) |
| 08/06/19 | 08/06/19 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 7,473.05 | 7,331.36 |
| 08/07/19 | 08/07/19 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (7,331.36) | 0.00 |
| 08/07/19 | 08/07/19 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 3,034.00 | 3,034.00 |
| 08/08/19 | 08/08/19 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (3,034.00) | 0.00 |
| 08/08/19 | 08/08/19 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (4,633.00) | (4,633.00) |
| 08/09/19 | 08/09/19 | Margin | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 4,633.00 | 0.00 |
| 08/09/19 | 08/09/19 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 2,911.00 | 2,911.00 |
| 08/12/19 | 08/12/19 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (2,911.00) | 0.00 |
| 08/12/19 | 08/12/19 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 2,501.00 | 2,501.00 |
| 08/13/19 | 08/13/19 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (2,501.00) | 0.00 |
| 08/13/19 | 08/13/19 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (5,863.00) | (5,863.00) |
| 08/14/19 | 08/14/19 | Margin | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 5,863.00 | 0.00 |
| 08/14/19 | 08/14/19 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 12,095.00 | 12,095.00 |
| 08/15/19 | 08/15/19 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (12,095.00) | 0.00 |
| 08/15/19 | 08/15/19 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 1,230.00 | 1,230.00 |
| 08/14/19 | 08/16/19 | Margin | Sell - Securities Sold | LUCKIN COFFEE INC ADR SPONSORED Commission/Fee 6.95 Regulatory Fee 1.55 | LK | 2,777- | 21.24 | 58,974.98 | 60,204.98 |
| 08/14/19 | 08/16/19 | Margin | Sell - Securities Sold | LUCKIN COFFEE INC ADR SPONSORED Regulatory Fee 0.06 | LK | 110- | 21.22 | 2,334.14 | 62,539.12 |
| 08/14/19 | 08/16/19 | Margin | Sell - Securities Sold | LUCKIN COFFEE INC ADR SPONSORED | LK | 10- | 21.21 | 212.10 | 62,751.22 |
| 08/14/19 | 08/16/19 | Margin | Sell - Securities Sold | LUCKIN COFFEE INC ADR SPONSORED Regulatory Fee 1.91 | LK | 3,400- | 21.20 | 72,078.09 | 134,829.31 |

Case 1:20-cv-01293-JPC    Document 347-4    Filed 03/06/23    Page 85 of 355

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08/14/19 | 08/16/19 | Margin | Sell - Securities Sold | LUCKIN COFFEE INC ADR SPONSORED | LK | 5- | 21.19 | 105.95 | 134,935.26 |
| 08/14/19 | 08/16/19 | Margin | Sell - Securities Sold | LUCKIN COFFEE INC ADR SPONSORED Regulatory Fee 1.50 | LK | 2,702- | 21.18 | 57,226.86 | 192,162.12 |
| 08/14/19 | 08/16/19 | Margin | Sell - Securities Sold | LUCKIN COFFEE INC ADR SPONSORED Regulatory Fee 1.22 | LK | 2,196- | 21.1203 | 46,378.96 | 238,541.08 |
| 08/16/19 | 08/16/19 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (149,421.58) | 89,119.50 |
| 08/16/19 | 08/16/19 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (5,371.00) | 83,748.50 |
| 08/19/19 | 08/19/19 | Margin | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 8,252.00 | 92,000.50 |
| 08/19/19 | 08/19/19 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 5,863.00 | 97,863.50 |
| 08/20/19 | 08/20/19 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (8,956.00) | 88,907.50 |
| 08/20/19 | 08/20/19 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 10,086.00 | 98,993.50 |
| 08/21/19 | 08/21/19 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (15,571.00) | 83,422.50 |
| 08/21/19 | 08/21/19 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (3,854.00) | 79,568.50 |
| 08/22/19 | 08/22/19 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (78,041.05) | 1,527.45 |
| 08/22/19 | 08/22/19 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (2,665.00) | (1,137.55) |
| 08/23/19 | 08/23/19 | Margin | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 80,433.45 | 79,295.90 |
| 08/23/19 | 08/23/19 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (219.95) | 79,075.95 |
| 08/22/19 | 08/26/19 | Margin | Buy - Securities Purchased | SERVICENOW INC COM Commission/Fee 6.95 | NOW | 1,000 | 266.00 | (266,006.95) | (186,931.00) |
| 08/26/19 | 08/26/19 | Margin | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 180,680.54 | (6,250.46) |

| | Account Activity | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Settle Date** | **Acct Type** | **Transaction/ Cash Activity\*** | **Description** | **Symbol/ CUSIP** | **Quantity** | **Price** | **Amount** | **Balance** |
| 08/26/19 | 08/26/19 | Margin | Div/Int - Other | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC Interest: Insured Deposit Account Bank NA Payable: 08/31/2019 Insured Deposit Account Interest 2.52 | MMDA1 | - | 0.00 | 3.90 | (6,246.56) |
| 08/26/19 | 08/27/19 | Margin | - Funds Deposited | ACH IN | - | - | 0.00 | 6,400.00 | 153.44 |
| 08/27/19 | 08/27/19 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (153.44) | 0.00 |
| 08/28/19 | 08/30/19 | Margin | Sell - Securities Sold | SERVICENOW INC COM Commission/Fee 6.95 Regulatory Fee 5.52 | NOW | 1,000- | 260.7858 | 260,773.33 | 260,773.33 |
| 08/30/19 | 08/30/19 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (260,773.33) | 0.00 |
| 08/30/19 | 08/30/19 | Margin | Div/Int - Expense | MARGIN INTEREST CHARGE Payable: 08/30/2019 | - | - | 0.00 | (1.82) | (1.82) |
| 08/30/19 | 08/30/19 | Margin | Div/Int - Income | INTEREST CREDIT Payable: 08/30/2019 | - | - | 0.00 | 0.21 | (1.61) |
| 08/02/19 | 08/06/19 | Short | Sell - Securities Sold | DMC GLOBAL INC COM Commission/Fee 6.95 Regulatory Fee 0.45 | BOOM | 400- | 48.85 | 19,532.60 | 19,530.99 |
| 08/02/19 | 08/06/19 | Short | Sell - Securities Sold | DMC GLOBAL INC COM Regulatory Fee 0.35 | BOOM | 300- | 48.71 | 14,612.65 | 34,143.64 |
| 08/02/19 | 08/06/19 | Short | Sell - Securities Sold | DMC GLOBAL INC COM Regulatory Fee 0.44 | BOOM | 405- | 48.69 | 19,719.01 | 53,862.65 |
| 08/02/19 | 08/06/19 | Short | Sell - Securities Sold | DMC GLOBAL INC COM Regulatory Fee 1.02 | BOOM | 895- | 48.68 | 43,567.58 | 97,430.23 |
| 08/02/19 | 08/06/19 | Short | Sell - Securities Sold | DMC GLOBAL INC COM Regulatory Fee 0.11 | BOOM | 100- | 48.67 | 4,866.89 | 102,297.12 |

Case 1:20-cv-01293-JPC   Document 347-4   Filed 03/06/23   Page 87 of 355

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08/02/19 | 08/06/19 | Short | Sell - Securities Sold | DMC GLOBAL INC COM Regulatory Fee 2.14 | BOOM | 1,900- | 48.5703 | 92,281.43 | 194,578.55 |
| 08/02/19 | 08/06/19 | Short | Sell - Securities Sold | DMC GLOBAL INC COM Regulatory Fee 0.11 | BOOM | 100- | 48.55 | 4,854.89 | 199,433.44 |
| 08/06/19 | 08/06/19 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (7,473.05) | 191,960.39 |
| 08/07/19 | 08/07/19 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (3,034.00) | 188,926.39 |
| 08/08/19 | 08/08/19 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 4,633.00 | 193,559.39 |
| 08/09/19 | 08/09/19 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (2,911.00) | 190,648.39 |
| 08/12/19 | 08/12/19 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (2,501.00) | 188,147.39 |
| 08/13/19 | 08/13/19 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 5,863.00 | 194,010.39 |
| 08/14/19 | 08/14/19 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (12,095.00) | 181,915.39 |
| 08/15/19 | 08/15/19 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (1,230.00) | 180,685.39 |
| 08/16/19 | 08/16/19 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 5,371.00 | 186,056.39 |
| 08/19/19 | 08/19/19 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (5,863.00) | 180,193.39 |
| 08/20/19 | 08/20/19 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (10,086.00) | 170,107.39 |
| 08/21/19 | 08/21/19 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 3,854.00 | 173,961.39 |
| 08/22/19 | 08/22/19 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 2,665.00 | 176,626.39 |
| 08/21/19 | 08/23/19 | Short | Buy - Securities Purchased | DMC GLOBAL INC COM Commission/Fee 6.95 | BOOM | 3,200 | 43.15 | (138,086.95) | 38,539.44 |
| 08/21/19 | 08/23/19 | Short | Buy - Securities Purchased | DMC GLOBAL INC COM | BOOM | 400 | 43.11 | (17,244.00) | 21,295.44 |
| 08/21/19 | 08/23/19 | Short | Buy - Securities Purchased | DMC GLOBAL INC COM | BOOM | 100 | 43.10 | (4,310.00) | 16,985.44 |
| 08/21/19 | 08/23/19 | Short | Buy - Securities Purchased | DMC GLOBAL INC COM | BOOM | 100 | 43.08 | (4,308.00) | 12,677.44 |
| 08/21/19 | 08/23/19 | Short | Buy - Securities Purchased | DMC GLOBAL INC COM | BOOM | 100 | 43.03 | (4,303.00) | 8,374.44 |
| 08/21/19 | 08/23/19 | Short | Buy - Securities Purchased | DMC GLOBAL INC COM | BOOM | 100 | 42.99 | (4,299.00) | 4,075.44 |

Case 1:20-cv-01293-JPC   Document 347-4   Filed 03/06/23   Page 88 of 355

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08/21/19 | 08/23/19 | Short | Buy - Securities Purchased | DMC GLOBAL INC COM | BOOM | 100 | 42.97 | (4,297.00) | (221.56) |
| 08/23/19 | 08/23/19 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 219.95 | (1.61) |
| **Closing Balance** | | | | | | | | | **($1.61)** |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| 08/16/19 | $ - | $ 83,748.50 | 3 | 0.01 | $ - | $ 0.07 |
| 08/19/19 | - | 97,863.50 | 1 | 0.01 | - | 0.03 |
| 08/20/19 | - | 98,993.50 | 1 | 0.01 | - | 0.03 |
| 08/21/19 | - | 79,568.50 | 1 | 0.01 | - | 0.02 |
| 08/23/19 | - | 79,075.95 | 3 | 0.01 | - | 0.06 |
| 08/26/19 | (6,246.56) | - | 1 | 10.50 | 1.82 | - |
| **Total Interest Income/(Expense)** | | | | | **$1.82** | **$0.21** |

## Insured Deposit Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 08/01/19 | $ 86.22 | 5 | 0.0400 | $ - | $ - | $ - |
| 08/06/19 | 0.00 | 1 | 0.0400 | - | - | - |
| 08/07/19 | 7,331.36 | 1 | 0.0400 | 0.01 | 0.01 | - |
| 08/08/19 | 5,732.36 | 4 | 0.0400 | 0.02 | 0.03 | - |
| 08/12/19 | 8,643.36 | 1 | 0.0400 | 0.01 | 0.04 | - |
| 08/13/19 | 5,281.36 | 2 | 0.0400 | 0.01 | 0.05 | - |
| 08/15/19 | 17,376.36 | 1 | 0.0400 | 0.02 | 0.07 | - |
| 08/16/19 | 166,797.94 | 3 | 0.0700 | 0.96 | 1.03 | - |
| 08/19/19 | 158,545.94 | 1 | 0.0700 | 0.31 | 1.34 | - |
| 08/20/19 | 167,501.94 | 1 | 0.0700 | 0.32 | 1.66 | - |
| 08/21/19 | 183,072.94 | 1 | 0.0700 | 0.35 | 2.01 | - |
| 08/22/19 | 259,976.44 | 1 | 0.1199 | 0.85 | 2.86 | - |
| 08/23/19 | 180,680.54 | 3 | 0.0700 | 1.04 | 3.90 | - |
| 08/27/19 | 153.44 | 3 | 0.0400 | - | - | 3.90 |
| 08/30/19 | 260,926.77 | 2 | 0.1199 | 1.72 | 1.72 | - |
| **Total Interest Income** | | | | | | **1.72** |
| | | | | | | **$5.62** |

Case 1:20-cv-01293-JPC   Document 347-4   Filed 03/06/23   Page 89 of 355

## Insured Deposit Account Activity

| Date Cleared | Check Number | Date Written | Transaction | Description | Tracking Code | Expense Code | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | | $86.22 |
| 08/06/19 | - | 08/06/19 | Delivered | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | $ (86.22) | 0.00 |
| 08/07/19 | - | 08/07/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 7,331.36 | 7,331.36 |
| 08/08/19 | - | 08/08/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 3,034.00 | 10,365.36 |
| 08/09/19 | - | 08/09/19 | Delivered | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | (4,633.00) | 5,732.36 |
| 08/12/19 | - | 08/12/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 2,911.00 | 8,643.36 |
| 08/13/19 | - | 08/13/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 2,501.00 | 11,144.36 |
| 08/14/19 | - | 08/14/19 | Delivered | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | (5,863.00) | 5,281.36 |
| 08/15/19 | - | 08/15/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 12,095.00 | 17,376.36 |
| 08/16/19 | - | 08/16/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 149,421.58 | 166,797.94 |
| 08/19/19 | - | 08/19/19 | Delivered | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | (8,252.00) | 158,545.94 |

08/01/19 - 08/31/19

## Insured Deposit Account Activity

| Date Cleared | Check Number | Date Written | Transaction | Description | Tracking Code | Expense Code | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 08/20/19 | - | 08/20/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 8,956.00 | 167,501.94 |
| 08/21/19 | - | 08/21/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 15,571.00 | 183,072.94 |
| 08/22/19 | - | 08/22/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 64,427.06 | 247,500.00 |
| 08/22/19 | - | 08/22/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 13,613.99 | 261,113.99 |
| 08/23/19 | - | 08/23/19 | Delivered | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | (13,613.99) | 247,500.00 |
| 08/23/19 | - | 08/23/19 | Delivered | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | (66,819.46) | 180,680.54 |
| 08/26/19 | - | 08/26/19 | Delivered | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | (180,680.54) | 0.00 |
| 08/27/19 | - | 08/27/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 153.44 | 153.44 |
| 08/30/19 | - | 08/30/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 247,346.56 | 247,500.00 |
| 08/30/19 | - | 08/30/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 13,426.77 | 260,926.77 |
| 08/30/19 | - | 08/30/19 | Received | Interest: Insured Deposit Account Bank USA | - | - | 0.09 | 260,926.86 |

## Insured Deposit Account Activity

| Date Cleared | Check Number | Date Written | Transaction | Description | Tracking Code | Expense Code | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 08/30/19 | – | 08/30/19 | Received | Interest: Insured Deposit Account Bank NA | – | – | 1.63 | 260,928.49 |

**Closing Balance** $260,928.49

**TD Bank NA**

**TD Bank USA NA** $247,501.63

$13,426.86

FDIC Insured Deposit Account (IDA) balances reflected in your brokerage account are FDIC-insured up to applicable limits and held by one or more banks ("Program Banks"). Two of the Program Banks are TD Bank, N.A. and TD Bank USA. N.A., both affiliates of TD Ameritrade. The IDA balances are not covered by the Securities Investor Protection Corporation (SIPC) protection applicable to your brokerage account.

Case 1:20-cv-01293-JPC    Document 347-4    Filed 03/06/23    Page 92 of 355

## Bui, Dinh

| | |
|---|---|
| **From:** | Info_LuckinCoffeeSecuritiesL |
| **Sent:** | Tuesday, March 15, 2022 2:03 PM |
| **To:** | Claims_LuckinCoffeeSecuritie |
| **Subject:** | Luckin Coffee Inc. Securities Litigation – Claim Upload |

Contact Information

Location: \\Ca003-prfs001\CA-7\Luckin Coffee Inc. Securities Litigation - 40050093\Electronic Files Received\Claim\26501\

Name: Loren Giles

Address:



Phone Number: ▮▮▮▮▮▮

Email: ▮▮▮▮▮▮▮▮

Date and Time: 3/15/2022 2:03:23 PM

Confirmation Number: ▮▮▮▮▮▮

1

# Divider Page

*In re Luckin Coffee Inc. Securities Litigation*
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

Website: www.LuckinCoffeeSecuritiesLitigation.com
Email:   info@LuckinCoffeeSecuritiesLitigation.com
Phone:                                            855-535-1824

*400500930004724881*
000 0001984 00000000 0001 0001 01984 INS: 0 0
LOREN W GILES

Claim Number:          20190

Response Deadline:    May 16, 2022

April 26, 2022

## Notice of Deficient Claim Submission

Dear Claimant:

We received your Proof of Claim and Release Form ("Claim") that you submitted in connection with the Settlement obtained in the securities class action *In re Luckin Coffee Inc. Securities Litigation*, Case No. 1:20-cv-01293-JPC-JLC (S.D.N.Y.). We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed on or downloaded from www.LuckinCoffeeSecuritiesLitigation.com.

**Ineligibility Condition:** No Recognized Claim.

In accordance with the Plan of Allocation set forth in the Settlement Notice, the Claim referenced above does not calculate to a Recognized Claim. An example of a condition that would result in no Recognized Claim is that all of the Luckin ADSs purchased during the Class Period were sold for a gain. Because your Claim does not calculate to a Recognized Claim, either for the reason noted in the preceding sentence or for another reason, it is not eligible to receive a distribution from the Net Settlement Fund. Unless you had additional transactions in Luckin ADSs during the Class Period (i.e., May 17, 2019, through July 15, 2020, inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility only by submitting additional transactions in Luckin ADSs during the Class Period that were not previously reflected in your Claim and which make your Claim calculate to a Recognized Claim. For additional information, please reference Appendix A of the Settlement Notice. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured.

AF8911 v.04



**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine if it has a Recognized Claim is described in the Plan of Allocation set forth in Appendix A of the Settlement Notice. The Court will consider approval of the Settlement and the proposed Plan of Allocation at a hearing to be held on July 22, 2022. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.

Sincerely,
Claims Administrator

AF8912 v.04

Divider Page

*In re Luckin Coffee Inc. Securities Litigation*
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

Website: www.LuckinCoffeeSecuritiesLitigation.com
Email:    info@LuckinCoffeeSecuritiesLitigation.com
Phone:                                        855-535-1824

*400500930004724881*
000 0001984 00000000 0001 0001 01984 INS: 0 0
LOREN W GILES

Claim Number:        20190

Response Deadline:    May 16, 2022

April 26, 2022

## Notice of Deficient Claim Submission

Dear Claimant:

We received your Proof of Claim and Release Form ("Claim") that you submitted in connection with the Settlement obtained in the securities class action *In re Luckin Coffee Inc. Securities Litigation*, Case No. 1:20-cv-01293-JPC-JLC (S.D.N.Y.). We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed on or downloaded from www.LuckinCoffeeSecuritiesLitigation.com.

**Ineligibility Condition:** No Recognized Claim.

In accordance with the Plan of Allocation set forth in the Settlement Notice, the Claim referenced above does not calculate to a Recognized Claim. An example of a condition that would result in no Recognized Claim is that all of the Luckin ADSs purchased during the Class Period were sold for a gain. Because your Claim does not calculate to a Recognized Claim, either for the reason noted in the preceding sentence or for another reason, it is not eligible to receive a distribution from the Net Settlement Fund. Unless you had additional transactions in Luckin ADSs during the Class Period (i.e., May 17, 2019, through July 15, 2020, inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility only by submitting additional transactions in Luckin ADSs during the Class Period that were not previously reflected in your Claim and which make your Claim calculate to a Recognized Claim. For additional information, please reference Appendix A of the Settlement Notice. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured.

AF8911 v.04

**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine if it has a Recognized Claim is described in the Plan of Allocation set forth in Appendix A of the Settlement Notice. The Court will consider approval of the Settlement and the proposed Plan of Allocation at a hearing to be held on July 22, 2022. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.

Sincerely,
Claims Administrator

AF8912 v.04

May 13, 2022

Loren Giles



Luckin Coffee Inc. Securities Litigation
C/O Equip Class Action and Claims Solutions Inc.
PO Box 5887
Portland OR 97228-5887

Claim Number 20190

Dear Claims Administrator,

I request the court to review to full rejection of my claim for the losses from my purchase of Luckin coffee.   I purchased 8,300 shares of stock on 8-2-19 for 24.50 and sold on 8-14-19 for 21.20.   It is my understanding that these dates fall within the dates of the Class Period.

Respectfully submitted

Loren Giles



LOREN WAYNE GILES

# Terms and Conditions

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with assets. [1]

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month? The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart. Margin Equity = Total Account Equity (Total Long Marginable Value + Total Short Value)

**Activity Summary:** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current account value including Alternative Investments as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary:** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated investment income[2] and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period). This statement represents a statement of account assets and account activity of your account only. There is no guarantee that you will receive this amount or any dividend.

**Account Activity:** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:** Confirm executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:** Cash management transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports: Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact us at 800-669-3900 within ten (10) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing. The statement will otherwise be considered conclusive.**

**Account Protection:** TD Ameritrade FDIC Insured Deposit Account ("IDA") deposits are held at one or more banks ("Program Banks"). Two of the Program Banks are TD Bank, N.A. and TD Bank USA, N.A., both affiliates of TD Ameritrade. IDA deposits are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds may seek to preserve their value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Mutual fund purchases may be subject to eligibility and other restrictions, as well as charges and expenses. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances.

[1]Due to rounding adjustments, the statement details may not equal the statement totals. [2]Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided.

---

Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis:** Cost-Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by CCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:** Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Not Available ("NA"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The secondary market for Certificates of Deposits ("CDs") is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Bonds Quantity:** The figure on the statement represents the number of bonds. For example, $3,000 of a $1,000 face value bond would display as "3" in the quantity.

**Alternative Investments ("AI"),** also called Non Standard Assets ("NSA"), are typically investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI are typically illiquid investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, unconfirmed management estimates, independent appraisals, independent net assets, and/or third party tender offers that have been provided by the management, administrator, and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as Not Available ("NA"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. All transaction fees are applicable to purchases, capital call processing, and redemptions.

Δ Distributions on Direct Participation Programs and/or REITs are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

**Auction Rate Securities ("ARS") Pricing:** The market values for ARS securities have been obtained, if available, from quotation services or other independent sources. The accuracy of the pricing is not guaranteed. If a market value is not available, TD Ameritrade will price the ARS position, taking into consideration both the liquidity and underlying credit quality. The ARS may lack liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market, and its clearing house, if any, on which such transactions are executed; (ii) federal and state laws, and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance.

**MSRB RULE G-10:** TD Ameritrade, Inc. is registered with the Municipal Securities Rulemaking Board and the U.S. Securities and Exchange Commission. The website address for the Municipal

---

Securities Rulemaking Board is http://www.msrb.org. An investor brochure is available on the website of the Municipal Securities Rulemaking Board which describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.

**Financial Statement Notification:** The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the internet at http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions.

**Free Credit Balances (Rule 15c3-2 & 3):** Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T):** If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607):** The firm receives compensation for directing listed and OTC securities, and options order flow to selected market centers (e.g., broker-dealers, exchanges and alternative trading systems (including electronic communications networks)) for execution. Compensation generally is in the form of a per share or per contract cash payment. TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades. TD Ameritrade posts SEC Rule 606 quarterly reports that include order routing disclosures at www.tdameritrade.com. A written copy is available upon request. In addition, on request, TD Ameritrade will provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price disimprovement, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Trade Confirmations (Rule 10b-10):** All confirmations are transmitted on the transaction date. If you participate in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Futures/Options Disclosures for EU Clients:** In accordance with the Packaged Retail and Insurance-based Investment Products Regulation - EU No 1286, retail investors based in the European Economic Area (EEA) can access Key Information Documents (KIDs) through the following landing page: https://tdameritrade.com/prips-regulation.page

**Taxes:** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities:** The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

# TD Ameritrade

**Statement Reporting Period:**
08/01/19 - 08/31/19

**Statement for Account #** ▮▮▮▮▮
LOREN WAYNE GILES

TD AMERITRADE
DIVISION OF TD AMERITRADE INC

*TD Ameritrade Clearing, Inc., Member SIPC*

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | ($1.61) | $ - | ($1.61) | - | $ - | - | |
| Insrd Dep Acct (IDA) | 260,928.49 | 86.22 | 260,842.27 | - | - | 0.12% | |
| Money Market | - | - | - | - | - | - | Stocks |
| Short Balance | - | - | - | - | - | - | 1.3% |
| Stocks | 3,442.50 | 291,382.00 | (287,939.50) | (98.8)% | - | - | |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | |
| **Total** | **$264,369.38** | **$291,468.22** | **($27,098.84)** | **(9.3)%** | **$ 0.00** | **0.0%** | IDA |
| **Margin Equity** | **100.0%** | | | | | | 98.7% |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | $ 0.00 | $ - |
| Securities Purchased | (646,211.85) | (1,492,136.50) |
| Securities Sold | 900,648.50 | 1,813,330.33 |
| Funds Deposited | 6,400.00 | 6,400.00 |
| Funds Disbursed | - | (65,000.00) |
| Income | 0.21 | 83.73 |
| Expense | (1.82) | (2,006.43) |
| Other | (260,836.65) | (260,672.74) |
| **Closing Balance** | **($1.61)** | **($1.61)** |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $ - | $ - | $83.50 |
| Interest | 0.21 | - | 0.23 |
| Other | - | - | - |
| **Expense** | | | |
| Interest | (1.82) | - | (2,006.43) |
| Fees | - | - | - |
| Other | - | - | - |
| **Net** | **($1.61)** | **$0.00** | **($1,922.70)** |

## Performance Summary

| | |
|---|---|
| Cost Basis As Of - 08/31/19 ** | $244,540.27 |
| Unrealized Gains | - |
| Unrealized Losses | (241,097.77) |
| Funds Deposited/(Disbursed)^YTD | (58,600.00) |
| Income/(Expense)^YTD | (1,922.70) |
| Securities Received/(Delivered)^YTD | 0.00 |

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Gain/Loss.**

page 1 of 11

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | $ 6,400.00 | $ 6,400.00 |
| *Subtotal* | 6,400.00 | 6,400.00 |
| **DEBITS** | | |
| Electronic Transfer | $ - | $ (65,000.00) |
| *Subtotal* | 0.00 | (65,000.00) |
| **TOTAL** | **6,400.00** | (58,600.00) |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Interest Income Credit Balance | $ 0.21 | $ 0.23 |
| Margin Interest Charged | (1.82) | (2,006.43) |
| Qualified Dividends | 0.00 | 83.50 |
| IDA Interest | 5.62 | 24.29 |

*This section displays current and year to date taxation values for this account. The current totals may not equate to the total payments listed on this statement as corrections to tax reporting may also be included. These corrections can include changes made to previous payments and removal of payments reportable in a previous tax year (spillover dividends). The year to date totals will accurately reflect your cumulative amount for the year.

## Account Positions

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| CHINA SHEN ZHOU MNG & RES INC COM DELISTED | 16942H109 | 1,100 | $ NA | $ NA | 12/30/10 | $ 9,865.99 | $ 8.97 | $ (9,865.99) | $ - | - |
| VIVUS INC COM | VVUS | 850 | 4.05 | 3,442.50 | 03/23/12 | 234,674.28 | 276.09 | (231,231.78) | - | - |
| **Total Stocks** | | | | $3,442.50 | | $244,540.27 | | $(241,097.77) | $0.00 | 0.0% |
| **Total Margin Account** | | | | $3,442.50 | | $244,540.27 | | $(241,097.77) | $0.00 | 0.0% |

08/01/19 - 08/31/19

## Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|
| **CREDITS** | | | |
| Electronic Transfer | 08/27/2019 | ACH IN | $ 6,400.00 |
| *Subtotal* | | | 6,400.00 |
| **TOTAL** | | | **6,400.00** |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$ 0.00** |
| 08/02/19 | 08/06/19 | Margin | Sell - Securities Sold | DMC GLOBAL INC COM Commission/Fee 6.95 Regulatory Fee 0.23 | BOOM | 200- | $ 48.84 | $ 9,760.82 | 9,760.82 |
| 08/02/19 | 08/06/19 | Margin | Sell - Securities Sold | DMC GLOBAL INC COM Regulatory Fee 0.45 | BOOM | 400- | 48.83 | 19,531.55 | 29,292.37 |
| 08/02/19 | 08/06/19 | Margin | Sell - Securities Sold | DMC GLOBAL INC COM Regulatory Fee 0.11 | BOOM | 100- | 48.79 | 4,878.89 | 34,171.26 |
| 08/02/19 | 08/06/19 | Margin | Sell - Securities Sold | DMC GLOBAL INC COM Regulatory Fee 0.01 | BOOM | 10- | 48.66 | 486.59 | 34,657.85 |
| 08/02/19 | 08/06/19 | Margin | Sell - Securities Sold | DMC GLOBAL INC COM Regulatory Fee 0.11 | BOOM | 100- | 48.65 | 4,864.89 | 39,522.74 |
| 08/02/19 | 08/06/19 | Margin | Sell - Securities Sold | DMC GLOBAL INC COM Regulatory Fee 0.10 | BOOM | 90- | 48.64 | 4,377.50 | 43,900.24 |
| 08/02/19 | 08/06/19 | Margin | Sell - Securities Sold | DMC GLOBAL INC COM Regulatory Fee 0.23 | BOOM | 200- | 48.63 | 9,725.77 | 53,626.01 |
| 08/02/19 | 08/06/19 | Margin | Sell - Securities Sold | DMC GLOBAL INC COM Regulatory Fee 3.47 | BOOM | 3,075- | 48.62 | 149,503.03 | 203,129.04 |
| 08/02/19 | 08/06/19 | Margin | Buy - Securities Purchased | LUCKIN COFFEE INC ADR SPONSORED Commission/Fee 6.95 | LK | 8,300 | 24.50 | (203,356.95) | (227.91) |

Case 1:20-cv-01293-JPC   Document 347-4   Filed 03/06/23   Page 105 of 355

Case 1:20-cv-01293-JPC Document 347-4 Filed 03/06/23 Page 106 of 355

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Account Activity** | | | |
| **Trade Date** | **Settle Date** | **Acct Type** | **Transaction/ Cash Activity\*** | **Description** | **Symbol/ CUSIP** | **Quantity** | **Price** | **Amount** | **Balance** |
| 08/06/19 | 08/06/19 | Margin | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 86.22 | (141.69) |
| 08/06/19 | 08/06/19 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 7,473.05 | 7,331.36 |
| 08/07/19 | 08/07/19 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (7,331.36) | 0.00 |
| 08/07/19 | 08/07/19 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 3,034.00 | 3,034.00 |
| 08/08/19 | 08/08/19 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (3,034.00) | 0.00 |
| 08/08/19 | 08/08/19 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (4,633.00) | (4,633.00) |
| 08/09/19 | 08/09/19 | Margin | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 4,633.00 | 0.00 |
| 08/09/19 | 08/09/19 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 2,911.00 | 2,911.00 |
| 08/12/19 | 08/12/19 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (2,911.00) | 0.00 |
| 08/12/19 | 08/12/19 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 2,501.00 | 2,501.00 |
| 08/13/19 | 08/13/19 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (2,501.00) | 0.00 |
| 08/13/19 | 08/13/19 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (5,863.00) | (5,863.00) |
| 08/14/19 | 08/14/19 | Margin | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 5,863.00 | 0.00 |
| 08/14/19 | 08/14/19 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 12,095.00 | 12,095.00 |
| 08/15/19 | 08/15/19 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (12,095.00) | 0.00 |
| 08/15/19 | 08/15/19 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 1,230.00 | 1,230.00 |
| 08/14/19 | 08/16/19 | Margin | Sell - Securities Sold | LUCKIN COFFEE INC ADR SPONSORED Commission/Fee 6.95 Regulatory Fee 1.55 | LK | 2,777- | 21.24 | 58,974.98 | 60,204.98 |
| 08/14/19 | 08/16/19 | Margin | Sell - Securities Sold | LUCKIN COFFEE INC ADR SPONSORED Regulatory Fee 0.06 | LK | 110- | 21.22 | 2,334.14 | 62,539.12 |
| 08/14/19 | 08/16/19 | Margin | Sell - Securities Sold | LUCKIN COFFEE INC ADR SPONSORED | LK | 10- | 21.21 | 212.10 | 62,751.22 |
| 08/14/19 | 08/16/19 | Margin | Sell - Securities Sold | LUCKIN COFFEE INC ADR SPONSORED Regulatory Fee 1.91 | LK | 3,400- | 21.20 | 72,078.09 | 134,829.31 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Account Activity** | | | | | |
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
| 08/14/19 | 08/16/19 | Margin | Sell - Securities Sold | LUCKIN COFFEE INC ADR SPONSORED | LK | 5- | 21.19 | 105.95 | 134,935.26 |
| 08/14/19 | 08/16/19 | Margin | Sell - Securities Sold | LUCKIN COFFEE INC ADR SPONSORED Regulatory Fee 1.50 | LK | 2,702- | 21.18 | 57,226.86 | 192,162.12 |
| 08/14/19 | 08/16/19 | Margin | Sell - Securities Sold | LUCKIN COFFEE INC ADR SPONSORED Regulatory Fee 1.22 | LK | 2,196- | 21.1203 | 46,378.96 | 238,541.08 |
| 08/16/19 | 08/16/19 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (149,421.58) | 89,119.50 |
| 08/16/19 | 08/16/19 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (5,371.00) | 83,748.50 |
| 08/19/19 | 08/19/19 | Margin | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 8,252.00 | 92,000.50 |
| 08/19/19 | 08/19/19 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 5,863.00 | 97,863.50 |
| 08/20/19 | 08/20/19 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (8,956.00) | 88,907.50 |
| 08/20/19 | 08/20/19 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 10,086.00 | 98,993.50 |
| 08/21/19 | 08/21/19 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (15,571.00) | 83,422.50 |
| 08/21/19 | 08/21/19 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (3,854.00) | 79,568.50 |
| 08/22/19 | 08/22/19 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (78,041.05) | 1,527.45 |
| 08/22/19 | 08/22/19 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (2,665.00) | (1,137.55) |
| 08/23/19 | 08/23/19 | Margin | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 80,433.45 | 79,295.90 |
| 08/23/19 | 08/23/19 | Margin | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (219.95) | 79,075.95 |
| 08/22/19 | 08/26/19 | Margin | Buy - Securities Purchased | SERVICENOW INC COM Commission/Fee 6.95 | NOW | 1,000 | 266.00 | (266,006.95) | (186,931.00) |
| 08/26/19 | 08/26/19 | Margin | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 180,680.54 | (6,250.46) |

Case 1:20-cv-01293-JPC   Document 347-4   Filed 03/06/23   Page 107 of 355

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Account Activity** | | | | | |
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
| 08/26/19 | 08/26/19 | Margin | Div/Int - Other | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC Interest: Insured Deposit Account Bank NA Payable: 08/31/2019 Insured Deposit Account Interest 2.52 | MMDA1 | - | 0.00 | 3.90 | (6,246.56) |
| 08/26/19 | 08/27/19 | Margin | - Funds Deposited | ACH IN | - | - | 0.00 | 6,400.00 | 153.44 |
| 08/27/19 | 08/27/19 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (153.44) | 0.00 |
| 08/28/19 | 08/30/19 | Margin | Sell - Securities Sold | SERVICENOW INC COM Commission/Fee 6.95 Regulatory Fee 5.52 | NOW | 1,000- | 260.7858 | 260,773.33 | 260,773.33 |
| 08/30/19 | 08/30/19 | Margin | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (260,773.33) | 0.00 |
| 08/30/19 | 08/30/19 | Margin | Div/Int - Expense | MARGIN INTEREST CHARGE Payable: 08/30/2019 | - | - | 0.00 | (1.82) | (1.82) |
| 08/30/19 | 08/30/19 | Margin | Div/Int - Income | INTEREST CREDIT Payable: 08/30/2019 | - | - | 0.00 | 0.21 | (1.61) |
| 08/02/19 | 08/06/19 | Short | Sell - Securities Sold | DMC GLOBAL INC COM Commission/Fee 6.95 Regulatory Fee 0.45 | BOOM | 400- | 48.85 | 19,532.60 | 19,530.99 |
| 08/02/19 | 08/06/19 | Short | Sell - Securities Sold | DMC GLOBAL INC COM Regulatory Fee 0.35 | BOOM | 300- | 48.71 | 14,612.65 | 34,143.64 |
| 08/02/19 | 08/06/19 | Short | Sell - Securities Sold | DMC GLOBAL INC COM Regulatory Fee 0.44 | BOOM | 405- | 48.69 | 19,719.01 | 53,862.65 |
| 08/02/19 | 08/06/19 | Short | Sell - Securities Sold | DMC GLOBAL INC COM Regulatory Fee 1.02 | BOOM | 895- | 48.68 | 43,567.58 | 97,430.23 |
| 08/02/19 | 08/06/19 | Short | Sell - Securities Sold | DMC GLOBAL INC COM Regulatory Fee 0.11 | BOOM | 100- | 48.67 | 4,866.89 | 102,297.12 |

Case 1:20-cv-01293-JPC    Document 347-4    Filed 03/06/23    Page 108 of 355

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08/02/19 | 08/06/19 | Short | Sell - Securities Sold | DMC GLOBAL INC COM Regulatory Fee 2.14 | BOOM | 1,900- | 48.5703 | 92,281.43 | 194,578.55 |
| 08/02/19 | 08/06/19 | Short | Sell - Securities Sold | DMC GLOBAL INC COM Regulatory Fee 0.11 | BOOM | 100- | 48.55 | 4,854.89 | 199,433.44 |
| 08/06/19 | 08/06/19 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (7,473.05) | 191,960.39 |
| 08/07/19 | 08/07/19 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (3,034.00) | 188,926.39 |
| 08/08/19 | 08/08/19 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 4,633.00 | 193,559.39 |
| 08/09/19 | 08/09/19 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (2,911.00) | 190,648.39 |
| 08/12/19 | 08/12/19 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (2,501.00) | 188,147.39 |
| 08/13/19 | 08/13/19 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 5,863.00 | 194,010.39 |
| 08/14/19 | 08/14/19 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (12,095.00) | 181,915.39 |
| 08/15/19 | 08/15/19 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (1,230.00) | 180,685.39 |
| 08/16/19 | 08/16/19 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 5,371.00 | 186,056.39 |
| 08/19/19 | 08/19/19 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (5,863.00) | 180,193.39 |
| 08/20/19 | 08/20/19 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | (10,086.00) | 170,107.39 |
| 08/21/19 | 08/21/19 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 3,854.00 | 173,961.39 |
| 08/22/19 | 08/22/19 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 2,665.00 | 176,626.39 |
| 08/21/19 | 08/23/19 | Short | Buy - Securities Purchased | DMC GLOBAL INC COM Commission/Fee 6.95 | BOOM | 3,200 | 43.15 | (138,086.95) | 38,539.44 |
| 08/21/19 | 08/23/19 | Short | Buy - Securities Purchased | DMC GLOBAL INC COM | BOOM | 400 | 43.11 | (17,244.00) | 21,295.44 |
| 08/21/19 | 08/23/19 | Short | Buy - Securities Purchased | DMC GLOBAL INC COM | BOOM | 100 | 43.10 | (4,310.00) | 16,985.44 |
| 08/21/19 | 08/23/19 | Short | Buy - Securities Purchased | DMC GLOBAL INC COM | BOOM | 100 | 43.08 | (4,308.00) | 12,677.44 |
| 08/21/19 | 08/23/19 | Short | Buy - Securities Purchased | DMC GLOBAL INC COM | BOOM | 100 | 43.03 | (4,303.00) | 8,374.44 |
| 08/21/19 | 08/23/19 | Short | Buy - Securities Purchased | DMC GLOBAL INC COM | BOOM | 100 | 42.99 | (4,299.00) | 4,075.44 |

08/01/19 - 08/31/19

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08/21/19 | 08/23/19 | Short | Buy - Securities Purchased | DMC GLOBAL INC COM | BOOM | 100 | 42.97 | (4,297.00) | (221.56) |
| 08/23/19 | 08/23/19 | Short | Journal - Other | MARK TO MARKET ADJ | - | - | 0.00 | 219.95 | (1.61) |
| **Closing Balance** | | | | | | | | | **($1.61)** |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| 08/16/19 | $ - | $ 83,748.50 | 3 | 0.01 | $ - | $ 0.07 |
| 08/19/19 | - | 97,863.50 | 1 | 0.01 | - | 0.03 |
| 08/20/19 | - | 98,993.50 | 1 | 0.01 | - | 0.03 |
| 08/21/19 | - | 79,568.50 | 1 | 0.01 | - | 0.02 |
| 08/23/19 | - | 79,075.95 | 3 | 0.01 | - | 0.06 |
| 08/26/19 | (6,246.56) | - | 1 | 10.50 | 1.82 | - |
| **Total Interest Income/(Expense)** | | | | | **$1.82** | **$0.21** |

## Insured Deposit Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 08/01/19 | $ 86.22 | 5 | 0.0400 | $ - | $ - | $ - |
| 08/06/19 | 0.00 | 1 | 0.0400 | - | - | - |
| 08/07/19 | 7,331.36 | 1 | 0.0400 | 0.01 | 0.01 | - |
| 08/08/19 | 5,732.36 | 4 | 0.0400 | 0.02 | 0.03 | - |
| 08/12/19 | 8,643.36 | 1 | 0.0400 | 0.01 | 0.04 | - |
| 08/13/19 | 5,281.36 | 2 | 0.0400 | 0.01 | 0.05 | - |
| 08/15/19 | 17,376.36 | 1 | 0.0400 | 0.02 | 0.07 | - |
| 08/16/19 | 166,797.94 | 3 | 0.0700 | 0.96 | 1.03 | - |
| 08/19/19 | 158,545.94 | 1 | 0.0700 | 0.31 | 1.34 | - |
| 08/20/19 | 167,501.94 | 1 | 0.0700 | 0.32 | 1.66 | - |
| 08/21/19 | 183,072.94 | 1 | 0.0700 | 0.35 | 2.01 | - |
| 08/22/19 | 259,976.44 | 1 | 0.1199 | 0.85 | 2.86 | - |
| 08/23/19 | 180,680.54 | 3 | 0.0700 | 1.04 | 3.90 | 3.90 |
| 08/27/19 | 153.44 | 3 | 0.0400 | - | - | - |
| 08/30/19 | 260,926.77 | 2 | 0.1199 | 1.72 | 1.72 | 1.72 |
| **Total Interest Income** | | | | | | **$5.62** |

**Insured Deposit Account Activity**

| Date Cleared | Check Number | Date Written | Transaction | Description | Tracking Code | Expense Code | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | | **$86.22** |
| 08/06/19 | - | 08/06/19 | Delivered | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | $ (86.22) | 0.00 |
| 08/07/19 | - | 08/07/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 7,331.36 | 7,331.36 |
| 08/08/19 | - | 08/08/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 3,034.00 | 10,365.36 |
| 08/09/19 | - | 08/09/19 | Delivered | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | (4,633.00) | 5,732.36 |
| 08/12/19 | - | 08/12/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 2,911.00 | 8,643.36 |
| 08/13/19 | - | 08/13/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 2,501.00 | 11,144.36 |
| 08/14/19 | - | 08/14/19 | Delivered | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | (5,863.00) | 5,281.36 |
| 08/15/19 | - | 08/15/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 12,095.00 | 17,376.36 |
| 08/16/19 | - | 08/16/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 149,421.58 | 166,797.94 |
| 08/19/19 | - | 08/19/19 | Delivered | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | (8,252.00) | 158,545.94 |

Case 1:20-cv-01293-JPC   Document 347-4   Filed 03/06/23   Page 112 of 355

## Insured Deposit Account Activity

| Date Cleared | Check Number | Date Written | Transaction | Description | Tracking Code | Expense Code | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 08/20/19 | - | 08/20/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 8,956.00 | 167,501.94 |
| 08/21/19 | - | 08/21/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 15,571.00 | 183,072.94 |
| 08/22/19 | - | 08/22/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 64,427.06 | 247,500.00 |
| 08/22/19 | - | 08/22/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 13,613.99 | 261,113.99 |
| 08/23/19 | - | 08/23/19 | Delivered | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | (13,613.99) | 247,500.00 |
| 08/23/19 | - | 08/23/19 | Delivered | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | (66,819.46) | 180,680.54 |
| 08/26/19 | - | 08/26/19 | Delivered | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | (180,680.54) | 0.00 |
| 08/27/19 | - | 08/27/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 153.44 | 153.44 |
| 08/30/19 | - | 08/30/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 247,346.56 | 247,500.00 |
| 08/30/19 | - | 08/30/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 13,426.77 | 260,926.77 |
| 08/30/19 | - | 08/30/19 | Received | Interest: Insured Deposit Account Bank USA | - | - | 0.09 | 260,926.86 |

Case 1:20-cv-01293-JPC   Document 347-4   Filed 03/06/23   Page 113 of 355

**Statement for Account #** ███████

08/01/19 - 08/31/19

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Insured Deposit Account Activity** | | | | | | | | | |
| **Date Cleared** | **Check Number** | **Date Written** | **Transaction** | **Description** | | **Tracking Code** | **Expense Code** | **Amount** | **Balance** |
| 08/30/19 | - | 08/30/19 | Received | Interest: Insured Deposit Account Bank NA | | - | - | 1.63 | 260,928.49 |

| | |
|---|---|
| **Closing Balance** | **$260,928.49** |
| **TD Bank NA** | **$247,501.63** |
| **TD Bank USA NA** | **$13,426.86** |

FDIC Insured Deposit Account (IDA) balances reflected in your brokerage account are FDIC-insured up to applicable limits and held by one or more banks ("Program Banks"). Two of the Program Banks are TD Bank, N.A. and TD Bank USA, N.A., both affiliates of TD Ameritrade. The IDA balances are not covered by the Securities Investor Protection Corporation (SIPC) protection applicable to your brokerage account.

U.S. POSTAGE PAID
FCM LG ENV
MAY 13, 22
AMOUNT
$1.96
R2304M110233-11
97228
UNITED STATES POSTAL SERVICE
1000

TO:

Luckin Coffee Ins Securitie Litigatio
C/o Equip Class Action & Claims Solutions
Po Box 5887
Portland OR 97228-5887

FROM:
Giles



Loren W Giles
(20194)

*In re Luckin Coffee Inc. Securities Litigation*
Toll-Free Number: 1-855-535-1824
Email: info@LuckinCoffeeSecuritiesLitigation.com
Website: www.LuckinCoffeeSecuritiesLitigation.com

## PROOF OF CLAIM AND RELEASE FORM

To be eligible to receive a payment from the Settlement, you must complete and sign this Claim Form and mail it by first-class mail to the address below, or submit it online at www.LuckinCoffeeSecuritiesLitigation.com, with supporting documentation, *postmarked* **(or received) no later than March 15, 2022.**

Mail to:

*In re Luckin Coffee Inc. Securities Litigation*
**c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887**

Failure to submit your Claim Form by the date specified will subject your claim to rejection and may preclude you from being eligible to receive a payment from the Settlement.

**Submit your Claim Form only to the Claims Administrator at the address set forth above.**

| TABLE OF CONTENTS | PAGE # |
| --- | --- |
| PART I – CLAIMANT INFORMATION | 2 |
| PART II – GENERAL INSTRUCTIONS | 3-4 |
| PART III – SCHEDULE OF TRANSACTIONS IN LUCKIN AMERICAN DEPOSITORY SHARES | 5 |
| PART IV – RELEASE OF CLAIMS AND SIGNATURE | 6-7 |

01-CA40050093
AE9081 v.09

1

## PART I - CLAIMANT INFORMATION

The Claims Administrator will use this information for all communications regarding this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above. Complete names of all persons and entities must be provided.

Beneficial Owner's Name
First Name | MI | Last Name

L O R E N | W | G I L E S I R A

Joint Beneficial Owner's Name (*if applicable*)
First Name | MI | Last Name

If this claim is submitted for an IRA, and if you would like any check that you MAY be eligible to receive made payable to the IRA, please include "IRA" in the "Last Name" box above (*e.g.*, Jones IRA).

Entity Name (if the Beneficial Owner is not an individual)

Name of Representative, if applicable (*executor, administrator, trustee, c/o, etc.*), if different from Beneficial Owner

Last 4 digits of Social Security Number or Taxpayer Identification Number

Street Address

City | State/Province | ZIP Code

Foreign Postal Code (if applicable) | Foreign Country (if applicable)

Telephone Number (Day) | Telephone Number (Evening)

Email Address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

Account Number

**Type of Beneficial Owner:**

Specify one of the following:

☐ Individual(s)  ☐ Corporation  ☐ UGMA Custodian  ☒ IRA

☐ Partnership  ☐ Estate  ☐ Trust  ☐ Other (describe: _____)

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

02-CA40050093
AE9082 v.09                                              2

## PART II – GENERAL INSTRUCTIONS

1.      It is important that you completely read and understand the Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice") that accompanies this Claim Form, including the Plan of Allocation of the Net Settlement Fund set forth in the Settlement Notice. The Settlement Notice describes the proposed Settlement, how Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved. The Settlement Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form. By signing and submitting this Claim Form, you will be certifying that you have read and that you understand the Settlement Notice, including the terms of the releases described therein and provided for herein.

2.      This Claim Form is directed to **all persons and entities (and their beneficiaries) who purchased or otherwise acquired the American Depository Shares ("ADSs") of Luckin Coffee Inc. ("Luckin") during the Class Period (from May 17, 2019 through July 15, 2020, inclusive)** (the "Class"). Included in the Class are all persons and entities who purchased Luckin ADSs on the open market and/or in or traceable to the May 17, 2019 Initial Public Offering ("IPO") and January 10, 2020 Secondary Public Offering ("SPO") during the Class Period. Certain persons and entities are excluded from the Class by definition as set forth in ¶ 25 of the Settlement Notice.

3.      By submitting this Claim Form, you will be making a request to receive a payment from the Settlement described in the Settlement Notice. IF YOU ARE NOT A CLASS MEMBER (*see* the definition of the Class on page 6 of the Settlement Notice, which sets forth who is included in and who is excluded from the Class), OR IF YOU, OR SOMEONE ACTING ON YOUR BEHALF, SUBMITTED A REQUEST FOR EXCLUSION FROM THE CLASS, DO NOT SUBMIT A CLAIM FORM. **YOU MAY NOT, DIRECTLY OR INDIRECTLY, PARTICIPATE IN THE SETTLEMENT IF YOU ARE NOT A CLASS MEMBER.** THUS, IF YOU ARE EXCLUDED FROM THE CLASS, ANY CLAIM FORM THAT YOU SUBMIT, OR THAT MAY BE SUBMITTED ON YOUR BEHALF, WILL NOT BE ACCEPTED.

4.      **Submission of this Claim Form does not guarantee that you will be eligible to receive a payment from the Settlement, if it is approved. The distribution of the payments to eligible purchasers of Luckin ADSs will be governed by the Plan of Allocation set forth in the Settlement Notice, if it is approved by the Court, or by such other plan of allocation as the Court approves.**

5.      Use the Schedule of Transactions in Part III of this Claim Form to supply all required details of your transaction(s) in, and holdings of, Luckin ADSs. On this schedule, provide all of the requested information with respect to your holdings, purchases, acquisitions, and sales of Luckin ADSs (including free transfers and deliveries), whether such transactions resulted in a profit or a loss. **Failure to report all transaction and holding information during the requested time period may result in the rejection of your claim.**

6.      **Please note**: Only Luckin ADSs purchased or acquired from May 17, 2019 through July 15, 2020, inclusive, are eligible for payment under the Settlement. However, sales of Luckin ADSs during the period from July 16, 2020 through and including the close of trading on October 20, 2021, will be used for purposes of calculating your claim under the Plan of Allocation. Therefore, in order for the Claims Administrator to be able to balance your claim, the requested purchase/acquisition and sale/disposition information during this period must also be provided.

7.      You are required to submit genuine and sufficient documentation for all of your transactions in and holdings of Luckin ADSs as set forth in the Schedule of Transactions in Part III of this Claim Form. Documentation may consist of copies of brokerage confirmation slips or monthly brokerage account statements, or an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement. The Settling Parties and the Claims Administrator do not independently have information about your investments in Luckin ADSs. IF SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN COPIES OF THE DOCUMENTS OR EQUIVALENT DOCUMENTS FROM YOUR BROKER. FAILURE TO SUPPLY THIS DOCUMENTATION MAY RESULT IN THE REJECTION OF YOUR CLAIM. DO NOT SEND ORIGINAL DOCUMENTS. **Please keep a copy of all documents that you send to the Claims Administrator. Also, do not highlight any portion of the Claim Form or any supporting documents.**

8.      **Traceability of Luckin ADSs to Public Offerings in the Class Period.** Public offerings of Luckin ADSs occurred during the Class Period on or about (i) May 17, 2019 (the IPO); and (ii) January 10, 2020 (the SPO). Claimants who purchased Luckin ADSs directly in one or both of the offerings, or who purchased shares "traceable" to one or both of the offerings (as opposed to generally on the open market) may be entitled to additional compensation under the Plan of Allocation. All Luckin ADSs purchased from May 17, 2019 through January 9, 2020 are assumed to be traceable to the IPO. However, if you purchased Luckin ADSs from January 10, 2020 through July 15, 2020 that were not purchased directly in the SPO but that you believe are specifically traceable to Luckin ADSs that were issued in the IPO or SPO, you must submit documentation with your Claim Form showing that the specific ADSs you purchased were shares issued in the IPO or SPO.

9.      Use Part I of this Claim Form entitled "CLAIMANT INFORMATION" to identify the beneficial owner(s) of the Luckin ADSs. The complete name(s) of the beneficial owner(s) must be entered. If you held the Luckin ADSs in your own name, you were the beneficial owner as well as the record owner. If, however, your Luckin ADSs were registered in the name of a third party, such as a nominee or brokerage firm, you were the beneficial owner of the ADSs, but the third party was the record owner. The beneficial owner, not the record owner, must sign this Claim Form to be eligible to participate in the Settlement. If there were joint beneficial owners, each must sign this Claim Form and their names must appear as "Claimants" in Part I of this Claim Form.

10.    **One Claim should be submitted for each separate legal entity or separately managed account.** Separate Claim Forms should be submitted for each separate legal entity (*e.g.,* an individual should not combine his or her IRA holdings and transactions with holdings and transactions made solely in the individual's name). Generally, a single Claim Form should be submitted on behalf of one legal entity including all holdings and transactions made by that entity on one Claim Form. However, if a single person or legal entity had multiple accounts that were separately managed, separate Claims may be submitted for each such account. The Claims Administrator reserves the right to request information on all the holdings and transactions in Luckin ADSs made on behalf of a single beneficial owner.

11.    Agents, executors, administrators, guardians, and trustees must complete and sign the Claim Form on behalf of persons represented by them, and they must:

(a)    expressly state the capacity in which they are acting;

(b)    identify the name; account number; last four digits of the Social Security Number, taxpayer identification number, or comparable identification number for non-U.S. claimants; address; and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the Luckin ADSs; and

(c)    furnish herewith evidence of their authority to bind to the Claim Form the person or entity on whose behalf they are acting. (Authority to complete and sign a Claim Form cannot be established by stockbrokers demonstrating only that they have discretionary authority to trade securities in another person's accounts.)

12.    By submitting a signed Claim Form, you will be swearing that you:

(a)    own(ed) the Luckin ADSs you have listed in the Claim Form; or

(b)    are expressly authorized to act on behalf of the owner thereof.

13.    By submitting a signed Claim Form, you will be swearing to the truth of the statements contained therein and the genuineness of the documents attached thereto, subject to penalties of perjury under the laws of the United States of America. The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your claim and may subject you to civil liability or criminal prosecution.

14.    Payments to eligible Authorized Claimants pursuant to the Plan of Allocation will be made after final approval of the Settlement and any appeals from such approval, and after the completion of all claims processing. The claims process will take substantial time to complete fully and fairly. Please be patient.

15.    **PLEASE NOTE:** As set forth in the Plan of Allocation, each Authorized Claimant shall receive his, her, or its *pro rata* share of the funds available under the Settlement. If the prorated payment to any Authorized Claimant calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to that Authorized Claimant.

16.    If you have questions concerning the Claim Form, or need additional copies of the Claim Form, you may contact the Claims Administrator, Epiq Class Action & Claims Solutions, Inc., at the address on the first page of this Claim Form, by email at info@LuckinCoffeeSecuritiesLitigation.com, or by toll-free phone at 1-855-535-1824, or you can visit the website, www.LuckinCoffeeSecuritiesLitigation.com, where copies of the Claim Form and other relevant documents are available for downloading.

17.    NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. To obtain the *mandatory* electronic filing requirements and file layout, you may visit the Settlement website at www.LuckinCoffeeSecuritiesLitigation.com or you may email the Claims Administrator's electronic filing department at info@LuckinCoffeeSecuritiesLitigation.com. **Any file not in accordance with the required electronic filing format will be subject to rejection.** The *complete* name of the beneficial owner of the securities must be entered where called for (*see* ¶ 9 above). No electronic files will be considered to have been submitted unless the Claims Administrator issues an email to that effect. **Do not assume that your file has been received until you receive this email. If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at info@LuckinCoffeeSecuritiesLitigation.com to inquire about your file and confirm it was received.**

**IMPORTANT: PLEASE NOTE**

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD. THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM WITHIN 60 DAYS OF YOUR SUBMISSION. IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD WITHIN 60 DAYS, CONTACT THE CLAIMS ADMINISTRATOR TOLL FREE AT 1-855-535-1824.**

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

04-CA40050093
AE9084 v.09

4

**PART III – SCHEDULE OF TRANSACTIONS IN LUCKIN ADSs**

Use this section to provide information on your holdings and trading of Luckin ADSs during the requested time periods. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, ¶ 7 above.

**1. PURCHASES/ACQUISITIONS FROM MAY 17, 2019 THROUGH JULY 15, 2020, INCLUSIVE** – Separately list each and every purchase or acquisition (including free receipts) of Luckin ADSs from May 17, 2019 through and including the close of trading on July 15, 2020. Include Luckin ADSs purchased in Luckin's May 17, 2019 Initial Public Offering and January 10, 2020 Secondary Public Offering, and Luckin ADSs purchased on the open market from May 17, 2019 through July 15, 2020. (Must be documented.)

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of ADSs Purchased/ Acquired | Purchase Price Per ADS | Total Purchase Price (excluding any fees, commissions, and taxes) | Were the shares purchased in or traceable to the May 2019 IPO or the Jan. 2020 SPO? | Confirm Proof of Purchase/ Acquisition Enclosed |
|---|---|---|---|---|---|
| 0 8 0 2 / 9 | 4 8 5 | 2 4 . 9 1 | . | ☐ | ☒ |
| | | . | . | ☐ | ☐ |
| | | . | . | ☐ | ☐ |
| | | . | . | ☐ | ☐ |
| | | . | . | ☐ | ☐ |
| | | . | . | ☐ | ☐ |

**2. PURCHASES/ACQUISITIONS FROM JULY 16, 2020 THROUGH OCTOBER 20, 2021, INCLUSIVE** – State the total number of Luckin ADSs purchased or acquired (including free receipts) from July 16, 2020 through the close of trading on October 20, 2021. If none, write "zero" or "0."[1]

| | | 6 | . | |
|---|---|---|---|---|

**3. SALES FROM MAY 17, 2019 THROUGH OCTOBER 20, 2021** – Separately list each and every sale or disposition (including free deliveries) of Luckin ADSs from May 17, 2019 through and including the close of trading on October 20, 2021. (Must be documented.)

**IF NONE, CHECK HERE** ☐

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of ADSs Sold | Sale Price Per ADS | Total Sale Price (not deducting any fees, commissions, and taxes) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| 0 8 0 5 / 9 | 4 8 5 | 2 3 . 8 0 | 1 1 1 9 7 . 7 1 | ☒ |
| | | . | . | ☐ |
| | | . | . | ☐ |
| | | . | . | ☐ |
| | | . | . | ☐ |

**4. HOLDINGS AS OF OCTOBER 20, 2021** – State the total number of Luckin ADSs held as of the close of trading on October 20, 2021. (Must be documented.) If none, write "zero" or "0."

**Confirm Proof of Position Enclosed** ☐

| | | 0 | . | |
|---|---|---|---|---|

**IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX.** ☐

[1] **Please note:** Information requested with respect to your purchases and acquisitions of Luckin ADSs from July 16, 2020 through the close of trading on October 20, 2021 is needed in order to balance your claim; purchases and acquisitions during this period, however, are not eligible under the Settlement and will not be used for purposes of calculating your Recognized Claim under the Plan of Allocation.

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

05-CA40050093
AE9085 v.09

5

## PART IV - RELEASE OF CLAIMS AND SIGNATURE

### YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW AND SIGN ON PAGE 7 OF THIS CLAIM FORM.

I (we) hereby acknowledge that, pursuant to the terms set forth in the Stipulation, without further action by anyone, upon the Effective Date of the Settlement, I (we), on behalf of myself (ourselves) and my (our) (the claimant(s)') heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Plaintiffs' Claim against Luckin and the other Defendants' Released Parties, and shall forever be barred and enjoined from prosecuting any or all of the Released Plaintiffs' Claims against any of the Defendants' Released Parties in any jurisdiction.

### CERTIFICATION

By signing and submitting this Claim Form, the claimant(s) or the person(s) who represent(s) the claimant(s) agree(s) to the release above and certifies (certify) as follows:

1.    that I (we) have read and understand the contents of the Settlement Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation;

2.    that the claimant(s) is a (are) Class Member(s), as defined in the Settlement Notice, is (are) not excluded by definition from the Class as set forth in the Settlement Notice and did *not* submit a request for exclusion from the Class;

3.    that I (we) own(ed) the Luckin ADSs identified in the Claim Form and have not assigned the claim against any of the Defendants or any of the other Defendants' Released Parties to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

4.    that the claimant(s) has (have) not submitted any other claim covering the same purchases of Luckin ADSs and knows (know) of no other person having done so on the claimant's (claimants') behalf;

5.    that the claimant(s) submit(s) to the jurisdiction of the Court with respect to claimant's (claimants') claim and for purposes of enforcing the releases set forth herein;

6.    that I (we) agree to furnish such additional information with respect to this Claim Form as Class Counsel, the Claims Administrator, or the Court may require;

7.    that the claimant(s) waive(s) the right to trial by jury, to the extent it exists, and agree(s) to the determination by the Court of the validity or amount of this claim, and waives any right of appeal or review with respect to such determination;

8.    that should Luckin determine in its absolute discretion that the Settlement should also be implemented in the Cayman Islands by way of a scheme of arrangement promulgated under section 86 of the Cayman Islands Companies Act 1981 (the "Scheme"), the claimant(s) appoint(s) Sjunde AP-Fonden and Louisiana Sheriff's Pension & Relief Fund as its/their proxy to vote in favor of the Scheme at all meetings convened for the purpose of approving the Scheme;

9.    that I (we) acknowledge that the claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

10.    that the claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (i) the claimant(s) is (are) exempt from backup withholding or (ii) the claimant(s) has (have) not been notified by the IRS that he, she, or it is subject to backup withholding as a result of a failure to report all interest or dividends or (iii) the IRS has notified the claimant(s) that he, she, or it is no longer subject to backup withholding. **If the IRS has notified the claimant(s) that he, she, it, or they is (are) subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

06-CA40050093
AE9086 v.09

6

UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

_____
Signature of claimant

Date: 0 3 - 1 5 - 2 0 2 2
      MM    DD    YYYY

_____
Print claimant name here

_____
Signature of joint claimant, if here

Date: ☐☐ - ☐☐ - ☐☐☐☐
      MM    DD    YYYY

_____
Print joint claimant name here

*If the claimant is other than an individual, or is not the person completing this form, the following also must be provided:*

_____
Signature of person signing on behalf of claimant

Date: ☐☐ - ☐☐ - ☐☐☐☐
      MM    DD    YYYY

_____
Print name of person signing on behalf of claimant here

_____

Capacity of person signing on behalf of claimant, if other than an individual, *e.g.*, executor, president, trustee, custodian, etc. (Must provide evidence of authority to act on behalf of claimant – *see* ¶ 11 on page 4 of this Claim Form.)

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

07-CA40050093
AE9087 v.09

7

## REMINDER CHECKLIST

1. Sign the above release and certification. If this Claim Form is being made on behalf of joint claimants, then both must sign.

2. Attach only *copies* of acceptable supporting documentation as these documents will not be returned to you.

3. Do not highlight any portion of the Claim Form or any supporting documents.

4. Keep copies of the completed Claim Form and documentation for your own records.

5. The Claims Administrator will acknowledge receipt of your Claim Form by mail, within 60 days of your submission. Your claim is not deemed filed until you receive an acknowledgement postcard. **If you do not receive an acknowledgement postcard within 60 days, please call the Claims Administrator toll free at 1-855-535-1824.**

6. If your address changes in the future, or if this Claim Form was sent to an old or incorrect address, you must send the Claims Administrator written notification of your new address. If you change your name, inform the Claims Administrator.

7. If you have any questions or concerns regarding your claim, contact the Claims Administrator at the address below, by email at info@LuckinCoffeeSecuritiesLitigation.com, or by toll-free phone at 1-855-535-1824, or you may visit www.LuckinCoffeeSecuritiesLitigation.com.

**This Claim Form must be mailed to the Claims Administrator by first-class mail or submitted online at www.LuckinCoffeeSecuritiesLitigation.com, postmarked (or received) no later than March 15, 2022. If mailed, the Claim Form should be addressed as follows:**

*In re Luckin Coffee Inc. Securities Litigation*
**c/o Epiq Class Action & Claims Solutions, Inc.**
**P.O. Box 5887**
**Portland, OR 97228-5887**

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if a postmark date on or before March 15, 2022 is indicated on the envelope and it is mailed First Class, and addressed in accordance with the above instructions. In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to fully process all of the Claim Forms. Please be patient and notify the Claims Administrator of any change of address.

08-CA40050093
AE9088 v.09



# Attachments



Patch Code 3



PAGE 1 OF 6

**E*TRADE Securities**
**Individual Retirement Account**

**August 1, 2019 - August 31, 2019**
**Account Number:** ▮▮▮▮
**Account Type:**    IRA - CONTRIBUTORY

**E*TRADE Securities LLC**
▮▮▮▮▮▮▮▮

## Customer Update:

**Keep your information up to date.**
Check that your profile is current and correct for security purposes. Visit *etrade.com/myprofile* to review your account info.

**Want to get important documents faster?**
Get your statements, confirms, and tax forms online with paperless delivery. Enroll at *etrade.com/paperless.*

LOREN W GILES
IRA ETRADE CUSTODIAN
▮▮▮▮▮▮▮▮

---

### Account At A Glance



| As of 07/31/19 | As of 08/31/19 |

**Net Change:** ▮▮▮▮▮

---

**E*TRADE**

▲ DETACH HERE

LOREN W GILES
IRA ETRADE CUSTODIAN
▮▮▮▮▮▮

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
▮▮▮▮▮▮

DETACH HERE  ▲

**Use This Deposit Slip**    **Acct:** ▮▮▮▮▮

To contribute to your IRA, please use our online Transfer Money service at www.etrade.com/transfermoney or use this deposit slip.

Check Amount $

Year of Contribution:
_____ 2019
_____ Rollover

▮▮▮▮▮▮



**E✱TRADE Securities**
**Individual Retirement Account**

**E✶TRADE**

Please refer to the E'TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please email us through etrade.com or call 800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU. In case of errors or questions about your electronic transfers please telephone us at 800-ETRADE-1 immediately or write us at E'TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or the problem appeared. When you contact us, you must:
1. Tell us your name, account number, and ATM card or Check card number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you. Inquiries concerning the positions and balances in your account may be directed to ETS at 800-503-9260. All other inquiries regarding your account or the activity therein should be directed to ETS. Please promptly report any inaccuracy or discrepancy in your account to ETS at 800-503-9260. You should re-confirm any oral communication in writing to further protect your rights, including rights under the Securities Investor Protection Act.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders and whether it will receive cash or non-cash payments for routing order flow, and reciprocal business arrangements.

**Margin Accounts.** The amount of margin required will be the greater of (1) the amount required by applicable laws, regulations, the rules of applicable self-regulatory organizations and clearinghouses, or (2) the amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at: www.etrade.com/cashbalance, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options.

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For detailed information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program") The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other more traditional investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values showing on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

ETS is an indirect subsidiary of E'TRADE Financial Corporation. If you have a complaint, please call 800-ETRADE1, or write to: E'TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place following the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-ETRADE1 with any questions.

C1RB240 - 06/18

# E✱TRADE

**Account Number:** ▮▮▮▮

**Statement Period :** August 1, 2019 - August 31, 2019

**Account Type:** IRA - CONTRIBUTORY

**Customer Update:**

Invest on the go.
With the E✱TRADE Mobile app, you have everything you need in the palm of your hand—investing, trading, research, easy-to-use tools, and more. Visit *etrade.com/mobile* to learn more.

## ACCOUNT OVERVIEW

Last Statement Date:      July 31, 2019

Beginning Account Value (On 07/31/19):   $ ▮▮▮
Ending Account Value (On 08/31/19):   $ ▮▮▮
Net Change:   $ ▮▮▮

For current rates, please visit etrade.com/rates

## ASSET ALLOCATION  (AS OF 08/31/19)



## RETIREMENT ACTIVITY SUMMARY

| | | THIS PERIOD | YEAR TO DATE |
|---|---|---|---|
| 2018 Contribution | S | ▮▮▮ | |
| 2019 Contribution | S | ▮▮▮ | |

## ACCOUNT VALUE SUMMARY

| | AS OF 08/31/19 | AS OF 07/31/19 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents<br>**Total Cash/Margin Debt** | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| Stocks, Options & ETF (Long)<br>**Total Value of Securities** | ▮▮▮ | ▮▮▮ | |
| **Net Account Value** | | | |

Securities products and services are offered by E✱TRADE Securities LLC, Member FINRA/SIPC. Sweep Deposit Account is a bank deposit account with E✱TRADE Bank, a Federal savings bank, Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000. Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E✱TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

E✱TRADE Securities LLC • ▮▮▮

Case 1:20-cv-01293-JPC    Document 347-4    Filed 03/06/23    Page 127 of 355

# E✦TRADE

**Account Number:** ████

Statement Period : August 1, 2019 - August 31, 2019

**Account Type:** IRA - CONTRIBUTORY

## NET ACCOUNT VALUE BY MONTH END

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ ███ | $ ███ |
| Securities Sold | $ | $ |
| Interest Received | | |
| Tax Exempt | $ | $ |
| Dividends Received | | |
| Tax Exempt | $ | $ |

Refer to the Retirement Activity Summary section on page 3 for a summary of your retirement account transactions.

## TOP 10 ACCOUNT HOLDINGS  (AS OF 08/31/19)



E*TRADE Securities LLC ███

PAGE 4 OF 6

Case 1:20-cv-01293-JPC   Document 347-4   Filed 03/06/23   Page 128 of 355

# E✳TRADE

**Account Number:** ▮▮▮▮▮▮    Statement Period : August 1, 2019 - August 31, 2019    **Account Type:** IRA - CONTRIBUTORY

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.01% of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **Retirement Sweep Deposit Account Program** | | |
| Opening Balance | | |
| Closing Balance | | |
| Average Balance | | |
| **Retirement Sweep Deposit Account Program Balance by Bank as of August 31, 2019** | | |
| ETRADE BANK | | |

The E*TRADE Financial Retirement Sweep Deposit Account Program (×RSDA ProgramÔ) is a bank sweep program associated with eligible E*TRADE Securities LLC retirement accounts. Cash balances held in retirement accounts are swept to bank deposit accounts at E*TRADE Bank and E*TRADE Savings Bank, which are affiliates of E*TRADE Securities LLC. The RSDA Program is designed to offer up to $500,000 in FDIC deposit insurance coverage to eligible retirement accounts. RSDA Program balances held at the affiliated banks are not covered by SIPC protection. Your balance in the RSDA Program is available to your retirement account for your investment and use upon your request. To learn more about the RSDA Program, please review your RSDA Program Customer Agreement, visit www.etrade.com, or call us at 1-800-387-2331.

| **TOTAL CASH & CASH EQUIVALENTS** | | |
|---|---|---|

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (99.99% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|

# E✱TRADE

**Account Number:** ▮▮▮▮▮▮        Statement Period : August 1, 2019 - August 31, 2019        Account Type: IRA - CONTRIBUTORY

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 08/02/19 09:39 | 08/06/19 | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | LK | Bought | 485 | 24.8150 | 12,042.23 | |
| 08/05/19 15:34 | 08/07/19 | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | LK | Sold | -485 | 23.1030 | | 11,197.71 |

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|

### RETIREMENT SWEEP DEPOSIT ACCOUNT PROGRAM (RSDA) ACTIVITY   ( 0.0300% APY/0.0500%APY Earned as of 08/31/19)

The E*TRADE Financial Retirement Sweep Deposit Account Program (× RSDA ProgramÖ) is a bank sweep program associated with eligible E*TRADE Securities LLC retirement accounts. Cash balances held in retirement accounts are swept to bank deposit accounts at E*TRADE Bank and E*TRADE Savings Bank, which are affiliates of E*TRADE Securities LLC. The RSDA Program is designed to offer up to $500,000 in FDIC deposit insurance coverage to eligible retirement accounts. RSDA Program balances held at the affiliated banks are not covered by SIPC protection. Your balance in the RSDA Program is available to your retirement account for your investment and use upon your request. To learn more about the RSDA Program, please review your RSDA Program Customer Agreement, visit www.etrade.com, or call us at 1-800-387-2331.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|

E*TRADE Securities LLC        PAGE 6 OF 6



**E✱TRADE Securities**
**Individual Retirement Account**

**August 1, 2019 - August 31, 2019**
**Account Number:**
**Account Type:**     **IRA - CONTRIBUTORY**

**E*TRADE Securities LLC**



**Want to get important documents faster?**
Get your statements, confirms, and tax forms
online with paperless delivery. Enroll at
*etrade.com/paperless.*

## Customer Update:

**Keep your information up to date.**
Check that your profile is current and correct for
security purposes. Visit *etrade.com/myprofile*
to review your account info.

LOREN W GILES
IRA ETRADE CUSTODIAN

## Account At A Glance



**E✱TRADE®**

▲  DETACH HERE
LOREN W GILES
IRA ETRADE CUSTODIAN

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC

DETACH HERE  ▲

**Use This Deposit Slip**     **Acct:**

To contribute to your IRA, please use our online Transfer Money
service at www.etrade.com/transfermoney or use this deposit slip.

Check Amount $

Year of Contribution:

_____     2019
_____     Rollover
_____



**E*TRADE Securities**
**Individual Retirement Account**

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please email us through etrade.com or call 800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT. EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU. In case of errors or questions about your electronic transfers please telephone us at 800-ETRADE-1 immediately or write us at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or the problem appeared. When you contact us, you must:
1. Tell us your name, account number, and ATM card or Check card number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you. Inquiries concerning the positions and balances in your account may be directed to ETS at 800-503-9260. All other inquiries regarding your account or the activity therein should be directed to ETS. Please promptly report any inaccuracy or discrepancy in your account to ETS at 800-503-9260. You should re-confirm any oral communication in writing to further protect your rights, including rights under the Securities Investor Protection Act.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity. In certain circumstances payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders and whether it will receive cash or non-cash payments for routing order flow, and reciprocal business arrangements.

**Margin Accounts.** The amount of margin required will be the greater of (1) the amount required by applicable laws, regulations, the rules of applicable self-regulatory organizations and clearinghouses, or (2) the amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at www.etrade.com/cashbalance, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options.

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For detailed information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other more traditional investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values showing on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

ETS is an indirect subsidiary of E*TRADE Financial Corporation. If you have a complaint, please call 800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0404.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place following the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-ETRADE1 with any questions.

S1R5240 - 08/19

# E✳TRADE



**Account Number:** ▇▇▇▇▇▇

**Statement Period :** August 1, 2019 - August 31, 2019

**Account Type:** IRA - CONTRIBUTORY

**Customer Update:** ▇▇▇▇▇▇▇▇▇▇

Invest on the go.
With the E*TRADE Mobile app, you have everything you need in the palm of your hand—investing, trading, research, easy-to-use tools, and more. Visit *etrade.com/mobile* to learn more.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | July 31, 2019 |

| | | |
|---|---|---|
| Beginning Account Value (On 07/31/19): | $ | ▇▇▇ |
| Ending Account Value (On 08/31/19): | $ | ▇▇▇ |
| Net Change: | $ | ▇▇▇ |

For current rates, please visit **etrade.com/rates**

## RETIREMENT ACTIVITY SUMMARY

| | | THIS PERIOD | YEAR TO DATE |
|---|---|---|---|
| 2018 Contribution | S | ▇▇▇▇▇▇▇▇ | |
| 2019 Contribution | S | ▇▇▇▇▇▇▇▇ | |

## ASSET ALLOCATION  (AS OF 08/31/19)



## ACCOUNT VALUE SUMMARY

| | | AS OF 08/31/19 | | AS OF 07/31/19 | % CHANGE |
|---|---|---|---|---|---|
| Cash & Equivalents | $ | ▇▇▇ | $ | ▇▇▇ | |
| Total Cash/Margin Debt | $ | ▇▇▇ | $ | ▇▇▇ | ▇▇▇ |
| Stocks, Options & ETF (Long) | $ | ▇▇▇ | $ | ▇▇▇ | |
| Total Value of Securities | $ | ▇▇▇ | $ | ▇▇▇ | ▇▇▇ |
| **Net Account Value** | $ | ▇▇▇ | $ | ▇▇▇ | ▇▇▇ |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC. Sweep Deposit Account is a bank deposit account with E*TRADE Bank, a Federal savings bank, Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000. Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E*TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

E*TRADE Securities LLC ▇▇▇▇▇▇▇▇▇▇

# E⟩ TRADE

**Account Number:** ▮▮▮▮  **Statement Period :** August 1, 2019 - August 31, 2019  **Account Type:** IRA - CONTRIBUTORY

## NET ACCOUNT VALUE BY MONTH END

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ ▮ | $ ▮ |
| Securities Sold | $ ▮ | $ ▮ |
| Interest Received | | |
| Tax Exempt | $ ▮ | $ ▮ |
| Dividends Received | | |
| Tax Exempt | $ ▮ | $ ▮ |

Refer to the Retirement Activity Summary section on page 3 for a summary of your retirement account transactions.

## TOP 10 ACCOUNT HOLDINGS  (AS OF 08/31/19)



E✱TRADE Securities LLC ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Case 1:20-cv-01293-JPC   Document 347-4   Filed 03/06/23   Page 134 of 355

**Account Number:** ██████

**Statement Period :** August 1, 2019 - August 31, 2019

**Account Type:** IRA - CONTRIBUTORY

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS ████████████

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **Retirement Sweep Deposit Account Program** | | |
| Opening Balance | | |
| Closing Balance | | |
| Average Balance | | |
| **Retirement Sweep Deposit Account Program Balance by Bank as of August 31, 2019** | | |
| ETRADE BANK | | |

The E*TRADE Financial Retirement Sweep Deposit Account Program (×RSDA Program◊) is a bank sweep program associated with eligible E*TRADE Securities LLC retirement accounts. Cash balances held in retirement accounts are swept to bank deposit accounts at E*TRADE Bank and E*TRADE Savings Bank, which are affiliates of E*TRADE Securities LLC. The RSDA Program is designed to offer up to $500,000 in FDIC deposit insurance coverage to eligible retirement accounts. RSDA Program balances held at the affiliated banks are not covered by SIPC protection. Your balance in the RSDA Program is available to your retirement account for your investment and use upon your request. To learn more about the RSDA Program, please review your RSDA Program Customer Agreement, visit www.etrade.com, or call us at 1-800-387-2331.

**TOTAL CASH & CASH EQUIVALENTS**

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS ████████████

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

E*TRADE Securities LLC ████████████████████████████████████

Case 1:20-cv-01293-JPC   Document 347-4   Filed 03/06/23   Page 135 of 355

# E✳TRADE

> E✳TRADE Securities
> **Individual Retirement Account**

Case 1:20-cv-01293-JPC   Document 347-4   Filed 03/06/23   Page 136 of 355

**Account Number:** ▮▮▮▮▮▮          **Statement Period :** August 1, 2019 - August 31, 2019          **Account Type:** IRA - CONTRIBUTORY

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 08/02/19 09:39 | 08/06/19 | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | LK | Bought | 485 | 24.8150 | 12,042.23 | |
| 08/05/19 15:34 | 08/07/19 | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | LK | Sold | -485 | 23.1030 | | 11,197.71 |

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|

### RETIREMENT SWEEP DEPOSIT ACCOUNT PROGRAM (RSDA) ACTIVITY    ( 0.0300% APY/0.0500%APY Earned as of 08/31/19)

The E*TRADE Financial Retirement Sweep Deposit Account Program (× RSDA ProgramÖ) is a bank sweep program associated with eligible E*TRADE Securities LLC retirement accounts. Cash balances held in retirement accounts are swept to bank deposit accounts at E*TRADE Bank and E*TRADE Savings Bank, which are affiliates of E*TRADE Securities LLC. The RSDA Program is designed to offer up to $500,000 in FDIC deposit insurance coverage to eligible retirement accounts. RSDA Program balances held at the affiliated banks are not covered by SIPC protection. Your balance in the RSDA Program is available to your retirement account for your investment and use upon your request. To learn more about the RSDA Program, please review your RSDA Program Customer Agreement, visit www.etrade.com, or call us at 1-800-387-2331.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|

| | |
|---|---|
| **From:** | Info_LuckinCoffeeSecuritiesL |
| **Sent:** | Tuesday, March 15, 2022 2:09 PM |
| **To:** | Claims_LuckinCoffeeSecuritie |
| **Subject:** | Luckin Coffee Inc. Securities Litigation – Claim Upload |

Contact Information

Location: \\Ca003-prfs001\CA-7\Luckin Coffee Inc. Securities Litigation - 40050093\Electronic Files Received\Claim\26512\

Name: Loren Giles

Address:

Phone Number:

Email:

Date and Time: 3/15/2022 2:08:39 PM

Confirmation Number:

1

# Divider Page

*In re Luckin Coffee Inc. Securities Litigation*
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

Website: www.LuckinCoffeeSecuritiesLitigation.com
Email:  info@LuckinCoffeeSecuritiesLitigation.com
Phone:                                     855-535-1824

*400500930004724949*
000 0001985 00000000 0001 0001 01985 INS: 0 0
LOREN W GILES IRA
CONTRIBUTORY
ETRADE CUSTODIAN

Claim Number:        20194

Response Deadline:    May 16, 2022

April 26, 2022

## Notice of Deficient Claim Submission

Dear Claimant:

We received your Proof of Claim and Release Form ("Claim") that you submitted in connection with the Settlement obtained in the securities class action *In re Luckin Coffee Inc. Securities Litigation*, Case No. 1:20-cv-01293-JPC-JLC (S.D.N.Y.). We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed on or downloaded from www.LuckinCoffeeSecuritiesLitigation.com.

**Ineligibility Condition:** No Recognized Claim.

In accordance with the Plan of Allocation set forth in the Settlement Notice, the Claim referenced above does not calculate to a Recognized Claim. An example of a condition that would result in no Recognized Claim is that all of the Luckin ADSs purchased during the Class Period were sold for a gain. Because your Claim does not calculate to a Recognized Claim, either for the reason noted in the preceding sentence or for another reason, it is not eligible to receive a distribution from the Net Settlement Fund. Unless you had additional transactions in Luckin ADSs during the Class Period (i.e., May 17, 2019, through July 15, 2020, inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility only by submitting additional transactions in Luckin ADSs during the Class Period that were not previously reflected in your Claim and which make your Claim calculate to a Recognized Claim. For additional information, please reference Appendix A of the Settlement Notice. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured.

AF8911 v.04



**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine if it has a Recognized Claim is described in the Plan of Allocation set forth in Appendix A of the Settlement Notice. The Court will consider approval of the Settlement and the proposed Plan of Allocation at a hearing to be held on July 22, 2022. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.

Sincerely,
Claims Administrator

AF8912 v.04

Divider Page

*In re Luckin Coffee Inc. Securities Litigation*
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

Website: www.LuckinCoffeeSecuritiesLitigation.com
Email:   info@LuckinCoffeeSecuritiesLitigation.com
Phone:                                          855-535-1824

*400500930004724949*
000 0001985 00000000 0001 0001 01985 INS: 0 0
LOREN W GILES IRA
CONTRIBUTORY
ETRADE CUSTODIAN
████████████

MAY 1 3 2022

Claim Number:      20194

Response Deadline:   May 16, 2022

April 26, 2022

This document was received
in the same envelope as the
previously labeled document
**Document Control**

## Notice of Deficient Claim Submission

Dear Claimant:

We received your Proof of Claim and Release Form ("Claim") that you submitted in connection with the Settlement obtained in the securities class action *In re Luckin Coffee Inc. Securities Litigation*, Case No. 1:20-cv-01293-JPC-JLC (S.D.N.Y.). We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed on or downloaded from www.LuckinCoffeeSecuritiesLitigation.com.

**Ineligibility Condition:** No Recognized Claim.

In accordance with the Plan of Allocation set forth in the Settlement Notice, the Claim referenced above does not calculate to a Recognized Claim. An example of a condition that would result in no Recognized Claim is that all of the Luckin ADSs purchased during the Class Period were sold for a gain. Because your Claim does not calculate to a Recognized Claim, either for the reason noted in the preceding sentence or for another reason, it is not eligible to receive a distribution from the Net Settlement Fund. Unless you had additional transactions in Luckin ADSs during the Class Period (i.e., May 17, 2019, through July 15, 2020, inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility only by submitting additional transactions in Luckin ADSs during the Class Period that were not previously reflected in your Claim and which make your Claim calculate to a Recognized Claim. For additional information, please reference Appendix A of the Settlement Notice. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured.

AF8911 v.04

**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine if it has a Recognized Claim is described in the Plan of Allocation set forth in Appendix A of the Settlement Notice. The Court will consider approval of the Settlement and the proposed Plan of Allocation at a hearing to be held on July 22, 2022. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.

Sincerely,
Claims Administrator

AF8912 v.04

May 13, 2022

Loren Giles



Luckin Coffee Inc. Securities Litigation
C/O Equip Class Action and Claims Solutions Inc.
PO Box 5887
Portland OR 97228-5887

Claim Number 20194

Dear Claims Administrator,

I request the court to review to full rejection of my claim for the losses from my purchase of Luckin coffee.    I purchased 485 shares of stock on 8-2-19 for 24.815 and sold on 8-05-19 for 23.103.   It is my understanding that these dates fall within the dates of the Class Period.


Respectfully submitted

Loren Giles



**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number:** ▮▮▮▮▮▮▮

E✳TRADE Securities LLC

**Account Name:**
LOREN W GILES
IRA ETRADE CUSTODIAN

**Customer Update**
Why not get your statements, confirmations, and tax documents online? Enroll for paperless delivery today at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/05/19 | 08/07/19 | 6 1 | LK | SELL | 485 | $23.103 | Cash | PRINCIPAL | $11,204.96 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | COMMISSION | $6.95 |
| | | | | | | | | FINRA TAF | $0.06 |
| | | | | | | | | FEE | 0.24 |
| | | | | | | | | **NET AMOUNT** | **$11,197.71** |

▲ DETACH HERE

LOREN W GILES
IRA ETRADE CUSTODIAN
▮▮▮▮▮▮▮

DETACH HERE ▲

| Use This Deposit Slip | Acct: ▮▮▮▮▮▮▮ |

To contribute to your IRA, please use our online Transfer Money service at www.etrade.com/transfermoney or this deposit slip.

Check Amount $ _____
Year of Contribution:
_____ 2019
_____ Rollover

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
▮▮▮▮▮▮▮



# E✱TRADE
# FINANCIAL®
Trading • Investing • Banking

**Type of Transaction**
(Market)
1. NYSE
2. NYSE American
3. Other US Registered Exchanges
4. Mutual Funds

5. CBOE
6. Over-the-Counter
7. Underwriting
8. Foreign Exchange or Other

(Capacity in which your broker is acting)
1,2,3,4,5,8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request.
7 As principal

If the symbol (') appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof.

If the symbol (F) appears in the security description, it indicates that the security is "Foreign" and may be subject to interest equalization tax.

If the symbol (T) appears in the security description, an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS.

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service.

## Terms and Conditions

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account, please email us through *etrade.com* or call 800-ETRADE-1. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E*TRADE Securities LLC ("ETS"), Member FINRA/SIPC. Your account is carried by ETS, which maintains your funds and securities deposited with ETS. ETS or its affiliates may be a principal in your transaction.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 800-289-9999 or *www.finra.org*.

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. If your security is selected, it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled, fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction.

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel, prior to execution, will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel.

If required payment or delivery of securities is not made by the settlement date, ETS may, at its option and without further notice, charge interest on the amount shown on the face hereof or cancel, sell out, or buy in the subject securities and charge your account for any expenses, losses, or other costs incurred.

Investments in securities are not guaranteed by ETS, are not insured by the FDIC, and will fluctuate with changes in market conditions. When selling a security, you may receive more or less than your original investment.

The principal amount or commission described on the face hereof may include an Additional Fee* for special services rendered. Other charges may include commissions paid to affiliates of ETS, local taxes, transaction fees, and exchange fees, among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated, the amounts provided with respect to principal, interest, dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request.

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers.

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity that could affect the yield; complete information will be provided upon request. With respect to a zero coupon issue, you will not receive periodic payments, and the securities may be callable at a price below maturity value. Furthermore, a zero coupon issues that is callable and in bearer form may be called without notice by mail to you unless the issue is registered.

For an asset-backed security (e.g., GMO, FNMA, FHLMC, or GMNA), the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield, including estimated yield, weighted average life, and prepayment assumptions, are available upon request.

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable; however, we cannot guarantee their accuracy. Securities for which a rating is not available will be marked "Not Rated." A withdrawn rating "WR" signifies the removal of a rating on either an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark-up or mark-down; both as a dollar and percentage value. The mark-up or mark-down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark-up or mark-down percentage value is calculated as the mark-up or mark-down dollar value divided by the PMP. Trades with a mark-up or mark-down value of "N/A" indicate a negative mark-up or mark-down, i.e., the sale of the security was at a price lower than the PMP.

**LOREN W GILES**
**IRA ETRADE CUSTODIAN**

## Payment for Order Flow Disclosure
The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers"). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit-sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in, determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders, whether it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements.

Trades noted as "AVG PRICE SHOWN-DETAILS ON REQ" are executed through an average price account. The price shown may represent an average of multiple executions or may represent a single execution at the price indicated. Details regarding trades done in an average price account are available upon request.

Rev 04/18 81237B04

*Additional Fees may include a broker-assist fee, an order handling fee and/or market center charges. ETS will charge a fee if you request to have certificates issued in your name and mailed to you.

237 97923 PBA  1 86514          1 of 1 C EDLV AFPEDLV  05/08/19 23:15 001



# E✳TRADE
# FINANCIAL®
Trading  •  Investing  •  Banking

## E✳TRADE Securities

**Investment Account**

# TRADE CONFIRMATION

**Account Number:** ▮▮▮▮▮▮

E✳TRADE Securities LLC



· **Account Name:**

LOREN W GILES
IRA ETRADE CUSTODIAN

| Customer Update |
|---|
| Why not get your statements, confirmations, and tax documents online? Enroll for paperless delivery today at etrade.com/paperless. |

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/02/19 | 08/06/19 | 6 1 | LK | BUY | 485 | $24.815 | Cash | PRINCIPAL | $12,035.28 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | COMMISSION | $6.95 |
| | | | | | | | | NET AMOUNT | $12,042.23 |

▲  DETACH HERE

LOREN W GILES
IRA ETRADE CUSTODIAN
▮▮▮▮▮▮

DETACH HERE  ▲

| Use This Deposit Slip    Acct: ▮▮▮▮▮▮ |
|---|

To contribute to your IRA, please use our online Transfer Money service at www.etrade.com/transfermoney or this deposit slip.

Check Amount $ _____
Year of Contribution:
_____  2019

_____  Rollover

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
▮▮▮▮▮▮



**E✳TRADE FINANCIAL®**

Trading • Investing • Banking

**Type of Transaction**

(Market)

| | |
|---|---|
| 1. NYSE | 5. CBOE |
| 2. NYSE American | 6. Over-the-Counter |
| 3. Other US Registered Exchanges | 7. Underwriting |
| 4. Mutual Funds | 8. Foreign Exchange or Other |

(Capacity in which your broker is acting)

1,2,3,4,5,8 As agent

6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request.

7 As principal

If the symbol (') appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof.

If the symbol (F) appears in the security description, it indicates that the security is "Foreign" and may be subject to interest equalization tax.

If the symbol (T) appears in the security description, an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS.

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service.

**LOREN W GILES**
**IRA ETRADE CUSTODIAN**

**Terms and Conditions**

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account, please email us through *etrade.com* or call 800-ETRADE-1. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E*TRADE Securities LLC ("ETS"), Member FINRA/SIPC. Your account is carried by ETS, which maintains your funds and securities deposited with ETS. ETS or its affiliates may be a principal in your transaction.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 800-289-9999 or *www.finra.org*.

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. If your security is selected, it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled, fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction.

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel, prior to execution, will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel.

If required payment or delivery of securities is not made by the settlement date, ETS may, at its option and without further notice, charge interest on the amount shown on the face hereof or cancel, sell out, or buy in the subject securities and charge your account for any expenses, losses, or other costs incurred.

Investments in securities are not guaranteed by ETS, are not insured by the FDIC, and will fluctuate with changes in market conditions. When selling a security, you may receive more or less than your original investment.

The principal amount or commission described on the face hereof may include an Additional Fee* for special services rendered. Other charges may include commissions paid to affiliates of ETS, local taxes, transaction fees, and exchange fees, among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated, the amounts provided with respect to principal, interest, dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request.

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers.

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity that could affect the yield; complete information will be provided upon request. With respect to a zero coupon issue, you will not receive periodic payments, and the securities may be callable at a price below maturity value. Furthermore, a zero coupon issues that is callable and in bearer form may be called without notice by mail to you unless the issue is registered.

For an asset-backed security (e.g., GMO, FNMA, FHLMC, or GMNA), the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield, including estimated yield, weighted average life, and prepayment assumptions, are available upon request.

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable; however, we cannot guarantee their accuracy. Securities for which a rating is not available will be marked "Not Rated." A withdrawn rating "WR" signifies the removal of a rating on either an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark-up or mark-down; both as a dollar and percentage value. The mark-up or mark-down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark-up or mark-down percentage value is calculated as the mark-up or mark-down dollar value divided by the PMP. Trades with a mark-up or mark-down value of "N/A" indicate a negative mark-up or mark-down, i.e., the sale of the security was at a price lower than the PMP.

*Additional Fees may include a broker-assist fee, an order handling fee and/or market center charges. ETS will charge a fee if you request to have certificates issued in your name and mailed to you.

**Payment for Order Flow Disclosure**

The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers"). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit-sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in, determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders, whether it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements.

Trades noted as "AVG PRICE SHOWN-DETAILS ON REQ" are executed through an average price account. The price shown may represent an average of multiple executions or may represent a single execution at the price indicated. Details regarding trades done in an average price account are available upon request.

Rev 04/18 81237B04

237 79428 PBA  1 69781        1 of 1 C EDLV AFPEDLV   02/08/19 23:39 001

# Richard Wallace
# (319)

AS - IS
Document Control

**Man, Chanpisey**

| | |
|---|---|
| **From:** | Info_LuckinCoffeeSecuritiesL |
| **Sent:** | Friday, November 19, 2021 1:04 PM |
| **To:** | Claims_LuckinCoffeeSecuritie |
| **Subject:** | Luckin Coffee Inc. Securities Litigation – Claim Upload |

Contact Information

Location: \\Ca003-prfs001\CA-7\Luckin Coffee Inc. Securities Litigation - 40050093\Electronic Files Received\Claim\628\

Name: Richard Wallace

Address:

Phone Number:

Email:

Date and Time: 11/19/2021 1:04:25 PM

Confirmation Number: CEIWYE1T

1

Divider Page

*In re Luckin Coffee Inc. Securities Litigation*
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

Website: www.LuckinCoffeeSecuritiesLitigation.com
Email:   info@LuckinCoffeeSecuritiesLitigation.com
Phone:                                    855-535-1824



*400500930004501545*
000 0004783 00000000 0001 0001 04783 INS: 0 0
RICHARD WALLACE

Claim Number:        319

Response Deadline:    April 18, 2022

March 29, 2022

## Notice of Deficient Claim Submission

Dear Claimant:

We received your Proof of Claim and Release Form ("Claim") that you submitted in connection with the Settlement obtained in the securities class action *In re Luckin Coffee Inc. Securities Litigation*, Case No. 1:20-cv-01293-JPC-JLC (S.D.N.Y.). We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement, which has been approved by the Court and which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed on or downloaded from www.LuckinCoffeeSecuritiesLitigation.com.

**Ineligibility Condition:** Missing Signature and/or Proof of Authority to Sign.

The Claim referenced above is missing (i) a signature for an owner, co-owner, joint tenant, custodian, agent, executor, administrator, guardian, and/or trustee; and/or (ii) the authority and/or the capacity of the person who signed the Claim Form to sign on behalf of the beneficial owner.

**How to Resolve:** You can resolve this condition of ineligibility by signing below and returning this notice together with proof of authority to sign, if applicable, to the Claims Administrator by the response deadline. If you purchased/acquired the Luckin ADSs jointly, all owners must sign. If one of the beneficial owners is deceased, you must provide a copy of the death certificate. If you submitted the Claim on behalf of another party, for example, as trustee, executor, power of attorney, etc., you must provide proof of authority to legally act on the beneficiary's behalf. Your signature(s) below will be treated as an execution of your previously submitted Claim and your affirmation of the Release contained on page 7 of the Claim Form.

*Under the penalties of perjury, I (we) certify that all of the information provided by me (us) on the Claim Form previously submitted is true, correct, and complete and that the documents submitted with the Claim Form and/or herewith are true and correct copies of what they purport to be.*

AF8911 v.04



_____   _____
Signature of Claimant or Representative      Date      Signature of Joint Claimant (if any)      Date

_____   _____
Printed Name & Capacity of Person(s) Signing      Joint Claimant Printed Name
(e.g., executor, president, trustee, custodian, etc.)

**PLEASE NOTE:** Curing this deficiency is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured.

**Ineligibility Condition:** No Recognized Claim.

In accordance with the Court-approved Plan of Allocation set forth in the Settlement Notice, the Claim referenced above does not calculate to a Recognized Claim. An example of a condition that would result in no Recognized Claim is that no Luckin ADSs were held through the alleged corrective disclosure on January 31, 2020 (*see* Settlement Notice Appendix A paragraph 7(a)). Because your Claim does not calculate to a Recognized Claim, either for the reason noted in the preceding sentence or for another reason, it is not eligible to receive a distribution from the Net Settlement Fund. Unless you had additional transactions in Luckin ADSs during the Class Period (i.e., May 17, 2019, through July 15, 2020, inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility only by submitting additional transactions in Luckin ADSs during the Class Period that were not previously reflected in your Claim and which make your Claim calculate to a Recognized Claim. For additional information, please reference Appendix A of the Settlement Notice. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured.

**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine if it has a Recognized Claim is described in the Plan of Allocation set forth in Appendix A of the Settlement Notice. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.

Sincerely,
Claims Administrator

AF8912 v.04

Divider Page

In re Luckin Coffee Inc. Securities Litigation
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

Website: www.LuckinCoffeeSecuritiesLitigation.com
Email:    info@LuckinCoffeeSecuritiesLitigation.com
Phone:                                    855-535-1824

RICHARD WALLACE

Claim Number:       319

Response Deadline:   April 18, 2022

March 29, 2022

**AS - IS**
*Document Control*

<u>Notice of Deficient Claim Submission</u>

Dear Claimant:

We received your Proof of Claim and Release Form ("Claim") that you submitted in connection with the Settlement obtained in the securities class action *In re Luckin Coffee Inc. Securities Litigation*, Case No. 1:20-cv-01293-JPC-JLC (S.D.N.Y.). We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that these conditions remain uncured. This is the only notice you will receive with respect to this Claim.

PLEASE NOTE: The Plan of Allocation for the net proceeds of the Settlement, which has been approved by the Court and which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed on or downloaded from www.LuckinCoffeeSecuritiesLitigation.com.

Ineligibility Condition: Missing Signature and/or Proof of Authority to Sign.

The Claim referenced above is missing (i) a signature for an owner, co-owner, joint tenant, custodian, agent, executor, administrator, guardian, and/or trustee; and/or (ii) the authority and/or the capacity of the person who signed the Claim Form to sign on behalf of the beneficial owner.

How to Resolve: You can resolve this condition of ineligibility by signing below and returning this notice together with proof of authority to sign, if applicable, to the Claims Administrator by the response deadline. If you purchased/acquired the Luckin ADSs jointly, all owners must sign. If one of the beneficial owners is deceased, you must provide a copy of the death certificate. If you submitted the Claim on behalf of another party, for example, as trustee, executor, power of attorney, etc., you must provide proof of authority to legally act on the beneficiary's behalf. Your signature(s) below will be treated as an execution of your previously submitted Claim and your affirmation of the Release contained on page 7 of the Claim Form.

Under the penalties of perjury, I (we) certify that all of the information provided by me (us) on the Claim Form previously submitted is true, correct, and complete and that the documents submitted with the Claim Form and those herewith are true and correct as, or of what they purport to be.

*[signature]*

Richard J Wallace

I Request the Court Review my ineligibility Condition
"missing signature" attached per attachment.

AS - IS
*Document Control*

_____  11-6-22
Signature of Claimant or Representative        Date

_____
Signature of Joint Claimant (if any)        Date

Richard F Wallace

Printed Name & Capacity of Person(s) Signing
(e.g., executor, president, trustee, custodian, etc.)

Joint Claimant Printed Name

**PLEASE NOTE:** Curing this deficiency is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured.

<u>Ineligibility Condition:</u> No Recognized Claim.

In accordance with the Court-approved Plan of Allocation set forth in the Settlement Notice, the Claim referenced above does not calculate to a Recognized Claim. An example of a condition that would result in no Recognized Claim is that no Luckin ADSs were held through the alleged corrective disclosure on January 31, 2020 (see Settlement Notice Appendix A paragraph 7(a)). Because your Claim does not calculate to a Recognized Claim, either for the reason noted in the preceding sentence or for another reason, it is not eligible to receive a distribution from the Net Settlement Fund. Unless you had additional transactions in Luckin ADSs during the Class Period (i.e., May 17, 2019, through July 15, 2020, inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

<u>How to Resolve:</u> You can resolve this condition of ineligibility only by submitting additional transactions in Luckin ADSs during the Class Period that were not previously reflected in your Claim and which make your Claim calculate to a Recognized Claim. For additional information, please reference Appendix A of the Settlement Notice. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured.

Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval. The method of calculating a Claim to determine if it has a Recognized Claim is described in the Plan of Allocation set forth in Appendix A of the Settlement Notice. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.

Sincerely,
Claims Administrator

AS - IS
Document Control

## Guerrero, Casandra

| | |
|---|---|
| **From:** | Info_LuckinCoffeeSecuritiesL |
| **Sent:** | Saturday, April 23, 2022 4:18 AM |
| **To:** | Hudson, Renee |
| **Subject:** | FW: Request for Court Review due to missing signature and/or proof of Authority to Sign |
| **Attachments:** | Luckin-1 signed.jpg; Luckin-2 signed.jpg; LuckinSt-purch.jpg |

------------------ Original Message ------------------
**From:** ██████████████
**Received:** 4/6/2022 8:49 AM
**To:** info@LuckinCoffeeSecuritiesLitigation.com; Info@LuckinCoffeeSecuritiesLitigation.com
**Subject:** Request for Court Review due to missing signature and/or proof of Authority to Sign

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Per the notice of Deficient Claim Submission (attached) I: 1- have attached a copy of notice; specifically requesting Court Review for missing signature;
attached page 2 with signature provided; and 3; copy of the stock purchases through my Fidelity Account...
Richard F. Wallace
April 6, 2022

# Ronald Burton (18435)

## PART I - CLAIMANT INFORMATION

The Claims Administrator will use this information for all communications regarding this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above. Complete names of all persons and entities must be provided.

Beneficial Owner's Name
First Name: R O N A L D   MI: S   Last Name: B U R T O N

Joint Beneficial Owner's Name (*if applicable*)
First Name:    MI:   Last Name:

If this claim is submitted for an IRA, and if you would like any check that you MAY be eligible to receive made payable to the IRA, please include "IRA" in the "Last Name" box above (*e.g.*, Jones IRA).

Entity Name (if the Beneficial Owner is not an individual)

Name of Representative, if applicable (*executor, administrator, trustee, c/o, etc.*), if different from Beneficial Owner

Last 4 digits of Social Security Number or Taxpayer Identification Number

Street Address

City                                                              State/Province  ZIP Code

Foreign Postal Code (if applicable)       Foreign Country (if applicable)

Telephone Number (Day)                    Telephone Number (Evening)

Email Address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

Account Number

**Type of Beneficial Owner:**

Specify one of the following:

☒ Individual(s)    ☐ Corporation    ☐ UGMA Custodian    ☐ IRA

☐ Partnership    ☐ Estate    ☐ Trust    ☐ Other (describe: _____ )

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

## PART III – SCHEDULE OF TRANSACTIONS IN LUCKIN ADSs

Use this section to provide information on your holdings and trading of Luckin ADSs during the requested time periods. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, ¶ 7 above.

**1. PURCHASES/ACQUISITIONS FROM MAY 17, 2019 THROUGH JULY 15, 2020, INCLUSIVE** – Separately list each and every purchase or acquisition (including free receipts) of Luckin ADSs from May 17, 2019 through and including the close of trading on July 15, 2020. Include Luckin ADSs purchased in Luckin's May 17, 2019 Initial Public Offering and January 10, 2020 Secondary Public Offering and Luckin ADSs purchased on the open market from May 17, 2019 through July 15, 2020. (Must be documented.)

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of ADSs Purchased/ Acquired | Purchase Price Per ADS | Total Purchase Price (excluding any fees, commissions, and taxes) | Were the shares purchased in or traceable to the May 2019 IPO or the Jan. 2020 SPO? | Confirm Proof of Purchase/ Acquisition Enclosed |
|---|---|---|---|---|---|
| 05 20 20 | 3000 | 3.05 | 9150. | N | Y |
| 05 20 20 | 3000 | 3.05 | 9150. | N | Y |
| 05 20 20 | 1000 | 3.05 | 3050. | N | Y |
| 05 20 20 | 3000 | 3.12 | 9360. | N | Y |
| 05 20 20 | 3000 | 3.12 | 9360. | N | Y |

**2. PURCHASES/ACQUISITIONS FROM JULY 16, 2020 THROUGH OCTOBER 20, 2021, INCLUSIVE** – State the total number of Luckin ADSs purchased or acquired (including free receipts) from July 16, 2020 through the close of trading on October 20, 2021. If none, write "zero" or "0."[1]

NONE.

**3. SALES FROM MAY 17, 2019 THROUGH OCTOBER 20, 2021** – Separately list each and every sale or disposition (including free deliveries) of Luckin ADSs from May 17, 2019 through and including the close of trading on October 20, 2021. (Must be documented.)    IF NONE, CHECK HERE ☑

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of ADSs Sold | Sale Price Per ADS | Total Sale Price (not deducting any fees, commissions, and taxes) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| | | . | . | ☐ |
| | | . | . | ☐ |
| | | . | . | ☐ |
| | | . | . | ☐ |
| | | . | . | ☐ |

*SEE NEXT PAGE*

**4. HOLDINGS AS OF OCTOBER 20, 2021** – State the total number of Luckin ADSs held as of the close of trading on October 20, 2021. (Must be documented.) If none, write "zero" or "0."    Confirm Proof of Position Enclosed ☐

NONE.

**IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX.** ☑ RONALD S BURTON, SOCIAL ▮▮▮

[1] **Please note:** Information requested with respect to your purchases and acquisitions of Luckin ADSs from July 16, 2020 through the close of trading on October 20, 2021 is needed in order to balance your claim; purchases and acquisitions during this period, however, are not eligible under the Settlement and will not be used for purposes of calculating your Recognized Claim under the Plan of Allocation.

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

## PART III – SCHEDULE OF TRANSACTIONS IN LUCKIN ADSs

Use this section to provide information on your holdings and trading of Luckin ADSs during the requested time periods. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, ¶ 7 above.

**1. PURCHASES/ACQUISITIONS FROM MAY 17, 2019 THROUGH JULY 15, 2020, INCLUSIVE** – Separately list each and every purchase or acquisition (including free receipts) of Luckin ADSs from May 17, 2019 through and including the close of trading on July 15, 2020. Include Luckin ADSs purchased in Luckin's May 17, 2019 Initial Public Offering and January 10, 2020 Secondary Public Offering and Luckin ADSs purchased on the open market from May 17, 2019 through July 15, 2020. (Must be documented.)

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of ADSs Purchased/ Acquired | Purchase Price Per ADS | Total Purchase Price (excluding any fees, commissions, and taxes) | Were the shares purchased in or traceable to the May 2019 IPO or the Jan. 2020 SPO? | Confirm Proof of Purchase/ Acquisition Enclosed |
|---|---|---|---|---|---|
| 0 5 2 0 2 0 | 1 0 0 0 | 3 . 1 2 | 3 1 2 0 . | N | Y |
| 0 5 2 1 2 0 | 2 0 0 0 | 2 . 6 0 | 5 2 0 0 . | N | Y |
| 0 5 2 1 2 0 | 2 0 0 0 | 2 . 6 0 | 5 2 0 0 . | N | Y |
| 0 5 2 1 2 0 | 4 0 0 0 | 2 . 3 2 | 9 2 8 0 . | N | Y |
|  |  | . |  . |  |  |

**2. PURCHASES/ACQUISITIONS FROM JULY 16, 2020 THROUGH OCTOBER 20, 2021, INCLUSIVE** – State the total number of Luckin ADSs purchased or acquired (including free receipts) from July 16, 2020 through the close of trading on October 20, 2021. If none, write "zero" or "0."[1]

| | |
|---|---|
| Z E R O . | |

**3. SALES FROM MAY 17, 2019 THROUGH OCTOBER 20, 2021** – Separately list each and every sale or disposition (including free deliveries) of Luckin ADSs from May 17, 2019 through and including the close of trading on October 20, 2021. (Must be documented.)

IF NONE, CHECK HERE ☐

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of ADSs Sold | Sale Price Per ADS | Total Sale Price (not deducting any fees, commissions, and taxes) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| 0 5 2 0 2 0 | 7 0 0 0 | 3 . 2 8 | 2 2 9 6 0 . | Y |
| 0 5 2 0 2 0 | 7 0 0 0 | 2 . 9 3 | 2 0 5 1 0 . | Y |
| 0 5 2 2 2 0 | 8 0 0 0 | 1 . 3 5 | 1 0 8 0 0 . | Y |
|  |  | . |  . | ☐ |
|  |  | . |  . | ☐ |
|  |  | . |  . | ☐ |

**4. HOLDINGS AS OF OCTOBER 20, 2021** – State the total number of Luckin ADSs held as of the close of trading on October 20, 2021. (Must be documented.) If none, write "zero" or "0."

Confirm Proof of Position Enclosed ☐

| | |
|---|---|
| Z E R O N O N E . | |  *zero* |

**IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX.** ☒  RONALD S BURTON. SC CPL ▬

[1] **Please note:** Information requested with respect to your purchases and acquisitions of Luckin ADSs from July 16, 2020 through the close of trading on October 20, 2021 is needed in order to balance your claim; purchases and acquisitions during this period, however, are not eligible under the Settlement and will not be used for purposes of calculating your Recognized Claim under the Plan of Allocation.

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

## PART IV - RELEASE OF CLAIMS AND SIGNATURE

### YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW AND SIGN ON PAGE 7 OF THIS CLAIM FORM.

I (we) hereby acknowledge that, pursuant to the terms set forth in the Stipulation, without further action by anyone, upon the Effective Date of the Settlement, I (we), on behalf of myself (ourselves) and my (our) (the claimant(s)') heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Plaintiffs' Claim against Luckin and the other Defendants' Released Parties, and shall forever be barred and enjoined from prosecuting any or all of the Released Plaintiffs' Claims against any of the Defendants' Released Parties in any jurisdiction.

## CERTIFICATION

By signing and submitting this Claim Form, the claimant(s) or the person(s) who represent(s) the claimant(s) agree(s) to the release above and certifies (certify) as follows:

1. that I (we) have read and understand the contents of the Settlement Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation;

2. that the claimant(s) is a (are) Class Member(s), as defined in the Settlement Notice, is (are) not excluded by definition from the Class as set forth in the Settlement Notice and did *not* submit a request for exclusion from the Class;

3. that I (we) own(ed) the Luckin ADSs identified in the Claim Form and have not assigned the claim against any of the Defendants or any of the other Defendants' Released Parties to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

4. that the claimant(s) has (have) not submitted any other claim covering the same purchases of Luckin ADSs and knows (know) of no other person having done so on the claimant's (claimants') behalf;

5. that the claimant(s) submit(s) to the jurisdiction of the Court with respect to claimant's (claimants') claim and for purposes of enforcing the releases set forth herein;

6. that I (we) agree to furnish such additional information with respect to this Claim Form as Class Counsel, the Claims Administrator, or the Court may require;

7. that the claimant(s) waive(s) the right to trial by jury, to the extent it exists, and agree(s) to the determination by the Court of the validity or amount of this claim, and waives any right of appeal or review with respect to such determination;

8. that should Luckin determine in its absolute discretion that the Settlement should also be implemented in the Cayman Islands by way of a scheme of arrangement promulgated under section 86 of the Cayman Islands Companies Act 1981 (the "Scheme"), the claimant(s) appoint(s) Sjunde AP-Fonden and Louisiana Sheriff's Pension & Relief Fund as its/their proxy to vote in favor of the Scheme at all meetings convened for the purpose of approving the Scheme;

9. that I (we) acknowledge that the claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

10. that the claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (i) the claimant(s) is (are) exempt from backup withholding or (ii) the claimant(s) has (have) not been notified by the IRS that he, she, or it is subject to backup withholding as a result of a failure to report all interest or dividends or (iii) the IRS has notified the claimant(s) that he, she, or it is no longer subject to backup withholding. **If the IRS has notified the claimant(s) that he, she, it, or they is (are) subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

06-CA40050093
AE9086 v.09

6

UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

*Ronald Burton*

Signature of claimant

Date: 0 3 – 1 2 – 2 0 2 2
MM   DD   YYYY

RONALD S. BURTON

Print claimant name here

Signature of joint claimant, if here

Date: ☐☐ – ☐☐ – ☐☐☐☐
MM   DD   YYYY

Print joint claimant name here

*If the claimant is other than an individual, or is not the person completing this form, the following also must be provided:*

Signature of person signing on behalf of claimant

Date: ☐☐ – ☐☐ – ☐☐☐☐
MM   DD   YYYY

Print name of person signing on behalf of claimant here

Capacity of person signing on behalf of claimant, if other than an individual, *e.g.,* executor, president, trustee, custodian, etc. (Must provide evidence of authority to act on behalf of claimant – *see* ¶ 11 on page 4 of this Claim Form.)

**Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824**

07-CA40050093
AE9087 v.09

7





# Attachments



Patch Code 3

 **TD Ameritrade**    DIVISION OF TD AMERITRADE INC     **SIPC**

## Confirmation Notice

**RON BURTON**

| Account Number | Other Information | Transaction Number | Capacity Codes | | Your Representative | | |
|---|---|---|---|---|---|---|---|
| | | 26474021124 | A | | AMERITRADE PLUS 2002 | | |
| **Activity** | **Quantity** | **CUSIP Number** | **Price** | | **Principal Amount** | **Misc Fees** | **Reg Fee** |
| YOU BOUGHT | 7,000 | 54951L109 | 3.05 | | 21,350.00 | 0.00 | 0.00 |
| **As of Trade Date** | **Trade Date** | **Settlement Date** | **Interest** | | **Commission/Fee** | **Net Amount** | |
| | 05/20/2020 | 05/22/2020 | | | 0.00 | 21,350.00 | |
| **Symbol** | LUCKIN COFFEE INC | | **Trade Description** | | | | |
| LK | ADR SPONSORED | | | | | | |

**THIS IS AN UNSOLICITED TRADE**

Trade on the go with our mobile apps. Download at tdameritrade.com/mobileapp

**FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION PLEASE REFER TO THE TERMS AND CONDITIONS.**

 **Ameritrade**    **DIVISION OF TD AMERITRADE INC**  **SIPC**

## Confirmation Notice

**RON BURTON**

| Account Number | Other Information | Transaction Number | Capacity Codes | Your Representative | | |
|---|---|---|---|---|---|---|
| | | 26474027430 | A | AMERITRADE PLUS 2002 | | |

| Activity | Quantity | CUSIP Number | Price | Principal Amount | Misc Fees | Reg Fee |
|---|---|---|---|---|---|---|
| YOU SOLD | 7,000 | 54951L109 | 3.28 | 22,960.00 | | 1.34 |

| As of Trade Date | Trade Date | Settlement Date | Interest | Commission/Fee | Net Amount | |
|---|---|---|---|---|---|---|
| | 05/20/2020 | 05/22/2020 | | 0.00 | 22,958.66 | |

| Symbol | | | Trade Description | | | |
|---|---|---|---|---|---|---|
| LK | LUCKIN COFFEE INC ADR SPONSORED | | | | | |

**CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.**
**THIS IS AN UNSOLICITED TRADE**

**Trade on the go with our mobile apps. Download at tdameritrade.com/mobileapp**

**FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION**
**PLEASE REFER TO THE TERMS AND CONDITIONS.**

 **Ameritrade**    **DIVISION OF TD AMERITRADE INC**     **SIPC**

**Confirmation Notice**

**RON BURTON**

| Account Number | Other Information | Transaction Number | Capacity Codes | Your Representative |  |  |
|---|---|---|---|---|---|---|
|  |  | 26474051868 | A | AMERITRADE PLUS 2002 |  |  |
| **Activity** | **Quantity** | **CUSIP Number** | **Price** | **Principal Amount** | **Misc Fees** | **Reg Fee** |
| YOU BOUGHT | 7,000 | 54951L109 | 3.12 | 21,840.00 |  | 0.00 |
| **As of Trade Date** | **Trade Date** | **Settlement Date** | **Interest** | **Commission/Fee** |  | **Net Amount** |
|  | 05/20/2020 | 05/22/2020 |  | 0.00 |  | 21,840.00 |
| **Symbol** |  |  | **Trade Description** |  |  |  |
| LK | LUCKIN COFFEE INC ADR SPONSORED |  |  |  |  |  |

**THIS IS AN UNSOLICITED TRADE**

Trade on the go with our mobile apps. Download at tdameritrade.com/mobileapp

**FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION PLEASE REFER TO THE TERMS AND CONDITIONS.**

 **Ameritrade**    DIVISION OF TD AMERITRADE INC

## Confirmation Notice

**RON BURTON**

| Account Number | Other Information | Transaction Number | Capacity Codes | Your Representative |
|---|---|---|---|---|
| | | 26474919240 | A | AMERITRADE PLUS 2002 |

| Activity | Quantity | CUSIP Number | Price | Principal Amount | Misc Fees | Reg Fee |
|---|---|---|---|---|---|---|
| YOU SOLD | 7,000 | 54951L109 | 2.93 | 20,510.00 | | 1.28 |

| As of Trade Date | Trade Date | Settlement Date | Interest | Commission/Fee | Net Amount |
|---|---|---|---|---|---|
| | 05/20/2020 | 05/22/2020 | | 0.00 | 20,508.72 |

| Symbol | | | Trade Description |
|---|---|---|---|
| LK | LUCKIN COFFEE INC ADR SPONSORED | | |

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE

Trade on the go with our mobile apps. Download at tdameritrade.com/mobileapp

FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.

 **Ameritrade**          DIVISION OF TD AMERITRADE INC

## Confirmation Notice

**RON BURTON**

| Account Number | Other Information | Transaction Number | Capacity Codes | Your Representative | | |
|---|---|---|---|---|---|---|
| | | 26496400946 | A | AMERITRADE PLUS 2002 | | |
| **Activity** | **Quantity** | **CUSIP Number** | **Price** | **Principal Amount** | **Misc Fees** | **Reg Fee** |
| YOU BOUGHT | 4,000 | 54951L109 | 2.60 | 10,400.00 | 0.00 | 0.00 |
| **As of Trade Date** | **Trade Date** | **Settlement Date** | **Interest** | **Commission/Fee** | **Net Amount** | |
| | 05/21/2020 | 05/26/2020 | | 0.00 | 10,400.00 | |
| **Symbol** | | | **Trade Description** | | | |
| LK | LUCKIN COFFEE INC ADR SPONSORED | | | | | |

**THIS IS AN UNSOLICITED TRADE**

Trade on the go with our mobile apps. Download at tdameritrade.com/mobileapp

**FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION PLEASE REFER TO THE TERMS AND CONDITIONS.**

 **Ameritrade**　　　DIVISION OF TD AMERITRADE INC　　　 **SIPC**

## Confirmation Notice

**RON BURTON**

| Account Number | Other Information | Transaction Number | Capacity Codes | Your Representative |
|---|---|---|---|---|
| | | 26497691330 | A | AMERITRADE PLUS 2002 |

| Activity | Quantity | CUSIP Number | Price | Principal Amount | Misc Fees | Reg Fee |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 4,000 | 54951L109 | 2.32 | 9,280.00 | | 0.00 |

| As of Trade Date | Trade Date | Settlement Date | Interest | Commission/Fee | Net Amount |
|---|---|---|---|---|---|
| | 05/21/2020 | 05/26/2020 | | 0.00 | 9,280.00 |

| Symbol | | Trade Description |
|---|---|---|
| LK | LUCKIN COFFEE INC ADR SPONSORED | |

**THIS IS AN UNSOLICITED TRADE**

**Trade on the go with our mobile apps. Download at tdameritrade.com/mobileapp**

**FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.**

 **Ameritrade**          DIVISION OF TD AMERITRADE INC

**Confirmation Notice**

**RON BURTON**

| Account Number | Other Information | Transaction Number | Capacity Codes | Your Representative |
|---|---|---|---|---|
| | | 26522201148 | A | AMERITRADE PLUS 2002 |

| Activity | Quantity | CUSIP Number | Price | Principal Amount | Misc Fees | Reg Fee |
|---|---|---|---|---|---|---|
| YOU SOLD | 8,000 | 54951L109 | 1.35 | 10,800.00 | 0.00 | 1.19 |

| As of Trade Date | Trade Date | Settlement Date | Interest | Commission/Fee | Net Amount |
|---|---|---|---|---|---|
| | 05/22/2020 | 05/27/2020 | | 0.00 | 10,798.81 |

| Symbol | | Trade Description |
|---|---|---|
| LK | LUCKIN COFFEE INC ADR SPONSORED | |

**CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.**
**THIS IS AN UNSOLICITED TRADE**

Trade on the go with our mobile apps. Download at tdameritrade.com/mobileapp

**FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION**
**PLEASE REFER TO THE TERMS AND CONDITIONS.**

## Neal, Malika

| | |
|---|---|
| **From:** | Info_LuckinCoffeeSecuritiesL |
| **Sent:** | Saturday, March 12, 2022 3:14 PM |
| **To:** | Claims_LuckinCoffeeSecuritie |
| **Subject:** | Luckin Coffee Inc. Securities Litigation – Claim Upload |

Contact Information

Location: \\Ca003-prfs001\CA-7\Luckin Coffee Inc. Securities Litigation - 40050093\Electronic Files Received\Claim\24308\

Name: Ronald Burton

Address:

Phone Number:

Email:

Date and Time: 3/12/2022 3:14:23 PM

Confirmation Number:

Divider Page

*In re Luckin Coffee Inc. Securities Litigation*
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

Website: www.LuckinCoffeeSecuritiesLitigation.com
Email:   info@LuckinCoffeeSecuritiesLitigation.com
Phone:                                     855-535-1824

*400500930004718453*
000 0000387 00000000 0001 0001 00387 INS: 0 0
RONALD S BURTON

Claim Number:        18435

Response Deadline:    May 16, 2022

April 26, 2022

<u>**Notice of Deficient Claim Submission**</u>

Dear Claimant:

We received your Proof of Claim and Release Form ("Claim") that you submitted in connection with the Settlement obtained in the securities class action *In re Luckin Coffee Inc. Securities Litigation*, Case No. 1:20-cv-01293-JPC-JLC (S.D.N.Y.). We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed on or downloaded from www.LuckinCoffeeSecuritiesLitigation.com.

<u>**Ineligibility Condition:**</u> No Recognized Claim.

In accordance with the Plan of Allocation set forth in the Settlement Notice, the Claim referenced above does not calculate to a Recognized Claim. An example of a condition that would result in no Recognized Claim is that all of the Luckin ADSs purchased during the Class Period were sold for a gain. Because your Claim does not calculate to a Recognized Claim, either for the reason noted in the preceding sentence or for another reason, it is not eligible to receive a distribution from the Net Settlement Fund. Unless you had additional transactions in Luckin ADSs during the Class Period (i.e., May 17, 2019, through July 15, 2020, inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

<u>**How to Resolve:**</u> You can resolve this condition of ineligibility only by submitting additional transactions in Luckin ADSs during the Class Period that were not previously reflected in your Claim and which make your Claim calculate to a Recognized Claim. For additional information, please reference Appendix A of the Settlement Notice. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured.

AF8911 v.04



**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine if it has a Recognized Claim is described in the Plan of Allocation set forth in Appendix A of the Settlement Notice. The Court will consider approval of the Settlement and the proposed Plan of Allocation at a hearing to be held on July 22, 2022. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.

Sincerely,
Claims Administrator

AF8912 v.04

Divider Page

*In re Luckin Coffee Inc. Securities Litigation*
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

Website: www.LuckinCoffeeSecuritiesLitigation.com
Email:    info@LuckinCoffeeSecuritiesLitigation.com
Phone:                                        855-535-1824

*400500930004718453*
000 0000387 00000000 0001 0001 00387 INS: 0 0
RONALD S BURTON

Claim Number:        18435

Response Deadline:    May 16, 2022

April 26, 2022

## Notice of Deficient Claim Submission

Dear Claimant:

We received your Proof of Claim and Release Form ("Claim") that you submitted in connection with the Settlement obtained in the securities class action *In re Luckin Coffee Inc. Securities Litigation*, Case No. 1:20-cv-01293-JPC-JLC (S.D.N.Y.). We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed on or downloaded from www.LuckinCoffeeSecuritiesLitigation.com.

**Ineligibility Condition:** No Recognized Claim.

In accordance with the Plan of Allocation set forth in the Settlement Notice, the Claim referenced above does not calculate to a Recognized Claim. An example of a condition that would result in no Recognized Claim is that all of the Luckin ADSs purchased during the Class Period were sold for a gain. Because your Claim does not calculate to a Recognized Claim, either for the reason noted in the preceding sentence or for another reason, it is not eligible to receive a distribution from the Net Settlement Fund. Unless you had additional transactions in Luckin ADSs during the Class Period (i.e., May 17, 2019, through July 15, 2020, inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility only by submitting additional transactions in Luckin ADSs during the Class Period that were not previously reflected in your Claim and which make your Claim calculate to a Recognized Claim. For additional information, please reference Appendix A of the Settlement Notice. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured.

AF8911 v.04

**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine if it has a Recognized Claim is described in the Plan of Allocation set forth in Appendix A of the Settlement Notice. The Court will consider approval of the Settlement and the proposed Plan of Allocation at a hearing to be held on July 22, 2022. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.

Sincerely,
Claims Administrator

AF8912 v.04

## PART I - CLAIMANT INFORMATION

The Claims Administrator will use this information for all communications regarding this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above. Complete names of all persons and entities must be provided.

Beneficial Owner's Name
First Name

R O N A L D

MI

S

Last Name

B U R T O N

Joint Beneficial Owner's Name (*if applicable*)
First Name

MI

Last Name

If this claim is submitted for an IRA, and if you would like any check that you MAY be eligible to receive made payable to the IRA, please include "IRA" in the "Last Name" box above (*e.g.*, Jones IRA).

Entity Name (if the Beneficial Owner is not an individual)

Name of Representative, if applicable (*executor, administrator, trustee, c/o, etc.*), if different from Beneficial Owner

Last 4 digits of Social Security Number or Taxpayer Identification Number

Street Address

City

State/Province   ZIP Code

Foreign Postal Code (if applicable)

Foreign Country (if applicable)

Telephone Number (Day)

Telephone Number (Evening)

Email Address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

Account Number

**Type of Beneficial Owner:**

Specify one of the following:

☒ Individual(s)    ☐ Corporation    ☐ UGMA Custodian    ☐ IRA

☐ Partnership    ☐ Estate    ☐ Trust    ☐ Other (describe: _____ )

**Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824**

## PART III – SCHEDULE OF TRANSACTIONS IN LUCKIN ADSs

Use this section to provide information on your holdings and trading of Luckin ADSs during the requested time periods. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, ¶ 7 above.

**1. PURCHASES/ACQUISITIONS FROM MAY 17, 2019 THROUGH JULY 15, 2020, INCLUSIVE** – Separately list each and every purchase or acquisition (including free receipts) of Luckin ADSs from May 17, 2019 through and including the close of trading on July 15, 2020. Include Luckin ADSs purchased in Luckin's May 17, 2019 Initial Public Offering and January 10, 2020 Secondary Public Offering and Luckin ADSs purchased on the open market from May 17, 2019 through July 15, 2020. (Must be documented.)

7,000

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of ADSs Purchased/ Acquired | Purchase Price Per ADS | Total Purchase Price (excluding any fees, commissions, and taxes) | Were the shares purchased in or traceable to the May 2019 IPO or the Jan. 2020 SPO? | Confirm Proof of Purchase/ Acquisition Enclosed |
|---|---|---|---|---|---|
| 05 20 20 | 3000 | 3 . 05 | 9150 . | N | Y |
| 05 20 20 | 3000 | 3 . 05 | 9150 . | N | Y |
| 05 20 20 | 1000 | 3 . 05 | 3050 . | N | Y |
| 05 20 20 | 3000 | 3 . 12 | 9360 . | N | Y |
| 05 20 20 | 3000 | 3 . 12 | 9360 . | N | Y |

**2. PURCHASES/ACQUISITIONS FROM JULY 16, 2020 THROUGH OCTOBER 20, 2021, INCLUSIVE** – State the total number of Luckin ADSs purchased or acquired (including free receipts) from July 16, 2020 through the close of trading on October 20, 2021. If none, write "zero" or "0."[1]

NONE .

**3. SALES FROM MAY 17, 2019 THROUGH OCTOBER 20, 2021** – Separately list each and every sale or disposition (including free deliveries) of Luckin ADSs from May 17, 2019 through and including the close of trading on October 20, 2021. (Must be documented.)

IF NONE, CHECK HERE ☒

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of ADSs Sold | Sale Price Per ADS | Total Sale Price (not deducting any fees, commissions, and taxes) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
|  |  | . |  | ☐ |
|  |  | . |  | ☐ |
|  |  | . |  | ☐ |
|  |  | . |  | ☐ |
|  |  | . |  | ☐ |

SEE NEXT PAGE

**4. HOLDINGS AS OF OCTOBER 20, 2021** – State the total number of Luckin ADSs held as of the close of trading on October 20, 2021. (Must be documented.) If none, write "zero" or "0."

NONE .

Confirm Proof of Position Enclosed ☐

IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX. ☒ RONALD S BURTON, SOCIAL S.

[1] **Please note:** Information requested with respect to your purchases and acquisitions of Luckin ADSs from July 16, 2020 through the close of trading on October 20, 2021 is needed in order to balance your claim; purchases and acquisitions during this period, however, are not eligible under the Settlement and will not be used for purposes of calculating your Recognized Claim under the Plan of Allocation.

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

## PART III – SCHEDULE OF TRANSACTIONS IN LUCKIN ADSs

Use this section to provide information on your holdings and trading of Luckin ADSs during the requested time periods. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, ¶ 7 above.

**1. PURCHASES/ACQUISITIONS FROM MAY 17, 2019 THROUGH JULY 15, 2020, INCLUSIVE** – Separately list each and every purchase or acquisition (including free receipts) of Luckin ADSs from May 17, 2019 through and including the close of trading on July 15, 2020. Include Luckin ADSs purchased in Luckin's May 17, 2019 Initial Public Offering and January 10, 2020 Secondary Public Offering and Luckin ADSs purchased on the open market from May 17, 2019 through July 15, 2020. (Must be documented.)

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of ADSs Purchased/ Acquired | Purchase Price Per ADS | Total Purchase Price (excluding any fees, commissions, and taxes) | Were the shares purchased in or traceable to the May 2019 IPO or the Jan. 2020 SPO? | Confirm Proof of Purchase/ Acquisition Enclosed |
|---|---|---|---|---|---|
| 05 20 20 | 1600 | 3.12 | 3120. | N | Y |
| 05 21 20 | 2000 | 2.60 | 5200. | N | Y |
| 05 21 20 | 2000 | 2.60 | 5200. | N | Y |
| 05 21 20 | 4000 | 2.32 | 9280. | N | Y |
|  |  | . |  . |  |  |

**2. PURCHASES/ACQUISITIONS FROM JULY 16, 2020 THROUGH OCTOBER 20, 2021, INCLUSIVE** – State the total number of Luckin ADSs purchased or acquired (including free receipts) from July 16, 2020 through the close of trading on October 20, 2021. If none, write "zero" or "0."[1]

| ZERO . |

**3. SALES FROM MAY 17, 2019 THROUGH OCTOBER 20, 2021** – Separately list each and every sale or disposition (including free deliveries) of Luckin ADSs from May 17, 2019 through and including the close of trading on October 20, 2021. (Must be documented.)   IF NONE, CHECK HERE ☐

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of ADSs Sold | Sale Price Per ADS | Total Sale Price (not deducting any fees, commissions, and taxes) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| 05 20 20 | 7000 | 3.28 | 22960. | Y |
| 05 20 20 | 7000 | 2.93 | 20510. | Y |
| 05 22 20 | 8000 | 1.35 | 10800. | Y |
|  |  | . |  . | ☐ |
|  |  | . |  . | ☐ |
|  |  | . |  . | ☐ |

**4. HOLDINGS AS OF OCTOBER 20, 2021** – State the total number of Luckin ADSs held as of the close of trading on October 20, 2021. (Must be documented.) If none, write "zero" or "0."   *ZERO*   Confirm Proof of Position Enclosed ☐

| ZERO NONE . |

**IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX.** ☒  RONALD S BURTON. SOCIAL ~

[1] **Please note:** Information requested with respect to your purchases and acquisitions of Luckin ADSs from July 16, 2020 through the close of trading on October 20, 2021 is needed in order to balance your claim; purchases and acquisitions during this period, however, are not eligible under the Settlement and will not be used for purposes of calculating your Recognized Claim under the Plan of Allocation.

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

## PART IV - RELEASE OF CLAIMS AND SIGNATURE

### YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW AND SIGN ON PAGE 7 OF THIS CLAIM FORM.

I (we) hereby acknowledge that, pursuant to the terms set forth in the Stipulation, without further action by anyone, upon the Effective Date of the Settlement, I (we), on behalf of myself (ourselves) and my (our) (the claimant(s)') heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Plaintiffs' Claim against Luckin and the other Defendants' Released Parties, and shall forever be barred and enjoined from prosecuting any or all of the Released Plaintiffs' Claims against any of the Defendants' Released Parties in any jurisdiction.

### CERTIFICATION

By signing and submitting this Claim Form, the claimant(s) or the person(s) who represent(s) the claimant(s) agree(s) to the release above and certifies (certify) as follows:

1.  that I (we) have read and understand the contents of the Settlement Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation;

2.  that the claimant(s) is a (are) Class Member(s), as defined in the Settlement Notice, is (are) not excluded by definition from the Class as set forth in the Settlement Notice and did *not* submit a request for exclusion from the Class;

3.  that I (we) own(ed) the Luckin ADSs identified in the Claim Form and have not assigned the claim against any of the Defendants or any of the other Defendants' Released Parties to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

4.  that the claimant(s) has (have) not submitted any other claim covering the same purchases of Luckin ADSs and knows (know) of no other person having done so on the claimant's (claimants') behalf;

5.  that the claimant(s) submit(s) to the jurisdiction of the Court with respect to claimant's (claimants') claim and for purposes of enforcing the releases set forth herein;

6.  that I (we) agree to furnish such additional information with respect to this Claim Form as Class Counsel, the Claims Administrator, or the Court may require;

7.  that the claimant(s) waive(s) the right to trial by jury, to the extent it exists, and agree(s) to the determination by the Court of the validity or amount of this claim, and waives any right of appeal or review with respect to such determination;

8.  that should Luckin determine in its absolute discretion that the Settlement should also be implemented in the Cayman Islands by way of a scheme of arrangement promulgated under section 86 of the Cayman Islands Companies Act 1981 (the "Scheme"), the claimant(s) appoint(s) Sjunde AP-Fonden and Louisiana Sheriff's Pension & Relief Fund as its/their proxy to vote in favor of the Scheme at all meetings convened for the purpose of approving the Scheme;

9.  that I (we) acknowledge that the claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

10. that the claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (i) the claimant(s) is (are) exempt from backup withholding or (ii) the claimant(s) has (have) not been notified by the IRS that he, she, or it is subject to backup withholding as a result of a failure to report all interest or dividends or (iii) the IRS has notified the claimant(s) that he, she, or it is no longer subject to backup withholding. **If the IRS has notified the claimant(s) that he, she, it, or they is (are) subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

**Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824**

06-CA40050093
AE9086 v.09

6

UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

*Ronald Burton*

Signature of claimant

Date: 0 3 - 1 2 - 2 0 2 2
MM    DD    YYYY

RoNALD S. BURTON

Print claimant name here

Signature of joint claimant, if here

Date: ☐☐ - ☐☐ - ☐☐☐☐
MM    DD    YYYY

Print joint claimant name here

*If the claimant is other than an individual, or is not the person completing this form, the following also must be provided:*

Signature of person signing on behalf of claimant

Date: ☐☐ - ☐☐ - ☐☐☐☐
MM    DD    YYYY

Print name of person signing on behalf of claimant here

Capacity of person signing on behalf of claimant, if other than an individual, *e.g.*, executor, president, trustee, custodian, etc. (Must provide evidence of authority to act on behalf of claimant – *see* ¶ 11 on page 4 of this Claim Form.)

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

07-CA40050093
AE9087 v.09
7

Claims Administrator

In re Luckin Coffee Inc Securities Litigation
Care of: Epiq Class Action & Claims Solutions, Inc.
P.O.Box 5887
Portland, OR 97228

May 13, 2022

Re Claim Number 18435
Ronald S Burton

Claim Administrator

Please see the attached Notice of Deficient Claim as required

I kindly request the Court review the rejection of my claim. I have proven a loss of $8,600 in the documentation and claim form previously sent and again attached. The calculation is further supported by the enclosed spreadsheet calculation. **It shows 22,000 shares purchased and sold across 3 days for a loss of $8,600.**

The brokerage statements enclosed support all these transactions.

All requested supporting documentation is enclosed.

Thank you for your review.

Ron Burton

 **Ameritrade**     DIVISION OF TD AMERITRADE INC

### Confirmation Notice

**RON BURTON**

| Account Number | Other Information | Transaction Number | Capacity Codes | Your Representative | | |
|---|---|---|---|---|---|---|
| | | 26474021124 | A | AMERITRADE PLUS 2002 | | |
| **Activity** | **Quantity** | **CUSIP Number** | **Price** | **Principal Amount** | **Misc Fees** | **Reg Fee** |
| YOU BOUGHT | 7,000 | 54951L109 | 3.05 | 21,350.00 | 0.00 | 0.00 |
| **As of Trade Date** | **Trade Date** | **Settlement Date** | **Interest** | **Commission/Fee** | **Net Amount** | |
| | 05/20/2020 | 05/22/2020 | | 0.00 | 21,350.00 | |
| **Symbol** | | | **Trade Description** | | | |
| LK | LUCKIN COFFEE INC ADR SPONSORED | | | | | |

**AS-IS**
Document
Control

**THIS IS AN UNSOLICITED TRADE**

Trade on the go with our mobile apps. Download at tdameritrade.com/mobileapp

FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.

 **Ameritrade**          DIVISION OF TD AMERITRADE INC

**Confirmation Notice**

**RON BURTON**

| Account Number | Other Information | Transaction Number | Capacity Codes | Your Representative | | |
|---|---|---|---|---|---|---|
| | | 26474027430 | A | AMERITRADE PLUS 2002 | | |
| **Activity** | **Quantity** | **CUSIP Number** | **Price** | **Principal Amount** | **Misc Fees** | **Reg Fee** |
| YOU SOLD | 7,000 | 54951L109 | 3.28 | 22,960.00 | | 1.34 |
| **As of Trade Date** | **Trade Date** | **Settlement Date** | **Interest** | **Commission/Fee** | **Net Amount** | |
| | 05/20/2020 | 05/22/2020 | | 0.00 | 22,958.66 | |
| **Symbol** | | | **Trade Description** | | | |
| LK | LUCKIN COFFEE INC ADR SPONSORED | | | | | |

**CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.**
**THIS IS AN UNSOLICITED TRADE**

**AS-IS**
Document
Control

**Trade on the go with our mobile apps. Download at tdameritrade.com/mobileapp**

**FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION**
**PLEASE REFER TO THE TERMS AND CONDITIONS.**

 **Ameritrade**   **DIVISION OF TD AMERITRADE INC**    **SIPC**

## Confirmation Notice

**RON BURTON**

| Account Number | Other Information | Transaction Number | Capacity Codes | Your Representative | | |
|---|---|---|---|---|---|---|
| | | 26474051868 | A | AMERITRADE PLUS 2002 | | |
| **Activity** | **Quantity** | **CUSIP Number** | **Price** | **Principal Amount** | **Misc Fees** | **Reg Fee** |
| YOU BOUGHT | 7,000 | 54951L109 | 3.12 | 21,840.00 | | 0.00 |
| **As of Trade Date** | **Trade Date** | **Settlement Date** | **Interest** | **Commission/Fee** | **Net Amount** | |
| | 05/20/2020 | 05/22/2020 | | 0.00 | 21,840.00 | |
| **Symbol** | | | **Trade Description** | | | |
| LK | LUCKIN COFFEE INC ADR SPONSORED | | | | | |

**THIS IS AN UNSOLICITED TRADE**

**AS-IS**
Document
Control

Trade on the go with our mobile apps. Download at tdameritrade.com/mobileapp

**FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.**

 **Ameritrade**          DIVISION OF TD AMERITRADE INC

### Confirmation Notice

**RON BURTON**

| Account Number | Other Information | Transaction Number | Capacity Codes | Your Representative |  |
|---|---|---|---|---|---|
| | | 26474919240 | A | AMERITRADE PLUS 2002 | |

| Activity | Quantity | CUSIP Number | Price | Principal Amount | Misc Fees | Reg Fee |
|---|---|---|---|---|---|---|
| YOU SOLD | 7,000 | 54951L109 | 2.93 | 20,510.00 | | 1.28 |

| As of Trade Date | Trade Date | Settlement Date | Interest | Commission/Fee | Net Amount |
|---|---|---|---|---|---|
| | 05/20/2020 | 05/22/2020 | | 0.00 | 20,508.72 |

| Symbol | | Trade Description |
|---|---|---|
| LK | LUCKIN COFFEE INC ADR SPONSORED | |

**CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE**

**AS-IS**
Document
Control

**Trade on the go with our mobile apps. Download at tdameritrade.com/mobileapp**

**FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.**

 **Ameritrade**    **DIVISION OF TD AMERITRADE INC**

**Confirmation Notice**

**RON BURTON**

| Account Number | Other Information | Transaction Number | Capacity Codes | Your Representative | | |
|---|---|---|---|---|---|---|
| | | 26496400946 | A | AMERITRADE PLUS 2002 | | |
| Activity | Quantity | CUSIP Number | Price | Principal Amount | Misc Fees | Reg Fee |
| YOU BOUGHT | 4,000 | 54951L109 | 2.60 | 10,400.00 | 0.00 | 0.00 |
| As of Trade Date | Trade Date | Settlement Date | Interest | Commission/Fee | Net Amount | |
| | 05/21/2020 | 05/26/2020 | | 0.00 | 10,400.00 | |
| Symbol | | | Trade Description | | | |
| LK | LUCKIN COFFEE INC ADR SPONSORED | | | | | |

**THIS IS AN UNSOLICITED TRADE**

**AS-IS**
Document
Control

Trade on the go with our mobile apps. Download at tdameritrade.com/mobileapp

**FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION PLEASE REFER TO THE TERMS AND CONDITIONS.**

 **Ameritrade**         DIVISION OF TD AMERITRADE INC          **SIPC**

## Confirmation Notice

**RON BURTON**

| Account Number | Other Information | Transaction Number | Capacity Codes | Your Representative | | |
|---|---|---|---|---|---|---|
| | | 26497691330 | A | AMERITRADE PLUS 2002 | | |
| **Activity** | **Quantity** | **CUSIP Number** | **Price** | **Principal Amount** | **Misc Fees** | **Reg Fee** |
| YOU BOUGHT | 4,000 | 54951L109 | 2.32 | 9,280.00 | | 0.00 |
| **As of Trade Date** | **Trade Date** | **Settlement Date** | **Interest** | **Commission/Fee** | | **Net Amount** |
| | 05/21/2020 | 05/26/2020 | | 0.00 | | 9,280.00 |
| **Symbol** | | | **Trade Description** | | | |
| LK | LUCKIN COFFEE INC ADR SPONSORED | | | | | |

**THIS IS AN UNSOLICITED TRADE**

**AS-IS**
Document
Control

**Trade on the go with our mobile apps. Download at tdameritrade.com/mobileapp**

**FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION**
**PLEASE REFER TO THE TERMS AND CONDITIONS.**

 **Ameritrade**    DIVISION OF TD AMERITRADE INC     **SIPC**

## Confirmation Notice

**RON BURTON**

| Account Number | Other Information | Transaction Number | Capacity Codes | Your Representative | | |
|---|---|---|---|---|---|---|
| | | 26522201148 | A | AMERITRADE PLUS 2002 | | |
| **Activity** | **Quantity** | **CUSIP Number** | **Price** | **Principal Amount** | **Misc Fees** | **Reg Fee** |
| YOU SOLD | 8,000 | 54951L109 | 1.35 | 10,800.00 | 0.00 | 1.19 |
| **As of Trade Date** | **Trade Date** | **Settlement Date** | **Interest** | **Commission/Fee** | **Net Amount** | |
| | 05/22/2020 | 05/27/2020 | | 0.00 | 10,798.81 | |
| **Symbol** | | | **Trade Description** | | | |
| LK | LUCKIN COFFEE INC ADR SPONSORED | | | | | |

**AS-IS**
Document
Control

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE

Trade on the go with our mobile apps. Download at tdameritrade.com/mobileapp

FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.

## Luckin Transactions during Class Period

Calculation of Loss:

These are all supported by the attached transaction documents

**Claim Number 18435        Ronald S Burton**

## Purchases

| Date | Number | Price |
|------|--------|-------|
| 20-May-20 | 7,000 | $21,350 |
| 20-May-20 | 7,000 | $21,840 |
| 21-May-20 | 4,000 | $10,400 |
| 21-May-20 | 4,000 | $9,280 |

| Total Purchased | 22,000 | $62,870  Total Cost |
|------|--------|-------|

AS-IS
Document
Control

## Sales

| Date | Number | Price |
|------|--------|-------|
| 20-May-20 | 7,000 | $22,960 |
| 20-May-20 | 7,000 | $20,510 |
| 22-May-20 | 8,000 | $10,800 |

| Total Sold | 22,000 | $54,270  Sales Price |
|------|--------|-------|

**Loss**                        **$8,600**



BURTON

CLAIM ADMINISTRATOR

IN RE LUCKIN COFFEE INC SECURITIES LITIGATION

CARE OF

EPIQ CLASS ACTION & CLAIMS SOLUTIONS, INC.

PO BOX 5887

PORTLAND, OR 97228-5887

Sonal Patel
(21803)

## PART I - CLAIMANT INFORMATION

The Claims Administrator will use this information for all communications regarding this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above. Complete names of all persons and entities must be provided.

Beneficial Owner's Name
First Name: S O N A L    MI:    Last Name: P A T E L

Joint Beneficial Owner's Name (*if applicable*)
First Name:    MI:    Last Name:

If this claim is submitted for an IRA, and if you would like any check that you MAY be eligible to receive made payable to the IRA, please include "IRA" in the "Last Name" box above (*e.g.*, Jones IRA).

Entity Name (if the Beneficial Owner is not an individual)

Name of Representative, if applicable (*executor, administrator, trustee, c/o, etc.*), if different from Beneficial Owner

Last 4 digits of Social Security Number or Taxpayer Identification Number

Street Address

City    State/Province    ZIP Code

Foreign Postal Code (if applicable)    Foreign Country (if applicable)

Telephone Number (Day)    Telephone Number (Evening)

Email Address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

Account Number

**Type of Beneficial Owner:**

Specify one of the following:

☐ Individual(s)    ☐ Corporation    ☐ UGMA Custodian    ☒ IRA

☐ Partnership    ☐ Estate    ☐ Trust    ☐ Other (describe: _____ )

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

02-CA40050093
AE9082 v.09

2

## PART III – SCHEDULE OF TRANSACTIONS IN LUCKIN ADSs

Use this section to provide information on your holdings and trading of Luckin ADSs during the requested time periods. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, ¶ 7 above.

**1. PURCHASES/ACQUISITIONS FROM MAY 17, 2019 THROUGH JULY 15, 2020, INCLUSIVE** – Separately list each and every purchase or acquisition (including free receipts) of Luckin ADSs from May 17, 2019 through and including the close of trading on July 15, 2020. Include Luckin ADSs purchased in Luckin's May 17, 2019 Initial Public Offering and January 10, 2020 Secondary Public Offering and Luckin ADSs purchased on the open market from May 17, 2019 through July 15, 2020. (Must be documented.)

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of ADSs Purchased/ Acquired | Purchase Price Per ADS | Total Purchase Price (excluding any fees, commissions, and taxes) | Were the shares purchased in or traceable to the May 2019 IPO or the Jan. 2020 SPO? | Confirm Proof of Purchase/ Acquisition Enclosed |
|---|---|---|---|---|---|
| 02 28 20 | 1 0 0 0 | 37 . 44 | 3 7 4 4 5 . 0 0 | | X |
| 03 19 20 | . 2 0 0 | 26 . 47 | 5 2 9 4 . 4 0 | | X |
| 03 19 20 | 1 3 3 1 | 24 . 28 | 3 2 3 23 . 3 4 | | X |
| | | . | . | | |
| | | . | . | | |

**2. PURCHASES/ACQUISITIONS FROM JULY 16, 2020 THROUGH OCTOBER 20, 2021, INCLUSIVE** – State the total number of Luckin ADSs purchased or acquired (including free receipts) from July 16, 2020 through the close of trading on October 20, 2021. If none, write "zero" or "0."[1]

0 . 0 0

**3. SALES FROM MAY 17, 2019 THROUGH OCTOBER 20, 2021** – Separately list each and every sale or disposition (including free deliveries) of Luckin ADSs from May 17, 2019 through and including the close of trading on October 20, 2021. (Must be documented.)

IF NONE, CHECK HERE ☐

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of ADSs Sold | Sale Price Per ADS | Total Sale Price (not deducting any fees, commissions, and taxes) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| 03 31 20 | 2 0 0 0 | 26 . 69 | 5 3 3 7 8 . 5 8 | X |
| 03 31 20 | . 5 3 1 | 27 . 21 | 1 4 4 8 . 1 4 | X |
| | | . | . | |
| | | . | . | |
| | | . | . | |

**4. HOLDINGS AS OF OCTOBER 20, 2021** – State the total number of Luckin ADSs held as of the close of trading on October 20, 2021. (Must be documented.) If none, write "zero" or "0."

0 . 0 0

Confirm Proof of Position Enclosed ☐

**IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX.** ☐

---

[1] **Please note:** Information requested with respect to your purchases and acquisitions of Luckin ADSs from July 16, 2020 through the close of trading on October 20, 2021 is needed in order to balance your claim; purchases and acquisitions during this period, however, are not eligible under the Settlement and will not be used for purposes of calculating your Recognized Claim under the Plan of Allocation.

**Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824**

## PART IV - RELEASE OF CLAIMS AND SIGNATURE

### YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW AND SIGN ON PAGE 7 OF THIS CLAIM FORM.

I (we) hereby acknowledge that, pursuant to the terms set forth in the Stipulation, without further action by anyone, upon the Effective Date of the Settlement, I (we), on behalf of myself (ourselves) and my (our) (the claimant(s)') heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Plaintiffs' Claim against Luckin and the other Defendants' Released Parties, and shall forever be barred and enjoined from prosecuting any or all of the Released Plaintiffs' Claims against any of the Defendants' Released Parties in any jurisdiction.

### CERTIFICATION

By signing and submitting this Claim Form, the claimant(s) or the person(s) who represent(s) the claimant(s) agree(s) to the release above and certifies (certify) as follows:

1.      that I (we) have read and understand the contents of the Settlement Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation;

2.      that the claimant(s) is a (are) Class Member(s), as defined in the Settlement Notice, is (are) not excluded by definition from the Class as set forth in the Settlement Notice and did *not* submit a request for exclusion from the Class;

3.      that I (we) own(ed) the Luckin ADSs identified in the Claim Form and have not assigned the claim against any of the Defendants or any of the other Defendants' Released Parties to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

4.      that the claimant(s) has (have) not submitted any other claim covering the same purchases of Luckin ADSs and knows (know) of no other person having done so on the claimant's (claimants') behalf;

5.      that the claimant(s) submit(s) to the jurisdiction of the Court with respect to claimant's (claimants') claim and for purposes of enforcing the releases set forth herein;

6.      that I (we) agree to furnish such additional information with respect to this Claim Form as Class Counsel, the Claims Administrator, or the Court may require;

7.      that the claimant(s) waive(s) the right to trial by jury, to the extent it exists, and agree(s) to the determination by the Court of the validity or amount of this claim, and waives any right of appeal or review with respect to such determination;

8.      that should Luckin determine in its absolute discretion that the Settlement should also be implemented in the Cayman Islands by way of a scheme of arrangement promulgated under section 86 of the Cayman Islands Companies Act 1981 (the "Scheme"), the claimant(s) appoint(s) Sjunde AP-Fonden and Louisiana Sheriff's Pension & Relief Fund as its/their proxy to vote in favor of the Scheme at all meetings convened for the purpose of approving the Scheme;

9.      that I (we) acknowledge that the claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

10.     that the claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (i) the claimant(s) is (are) exempt from backup withholding or (ii) the claimant(s) has (have) not been notified by the IRS that he, she, or it is subject to backup withholding as a result of a failure to report all interest or dividends or (iii) the IRS has notified the claimant(s) that he, she, or it is no longer subject to backup withholding. **If the IRS has notified the claimant(s) that he, she, it, or they is (are) subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

06-CA40050093
AE9086 v.09                                    6

UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

SPaty

**Signature of claimant**

Date: 0 3 – 1 2 – 2 0 2 2
MM      DD      YYYY

SONAL  PATEL

**Print claimant name here**

Date: ☐☐ – ☐☐ – ☐☐☐☐
MM      DD      YYYY

**Signature of joint claimant, if here**

**Print joint claimant name here**

*If the claimant is other than an individual, or is not the person completing this form, the following also must be provided:*

Date: ☐☐ – ☐☐ – ☐☐☐☐
MM      DD      YYYY

**Signature of person signing on behalf of claimant**

**Print name of person signing on behalf of claimant here**

Capacity of person signing on behalf of claimant, if other than an individual, *e.g.*, executor, president, trustee, custodian, etc. (Must provide evidence of authority to act on behalf of claimant – *see* ¶ 11 on page 4 of this Claim Form.)

**Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824**

07-CA40050093
AE9087 v.09

7



# Attachments



Patch Code 3

# TD Ameritrade

Account: [REDACTED] [REDACTED] ▼

My Profile ▼   🔔   Support ▼   English ▼   Log Out   ⚏ Dock

**My Account**   Trade   Research & Ideas   Planning & Retirement   Education   Client Services   🔍 Search

Printer-friendly page | ❷ Page help

## History & Statements

Transactions | Statements   Confirmations   Shareholder Library

**Type:**   [ All transaction types ▾ ]

**Symbol(s):** ❷   [ lkncy ]   Symbol lookup
(separate symbols with commas)

**View range:**   Month-to-date   |   1 day   7 days   14 days   30 days   60 days

**View year:**   2022   2021   **2020**   2019   2018   2017   2016   2015   Show More...

**View dates:**   [Jan. ▾] [1 ▾] [2020 ▾]   to:   [Dec. ▾] [31 ▾] [2020 ▾]
You can search a date range of up to one year.

**Sweeps:**   ☑ Hide sweeps
Sweeps are uninvested cash transactions that move in and out of cash alternatives.

[ **View** ]   or   [ **Download** ]

### Account Balances

| | |
|---|---|
| 1/1/2020 Cash balance | [REDACTED] |
| 12/31/2020 Cash balance | |
| **Net change** | |
| 1/1/2020 Cash alternatives balance | |
| 12/31/2020 Cash alternatives balance | |
| **Net change** | |

### Looking for tax documents?

To find 1099s and other tax documents, go to the Tax Center.

✉ **Search results for 1/1/2020 to 12/31/2020**

| Date/Time ▲ | Description | Amount | Commission | Reg Fee | Details |
|---|---|---|---|---|---|
| 02/28/2020 11:15:41 | Bought 1000 LK @ 37.445 | -37,445.00 | 0.00 | 0.00 | ▣ |
| 03/19/2020 11:28:26 | Bought 200 LK @ 26.472 | -5,294.40 | 0.00 | 0.00 | ▣ |
| 03/19/2020 14:32:13 | Bought 1331 LK @ 24.285 | -32,323.34 | 0.00 | 0.00 | ▣ |
| 03/31/2020 09:35:13 | Sold 2000 LK @ 26.69 | 53,378.58 | 0.00 | 1.42 | ▣ |
| 03/31/2020 09:51:43 | Sold 531 LK @ 27.21 | 14,448.14 | 0.00 | 0.37 | ▣ |

[ **Quote** ▾ ]   Options: Enter underlying symbol and click Chain | Index: use "$" (e.g. $DJI)   [Chain] [$] [❷]

▲  ⎙  SnapTicket®  ▲   Order Status  ▲   Messages  ▲   Market closed   Streaming: off 📶

Divider Page

*In re Luckin Coffee Inc. Securities Litigation*
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

Website: www.LuckinCoffeeSecuritiesLitigation.com
Email:   info@LuckinCoffeeSecuritiesLitigation.com
Phone:                                        855-535-1824

*400500930004730995*
000 0000194 00000000 0001 0001 00194 INS: 0 0
SONAL PATEL

Claim Number:        21803

Response Deadline:    May 16, 2022

April 26, 2022

### Notice of Deficient Claim Submission

Dear Claimant:

We received your Proof of Claim and Release Form ("Claim") that you submitted in connection with the Settlement obtained in the securities class action *In re Luckin Coffee Inc. Securities Litigation*, Case No. 1:20-cv-01293-JPC-JLC (S.D.N.Y.). We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed on or downloaded from www.LuckinCoffeeSecuritiesLitigation.com.

**Ineligibility Condition:** No Recognized Claim.

In accordance with the Plan of Allocation set forth in the Settlement Notice, the Claim referenced above does not calculate to a Recognized Claim. An example of a condition that would result in no Recognized Claim is that all of the Luckin ADSs purchased during the Class Period were sold for a gain. Because your Claim does not calculate to a Recognized Claim, either for the reason noted in the preceding sentence or for another reason, it is not eligible to receive a distribution from the Net Settlement Fund. Unless you had additional transactions in Luckin ADSs during the Class Period (i.e., May 17, 2019, through July 15, 2020, inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility only by submitting additional transactions in Luckin ADSs during the Class Period that were not previously reflected in your Claim and which make your Claim calculate to a Recognized Claim. For additional information, please reference Appendix A of the Settlement Notice. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured.

AF8911 v.04



**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine if it has a Recognized Claim is described in the Plan of Allocation set forth in Appendix A of the Settlement Notice. The Court will consider approval of the Settlement and the proposed Plan of Allocation at a hearing to be held on July 22, 2022. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.

Sincerely,
Claims Administrator

AF8912 v.04

To

In re Luckin Coffee Inc., Securities Litigation

c/o Epiq Class Action & Claims Solutions, Inc.

P.O. Box 5887

Portland, OR 97228-5887

**AS-IS**
Document
Control

Date: May 13th 2022

**Subject: Court Review of Claim# 21803**

Dear Claims Administrator,

With respect to your 'Notice of Deficient Claim' dated April 26th 2022, we have sent you email yesterday with relevant documentation and explanations to address the issue.

However, if that is not sufficient to address the deficiency claim as per your letter then please take this letter as our request for a Court Review to contest the rejection of my Claim# 21803

I am attaching herewith a copy of

1) Deficient Claim notice that I received for my claim.
2) A copy of the email we send you today
3) Full documentation of my eligible Luckin coffee transactions from my broker attached herewith clearly shows I incurred a loss (and not a gain) due to my transactions.

Feel free to call or email if you'd like discuss further.

Thank you

Sonal Patel

Case 1:20-cv-01293-JPC Document 347-4 Filed 03/06/23 Page 207 of 355

↩ Reply all ∨    🗑 Delete    ⊘ Junk    Block sender    ⋯

AS-IS
Document
Control

# Claim# 21803 (Full documentation to address deficient claim)



SP    **Sonal Patel**
      To: info@LuckinCoffeeSecuritiesLitigation.com

↩ ↩ → ⋯

Fri 5/13/2022 1:17 PM

📄 Sonal Roth IRA Luckin trades.... ∨
   207 KB

Hello LuckinCoffeeSecuritiesLigation team,

**Claim number: 21803**
Attached please find the full documentation as obtained from my broker for transactions in Luckin coffee securities during the class period for your reference and records -

Feel free to email or call me with any more information you need.

Thank you,
Sonal Patel

[redacted]

↩ Reply    → Forward

 **Ameritrade**

May 11, 2022

Sonal Patel Roth Ira Td Ameritrade Inc Custodian
████████████████

Re: Confirmation of Your Account Transaction History

Dear Sonal Patel,

Thank you for your request regarding your TD Ameritrade account ending in ████. Here is the transaction history information you requested.

## LKNCY - LUCKIN COFFEE INC

| Date | Activity | Quantity | Price | Amount |
|---|---|---|---|---|
| 2/28/2020 | Buy | 1,000 | $ 37.45 | $(37,445.00) |
| 3/19/2020 | Buy | 200 | $ 26.47 | $(5,294.40) |
| 3/19/2020 | Buy | 1,331 | $ 24.29 | $(32,323.34) |
| 3/31/2020 | Sell | 2,000 | $ 26.69 | $ 53,378.58 |
| 3/31/2020 | Sell | 531 | $ 27.21 | $ 14,448.14 |

If you have questions regarding your tax liability or need assistance with determining your cost basis, please consult with a qualified tax advisor. TD Ameritrade does not provide tax advice.

If we can be of any further assistance, please let us know. Just log in to your account and go to Client Services > Message Center to write us. You can also call Client Services at 800-669-3900. We're available 24 hours a day, 7 days a week.

Sincerely,

████████████████

Resource Specialist
TD Ameritrade



This information is furnished as part of a general information service and TD Ameritrade shall not be liable for any damages arising out of any inaccuracy in the information. Because this information may differ from your TD Ameritrade monthly statement, you should rely only on the TD Ameritrade monthly statement as the official record of your TD Ameritrade account.

Market volatility, volume, and system availability may delay account access and trade executions.

TD Ameritrade, Inc., member FINRA/SIPC, a subsidiary of The Charles Schwab Corporation. TD Ameritrade is a trademark jointly owned by TD Ameritrade IP Company, Inc. and The Toronto-Dominion Bank. © 2021 Charles Schwab & Co. Inc. All rights reserved.

TDA 101515 02/21

Sonal Patel

████████████████

Claim # 21803



U.S. POSTAGE PAID
FCM LETTER
████████
MAY 14, 22
AMOUNT
**$0.58**
R2305M147742-07

1000                97228

Epic Class Action & Claims Solutions Inc.

(Re Luckin Coffee & Security Litigation)

P.O. Box 5887

Portland, OR 97228-5887

97228-588787

# Divider Page

 **Ameritrade**

May 11, 2022

Sonal Patel Roth Ira Td Ameritrade Inc Custodian

████████████

Re: Confirmation of Your Account Transaction History

Dear Sonal Patel,

Thank you for your request regarding your TD Ameritrade account ending in ████. Here is the transaction history information you requested.

### LKNCY - LUCKIN COFFEE INC

| Date | Activity | Quantity | Price | Amount |
|---|---|---|---|---|
| 2/28/2020 | Buy | 1,000 | $ 37.45 | $(37,445.00) |
| 3/19/2020 | Buy | 200 | $ 26.47 | $(5,294.40) |
| 3/19/2020 | Buy | 1,331 | $ 24.29 | $(32,323.34) |
| 3/31/2020 | Sell | 2,000 | $ 26.69 | $ 53,378.58 |
| 3/31/2020 | Sell | 531 | $ 27.21 | $ 14,448.14 |

If you have questions regarding your tax liability or need assistance with determining your cost basis, please consult with a qualified tax advisor. TD Ameritrade does not provide tax advice.

If we can be of any further assistance, please let us know. Just log in to your account and go to Client Services > Message Center to write us. You can also call Client Services at 800-669-3900. We're available 24 hours a day, 7 days a week.

Sincerely,

████████████

Resource Specialist
TD Ameritrade



This information is furnished as part of a general information service and TD Ameritrade shall not be liable for any damages arising out of any inaccuracy in the information. Because this information may differ from your TD Ameritrade monthly statement, you should rely only on the TD Ameritrade monthly statement as the official record of your TD Ameritrade account.

Market volatility, volume, and system availability may delay account access and trade executions.

TD Ameritrade, Inc., member FINRA/SIPC, a subsidiary of The Charles Schwab Corporation. TD Ameritrade is a trademark jointly owned by TD Ameritrade IP Company, Inc. and The Toronto-Dominion Bank. © 2021 Charles Schwab & Co. Inc. All rights reserved.

TDA 101515 02/21

www.tdameritrade.com

**From:** Info_LuckinCoffeeSecuritiesL
**Sent:** Monday, May 16, 2022 9:05 AM
**To:** ▮▮▮▮▮▮▮▮▮▮
**Subject:** FW: Claim# 21803  (Full documentation to address deficient claim)
**Attachments:** Sonal Roth IRA Luckin trades.pdf

------------------ Original Message ------------------
**From:** ▮▮▮▮▮▮▮▮
**Received:** 5/13/2022 10:18 AM
**To:** info@LuckinCoffeeSecuritiesLitigation.com; Info@LuckinCoffeeSecuritiesLitigation.com
**Subject:** Claim# 21803 (Full documentation to address deficient claim)

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Hello LuckinCoffeeSecuritiesLigation team,

**Claim number: 21803**
Attached please find the full documentation as obtained from my broker for transactions in Luckin coffee securities during the class period for your reference and records -

Feel free to email or call me with any more information you need.


Thank you,
Sonal Patel

1

*In re Luckin Coffee Inc. Securities Litigation*
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

Website: www.LuckinCoffeeSecuritiesLitigation.com
Email:    info@LuckinCoffeeSecuritiesLitigation.com
Phone:                                      855-535-1824

*400500930004730995*
000 0000194 00000000 0001 0001 00194 INS: 0 0
SONAL PATEL

Claim Number:          21803

Response Deadline:    May 16, 2022

April 26, 2022

## Notice of Deficient Claim Submission

Dear Claimant:

We received your Proof of Claim and Release Form ("Claim") that you submitted in connection with the Settlement obtained in the securities class action *In re Luckin Coffee Inc. Securities Litigation*, Case No. 1:20-cv-01293-JPC-JLC (S.D.N.Y.). We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed on or downloaded from www.LuckinCoffeeSecuritiesLitigation.com.

**Ineligibility Condition:** No Recognized Claim.

In accordance with the Plan of Allocation set forth in the Settlement Notice, the Claim referenced above does not calculate to a Recognized Claim. An example of a condition that would result in no Recognized Claim is that all of the Luckin ADSs purchased during the Class Period were sold for a gain. Because your Claim does not calculate to a Recognized Claim, either for the reason noted in the preceding sentence or for another reason, it is not eligible to receive a distribution from the Net Settlement Fund. Unless you had additional transactions in Luckin ADSs during the Class Period (i.e., May 17, 2019, through July 15, 2020, inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility only by submitting additional transactions in Luckin ADSs during the Class Period that were not previously reflected in your Claim and which make your Claim calculate to a Recognized Claim. For additional information, please reference Appendix A of the Settlement Notice. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured.

AF8911 v.04

**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine if it has a Recognized Claim is described in the Plan of Allocation set forth in Appendix A of the Settlement Notice. The Court will consider approval of the Settlement and the proposed Plan of Allocation at a hearing to be held on July 22, 2022. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.

Sincerely,
Claims Administrator

AF8912 v.04

# Samantha Chui Shan Ku (11979)

*In re Luckin Coffee Inc. Securities Litigation*
Toll-Free Number: 1-855-535-1824
Email: info@LuckinCoffeeSecuritiesLitigation.com
Website: www.LuckinCoffeeSecuritiesLitigation.com

## PROOF OF CLAIM AND RELEASE FORM

To be eligible to receive a payment from the Settlement, you must complete and sign this Claim Form and mail it by first-class mail to the address below, or submit it online at www.LuckinCoffeeSecuritiesLitigation.com, with supporting documentation, *postmarked* **(or received) no later than March 15, 2022.**

**Mail to:**

*In re Luckin Coffee Inc. Securities Litigation*
**c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887**

Failure to submit your Claim Form by the date specified will subject your claim to rejection and may preclude you from being eligible to receive a payment from the Settlement.

**Submit your Claim Form only to the Claims Administrator at the address set forth above.**

| TABLE OF CONTENTS | PAGE # |
|---|---|
| PART I – CLAIMANT INFORMATION | 2 |
| PART II – GENERAL INSTRUCTIONS | 3-4 |
| PART III – SCHEDULE OF TRANSACTIONS IN LUCKIN AMERICAN DEPOSITORY SHARES | 5 |
| PART IV – RELEASE OF CLAIMS AND SIGNATURE | 6-7 |

## PART I - CLAIMANT INFORMATION

The Claims Administrator will use this information for all communications regarding this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above. Complete names of all persons and entities must be provided.

**Beneficial Owner's Name**
First Name

| S | A | M | A | N | T | H | A | | | | | | |

MI

| C |

Last Name

| K | U | | | | | | | | | | | | | | | | |

**Joint Beneficial Owner's Name** (*if applicable*)
First Name

MI

Last Name

If this claim is submitted for an IRA, and if you would like any check that you MAY be eligible to receive made payable to the IRA, please include "IRA" in the "Last Name" box above (*e.g.*, Jones IRA).

Entity Name (if the Beneficial Owner is not an individual)

Name of Representative, if applicable (*executor, administrator, trustee, c/o, etc.*), if different from Beneficial Owner

Last 4 digits of Social Security Number or Taxpayer Identification Number

Street Address

City                                        State/Province  ZIP Code

Foreign Postal Code (if applicable)        Foreign Country (if applicable)

Telephone Number (Day)                     Telephone Number (Evening)

Email Address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

Account Number

**Type of Beneficial Owner:**

Specify one of the following:

☑ Individual(s)    ☐ Corporation    ☐ UGMA Custodian    ☐ IRA

☐ Partnership    ☐ Estate    ☐ Trust    ☐ Other (describe: _____ )


02-CA40050093
AE3082 v 09

2

## PART II – GENERAL INSTRUCTIONS

1.       It is important that you completely read and understand the Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice") that accompanies this Claim Form, including the Plan of Allocation of the Net Settlement Fund set forth in the Settlement Notice. The Settlement Notice describes the proposed Settlement, how Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved. The Settlement Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form. By signing and submitting this Claim Form, you will be certifying that you have read and that you understand the Settlement Notice, including the terms of the releases described therein and provided for herein.

2.       This Claim Form is directed to all persons and entities (and their beneficiaries) who purchased or otherwise acquired the American Depository Shares ("ADSs") of Luckin Coffee Inc. ("Luckin") during the Class Period (from May 17, 2019 through July 15, 2020, inclusive) (the "Class"). Included in the Class are all persons and entities who purchased Luckin ADSs on the open market and/or in or traceable to the May 17, 2019 Initial Public Offering ("IPO") and January 10, 2020 Secondary Public Offering ("SPO") during the Class Period. Certain persons and entities are excluded from the Class by definition as set forth in ¶ 25 of the Settlement Notice.

3.       By submitting this Claim Form, you will be making a request to receive a payment from the Settlement described in the Settlement Notice. IF YOU ARE NOT A CLASS MEMBER (see the definition of the Class on page 6 of the Settlement Notice, which sets forth who is included in and who is excluded from the Class), OR IF YOU, OR SOMEONE ACTING ON YOUR BEHALF, SUBMITTED A REQUEST FOR EXCLUSION FROM THE CLASS, DO NOT SUBMIT A CLAIM FORM. YOU MAY NOT, DIRECTLY OR INDIRECTLY, PARTICIPATE IN THE SETTLEMENT IF YOU ARE NOT A CLASS MEMBER. THUS, IF YOU ARE EXCLUDED FROM THE CLASS, ANY CLAIM FORM THAT YOU SUBMIT, OR THAT MAY BE SUBMITTED ON YOUR BEHALF, WILL NOT BE ACCEPTED.

4.       Submission of this Claim Form does not guarantee that you will be eligible to receive a payment from the Settlement, if it is approved. The distribution of the payments to eligible purchasers of Luckin ADSs will be governed by the Plan of Allocation set forth in the Settlement Notice, if it is approved by the Court, or by such other plan of allocation as the Court approves.

5.       Use the Schedule of Transactions in Part III of this Claim Form to supply all required details of your transaction(s) in, and holdings of, Luckin ADSs. On this schedule, provide all of the requested information with respect to your holdings, purchases, acquisitions, and sales of Luckin ADSs (including free transfers and deliveries), whether such transactions resulted in a profit or a loss. Failure to report all transaction and holding information during the requested time period may result in the rejection of your claim.

6.       Please note: Only Luckin ADSs purchased or acquired from May 17, 2019 through July 15, 2020, inclusive, are eligible for payment under the Settlement. However, sales of Luckin ADSs during the period from July 16, 2020 through and including the close of trading on October 20, 2021, will be used for purposes of calculating your claim under the Plan of Allocation. Therefore, in order for the Claims Administrator to be able to balance your claim, the requested purchase/acquisition and sale/disposition information during this period must also be provided.

7.       You are required to submit genuine and sufficient documentation for all of your transactions in and holdings of Luckin ADSs as set forth in the Schedule of Transactions in Part III of this Claim Form. Documentation may consist of copies of brokerage confirmation slips or monthly brokerage account statements, or an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement. The Settling Parties and the Claims Administrator do not independently have information about your investments in Luckin ADSs. IF SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN COPIES OF THE DOCUMENTS OR EQUIVALENT DOCUMENTS FROM YOUR BROKER. FAILURE TO SUPPLY THIS DOCUMENTATION MAY RESULT IN THE REJECTION OF YOUR CLAIM. DO NOT SEND ORIGINAL DOCUMENTS. Please keep a copy of all documents that you send to the Claims Administrator. Also, do not highlight any portion of the Claim Form or any supporting documents.

8.       Traceability of Luckin ADSs to Public Offerings in the Class Period. Public offerings of Luckin ADSs occurred during the Class Period on or about (i) May 17, 2019 (the IPO); and (ii) January 10, 2020 (the SPO). Claimants who purchased Luckin ADSs directly in one or both of the offerings, or who purchased shares "traceable" to one or both of the offerings (as opposed to generally on the open market) may be entitled to additional compensation under the Plan of Allocation. All Luckin ADSs purchased from May 17, 2019 through January 9, 2020 are assumed to be traceable to the IPO. However, if you purchased Luckin ADSs from January 10, 2020 through July 15, 2020 that were not purchased directly in the SPO but that you believe are specifically traceable to Luckin ADSs that were issued in the IPO or SPO, you must submit documentation with your Claim Form showing that the specific ADSs you purchased were shares issued in the IPO or SPO.

9.       Use Part I of this Claim Form entitled "CLAIMANT INFORMATION" to identify the beneficial owner(s) of the Luckin ADSs. The complete name(s) of the beneficial owner(s) must be entered. If you held the Luckin ADSs in your own name, you were the beneficial owner as well as the record owner. If, however, your Luckin ADSs were registered in the name of a third party, such as a nominee or brokerage firm, you were the beneficial owner of the ADSs, but the third party was the record owner. The beneficial owner, not the record owner, must sign this Claim Form to be eligible to participate in the Settlement. If there were joint beneficial owners, each must sign this Claim Form and their names must appear as "Claimants" in Part I of this Claim Form.

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

10.    **One Claim should be submitted for each separate legal entity or separately managed account.** Separate Claim Forms should be submitted for each separate legal entity (*e.g.*, an individual should not combine his or her IRA holdings and transactions with holdings and transactions made solely in the individual's name). Generally, a single Claim Form should be submitted on behalf of one legal entity including all holdings and transactions made by that entity on one Claim Form. However, if a single person or legal entity had multiple accounts that were separately managed, separate Claims may be submitted for each such account. The Claims Administrator reserves the right to request information on all the holdings and transactions in Luckin ADSs made on behalf of a single beneficial owner.

11.    Agents, executors, administrators, guardians, and trustees must complete and sign the Claim Form on behalf of persons represented by them, and they must:

    (a)    expressly state the capacity in which they are acting;

    (b)    identify the name; account number; last four digits of the Social Security Number, taxpayer identification number, or comparable identification number for non-U.S. claimants; address; and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the Luckin ADSs; and

    (c)    furnish herewith evidence of their authority to bind to the Claim Form the person or entity on whose behalf they are acting. (Authority to complete and sign a Claim Form cannot be established by stockbrokers demonstrating only that they have discretionary authority to trade securities in another person's accounts.)

12.    By submitting a signed Claim Form, you will be swearing that you:

    (a)    own(ed) the Luckin ADSs you have listed in the Claim Form; or

    (b)    are expressly authorized to act on behalf of the owner thereof.

13.    By submitting a signed Claim Form, you will be swearing to the truth of the statements contained therein and the genuineness of the documents attached thereto, subject to penalties of perjury under the laws of the United States of America. The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your claim and may subject you to civil liability or criminal prosecution.

14.    Payments to eligible Authorized Claimants pursuant to the Plan of Allocation will be made after final approval of the Settlement and any appeals from such approval, and after the completion of all claims processing. The claims process will take substantial time to complete fully and fairly. Please be patient.

15.    **PLEASE NOTE:** As set forth in the Plan of Allocation, each Authorized Claimant shall receive his, her, or its *pro rata* share of the funds available under the Settlement. If the prorated payment to any Authorized Claimant calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to that Authorized Claimant.

16.    If you have questions concerning the Claim Form, or need additional copies of the Claim Form, you may contact the Claims Administrator, Epiq Class Action & Claims Solutions, Inc., at the address on the first page of this Claim Form, by email at info@LuckinCoffeeSecuritiesLitigation.com, or by toll-free phone at 1-855-535-1824, or you can visit the website, www.LuckinCoffeeSecuritiesLitigation.com, where copies of the Claim Form and other relevant documents are available for downloading.

17.    NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. To obtain the *mandatory* electronic filing requirements and file layout, you may visit the Settlement website at www.LuckinCoffeeSecuritiesLitigation.com or you may email the Claims Administrator's electronic filing department at info@LuckinCoffeeSecuritiesLitigation.com. Any file not in accordance with the required electronic filing format will be subject to rejection. The *complete* name of the beneficial owner of the securities must be entered where called for (*see* ¶ 9 above). No electronic files will be considered to have been submitted unless the Claims Administrator issues an email to that effect. Do not assume that your file has been received until you receive this email. If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at info@LuckinCoffeeSecuritiesLitigation.com to inquire about your file and confirm it was received.

### IMPORTANT: PLEASE NOTE

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD. THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM WITHIN 60 DAYS OF YOUR SUBMISSION. IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD WITHIN 60 DAYS, CONTACT THE CLAIMS ADMINISTRATOR TOLL FREE AT 1-855-535-1824.**

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

04-CA40050093
AF 9084 v 09

4

## PART III – SCHEDULE OF TRANSACTIONS IN LUCKIN ADSs

Use this section to provide information on your holdings and trading of Luckin ADSs during the requested time periods. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, ¶ 7 above.

**1. PURCHASES/ACQUISITIONS FROM MAY 17, 2019 THROUGH JULY 15, 2020, INCLUSIVE** – Separately list each and every purchase or acquisition (including free receipts) of Luckin ADSs from May 17, 2019 through and including the close of trading on July 15, 2020. Include Luckin ADSs purchased in Luckin's May 17, 2019 Initial Public Offering and January 10, 2020 Secondary Public Offering and Luckin ADSs purchased on the open market from May 17, 2019 through July 15, 2020. (Must be documented.)

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of ADSs Purchased/ Acquired | Purchase Price Per ADS | Total Purchase Price (excluding any fees, commissions, and taxes) | Were the shares purchased in or traceable to the May 2019 IPO or the Jan. 2020 SPO? | Confirm Proof of Purchase/ Acquisition Enclosed |
|---|---|---|---|---|---|
| 05 / 22 / 20 | 2000 | 2.89 | 5780.00 | N | Y |
|  |  | . |  . |  |  |
|  |  | . |  . |  |  |
|  |  | . |  . |  |  |
|  |  | . |  . |  |  |

**2. PURCHASES/ACQUISITIONS FROM JULY 16, 2020 THROUGH OCTOBER 20, 2021, INCLUSIVE** – State the total number of Luckin ADSs purchased or acquired (including free receipts) from July 16, 2020 through the close of trading on October 20, 2021. If none, write "zero" or "0."[footnote]

     . 

**3. SALES FROM MAY 17, 2019 THROUGH OCTOBER 20, 2021** – Separately list each and every sale or disposition (including free deliveries) of Luckin ADSs from May 17, 2019 through and including the close of trading on October 20, 2021. (Must be documented.)

**IF NONE, CHECK HERE** ✓

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of ADSs Sold | Sale Price Per ADS | Total Sale Price (not deducting any fees, commissions, and taxes) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| 05 / 26 / 20 | 2000 | 2.13 | 4234.00 | Y |
|  |  | . |  . |  |
|  |  | . |  . |  |
|  |  | . |  . |  |
|  |  | . |  . |  |

**4. HOLDINGS AS OF OCTOBER 20, 2021** – State the total number of Luckin ADSs held as of the close of trading on October 20, 2021. (Must be documented.) If none, write "zero" or "0."

     0 . 00 

**Confirm Proof of Position Enclosed** ☐

IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX. ☐

---

[footnote] **Please note:** Information requested with respect to your purchases and acquisitions of Luckin ADSs from July 16, 2020 through the close of trading on October 20, 2021 is needed in order to balance your claim; purchases and acquisitions during this period, however, are not eligible under the Settlement and will not be used for purposes of calculating your Recognized Claim under the Plan of Allocation.

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

## PART IV - RELEASE OF CLAIMS AND SIGNATURE

### YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW AND SIGN ON PAGE 7 OF THIS CLAIM FORM.

I (we) hereby acknowledge that, pursuant to the terms set forth in the Stipulation, without further action by anyone, upon the Effective Date of the Settlement, I (we), on behalf of myself (ourselves) and my (our) (the claimant(s)') heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Plaintiffs' Claim against Luckin and the other Defendants' Released Parties, and shall forever be barred and enjoined from prosecuting any or all of the Released Plaintiffs' Claims against any of the Defendants' Released Parties in any jurisdiction.

### CERTIFICATION

By signing and submitting this Claim Form, the claimant(s) or the person(s) who represent(s) the claimant(s) agree(s) to the release above and certifies (certify) as follows:

1.      that I (we) have read and understand the contents of the Settlement Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation;

2.      that the claimant(s) is a (are) Class Member(s), as defined in the Settlement Notice, is (are) not excluded by definition from the Class as set forth in the Settlement Notice and did *not* submit a request for exclusion from the Class;

3.      that I (we) own(ed) the Luckin ADSs identified in the Claim Form and have not assigned the claim against any of the Defendants or any of the other Defendants' Released Parties to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

4.      that the claimant(s) has (have) not submitted any other claim covering the same purchases of Luckin ADSs and knows (know) of no other person having done so on the claimant's (claimants') behalf;

5.      that the claimant(s) submit(s) to the jurisdiction of the Court with respect to claimant's (claimants') claim and for purposes of enforcing the releases set forth herein;

6.      that I (we) agree to furnish such additional information with respect to this Claim Form as Class Counsel, the Claims Administrator, or the Court may require;

7.      that the claimant(s) waive(s) the right to trial by jury, to the extent it exists, and agree(s) to the determination by the Court of the validity or amount of this claim, and waives any right of appeal or review with respect to such determination;

8.      that should Luckin determine in its absolute discretion that the Settlement should also be implemented in the Cayman Islands by way of a scheme of arrangement promulgated under section 86 of the Cayman Islands Companies Act 1981 (the "Scheme"), the claimant(s) appoint(s) Sjunde AP-Fonden and Louisiana Sheriff's Pension & Relief Fund as its/their proxy to vote in favor of the Scheme at all meetings convened for the purpose of approving the Scheme;

9.      that I (we) acknowledge that the claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

10.     that the claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (i) the claimant(s) is (are) exempt from backup withholding or (ii) the claimant(s) has (have) not been notified by the IRS that he, she, or it is subject to backup withholding as a result of a failure to report all interest or dividends or (iii) the IRS has notified the claimant(s) that he, she, or it is no longer subject to backup withholding. **If the IRS has notified the claimant(s) that he, she, it, or they is (are) subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

06-CA40050093
AF 9086 v.09

6

UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

Signature of claimant

Date: 0 2 - 0 6 - 2 0 2 2
MM    DD    YYYY

SAMANTHA C KY

Print claimant name here

Signature of joint claimant, if here

Date: MM - DD - YYYY

Print joint claimant name here

*If the claimant is other than an individual, or is not the person completing this form, the following also must be provided:*

Signature of person signing on behalf of claimant

Date: MM - DD - YYYY

Print name of person signing on behalf of claimant here

Capacity of person signing on behalf of claimant, if other than an individual, *e.g.*, executor, president, trustee, custodian, etc. (Must provide evidence of authority to act on behalf of claimant – *see* ¶ 11 on page 4 of this Claim Form.)

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

07-CA40050093
AE9087 v 09

7



## REMINDER CHECKLIST

1.  Sign the above release and certification. If this Claim Form is being made on behalf of joint claimants, then both must sign.

2.  Attach only *copies* of acceptable supporting documentation as these documents will not be returned to you.

3.  Do not highlight any portion of the Claim Form or any supporting documents.

4.  Keep copies of the completed Claim Form and documentation for your own records.

5.  The Claims Administrator will acknowledge receipt of your Claim Form by mail, within 60 days of your submission. Your claim is not deemed filed until you receive an acknowledgement postcard. If you do not receive an acknowledgement postcard within 60 days, please call the Claims Administrator toll free at 1-855-535-1824.

6.  If your address changes in the future, or if this Claim Form was sent to an old or incorrect address, you must send the Claims Administrator written notification of your new address. If you change your name, inform the Claims Administrator.

7.  If you have any questions or concerns regarding your claim, contact the Claims Administrator at the address below, by email at info@LuckinCoffeeSecuritiesLitigation.com, or by toll-free phone at 1-855-535-1824, or you may visit www.LuckinCoffeeSecuritiesLitigation.com.

This Claim Form must be mailed to the Claims Administrator by first-class mail or submitted online at www.LuckinCoffeeSecuritiesLitigation.com, postmarked (or received) no later than March 15, 2022. If mailed, the Claim Form should be addressed as follows:

*In re Luckin Coffee Inc. Securities Litigation*
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if a postmark date on or before March 15, 2022 is indicated on the envelope and it is mailed First Class, and addressed in accordance with the above instructions. In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to fully process all of the Claim Forms. Please be patient and notify the Claims Administrator of any change of address.

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

 08-CA40050093
AEISOPB v 09

8





# Attachments



Patch Code 3





# MERRILL
## A BANK OF AMERICA COMPANY

Online at: www.merrilledge.com

MRS SAMANTHA CHUI SHAN KU

Account Number: ▓▓▓▓

24-Hour Assistance: ▓▓▓▓
Access Code: ▓▓▓▓

**Net Portfolio Value:** ▓▓▓▓

Your Merrill Office:
Merrill EDGE

# ■ CMA® ACCOUNT
This account is enrolled in the Preferred Rewards Platinum Honors

May 01, 2020 · May 29, 2020



| | This Statement | Year to Date |
|---|---|---|
| Opening Value (05/01) | | |
| Total Credits | | |
| Total Debits | | |
| Securities You Transferred In/Out | | |
| Market Gains/(Losses) | | |
| Closing Value (05/29) | | |

| ASSETS | May 29 | April 30 |
|---|---|---|
| Cash/Money Accounts | | |
| Fixed Income | | |
| Equities | | |
| Mutual Funds | | |
| Options | | |
| Other | | |
| Subtotal (Long Portfolio) | | |
| **TOTAL ASSETS** | | |

| LIABILITIES | | |
|---|---|---|
| Debit Balance | | |
| Short Market Value | | |
| **TOTAL LIABILITIES** | | |
| **NET PORTFOLIO VALUE** | | |

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.
Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

012

MRS SAMANTHA CHUI SHAN KU                    Account Number: █████████        24-Hour Assistance: █████████████
                                                                            Access Code: █████████████

# CMA® ACCOUNT

May 01, 2020 - May 29, 2020

## CASH FLOW

| | *This Statement* | *Year to Date* |
|---|---|---|
| **Opening Cash/Money Accounts** | | |
| **CREDITS** | | |
| Funds Received | | |
| Electronic Transfers | | |
| Other Credits | | |
| *Subtotal* | | |
| **DEBITS** | | |
| Electronic Transfers | | |
| Margin Interest Charged | | |
| Other Debits | | |
| Visa Purchases | | |
| ATM/Cash Advances | | |
| Checks Written/Bill Payment | | |
| Advisory and other fees | | |
| *Subtotal* | | |
| **Net Cash Flow** | | |

## OTHER TRANSACTIONS

| | | |
|---|---|---|
| Dividends/Interest Income | | |
| Security Purchases/Debits | | |
| Security Sales/Credits | | |
| **Closing Cash/Money Accounts** | | |
| **Fees Included in Transactions Above** | | |
| Commissions/Trading Fees | | |



## ASSET ALLOCATION*

\* Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%.



Allocation

☐ Cash/Money Accounts

☐ Equities

**TOTAL**

## DOCUMENT PREFERENCES THIS PERIOD

| | Mail | Online Delivery |
|---|---|---|
| Statements | | X |
| Performance Reports | | X |
| Trade Confirms | | X |
| Shareholders Communication | | X |
| Prospectus | | X |
| Service Notices | | X |
| Tax Statements | | X |

+



**MRS SAMANTHA CHUI SHAN KU**                    Account Number: ▮▮▮▮▮

## YOUR CMA ASSETS

May 01, 2020 · May 29, 2020

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| ███████ | | | | | | |

| EQUITIES Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|---|
| ██████ | | | | | | | | | |
| **TOTAL** | | | | | ████ | | ████ | | ████ |

| RESEARCH RATINGS Security | Symbol | BofAML Research | Morningstar | CFRA |
|---|---|---|---|---|
| ██████ | | | | |

**PLEASE REFER TO THE BACK OF YOUR STATEMENT FOR A GUIDE TO BofAML AND THIRD PARTY RESEARCH RATINGS.**

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| ████████ | | | | | |

## YOUR CMA TRANSACTIONS

| DIVIDENDS/INTEREST INCOME TRANSACTIONS Date    Description | Transaction Type | Quantity | Income | Income Year To Date |
|---|---|---|---|---|
| **Taxable Interest** | | | | |
| ███████ | | | | |

+

MRS SAMANTHA CHUI SHAN KU

Account Number: ▇▇▇▇▇

**24-Hour Assistance:** ▇▇▇▇▇▇
Access Code: ▇▇▇▇▇

## *YOUR CMA TRANSACTIONS*

May 01, 2020 - May 29, 2020

**SECURITY TRANSACTIONS**



| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 05/22 | LUCKIN COFFEE INC SHS CL A ADR CUS NO 54951L109 UNIT PRICE  2.8900 | Purchase | 2,000.0000 | (5,780.00) | | (5,780.00) | |
| **Sales** | | | | | | | |

+

012



MRS SAMANTHA CHUI SHAN KU                    Account Number: ███████

## *YOUR CMA TRANSACTIONS*

May 01, 2020 - May 29, 2020

**SECURITY TRANSACTIONS** (continued)

| Settlement Date | Description | Transaction Type | | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | |
| 05/26 ▪ | LUCKIN COFFEE INC SHS CL A ADR CUS NO 54951L109 UNIT PRICE | Sale 2.1270 | | -2,000.0000 | 4,254.00 | (.09) | 4,253.91 | |



+

MRS SAMANTHA CHUI SHAN KU

**Account Number:** ▉▉▉▉

**24-Hour Assistance:** ▉▉▉▉▉▉
**Access Code:** ▉▉▉▉

## YOUR CMA TRANSACTIONS

May 01, 2020 - May 29, 2020

**REALIZED GAINS / (LOSSES)**



| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/(Losses) ⊙ This Statement | Year to Date |
|---|---|---|---|---|---|---|---|
| LUCKIN COFFEE INC SHS | 2000.0000 | 05/20/20 | 05/21/20 | 4,253.91 | 5,780.00 | (1,526.09) | |

⊙ - Excludes transactions for which we have insufficient data

## YOUR CMA MONEY ACCOUNT TRANSACTIONS



| Date | Description | Withdrawals | Deposits | Date | Description | Withdrawals | Deposits |
|---|---|---|---|---|---|---|---|

+



## FUNDAMENTAL EQUITY OPINION KEY AND GUIDE TO YOUR BofA MERRILL LYNCH RESEARCH RATINGS

**BofA MERRILL LYNCH RESEARCH**

BofA Merrill Lynch Research or BofAML Research is research produced by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and/or one or more of its affiliates. MLPF&S is a wholly owned subsidiary of Bank of America Corporation.

**Equity Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating.**

**BofAML Research Volatility Risk Ratings**

Indicators of potential price fluctuation are:

A – Low

B – Medium

C – High

**BofAML Research Income Ratings**

Indicators of potential cash dividends are:

7 – Same/higher (dividend considered to be secure)

8 – Same/lower (dividend not considered to be secure)

9 – Pays no cash dividend

**BofAML Research Investment Ratings**

Reflect the analyst's assessment of a stock's absolute total return potential and the stock's attractiveness for investment relative to other stocks within a Coverage Cluster (defined below). There are three investment ratings:

1 – Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the Coverage Cluster

2 – Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks

3 – Underperform stocks are the least attractive stocks in a Coverage Cluster

Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| BofAML Research Investment Rating | Total return expectation  (within 12-month period of date of initial rating) | Ratings dispersion guidelines for Coverage Cluster+ |
|---|---|---|
| Buy | > or = 10% | < or = 70% |
| Neutral | > or = 0% | < or = 30% |
| Underperform | N/A | > or = 20% |

+Ratings dispersions may vary from time to time where BofAML Research believes that it better reflects the investment prospects of stocks in a Coverage Cluster.

A Coverage Cluster is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's Coverage Cluster is included in the most recent BofAML Comment referencing the stock.

**THIRD PARTY RESEARCH**

Third party research on the equity securities of certain companies is available to clients for informational purposes. Clients can access this research at www.merrilledge.com or can call 877-653-4732 to request that a copy be sent to them. Please note that the third party research rating is not necessarily equivalent to, or derived using the same methodology as, the BofAML Research ratings or the ratings of other third party research providers.

+

012

**MERRILL**
**A BANK OF AMERICA COMPANY**

**Customer Service**

Please promptly report any inaccuracy, discrepancy, and/or concern by calling Wealth Management Client Support at (800-MERRILL) within ten (10) business days after delivery of or communication of the account statement. You should re-confirm any oral communications in writing to protect your rights.

**About Us**

You may review our financial statement at our offices: Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S or ML), One Bryant Park, New York, New York 10036. If you request a copy of our financial statement, we will mail it to you.

We act as a market maker, dealer, block positioner or arbitrageur in certain securities. These activities may put us or one of our affiliates on the opposite side of transactions we execute for you and potentially result in trading profits for us or our affiliates.

BofA Merrill Lynch Research is research produced by MLPF&S and/or one or more of its affiliates. Third party research ratings from selected vendors are provided, if available, for your information. Our providing these research ratings is not a solicitation or recommendation of any particular security. MLPF&S and its affiliates are not responsible for any third party research and have no liability for such research. You are responsible for any trading decision you make based upon third party research ratings and reports.

MLPF&S may make available to you certain securities and other investment products that are sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BAC) or in which BAC has a substantial economic interest.

Merrill and Merrill Edge are the marketing name for two businesses: Merrill Advisory Center ™, which offers team-based advice and guidance brokerage services; and a self-directed online investing platform. Both are made available through MLPF&S.

Bank of America Merrill Lynch is the marketing name for the global banking and global markets businesses of BAC. Lending, derivatives, and other commercial banking activities are performed globally by banking affiliates of BAC, including Bank of America, N.A., member Federal Deposit Insurance Corporation (FDIC). Securities, strategic advisory, and other investment banking activities are performed globally by investment banking affiliates of BAC ("Investment Banking Affiliates"), including, in the United States, MLPF&S and Merrill Lynch Professional Clearing Corp., all of which are registered broker dealers and members of Financial Industry Regulatory Authority (FINRA) and

Securities Investor Protection Corporation (SIPC), and, in other jurisdictions, locally registered entitles.

Investment products offered by Investment Banking Affiliates, including MLPF&S, ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE.

**Additional Information**

We will route your equity and option orders to market centers consistent with our duty of best execution.

Except for certain custodial accounts, we hold bonds and preferred stocks in bulk segregation. If there is a partial call for those securities, securities will be randomly selected from those held in bulk. The probability of your holdings being selected is proportional to the total number of customer holdings of that particular security that we hold.

This statement serves as a confirmation of certain transactions during the period permitted to be reported periodically. Additional information, including the time of execution for any trade, is available upon written request.

In accordance with applicable law, rules and regulations, your free credit balance is not segregated and we can use these funds in our business. Your free credit balance is the amount of funds payable upon your demand. You have the right to receive, in the normal course of business, any free credit balance and any fully paid securities to which you are entitled, subject to any obligations you owe in any of your accounts.

For clients enrolled in a sweep program, the balance in any bank deposit account or shares of any money market mutual fund in which you have a beneficial interest can be withdrawn or liquidated on your order and the proceeds returned to your securities account or remitted to you.

You will have the right to vote full shares and we may solicit voting instructions concerning these full shares in your account. Voting shares in your account will be governed by the then current rules and policies of FINRA and the Securities Exchange Commission or other applicable exchanges or regulatory bodies.

All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market, and its clearinghouse, if any, where the transactions are executed, and if not executed on any exchange, FINRA.

You may obtain an investor brochure that includes information describing the FINRA Regulation Public Disclosure Program ("Program"). To obtain a brochure or more information about the Program or your broker contact the FINRA Regulation Public Disclosure Program Hotline at (800)289-9999 or access the FINRA website

at www.finra.org

We receive a fee from ISA® banks of up to 2% per annum of the average daily balances. We receive a fee from our affiliated banks of up to $100 per annum for each account that sweeps balances to the banks under the RASP ℠ and ML bank deposit programs. We also receive a fee from Bank of America, N.A. based on the average daily Preferred Deposit ® and Preferred Deposit for Business ® balances.

**Options Customers**

For all customers, including those who own options, please promptly advise us of any material change in your investment objectives or financial condition. Individual options commission charges have been included in your confirmation. You may request a summary of this information.

**Margin Customers**

If this statement is for a margin account, it is a combined statement of your margin account and special memorandum account maintained for you pursuant to applicable regulations. The permanent record of the separate account, as required by Regulation T, is available for your inspection upon request. You should retain this statement for use with your next statement to calculate interest charges, if any, for the period covered by this statement. The interest charge period will parallel the statement period, except that interest due for the final day of the statement period will be carried over and appear on your next statement.

**Coverage for your Account**

The Securities Investor Protection Corporation (SIPC) and our excess-SIPC insurance policy do not cover commodities futures contracts, fixed annuity contracts, hedge funds, private equity funds, commodity pools and other investment contracts (such as limited partnerships) that are not registered with the US Securities Exchange Commission, precious metals, other assets that are not securities, as defined by SIPC, and assets that are not held at MLPF&S, such as cash on deposit at Bank of America, N.A. or Bank of America California, N.A. (Merrill Lynch affiliated banks) or other depository institutions. Those bank deposits are protected by the FDIC up to applicable limits. MLPF&S is not a bank. Unless otherwise disclosed, INVESTMENTS THROUGH MLPF&S ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE. To obtain information about SIPC, including the SIPC Brochure, contact SIPC at http://www.sipc.org or (202)371-8300.

### Fixed Income Securities

Values on your statement generally are based on estimates obtained from various sources and in certain cases only from affiliates. These values assume standard market conditions, are not firm bids or offers and may vary from prices achieved in actual transactions, especially for thinly traded securities. These values are generally for transactions of $1 million or more, which often reflect more favorable pricing than transactions in smaller amounts. You may pay more than these values if you purchase smaller amounts of securities, or receive less if you sell smaller amounts of securities.

### Prices and Valuations

While we believe our pricing information to be reliable, we cannot guarantee its accuracy. Pricing information provided for certain thinly traded securities may be stale.

Values on your statement generally are based on estimates obtained from various sources and in certain cases only from affiliates.

Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate trusts which are not listed on any exchange), and alternative investments (e.g. commodity pools, private equity funds, private debit funds, and hedge funds) are generally illiquid investments. No formal trading market exists for these securities and their current values will likely be different from the purchase price. Unless otherwise indicated, and except for certain alternative investment funds sponsored by affiliates of MLPF&S, the value shown on this statement for an investment in these securities has been provided by the management, administrator or sponsor of each program or a third-party vendor, in each case without independent verification by MLPF&S. The values shown may not reflect actual market value or be realized upon a sale. If an estimated value is not provided, accurate valuation information is not available.

### Cost Data/Realized Capital Gains & Losses

Cost Data and Realized Capital Gains/Losses are provided in this statement for informational purposes only. Please review for accuracy. Merrill Lynch is not responsible for omitted or restated data. Please consult your tax advisor to determine the tax consequences of your securities transactions. Your statement is not an official accounting of gains/losses. Please refer to your records, trade confirmations, and your Consolidated Tax Reporting Statement (Form 1099).

+

012

### Insurance Policies and Annuity Contracts

Information is based on data from the issuing insurer. We are not responsible for the calculation of policy/contract values. Insurance policies and annuity contracts are generally not held in your MLPF&S account. If we, as custodian or trustee, hold an annuity contract that is a security, SIPC and excess-SIPC coverage apply.

### Estimated Annual Income and Current Yield

Estimated Annual Income and Current Yield for certain types of securities could include a return of principal or capital gains in which case the Estimated Annual Income and Current Yield would be overstated. Estimated Annual Income and Current Yield are estimates and the actual income and yield might be lower or higher than the estimated amounts. Current Yield is based upon Estimated Annual Income and the current price of the security and will fluctuate.

### Market-Linked Investments (MLI)

MLIs are debt securities or Certificates of Deposit linked to an underlying reference asset. They are reflected on your statement by their underlying reference asset – equities (e.g., stocks, ETFs, equity indices), alternative investments (e.g., commodities, currencies), or fixed income (e.g., interest rates). This classification method illustrates your asset allocation.

### Symbols and Abbreviations

| | |
|---|---|
| ¤ | Interest reported to the IRS |
| ■ | Gross Proceeds reported to the IRS |
| ٭ | Dividends reported to the IRS |
| : | Transactions reported to the IRS |
| OCC | Options Clearing Corporation |
| # | Transaction you requested same day payment. Prior day's dividend retained to offset cost of advancing payment on your behalf |
| N/A | Price, value and/or cost data not available |
| N/C | Not-Calculated |
| N/N | Non-negotiable securities |
| N/O | Securities registered in your name |
| N/O CUST | Non-negotiable securities registered in the name of the custodian |
| ↑↓ | Indicates that BofA Merrill Lynch Research has upgraded (↑) or downgraded (↓) its fundamental equity opinion on a security. |

**From:** Info_LuckinCoffeeSecuritiesL

**Sent:** Sunday, February 6, 2022 2:42 PM

**To:** Claims_LuckinCoffeeSecuritie

**Subject:** Luckin Coffee Inc. Securities Litigation – Claim Upload

Contact Information

Location: \\Ca003-prfs001\CA-7\Luckin Coffee Inc. Securities Litigation - 40050093\Electronic Files Received\Claim\14160\

Name: Samantha Ku

Address:

Phone Number:

Email:

Date and Time: 2/6/2022 2:41:33 PM

Confirmation Number:

Divider Page

*In re Luckin Coffee Inc. Securities Litigation*
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

Website: www.LuckinCoffeeSecuritiesLitigation.com
Email:   info@LuckinCoffeeSecuritiesLitigation.com
Phone:                                                        855-535-1824

*400500930004544255*
000 0004542 00000000 0001 0001 04542 INS: 0 0
SAMANTHA C KU

Claim Number:        11979

Response Deadline:    April 18, 2022

March 29, 2022

## Notice of Deficient Claim Submission

Dear Claimant:

We received your Proof of Claim and Release Form ("Claim") that you submitted in connection with the Settlement obtained in the securities class action *In re Luckin Coffee Inc. Securities Litigation*, Case No. 1:20-cv-01293-JPC-JLC (S.D.N.Y.). We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement, which has been approved by the Court and which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed on or downloaded from www.LuckinCoffeeSecuritiesLitigation.com.

**Ineligibility Condition:** No Recognized Claim.

In accordance with the Court-approved Plan of Allocation set forth in the Settlement Notice, the Claim referenced above does not calculate to a Recognized Claim. An example of a condition that would result in no Recognized Claim is that no Luckin ADSs were held through the alleged corrective disclosure on January 31, 2020 (*see* Settlement Notice Appendix A paragraph 7(a)). Because your Claim does not calculate to a Recognized Claim, either for the reason noted in the preceding sentence or for another reason, it is not eligible to receive a distribution from the Net Settlement Fund. Unless you had additional transactions in Luckin ADSs during the Class Period (i.e., May 17, 2019, through July 15, 2020, inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility only by submitting additional transactions in Luckin ADSs during the Class Period that were not previously reflected in your Claim and which make your Claim calculate to a Recognized Claim. For additional information, please reference Appendix A of the Settlement Notice. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured.

AF8911 v.04



**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine if it has a Recognized Claim is described in the Plan of Allocation set forth in Appendix A of the Settlement Notice. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.

Sincerely,
Claims Administrator

AF8912 v.04

# Divider Page

*In re Luckin Coffee Inc. Securities Litigation*
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

Website: www.LuckinCoffeeSecuritiesLitigation.com
Email:   info@LuckinCoffeeSecuritiesLitigation.com
Phone:                                    855-535-1824

*400500930004544255*
000 0004542 00000000 0001 0001 04542 INS: 0 0
SAMANTHA C KU

Claim Number:        11979

Response Deadline:    April 18, 2022

March 29, 2022

## Notice of Deficient Claim Submission

Dear Claimant:

We received your Proof of Claim and Release Form ("Claim") that you submitted in connection with the Settlement obtained in the securities class action *In re Luckin Coffee Inc. Securities Litigation*, Case No. 1:20-cv-01293-JPC-JLC (S.D.N.Y.). We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement, which has been approved by the Court and which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed on or downloaded from www.LuckinCoffeeSecuritiesLitigation.com.

**Ineligibility Condition:** No Recognized Claim.

In accordance with the Court-approved Plan of Allocation set forth in the Settlement Notice, the Claim referenced above does not calculate to a Recognized Claim. An example of a condition that would result in no Recognized Claim is that no Luckin ADSs were held through the alleged corrective disclosure on January 31, 2020 (*see* Settlement Notice Appendix A paragraph 7(a)). Because your Claim does not calculate to a Recognized Claim, either for the reason noted in the preceding sentence or for another reason, it is not eligible to receive a distribution from the Net Settlement Fund. Unless you had additional transactions in Luckin ADSs during the Class Period (i.e., May 17, 2019, through July 15, 2020, inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility only by submitting additional transactions in Luckin ADSs during the Class Period that were not previously reflected in your Claim and which make your Claim calculate to a Recognized Claim. For additional information, please reference Appendix A of the Settlement Notice. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured.

AF8911 v.04

**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine if it has a Recognized Claim is described in the Plan of Allocation set forth in Appendix A of the Settlement Notice. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.

Sincerely,
Claims Administrator

AF8912 v.04

April 17, 2022

Samantha C. Ku

█████████████

In re Luckin Coffee Inc. Securities Litigation
c/o Eqip Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

Via Certified Mail, Return Receipt Requested (USPS No ███████████████

To Whom It May Concern:

I am in received your Notice of Deficient Claim Submission dated March 29, 2022, with disagreement.

You alleged my substantial claim has no recognized claim was unmerited and unjustified.

Based on your alleged reason of per Settlement Notice Appendix A, paragraph 7(a), Luckin ADS sold before 11:00 am Eastern time on January 31, 2020, the Exchange Act Loss Amount is zero.

However, under paragraph 7(b), my claim has merit and justified and should be recognized. Therefore, is eligible to receive claim under the settlement.

For your reference, I am attaching my account record for 2020. The record reflects that I sold the Luckin ADS on May 21, 2020.

Kindly process and complete my claim.

Thank you for your attention in this matter.

Samantha C Ku
Claimant

# MERRILL
## A BANK OF AMERICA COMPANY

## 2020 TAX REPORTING STATEMENT

ORIGINAL 1099 02/16/2021

MRS SAMANTHA CHUI SHAN KU

| Table of Contents | Page |
| --- | --- |
| Summary Pages | 3 |
| Sale Proceeds and Gain/Loss Details | 7 |
| Dividend Income Activity | 11 |



We would like you to note the following item(s) which may affect your tax return.  Please discuss these matters with your Tax Advisor prior to completing your tax return.

## IMPORTANT ITEMS FOR YOUR ATTENTION

Your ▓▓▓▓▓▓▓▓▓▓▓▓ s produced separately from your Tax Reporting Statement and is only available on MyMerrill.com or MerrillEdge.com.  Online enrollment is necessary to access the statement.  For more information, including how to download your ▓▓▓▓▓▓▓ details into Microsoft Excel or other software, visit the Tax Education and Planning Center on MyMerrill.com or MerrillEdge.com.

To view additional tax resources available online, please visit our Tax Center on mymerrill.com or merrilledge.com.

Case 1:20-cv-01293-JPC   Document 347-4   Filed 03/06/23   Page 244 of 355

# MERRILL
## A BANK OF AMERICA COMPANY

MRS SAMANTHA CHUI SHAN KU

## 2020 TAX REPORTING STATEMENT

THIS PAGE WAS INTENTIONALLY LEFT BLANK

Case 1:20-cv-01293-JPC    Document 347-4    Filed 03/06/23    Page 245 of 355

**MERRILL**
A BANK OF AMERICA COMPANY

Account No. ▮▮▮▮

Taxpayer No. ▮▮▮▮

Page
3 of 11

ORIGINAL 1099 02/16/2021

MRS SAMANTHA CHUI SHAN KU
▮▮▮▮

Your Financial Advisor 1000
ML DIRECT
▮▮▮▮

Payer:
Merrill Lynch, Pierce, Fenner & Smith Inc
▮▮▮▮

# 2020 TAX REPORTING STATEMENT

| Form 1099-DIV | 2020 Dividends and Distributions | (OMB NO. 1545-0110) | Amount |
|---|---|---|---|
| 1a | Total Ordinary Dividends | Sched. B, Line 5 &/or Form 1040, Line 3b | |
| 1b | Qualified Dividends | Form 1040, Line 3a | |
| 2a | Total Capital Gain Distributions | Sched. D, Line 13 or Form 1040, Line 13 | |
| 2b | Unrecap. Sec. 1250 Gain | Sched. D, Line 19 | |
| 2c | Section 1202 Gain | See Sched. D Instructions | |
| 2d | Collectibles (28%) Gain | Sched. D, Line 18 | |
| 3 | Nondividend Distributions | See Publication 550 | |
| 4 | Federal Income Tax Withheld | Form 1040, Line 17 | |
| 5 | Section 199A Dividends | See Instructions | |
| 6 | Investment Expenses | See Instructions | |
| 7 | Foreign Tax Paid | Form 1116 &/or Sched. 3, Line 1 | |
| 8 | Foreign Country or U.S. Possession | See Instructions | |
| 9 | Liquidation Distributions Cash | See Instructions | |
| 10 | Liquidation Distributions Non-Cash | See Instructions | |
| 11 | Exempt-Interest Dividends | Form 1040, Line 2a | |
| 12 | Spec. Private Activity Bond Int. Div. | See Instructions for Form 6251 | |
| 13 | State | See Instructions | |
| 14 | State Identification No. | See Instructions | |
| 15 | State Tax Withheld | See Instructions | |

| Form 1099-INT | 2020 Interest Income | (OMB NO. 1545-0112) | Amount |
|---|---|---|---|
| 1 | Interest Income | Sched. B, Line 1 &/or Form 1040, Line 2b | |
| 2 | Early Withdrawal Penalty | Sched. 1, Line 17 | |
| 3 | Int. on U.S. Savings Bonds & Treas. | See Publication 550 | |
| 4 | Federal Income Tax Withheld | Form 1040, Line 17 | |
| 5 | Investment Expenses | See Instructions | |
| 6 | Foreign Tax Paid | Form 1116 &/or Sched. 3, Line 1 | |
| 7 | Foreign Country or U.S. Possession | See Instructions | |
| 8 | Tax-Exempt Interest | Form 1040, Line 2a | |
| 9 | Specified Private Activity Bond Interest | See Instructions for Form 6251 | |
| 10 | Market Discount | See Instructions | |
| 11 | Bond Premium | See Instructions | |
| 12 | Bond Premium on Treas. Obligations | See Instructions | |
| 13 | Bond Premium on Tax-Exempt Bond | See Instructions | |
| 14 | Tax-Exempt/Tax Credit Bond CUSIP No. | See Instructions | |
| 15 | State | See Instructions | |
| 16 | State Identification No. | See Instructions | |
| 17 | State Tax Withheld | See Instructions | |

| Summary of 2020 Original Issue Discount Items | | Amount |
|---|---|---|
| Original Issue Discount | See Publication 1212 | |
| Market Discount | See Publication 1212 | |
| Acquisition Premium | See Publication 1212 | |
| OID on U.S. Treasury Obligations | See Publication 1212 | |
| Tax-Exempt Original Issue Discount | See Publication 1212 | |

Amounts of Original Issue Discount are individually reported to the IRS. Refer to the 2020 Original Issue Discount detail section of this statement.

| Summary of 2020 Sales Proceeds | | Amount |
|---|---|---|
| Sales Proceeds | See Form 8949 | |
| Federal Income Tax Withheld | Form 1040, Line 17 | |

Gross Proceeds from each of your 2020 securities trades are individually reported to the IRS. Refer to the 2020 Proceeds from Broker and Barter Exchange Transactions detail section of this statement.

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.
You may reach a Tax Representative at 800.637.6326.
Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S or Merrill) is a registered broker-dealer and wholly owned subsidiary of Bank of America Corporation
Member, Securities Investor Protection Corporation (SIPC)

Case 1:20-cv-01293-JPC   Document 347-4   Filed 03/06/23   Page 246 of 355

# MERRILL
## A BANK OF AMERICA COMPANY

Account No. ███████

Taxpayer No. ███████

Page
4 of 11

MRS SAMANTHA CHUI SHAN KU

# 2020 TAX REPORTING STATEMENT

## Form 1099-MISC     2020 Miscellaneous Income     (OMB NO. 1545-0115)

| | | | Amount |
|---|---|---|---|
| 2 | Royalties | Sched. E, Line 4 | ███████ |
| 3 | Other Income | Sched. 1, Line 8 | |
| 4 | **Federal Income Tax Withheld** | **Form 1040, Line 17** | |
| 8 | Sub. Payments in Lieu of Div. or Int. | Sched. 1, Line 8 | |
| 15 | State Tax Withheld | See Instructions | |
| 16 | State/Payer's State No. | See Instructions | |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

## Distributions and Charges*

| | Amount |
|---|---|
| Limited Partnership Income | ............................ |
| Non-Reportable Dividends and Interest | ............................ |
| Non-Reportable Tax-Exempt Interest | ............................ |
| Taxable Muni Accrued Int. Paid | ............................ |
| Non-Tax Muni Accrued Int. Paid | ............................ |
| Other Accrued Interest Paid | ............................ |
| Margin Interest | ............................ |
| Non-Reportable Distribution Expenses | ............................ |
| Excess Bond Premium | ............................ |
| Additional Bond Premium | ............................ |

*Dollar amounts above may reflect as net, please review the detail section to determine impact. This information is not reported to the IRS, consult with your Tax Advisor for more information.

## INSTRUCTIONS FOR RECIPIENT OF FORMS 1099, COPY B - READ CAREFULLY.

The amounts listed on Forms 1099-DIV, 1099-INT, 1099-MISC, 1099-OID and 1099-B represent dividends, interest, miscellaneous income, original issue discount and/or gross proceeds payments made or credited to your account during the calendar year.

If you are an investor in a limited partnership, information concerning your distributive share of the partnership's taxable income or loss (Form 1065, Schedule K-1) will not appear on the Tax Reporting Statement. Such information will be sent to you directly from the limited partnership, for inclusion on your income tax return.

Nominees - If your federal Taxpayer Identification Number is shown on this form and includes amounts belonging to another person, you are considered a nominee recipient. You must file and furnish Form 1099-DIV, 1099-INT, 1099-MISC, 1099-OID or 1099-B, as applicable, with the IRS, for each of the other owners to show their share of the income. A husband or wife is not required to file a nominee return to show amounts owned by the other. See the 2020 General Instructions for Certain Information Returns.

Foreign Tax Paid - You may be able to claim this foreign tax as a deduction or a credit on Form 1040. See the Instructions for Form 1040. Foreign country or U.S. possession will always be displayed as various.

Backup Withholding - Persons not furnishing their taxpayer identification number (TIN) to the payer become subject to backup withholding on certain payments at a rate of 24%, including dividends, interest, and gross proceeds from dispositions of securities. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.

### 1099-MISC - MISCELLANEOUS INCOME     (OMB No. 1545-0115)
Each royalty trust is required to provide their shareholders with detailed information regarding items of trust income and deductions. Because the information reported to shareholders by the royalty trust includes the information we report to you on Form 1099-MISC, you should be careful not to report this income on your tax return twice.
Line 1 - Shows the income received from rental property. Report on Schedule E (Form 1040). See Publication 527
Line 2 - Shows the royalty trust income paid to your account during the tax year. Report on Schedule E (Form 1040).
Line 3 - Generally, report this amount on the "Other Income" line of Form 1040 and identify the payment. The amount shown may be payments you received as the beneficiary of a deceased employee, prizes, awards, taxable damages, or other taxable income. See Publication 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).
Line 8 - Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other Income" line of Form 1040.
Line 15-17 Show state or local income tax withheld from the payments.

### 1099-DIV - DIVIDENDS AND DISTRIBUTIONS     (OMB No. 1545-0110)
Line 1a - Shows total ordinary dividends that are taxable. Include this amount on the "Ordinary dividends" line of Form 1040. Also, report it on Schedule B (1040), if required.
Line 1b - Shows the portion of the amount on line 1a that may be eligible for reduced capital gains rates. See the Instructions for Form 1040 for how to determine this amount and where to report. The amount shown may be dividends a corporation paid directly to you as a participant (or beneficiary of a participant) in an employee stock ownership plan (ESOP). Report it as a dividend on your Form 1040 but treat it as a plan distribution, not as investment income, for any other purpose.
Line 2a - Shows total capital gain distributions from a regulated investment company (RIC) or real estate investment trust (REIT). See How To Report in the Instructions for Schedule D (Form 1040). But, if no amount is shown on lines 2c-2d and your only capital gains and losses are capital gain distributions, you may be able to report the amounts shown on line 2a on your Form 1040 rather than Schedule D. See the Instructions for Form 1040.
Line 2b - Shows the portion of the amount on line 2a that is unrecaptured section 1250 gain from certain depreciable real property. See the Unrecaptured Section 1250 Gain Worksheet-Line 19 in the Instructions for Schedule D (Form 1040).
Line 2c - Shows the portion of the amount on line 2a that is section 1202 gain from certain small business stock that may be subject to an exclusion. See the Instructions for Schedule D (Form 1040).
Line 2d - Shows 28% rate gain from sales or exchanges of collectibles. If required, use this amount when completing the 28% Rate Gain Worksheet-Line 18 in the Instructions for Schedule D (Form 1040).
Line 3 - Shows a return of capital. To the extent of your cost (or other basis) in the stock, the distribution reduces your basis and is not taxable. Any amount received in excess of your basis is taxable to you as capital gain. See Publication 550.
Line 5 - Shows the portion of the amount in box 1a that may be eligible for the 20% qualified business income deduction under section 199A. See the Instructions for Form 1040.
Line 6 - Shows your share of expenses of a nonpublicly offered RIC, generally a nonpublicly offered mutual fund. This amount is included on line 1a.
Lines 9 and 10 - Shows cash and noncash liquidation distributions.
Line 11 - Shows exempt-interest dividends from a mutual fund or other RIC paid to you during the calendar year. See the Instructions for Form 1040 for where to report. This amount may be subject to backup withholding.
Line 12 - Shows exempt-interest dividends subject to the alternative minimum tax. This amount is included on line 11. See the Instructions for Form 6251.
Lines 13-15. State income tax withheld reporting boxes.

**MERRILL** 🐂
A BANK OF AMERICA COMPANY

Account No.
▬▬▬

Taxpayer No.
▬▬▬

Page
5 of 11

MRS SAMANTHA CHUI SHAN KU

# 2020 TAX REPORTING STATEMENT

## 1099-INT - INTEREST INCOME
(OMB No. 1545-0112)

The information provided may be different for covered and noncovered securities. For a description of covered securities, see the Instructions for Form 8949. For a taxable covered security acquired at a premium, unless you notified the payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to amortize the premium under section 171, or for a tax-exempt covered security acquired at a premium, your payer generally must report a gross amount for both the interest paid to you and the premium amortization allocable to the payment(s). If you did notify your payer that you did not want to amortize the premium on a taxable covered security, then your payer will only report the gross amount of interest paid to you. For a noncovered security acquired at a premium, your payer is only required to report the gross amount of interest paid to you.

Line 1 - Shows taxable interest paid to you during the calendar year by the payer. This does not include interest shown on line 3. May also show the total amount of the credits from clean renewable energy bonds, new clean renewable energy bonds, qualified energy conservation bonds, qualified zone academy bonds, qualified school construction bonds, and build America bonds that must be included in your interest income. These amounts were treated as paid to you during 2020 on the credit allowance dates (March 15, June 15, September 15, and December 15). For more information, see Form 8912.

Line 3 - Shows interest on U.S. Savings Bonds, Treasury bills, Treasury bonds, and Treasury notes. This may or may not be all taxable. See Publication 550. This interest is exempt from state and local income taxes. This interest is not included on line 1.

Line 5 - Any amount shown is your share of investment expenses of a single-class REMIC. This amount is included on line 1.

Line 8 - Shows tax-exempt interest paid to you during the calendar year by the payer. See how to report this amount in the Instructions for Form 1040. This amount may be subject to backup withholding. See line 4.

Line 9 - Shows tax-exempt interest subject to the alternative minimum tax. This amount is included on line 8. See the Instructions for Form 6251.

Line 10 - For a taxable or tax-exempt covered security, if you made an election under section 1278(b) to include market discount in income as it accrues and you notified your payer of the election in writing in accordance with Regulations section 1.6045-1(n)(5), shows the market discount that accrued on the debt instrument during the year while held by you, unless it was reported on Form 1099-OID. Report the accrued market discount on your income tax return as directed In the Instructions for Form 1040. Market discount on a tax-exempt security is includible in taxable income as interest income.

Line 11 - For a taxable covered security, shows the amount of premium amortization allocable to the interest payment(s), unless you notified the payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to amortize bond premium under section 171. If an amount is reported on this line, see the Instructions for Form 1040 (Schedule B). If the amount on this line is greater than the amount of interest paid on the covered security, see Regulations section 1.171-2(a)(4).

Line 12 - For a U.S. Treasury obligation that is a covered security, shows the amount of premium amortization allocable to the interest payment(s), unless you notified the payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to amortize bond premium under section 171. If an amount is reported on this line, see the Instructions for Form 1040 (Schedule B). If the amount on this line is greater than the amount of interest paid on the U.S. Treasury obligation, see Regulations section 1.171-2(a)(4).

Line 13 - For a tax-exempt covered security, shows the amount of premium amortization allocable to the interest payment(s). If the amount on this line is greater than the amount of interest paid on the tax-exempt covered security, the excess is a nondeductible loss. See Regulations section 1.171-2(a)(4)(ii).

Line 14 - Shows CUSIP number(s) for tax-exempt bond(s) on which tax-exempt interest was paid, or tax credit bond(s) on which taxable interest was paid or tax credit was allowed, to you during the calendar year.

Lines 15-17 - State tax withheld reporting lines

## 1099-OID - ORIGINAL ISSUE DISCOUNT
(OMB No. 1545-0117)

The information provided may be different for covered and noncovered securities. For a description of covered securities, see the Instructions for Form 8949. For a covered security acquired with acquisition premium, your payer generally must report a gross amount for both the OID and the acquisition premium amortization for the year. For a noncovered security acquired with acquisition premium, your payer is only required to report the gross amount of OID.

Line 1 - Shows the OID on a taxable obligation for the part of the year you owned it. Report the amount on line 1 as interest income on your income tax return. However, depending on the type of debt instrument, the issue or acquisition date, and other factors (for example, if you paid acquisition or bond premium, or the obligation is a stripped bond or coupon), you may have to figure the correct amount of OID to report on your return. See Publication 1212 for details on how to figure the correct OID.

Line 5 - For a covered security acquired with OID, if you made an election under section 1278(b) to include market discount in income as it accrues and you notified your payer of the election in writing in accordance with Regulations section 1.6045-1(n)(5), shows the market discount that accrued on the debt instrument during the year while held by you. For a tax-exempt obligation that is a covered security acquired on or after January 1, 2017, and issued with OID, shows the market discount that accrued on the obligation during the year while held by you. Report the accrued market discount on your income tax return as directed in the Instructions for Form 1040. Market discount on a tax-exempt security is includible in taxable income as interest income.

Line 6 - For a taxable covered security, shows the amount of acquisition premium amortization for the year that reduces the amount of OID that is included as interest on your income tax return. If an amount is reported on this line, see the Instructions for Form 1040 (Schedule B). If there is an amount on both lines 6 and 11, for a tax-exempt obligation that is a covered security acquired on or after January 1, 2017, and issued with OID, the amount on line 6 shows the amount of acquisition premium amortization for the year that reduces the amount of your tax-exempt OID for the year.

Line 8 - Shows OID on a U.S. Treasury obligation for the part of the year you owned it. Report this amount as interest income on your federal income tax return, and see Publication 1212 to figure any appropriate adjustments to this amount. This OID is exempt from state and local income taxes and is not included on line 1.

Line 11 - For a tax-exempt obligation that is a covered security acquired on or after January 1, 2017, shows the tax-exempt OID on the obligation for the part of the year you owned it. In general, report the amount of tax-exempt OID on Form 1040.

## 1099-B - PROCEEDS FROM BROKER AND BARTER EXCHANGE TRANSACTIONS
(OMB-1545-0715)

Applicable check box on Form 8949. Indicates where to report this transaction on Form 8949 and Schedule D, and which check box is applicable. See the Instructions for Schedule D and/or Form 8949.

Code A - Indicates a short-term transaction for which the cost or other basis is being reported to the IRS.
Code B - Indicates a short-term transaction for which the cost or other basis is not being reported to the IRS.
Code D - Indicates a long-term transaction for which the cost or other basis is being reported to the IRS.
Code E - Indicates a long-term transaction for which the cost or other basis is not being reported to the IRS.
Code X - Indicates a transaction for which the holding period is unknown.

Line 1a - Shows a brief description of the item or service for which amounts are being reported.

Line 1b - This line may be blank if line 5 is noted or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

Line 1c - Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale.

Line 1d - Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or non-Section 1256 option contracts are shown in parentheses. This line does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (whichever is applicable) as explained in the Instructions for Schedule D.

Line 1e - Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If line 5 is noted, line 1e may be blank. See the Instructions for Form 8949, Instructions for Schedule D, or Publication 550 for details.

Line 1f - Shows the amount of accrued market discount. For details on market discount, see the Instructions for Schedule D (Form 1040), Instructions for Form 8949, and Publication 550. If line 5 is noted, line 1f may be blank.

Line 1g - Shows the amount of nondeductible loss in a wash sale transaction. For details on wash sales, see the Instructions for Schedule D (Form 1040), Instructions for Form 8949, and Publication 550. If line 5 is noted, line 1g may be blank.

Line 3 - - If checked, proceeds are from a transaction involving collectibles or from a Qualified Opportunity Fund (QOF).

Line 5 - If noted, the securities sold were noncovered securities and lines 1b, 1e, 1f, 1g and 2 may be blank. Generally, a noncovered security means: stock purchased before 2011, stock in most mutual funds purchased before 2012, stock purchased in or transferred to a dividend reinvestment plan before 2012, debt acquired before 2014, options granted or acquired before 2014, and securities futures contracts entered into before 2014.

Line 6 - If the exercise of a noncompensatory option resulted in a sale of a security, indicates whether the amount on line 1d was adjusted for option premium.

Line 7 - If noted, you cannot take a loss on your tax return based on gross proceeds from a reportable change in control or capital structure reported on line 1d. See the Form 8949 and the Instuctions for Schedule D. The broker should advise you of any losses on a separate statement.

Line 12 - If applicable, this is noted on Form(s) 1099-B.

Case 1:20-cv-01293-JPC Document 347-4 Filed 03/06/23 Page 248 of 355

# MERRILL
## A BANK OF AMERICA COMPANY

MRS SAMANTHA CHUI SHAN KU

## 2020 TAX REPORTING STATEMENT

THIS PAGE WAS INTENTIONALLY LEFT BLANK

Case 1:20-cv-01293-JPC   Document 347-4   Filed 03/06/23   Page 249 of 355

# MERRILL
## A BANK OF AMERICA COMPANY

MRS SAMANTHA CHUI SHAN KU

## 2020 TAX REPORTING STATEMENT

The following sections are provided to facilitate your review and the preparation of your tax return.

The 2020 Proceeds from Broker and Barter Exchange Transactions section includes both sales of positions for "covered securities" and "noncovered securities." A covered security includes securities when the purchase date of the security occurred within the following timeline: Equities acquired on or after January 1, 2011, Mutual Funds acquired on or after January 1, 2012, Option Transactions and less complex debt securities acquired on or after January 1, 2014, and more complex debt securities and options issued as part of a debt instrument acquired on or after January 1, 2016. Legislation requires reporting the gross proceeds of the sales of "covered" and "noncovered" securities and the adjusted cost basis for "covered securities." Any sale of a security that is considered a "noncovered security" will still be included in this section with the adjusted cost basis (where available) but the adjusted basis will not be transmitted to the IRS.

In calculating gain (loss), unless otherwise noted, it was assumed that the oldest position was liquidated first, and that you have made an election to amortize the premium paid on the purchase of taxable bonds. Under the Cost Basis Reporting Regulations, brokers need not track wash sale activity for substantially identical securities, transactions across accounts, or between covered and noncovered securities. However, you as a taxpayer still have to track and report wash sales as you have in the past which would include all of the aforementioned transaction types. Securities distributed from a retirement account reflect the tax basis on the date of distribution. Other methods for calculating gain (loss) are available. The cost basis for most Original Issue Discount ("OID") obligations includes the accretion of OID.

**This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

## Form 1099-B                 2020 PROCEEDS FROM BROKER & BARTER EXCHANGE TRANSACTIONS                 (OMB NO. 1545-0715)

| 1a. Description of Property | 1b. Date Acquired | 1c. Date Sold or Disposed | 1d. Proceeds | 1e. Cost Basis | 1f. Accrued Market Discount | 1g. Wash Sale Loss Disallowed | Gain or Loss |
|---|---|---|---|---|---|---|---|

**SHORT TERM CAPITAL GAINS AND LOSSES - 1099-B Line 2 - Box 6 Net Proceeds**

**COVERED TRANSACTIONS - Cost basis reported to IRS - Form 8949, Part I, (A)**

Case 1:20-cv-01293-JPC  Document 347-4  Filed 03/06/23  Page 250 of 355

MRS SAMANTHA CHUI SHAN KU

## 2020 TAX REPORTING STATEMENT

Form 1099-B

## 2020 PROCEEDS FROM BROKER & BARTER EXCHANGE TRANSACTIONS    (OMB NO. 1545-0715)



| 1a. Description of Property | 1b. Date Acquired | 1c. Date Sold or Disposed | 1d. Proceeds | 1e. Cost Basis | 1f. Accrued Market Discount | 1g. Wash Sale Loss Disallowed | Gain or Loss |
|---|---|---|---|---|---|---|---|
| LUCKIN COFFEE INC SHS CL A ADR | | | | | | | |
| CUSIP Number 54951L109 | | | | | | | |
| 2000.0000 Sale | 05/20/20 | 05/21/20 | 4,253.91 | 5,780.00 | 0.00 | 0.00 | (1,526.09) |

Case 1:20-cv-01293-JPC  Document 347-4  Filed 03/06/23  Page 251 of 355

# MERRILL
**A BANK OF AMERICA COMPANY**

MRS SAMANTHA CHUI SHAN KU

## 2020 TAX REPORTING STATEMENT

**Form 1099-B**  **2020 PROCEEDS FROM BROKER & BARTER EXCHANGE TRANSACTIONS**  (OMB NO. 1545-0715)

| 1a. Description of Property | 1b. Date Acquired | 1c. Date Sold or Disposed | 1d. Proceeds | 1e. Cost Basis | 1f. Accrued Market Discount | 1g. Wash Sale Loss Disallowed | Gain or Loss |
|---|---|---|---|---|---|---|---|



Case 1:20-cv-01293-JPC   Document 347-4   Filed 03/06/23   Page 252 of 355

**MERRILL**
A BANK OF AMERICA COMPANY

Account No. ▮▮▮▮

Taxpayer No. ▮▮▮▮

Page
10 of 11

MRS SAMANTHA CHUI SHAN KU

# 2020 TAX REPORTING STATEMENT

**Form 1099-B**  **2020 PROCEEDS FROM BROKER & BARTER EXCHANGE TRANSACTIONS**  (OMB NO. 1545-0715)



| 1a. Description of Property | 1b. Date Acquired | 1c. Date Sold or Disposed | 1d. Proceeds | 1e. Cost Basis | 1f. Accrued Market Discount | 1g. Wash Sale Loss Disallowed | Gain or Loss |
|---|---|---|---|---|---|---|---|

Covered Short Term Capital Gains and Losses Subtotal

NET SHORT TERM CAPITAL GAINS AND LOSSES

SALES PROCEEDS AND NET GAINS AND LOSSES

COVERED SHORT TERM GAINS/LOSSES

Case 1:20-cv-01293-JPC   Document 347-4   Filed 03/06/23   Page 253 of 355

# MERRILL
### A BANK OF AMERICA COMPANY

MRS SAMANTHA CHUI SHAN KU

## 2020 TAX REPORTING STATEMENT

### 2020 DIVIDENDS, QUALIFIED AND SECTION 199A DIVIDEND DISTRIBUTIONS

| Security Description | Quantity | Date | Transaction Description | Amount | Qualified | Section 199A | Remarks |
| --- | --- | --- | --- | --- | --- | --- | --- |

**UNITED STATES**

**DIVIDENDS FROM UNITED STATES**

TOTAL ORDINARY DIVIDENDS (LINE 1A 1099-DIV)
TOTAL QUALIFIED DIVIDENDS (LINE 1B 1099-DIV)
TOTAL SECTION 199A DIVIDENDS (LINE 5 1099-DIV)
TOTAL FEDERAL INCOME TAX WITHHELD (INCLUDED IN LINE 4 1099-DIV)
TOTAL FOREIGN TAX PAID (INCLUDED IN LINE 7 1099-DIV)

***END OF STATEMENT FOR THIS ACCOUNT***

Case 1:20-cv-01293-JPC   Document 347-4   Filed 03/06/23   Page 254 of 355



CERTIFIED MAIL

97228

1000

In re Luckin Coffee Inc. Securities Litigation
c/o Eqip Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

RETURN RECEIPT REQUESTED

RETURN RECEIPT REQUESTED



Ms. Samantha C. Ku

Lou L Lai IRA Contributory (7878)

## PART I - CLAIMANT INFORMATION

The Claims Administrator will use this information for all communications regarding this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above. Complete names of all persons and entities must be provided.

Beneficial Owner's Name

First Name: `L O U`   MI: `L.`   Last Name: `L A I`

Joint Beneficial Owner's Name (if applicable)

First Name:   MI:   Last Name:

If this claim is submitted for an IRA, and if you would like any check that you MAY be eligible to receive made payable to the IRA, please include "IRA" in the "Last Name" box above (e.g., Jones IRA).

Entity Name (if the Beneficial Owner is not an individual)

Name of Representative, if applicable (executor, administrator, trustee, c/o, etc.), if different from Beneficial Owner

Last 4 digits of Social Security Number or Taxpayer Identification Number

Street Address

City     State/Province   ZIP Code

Foreign Postal Code (if applicable)     Foreign Country (if applicable)

Telephone Number (Day)     Telephone Number (Evening)

Email Address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

Account Number

**Type of Beneficial Owner:**

Specify one of the following:

☐ Individual(s)   ☐ Corporation   ☐ UGMA Custodian   ☑ IRA

☐ Partnership   ☐ Estate   ☐ Trust   ☐ Other (describe: _____)

TOTAL PURCHASE: $61,430.00 ; TOTAL SALE: $10,668.00

TOTAL LOSS DUE LK FRAUD:             $50,762.00

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

02-CA40050093
AE9082 v.09                                                     2

**PART III – SCHEDULE OF TRANSACTIONS IN LUCKIN ADSs**

Use this section to provide information on your holdings and trading of Luckin ADSs during the requested time periods. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, ¶ 7 above.

**1. PURCHASES/ACQUISITIONS FROM MAY 17, 2019 THROUGH JULY 15, 2020, INCLUSIVE** – Separately list each and every purchase or acquisition (including free receipts) of Luckin ADSs from May 17, 2019 through and including the close of trading on July 15, 2020. Include Luckin ADSs purchased in Luckin's May 17, 2019 Initial Public Offering and January 10, 2020 Secondary Public Offering and Luckin ADSs purchased on the open market from May 17, 2019 through July 15, 2020. (Must be documented.)

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of ADSs Purchased/ Acquired | Purchase Price Per ADS | Total Purchase Price (excluding any fees, commissions, and taxes) | Were the shares purchased in or traceable to the May 2019 IPO or the Jan. 2020 SPO? | Confirm Proof of Purchase/ Acquisition Enclosed |
|---|---|---|---|---|---|
| (1) 01 22 20 | 700 | 11.50 | 8050.00 | | ✓ |
| (2) 01 22 20 | 300 | 11.60 | 3480.00 | | ✓ |
| (3) 02 21 20 | 1000 | 7.62 | 7620.00 | | ✓ |
| (4) 02 14 20 | 1000 | 6.95 | 6950.00 | | ✓ |
| (4) 03 02 20 | 1000 | 7.50 | 7600.00 | | ✓ |

**2. PURCHASES/ACQUISITIONS FROM JULY 16, 2020 THROUGH OCTOBER 20, 2021, INCLUSIVE** – State the total number of Luckin ADSs purchased or acquired (including free receipts) from July 16, 2020 through the close of trading on October 20, 2021. If none, write "zero" or "0."[i]

0.00

**3. SALES FROM MAY 17, 2019 THROUGH OCTOBER 20, 2021** – Separately list each and every sale or disposition (including free deliveries) of Luckin ADSs from May 17, 2019 through and including the close of trading on October 20, 2021. (Must be documented.)

**IF NONE, CHECK HERE** ☐

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of ADSs Sold | Sale Price Per ADS | Total Sale Price (not deducting any fees, commissions, and taxes) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| (1) 02 14 20 | 1000 | 3.15 | 3150.00 | ✓ |
| (2) 03 27 20 | 1000 | 1.12 | 1120.00 | ✓ |
| (3) 04 02 20 | 3000 | 0.25 | 738.00 | ✓ |
| | | . | . | |
| | | . | . | |

**4. HOLDINGS AS OF OCTOBER 20, 2021** – State the total number of Luckin ADSs held as of the close of trading on October 20, 2021. (Must be documented.) If none, write "zero" or "0."

0.00

**Confirm Proof of Position Enclosed** ☐

**IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX.** ✓

---

[i] **Please note**: Information requested with respect to your purchases and acquisitions of Luckin ADSs from July 16, 2020 through the close of trading on October 20, 2021 is needed in order to balance your claim; purchases and acquisitions during this period, however, are not eligible under the Settlement and will not be used for purposes of calculating your Recognized Claim under the Plan of Allocation.

**Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824**

## PART III – SCHEDULE OF TRANSACTIONS IN LUCKIN ADSs

Use this section to provide information on your holdings and trading of Luckin ADSs during the requested time periods. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, ¶ 7 above.

**1. PURCHASES/ACQUISITIONS FROM MAY 17, 2019 THROUGH JULY 15, 2020, INCLUSIVE** – Separately list each and every purchase or acquisition (including free receipts) of Luckin ADSs from May 17, 2019 through and including the close of trading on July 15, 2020. Include Luckin ADSs purchased in Luckin's May 17, 2019 Initial Public Offering and January 10, 2020 Secondary Public Offering and Luckin ADSs purchased on the open market from May 17, 2019 through July 15, 2020. (Must be documented.)

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of ADSs Purchased/ Acquired | Purchase Price Per ADS | Total Purchase Price (excluding any fees, commissions, and taxes) | Were the shares purchased in or traceable to the May 2019 IPO or the Jan. 2020 SPO? | Confirm Proof of Purchase/ Acquisition Enclosed |
|---|---|---|---|---|---|
| 0 3 0 6 2 0 | 1 0 0 0 | 7 . 6 0 | 7 6 0 0 . 0 0 | | ✓ |
| 0 4 0 3 2 0 | 3 0 0 0 | 1 . 4 2 | 4 2 6 0 . 0 0 | | ✓ |
| 0 3 2 7 2 0 | 1 0 0 0 | 5 . 3 7 | 5 3 7 0 . 0 0 | | ✓ |
| 0 1 2 2 2 0 | 1 0 0 0 | 1 0 . 6 0 | 1 0 6 0 0 . 0 0 | | ✓ |
| | | . | . | | |

**2. PURCHASES/ACQUISITIONS FROM JULY 16, 2020 THROUGH OCTOBER 20, 2021, INCLUSIVE** – State the total number of Luckin ADSs purchased or acquired (including free receipts) from July 16, 2020 through the close of trading on October 20, 2021. If none, write "zero" or "0."[1]

| 0 . 0 0 |
|---|

**3. SALES FROM MAY 17, 2019 THROUGH OCTOBER 20, 2021** – Separately list each and every sale or disposition (including free deliveries) of Luckin ADSs from May 17, 2019 through and including the close of trading on October 20, 2021. (Must be documented.)

**IF NONE, CHECK HERE** ☐

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of ADSs Sold | Sale Price Per ADS | Total Sale Price (not deducting any fees, commissions, and taxes) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| 0 5 1 8 2 0 | 3 0 0 0 | 0 . 0 0 | 0 . 0 0 | ✓ |
| 0 4 0 3 2 0 | 1 0 0 0 | 0 . 6 1 | 6 1 0 . 0 0 | ✓ |
| 0 2 2 1 2 0 | 1 0 0 0 | 5 . 0 5 | 5 0 5 0 . 0 0 | ✓ |
| | | . | . | |
| | | . | . | |

**4. HOLDINGS AS OF OCTOBER 20, 2021** – State the total number of Luckin ADSs held as of the close of trading on October 20, 2021. (Must be documented.) If none, write "zero" or "0."

**Confirm Proof of Position Enclosed** ☐

| 0 . 0 0 |
|---|

**IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX.** ☐

---

[1] **Please note**: Information requested with respect to your purchases and acquisitions of Luckin ADSs from July 16, 2020 through the close of trading on October 20, 2021 is needed in order to balance your claim; purchases and acquisitions during this period, however, are not eligible under the Settlement and will not be used for purposes of calculating your Recognized Claim under the Plan of Allocation.

**Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824**

UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

Signature of claimant

Date: | 1 | 2 | – | 1 | 9 | – | 2 | 0 | 2 | 1 |
MM          DD          YYYY

*Lou L. LAI*

Print claimant name here

Signature of joint claimant, if here

Date: | | | – | | | – | | | | |
MM          DD          YYYY

Print joint claimant name here

*If the claimant is other than an individual, or is not the person completing this form, the following also must be provided:*

Signature of person signing on behalf of claimant

Date: | | | – | | | – | | | | |
MM          DD          YYYY

Print name of person signing on behalf of claimant here

Capacity of person signing on behalf of claimant, if other than an individual, *e.g.*, executor, president, trustee, custodian, etc. (Must provide evidence of authority to act on behalf of claimant – *see* ¶ 11 on page 4 of this Claim Form.)

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

07-CA40050093
AE9087 v.09

7





# Attachments



Patch Code 3



Contributory IRA of
**LOU L LAI**
**CHARLES SCHWAB & CO INC CUST**
**IRA CONTRIBUTORY**

Protect your privacy and the environment. Switch to eStatements at
www.schwab.com/lesspaper. Visit www.schwab.com/premiumstatement to
explore the features and benefits of this statement.

LOU L LAI
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

## Customer Service and Account Information

**Customer Service and Trading:**
Call your Schwab Representative
1 (800) 435-9050

**Bank Inquiries:**
1 (800) 435-9050

**Schwab by Phone™**

**Automated Services:**
1 (800) 435-8804

**TeleBroker®:**
1 (800) 272-4922

**Visit Our Web Site:**
schwab.com

**Cost Basis Updates:**
To provide updates for incomplete
cost basis information, please visit
schwab.com/gainloss

06/30-67074-TTIN2812-134153 '1-2-4

000777 8/19

## Accounts > History

**Transactions** From 01/22/2020 To 05/18/2020    *Account #:* ███████

| Date | Action | Details | Symbol | Description* | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|---|---|
| 05/18/2020 as of 05/15/2020 | Expired | | LK 05/15/2020 5.00 P | PUT LUCKIN COFFEE INC $5 EXP 05/15/20 | -30 | | | |
| 04/03/2020 | Sell to Close | Trade Details | LK 07/17/2020 26.00 C | CALL LUCKIN COFFEE INC $26 EXP 07/17/20 | 10 | $0.61 | $3.68 | $606.32 |
| 04/03/2020 | Buy to Open | Trade Details | LK 05/22/2020 6.00 P | PUT LUCKIN COFFEE INC $6 EXP 05/22/20 | 10 | $2.27 | $3.67 | -$2,273.67 |
| 04/03/2020 | Buy to Open | Trade Details | LK 05/15/2020 5.00 P | PUT LUCKIN COFFEE INC $5 EXP 05/15/20 | 30 | $1.42 | $10.99 | -$4,270.99 |
| 04/03/2020 | Sell to Close | Trade Details | LK 07/17/2020 15.00 C | CALL LUCKIN COFFEE INC $15 EXP 07/17/20 | 30 | $1.46 | $11.09 | $4,368.91 |
| 04/02/2020 | Buy to Open | Trade Details | LK 07/17/2020 15.00 C | CALL LUCKIN COFFEE INC $15 EXP 07/17/20 | 30 | $1.33 | $10.99 | -$4,000.99 |
| 04/02/2020 | Sell to Close | Trade Details | LK 07/17/2020 38.00 C | CALL LUCKIN COFFEE INC $38 EXP 07/17/20 | 30 | $0.25 | $11.01 | $738.99 |
| 03/27/2020 | Sell to Close | Trade Details | LK 07/17/2020 40.00 C | CALL LUCKIN COFFEE INC $40 EXP 07/17/20 | 10 | $1.12 | $3.69 | $1,116.31 |
| 03/27/2020 | Buy to Open | Trade Details | LK 07/17/2020 26.00 C | CALL LUCKIN COFFEE INC $26 EXP 07/17/20 | 10 | $5.37 | $3.67 | -$5,373.67 |
| 03/06/2020 | Buy to Open | Trade Details | LK 07/17/2020 38.00 C | CALL LUCKIN COFFEE INC $38 EXP 07/17/20 | 10 | $7.60 | $3.67 | -$7,603.67 |
| 03/02/2020 | Buy to Open | Trade Details | LK 07/17/2020 38.00 C | CALL LUCKIN COFFEE INC $38 EXP | 10 | $7.50 | $3.67 | -$7,503.67 |

| | Date | Action | | Symbol | Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 07/17/20 | | | | |
| ③ | 02/21/2020 | Buy to Open | Trade Details | LK 07/17/2020 40.00 C | CALL LUCKIN COFFEE INC $40 EXP 07/17/20 | 10 | $7.62 | $3.67 | -$7,623.67 |
| 7 | 02/21/2020 | Sell to Close | Trade Details | LK 06/19/2020 45.00 C | CALL LUCKIN COFFEE INC $45 EXP 06/19/20 | 10 | $5.05 | $3.78 | $5,046.22 |
| | 02/19/2020 | Sell to Close | Trade Details | LK 06/19/2020 35.00 C | CALL LUCKIN COFFEE INC $35 EXP 06/19/20 | 10 | $11.40 | $3.92 | $11,396.08 |
| /1 | 02/14/2020 | Sell to Close | Trade Details | LK 06/19/2020 47.00 C | CALL LUCKIN COFFEE INC $47 EXP 06/19/20 | 10 | $3.15 | $3.74 | $3,146.26 |
| ④ | 02/14/2020 | Buy to Open | Trade Details | LK 07/17/2020 38.00 C | CALL LUCKIN COFFEE INC $38 EXP 07/17/20 | 10 | $6.95 | $3.67 | -$6,953.67 |
| | 02/03/2020 | Sell to Close | Trade Details | LK 06/19/2020 35.00 C | CALL LUCKIN COFFEE INC $35 EXP 06/19/20 | 3 | $7.60 | $1.14 | $2,278.86 |
| | 02/03/2020 | Sell to Close | Trade Details | LK 06/19/2020 35.00 C | CALL LUCKIN COFFEE INC $35 EXP 06/19/20 | 3 | $7.60 | $1.14 | $2,278.86 |
| | 02/03/2020 | Sell to Close | Trade Details | LK 06/19/2020 35.00 C | CALL LUCKIN COFFEE INC $35 EXP 06/19/20 | 3 | $7.60 | $1.14 | $2,278.86 |
| | 02/03/2020 | Sell to Close | Trade Details | LK 06/19/2020 35.00 C | CALL LUCKIN COFFEE INC $35 EXP 06/19/20 | 1 | $7.60 | $0.37 | $759.63 |
| | 01/31/2020 | Buy to Open | Trade Details | LK 06/19/2020 35.00 C | CALL LUCKIN COFFEE INC $35 EXP 06/19/20 | 10 | $3.94 | $3.67 | -$3,943.67 |
| | 01/31/2020 | Sell to Close | Trade Details | LK 03/20/2020 36.00 P | PUT LUCKIN COFFEE INC $36 EXP 03/20/20 | 10 | $10.50 | $3.89 | $10,496.11 |
| | 01/27/2020 | Buy to Open | Trade Details | LK 03/20/2020 36.00 P | PUT LUCKIN COFFEE INC $36 EXP | 10 | $7.00 | $3.67 | -$7,003.67 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 03/20/20 | | | | |
| ⑦ | 01/22/2020 | Buy to Open | Trade Details | LK 06/19/2020 45.00 C | CALL LUCKIN COFFEE INC $45 EXP 06/19/20 | 1 | $10.60 | $0.35 | -$1,060.35 |
| ⑦ | 01/22/2020 | Buy to Open | Trade Details | LK 06/19/2020 45.00 C | CALL LUCKIN COFFEE INC $45 EXP 06/19/20 | 2 | $10.60 | $0.74 | -$2,120.74 |
| ⑦ | 01/22/2020 | Buy to Open | Trade Details | LK 06/19/2020 45.00 C | CALL LUCKIN COFFEE INC $45 EXP 06/19/20 | 1 | $10.60 | $0.35 | -$1,060.35 |
| ⑦ | 01/22/2020 | Buy to Open | Trade Details | LK 06/19/2020 45.00 C | CALL LUCKIN COFFEE INC $45 EXP 06/19/20 | 1 | $10.60 | $0.35 | -$1,060.35 |
| ⑦ | 01/22/2020 | Buy to Open | Trade Details | LK 06/19/2020 45.00 C | CALL LUCKIN COFFEE INC $45 EXP 06/19/20 | 2 | $10.60 | $0.74 | -$2,120.74 |
| ⑦ | 01/22/2020 | Buy to Open | Trade Details | LK 06/19/2020 45.00 C | CALL LUCKIN COFFEE INC $45 EXP 06/19/20 | 1 | $10.60 | $0.35 | -$1,060.35 |
| ⑦ | 01/22/2020 | Buy to Open | Trade Details | LK 06/19/2020 45.00 C | CALL LUCKIN COFFEE INC $45 EXP 06/19/20 | 1 | $10.60 | $0.35 | -$1,060.35 |
| ⑦ | 01/22/2020 | Buy to Open | Trade Details | LK 06/19/2020 45.00 C | CALL LUCKIN COFFEE INC $45 EXP 06/19/20 | 1 | $10.60 | $0.35 | -$1,060.35 |
| ① | 01/22/2020 | Buy to Open | Trade Details | LK 06/19/2020 47.00 C | CALL LUCKIN COFFEE INC $47 EXP 06/19/20 | 5 | $11.50 | $1.82 | -$5,751.82 |
| ① | 01/22/2020 | Buy to Open | Trade Details | LK 06/19/2020 47.00 C | CALL LUCKIN COFFEE INC $47 EXP 06/19/20 | 2 | $11.50 | $0.74 | -$2,300.74 |
| ② | 01/22/2020 | Buy to Open | Trade Details | LK 06/19/2020 47.00 C | CALL LUCKIN COFFEE INC $47 EXP 06/19/20 | 2 | $11.60 | $0.74 | -$2,320.74 |
| ② | 01/22/2020 | Buy to Open | Trade Details | LK 06/19/2020 47.00 C | CALL LUCKIN COFFEE INC $47 EXP | 1 | $11.60 | $0.35 | -$1,160.35 |



MON 10 JAN 2022 AM

To: In re Luckin Coffee Inc. Securities Litigation
c/o Epiq Class Action & Claims Solutions, Inc.
P. O. Box 5887
Portland, OR 97228-5887.

From: Lou Lai

Divider Page

*In re Luckin Coffee Inc. Securities Litigation*
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

Website: www.LuckinCoffeeSecuritiesLitigation.com
Email:    info@LuckinCoffeeSecuritiesLitigation.com
Phone:                                                855-535-1824

*400500930004529074*
000 0002881 00000000 0001 0001 02881 INS: 0 0
LOU L LAI IRA CONTRIBUTORY
CHARLES SCHWAB & CO INC CUST

Claim Number:          7878

<u>Response Deadline:</u>    <u>April 18, 2022</u>

March 29, 2022

## Notice of Deficient Claim Submission

Dear Claimant:

We received your Proof of Claim and Release Form ("Claim") that you submitted in connection with the Settlement obtained in the securities class action *In re Luckin Coffee Inc. Securities Litigation*, Case No. 1:20-cv-01293-JPC-JLC (S.D.N.Y.). We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement, which has been approved by the Court and which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed on or downloaded from www.LuckinCoffeeSecuritiesLitigation.com.

**Ineligibility Condition:** No Class Period purchases/acquisitions of Luckin ADSs. (No Eligible Transactions).

The Claim referenced above did not contain any purchases or eligible acquisitions of Luckin ADSs during the Class Period, i.e., May 17, 2019, through July 15, 2020, inclusive. Unless you had eligible transactions during the Class Period that are not reflected in your Claim, this is NOT a curable deficiency.

**<u>How to Resolve:</u>** You can resolve this condition of ineligibility only by submitting documentation supporting purchases and/or eligible acquisitions of Luckin ADSs during the Class Period that were not previously reflected in your Claim. Acceptable supporting documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible unless this deficiency is also cured.

**<u>Ineligibility Condition:</u>** Ineligible Stock.

In order to be considered eligible to participate in the Settlement, you must have purchased or otherwise acquired Luckin ADSs. The supporting documentation that you submitted does not show that the transactions were Luckin ADSs.



**How to Resolve:** You can resolve this condition of ineligibility by showing that the claimed transactions were Luckin ADSs. Self-generated documents are not acceptable. Please note: Do not merely resubmit the same documentation, as it was deemed deficient. You will need to provide additional documentation to cure the deficiency in your Claim.

**PLEASE NOTE:** Curing this condition of ineligibility in its entirety or in part is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If the deficiency is only cured in part, the Claim will be calculated based on the transactions for which acceptable documentation was submitted. If you have other deficiencies and cure them, your Claim still will not be eligible unless this deficiency is cured at least in part and, to the extent that it is cured, it calculates to a Recognized Claim under the Plan of Allocation.

| Date | Quantity | Price per Share | Type of Transaction | Type of Security |
|---|---|---|---|---|
| 01/22/2020 | 700.00 | $11.50 | Purchase | Ineligible Security |
| 01/22/2020 | 300.00 | $11.60 | Purchase | Ineligible Security |
| 01/22/2020 | 1000.00 | $10.60 | Purchase | Ineligible Security |
| 02/14/2020 | 1000.00 | $3.15 | Sale | Ineligible Security |
| 02/14/2020 | 1000.00 | $6.95 | Purchase | Ineligible Security |
| 02/21/2020 | 1000.00 | $7.62 | Purchase | Ineligible Security |
| 02/21/2020 | 1000.00 | $5.05 | Sale | Ineligible Security |
| 03/02/2020 | 1000.00 | $7.50 | Purchase | Ineligible Security |
| 03/06/2020 | 1000.00 | $7.60 | Purchase | Ineligible Security |
| 03/27/2020 | 1000.00 | $1.12 | Sale | Ineligible Security |
| 03/27/2020 | 1000.00 | $5.37 | Purchase | Ineligible Security |
| 04/02/2020 | 3000.00 | $0.25 | Sale | Ineligible Security |
| 04/03/2020 | 1000.00 | $0.61 | Sale | Ineligible Security |
| 04/03/2020 | 3000.00 | $1.42 | Purchase | Ineligible Security |
| 05/18/2020 | 3000.00 | $0.00 | Sale | Ineligible Security |

**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine if it has a Recognized Claim is described in the Plan of Allocation set forth in Appendix A of the Settlement Notice. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.

Sincerely,
Claims Administrator

AF8912 v.04

# Divider Page

*In re Luckin Coffee Inc. Securities Litigation*
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

Website: www.LuckinCoffeeSecuritiesLitigation.com
Email:    info@LuckinCoffeeSecuritiesLitigation.com
Phone:                                          855-535-1824



*400500930004529074*
000 0002881 00000000 0001 0001 02881 INS: 0 0
LOU L LAI IRA CONTRIBUTORY
CHARLES SCHWAB & CO INC CUST

Claim Number:        7878

Response Deadline:    April 18, 2022

March 29, 2022

## Notice of Deficient Claim Submission

Dear Claimant:

We received your Proof of Claim and Release Form ("Claim") that you submitted in connection with the Settlement obtained in the securities class action *In re Luckin Coffee Inc. Securities Litigation,* Case No. 1:20-cv-01293-JPC-JLC (S.D.N.Y.). We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement, which has been approved by the Court and which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed on or downloaded from www.LuckinCoffeeSecuritiesLitigation.com.

**Ineligibility Condition:** No Class Period purchases/acquisitions of Luckin ADSs. (No Eligible Transactions).

The Claim referenced above did not contain any purchases or eligible acquisitions of Luckin ADSs during the Class Period, i.e., May 17, 2019, through July 15, 2020, inclusive. Unless you had eligible transactions during the Class Period that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility only by submitting documentation supporting purchases and/or eligible acquisitions of Luckin ADSs during the Class Period that were not previously reflected in your Claim. Acceptable supporting documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible unless this deficiency is also cured.

**Ineligibility Condition:** Ineligible Stock.

In order to be considered eligible to participate in the Settlement, you must have purchased or otherwise acquired Luckin ADSs. The supporting documentation that you submitted does not show that the transactions were Luckin ADSs.

AF8911 v.04

**How to Resolve:** You can resolve this condition of ineligibility by showing that the claimed transactions were Luckin ADSs. Self-generated documents are not acceptable. Please note: Do not merely resubmit the same documentation, as it was deemed deficient. You will need to provide additional documentation to cure the deficiency in your Claim.

**PLEASE NOTE:** Curing this condition of ineligibility in its entirety or in part is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If the deficiency is only cured in part, the Claim will be calculated based on the transactions for which acceptable documentation was submitted. If you have other deficiencies and cure them, your Claim still will not be eligible unless this deficiency is cured at least in part and, to the extent that it is cured, it calculates to a Recognized Claim under the Plan of Allocation.

| Date | Quantity | Price per Share | Type of Transaction | Type of Security |
|---|---|---|---|---|
| 01/22/2020 | 700.00 | $11.50 | Purchase | Ineligible Security |
| 01/22/2020 | 300.00 | $11.60 | Purchase | Ineligible Security |
| 01/22/2020 | 1000.00 | $10.60 | Purchase | Ineligible Security |
| 02/14/2020 | 1000.00 | $3.15 | Sale | Ineligible Security |
| 02/14/2020 | 1000.00 | $6.95 | Purchase | Ineligible Security |
| 02/21/2020 | 1000.00 | $7.62 | Purchase | Ineligible Security |
| 02/21/2020 | 1000.00 | $5.05 | Sale | Ineligible Security |
| 03/02/2020 | 1000.00 | $7.50 | Purchase | Ineligible Security |
| 03/06/2020 | 1000.00 | $7.60 | Purchase | Ineligible Security |
| 03/27/2020 | 1000.00 | $1.12 | Sale | Ineligible Security |
| 03/27/2020 | 1000.00 | $5.37 | Purchase | Ineligible Security |
| 04/02/2020 | 3000.00 | $0.25 | Sale | Ineligible Security |
| 04/03/2020 | 1000.00 | $0.61 | Sale | Ineligible Security |
| 04/03/2020 | 3000.00 | $1.42 | Purchase | Ineligible Security |
| 05/18/2020 | 3000.00 | $0.00 | Sale | Ineligible Security |

**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine if it has a Recognized Claim is described in the Plan of Allocation set forth in Appendix A of the Settlement Notice. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.

Sincerely,
Claims Administrator

AF8912 v.04

**Lou Lai**



In re Luckin Coffee Inc. Securities Litigation
c/o Epic Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

Claim #: 7878 re: Lou L. Lai IRA Contributory, Schwab Acc. # ████████

Date: April 10th, 2022

Dear Sir/Madam:

I received the Notice of Deficient Claim Submission dated 3/29/2022, I respectfully disagree with it and hereby request <u>Court Review of Full of the rejection</u> of this claim, due to the reasons as below:

During the period of 5/17/2019 through 7/15/2020, I traded Luckin Coffee securities in the form of call and put options, and due to Luckin Coffee management fraud, I lost $50762 of related tradings in this account.

By definition, invest in stock option is to buy the **Right** to buy (call option) or sell (put option) Luckin Coffee stock at certain price during a specific period of time. Due to Luckin Coffee's management fraud, SEC suspended Luckin Coffee related all securities trading, which included the stock option of Luckin Coffee. And therefore, I lost part or all the value that I invested in these stock options. Hence, invest in Luckin Coffee stock and its stock options are the same in nature, and the root-cause of these losses of the investors is, Luckin Coffee's management deliberately committed fraud.

Enclosed please find my trading records of Luckin Coffee securities from Charles Schwab, during the specified period of time as stared.

Base on the reason as above, I respectfully request a Court Review in full of my case, please keep me informed of your decision.

Thank you!

Regards,

Lou Lai



Contributory IRA of
**LOU L LAI
CHARLES SCHWAB & CO INC CUST.
IRA CONTRIBUTORY**

Account Number

Statement Period
June 1-30, 2020

Protect your privacy and the environment. Switch to eStatements at
www.schwab.com/lesspaper. Visit www.schwab.com/premiumstatement to
explore the features and benefits of this statement.

LOU L LAI
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

## Customer Service and Account Information

**Customer Service and Trading:**
Call your Schwab Representative
1 (800) 435-9050

**Bank Inquiries:**
1 (800) 435-9050

**Schwab by Phone™**

**Automated Services:**
1 (800) 435-8804

**TeleBroker®:**
1 (800) 272-4922

**Visit Our Web Site:**
schwab.com

**Cost Basis Updates:**
To provide updates for incomplete
cost basis information, please visit
schwab.com/gainloss

08/30-67074-TTIN2812-134153 · 1-2-4

000777 8/13

AS-IS
Document
Control

## Accounts > History

**Transactions** From 01/22/2020 To 05/18/2020    *Account # :* ▮▮▮▮▮▮

| | Date | Action | Details | Symbol | Description* | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 5 | 05/18/2020 as of 05/15/2020 | Expired | | LK 05/15/2020 5.00 P | PUT LUCKIN COFFEE INC S5 EXP 05/15/20 | -30 | | | |
| 6 | 04/03/2020 | Sell to Close | Trade Details | LK 07/17/2020 26.00 C | CALL LUCKIN COFFEE INC S26 EXP 07/17/20 | 10 | $0.61 | $3.68 | $606.32 |
| | 04/03/2020 | Buy to Open | Trade Details | LK 05/22/2020 6.00 P | PUT LUCKIN COFFEE INC S6 EXP 05/22/20 | 10 | $2.27 | $3.67 | -$2,273.67 |
| S | 04/03/2020 | Buy to Open | Trade Details | LK 05/15/2020 5.00 P | PUT LUCKIN COFFEE INC S5 EXP 05/15/20 | 30 | $1.42 | $10.99 | -$4,270.99 |
| | 04/03/2020 | Sell to Close | Trade Details | LK 07/17/2020 15.00 C | CALL LUCKIN COFFEE INC S15 EXP 07/17/20 | 30 | $1.46 | $11.09 | $4,368.91 |
| | 04/02/2020 | Buy to Open | Trade Details | LK 07/17/2020 15.00 C | CALL LUCKIN COFFEE INC S15 EXP 07/17/20 | 30 | $1.33 | $10.99 | -$4,000.99 |
| 4 | 04/02/2020 | Sell to Close | Trade Details | LK 07/17/2020 38.00 C | CALL LUCKIN COFFEE INC S38 EXP 07/17/20 | 30 | $0.25 | $11.01 | $738.99 |
| 2 | 03/27/2020 | Sell to Close | Trade Details | LK 07/17/2020 40.00 C | CALL LUCKIN COFFEE INC S40 EXP 07/17/20 | 10 | $1.12 | $3.69 | $1,116.31 |
| b | 03/27/2020 | Buy to Open | Trade Details | LK 07/17/2020 26.00 C | CALL LUCKIN COFFEE INC S26 EXP 07/17/20 | 10 | $5.37 | $3.67 | -$5,373.67 |
| 4 | 03/06/2020 | Buy to Open | Trade Details | LK 07/17/2020 38.00 C | CALL LUCKIN COFFEE INC S38 EXP 07/17/20 | 10 | $7.60 | $3.67 | -$7,603.67 |
| 4 | 03/02/2020 | Buy to Open | Trade Details | LK 07/17/2020 38.00 C | CALL LUCKIN COFFEE INC S38 EXP | 10 | $7.50 | $3.67 | -$7,503.67 |

| | Date | Action | | Symbol | Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|---|---|---|
| (3) | 02/21/2020 | Buy to Open | Trade Details | LK 07/17/2020 40.00 C | CALL LUCKIN COFFEE INC $40 EXP 07/17/20 | 10 | $7.62 | $3.67 | -$7,623.67 |
| (7) | 02/21/2020 | Sell to Close | Trade Details | LK 06/19/2020 45.00 C | CALL LUCKIN COFFEE INC $45 EXP 06/19/20 | 10 | $5.05 | $3.78 | $5,046.22 |
| | 02/19/2020 | Sell to Close | Trade Details | LK 06/19/2020 35.00 C | CALL LUCKIN COFFEE INC $35 EXP 06/19/20 | 10 | $11.40 | $3.92 | $11,396.08 |
| (1) | 02/14/2020 | Sell to Close | Trade Details | LK 06/19/2020 47.00 C | CALL LUCKIN COFFEE INC $47 EXP 06/19/20 | 10 | $3.15 | $3.74 | $3,146.26 |
| (4) | 02/14/2020 | Buy to Open | Trade Details | LK 07/17/2020 38.00 C | CALL LUCKIN COFFEE INC $38 EXP 07/17/20 | 10 | $6.95 | $3.67 | -$6,953.67 |
| | 02/03/2020 | Sell to Close | Trade Details | LK 06/19/2020 35.00 C | CALL LUCKIN COFFEE INC $35 EXP 06/19/20 | 3 | $7.60 | $1.14 | $2,278.86 |
| | 02/03/2020 | Sell to Close | Trade Details | LK 06/19/2020 35.00 C | CALL LUCKIN COFFEE INC $35 EXP 06/19/20 | 3 | $7.60 | $1.14 | $2,278.86 |
| | 02/03/2020 | Sell to Close | Trade Details | LK 06/19/2020 35.00 C | CALL LUCKIN COFFEE INC $35 EXP 06/19/20 | 3 | $7.60 | $1.14 | $2,278.86 |
| | 02/03/2020 | Sell to Close | Trade Details | LK 06/19/2020 35.00 C | CALL LUCKIN COFFEE INC $35 EXP 06/19/20 | 1 | $7.60 | $0.37 | $759.63 |
| | 01/31/2020 | Buy to Open | Trade Details | LK 06/19/2020 35.00 C | CALL LUCKIN COFFEE INC $35 EXP 06/19/20 | 10 | $3.94 | $3.67 | -$3,943.67 |
| | 01/31/2020 | Sell to Close | Trade Details | LK 03/20/2020 36.00 P | PUT LUCKIN COFFEE INC $36 EXP 03/20/20 | 10 | $10.50 | $3.89 | $10,496.11 |
| | 01/27/2020 | Buy to Open | Trade Details | LK 03/20/2020 36.00 P | PUT LUCKIN COFFEE INC $36 EXP | 10 | $7.00 | $3.67 | -$7,003.67 |

03/20/20

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (7) | 01/22/2020 | Buy to Open | Trade Details | LK 06/19/2020 45.00 C | CALL LUCKIN COFFEE INC $45 EXP 06/19/20 | 1 | $10.60 | $0.35 | -$1,060.35 |
| (7) | 01/22/2020 | Buy to Open | Trade Details | LK 06/19/2020 45.00 C | CALL LUCKIN COFFEE INC $45 EXP 06/19/20 | 2 | $10.60 | $0.74 | -$2,120.74 |
| (7) | 01/22/2020 | Buy to Open | Trade Details | LK 06/19/2020 45.00 C | CALL LUCKIN COFFEE INC $45 EXP 06/19/20 | 1 | $10.60 | $0.35 | -$1,060.35 |
| (7) | 01/22/2020 | Buy to Open | Trade Details | LK 06/19/2020 45.00 C | CALL LUCKIN COFFEE INC $45 EXP 06/19/20 | 1 | $10.60 | $0.35 | -$1,060.35 |
| (7) | 01/22/2020 | Buy to Open | Trade Details | LK 06/19/2020 45.00 C | CALL LUCKIN COFFEE INC $45 EXP 06/19/20 | 2 | $10.60 | $0.74 | -$2,120.74 |
| (7) | 01/22/2020 | Buy to Open | Trade Details | LK 06/19/2020 45.00 C | CALL LUCKIN COFFEE INC $45 EXP 06/19/20 | 1 | $10.60 | $0.35 | -$1,060.35 |
| (7) | 01/22/2020 | Buy to Open | Trade Details | LK 06/19/2020 45.00 C | CALL LUCKIN COFFEE INC $45 EXP 06/19/20 | 1 | $10.60 | $0.35 | -$1,060.35 |
| (7) | 01/22/2020 | Buy to Open | Trade Details | LK 06/19/2020 45.00 C | CALL LUCKIN COFFEE INC $45 EXP 06/19/20 | 1 | $10.60 | $0.35 | -$1,060.35 |
| (1) | 01/22/2020 | Buy to Open | Trade Details | LK 06/19/2020 47.00 C | CALL LUCKIN COFFEE INC $47 EXP 06/19/20 | 5 | $11.50 | $1.82 | -$5,751.82 |
| (1) | 01/22/2020 | Buy to Open | Trade Details | LK 06/19/2020 47.00 C | CALL LUCKIN COFFEE INC $47 EXP 06/19/20 | 2 | $11.50 | $0.74 | -$2,300.74 |
| (2) | 01/22/2020 | Buy to Open | Trade Details | LK 06/19/2020 47.00 C | CALL LUCKIN COFFEE INC $47 EXP 06/19/20 | 2 | $11.60 | $0.74 | -$2,320.74 |
| (2) | 01/22/2020 | Buy to Open | Trade Details | LK 06/19/2020 47.00 C | CALL LUCKIN COFFEE INC $47 EXP | 1 | $11.60 | $0.35 | -$1,160.35 |

From: Lou Lai

11 APR 2022 PM 1

To: In Re: Luckin Coffee Inc. Securities Litigation,
c/o: Epiq Class Action & Claims Solution, Inc.
P.O. Box 5887
Portland, OR 97228-5887

97228-5887

# William Abbate (17888)

*In re Luckin Coffee Inc. Securities Litigation*
**Toll-Free Number: 1-855-535-1824**
**Email: info@LuckinCoffeeSecuritiesLitigation.com**
**Website: www.LuckinCoffeeSecuritiesLitigation.com**

## PROOF OF CLAIM AND RELEASE FORM

To be eligible to receive a payment from the Settlement, you must complete and sign this Claim Form and mail it by first-class mail to the address below, or submit it online at www.LuckinCoffeeSecuritiesLitigation.com, with supporting documentation, *postmarked* **(or received) no later than March 15, 2022**.

**Mail to:**

*In re Luckin Coffee Inc. Securities Litigation*
**c/o Epiq Class Action & Claims Solutions, Inc.**
**P.O. Box 5887**
**Portland, OR 97228-5887**

Failure to submit your Claim Form by the date specified will subject your claim to rejection and may preclude you from being eligible to receive a payment from the Settlement.

**Submit your Claim Form only to the Claims Administrator at the address set forth above.**

| TABLE OF CONTENTS | PAGE # |
| --- | --- |
| PART I – CLAIMANT INFORMATION | 2 |
| PART II – GENERAL INSTRUCTIONS | 3-4 |
| PART III – SCHEDULE OF TRANSACTIONS IN LUCKIN AMERICAN DEPOSITORY SHARES | 5 |
| PART IV – RELEASE OF CLAIMS AND SIGNATURE | 6-7 |



LK

01-CA40050093
AE9081 v.09

1

## PART I - CLAIMANT INFORMATION

The Claims Administrator will use this information for all communications regarding this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above. Complete names of all persons and entities must be provided.

Beneficial Owner's Name

First Name: William      MI:      Last Name: Abbate

Joint Beneficial Owner's Name (*if applicable*)

First Name:      MI:      Last Name:

If this claim is submitted for an IRA, and if you would like any check that you MAY be eligible to receive made payable to the IRA, please include "IRA" in the "Last Name" box above (*e.g.*, Jones IRA).

Entity Name (if the Beneficial Owner is not an individual)

Name of Representative, if applicable (*executor, administrator, trustee, c/o, etc.*), if different from Beneficial Owner

Last 4 digits of Social Security Number or Taxpayer Identification Number

Street Address

City      State/Province   ZIP Code

Foreign Postal Code (if applicable)      Foreign Country (if applicable)

Telephone Number (Day)      Telephone Number (Evening)

Email Address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

Account Number

**Type of Beneficial Owner:**

Specify one of the following:

☒ Individual(s)   ☐ Corporation   ☐ UGMA Custodian      ☐ IRA

☐ Partnership   ☐ Estate   ☐ Trust      ☐ Other (describe: _____ )

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

02-CA40050093
AE9082 v.09
2

## PART II – GENERAL INSTRUCTIONS

1.       It is important that you completely read and understand the Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice") that accompanies this Claim Form, including the Plan of Allocation of the Net Settlement Fund set forth in the Settlement Notice. The Settlement Notice describes the proposed Settlement, how Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved. The Settlement Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form. By signing and submitting this Claim Form, you will be certifying that you have read and that you understand the Settlement Notice, including the terms of the releases described therein and provided for herein.

2.       This Claim Form is directed to **all persons and entities (and their beneficiaries) who purchased or otherwise acquired the American Depository Shares ("ADSs") of Luckin Coffee Inc. ("Luckin") during the Class Period (from May 17, 2019 through July 15, 2020, inclusive)** (the "Class"). Included in the Class are all persons and entities who purchased Luckin ADSs on the open market and/or in or traceable to the May 17, 2019 Initial Public Offering ("IPO") and January 10, 2020 Secondary Public Offering ("SPO") during the Class Period. Certain persons and entities are excluded from the Class by definition as set forth in ¶ 25 of the Settlement Notice.

3.       By submitting this Claim Form, you will be making a request to receive a payment from the Settlement described in the Settlement Notice. IF YOU ARE NOT A CLASS MEMBER (*see* the definition of the Class on page 6 of the Settlement Notice, which sets forth who is included in and who is excluded from the Class), OR IF YOU, OR SOMEONE ACTING ON YOUR BEHALF, SUBMITTED A REQUEST FOR EXCLUSION FROM THE CLASS, DO NOT SUBMIT A CLAIM FORM. **YOU MAY NOT, DIRECTLY OR INDIRECTLY, PARTICIPATE IN THE SETTLEMENT IF YOU ARE NOT A CLASS MEMBER.** THUS, IF YOU ARE EXCLUDED FROM THE CLASS, ANY CLAIM FORM THAT YOU SUBMIT, OR THAT MAY BE SUBMITTED ON YOUR BEHALF, WILL NOT BE ACCEPTED.

4.       **Submission of this Claim Form does not guarantee that you will be eligible to receive a payment from the Settlement, if it is approved. The distribution of the payments to eligible purchasers of Luckin ADSs will be governed by the Plan of Allocation set forth in the Settlement Notice, if it is approved by the Court, or by such other plan of allocation as the Court approves.**

5.       Use the Schedule of Transactions in Part III of this Claim Form to supply all required details of your transaction(s) in, and holdings of, Luckin ADSs. On this schedule, provide all of the requested information with respect to your holdings, purchases, acquisitions, and sales of Luckin ADSs (including free transfers and deliveries), whether such transactions resulted in a profit or a loss. **Failure to report all transaction and holding information during the requested time period may result in the rejection of your claim.**

6.       **Please note**: Only Luckin ADSs purchased or acquired from May 17, 2019 through July 15, 2020, inclusive, are eligible for payment under the Settlement. However, sales of Luckin ADSs during the period from July 16, 2020 through and including the close of trading on October 20, 2021, will be used for purposes of calculating your claim under the Plan of Allocation. Therefore, in order for the Claims Administrator to be able to balance your claim, the requested purchase/acquisition and sale/disposition information during this period must also be provided.

7.       You are required to submit genuine and sufficient documentation for all of your transactions in and holdings of Luckin ADSs as set forth in the Schedule of Transactions in Part III of this Claim Form. Documentation may consist of copies of brokerage confirmation slips or monthly brokerage account statements, or an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement. The Settling Parties and the Claims Administrator do not independently have information about your investments in Luckin ADSs. IF SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN COPIES OF THE DOCUMENTS OR EQUIVALENT DOCUMENTS FROM YOUR BROKER. FAILURE TO SUPPLY THIS DOCUMENTATION MAY RESULT IN THE REJECTION OF YOUR CLAIM. DO NOT SEND ORIGINAL DOCUMENTS. **Please keep a copy of all documents that you send to the Claims Administrator. Also, do not highlight any portion of the Claim Form or any supporting documents.**

8.       **Traceability of Luckin ADSs to Public Offerings in the Class Period.** Public offerings of Luckin ADSs occurred during the Class Period on or about (i) May 17, 2019 (the IPO); and (ii) January 10, 2020 (the SPO). Claimants who purchased Luckin ADSs directly in one or both of the offerings, or who purchased shares "traceable" to one or both of the offerings (as opposed to generally on the open market) may be entitled to additional compensation under the Plan of Allocation. All Luckin ADSs purchased from May 17, 2019 through January 9, 2020 are assumed to be traceable to the IPO. However, if you purchased Luckin ADSs from January 10, 2020 through July 15, 2020 that were not purchased directly in the SPO but that you believe are specifically traceable to Luckin ADSs that were issued in the IPO or SPO, you must submit documentation with your Claim Form showing that the specific ADSs you purchased were shares issued in the IPO or SPO.

9.       Use Part I of this Claim Form entitled "CLAIMANT INFORMATION" to identify the beneficial owner(s) of the Luckin ADSs. The complete name(s) of the beneficial owner(s) must be entered. If you held the Luckin ADSs in your own name, you were the beneficial owner as well as the record owner. If, however, your Luckin ADSs were registered in the name of a third party, such as a nominee or brokerage firm, you were the beneficial owner of the ADSs, but the third party was the record owner. The beneficial owner, not the record owner, must sign this Claim Form to be eligible to participate in the Settlement. If there were joint beneficial owners, each must sign this Claim Form and their names must appear as "Claimants" in Part I of this Claim Form.

**Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824**

10.      **One Claim should be submitted for each separate legal entity or separately managed account.** Separate Claim Forms should be submitted for each separate legal entity (*e.g.*, an individual should not combine his or her IRA holdings and transactions with holdings and transactions made solely in the individual's name). Generally, a single Claim Form should be submitted on behalf of one legal entity including all holdings and transactions made by that entity on one Claim Form. However, if a single person or legal entity had multiple accounts that were separately managed, separate Claims may be submitted for each such account. The Claims Administrator reserves the right to request information on all the holdings and transactions in Luckin ADSs made on behalf of a single beneficial owner.

11.      Agents, executors, administrators, guardians, and trustees must complete and sign the Claim Form on behalf of persons represented by them, and they must:

    (a)  expressly state the capacity in which they are acting;

    (b)  identify the name; account number; last four digits of the Social Security Number, taxpayer identification number, or comparable identification number for non-U.S. claimants; address; and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the Luckin ADSs; and

    (c)  furnish herewith evidence of their authority to bind to the Claim Form the person or entity on whose behalf they are acting. (Authority to complete and sign a Claim Form cannot be established by stockbrokers demonstrating only that they have discretionary authority to trade securities in another person's accounts.)

12.      By submitting a signed Claim Form, you will be swearing that you:

    (a)  own(ed) the Luckin ADSs you have listed in the Claim Form; or

    (b)  are expressly authorized to act on behalf of the owner thereof.

13.      By submitting a signed Claim Form, you will be swearing to the truth of the statements contained therein and the genuineness of the documents attached thereto, subject to penalties of perjury under the laws of the United States of America. The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your claim and may subject you to civil liability or criminal prosecution.

14.      Payments to eligible Authorized Claimants pursuant to the Plan of Allocation will be made after final approval of the Settlement and any appeals from such approval, and after the completion of all claims processing. The claims process will take substantial time to complete fully and fairly. Please be patient.

15.      **PLEASE NOTE:** As set forth in the Plan of Allocation, each Authorized Claimant shall receive his, her, or its *pro rata* share of the funds available under the Settlement. If the prorated payment to any Authorized Claimant calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to that Authorized Claimant.

16.      If you have questions concerning the Claim Form, or need additional copies of the Claim Form, you may contact the Claims Administrator, Epiq Class Action & Claims Solutions, Inc., at the address on the first page of this Claim Form, by email at info@LuckinCoffeeSecuritiesLitigation.com, or by toll-free phone at 1-855-535-1824, or you can visit the website, www.LuckinCoffeeSecuritiesLitigation.com, where copies of the Claim Form and other relevant documents are available for downloading.

17.      NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. To obtain the *mandatory* electronic filing requirements and file layout, you may visit the Settlement website at www.LuckinCoffeeSecuritiesLitigation.com or you may email the Claims Administrator's electronic filing department at info@LuckinCoffeeSecuritiesLitigation.com. **Any file not in accordance with the required electronic filing format will be subject to rejection.** The *complete* name of the beneficial owner of the securities must be entered where called for (*see* ¶ 9 above). No electronic files will be considered to have been submitted unless the Claims Administrator issues an email to that effect. **Do not assume that your file has been received until you receive this email. If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at info@LuckinCoffeeSecuritiesLitigation.com to inquire about your file and confirm it was received.**

### IMPORTANT: PLEASE NOTE

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD. THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM WITHIN 60 DAYS OF YOUR SUBMISSION. IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD WITHIN 60 DAYS, CONTACT THE CLAIMS ADMINISTRATOR TOLL FREE AT 1-855-535-1824.**

**Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824**

04-CA40050093
AE9084 v.09

4

**PART III – SCHEDULE OF TRANSACTIONS IN LUCKIN ADSs**

Use this section to provide information on your holdings and trading of Luckin ADSs during the requested time periods. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, ¶ 7 above.

**1. PURCHASES/ACQUISITIONS FROM MAY 17, 2019 THROUGH JULY 15, 2020, INCLUSIVE** – Separately list each and every purchase or acquisition (including free receipts) of Luckin ADSs from May 17, 2019 through and including the close of trading on July 15, 2020. Include Luckin ADSs purchased in Luckin's May 17, 2019 Initial Public Offering and January 10, 2020 Secondary Public Offering and Luckin ADSs purchased on the open market from May 17, 2019 through July 15, 2020. (Must be documented.)

*Please see Attached spreadsheet from E-Trade with supporting documentation Attached.*

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of ADSs Purchased/ Acquired | Purchase Price Per ADS | Total Purchase Price (excluding any fees, commissions, and taxes) | Were the shares purchased in or traceable to the May 2019 IPO or the Jan. 2020 SPO? | Confirm Proof of Purchase/ Acquisition Enclosed |
|---|---|---|---|---|---|
| | | | | No | ✓ |
| | | | | No | ✓ |
| | | | | No | ✓ |
| | | | | No | ✓ |
| | | | | No | ✓ |

**2. PURCHASES/ACQUISITIONS FROM JULY 16, 2020 THROUGH OCTOBER 20, 2021, INCLUSIVE** – State the total number of Luckin ADSs purchased or acquired (including free receipts) from July 16, 2020 through the close of trading on October 20, 2021. If none, write "zero" or "0."[1]

| 1 | 1 | 0 | , | 2 | 5 | 0 | . | 0 | 0 |

*Total purchase price* **$ 2,849,107.43**

**3. SALES FROM MAY 17, 2019 THROUGH OCTOBER 20, 2021** – Separately list each and every sale or disposition (including free deliveries) of Luckin ADSs from May 17, 2019 through and including the close of trading on October 20, 2021. (Must be documented.)

*Please see Attached document from Alpine Analytics Management Group, LLC.*

IF NONE, CHECK HERE ☐

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of ADSs Sold | Sale Price Per ADS | Total Sale Price (not deducting any fees, commissions, and taxes) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| 06/29/20 | 110250 | 1.07 | 117967.50 | ✓ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

**4. HOLDINGS AS OF OCTOBER 20, 2021** – State the total number of Luckin ADSs held as of the close of trading on October 20, 2021. (Must be documented.) If none, write "zero" or "0."

| 0 | . | 0 | 0 |

"*Zero*" *Total loss* **$ 2,731,139.93**

Confirm Proof of Position Enclosed ✓

**IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX.** ☒

[1] **Please note**: Information requested with respect to your purchases and acquisitions of Luckin ADSs from July 16, 2020 through the close of trading on October 20, 2021 is needed in order to balance your claim; purchases and acquisitions during this period, however, are not eligible under the Settlement and will not be used for purposes of calculating your Recognized Claim under the Plan of Allocation.

**Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824**

## PART IV - RELEASE OF CLAIMS AND SIGNATURE

### YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW AND SIGN ON PAGE 7 OF THIS CLAIM FORM.

I (we) hereby acknowledge that, pursuant to the terms set forth in the Stipulation, without further action by anyone, upon the Effective Date of the Settlement, I, (we), on behalf of myself (ourselves) and my (our) (the claimant(s)') heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Plaintiffs' Claim against Luckin and the other Defendants' Released Parties, and shall forever be barred and enjoined from prosecuting any or all of the Released Plaintiffs' Claims against any of the Defendants' Released Parties in any jurisdiction.

### CERTIFICATION

By signing and submitting this Claim Form, the claimant(s) or the person(s) who represent(s) the claimant(s) agree(s) to the release above and certifies (certify) as follows:

1.      that I (we) have read and understand the contents of the Settlement Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation;

2.      that the claimant(s) is a (are) Class Member(s), as defined in the Settlement Notice, is (are) not excluded by definition from the Class as set forth in the Settlement Notice and did *not* submit a request for exclusion from the Class;

3.      that I (we) own(ed) the Luckin ADSs identified in the Claim Form and have not assigned the claim against any of the Defendants or any of the other Defendants' Released Parties to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

4.      that the claimant(s) has (have) not submitted any other claim covering the same purchases of Luckin ADSs and knows (know) of no other person having done so on the claimant's (claimants') behalf;

5.      that the claimant(s) submit(s) to the jurisdiction of the Court with respect to claimant's (claimants') claim and for purposes of enforcing the releases set forth herein;

6.      that I (we) agree to furnish such additional information with respect to this Claim Form as Class Counsel, the Claims Administrator, or the Court may require;

7.      that the claimant(s) waive(s) the right to trial by jury, to the extent it exists, and agree(s) to the determination by the Court of the validity or amount of this claim, and waives any right of appeal or review with respect to such determination;

8.      that should Luckin determine in its absolute discretion that the Settlement should also be implemented in the Cayman Islands by way of a scheme of arrangement promulgated under section 86 of the Cayman Islands Companies Act 1981 (the "Scheme"), the claimant(s) appoint(s) Sjunde AP-Fonden and Louisiana Sheriff's Pension & Relief Fund as its/their proxy to vote in favor of the Scheme at all meetings convened for the purpose of approving the Scheme;

9.      that I (we) acknowledge that the claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

10.      that the claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (i) the claimant(s) is (are) exempt from backup withholding or (ii) the claimant(s) has (have) not been notified by the IRS that he, she, or it is subject to backup withholding as a result of a failure to report all interest or dividends or (iii) the IRS has notified the claimant(s) that he, she, or it is no longer subject to backup withholding. **If the IRS has notified the claimant(s) that he, she, it, or they is (are) subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

**Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824**

06-CA40050093
AE9086 v.09

6

UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

Date: 03 - 01 - 2022
MM    DD    YYYY

_____
Signature of claimant

William Abbate
Print claimant name here

_____
Signature of joint claimant, if here

Date: __ - __ - ____
MM    DD    YYYY

_____
Print joint claimant name here

*If the claimant is other than an individual, or is not the person completing this form, the following also must be provided:*

_____
Signature of person signing on behalf of claimant

Date: __ - __ - ____
MM    DD    YYYY

_____
Print name of person signing on behalf of claimant here

_____

Capacity of person signing on behalf of claimant, if other than an individual, *e.g.*, executor, president, trustee, custodian, etc. (Must provide evidence of authority to act on behalf of claimant – *see* ¶ 11 on page 4 of this Claim Form.)

**Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824**

07-CA40050093
AE9087 v.09                    7

## REMINDER CHECKLIST

1. Sign the above release and certification. If this Claim Form is being made on behalf of joint claimants, then both must sign.

2. Attach only *copies* of acceptable supporting documentation as these documents will not be returned to you.

3. Do not highlight any portion of the Claim Form or any supporting documents.

4. Keep copies of the completed Claim Form and documentation for your own records.

5. The Claims Administrator will acknowledge receipt of your Claim Form by mail, within 60 days of your submission. Your claim is not deemed filed until you receive an acknowledgement postcard. **If you do not receive an acknowledgement postcard within 60 days, please call the Claims Administrator toll free at 1-855-535-1824.**

6. If your address changes in the future, or if this Claim Form was sent to an old or incorrect address, you must send the Claims Administrator written notification of your new address. If you change your name, inform the Claims Administrator.

7. If you have any questions or concerns regarding your claim, contact the Claims Administrator at the address below, by email at info@LuckinCoffeeSecuritiesLitigation.com, or by toll-free phone at 1-855-535-1824, or you may visit www.LuckinCoffeeSecuritiesLitigation.com.

**This Claim Form must be mailed to the Claims Administrator by first-class mail or submitted online at www.LuckinCoffeeSecuritiesLitigation.com, postmarked (or received) no later than March 15, 2022. If mailed, the Claim Form should be addressed as follows:**

*In re Luckin Coffee Inc. Securities Litigation*
**c/o Epiq Class Action & Claims Solutions, Inc.**
**P.O. Box 5887**
**Portland, OR 97228-5887**

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if a postmark date on or before March 15, 2022 is indicated on the envelope and it is mailed First Class, and addressed in accordance with the above instructions. In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to fully process all of the Claim Forms. Please be patient and notify the Claims Administrator of any change of address.

**Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824**

08-CA40050093
AE9088 v.09
8



# Attachments



Patch Code 3

William Abbate

William Abbate    aat. #    - E-TRADE

| Date | Action | Qty | Symbol | Description | Price | Trans Type | Amount | Comsn |
|------|--------|-----|--------|-------------|-------|-----------|--------|-------|
| 1/27/2020 3:00 BOT | | 1,500 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $37.37 | Bought | ($56,055.00) | $ 0.00 |
| 1/27/2020 3:00 BOT | | 1,000 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $37.37 | Bought | ($37,370.00) | $ 0.00 |
| 1/29/2020 3:00 BOT | | 2,500 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $37.37 | Bought | ($93,425.00) | $ 0.00 |
| 1/30/2020 3:00 BOT | | 1,857 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $35.37 | Bought | ($65,682.09) | $ 0.00 |
| 1/30/2020 3:00 BOT | | 643 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $35.37 | Bought | ($22,742.85) | $ 0.00 |
| 1/30/2020 3:00 BOT | | 2,500 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $35.37 | Bought | ($88,425.00) | $ - |
| 1/30/2020 3:00 BOT | | 2,500 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $35.37 | Bought | ($88,425.00) | $ - |
| 1/30/2020 3:00 BOT | | 3,000 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $34.92 | Bought | ($104,760.00) | $ 0.00 |
| 1/30/2020 3:00 BOT | | 5,000 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $35.01 | Bought | ($175,050.00) | $ 0.00 |
| 1/30/2020 3:00 BOT | | 2,000 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $35.07 | Bought | ($70,140.00) | $ 0.00 |
| 1/30/2020 3:00 BOT | | 2,500 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $35.37 | Bought | ($88,425.00) | $ 0.00 |
| 1/30/2020 3:00 BOT | | 1,755 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $36.37 | Bought | ($63,829.35) | $ 0.00 |
| 1/30/2020 3:00 BOT | | 745 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $36.37 | Bought | ($27,095.65) | $ 0.00 |
| 1/31/2020 3:00 BOT | | 1,000 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $30.51 | Bought | ($30,510.00) | $ - |
| 1/31/2020 3:00 BOT | | 500 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $31.11 | Bought | ($15,552.50) | $ - |
| 1/31/2020 3:00 BOT | | 1,000 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $31.07 | Bought | ($31,070.00) | $ 0.00 |
| 1/31/2020 3:00 BOT | | 1,000 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $31.26 | Bought | ($31,260.00) | $ - |
| 1/31/2020 3:00 BOT | | 2,500 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $31.77 | Bought | ($79,425.00) | $ 0.00 |
| 1/31/2020 3:00 BOT | | 500 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $32.25 | Bought | ($16,125.00) | $ 0.00 |
| 1/31/2020 3:00 BOT | | 1,000 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $32.80 | Bought | ($32,800.00) | $ 0.00 |
| 1/31/2020 3:00 BOT | | 2,000 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $33.47 | Bought | ($66,940.00) | $ - |
| 1/31/2020 3:00 BOT | | 500 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $33.67 | Bought | ($16,835.00) | $ 0.00 |
| 1/31/2020 3:00 BOT | | 1,000 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $33.80 | Bought | ($33,800.00) | $ 0.00 |
| 1/31/2020 3:00 BOT | | 1,500 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $33.77 | Bought | ($50,655.00) | $ - |
| 1/31/2020 3:00 BOT | | 1,500 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $34.07 | Bought | ($51,105.00) | $ 0.00 |
| 1/31/2020 3:00 BOT | | 2,000 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $34.01 | Bought | ($68,020.00) | $ 0.00 |
| 1/31/2020 3:00 BOT | | 2,500 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $34.97 | Bought | ($87,425.00) | $ - |
| 1/31/2020 3:00 BOT | | 2,500 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $34.97 | Bought | ($87,425.00) | $ 0.00 |
| 1/31/2020 3:00 BOT | | 2,500 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $27.07 | Bought | ($67,675.00) | $ 0.00 |
| 1/31/2020 3:00 BOT | | 2,000 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $30.07 | Bought | ($60,140.00) | $ 0.00 |
| 1/31/2020 3:00 BOT | | 1,000 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $30.17 | Bought | ($30,170.00) | $ - |
| 1/31/2020 3:00 BOT | | 500 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $30.37 | Bought | ($15,185.00) | $ 0.00 |
| 1/31/2020 3:00 BOT | | 500 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $30.77 | Bought | ($15,385.00) | $ - |
| 2/3/2020 3:00 BOT | | 2,500 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $32.17 | Bought | ($80,425.00) | $ - |
| 2/3/2020 3:00 BOT | | 2,500 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $32.51 | Bought | ($81,275.00) | $ 0.00 |
| 2/3/2020 3:00 BOT | | 2,500 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $32.77 | Bought | ($81,925.00) | $ - |
| 2/3/2020 3:00 BOT | | 2,500 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $33.01 | Bought | ($82,525.00) | $ - |
| 2/3/2020 3:00 BOT | | 1,500 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $31.37 | Bought | ($47,055.00) | $ 0.00 |
| 2/3/2020 3:00 BOT | | 2,500 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $33.37 | Bought | ($83,425.00) | $ - |
| 3/20/2020 3:00 BOT | | 3,902 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $24.99 | Bought | ($97,510.98) | $ 0.00 |
| 3/20/2020 3:00 BOT | | 1,098 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $24.99 | Bought | ($27,439.02) | $ 0.00 |
| 3/23/2020 3:00 BOT | | 500 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $22.43 | Bought | ($11,216.35) | $ 0.00 |
| 3/23/2020 3:00 BOT | | 1,000 | LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $22.53 | Bought | ($22,530.00) | $ - |

William Abbate ▮

| Date | | Qty | Security | Price | | Amount | |
|---|---|---|---|---|---|---|---|
| 3/23/2020 3:00 | BOT | 1,000 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $22.77 | Bought | ($22,770.00) | $ 0.00 |
| 3/23/2020 3:00 | BOT | 946 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $24.10 | Bought | ($22,798.60) | $ 0.00 |
| 3/23/2020 3:00 | BOT | 54 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $24.02 | Bought | ($1,297.08) | $ 0.00 |
| 3/23/2020 3:00 | BOT | 250 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $24.18 | Bought | ($6,045.63) | $ 0.00 |
| 3/23/2020 3:00 | BOT | 2,500 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $24.01 | Bought | ($60,025.00) | $ 0.00 |
| 4/2/2020 3:00 | BOT | 100 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $4.55 | Bought | ($455.00) | $ 0.00 |
| 4/2/2020 3:00 | BOT | 2,210 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $4.54 | Bought | ($10,033.40) | $ 0.00 |
| 4/2/2020 3:00 | BOT | 2,690 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $4.53 | Bought | ($12,185.70) | $ 0.00 |
| 4/2/2020 3:00 | BOT | 2,500 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $3.96 | Bought | ($9,900.00) | $ 0.00 |
| 4/2/2020 3:00 | BOT | 2,500 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $5.56 | Bought | ($13,900.00) | $ 0.00 |
| 4/2/2020 3:00 | BOT | 1,000 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $11.65 | Bought | ($11,650.00) | $ 0.00 |
| 4/2/2020 3:00 | BOT | 1,000 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $12.99 | Bought | ($12,989.90) | $ - |
| 4/2/2020 3:00 | BOT | 1,000 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $13.70 | Bought | ($13,700.00) | $ 0.00 |
| 4/2/2020 3:00 | BOT | 1,000 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $15.08 | Bought | ($15,080.00) | $ - |
| 4/2/2020 3:00 | BOT | 1,000 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $15.64 | Bought | ($15,639.90) | $ 0.00 |
| 4/2/2020 3:00 | BOT | 1,000 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $18.99 | Bought | ($18,989.90) | $ 0.00 |
| 4/2/2020 3:00 | BOT | 1,000 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $18.87 | Bought | ($18,870.00) | $ - |
| 4/2/2020 3:00 | BOT | 800 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $19.00 | Bought | ($15,200.00) | $ 0.00 |
| 4/2/2020 3:00 | BOT | 200 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $18.95 | Bought | ($3,790.00) | $ 0.00 |
| 4/2/2020 3:00 | BOT | 1,000 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $21.82 | Bought | ($21,819.90) | $ 0.00 |
| 4/2/2020 3:00 | BOT | 1,000 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $22.70 | Bought | ($22,699.80) | $ - |
| 4/3/2020 3:00 | BOT | 1,000 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $5.42 | Bought | ($5,417.20) | $ 0.00 |
| 4/3/2020 3:00 | BOT | 1,000 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $5.45 | Bought | ($5,453.70) | $ - |
| 4/3/2020 3:00 | BOT | 600 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $5.51 | Bought | ($3,304.68) | $ 0.00 |
| 4/3/2020 3:00 | BOT | 300 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $5.50 | Bought | ($1,650.75) | $ 0.00 |
| 4/3/2020 3:00 | BOT | 1,100 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $5.51 | Bought | ($6,055.50) | $ 0.00 |
| 4/3/2020 3:00 | BOT | 1,000 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $5.51 | Bought | ($5,507.20) | $ - |
| 5/22/2020 3:00 | BOT | 500 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $1.55 | Bought | ($775.00) | $ - |
| 5/22/2020 3:00 | BOT | 500 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $1.67 | Bought | ($835.00) | $ 0.00 |
| 5/22/2020 3:00 | BOT | 1,000 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $1.77 | Bought | ($1,765.00) | $ - |
| 5/22/2020 3:00 | BOT | 1,000 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $1.37 | Bought | ($1,369.90) | $ - |
| 5/22/2020 3:00 | BOT | 1,000 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $1.37 | Bought | ($1,369.90) | $ 0.00 |
| 5/22/2020 3:00 | BOT | 1,000 LK | ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | $1.51 | Bought | ($1,510.00) | $ - |
| | | 110,250 | | | | ($2,849,107.43) | Totals |

*William Abbate*

# E✳TRADE FINANCIAL®

Trading • Investing • Banking

## E✳TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number:** ▮▮▮▮▮▮

E✳TRADE Securities LLC

**Account Name:**

WILLIAM ABBATE

**Customer Update**

Tax questions? No problem. Get helpful tips, tools, and key dates in the Tax Center. Visit etrade.com/tax today.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

---

▲ DETACH HERE

WILLIAM ABBATE

DETACH HERE ▲

**Use This Deposit Slip** **Acct:** ▮▮▮▮▮▮

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC

Confirmations
to support
The work sheets.

*William Abbate*

# E✳TRADE
# FINANCIAL°
Trading • Investing • Banking

## E✳TRADE Securities
Investment Account

## TRADE CONFIRMATION

**Account Number:** ▮▮▮▮▮▮



| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/27/20 | 01/29/20 | 6 1 | LK | BUY | 1,000 | $37.37 | Margin | PRINCIPAL | $37,370.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $37,370.00 |

237 57703 PBA  2 124528          1 of 1 C EDLV AFPEDLV  28/01/20 01:33 001

*William Abbate*



**E✳TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number:** ▮▮▮▮▮

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/27/20 | 01/29/20 | 3 1 | LK | BUY | 1,500 | $37.37 | Margin | PRINCIPAL | $56,055.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $56,055.00 |

E✳TRADE Securities LLC



*William Abbote*

# E✱TRADE
## FINANCIAL®
Trading · Investing · Banking

### E✱TRADE Securities
Investment Account

## TRADE CONFIRMATION

**Account Number:** ▮▮▮▮▮

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/29/20 | 01/31/20 | 6 1 | LK | BUY | 2,500 | $37.37 | Margin | PRINCIPAL | $93,425.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $93,425.00 |

*William Abbate*

# E✳TRADE
## FINANCIAL®
Trading • Investing • Banking

## E✳TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number:** ▓▓▓▓

E✳TRADE Securities LLC
▓▓▓▓▓▓

**Account Name:**
WILLIAM ABBATE

| Customer Update |
|---|
| Tax questions? No problem. Get helpful tips, tools, and key dates in the Tax Center. Visit etrade.com/tax today. |

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/30/20 | 02/03/20 | 3 1 | LK | BUY | 2,000 | $35.07 | Margin | PRINCIPAL | $70,140.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $70,140.00 |
| 01/30/20 | 02/03/20 | 3 1 | LK | BUY | 3,000 | $34.92 | Margin | PRINCIPAL | $104,760.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $104,760.00 |
| 01/30/20 | 02/03/20 | 3 1 | LK | BUY | 2,500 | $35.37 | Margin | PRINCIPAL | $88,425.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $88,425.00 |

▲ DETACH HERE
WILLIAM ABBATE
▓▓▓▓▓▓

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
▓▓▓▓▓▓

DETACH HERE ▲

## Use This Deposit Slip      Acct: ▓▓▓▓

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL DEPOSIT | | |

*William Abbott*

# E✱TRADE
## FINANCIAL®
Trading • Investing • Banking

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

Account Number: ▮▮▮▮▮▮

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/30/20 | 02/03/20 | 6 1 | LK | BUY | 745 | $36.37 | Margin | PRINCIPAL | $27,095.65 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $27,095.65 |
| 01/30/20 | 02/03/20 | 6 1 | LK | BUY | 1,755 | $36.37 | Margin | PRINCIPAL | $63,829.35 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $63,829.35 |
| 01/30/20 | 02/03/20 | 6 1 | LK | BUY | 5,000 | $35.01 | Margin | PRINCIPAL | $175,050.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $175,050.00 |
| 01/30/20 | 02/03/20 | 6 1 | LK | BUY | 643 | $35.3699 | Margin | PRINCIPAL | $22,742.85 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $22,742.85 |
| 01/30/20 | 02/03/20 | 6 1 | LK | BUY | 1,857 | $35.37 | Margin | PRINCIPAL | $65,682.09 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $65,682.09 |



# E✳TRADE
# FINANCIAL®
Trading · Investing · Banking

## E✳TRADE Securities

Investment Account

## TRADE CONFIRMATION

**Account Number:** ██████████

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/30/20 | 02/03/20 | 3 1 | LK | BUY | 2,500 | $35.37 | Margin | PRINCIPAL | $88,425.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $88,425.00 |
| 01/30/20 | 02/03/20 | 3 1 | LK | BUY | 2,500 | $35.37 | Margin | PRINCIPAL | $88,425.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $88,425.00 |

E*TRADE Securities LLC



# E✶TRADE FINANCIAL®

Trading • Investing • Banking

## E✶TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number:** ▮▮▮▮▮▮

E✶TRADE Securities LLC

**Account Name:**
WILLIAM ABBATE

**Customer Update**
Tax questions? No problem. Get helpful tips, tools, and key dates in the Tax Center. Visit etrade.com/tax today.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/31/20 | 02/04/20 | 3 1 | LK | BUY | 2,500 | $27.07 | Margin | PRINCIPAL | $67,675.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $67,675.00 |
| 01/31/20 | 02/04/20 | 3 1 | LK | BUY | 500 | $33.67 | Margin | PRINCIPAL | $16,835.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $16,835.00 |
| 01/31/20 | 02/04/20 | 3 1 | LK | BUY | 1,000 | $31.26 | Margin | PRINCIPAL | $31,260.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $31,260.00 |

▲ DETACH HERE
WILLIAM ABBATE

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC

**Use This Deposit Slip**    **Acct:** ▮▮▮▮▮▮

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

DETACH HERE    ▲

*William Abbate*

# E✳TRADE
## FINANCIAL°
Trading · Investing · Banking

**E✳TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number:** ▇▇▇▇▇▇

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/31/20 | 02/04/20 | 6 1 | LK | BUY | 1,000 | $30.17 | Margin | PRINCIPAL | $30,170.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $30,170.00 |
| 01/31/20 | 02/04/20 | 6 1 | LK | BUY | 2,000 | $30.07 | Margin | PRINCIPAL | $60,140.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $60,140.00 |
| 01/31/20 | 02/04/20 | 6 1 | LK | BUY | 2,500 | $34.97 | Margin | PRINCIPAL | $87,425.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $87,425.00 |

*William Abbate*

# E✱TRADE FINANCIAL®

Trading  ·  Investing  ·  Banking

## E✱TRADE Securities

Investment Account

## TRADE CONFIRMATION

Account Number: ▮▮▮▮▮

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/31/20 | 02/04/20 | 6 1 | LK | BUY | 2,500 | $34.97 | Margin | PRINCIPAL | $87,425.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $87,425.00 |
| 01/31/20 | 02/04/20 | 6 1 | LK | BUY | 2,000 | $34.01 | Margin | PRINCIPAL | $68,020.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $68,020.00 |
| 01/31/20 | 02/04/20 | 6 1 | LK | BUY | 1,500 | $34.07 | Margin | PRINCIPAL | $51,105.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $51,105.00 |
| 01/31/20 | 02/04/20 | 6 1 | LK | BUY | 1,500 | $33.77 | Margin | PRINCIPAL | $50,655.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $50,655.00 |
| 01/31/20 | 02/04/20 | 6 1 | LK | BUY | 1,000 | $33.80 | Margin | PRINCIPAL | $33,800.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $33,800.00 |
| 01/31/20 | 02/04/20 | 6 1 | LK | BUY | 2,000 | $33.47 | Margin | PRINCIPAL | $66,940.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $66,940.00 |
| 01/31/20 | 02/04/20 | 6 1 | LK | BUY | 1,000 | $32.80 | Margin | PRINCIPAL | $32,800.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $32,800.00 |
| 01/31/20 | 02/04/20 | 6 1 | LK | BUY | 2,500 | $31.77 | Margin | PRINCIPAL | $79,425.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $79,425.00 |
| 01/31/20 | 02/04/20 | 6 1 | LK | BUY | 1,000 | $31.07 | Margin | PRINCIPAL | $31,070.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $31,070.00 |
| 01/31/20 | 02/04/20 | 6 1 | LK | BUY | 500 | $31.105 | Margin | PRINCIPAL | $15,552.50 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $15,552.50 |
| 01/31/20 | 02/04/20 | 6 1 | LK | BUY | 1,000 | $30.51 | Margin | PRINCIPAL | $30,510.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $30,510.00 |



E*TRADE Securities LLC

237 55410 PBA 3 130956          1 of 1 C EDLV AFPEDLV  01/02/20 01:29 001

*William Ablote*



**E✱TRADE Securities**

Investment Account

**TRADE CONFIRMATION**

Trading · Investing · Banking

**Account Number:** ▮▮▮▮▮▮

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/31/20 | 02/04/20 | 3 1 | LK | BUY | 500 | $30.77 | Margin | PRINCIPAL | $15,385.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $15,385.00 |
| 01/31/20 | 02/04/20 | 3 1 | LK | BUY | 500 | $30.37 | Margin | PRINCIPAL | $15,185.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $15,185.00 |
| 01/31/20 | 02/04/20 | 3 1 | LK | BUY | 500 | $32.25 | Margin | PRINCIPAL | $16,125.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $16,125.00 |



**FINANCIAL**®

Trading  •  Investing  •  Banking

*William Abbate*

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number:** ▇▇▇▇▇▇

E✱TRADE Securities LLC

▇▇▇▇▇▇▇▇▇▇▇

**Account Name:**
WILLIAM ABBATE

**Customer Update**
Visit E*TRADE Tax Center to access tax forms (when available), plus tips and tools to help with your tax preparation. Bookmark etrade.com/tax today.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 02/03/20 | 02/05/20 | 6 1 | LK | BUY | 1,500 | $31.37 | Margin | PRINCIPAL | $47,055.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $47,055.00 |
| 02/03/20 | 02/05/20 | 6 1 | LK | BUY | 2,500 | $33.01 | Margin | PRINCIPAL | $82,525.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $82,525.00 |
| 02/03/20 | 02/05/20 | 6 1 | LK | BUY | 2,500 | $32.77 | Margin | PRINCIPAL | $81,925.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $81,925.00 |
| 02/03/20 | 02/05/20 | 6 1 | LK | BUY | 2,500 | $32.51 | Margin | PRINCIPAL | $81,275.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $81,275.00 |
| 02/03/20 | 02/05/20 | 6 1 | LK | BUY | 2,500 | $32.17 | Margin | PRINCIPAL | $80,425.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $80,425.00 |

William Abbott



**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number:**

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 02/03/20 | 02/05/20 | 3 1 | LK | BUY | 2,500 | $33.37 | Margin | PRINCIPAL | $83,425.00 |
| | | | | | | | | NET AMOUNT | $83,425.00 |

***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES

E✱TRADE Securities LLC





# E✳TRADE
# FINANCIAL®
Trading  •  Investing  •  Banking

## E✳TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number:** ▮▮▮▮▮▮

E✳TRADE Securities LLC

**Account Name:**
WILLIAM ABBATE

| Customer Update |
|---|
| All your tax info in one place. Forms 1099 for 2019, FAQs, key deadlines, cost basis info, and more–find them all in our Tax Center at etrade.com/tax. |

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/20/20 | 03/24/20 | 3 1 | LK | BUY | 1,098 | $24.99 | Margin | PRINCIPAL | $27,439.02 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $27,439.02 |

▲  DETACH HERE

WILLIAM ABBATE

▮▮▮▮▮▮

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC

▮▮▮▮▮▮

DETACH HERE  ▲

| Use This Deposit Slip | Acct: ▮▮▮▮▮▮ |
|---|---|

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL DEPOSIT | | |





# E✱TRADE Securities

**Investment Account**

# TRADE CONFIRMATION

**Account Number:** ▮▮▮▮▮

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/20/20 | 03/24/20 | 6 1 | LK | BUY | 3,902 | $24.99 | Margin | PRINCIPAL | $97,510.98 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $97,510.98 |

237 82083 PBA 3 235255          1 of 1 C EDLV AFPEDLV  21/03/20 01:49 001



# E✱TRADE FINANCIAL®

Trading  •  Investing  •  Banking

## E✱TRADE Securities

Investment Account

## TRADE CONFIRMATION

**Account Number:** ███████

E✱TRADE Securities LLC

███████████

**Account Name:**
WILLIAM ABBATE

**Customer Update**
All your tax info in one place. Forms 1099 for 2019, FAQs, key deadlines, cost basis info, and more--find them all in our Tax Center at etrade.com/tax.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/23/20 | 03/25/20 | 3 1 | LK | BUY | 1,000 | $22.77 | Margin | PRINCIPAL | $22,770.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $22,770.00 |
| 03/23/20 | 03/25/20 | 3 1 | LK | BUY | 1,000 | $22.53 | Margin | PRINCIPAL | $22,530.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $22,530.00 |

▲ DETACH HERE

WILLIAM ABBATE

████████████

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
████████████

DETACH HERE  ▲

**Use This Deposit Slip**   **Acct:** ████████

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

# E✳TRADE
## FINANCIAL®
Trading  ·  Investing  ·  Banking

**E✳TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number:** ▮▮▮▮

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/23/20 | 03/25/20 | 6 1 | LK | BUY | 2,500 | $24.01 | Margin | PRINCIPAL | $60,025.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $60,025.00 |
| 03/23/20 | 03/25/20 | 6 1 | LK | BUY | 250 | $24.1825 | Margin | PRINCIPAL | $6,045.63 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $6,045.63 |
| 03/23/20 | 03/25/20 | 6 1 | LK | BUY | 54 | $24.02 | Margin | PRINCIPAL | $1,297.08 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $1,297.08 |
| 03/23/20 | 03/25/20 | 6 1 | LK | BUY | 946 | $24.10 | Margin | PRINCIPAL | $22,798.60 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $22,798.60 |
| 03/23/20 | 03/25/20 | 6 1 | LK | BUY | 500 | $22.4327 | Margin | PRINCIPAL | $11,216.35 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $11,216.35 |

*William Abbate*

# E✱TRADE FINANCIAL®

Trading · Investing · Banking

## E✱TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number:** ▮▮▮▮▮▮

E✱TRADE Securities LLC

▮▮▮▮▮▮▮▮▮▮

**Account Name:**
WILLIAM ABBATE

**Customer Update**
Tax Questions? No problem. Get helpful tips, tools, and key dates in the Tax Center. Visit etrade.com/tax today.

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 1,000 | $22.6998 | Margin | PRINCIPAL | $22,699.80 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $22,699.80 |
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 1,000 | $21.8199 | Margin | PRINCIPAL | $21,819.90 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $21,819.90 |
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 200 | $18.95 | Margin | PRINCIPAL | $3,790.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $3,790.00 |
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 800 | $19.00 | Margin | PRINCIPAL | $15,200.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $15,200.00 |
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 1,000 | $18.87 | Margin | PRINCIPAL | $18,870.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $18,870.00 |
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 1,000 | $18.9899 | Margin | PRINCIPAL | $18,989.90 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $18,989.90 |
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 1,000 | $15.6399 | Margin | PRINCIPAL | $15,639.90 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $15,639.90 |
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 1,000 | $15.08 | Margin | PRINCIPAL | $15,080.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $15,080.00 |

▲ DETACH HERE

WILLIAM ABBATE

▮▮▮▮▮▮▮▮

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC

▮▮▮▮▮▮▮▮

DETACH HERE ▲

Use This Deposit Slip   **Acct:** ▮▮▮▮▮▮

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**



# E✳TRADE
# FINANCIAL°
Trading · Investing · Banking

**E✳TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number:** ▉▉▉▉▉

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 1,000 | $13.70 | Margin | PRINCIPAL | $13,700.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $13,700.00 |
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 1,000 | $12.9899 | Margin | PRINCIPAL | $12,989.90 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $12,989.90 |
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 1,000 | $11.65 | Margin | PRINCIPAL | $11,650.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $11,650.00 |
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 2,500 | $5.56 | Margin | PRINCIPAL | $13,900.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $13,900.00 |
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 2,500 | $3.96 | Margin | PRINCIPAL | $9,900.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $9,900.00 |
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 2,690 | $4.53 | Margin | PRINCIPAL | $12,185.70 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $12,185.70 |
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 2,210 | $4.54 | Margin | PRINCIPAL | $10,033.40 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $10,033.40 |
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 100 | $4.55 | Margin | PRINCIPAL | $455.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $455.00 |

237 74996 PBA  3 205050          1 of 1 C EDLV AFPEDLV  02/04/20 21:53 001

William Abbate



# E✳TRADE
## FINANCIAL®
Trading · Investing · Banking

**E✳TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number:** ▮▮▮▮▮

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/03/20 | 04/07/20 | 6 1 | LK | BUY | 1,000 | $5.5072 | Margin | PRINCIPAL | $5,507.20 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $5,507.20 |
| 04/03/20 | 04/07/20 | 6 1 | LK | BUY | 1,100 | $5.505 | Margin | PRINCIPAL | $6,055.50 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $6,055.50 |
| 04/03/20 | 04/07/20 | 6 1 | LK | BUY | 300 | $5.5025 | Margin | PRINCIPAL | $1,650.75 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $1,650.75 |
| 04/03/20 | 04/07/20 | 6 1 | LK | BUY | 600 | $5.5078 | Margin | PRINCIPAL | $3,304.68 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $3,304.68 |




*William Abbott*

## E✱TRADE Securities
~~Investment Account~~

## TRADE CONFIRMATION

**Account Number:** ▋▋▋▋

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/03/20 | 04/07/20 | 6 1 | LK | BUY | 1,000 | $5.4537 | Margin | PRINCIPAL | $5,453.70 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $5,453.70 |
| 04/03/20 | 04/07/20 | 6 1 | LK | BUY | 1,000 | $5.4172 | Margin | PRINCIPAL | $5,417.20 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $5,417.20 |



E✱TRADE Securities LLC



# E✳TRADE
# FINANCIAL®
Trading · Investing · Banking

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number:** ▮▮▮▮▮

**Account Name:** _____

WILLIAM ABBATE

E✳TRADE Securities LLC

▮▮▮▮▮▮▮▮▮▮

| Customer Update |
|---|
| Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless. |

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/22/20 | 05/27/20 | 6 1 | LK | BUY | 1,000 | $1.3699 | Margin | PRINCIPAL | $1,369.90 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $1,369.90 |
| 05/22/20 | 05/27/20 | 6 1 | LK | BUY | 1,000 | $1.3699 | Margin | PRINCIPAL | $1,369.90 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $1,369.90 |
| 05/22/20 | 05/27/20 | 6 1 | LK | BUY | 1,000 | $1.765 | Margin | PRINCIPAL | $1,765.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $1,765.00 |
| 05/22/20 | 05/27/20 | 6 1 | LK | BUY | 500 | $1.67 | Margin | PRINCIPAL | $835.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $835.00 |

▲ DETACH HERE

WILLIAM ABBATE

▮▮▮▮▮▮

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC

▮▮▮▮▮▮

DETACH HERE ▲

| Use This Deposit Slip | **Acct:** ▮▮▮▮▮ |

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |





Trading · Investing · Banking

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number:** ▮▮▮▮▮

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/22/20 | 05/27/20 | 3 1 | LK | BUY | 1,000 | $1.51 | Margin | PRINCIPAL | $1,510.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $1,510.00 |
| 05/22/20 | 05/27/20 | 3 1 | LK | BUY | 500 | $1.55 | Margin | PRINCIPAL | $775.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $775.00 |

)

Alpine Analytics Management Group, LLC



February 7, 2022

Mr. William Abbate, Esq.

Dear Mr. Abbate,

This document should suffice with respect to the 110,250 shares of Luckin Coffee Inc. American Depository Shares (Formerly LK-symbol) that you delivered to our Management Company: Alpine Analytics Management Group, LLC. As per your direct instructions, all of shares were liquidated on your behalf and all of the sales proceeds were applied to your Individual account with our hedge fund. Kindly share this document with the Claims administrator handling this class action matter (LUCKIN COFFEE INC. AMERICAN DEPOSITORY RECEIPTS).

Please allow this document to serve as a sworn affidavit that we liquidated 110,250 shares of LK (Luckin Coffee, Inc.) at an average selling price per share of $1.07 on June 29th, 2020 resulting in total proceeds of $117,967.50 that were credited to your Individual account upon the trade settling.

Please let us know if we can be of any further assistance.

Sincerely yours,


CFO



William Abbate

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

UNITED STATES POSTAL SERVICE®

1000

97228

In re Luckin Coffee Inc. Securities Litigation
℅ Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

Divider Page

*In re Luckin Coffee Inc. Securities Litigation*
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

Website: www.LuckinCoffeeSecuritiesLitigation.com
Email:    info@LuckinCoffeeSecuritiesLitigation.com
Phone:                                               855-535-1824



*400500930004779448*
000 0000114 00000000 0001 0002 00111 INS: 0 0
WILLIAM ABBATE

Claim Number:        17888

Response Deadline:    June 13, 2022

May 24, 2022

<u>**Notice of Deficient Claim Submission**</u>

Dear Claimant:

We received your Proof of Claim and Release Form ("Claim") that you submitted in connection with the Settlement obtained in the securities class action *In re Luckin Coffee Inc. Securities Litigation*, Case No. 1:20-cv-01293-JPC-JLC (S.D.N.Y.). We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed on or downloaded from www.LuckinCoffeeSecuritiesLitigation.com.

**Ineligibility Condition:** Inadequate Documentation.

The Claim referenced above sets forth Class Period purchases/acquisitions of Luckin ADSs, but none of the documentation previously provided was deemed adequate.

**How to Resolve:** You can resolve this condition of ineligibility only by submitting acceptable documentation to support your Claim, including all of the transactions and holding amounts set forth in the Claim. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable. Please note, do not merely resubmit the same documentation, as it was deemed deficient. You will need to provide additional documentation to cure the deficiency in your Claim.

**PLEASE NOTE:** Curing this condition of ineligibility in its entirety or in part is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If the deficiency is only cured in part, the Claim will be calculated based on the transactions for which acceptable supporting documentation was submitted. If you have other deficiencies and cure them, your Claim still will not be eligible, unless this deficiency is cured at least in part and, to the extent that it is cured, it calculates to a Recognized Claim under the Plan of Allocation.

**Deficiency:** Trade Discrepancy/Claim Does Not Balance.

AF8911 v.04



There is a discrepancy between (a) the number of shares of Luckin ADSs you state on your Claim Form to have purchased or acquired from May 17, 2019 through October 20, 2021 and (b) the number of shares of Luckin ADSs you state on your Claim Form to have sold from May 17, 2019 through October 20, 2021 or have held at the end of that period (October 20, 2021).  The numbers in (a) and (b) should be equal.

**How to Resolve:** You must provide acceptable documentation to support the missing transactions, the missing beginning or unsold holding amounts, or the adjustments to your Claim so that the Claim balances.

**PLEASE NOTE:** If you fail to respond or to the extent your response fails to cure the deficiency identified, the transaction(s) that make up the discrepancy will be rejected, along with any corresponding transaction(s) according to First-In, First-Out ("FIFO") matching, and these transactions will not be considered in the calculation of your Claim's Recognized Claim amount pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial claim. For additional information, please reference Appendix A of the Settlement Notice.

The formula used to calculate the discrepancy is:

All Shares Purchased or Acquired from May 17, 2019 through October 20, 2021 – All Shares Sold or Delivered from May 17, 2019 through October 20, 2021 – Unsold Shares as of the close of trading on October 20, 2021.

This value should equal 0.00 if all transactions have been provided. Your Claim calculates to a discrepancy of the following amount of shares:

| Quantity | Type of Transaction | Type of Securities |
|---|---|---|
| 110250.00 | Holding Difference 10/20/2021 | ADS |

**Deficiency:** Partial Documentation.

You either did not supply documentation to support some of the transactions listed on your Claim Form, or the documentation that you submitted with your Claim does not include some or all of the required information for the transactions listed in the chart below.

**How to Resolve:** You must provide acceptable documentation that includes all the required information for the transaction(s) listed below.

**PLEASE NOTE:** If you fail to respond or to the extent your response fails to cure the deficiency identified for a given transaction below, the remaining deficient transaction(s) will be rejected, along with any corresponding transaction(s) according to First-In, First-Out ("FIFO") matching, and these transactions will not be considered in the calculation of your Claim's Recognized Claim amount pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim. For additional information, please reference Appendix A of the Settlement Notice.

The specific transaction(s) for which you must submit complete documentation are listed below.

| Date | Quantity | Price per Share | Type of Transaction | Type of Security |
|---|---|---|---|---|
| 06/29/2020 | 110250.00 | $1.07 | Sale | ADS |

**Deficiency:** No Recognized Claim Unless Defects Are Cured.

In accordance with the Plan of Allocation which is set forth in the Settlement Notice available on the settlement website, the Claim referenced above does not calculate to a Recognized Claim due to certain defects listed in this notice and therefore is not eligible to receive a distribution from the Net Settlement Fund.

AF8912 v.04

000 0000115 00000000 0002 0002 00111 INS: 0 0

**How to Resolve:** You can resolve this condition of ineligibility by resolving the other defects listed in this notice and/or by submitting additional transactions that occurred during the Class Period that were not previously reflected in your Claim and that make your Claim calculate to a Recognized Claim. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Your Claim must calculate to a Recognized Claim under the Plan of Allocation in order for you to be eligible to receive a distribution.

**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine if it has a Recognized Claim is described in the Plan of Allocation set forth in Appendix A of the Settlement Notice. The Court will consider approval of the Settlement and the proposed Plan of Allocation at a hearing to be held on July 22, 2022. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.

Sincerely,
Claims Administrator

AF8913 v.04



# Divider Page

*In re Luckin Coffee Inc. Securities Litigation*
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

Website: www.LuckinCoffeeSecuritiesLitigation.com
Email:    info@LuckinCoffeeSecuritiesLitigation.com
Phone:                                            855-535-1824



*400500930004779448*
.000 0000114 00000000 0001 0002 00111 INS 0 0
WILLIAM ABBATE

Claim Number: 17888

Response Deadline:    June 13, 2022

May 24, 2022

### Notice of Deficient Claim Submission

Dear Claimant:

We received your Proof of Claim and Release Form ("Claim") that you submitted in connection with the Settlement obtained in the securities class action *In re Luckin Coffee Inc. Securities Litigation*, Case No. 1:20-cv-01293-JPC-JLC (S.D.N.Y.). We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed on or downloaded from www.LuckinCoffeeSecuritiesLitigation.com.

**Ineligibility Condition:** Inadequate Documentation.

The Claim referenced above sets forth Class Period purchases/acquisitions of Luckin ADSs, but none of the documentation previously provided was deemed adequate.

**How to Resolve:** You can resolve this condition of ineligibility only by submitting acceptable documentation to support your Claim, including all of the transactions and holding amounts set forth in the Claim. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable. Please note, do not merely resubmit the same documentation, as it was deemed deficient. You will need to provide additional documentation to cure the deficiency in your Claim.

**PLEASE NOTE:** Curing this condition of ineligibility in its entirety or in part is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If the deficiency is only cured in part, the Claim will be calculated based on the transactions for which acceptable supporting documentation was submitted. If you have other deficiencies and cure them, your Claim still will not be eligible, unless this deficiency is cured at least in part and, to the extent that it is cured, it calculates to a Recognized Claim under the Plan of Allocation.

**Deficiency:** Trade Discrepancy/Claim Does Not Balance.

AF8911 v.04

Case 1:20-cv-01293-JPC-SA Document 347-4 Filed 03/06/23 Page 324 of 355

There is a discrepancy between (a) the number of shares of Luckin ADSs you state on your Claim Form to have purchased or acquired from May 17, 2019 through October 20, 2021 and (b) the number of shares of Luckin ADSs you state on your Claim Form to have sold from May 17, 2019 through October 20, 2021 or have held at the end of that period (October 20, 2021). The numbers in (a) and (b) should be equal.

**How to Resolve:** You must provide acceptable documentation to support the missing transactions, the missing beginning or unsold holding amounts, or the adjustments to your Claim so that the Claim balances.

**PLEASE NOTE:** If you fail to respond or to the extent your response fails to cure the deficiency identified, the transaction(s) that make up the discrepancy will be rejected, along with any corresponding transaction(s) according to First-In, First-Out ("FIFO") matching, and these transactions will not be considered in the calculation of your Claim's Recognized Claim amount pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial claim. For additional information, please reference Appendix A of the Settlement Notice.

The formula used to calculate the discrepancy is:

All Shares Purchased or Acquired from May 17, 2019 through October 20, 2021 – All Shares Sold or Delivered from May 17, 2019 through October 20, 2021 – Unsold Shares as of the close of trading on October 20, 2021.

This value should equal 0.00 if all transactions have been provided. Your Claim calculates to a discrepancy of the following amount of shares:

| Quantity | Type of Transaction | Type of Securities |
|---|---|---|
| 110250.00 | Holding Difference 10/20/2021 | ADS |

**Deficiency:** Partial Documentation.

You either did not supply documentation to support some of the transactions listed on your Claim Form, or the documentation that you submitted with your Claim does not include some or all of the required information for the transactions listed in the chart below.

**How to Resolve:** You must provide acceptable documentation that includes all the required information for the transaction(s) listed below.

**PLEASE NOTE:** If you fail to respond or to the extent your response fails to cure the deficiency identified for a given transaction below, the remaining deficient transaction(s) will be rejected, along with any corresponding transaction(s) according to First-In, First-Out ("FIFO") matching, and these transactions will not be considered in the calculation of your Claim's Recognized Claim amount pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim. For additional information, please reference Appendix A of the Settlement Notice.

The specific transaction(s) for which you must submit complete documentation are listed below.

| Date | Quantity | Price per Share | Type of Transaction | Type of Security |
|---|---|---|---|---|
| 06/29/2020 | 110250.00 | $1.07 | Sale | ADS |

**Deficiency:** No Recognized Claim Unless Defects Are Cured.

In accordance with the Plan of Allocation which is set forth in the Settlement Notice available on the settlement website, the Claim referenced above does not calculate to a Recognized Claim due to certain defects listed in this notice and therefore is not eligible to receive a distribution from the Net Settlement Fund.

AF8912 v.04

Enclosed,
please find trade
"buy" confirmations
for LK
totaling
112,250 shares

112,250
shares of
LK

proof of
trade confirmations

# E✳TRADE
# FINANCIAL®
Trading · Investing · Banking

## E✱TRADE Securities
Investment Account

## TRADE CONFIRMATION

**Account Number:** ▮▮▮▮▮▮

**Account Name:**
WILLIAM ABBATE

E✱TRADE Securities LLC

### Customer Update
Tax questions? No problem. Get helpful tips, tools, and key dates in the Tax Center. Visit etrade.com/tax today.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE |
|---|---|---|---|---|---|---|---|

▲ DETACH HERE
WILLIAM ABBATE

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC

**Use This Deposit Slip**   **Acct:** ▮▮▮▮▮▮

DETACH HERE ▲

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |



**FINANCIAL®**

Trading  •  Investing  •  Banking

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number:** ▓▓▓▓▓▓

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|



| 01/27/20 | 01/29/20 | 6 1 | LK | BUY | 1,000 | $37.37 | Margin | PRINCIPAL | $37,370.00 |
| | | | | | | | | NET AMOUNT | $37,370.00 |

***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES**



237  57703  PBA   2  124528          1 of 1 C EDLV AFPEDLV  28/01/20 01:33 001



E**TRADE
FINANCIAL®

Trading  ·  Investing  ·  Banking

**E✱TRADE Securities**

Investment Account

## TRADE CONFIRMATION

Account Number: ▮▮▮▮▮

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/27/20 | 01/29/20 | 3 1 | LK | BUY | 1,500 | $37.37 | Margin | PRINCIPAL | $56,055.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $56,055.00 |

E*TRADE Securities LLC



**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number:** ▪▪▪▪▪▪

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/29/20 | 01/31/20 | 6 1 | LK | BUY | 2,500 | $37.37 | Margin | PRINCIPAL | $93,425.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $93,425.00 |

E✳TRADE Securities LLC



**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number:** ███████

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/29/20 | 01/31/20 | 6 1 | LK | BUY | 2,500 | $37.37 | Margin | PRINCIPAL | $93,425.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $93,425.00 |

E*TRADE Securities LLC ███████



# E✳TRADE FINANCIAL®

Trading · Investing · Banking

## E✳TRADE Securities

Investment Account

## TRADE CONFIRMATION

**Account Number:** ▮▮▮▮▮

E✳TRADE Securities LLC

▮▮▮▮▮

**Account Name:**

WILLIAM ABBATE

| Customer Update |
| --- |
| Tax questions? No problem. Get helpful tips, tools, and key dates in the Tax Center. Visit etrade.com/tax today. |

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 01/30/20 | 02/03/20 | 3 1 | LK | BUY | 2,000 | $35.07 | Margin | PRINCIPAL | $70,140.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $70,140.00 |
| 01/30/20 | 02/03/20 | 3 1 | LK | BUY | 3,000 | $34.92 | Margin | PRINCIPAL | $104,760.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $104,760.00 |
| 01/30/20 | 02/03/20 | 3 1 | LK | BUY | 2,500 | $35.37 | Margin | PRINCIPAL | $88,425.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $88,425.00 |

▲ DETACH HERE

WILLIAM ABBATE

▮▮▮▮▮

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC

▮▮▮▮▮

**Use This Deposit Slip**    **Acct:** ▮▮▮▮▮

DETACH HERE ▲

**Please do not send cash**

| | Dollars | Cents |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |



**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number:** ▮▮▮▮▮▮

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/30/20 | 02/03/20 | 6 1 | LK | BUY | 745 | $36.37 | Margin | PRINCIPAL | $27,095.65 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $27,095.65 |
| 01/30/20 | 02/03/20 | 6 1 | LK | BUY | 1,755 | $36.37 | Margin | PRINCIPAL | $63,829.35 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $63,829.35 |
| 01/30/20 | 02/03/20 | 6 1 | LK | BUY | 5,000 | $35.01 | Margin | PRINCIPAL | $175,050.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $175,050.00 |
| 01/30/20 | 02/03/20 | 6 1 | LK | BUY | 643 | $35.3699 | Margin | PRINCIPAL | $22,742.85 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $22,742.85 |
| 01/30/20 | 02/03/20 | 6 1 | LK | BUY | 1,857 | $35.37 | Margin | PRINCIPAL | $65,682.09 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $65,682.09 |



**FINANCIAL®**

Trading · Investing · Banking

**E✱TRADE Securities**

Investment Account

## TRADE CONFIRMATION

Account Number: ███████

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|

| 01/30/20 | 02/03/20 | 3 1 | LK | BUY | 2,500 | $35.37 | Margin | PRINCIPAL | $88,425.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $88,425.00 |

| 01/30/20 | 02/03/20 | 3 1 | LK | BUY | 2,500 | $35.37 | Margin | PRINCIPAL | $88,425.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $88,425.00 |

E✱TRADE Securities LLC

# E✳TRADE FINANCIAL®

Trading  •  Investing  •  Banking

## E✳TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number:** ▮▮▮▮▮▮

**Account Name:**
WILLIAM ABBATE

E✳TRADE Securities LLC

▮▮▮▮▮▮▮▮▮▮

**Customer Update**
Tax questions? No problem. Get helpful tips, tools, and key dates in the Tax Center. Visit etrade.com/tax today.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/31/20 | 02/04/20 | 3 1 | LK | BUY | 2,500 | $27.07 | Margin | PRINCIPAL | $67,675.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $67,675.00 |
| 01/31/20 | 02/04/20 | 3 1 | LK | BUY | 500 | $33.67 | Margin | PRINCIPAL | $16,835.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $16,835.00 |
| 01/31/20 | 02/04/20 | 3 1 | LK | BUY | 1,000 | $31.26 | Margin | PRINCIPAL | $31,260.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $31,260.00 |

▲ DETACH HERE
WILLIAM ABBATE
▮▮▮▮▮▮

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
▮▮▮▮▮▮

DETACH HERE ▲

**Use This Deposit Slip**    **Acct:** ▮▮▮▮▮▮

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL DEPOSIT | | |



Trading • Investing • Banking

**E✳TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number:** ▮▮▮▮▮

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/31/20 | 02/04/20 | 6 1 | LK | BUY | 1,000 | $30.17 | Margin | PRINCIPAL | $30,170.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $30,170.00 |
| 01/31/20 | 02/04/20 | 6 1 | LK | BUY | 2,000 | $30.07 | Margin | PRINCIPAL | $60,140.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $60,140.00 |
| 01/31/20 | 02/04/20 | 6 1 | LK | BUY | 2,500 | $34.97 | Margin | PRINCIPAL | $87,425.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $87,425.00 |

237 55410 PBA  3 130956          1 of 1 C EDLV AFPEDLV  01/02/20 01:29 001

# E✳TRADE FINANCIAL®
Trading · Investing · Banking

**E✱TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number:** ████████

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/31/20 | 02/04/20 | 6 1 | LK | BUY | 2,500 | $34.97 | Margin | PRINCIPAL | $87,425.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $87,425.00 |
| 01/31/20 | 02/04/20 | 6 1 | LK | BUY | 2,000 | $34.01 | Margin | PRINCIPAL | $68,020.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $68,020.00 |
| 01/31/20 | 02/04/20 | 6 1 | LK | BUY | 1,500 | $34.07 | Margin | PRINCIPAL | $51,105.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $51,105.00 |
| 01/31/20 | 02/04/20 | 6 1 | LK | BUY | 1,500 | $33.77 | Margin | PRINCIPAL | $50,655.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $50,655.00 |
| 01/31/20 | 02/04/20 | 6 1 | LK | BUY | 1,000 | $33.80 | Margin | PRINCIPAL | $33,800.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $33,800.00 |
| 01/31/20 | 02/04/20 | 6 1 | LK | BUY | 2,000 | $33.47 | Margin | PRINCIPAL | $66,940.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $66,940.00 |
| 01/31/20 | 02/04/20 | 6 1 | LK | BUY | 1,000 | $32.80 | Margin | PRINCIPAL | $32,800.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $32,800.00 |
| 01/31/20 | 02/04/20 | 6 1 | LK | BUY | 2,500 | $31.77 | Margin | PRINCIPAL | $79,425.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $79,425.00 |
| 01/31/20 | 02/04/20 | 6 1 | LK | BUY | 1,000 | $31.07 | Margin | PRINCIPAL | $31,070.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $31,070.00 |
| 01/31/20 | 02/04/20 | 6 1 | LK | BUY | 500 | $31.105 | Margin | PRINCIPAL | $15,552.50 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $15,552.50 |
| 01/31/20 | 02/04/20 | 6 1 | LK | BUY | 1,000 | $30.51 | Margin | PRINCIPAL | $30,510.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $30,510.00 |



E✱TRADE Securities LLC

237 55410 PBA  3 130956          1 of 1 C EDLV AFPEDLV  01/02/20 01:29 001



**E✱TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number:** ▮▮▮▮▮

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/31/20 | 02/04/20 | 3 1 | LK | BUY | 500 | $30.77 | Margin | PRINCIPAL | $15,385.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $15,385.00 |
| 01/31/20 | 02/04/20 | 3 1 | LK | BUY | 500 | $30.37 | Margin | PRINCIPAL | $15,185.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $15,185.00 |
| 01/31/20 | 02/04/20 | 3 1 | LK | BUY | 500 | $32.25 | Margin | PRINCIPAL | $16,125.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $16,125.00 |

E*TRADE Securities LLC



**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number:** ▮▮▮▮▮

E✱TRADE Securities LLC

▮▮▮▮▮▮▮▮▮▮

**Account Name:**
WILLIAM ABBATE

**Customer Update**
Visit E*TRADE Tax Center to access tax forms (when available), plus tips and tools to help with your tax preparation. Bookmark etrade.com/tax today.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 02/03/20 | 02/05/20 | 6 1 | LK | BUY | 1,500 | $31.37 | Margin | PRINCIPAL | $47,055.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $47,055.00 |
| 02/03/20 | 02/05/20 | 6 1 | LK | BUY | 2,500 | $33.01 | Margin | PRINCIPAL | $82,525.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $82,525.00 |
| 02/03/20 | 02/05/20 | 6 1 | LK | BUY | 2,500 | $32.77 | Margin | PRINCIPAL | $81,925.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $81,925.00 |
| 02/03/20 | 02/05/20 | 6 1 | LK | BUY | 2,500 | $32.51 | Margin | PRINCIPAL | $81,275.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $81,275.00 |
| 02/03/20 | 02/05/20 | 6 1 | LK | BUY | 2,500 | $32.17 | Margin | PRINCIPAL | $80,425.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $80,425.00 |



# E✳TRADE
# FINANCIAL°
Trading · Investing · Banking

## E✳TRADE Securities
**Investment Account**

## TRADE CONFIRMATION

**Account Number:** ▮▮▮▮▮▮

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 02/03/20 | 02/05/20 | 3 1 | LK | BUY | 2,500 | $33.37 | Margin | PRINCIPAL | $83,425.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $83,425.00 |

E✳TRADE Securities LLC

# E✳TRADE
# FINANCIAL®
Trading  ·  Investing  ·  Banking

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number:** ▮▮▮▮▮

E✳TRADE Securities LLC

**Account Name:** _____
WILLIAM ABBATE

**Customer Update**
All your tax info in one place. Forms 1099 for 2019, FAQs, key deadlines, cost basis info, and more--find them all in our Tax Center at etrade.com/tax.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/20/20 | 03/24/20 | 3 1 | LK | BUY | 1,098 | $24.99 | Margin | PRINCIPAL | $27,439.02 |
| | | | | | | | | NET AMOUNT | $27,439.02 |

***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES

▲  DETACH HERE
WILLIAM ABBATE
▮▮▮▮▮

**Use This Deposit Slip**     **Acct:** ▮▮▮▮▮

DETACH HERE   ▲

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
▮▮▮▮▮



# E✳TRADE
## FINANCIAL°
Trading  •  Investing  •  Banking

## E✳TRADE Securities

Investment Account

## TRADE CONFIRMATION

**Account Number:** ▉▉▉▉

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/20/20 | 03/24/20 | 6 1 | LK | BUY | 3,902 | $24.99 | Margin | PRINCIPAL | $97,510.98 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $97,510.98 |

237 92083 PBA  3 235255          1 of 1 C EDLV AFPEDLV  21/03/20 01:49 001

# E✱TRADE FINANCIAL°

Trading · Investing · Banking

## E✱TRADE Securities

Investment Account

## TRADE CONFIRMATION

**Account Number:** ████████

E*TRADE Securities LLC

**Account Name:**
WILLIAM ABBATE

**Customer Update**
All your tax info in one place. Forms 1099 for 2019, FAQs, key deadlines, cost basis info, and more—find them all in our Tax Center at etrade.com/tax.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/23/20 | 03/25/20 | 3 1 | LK | BUY | 1,000 | $22.77 | Margin | PRINCIPAL | $22,770.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $22,770.00 |
| 03/23/20 | 03/25/20 | 3 1 | LK | BUY | 1,000 | $22.53 | Margin | PRINCIPAL | $22,530.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $22,530.00 |

▲ DETACH HERE

WILLIAM ABBATE

**Use This Deposit Slip**    **Acct:** ████████

Please do not send cash

DETACH HERE ▲

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

**TOTAL DEPOSIT**

E*TRADE Securities LLC



**E✳TRADE FINANCIAL®**
Trading · Investing · Banking

**E✳TRADE Securities**
Investment Account

## TRADE CONFIRMATION

**Account Number:** ▮▮▮▮▮

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/23/20 | 03/25/20 | 6 1 | LK | BUY | 2,500 | $24.01 | Margin | PRINCIPAL | $60,025.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $60,025.00 |
| 03/23/20 | 03/25/20 | 6 1 | LK | BUY | 250 | $24.1825 | Margin | PRINCIPAL | $6,045.63 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $6,045.63 |
| 03/23/20 | 03/25/20 | 6 1 | LK | BUY | 54 | $24.02 | Margin | PRINCIPAL | $1,297.08 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $1,297.08 |
| 03/23/20 | 03/25/20 | 6 1 | LK | BUY | 946 | $24.10 | Margin | PRINCIPAL | $22,798.60 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $22,798.60 |
| 03/23/20 | 03/25/20 | 6 1 | LK | BUY | 500 | $22.4327 | Margin | PRINCIPAL | $11,216.35 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $11,216.35 |



**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number:** ▇▇▇▇

E✳TRADE Securities LLC

▇▇▇▇▇▇▇▇

**Account Name:**
WILLIAM ABBATE

**Customer Update**
Tax Questions? No problem. Get helpful tips, tools, and key dates in the Tax Center. Visit etrade.com/tax today.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 1,000 | $22.6998 | Margin | PRINCIPAL | $22,699.80 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $22,699.80 |
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 1,000 | $21.8199 | Margin | PRINCIPAL | $21,819.90 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $21,819.90 |
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 200 | $18.95 | Margin | PRINCIPAL | $3,790.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $3,790.00 |
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 800 | $19.00 | Margin | PRINCIPAL | $15,200.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $15,200.00 |
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 1,000 | $18.87 | Margin | PRINCIPAL | $18,870.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $18,870.00 |
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 1,000 | $18.9899 | Margin | PRINCIPAL | $18,989.90 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $18,989.90 |
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 1,000 | $15.6399 | Margin | PRINCIPAL | $15,639.90 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $15,639.90 |
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 1,000 | $15.08 | Margin | PRINCIPAL | $15,080.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $15,080.00 |

▲ DETACH HERE

WILLIAM ABBATE
▇▇▇▇▇▇▇

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
▇▇▇▇▇▇

DETACH HERE ▲

**Use This Deposit Slip    Acct:** ▇▇▇▇

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

# E✳TRADE
## FINANCIAL°
Trading · Investing · Banking



## E✳TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number:** ▉▉▉▉▉

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 1,000 | $13.70 | Margin | PRINCIPAL | $13,700.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $13,700.00 |
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 1,000 | $12.9899 | Margin | PRINCIPAL | $12,989.90 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $12,989.90 |
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 1,000 | $11.65 | Margin | PRINCIPAL | $11,650.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $11,650.00 |
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 2,500 | $5.56 | Margin | PRINCIPAL | $13,900.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $13,900.00 |
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 2,500 | $3.96 | Margin | PRINCIPAL | $9,900.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $9,900.00 |
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 2,690 | $4.53 | Margin | PRINCIPAL | $12,185.70 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $12,185.70 |
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 2,210 | $4.54 | Margin | PRINCIPAL | $10,033.40 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $10,033.40 |
| 04/02/20 | 04/06/20 | 6 1 | LK | BUY | 100 | $4.55 | Margin | PRINCIPAL | $455.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $455.00 |



**FINANCIAL**°

Trading  ·  Investing  ·  Banking

**E✱TRADE Securities**

Investment Account

**TRADE CONFIRMATION**

Account Number: ███████

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/03/20 | 04/07/20 | 6 1 | LK | BUY | 1,000 | $5.5072 | Margin | PRINCIPAL | $5,507.20 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $5,507.20 |
| 04/03/20 | 04/07/20 | 6 1 | LK | BUY | 1,100 | $5.505 | Margin | PRINCIPAL | $6,055.50 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $6,055.50 |
| 04/03/20 | 04/07/20 | 6 1 | LK | BUY | 300 | $5.5025 | Margin | PRINCIPAL | $1,650.75 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $1,650.75 |
| 04/03/20 | 04/07/20 | 6 1 | LK | BUY | 600 | $5.5078 | Margin | PRINCIPAL | $3,304.68 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $3,304.68 |



# E✳TRADE Securities

**Investment Account**

## TRADE CONFIRMATION

**Account Number:** █████████

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/03/20 | 04/07/20 | 6 1 | LK | BUY | 1,000 | $5.4537 | Margin | PRINCIPAL | $5,453.70 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $5,453.70 |
| 04/03/20 | 04/07/20 | 6 1 | LK | BUY | 1,000 | $5.4172 | Margin | PRINCIPAL | $5,417.20 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $5,417.20 |



E✳TRADE Securities LLC  ████████████████████████

237 67350 PBA  2  171247          1 of 1 C EDLV AFPEDLV   03/04/20 21:58  001

# E✳TRADE
# FINANCIAL°
Trading  •  Investing  •  Banking

## E✳TRADE Securities

Investment Account

## TRADE CONFIRMATION

**Account Number:** ▮▮▮▮▮

E✳TRADE Securities LLC

**Account Name:**
WILLIAM ABBATE

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/22/20 | 05/27/20 | 6 1 | LK | BUY | 1,000 | $1.3699 | Margin | PRINCIPAL | $1,369.90 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $1,369.90 |
| 05/22/20 | 05/27/20 | 6 1 | LK | BUY | 1,000 | $1.3699 | Margin | PRINCIPAL | $1,369.90 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $1,369.90 |
| 05/22/20 | 05/27/20 | 6 1 | LK | BUY | 1,000 | $1.765 | Margin | PRINCIPAL | $1,765.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $1,765.00 |
| 05/22/20 | 05/27/20 | 6 1 | LK | BUY | 500 | $1.67 | Margin | PRINCIPAL | $835.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $835.00 |

▲  DETACH HERE
WILLIAM ABBATE

DETACH HERE  ▲

Use This Deposit Slip     Acct: ▮▮▮▮▮

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC



## E✳TRADE
## FINANCIAL°
Trading · Investing · Banking

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

Account Number: ▮▮▮▮▮▮

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/22/20 | 05/27/20 | 3 1 | LK | BUY | 1,000 | $1.51 | Margin | PRINCIPAL | $1,510.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $1,510.00 |
| 05/22/20 | 05/27/20 | 3 1 | LK | BUY | 500 | $1.55 | Margin | PRINCIPAL | $775.00 |
| ***LUCKIN COFFEE INC AMERICAN DEPOSITARY SHARES | | | | | | | | NET AMOUNT | $775.00 |
| 05/22/20 | 05/26/20 | 3 1 | | BUY | 250 | $.37 | Margin | PRINCIPAL | $9,250.00 |
| CALL LK | 07/17/20 | 2 LUCKIN COFFEE INC ADS | | | | | | COMMISSION | $125.00 |
| OPEN CONTRACT | | | | | | | | OPT REG FEE | $4.10 |
| | | | | | | | | NET AMOUNT | $9,379.10 |

*112,250*
*Shares of*
*LK*

William Abbate, ESq.

████████████████████

Claim # 17888

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

U.S. POSTAGE PAID
FCM LG ENV

JUN 02 22
AMOUNT
$5.7
R2305H1308011

97228

1000

Luckin Coffee Securities Litigation
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portlmd, OR   97228-5887

# Divider Page



# Alpine Analytics Management Group, LLC

June 20th, 2022

Mr. William Abbate, Esq.

Dear Mr. Abbate,

Kindly share this with the Claims Administrator handing the Luckin Coffee, Inc. Class Action lawsuit. Alpine Analytics Management Group, LLC was a "Hedge Fund" and not a Broker Dealer. The majority of Class Action firms are accustomed to receiving financial documentation from their Class Action Claimants evidencing their Claimant's buys and sells through their client's personal or corporate "Brokerage Firm" statements and trading confirmations. Alpine had fewer than 100 clients during the 17+ years that Alpine was operational prior to closing our funds and winding down internal operations on December 31st, 2021. As you are aware, Alpine managed money on behalf of some of the wealthiest and most accredited individuals in the world. Alpine was never required to be registered with the Securities and Exchange Commission as Alpine always kept the total number of investors within the 100 person guideline in each fund. In addition, Alpine never sent out monthly statements like brokerage firms are required to do for active accounts because Alpine's Hedge Funds only reported performance once a year; always at year-end. In addition, Alpine had limitations on withdrawals, and only accepted new investors/monies bi-yearly. Alpine does not speak, nor have we ever spoken to any third parties with respect to our client's personal financial information or any client personal taxation matters.



Alpine Analytics Management Group, LLC

Mr. Abbate has shared with me that he recently provided the required documentation evidencing his purchases of 112,500 shares of Luckin Coffee Inc. from his ETrade Brokerage account. Mr. Abbate has also shared with me that he personally lost in excess of $2.7MM on his Luckin Coffee Inc. investment. That's a far cry from the $20-30K that Mr. Abbate claims he is slated to recover from his investment in this alleged fraud. So to be clear, it's already been documented by your firm through Mr. Abbate's submissions of his individual trading "buy" confirmations from his ETrade account that Mr. Abbate did indeed own 112,500 shares of Luckin Coffee, Inc. during the applicable case period. However, Mr. Abbate only delivered 110,250 shares of Luckin Coffee, Inc. to Alpine. So you will need to ask Mr. Abbate where the remaining 2,250 shares are.

In nearly 20 years of providing financial documentation to various clients of our different Hedge Funds for purposes of verifying liquidations in regard to trading in equities/options, etc for targeted companies of Class Action lawsuits, Alpine has never been asked to provide anything more than a sworn affidavit evidencing such information. I will have this new document notarized to authenticate that the information that I'm providing on Mr. Abbate's behalf is in fact "accurate and truthful."

Kindly allow this document to suffice with respect to the 110,250 shares of Luckin Coffee Inc. American Depository Shares (Formerly LK-symbol) that Mr. Abbate delivered to our Management Company: Alpine Analytics Management Group, LLC. As per Mr. Abbate's direct instructions at that time, all of the shares were liquidated on Mr. Abbate's behalf and all of the sales proceeds were applied to his Alpine account (ACCOUNT # ▮▮▮ WILLIAM ABBATE). I have requested that Mr. Abbate share this document with you, the Claims administrator responsible for handling this class action suit: (LUCKIN COFFEE INC. AMERICAN DEPOSITORY RECEIPTS).

Please allow this document to serve as a sworn affidavit that we liquidated 110,250 shares of LK (Luckin Coffee, Inc.) at an average selling price per share of $1.07 on June 29th, 2020 resulting in total proceeds of $117,967.50 that were credited to Mr. Abbate's account (ACCOUNT # ▮▮▮) upon the trade settling.

Sincerely yours,





William Abbate

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

UNITED STATES
POSTAL SERVICE®

U.S. POSTAGE PAID
FCM LETTER

JUN 23, 22
AMOUNT

**$4.33**

R2305M147761-03

1000

97228

In re Luckin Coffee Inc. Securities Litigation
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

97228-588787