# EXHIBIT F

# LATE BUT OTHERWISE ELIGIBLE CLAIMS

Luckin Securities Litigation
Late But Otherwise Eligible Claims

Number of Claims: 1,355
Total Recognized Claim: $124,058,738.76

| | Column I (Claim Range 11881 - 22481) | | | Column II (Claim Range 22482 - 24050) | | | Column III (Claim Range 24052 - 530024522) | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Recognized Claim | | Claim Number | Recognized Claim | | Claim Number | Recognized Claim |
| 1 | 11881 | $ 431.00 | 453 | 22482 | $ 958.25 | 905 | 24052 | $ 2,886.00 |
| 2 | 16818 | $ 1,733.06 | 454 | 22484 | $ 7,633.12 | 906 | 24053 | $ 564.60 |
| 3 | 16963 | $ 103.84 | 455 | 22485 | $ 463.63 | 907 | 24055 | $ 2,894.19 |
| 4 | 18635 | $ 1,757.60 | 456 | 22489 | $ 2,076.80 | 908 | 24056 | $ 5,312.73 |
| 5 | 19888 | $ 3,430.00 | 457 | 22492 | $ 1,191.59 | 909 | 24057 | $ 2,596.00 |
| 6 | 19889 | $ 4,362.00 | 458 | 22497 | $ 30.25 | 910 | 24059 | $ 2,450.00 |
| 7 | 19890 | $ 258.30 | 459 | 22498 | $ 350.00 | 911 | 24060 | $ 2,596.00 |
| 8 | 19933 | $ 1,526.25 | 460 | 22499 | $ 1,298.00 | 912 | 24061 | $ 861.45 |
| 9 | 19948 | $ 5,550.00 | 461 | 22503 | $ 28.31 | 913 | 24064 | $ 8,782.20 |
| 10 | 19970 | $ 277.50 | 462 | 22504 | $ 42.90 | 914 | 24067 | $ 13,645.00 |
| 11 | 19983 | $ 2,463.00 | 463 | 22507 | $ 502.00 | 915 | 24069 | $ 133.00 |
| 12 | 19991 | $ 15,870.00 | 464 | 22508 | $ 8,325.00 | 916 | 24070 | $ 4,734.00 |
| 13 | 19992 | $ 2,463.00 | 465 | 22513 | $ 0.52 | 917 | 24076 | $ 762.00 |
| 14 | 20022 | $ 2,635.10 | 466 | 22518 | $ 155.76 | 918 | 24079 | $ 14.63 |
| 15 | 20572 | $ 6,650.00 | 467 | 22521 | $ 162.12 | 919 | 24081 | $ 1,200.00 |
| 16 | 20573 | $ 8,940.00 | 468 | 22522 | $ 1.06 | 920 | 24084 | $ 7,380.00 |
| 17 | 20575 | $ 292.49 | 469 | 22523 | $ 31.92 | 921 | 24085 | $ 4,630.00 |
| 18 | 20576 | $ 268.78 | 470 | 22525 | $ 1,445.00 | 922 | 24087 | $ 7,788.00 |
| 19 | 20577 | $ 10,333.50 | 471 | 22538 | $ 0.25 | 923 | 24094 | $ 1,615.95 |
| 20 | 20578 | $ 581.60 | 472 | 22540 | $ 436.20 | 924 | 24095 | $ 33.21 |
| 21 | 20579 | $ 12,554.00 | 473 | 22543 | $ 87.50 | 925 | 24096 | $ 1,533.00 |
| 22 | 20583 | $ 10,339.00 | 474 | 22553 | $ 35.00 | 926 | 24101 | $ 184.50 |
| 23 | 20590 | $ 5,066.25 | 475 | 22554 | $ 598.05 | 927 | 24102 | $ 1,557.60 |
| 24 | 20595 | $ 475.00 | 476 | 22558 | $ 199.81 | 928 | 24104 | $ 3,849.65 |
| 25 | 20598 | $ 505.40 | 477 | 22562 | $ 39.55 | 929 | 24106 | $ 1,861.12 |
| 26 | 20607 | $ 48.40 | 478 | 22564 | $ 2,895.00 | 930 | 24107 | $ 86,290.00 |
| 27 | 20616 | $ 480.20 | 479 | 22567 | $ 1,560.00 | 931 | 24110 | $ 1,454.00 |
| 28 | 20617 | $ 1,248.00 | 480 | 22568 | $ 2,775.00 | 932 | 24111 | $ 156.80 |
| 29 | 20618 | $ 16,009.50 | 481 | 22569 | $ 24,770.00 | 933 | 24112 | $ 706.80 |
| 30 | 20655 | $ 5,124.00 | 482 | 22570 | $ 1,298.00 | 934 | 24113 | $ 1,447.50 |
| 31 | 20659 | $ 300.00 | 483 | 22572 | $ 5,238.00 | 935 | 24114 | $ 1,724,393.00 |
| 32 | 20661 | $ 2,215.00 | 484 | 22573 | $ 5,811.00 | 936 | 24120 | $ 579.44 |
| 33 | 20663 | $ 151.82 | 485 | 22574 | $ 8,389.00 | 937 | 24121 | $ 2,596.00 |
| 34 | 20664 | $ 16.09 | 486 | 22575 | $ 1,807.37 | 938 | 24123 | $ 77.88 |
| 35 | 20683 | $ 2,374.89 | 487 | 22776 | $ 36.59 | 939 | 24125 | $ 44.00 |
| 36 | 20692 | $ 335.60 | 488 | 22777 | $ 4,749.10 | 940 | 24126 | $ 31.50 |
| 37 | 20709 | $ 649.00 | 489 | 22780 | $ 1,016.30 | 941 | 24132 | $ 675.75 |
| 38 | 20710 | $ 170.00 | 490 | 22781 | $ 2,751.00 | 942 | 24133 | $ 0.00 |
| 39 | 20711 | $ 443.76 | 491 | 22785 | $ 778.80 | 943 | 24134 | $ 5,733.87 |
| 40 | 20712 | $ 3,828.96 | 492 | 22787 | $ 22.12 | 944 | 24138 | $ 2,538.00 |
| 41 | 20713 | $ 3,003.84 | 493 | 22789 | $ 1,506.25 | 945 | 24140 | $ 1,454.00 |
| 42 | 20714 | $ 2,230.38 | 494 | 22794 | $ 12,250.00 | 946 | 24141 | $ 1,291.50 |
| 43 | 20715 | $ 2,875.08 | 495 | 22796 | $ 111.88 | 947 | 24144 | $ 9,995.00 |
| 44 | 20716 | $ 7,030.20 | 496 | 22801 | $ 35,481.26 | 948 | 24145 | $ 7,185.00 |
| 45 | 20717 | $ 4,143.24 | 497 | 22803 | $ 1,773.32 | 949 | 24148 | $ 1,298.00 |
| 46 | 20718 | $ 5,385.90 | 498 | 22804 | $ 833.60 | 950 | 24153 | $ 7,758.00 |
| 47 | 20719 | $ 488.76 | 499 | 22806 | $ 7,788.00 | 951 | 24154 | $ 29.08 |
| 48 | 20720 | $ 8,025.54 | 500 | 22807 | $ 600.96 | 952 | 24156 | $ 8,193.50 |
| 49 | 20721 | $ 863.94 | 501 | 22808 | $ 259.20 | 953 | 24157 | $ 3,219.01 |
| 50 | 20722 | $ 13,530.15 | 502 | 22814 | $ 2.60 | 954 | 24158 | $ 116.50 |

Luckin Securities Litigation
Late But Otherwise Eligible Claims

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | 20723 | $ | 2,596.00 | 503 | 22818 | $ | 1,993.50 | 955 | 24159 | $ | 1,454.00 |
| 52 | 20724 | $ | 28,556.00 | 504 | 22820 | $ | 0.58 | 956 | 24160 | $ | 96,818.50 |
| 53 | 20725 | $ | 468.48 | 505 | 22825 | $ | 183.99 | 957 | 24162 | $ | 1,562.00 |
| 54 | 20730 | $ | 49,260.00 | 506 | 22829 | $ | 1,154.35 | 958 | 24163 | $ | 1,562.00 |
| 55 | 20742 | $ | 25,203.49 | 507 | 22830 | $ | 29.18 | 959 | 24164 | $ | 1,298.00 |
| 56 | 20745 | $ | 4,328.97 | 508 | 22831 | $ | 23.00 | 960 | 24166 | $ | 10,384.00 |
| 57 | 20746 | $ | 734.70 | 509 | 22834 | $ | 12.00 | 961 | 24167 | $ | 804.76 |
| 58 | 20749 | $ | 1.05 | 510 | 22837 | $ | 566.49 | 962 | 24170 | $ | 8,837.50 |
| 59 | 20751 | $ | 3,010.80 | 511 | 22838 | $ | 61.88 | 963 | 24171 | $ | 1,087.60 |
| 60 | 20753 | $ | 7,389.00 | 512 | 22839 | $ | 24.00 | 964 | 24172 | $ | 2,335,736.50 |
| 61 | 20761 | $ | 3,990.00 | 513 | 22843 | $ | 2.98 | 965 | 24173 | $ | 553.50 |
| 62 | 20763 | $ | 0.02 | 514 | 22844 | $ | 259.60 | 966 | 24174 | $ | 5,020.39 |
| 63 | 20776 | $ | 53,078.10 | 515 | 22852 | $ | 24.43 | 967 | 24175 | $ | 1,680.00 |
| 64 | 20778 | $ | 207.68 | 516 | 22854 | $ | 6,606.50 | 968 | 24176 | $ | 12,000.00 |
| 65 | 20779 | $ | 3,296.10 | 517 | 22856 | $ | 1,298.00 | 969 | 24179 | $ | 6.50 |
| 66 | 20780 | $ | 275.00 | 518 | 22857 | $ | 50.54 | 970 | 24186 | $ | 795.00 |
| 67 | 20781 | $ | 6,378.47 | 519 | 22860 | $ | 23,250.00 | 971 | 24187 | $ | 26,190.00 |
| 68 | 20782 | $ | 13.00 | 520 | 22862 | $ | 146.00 | 972 | 24188 | $ | 16,650.00 |
| 69 | 20783 | $ | 8,768.28 | 521 | 22867 | $ | 125.00 | 973 | 24192 | $ | 7,380.00 |
| 70 | 20784 | $ | 40,065.00 | 522 | 22868 | $ | 39.67 | 974 | 24193 | $ | 120.00 |
| 71 | 20785 | $ | 17,856.75 | 523 | 22870 | $ | 657.25 | 975 | 24196 | $ | 5,192.00 |
| 72 | 20866 | $ | 5,238.00 | 524 | 22876 | $ | 738.90 | 976 | 24206 | $ | 3,709.05 |
| 73 | 20867 | $ | 4,856.25 | 525 | 22877 | $ | 5,113.20 | 977 | 24208 | $ | 29,705.90 |
| 74 | 20872 | $ | 1,006.67 | 526 | 22879 | $ | 405.90 | 978 | 24211 | $ | 2,463.00 |
| 75 | 20877 | $ | 3,379.00 | 527 | 22880 | $ | 192.19 | 979 | 24218 | $ | 5,905.50 |
| 76 | 20878 | $ | 1,018.98 | 528 | 22881 | $ | 890.00 | 980 | 24221 | $ | 2,875.08 |
| 77 | 20880 | $ | 12.00 | 529 | 22889 | $ | 49,260.00 | 981 | 24223 | $ | 43,750.00 |
| 78 | 20881 | $ | 283.56 | 530 | 22891 | $ | 44.90 | 982 | 24227 | $ | 65.00 |
| 79 | 20882 | $ | 4.56 | 531 | 22896 | $ | 240.00 | 983 | 24228 | $ | 18.72 |
| 80 | 20883 | $ | 1,716.00 | 532 | 22898 | $ | 2.50 | 984 | 24234 | $ | 170.00 |
| 81 | 20884 | $ | 674.40 | 533 | 22899 | $ | 2,908.00 | 985 | 24245 | $ | 58,160.00 |
| 82 | 20915 | $ | 9,461.52 | 534 | 22900 | $ | 32.47 | 986 | 24246 | $ | 101,780.00 |
| 83 | 20916 | $ | 443.76 | 535 | 22902 | $ | 1,708.23 | 987 | 24247 | $ | 110,080.00 |
| 84 | 20919 | $ | 591.12 | 536 | 22905 | $ | 2,747.25 | 988 | 24249 | $ | 815.36 |
| 85 | 20928 | $ | 6,879.44 | 537 | 22906 | $ | 798.00 | 989 | 24250 | $ | 45,254.46 |
| 86 | 20929 | $ | 6,022.80 | 538 | 22910 | $ | 146.40 | 990 | 24252 | $ | 649.00 |
| 87 | 20931 | $ | 22,908.36 | 539 | 22911 | $ | 277.50 | 991 | 24253 | $ | 2,908.00 |
| 88 | 20934 | $ | 628.20 | 540 | 22912 | $ | 24,764.12 | 992 | 24258 | $ | 434.00 |
| 89 | 20935 | $ | 76.56 | 541 | 22913 | $ | 64,785.04 | 993 | 24260 | $ | 23,878.00 |
| 90 | 20936 | $ | 8,797.44 | 542 | 22918 | $ | 44,949.75 | 994 | 24261 | $ | 207.68 |
| 91 | 20937 | $ | 2,912.10 | 543 | 22921 | $ | 1,356.36 | 995 | 24262 | $ | 1,901.09 |
| 92 | 20939 | $ | 2,908.00 | 544 | 22929 | $ | 24.45 | 996 | 24263 | $ | 184.20 |
| 93 | 20940 | $ | 4,235.00 | 545 | 22933 | $ | 189.00 | 997 | 24265 | $ | 2,815.00 |
| 94 | 20941 | $ | 44,280.00 | 546 | 22934 | $ | 3,081.98 | 998 | 24266 | $ | 10,266.40 |
| 95 | 20957 | $ | 3,942.12 | 547 | 22936 | $ | 9,316.50 | 999 | 24267 | $ | 2,215.00 |
| 96 | 20996 | $ | 738.90 | 548 | 22938 | $ | 266.00 | 1000 | 24269 | $ | 514.70 |
| 97 | 21002 | $ | 756.08 | 549 | 22941 | $ | 494.46 | 1001 | 24270 | $ | 8,620.50 |
| 98 | 21004 | $ | 2,182.00 | 550 | 22943 | $ | 34.00 | 1002 | 24273 | $ | 14,540.00 |
| 99 | 21005 | $ | 17,182.86 | 551 | 22944 | $ | 18,253.00 | 1003 | 24274 | $ | 290,800.00 |
| 100 | 21006 | $ | 67.56 | 552 | 22947 | $ | 17.75 | 1004 | 24275 | $ | 282.96 |
| 101 | 21007 | $ | 5,035.10 | 553 | 22955 | $ | 231.96 | 1005 | 24276 | $ | 924.00 |
| 102 | 21008 | $ | 5,916.46 | 554 | 23004 | $ | 2,496.00 | 1006 | 24277 | $ | 129.80 |
| 103 | 21012 | $ | 908.60 | 555 | 23093 | $ | 79.66 | 1007 | 24279 | $ | 5,192.00 |
| 104 | 21014 | $ | 214,081.00 | 556 | 23094 | $ | 211.40 | 1008 | 24282 | $ | 208,238.50 |
| 105 | 21015 | $ | 4,347.00 | 557 | 23095 | $ | 41.65 | 1009 | 24286 | $ | 509.60 |
| 106 | 21016 | $ | 70.70 | 558 | 23096 | $ | 5,504.00 | 1010 | 24292 | $ | 36.00 |

Luckin Securities Litigation
Late But Otherwise Eligible Claims

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 107 | 21018 | $ | 1,105.83 | 559 | 23137 | $ | 4,926.00 | 1011 | 24293 | $ | 2,908.00 |
| 108 | 21019 | $ | 1,181.07 | 560 | 23146 | $ | 896.77 | 1012 | 24295 | $ | 2,135.88 |
| 109 | 21030 | $ | 6,645.00 | 561 | 23149 | $ | 2,463.00 | 1013 | 24296 | $ | 5,600.37 |
| 110 | 21031 | $ | 58.99 | 562 | 23150 | $ | 24,630.00 | 1014 | 24297 | $ | 5,942.62 |
| 111 | 21032 | $ | 520.00 | 563 | 23151 | $ | 996.30 | 1015 | 24298 | $ | 9,014.80 |
| 112 | 21033 | $ | 4,282.28 | 564 | 23152 | $ | 253.68 | 1016 | 24299 | $ | 6,346.00 |
| 113 | 21034 | $ | 1,051.86 | 565 | 23153 | $ | 7,259.26 | 1017 | 24300 | $ | 9,624.00 |
| 114 | 21036 | $ | 2,758.50 | 566 | 23157 | $ | 3.60 | 1018 | 24302 | $ | 1,596.00 |
| 115 | 21039 | $ | 133.00 | 567 | 23158 | $ | 649.00 | 1019 | 24305 | $ | 18.00 |
| 116 | 21041 | $ | 438,570.00 | 568 | 23160 | $ | 51.92 | 1020 | 24306 | $ | 6,453.06 |
| 117 | 21045 | $ | 1,700.43 | 569 | 23162 | $ | 1,146.25 | 1021 | 24307 | $ | 3,198.80 |
| 118 | 21052 | $ | 2,660.00 | 570 | 23164 | $ | 12,980.00 | 1022 | 24308 | $ | 843.32 |
| 119 | 21054 | $ | 580.25 | 571 | 23165 | $ | 1,298.00 | 1023 | 24312 | $ | 2,895.00 |
| 120 | 21068 | $ | 1,844.65 | 572 | 23167 | $ | 85.00 | 1024 | 24315 | $ | 3,214.97 |
| 121 | 21085 | $ | 29,080.00 | 573 | 23168 | $ | 768.60 | 1025 | 24318 | $ | 6,273.00 |
| 122 | 21089 | $ | 28,248.00 | 574 | 23169 | $ | 839.25 | 1026 | 24321 | $ | 1,298.00 |
| 123 | 21093 | $ | 2,583.00 | 575 | 23172 | $ | 534.48 | 1027 | 24323 | $ | 232.50 |
| 124 | 21094 | $ | 9,852.00 | 576 | 23173 | $ | 5,238.00 | 1028 | 24324 | $ | 112,348.50 |
| 125 | 21095 | $ | 7,038.94 | 577 | 23175 | $ | 264.40 | 1029 | 24330 | $ | 85,000.00 |
| 126 | 21096 | $ | 2,214.00 | 578 | 23176 | $ | 3,922.65 | 1030 | 24331 | $ | 20,356.00 |
| 127 | 21097 | $ | 2,452.01 | 579 | 23234 | $ | 529.65 | 1031 | 24333 | $ | 2,775.00 |
| 128 | 21114 | $ | 7,264.90 | 580 | 23242 | $ | 5,944.84 | 1032 | 24334 | $ | 852.43 |
| 129 | 21122 | $ | 695.80 | 581 | 23243 | $ | 23.21 | 1033 | 24337 | $ | 302.40 |
| 130 | 21126 | $ | 1,024.35 | 582 | 23245 | $ | 98.45 | 1034 | 24342 | $ | 645.75 |
| 131 | 21127 | $ | 6,994.92 | 583 | 23247 | $ | 2,912.10 | 1035 | 24343 | $ | 2,583.00 |
| 132 | 21128 | $ | 188.53 | 584 | 23248 | $ | 610.00 | 1036 | 24345 | $ | 1,428.70 |
| 133 | 21132 | $ | 771.40 | 585 | 23249 | $ | 466.50 | 1037 | 24347 | $ | 3,984.00 |
| 134 | 21134 | $ | 85.47 | 586 | 23251 | $ | 588.93 | 1038 | 24348 | $ | 177.71 |
| 135 | 21135 | $ | 270.93 | 587 | 23255 | $ | 1,246.08 | 1039 | 24350 | $ | 3,115.20 |
| 136 | 21136 | $ | 120.00 | 588 | 23256 | $ | 510.65 | 1040 | 24351 | $ | 1,454.00 |
| 137 | 21138 | $ | 485.78 | 589 | 23257 | $ | 184.50 | 1041 | 24353 | $ | 2,596.00 |
| 138 | 21139 | $ | 270.93 | 590 | 23258 | $ | 1,493.14 | 1042 | 24354 | $ | 1,233.18 |
| 139 | 21140 | $ | 18,150.00 | 591 | 23261 | $ | 199.55 | 1043 | 24356 | $ | 2,609.00 |
| 140 | 21141 | $ | 1,475.73 | 592 | 23262 | $ | 14,166.12 | 1044 | 24359 | $ | 1,040.95 |
| 141 | 21142 | $ | 1,687.40 | 593 | 23263 | $ | 173.40 | 1045 | 24361 | $ | 4,425.00 |
| 142 | 21143 | $ | 12,201.20 | 594 | 23264 | $ | 1,298.00 | 1046 | 24362 | $ | 2,596.00 |
| 143 | 21144 | $ | 1,298.00 | 595 | 23265 | $ | 4,601.00 | 1047 | 24363 | $ | 2,094.00 |
| 144 | 21145 | $ | 2,055.00 | 596 | 23269 | $ | 23.85 | 1048 | 24364 | $ | 521.50 |
| 145 | 21147 | $ | 15.60 | 597 | 23272 | $ | 10,476.00 | 1049 | 24368 | $ | 1,188.40 |
| 146 | 21148 | $ | 1,687.40 | 598 | 23273 | $ | 5,550.00 | 1050 | 24372 | $ | 357.08 |
| 147 | 21151 | $ | 60.24 | 599 | 23274 | $ | 4,688.48 | 1051 | 24373 | $ | 1,040.56 |
| 148 | 21152 | $ | 26.60 | 600 | 23275 | $ | 1,970.00 | 1052 | 24375 | $ | 436,236.94 |
| 149 | 21153 | $ | 38.17 | 601 | 23280 | $ | 24,630.00 | 1053 | 24380 | $ | 615.75 |
| 150 | 21154 | $ | 738.90 | 602 | 23281 | $ | 232.00 | 1054 | 24382 | $ | 13,973.00 |
| 151 | 21156 | $ | 19,758.07 | 603 | 23282 | $ | 310.12 | 1055 | 24383 | $ | 159,794.60 |
| 152 | 21157 | $ | 55.35 | 604 | 23283 | $ | 493.00 | 1056 | 24384 | $ | 921.75 |
| 153 | 21158 | $ | 175.00 | 605 | 23284 | $ | 2,034.40 | 1057 | 24386 | $ | 999.00 |
| 154 | 21159 | $ | 261.14 | 606 | 23285 | $ | 124.80 | 1058 | 24390 | $ | 10,015.25 |
| 155 | 21160 | $ | 2,912.10 | 607 | 23286 | $ | 7,788.00 | 1059 | 24391 | $ | 1,375.88 |
| 156 | 21162 | $ | 610.00 | 608 | 23287 | $ | 145.40 | 1060 | 24394 | $ | 7,191.96 |
| 157 | 21163 | $ | 390.00 | 609 | 23289 | $ | 7,788.00 | 1061 | 24395 | $ | 33,225.00 |
| 158 | 21165 | $ | 158.48 | 610 | 23290 | $ | 78.90 | 1062 | 24396 | $ | 96,368.69 |
| 159 | 21166 | $ | 833.28 | 611 | 23291 | $ | 955.00 | 1063 | 24397 | $ | 36,075,000.00 |
| 160 | 21167 | $ | 133.00 | 612 | 23292 | $ | 3,564.22 | 1064 | 24398 | $ | 6,697.00 |
| 161 | 21171 | $ | 280.50 | 613 | 23293 | $ | 1,816.72 | 1065 | 24400 | $ | 670.00 |
| 162 | 21172 | $ | 246.30 | 614 | 23294 | $ | 25,042.57 | 1066 | 24403 | $ | 246,300.00 |

Luckin Securities Litigation
Late But Otherwise Eligible Claims

| # | Claim | $ Amount | | # | Claim | $ Amount | | # | Claim | $ Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 163 | 21175 | $ 31.32 | | 615 | 23324 | $ 615.75 | | 1067 | 24404 | $ 7,275.00 |
| 164 | 21178 | $ 177.20 | | 616 | 23327 | $ 30.25 | | 1068 | 24406 | $ 7.75 |
| 165 | 21179 | $ 805.68 | | 617 | 23328 | $ 29,525.10 | | 1069 | 24413 | $ 57.08 |
| 166 | 21180 | $ 1.25 | | 618 | 23329 | $ 2,463.00 | | 1070 | 24417 | $ 21,786.00 |
| 167 | 21181 | $ 960.00 | | 619 | 23334 | $ 39.78 | | 1071 | 24419 | $ 1,984.00 |
| 168 | 21183 | $ 266.00 | | 620 | 23337 | $ 19.20 | | 1072 | 24421 | $ 7,919.50 |
| 169 | 21184 | $ 8,724.00 | | 621 | 23345 | $ 30,525.00 | | 1073 | 24423 | $ 80,170.65 |
| 170 | 21185 | $ 7,270.00 | | 622 | 23346 | $ 156.43 | | 1074 | 24424 | $ 193,177.00 |
| 171 | 21186 | $ 1,440.00 | | 623 | 23347 | $ 1,178.68 | | 1075 | 24427 | $ 3,480.00 |
| 172 | 21188 | $ 115.10 | | 624 | 23349 | $ 17,458.00 | | 1076 | 24428 | $ 60.00 |
| 173 | 21189 | $ 2,387.16 | | 625 | 23351 | $ 14,519.36 | | 1077 | 24429 | $ 52,380.00 |
| 174 | 21194 | $ 117.90 | | 626 | 23352 | $ 96.36 | | 1078 | 24430 | $ 2,356.02 |
| 175 | 21195 | $ 232.64 | | 627 | 23355 | $ 1.33 | | 1079 | 24431 | $ 189,508.00 |
| 176 | 21196 | $ 232.64 | | 628 | 23357 | $ 25,960.00 | | 1080 | 24432 | $ 84.78 |
| 177 | 21199 | $ 259.60 | | 629 | 23358 | $ 4.39 | | 1081 | 24436 | $ 10,476.00 |
| 178 | 21200 | $ 19.41 | | 630 | 23363 | $ 49.00 | | 1082 | 24439 | $ 7,219.50 |
| 179 | 21201 | $ 2,112.56 | | 631 | 23364 | $ 12,980.00 | | 1083 | 24440 | $ 7,389.90 |
| 180 | 21202 | $ 30.00 | | 632 | 23365 | $ 18.45 | | 1084 | 24442 | $ 48.42 |
| 181 | 21203 | $ 1,231.50 | | 633 | 23368 | $ 649.00 | | 1085 | 24443 | $ 8,855.50 |
| 182 | 21204 | $ 3,169.41 | | 634 | 23369 | $ 1,531.64 | | 1086 | 24444 | $ 15,788.34 |
| 183 | 21209 | $ 145.25 | | 635 | 23370 | $ 445.60 | | 1087 | 24445 | $ 3,168.80 |
| 184 | 21211 | $ 656.50 | | 636 | 23374 | $ 341.77 | | 1088 | 24446 | $ 15,205.20 |
| 185 | 21212 | $ 1,020.00 | | 637 | 23375 | $ 2.48 | | 1089 | 24447 | $ 35,367.80 |
| 186 | 21213 | $ 1,713.36 | | 638 | 23376 | $ 197.04 | | 1090 | 24450 | $ 47,459.00 |
| 187 | 21214 | $ 10,464.46 | | 639 | 23378 | $ 441.63 | | 1091 | 24451 | $ 4,450.00 |
| 188 | 21288 | $ 504.06 | | 640 | 23379 | $ 263.35 | | 1092 | 24457 | $ 1,130.00 |
| 189 | 21290 | $ 473.44 | | 641 | 23387 | $ 470.72 | | 1093 | 24458 | $ 320.19 |
| 190 | 21315 | $ 15,859.00 | | 642 | 23389 | $ 98.52 | | 1094 | 24461 | $ 6,212.40 |
| 191 | 21321 | $ 234,475.00 | | 643 | 23392 | $ 2,775.00 | | 1095 | 24468 | $ 13,304.95 |
| 192 | 21351 | $ 1,841.95 | | 644 | 23394 | $ 24.13 | | 1096 | 24469 | $ 7,995.08 |
| 193 | 21357 | $ 2,343.00 | | 645 | 23395 | $ 33.25 | | 1097 | 24470 | $ 11,822.00 |
| 194 | 21362 | $ 2,596.00 | | 646 | 23397 | $ 38.76 | | 1098 | 24476 | $ 1,710.50 |
| 195 | 21365 | $ 801.07 | | 647 | 23400 | $ 162.00 | | 1099 | 24477 | $ 35,519.45 |
| 196 | 21368 | $ 1,329.74 | | 648 | 23402 | $ 557.50 | | 1100 | 24478 | $ 3,922.14 |
| 197 | 21371 | $ 732.90 | | 649 | 23403 | $ 1,457.79 | | 1101 | 24481 | $ 1,330.00 |
| 198 | 21392 | $ 8,781.90 | | 650 | 23406 | $ 752.84 | | 1102 | 24482 | $ 1,330.00 |
| 199 | 21393 | $ 506.25 | | 651 | 23409 | $ 944.40 | | 1103 | 24487 | $ 3,950.16 |
| 200 | 21395 | $ 6,473.34 | | 652 | 23411 | $ 96.95 | | 1104 | 24494 | $ 126,592.00 |
| 201 | 21396 | $ 10,085.60 | | 653 | 23413 | $ 343.70 | | 1105 | 24497 | $ 12,635.00 |
| 202 | 21398 | $ 856.68 | | 654 | 23414 | $ 399.87 | | 1106 | 24498 | $ 129.80 |
| 203 | 21400 | $ 1,955.50 | | 655 | 23416 | $ 3,583.50 | | 1107 | 24499 | $ 70.62 |
| 204 | 21404 | $ 8,724.00 | | 656 | 23417 | $ 1.50 | | 1108 | 24500 | $ 6,067.72 |
| 205 | 21406 | $ 901.53 | | 657 | 23419 | $ 8,850.27 | | 1109 | 24503 | $ 305.97 |
| 206 | 21407 | $ 348.96 | | 658 | 23420 | $ 1,216.64 | | 1110 | 24504 | $ 50,765,000.00 |
| 207 | 21409 | $ 58,160.00 | | 659 | 23423 | $ 14.40 | | 1111 | 24507 | $ 5,555.44 |
| 208 | 21410 | $ 72.00 | | 660 | 23425 | $ 57.90 | | 1112 | 24509 | $ 10,640.00 |
| 209 | 21411 | $ 170.96 | | 661 | 23426 | $ 908.60 | | 1113 | 24511 | $ 1,520.45 |
| 210 | 21412 | $ 3,352.00 | | 662 | 23427 | $ 10.95 | | 1114 | 24512 | $ 458.50 |
| 211 | 21413 | $ 14,540.00 | | 663 | 23428 | $ 8,130.90 | | 1115 | 24518 | $ 0.65 |
| 212 | 21414 | $ 300.00 | | 664 | 23433 | $ 434.00 | | 1116 | 24520 | $ 10,640.00 |
| 213 | 21415 | $ 29,080.00 | | 665 | 23434 | $ 214.38 | | 1117 | 24521 | $ 860.00 |
| 214 | 21416 | $ 14,540.00 | | 666 | 23443 | $ 129.15 | | 1118 | 24522 | $ 860.00 |
| 215 | 21417 | $ 33,225.00 | | 667 | 23445 | $ 1,153.75 | | 1119 | 24526 | $ 1,298.00 |
| 216 | 21418 | $ 27,520.00 | | 668 | 23449 | $ 25,960.00 | | 1120 | 24527 | $ 1,724.10 |
| 217 | 21419 | $ 1,298.00 | | 669 | 23450 | $ 14.40 | | 1121 | 24529 | $ 4,594.64 |
| 218 | 21420 | $ 1,557.60 | | 670 | 23454 | $ 576.56 | | 1122 | 24533 | $ 273.00 |

Luckin Securities Litigation
Late But Otherwise Eligible Claims

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 219 | 21421 | $ | 2,094.00 | 671 | 23459 | $ | 2,363.60 | 1123 | 24534 | $ 1,220.00 |
| 220 | 21423 | $ | 319.88 | 672 | 23460 | $ | 124.00 | 1124 | 24535 | $ 3,100.00 |
| 221 | 21426 | $ | 197.64 | 673 | 23461 | $ | 25.05 | 1125 | 24536 | $ 1,865.30 |
| 222 | 21431 | $ | 311.52 | 674 | 23464 | $ | 2,038.77 | 1126 | 24539 | $ 5,024.27 |
| 223 | 21432 | $ | 23,300.00 | 675 | 23465 | $ | 1,354.50 | 1127 | 24540 | $ 2,463.00 |
| 224 | 21433 | $ | 1,527.06 | 676 | 23466 | $ | 2,780.00 | 1128 | 24542 | $ 461.00 |
| 225 | 21435 | $ | 6.79 | 677 | 23468 | $ | 9,063.84 | 1129 | 24546 | $ 1,264.21 |
| 226 | 21436 | $ | 51.92 | 678 | 23469 | $ | 76,058.25 | 1130 | 24548 | $ 2,408.01 |
| 227 | 21442 | $ | 186.00 | 679 | 23472 | $ | 33.95 | 1131 | 24549 | $ 2,735.53 |
| 228 | 21445 | $ | 146.00 | 680 | 23474 | $ | 837.42 | 1132 | 24550 | $ 2,409.16 |
| 229 | 21448 | $ | 54,315.16 | 681 | 23475 | $ | 837.42 | 1133 | 24551 | $ 3,439.80 |
| 230 | 21468 | $ | 11.97 | 682 | 23477 | $ | 270.93 | 1134 | 24552 | $ 6,777.68 |
| 231 | 21469 | $ | 1,454.00 | 683 | 23480 | $ | 270.93 | 1135 | 24553 | $ 3,414.32 |
| 232 | 21474 | $ | 11,632.00 | 684 | 23481 | $ | 422.38 | 1136 | 24554 | $ 1.62 |
| 233 | 21478 | $ | 707.50 | 685 | 23483 | $ | 1,038.40 | 1137 | 24555 | $ 6,490.00 |
| 234 | 21487 | $ | 5,816.00 | 686 | 23488 | $ | 39,823.52 | 1138 | 24556 | $ 4.77 |
| 235 | 21490 | $ | 485.51 | 687 | 23489 | $ | 51.92 | 1139 | 24557 | $ 891.00 |
| 236 | 21505 | $ | 25,960.00 | 688 | 23494 | $ | 58,160.00 | 1140 | 24558 | $ 519.20 |
| 237 | 21521 | $ | 4,637.77 | 689 | 23495 | $ | 180.00 | 1141 | 24559 | $ 11.66 |
| 238 | 21535 | $ | 674.96 | 690 | 23500 | $ | 1,050.56 | 1142 | 24564 | $ 7,389.00 |
| 239 | 21541 | $ | 9,852.00 | 691 | 23502 | $ | 2,228.25 | 1143 | 24565 | $ 15,576.00 |
| 240 | 21546 | $ | 568.70 | 692 | 23503 | $ | 15,730.00 | 1144 | 24567 | $ 2,596.00 |
| 241 | 21551 | $ | 18.16 | 693 | 23505 | $ | 36.81 | 1145 | 24568 | $ 259.60 |
| 242 | 21552 | $ | 241.27 | 694 | 23513 | $ | 18.62 | 1146 | 24569 | $ 10.00 |
| 243 | 21557 | $ | 1,231.50 | 695 | 23515 | $ | 4.04 | 1147 | 24572 | $ 2,596.00 |
| 244 | 21560 | $ | 20,937.93 | 696 | 23521 | $ | 4,250.00 | 1148 | 24575 | $ 415.00 |
| 245 | 21572 | $ | 1,200.00 | 697 | 23528 | $ | 7,176.00 | 1149 | 24577 | $ 8,648.50 |
| 246 | 21573 | $ | 4,188.00 | 698 | 23530 | $ | 467.28 | 1150 | 24578 | $ 20,648.00 |
| 247 | 21576 | $ | 2,596.00 | 699 | 23531 | $ | 155.76 | 1151 | 530005933 | $ 378.63 |
| 248 | 21577 | $ | 2,832.45 | 700 | 23534 | $ | 2,596.00 | 1152 | 530005938 | $ 140,737.00 |
| 249 | 21578 | $ | 12,978.18 | 701 | 23546 | $ | 743.40 | 1153 | 530010248 | $ 326,685.60 |
| 250 | 21579 | $ | 689.70 | 702 | 23548 | $ | 2,063.00 | 1154 | 530010249 | $ 320,296.47 |
| 251 | 21580 | $ | 3,516.66 | 703 | 23549 | $ | 266.00 | 1155 | 530010250 | $ 34,211.07 |
| 252 | 21582 | $ | 290,800.00 | 704 | 23552 | $ | 48.28 | 1156 | 530010251 | $ 19,162.14 |
| 253 | 21588 | $ | 425.00 | 705 | 23554 | $ | 1,041.95 | 1157 | 530010252 | $ 20,516.79 |
| 254 | 21590 | $ | 1,086.00 | 706 | 23555 | $ | 1,647.53 | 1158 | 530010253 | $ 977,513.76 |
| 255 | 21591 | $ | 3,690.00 | 707 | 23556 | $ | 519.20 | 1159 | 530010254 | $ 290,634.00 |
| 256 | 21595 | $ | 62,400.00 | 708 | 23563 | $ | 1,972.96 | 1160 | 530010255 | $ 2,075,545.47 |
| 257 | 21598 | $ | 2,463.00 | 709 | 23567 | $ | 503.00 | 1161 | 530010256 | $ 252,703.80 |
| 258 | 21606 | $ | 14,282.28 | 710 | 23568 | $ | 837.42 | 1162 | 530010257 | $ 24,556.11 |
| 259 | 21607 | $ | 14,328.60 | 711 | 23569 | $ | 270.93 | 1163 | 530010258 | $ 40,929.00 |
| 260 | 21610 | $ | 9,222.60 | 712 | 23570 | $ | 270.93 | 1164 | 530020638 | $ 5,550.00 |
| 261 | 21611 | $ | 415.26 | 713 | 23572 | $ | 130,440.48 | 1165 | 530020639 | $ 850.00 |
| 262 | 21614 | $ | 4,926.00 | 714 | 23573 | $ | 1,298.00 | 1166 | 530020640 | $ 266.00 |
| 263 | 21620 | $ | 1,291.35 | 715 | 23574 | $ | 567.00 | 1167 | 530020641 | $ 808.64 |
| 264 | 21628 | $ | 2,908.00 | 716 | 23575 | $ | 735.01 | 1168 | 530020642 | $ 718.20 |
| 265 | 21630 | $ | 11,083.50 | 717 | 23576 | $ | 418.71 | 1169 | 530020643 | $ 1,539.84 |
| 266 | 21635 | $ | 169.22 | 718 | 23580 | $ | 24,503.55 | 1170 | 530020644 | $ 434.25 |
| 267 | 21637 | $ | 973.88 | 719 | 23582 | $ | 2,076.80 | 1171 | 530020646 | $ 15,360.00 |
| 268 | 21640 | $ | 248.78 | 720 | 23583 | $ | 157.97 | 1172 | 530020647 | $ 1,108.35 |
| 269 | 21644 | $ | 29,491.91 | 721 | 23584 | $ | 9,624.00 | 1173 | 530020656 | $ 403,119.32 |
| 270 | 21645 | $ | 3,014.31 | 722 | 23585 | $ | 8,200.88 | 1174 | 530020657 | $ 174,560.28 |
| 271 | 21648 | $ | 5,205.00 | 723 | 23586 | $ | 62.50 | 1175 | 530020659 | $ 8,842.17 |
| 272 | 21649 | $ | 13,645.00 | 724 | 23589 | $ | 31.25 | 1176 | 530020664 | $ 251,046.29 |
| 273 | 21652 | $ | 321.09 | 725 | 23590 | $ | 2,538.66 | 1177 | 530020665 | $ 34,220.00 |
| 274 | 21653 | $ | 2,311.50 | 726 | 23591 | $ | 35,995.90 | 1178 | 530020670 | $ 1,468,809.70 |

Luckin Securities Litigation
Late But Otherwise Eligible Claims

| | | | | | | | | | |
|---|---|---|---:|---|---|---|---:|---|---|---:|
| 275 | 21656 | $ | 2.56 | 727 | 23592 | $ | 16,410.00 | 1179 | 530020674 | $ 16,275.00 |
| 276 | 21657 | $ | 2,575.35 | 728 | 23593 | $ | 12,732.00 | 1180 | 530020675 | $ 723.84 |
| 277 | 21660 | $ | 1,518.12 | 729 | 23594 | $ | 2,548.00 | 1181 | 530020855 | $ 26,326.00 |
| 278 | 21661 | $ | 6,182.21 | 730 | 23595 | $ | 19,704.00 | 1182 | 530020860 | $ 580.00 |
| 279 | 21662 | $ | 856.68 | 731 | 23596 | $ | 3,207.00 | 1183 | 530020865 | $ 3,990.00 |
| 280 | 21664 | $ | 240.00 | 732 | 23597 | $ | 5,816.00 | 1184 | 530020878 | $ 2,596.00 |
| 281 | 21666 | $ | 11,963.00 | 733 | 23599 | $ | 23,954.91 | 1185 | 530020884 | $ 101.00 |
| 282 | 21667 | $ | 259.60 | 734 | 23600 | $ | 2,803.68 | 1186 | 530020890 | $ 118.12 |
| 283 | 21668 | $ | 1,857.90 | 735 | 23601 | $ | 21,488.50 | 1187 | 530020891 | $ 60,734.24 |
| 284 | 21669 | $ | 5.46 | 736 | 23604 | $ | 267.58 | 1188 | 530020894 | $ 103.84 |
| 285 | 21670 | $ | 1,996,431.45 | 737 | 23605 | $ | 5,558.72 | 1189 | 530020896 | $ 6,490.00 |
| 286 | 21673 | $ | 234.72 | 738 | 23606 | $ | 716.75 | 1190 | 530020897 | $ 14,540.00 |
| 287 | 21692 | $ | 5,160.95 | 739 | 23607 | $ | 1,745.90 | 1191 | 530020898 | $ 7,788.00 |
| 288 | 21695 | $ | 1,375.88 | 740 | 23627 | $ | 7,291.91 | 1192 | 530020899 | $ 7,788.00 |
| 289 | 21696 | $ | 217.49 | 741 | 23631 | $ | 1,308.60 | 1193 | 530020901 | $ 2,093.55 |
| 290 | 21698 | $ | 2,855.60 | 742 | 23632 | $ | 2,463.00 | 1194 | 530020902 | $ 0.05 |
| 291 | 21699 | $ | 591.12 | 743 | 23634 | $ | 1,687.38 | 1195 | 530020906 | $ 376,725.54 |
| 292 | 21700 | $ | 1,779.90 | 744 | 23635 | $ | 2.04 | 1196 | 530020909 | $ 3,610.40 |
| 293 | 21702 | $ | 174.14 | 745 | 23637 | $ | 4.33 | 1197 | 530023978 | $ 426,241.20 |
| 294 | 21706 | $ | 13,930.50 | 746 | 23639 | $ | 43,620.00 | 1198 | 530024202 | $ 468.00 |
| 295 | 21708 | $ | 6,149.00 | 747 | 23642 | $ | 1.03 | 1199 | 530024203 | $ 5,774.40 |
| 296 | 21709 | $ | 8,100.00 | 748 | 23643 | $ | 4,529.14 | 1200 | 530024204 | $ 16,752.00 |
| 297 | 21710 | $ | 1,163.20 | 749 | 23645 | $ | 596.00 | 1201 | 530024211 | $ 2,908.00 |
| 298 | 21711 | $ | 649.00 | 750 | 23646 | $ | 2,860.00 | 1202 | 530024212 | $ 91,560.03 |
| 299 | 21715 | $ | 4,688.48 | 751 | 23647 | $ | 844.50 | 1203 | 530024214 | $ 278,319.00 |
| 300 | 21717 | $ | 2,094.00 | 752 | 23648 | $ | 1,298.00 | 1204 | 530024215 | $ 24,630.00 |
| 301 | 21720 | $ | 1,969.99 | 753 | 23650 | $ | 25.10 | 1205 | 530024216 | $ 109,258.68 |
| 302 | 21721 | $ | 21.19 | 754 | 23653 | $ | 3.00 | 1206 | 530024217 | $ 308,983.35 |
| 303 | 21724 | $ | 1,294.45 | 755 | 23654 | $ | 7.33 | 1207 | 530024220 | $ 194.92 |
| 304 | 21725 | $ | 24.06 | 756 | 23657 | $ | 4,431.60 | 1208 | 530024221 | $ 29,080.00 |
| 305 | 21729 | $ | 4,166.11 | 757 | 23658 | $ | 780.00 | 1209 | 530024222 | $ 17,448.00 |
| 306 | 21733 | $ | 1,352.00 | 758 | 23660 | $ | 168.20 | 1210 | 530024223 | $ 18,320.40 |
| 307 | 21734 | $ | 7.90 | 759 | 23661 | $ | 1,331.37 | 1211 | 530024224 | $ 37,804.00 |
| 308 | 21735 | $ | 437.60 | 760 | 23662 | $ | 649.00 | 1212 | 530024225 | $ 43,620.00 |
| 309 | 21739 | $ | 6,922.44 | 761 | 23664 | $ | 246.30 | 1213 | 530024226 | $ 5,816.00 |
| 310 | 21741 | $ | 493.00 | 762 | 23666 | $ | 15,240.00 | 1214 | 530024227 | $ 7,270.00 |
| 311 | 21742 | $ | 929.83 | 763 | 23669 | $ | 43,097.51 | 1215 | 530024228 | $ 5,816.00 |
| 312 | 21743 | $ | 1,107.00 | 764 | 23672 | $ | 2,171.25 | 1216 | 530024229 | $ 21,810.00 |
| 313 | 21746 | $ | 1,950.00 | 765 | 23673 | $ | 12,689.54 | 1217 | 530024230 | $ 14,540.00 |
| 314 | 21748 | $ | 904.50 | 766 | 23674 | $ | 41.00 | 1218 | 530024231 | $ 4,362.00 |
| 315 | 21749 | $ | 369.75 | 767 | 23675 | $ | 560.94 | 1219 | 530024232 | $ 21,810.00 |
| 316 | 21750 | $ | 3,690.00 | 768 | 23677 | $ | 4,298.45 | 1220 | 530024233 | $ 5,816.00 |
| 317 | 21753 | $ | 665.00 | 769 | 23679 | $ | 4,748.00 | 1221 | 530024234 | $ 2,908.00 |
| 318 | 21754 | $ | 3,725.88 | 770 | 23680 | $ | 785.00 | 1222 | 530024235 | $ 11,632.00 |
| 319 | 21755 | $ | 96.28 | 771 | 23681 | $ | 17.40 | 1223 | 530024237 | $ 62,480.00 |
| 320 | 21756 | $ | 1,425.00 | 772 | 23682 | $ | 5,191.83 | 1224 | 530024238 | $ 93,720.00 |
| 321 | 21757 | $ | 1,298.00 | 773 | 23683 | $ | 4,391.86 | 1225 | 530024239 | $ 1,562.00 |
| 322 | 21759 | $ | 25,830.00 | 774 | 23684 | $ | 440.99 | 1226 | 530024240 | $ 17,934.00 |
| 323 | 21760 | $ | 50,708.95 | 775 | 23692 | $ | 995.98 | 1227 | 530024241 | $ 38,510.00 |
| 324 | 21762 | $ | 234.00 | 776 | 23694 | $ | 78.10 | 1228 | 530024242 | $ 37,970.00 |
| 325 | 21764 | $ | 585.60 | 777 | 23697 | $ | 1,399.91 | 1229 | 530024243 | $ 64,308.00 |
| 326 | 21765 | $ | 1,669.00 | 778 | 23698 | $ | 1,190.20 | 1230 | 530024244 | $ 62,480.00 |
| 327 | 21767 | $ | 356.44 | 779 | 23699 | $ | 333.00 | 1231 | 530024245 | $ 7,810.00 |
| 328 | 21768 | $ | 422.75 | 780 | 23703 | $ | 2,610.00 | 1232 | 530024246 | $ 81,224.00 |
| 329 | 21769 | $ | 5,445.26 | 781 | 23704 | $ | 992.00 | 1233 | 530024247 | $ 9,372.00 |
| 330 | 21771 | $ | 85.96 | 782 | 23709 | $ | 240.50 | 1234 | 530024248 | $ 7,594.00 |

Luckin Securities Litigation
Late But Otherwise Eligible Claims

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 331 | 21773 | $ | 25.96 | 783 | 23710 | $ | 214.11 | 1235 | 530024249 | $ | 32,154.00 |
| 332 | 21774 | $ | 27,750.00 | 784 | 23711 | $ | 3.58 | 1236 | 530024250 | $ | 31,240.00 |
| 333 | 21776 | $ | 40.50 | 785 | 23713 | $ | 3,126.60 | 1237 | 530024251 | $ | 15,080.00 |
| 334 | 21777 | $ | 290,800.00 | 786 | 23714 | $ | 5,836.00 | 1238 | 530024252 | $ | 7,810.00 |
| 335 | 21779 | $ | 3,115.20 | 787 | 23716 | $ | 107.09 | 1239 | 530024253 | $ | 17,934.00 |
| 336 | 21781 | $ | 5,986.33 | 788 | 23717 | $ | 6.42 | 1240 | 530024254 | $ | 10,934.00 |
| 337 | 21784 | $ | 6,071.31 | 789 | 23718 | $ | 327.07 | 1241 | 530024255 | $ | 45,780.00 |
| 338 | 21785 | $ | 1,800.00 | 790 | 23719 | $ | 793.95 | 1242 | 530024256 | $ | 31,240.00 |
| 339 | 21786 | $ | 385.86 | 791 | 23721 | $ | 546.74 | 1243 | 530024257 | $ | 15,350.00 |
| 340 | 21787 | $ | 908.00 | 792 | 23722 | $ | 1.75 | 1244 | 530024258 | $ | 13,842.00 |
| 341 | 21788 | $ | 0.11 | 793 | 23723 | $ | 33.58 | 1245 | 530024259 | $ | 53,590.00 |
| 342 | 21789 | $ | 2,596.00 | 794 | 23725 | $ | 12,496.00 | 1246 | 530024260 | $ | 21,436.00 |
| 343 | 21791 | $ | 276.66 | 795 | 23727 | $ | 48.68 | 1247 | 530024261 | $ | 37,970.00 |
| 344 | 21792 | $ | 1,713.60 | 796 | 23728 | $ | 217.09 | 1248 | 530024262 | $ | 78,100.00 |
| 345 | 21793 | $ | 6,332.61 | 797 | 23731 | $ | 58.77 | 1249 | 530024263 | $ | 62,480.00 |
| 346 | 21794 | $ | 3,296.58 | 798 | 23733 | $ | 18.00 | 1250 | 530024264 | $ | 14,058.00 |
| 347 | 21798 | $ | 22,130.00 | 799 | 23738 | $ | 1.55 | 1251 | 530024265 | $ | 9,048.00 |
| 348 | 21802 | $ | 61,752.00 | 800 | 23740 | $ | 104.40 | 1252 | 530024266 | $ | 20,439.00 |
| 349 | 21804 | $ | 16,281.74 | 801 | 23742 | $ | 3,745.35 | 1253 | 530024267 | $ | 70,290.00 |
| 350 | 21819 | $ | 2,895.00 | 802 | 23743 | $ | 5,166.00 | 1254 | 530024268 | $ | 18,744.00 |
| 351 | 21826 | $ | 44.00 | 803 | 23744 | $ | 25.96 | 1255 | 530024269 | $ | 7,810.00 |
| 352 | 21828 | $ | 2,076.80 | 804 | 23749 | $ | 1,401.10 | 1256 | 530024270 | $ | 59,406.00 |
| 353 | 21832 | $ | 633.43 | 805 | 23750 | $ | 46.53 | 1257 | 530024271 | $ | 6,248.00 |
| 354 | 21833 | $ | 44,400.00 | 806 | 23751 | $ | 1,508.75 | 1258 | 530024272 | $ | 107,180.00 |
| 355 | 21834 | $ | 92,445.00 | 807 | 23752 | $ | 287.68 | 1259 | 530024273 | $ | 8,832.00 |
| 356 | 21837 | $ | 14,072.00 | 808 | 23755 | $ | 14,800.00 | 1260 | 530024274 | $ | 21,436.00 |
| 357 | 21840 | $ | 30,548.20 | 809 | 23756 | $ | 619.36 | 1261 | 530024275 | $ | 7,810.00 |
| 358 | 21843 | $ | 216.00 | 810 | 23758 | $ | 10.05 | 1262 | 530024276 | $ | 10,934.00 |
| 359 | 21844 | $ | 464.33 | 811 | 23759 | $ | 150.33 | 1263 | 530024277 | $ | 1,562.00 |
| 360 | 21846 | $ | 292.40 | 812 | 23764 | $ | 4,548.60 | 1264 | 530024278 | $ | 13,626.00 |
| 361 | 21848 | $ | 275.20 | 813 | 23767 | $ | 42,292.00 | 1265 | 530024279 | $ | 26,338.00 |
| 362 | 21851 | $ | 230.80 | 814 | 23769 | $ | 2,353.79 | 1266 | 530024280 | $ | 31,240.00 |
| 363 | 21852 | $ | 238.85 | 815 | 23771 | $ | 5,816.00 | 1267 | 530024281 | $ | 14,756.00 |
| 364 | 21853 | $ | 481.48 | 816 | 23772 | $ | 22,733.72 | 1268 | 530024282 | $ | 7,810.00 |
| 365 | 21855 | $ | 33.25 | 817 | 23774 | $ | 1,151.70 | 1269 | 530024283 | $ | 10,718.00 |
| 366 | 21856 | $ | 1,474.60 | 818 | 23796 | $ | 8,564.72 | 1270 | 530024284 | $ | 40,014.00 |
| 367 | 21859 | $ | 650.30 | 819 | 23799 | $ | 42,912.00 | 1271 | 530024285 | $ | 15,620.00 |
| 368 | 21860 | $ | 684.85 | 820 | 23800 | $ | 1,063.50 | 1272 | 530024286 | $ | 54,670.00 |
| 369 | 21863 | $ | 4,087.50 | 821 | 23807 | $ | 327.60 | 1273 | 530024287 | $ | 7,810.00 |
| 370 | 21864 | $ | 416.25 | 822 | 23808 | $ | 2,343.00 | 1274 | 530024288 | $ | 3,124.00 |
| 371 | 21865 | $ | 3,401.50 | 823 | 23809 | $ | 3,124.00 | 1275 | 530024289 | $ | 60,320.00 |
| 372 | 21866 | $ | 1,432.55 | 824 | 23818 | $ | 1,298.00 | 1276 | 530024290 | $ | 43,786.00 |
| 373 | 21868 | $ | 3,566.50 | 825 | 23819 | $ | 4,960.00 | 1277 | 530024291 | $ | 31,240.00 |
| 374 | 21869 | $ | 1,175.00 | 826 | 23822 | $ | 14,540.00 | 1278 | 530024292 | $ | 45,780.00 |
| 375 | 21870 | $ | 637.00 | 827 | 23823 | $ | 1,107.00 | 1279 | 530024293 | $ | 8,865.20 |
| 376 | 21872 | $ | 19,704.00 | 828 | 23824 | $ | 288.25 | 1280 | 530024294 | $ | 22,350.00 |
| 377 | 21873 | $ | 1,702.29 | 829 | 23826 | $ | 1,474.60 | 1281 | 530024295 | $ | 45,780.00 |
| 378 | 21877 | $ | 367.50 | 830 | 23828 | $ | 12,980.00 | 1282 | 530024296 | $ | 21,868.00 |
| 379 | 21878 | $ | 2,724.53 | 831 | 23831 | $ | 112.83 | 1283 | 530024297 | $ | 8,724.00 |
| 380 | 21882 | $ | 26.00 | 832 | 23833 | $ | 26.00 | 1284 | 530024298 | $ | 11,632.00 |
| 381 | 21884 | $ | 6,237.40 | 833 | 23835 | $ | 6,157.50 | 1285 | 530024300 | $ | 430.27 |
| 382 | 21885 | $ | 378.04 | 834 | 23836 | $ | 2,230.00 | 1286 | 530024301 | $ | 2,873.10 |
| 383 | 21886 | $ | 177.90 | 835 | 23837 | $ | 11,682.00 | 1287 | 530024302 | $ | 2,262.39 |
| 384 | 21923 | $ | 1,246.08 | 836 | 23838 | $ | 1,291.50 | 1288 | 530024304 | $ | 166.08 |
| 385 | 21924 | $ | 97.50 | 837 | 23839 | $ | 516.60 | 1289 | 530024309 | $ | 3,245.00 |
| 386 | 21926 | $ | 6,357.50 | 838 | 23840 | $ | 4,362.00 | 1290 | 530024310 | $ | 1,170.00 |

Luckin Securities Litigation
Late But Otherwise Eligible Claims

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 387 | 21927 | $ | 407.12 | 839 | 23841 | $ | 26,740.00 | 1291 | 530024314 | $ | 61.20 |
| 388 | 21928 | $ | 9,526.04 | 840 | 23843 | $ | 2,596.00 | 1292 | 530024318 | $ | 389.00 |
| 389 | 21929 | $ | 918.50 | 841 | 23849 | $ | 613.20 | 1293 | 530024330 | $ | 18.00 |
| 390 | 21930 | $ | 220.40 | 842 | 23851 | $ | 33.25 | 1294 | 530024331 | $ | 2,463.00 |
| 391 | 21934 | $ | 1,508.25 | 843 | 23856 | $ | 4,362.00 | 1295 | 530024333 | $ | 2,463.00 |
| 392 | 21935 | $ | 916.75 | 844 | 23858 | $ | 103.84 | 1296 | 530024335 | $ | 624.00 |
| 393 | 21937 | $ | 390.00 | 845 | 23860 | $ | 5,057.50 | 1297 | 530024336 | $ | 11,227.37 |
| 394 | 21938 | $ | 937.60 | 846 | 23861 | $ | 174.48 | 1298 | 530024340 | $ | 4,485.00 |
| 395 | 21943 | $ | 5,056.02 | 847 | 23864 | $ | 45,135.85 | 1299 | 530024346 | $ | 602.00 |
| 396 | 21946 | $ | 7.64 | 848 | 23865 | $ | 639.00 | 1300 | 530024356 | $ | 307.93 |
| 397 | 21950 | $ | 53,271.50 | 849 | 23866 | $ | 1,298.00 | 1301 | 530024360 | $ | 156.00 |
| 398 | 21952 | $ | 1.84 | 850 | 23867 | $ | 7,057.96 | 1302 | 530024362 | $ | 182.50 |
| 399 | 21953 | $ | 1,200.00 | 851 | 23868 | $ | 10,940.00 | 1303 | 530024371 | $ | 49,260.00 |
| 400 | 21958 | $ | 81.94 | 852 | 23869 | $ | 92.82 | 1304 | 530024372 | $ | 350.00 |
| 401 | 21963 | $ | 365.40 | 853 | 23870 | $ | 117.38 | 1305 | 530024374 | $ | 45,946.50 |
| 402 | 21964 | $ | 1,385.13 | 854 | 23871 | $ | 434.50 | 1306 | 530024375 | $ | 700.50 |
| 403 | 21965 | $ | 29,823.00 | 855 | 23872 | $ | 142.21 | 1307 | 530024378 | $ | 18.55 |
| 404 | 21966 | $ | 2,832.00 | 856 | 23873 | $ | 519.20 | 1308 | 530024379 | $ | 938.00 |
| 405 | 21967 | $ | 6,402.00 | 857 | 23875 | $ | 23,660.00 | 1309 | 530024381 | $ | 497.31 |
| 406 | 21968 | $ | 12,980.00 | 858 | 23876 | $ | 2,829.64 | 1310 | 530024384 | $ | 240.00 |
| 407 | 21977 | $ | 600.00 | 859 | 23879 | $ | 35.49 | 1311 | 530024386 | $ | 2,510.00 |
| 408 | 21978 | $ | 23.30 | 860 | 23883 | $ | 7.12 | 1312 | 530024388 | $ | 53,554.20 |
| 409 | 22124 | $ | 15.60 | 861 | 23884 | $ | 65.19 | 1313 | 530024390 | $ | 1,109.92 |
| 410 | 22127 | $ | 1,231.50 | 862 | 23885 | $ | 5,191.62 | 1314 | 530024395 | $ | 30.00 |
| 411 | 22130 | $ | 8,433.20 | 863 | 23890 | $ | 2,154.68 | 1315 | 530024397 | $ | 1.34 |
| 412 | 22133 | $ | 2,440.55 | 864 | 23893 | $ | 165.00 | 1316 | 530024398 | $ | 363.00 |
| 413 | 22134 | $ | 9,125.00 | 865 | 23895 | $ | 28,301.00 | 1317 | 530024399 | $ | 7,440.40 |
| 414 | 22135 | $ | 637.50 | 866 | 23896 | $ | 0.20 | 1318 | 530024401 | $ | 300.00 |
| 415 | 22140 | $ | 34,385.85 | 867 | 23898 | $ | 20,310.00 | 1319 | 530024412 | $ | 856.68 |
| 416 | 22143 | $ | 1,661.88 | 868 | 23900 | $ | 3,936.00 | 1320 | 530024413 | $ | 778.80 |
| 417 | 22144 | $ | 624.00 | 869 | 23902 | $ | 30,996.00 | 1321 | 530024421 | $ | 1,550.00 |
| 418 | 22145 | $ | 3,690.00 | 870 | 23904 | $ | 67.25 | 1322 | 530024423 | $ | 1,978.52 |
| 419 | 22147 | $ | 8,608.80 | 871 | 23905 | $ | 7,564.70 | 1323 | 530024428 | $ | 23,830.00 |
| 420 | 22148 | $ | 1,298.00 | 872 | 23906 | $ | 5,816.00 | 1324 | 530024430 | $ | 344.20 |
| 421 | 22150 | $ | 133.00 | 873 | 23907 | $ | 5,379.80 | 1325 | 530024435 | $ | 3,214.00 |
| 422 | 22151 | $ | 350.55 | 874 | 23909 | $ | 302.71 | 1326 | 530024436 | $ | 369.00 |
| 423 | 22152 | $ | 2,436.80 | 875 | 23910 | $ | 1,103.90 | 1327 | 530024437 | $ | 210.00 |
| 424 | 22153 | $ | 4,764.70 | 876 | 23911 | $ | 285.56 | 1328 | 530024438 | $ | 242.00 |
| 425 | 22154 | $ | 5,013.50 | 877 | 23917 | $ | 7,218.00 | 1329 | 530024440 | $ | 22,140.00 |
| 426 | 22155 | $ | 3,710.25 | 878 | 23918 | $ | 5,054.00 | 1330 | 530024442 | $ | 891.80 |
| 427 | 22306 | $ | 5,087.50 | 879 | 23922 | $ | 2,596.00 | 1331 | 530024445 | $ | 362.00 |
| 428 | 22307 | $ | 3,256.00 | 880 | 23927 | $ | 5,328.00 | 1332 | 530024448 | $ | 127.92 |
| 429 | 22310 | $ | 130.34 | 881 | 23928 | $ | 2,834.35 | 1333 | 530024449 | $ | 1,298.00 |
| 430 | 22311 | $ | 17.01 | 882 | 23932 | $ | 291.25 | 1334 | 530024451 | $ | 80.00 |
| 431 | 22315 | $ | 44,334.00 | 883 | 23933 | $ | 17,242.00 | 1335 | 530024455 | $ | 9,026.03 |
| 432 | 22316 | $ | 31.50 | 884 | 23934 | $ | 8,614.80 | 1336 | 530024457 | $ | 336.00 |
| 433 | 22317 | $ | 2,275.50 | 885 | 23941 | $ | 5,607.00 | 1337 | 530024465 | $ | 133.00 |
| 434 | 22318 | $ | 6,490.00 | 886 | 23942 | $ | 18,462.27 | 1338 | 530024482 | $ | 1,210.00 |
| 435 | 22320 | $ | 968.24 | 887 | 23943 | $ | 8.44 | 1339 | 530024485 | $ | 17,330.07 |
| 436 | 22323 | $ | 2,421.00 | 888 | 23944 | $ | 10,528.89 | 1340 | 530024493 | $ | 803,249.95 |
| 437 | 22324 | $ | 733.50 | 889 | 23946 | $ | 336.83 | 1341 | 530024497 | $ | 500.00 |
| 438 | 22326 | $ | 27,750.00 | 890 | 24012 | $ | 0.66 | 1342 | 530024499 | $ | 894,612.53 |
| 439 | 22327 | $ | 5,414.05 | 891 | 24014 | $ | 1,680.00 | 1343 | 530024500 | $ | 388,963.50 |
| 440 | 22328 | $ | 5,182.50 | 892 | 24016 | $ | 1.33 | 1344 | 530024501 | $ | 3,678,705.40 |
| 441 | 22329 | $ | 1,978.00 | 893 | 24018 | $ | 21,205.44 | 1345 | 530024502 | $ | 49,248.02 |
| 442 | 22331 | $ | 2,059,326.00 | 894 | 24021 | $ | 24.13 | 1346 | 530024504 | $ | 51,404.04 |

Luckin Securities Litigation
Late But Otherwise Eligible Claims

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 443 | 22332 | $ | 4,194.36 | | 895 | 24024 | $ | 3,821.39 | | 1347 | 530024505 | $ | 3,510.21 |
| 444 | 22333 | $ | 136.04 | | 896 | 24029 | $ | 133.00 | | 1348 | 530024507 | $ | 13,416.20 |
| 445 | 22334 | $ | 109.28 | | 897 | 24031 | $ | 96,500.19 | | 1349 | 530024508 | $ | 113,006.40 |
| 446 | 22337 | $ | 10,992.45 | | 898 | 24033 | $ | 2,578.00 | | 1350 | 530024509 | $ | 20,788.81 |
| 447 | 22338 | $ | 81.13 | | 899 | 24035 | $ | 1,050.55 | | 1351 | 530024512 | $ | 1,749,192.25 |
| 448 | 22340 | $ | 0.00 | | 900 | 24042 | $ | 38,538.79 | | 1352 | 530024517 | $ | 8,670.78 |
| 449 | 22342 | $ | 31,200.00 | | 901 | 24044 | $ | 31.53 | | 1353 | 530024519 | $ | 2,596.00 |
| 450 | 22345 | $ | 701.25 | | 902 | 24047 | $ | 6,060.89 | | 1354 | 530024520 | $ | 2,262.91 |
| 451 | 22346 | $ | 164,499.98 | | 903 | 24049 | $ | 19,878.30 | | 1355 | 530024522 | $ | 843.81 |
| 452 | 22481 | $ | 37.22 | | 904 | 24050 | $ | 5,720.25 | | | | | |