# EXHIBIT H

# INVOICES



Luckin Coffee Inc. Securities Litigation
Invoice Summary

| Fees and Costs from Inception through December 2022 | | |
|---|---|---|
| Activities | Actual to Date | Description of Services |
| Print Expenses (Notice Packets and postcards) | $ 198,266.74 | Printing and mailing claim confirmation postcards and Notice Packets. |
| Call Center Services and Website | $ 286,103.59 | Building an interactive phone system; Minutes of use to Interactive Voice Response module and minutes of use for live agent calls; Building a website; Monthly website hosting cost. |
| Claim Processing and Administration | $ 197,655.89 | All-in per claim fees which cover all hourly time for the administration.  Tasks covered include: Reciept and processing of all claims; Claim intake, scanning and OCR; Claims review and verification of documentation; Quality assurance reviews; Processing electronic claims; Answering emails and letters from Settlement Class Members; Project oversight; Case planning, meetings and timelines; Drafting scripts, declarations and notification letters; Reviewing website, phone line and forms; Quality assurance and reviews; Reviewing and providing scripting for questions from Settlement Class Members; Coordinating with Class Counsel; Data Analysis; Coding, quality control and quality assurance of imports, updates and reports; Electronic Claim valdiation; Communicating with Nominees via email and phone to assist with electronic claim filing. |
| Postage and Delivery | $ 345,412.99 | Postage for the Notice Packets, as well as deficiency notices, confirmation of claim postcards and response letters for Settlement Class Member inquiries; Delivery costs for Bulk Shipments of Notice Packets;  Fees for maintaining Post Office Box. |
| Copies and Storage | $ 22,847.10 | Photocopies; Box storage for hardcopy documents submitted by Settlement Class Members. |
| Broker Research Reimbursement | $ 593,748.66 | Pass-through invoices from Brokers for researching and providing Settlement Class Member names and addresses for Notice and postage charges for those Brokers who elected to perform the mailing themselves. |
| Tax Fees | $ 30,634.76 | Sales tax; Income tax return for fund. |
| Invoiced Total as of: 12/30/22 | $ 1,674,669.73 | |

| Estimate of Costs to Conduct Initial Distribution | | |
|---|---|---|
| Activities | Estimate | Description of Services |
| Distribution Expenses | $ 7,479.85 | Printing of checks for eligible claims; Bank Fees; Wire/ACH fees; Income tax returns for fund. |
| Call Center Services and Website | $ 9,176.40 | Maintaining interactive phone system; Minutes of use to Interactive Voice Response module and minutes of use for live agent calls regarding distribution; Monthly website hosting cost. |
| Postage and Delivery | $ 16,430.50 | Postage for checks; Fees for maintaining Post Office Box. |
| Copies and Storage | $ 4,910.00 | Photocopies; Box storage for hardcopy documents submitted by Settlement Class Members. |
| Claim Processing | $ 625.00 | All in per claim fee for late claim processing. |
| Estimate through Initial Distribution | $ 38,621.75 | |



# Luckin Securities Litigation

# Distribution Estimate

## Initial Distribution - Estimated Volumes

| | |
|---|---|
| Checks | 23,000 |
| De minimis letters | 3,000 |
| Percentage of Undeliverables | 10% |
| Reissues | 3,450 |
| Duration | 12 months |

## Detailed Estimate

# Luckin Securities Litigation

| Activity | Unit | Rate | Volume | Amount |
|---|---|---|---|---|
| IVR Minutes of Use | Per Minute | $ 0.17 | 3,120 | $ 530.40 |
| Live Agent Minutes of Use | Per Minute | $ 0.95 | 4,680 | $ 4,446.00 |
| Reussue Distribution Checks | Per Check | $ 0.79 | 3,450 | $ 2,722.05 |
| ACH/Wire Payments | Per Wire | $ 25 | 175 | $ 4,375.00 |
| De Minimis Postcard | Per Piece | $ 0.13 | 3,000 | $ 382.80 |
| Postage - Distribution | Per Piece | $ 0.49 | 29,450 | $ 14,430.50 |
| Photocopies | As Incurred | $ 0.12 | 10,000 | $ 1,200.00 |
| Delivery | As Incurred | $ 1.00 | 2,000 | $ 2,000.00 |
| Box Storage | Per Box/Mo | $ 3.50 | 1,060 | $ 3,710.00 |
| Web Hosting | Per Month | $ 175.00 | 12 | $ 2,100.00 |
| Claim Processing | Per Claim | $ 2.50 | 250 | $ 625.00 |
| IVR Maintenance Fee | Per Month | $ 175.00 | 12 | $ 2,100.00 |

**Total Estimated Costs    $ 38,621.75**



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Payment by Wire:
Bank:            Silicon Valley Bank (Santa Clara, CA)
ABA Routing:     121140399
Acct No:         3300483242
SWIFT:           SVBKUS6S

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90575796 | Invoice Date | 09/30/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40050093 | | |
| Contract Description | Luckin Coffee Securities Litigation | | |
| Terms of Payment | End of Case | | |
| Internal Reference No | 40050093 | | |

**Comments**

Billing Period: Start to 09/30/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Data Standardization and Class Notice** | | | | |
| 30 | Forms Set-up | 1 | EA | 750.0000 | 750.00 |
| 40 | Import Broker/Nominee Mailing Files | 13 | EA | 140.0000 | 1,820.00 |
| 50 | Print/Fold Notice of Pendency | 455,389 | EA | 0.1500 | 68,308.35 |
| 60 | Proxy List Notification | 1,134 | EA | 0.9500 | 1,077.30 |
| 70 | Publication Notice - PR Newswire | 1 | EA | 2,014.7400 | 2,014.74 |
| 80 | Publication Notice | 1 | EA | 16,500.0000 | 16,500.00 |
| 90 | Record Undeliverable Mail | 427 | EA | 0.1900 | 81.13 |
| 100 | Enter Change of Address - Postal Forward | 99 | EA | 0.4500 | 44.55 |
| | **Contact Center & Website Support** | | | | |
| 120 | Static Website Deployment and Testing | 1 | EA | 2,000.0000 | 2,000.00 |
| 130 | Website Hosting | 3 | EA | 175.0000 | 525.00 |
| 140 | IVR Configuration and Recording | 1 | EA | 2,000.0000 | 2,000.00 |
| 150 | IVR Maintenance Fee | 3 | EA | 175.0000 | 525.00 |



CONFIDENTIAL

# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Information**

| | | | | |
|---|---|---|---|---|
| Invoice No. | 90575796 | Invoice Date | 09/30/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: Start to 09/30/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 160 | IVR Minutes of Use | 5,369.070 | EA | 0.1700 | 912.74 |
| 170 | Notice Request Transcription | 19 | EA | 0.5500 | 10.45 |
| | **Opt Out Processing & Reporting** | | | | |
| 190 | Opt out and Objection Reporting | 114 | EA | 3.7500 | 427.50 |
| | **Postage & Expenses** | | | | |
| 220 | Postage | 77,594.070 | DLR | 1.0000 | 77,594.07 |
| 235 | Broker/Nominee Research Fees | 10,703.650 | DLR | 1.0000 | 10,703.65 |
| | **Standard Rates** | | | | |
| 300 | Contact Center (shared) | 9,066 | MIN | 0.9500 | 8,612.70 |
| 310 | Contact Center Bilingual (shared) | 6 | MIN | 0.9500 | 5.70 |
| 370 | Project Coordinators | 113.700 | H | 90.0000 | 10,233.00 |
| 390 | Data Analyst & Reporting | 18.600 | H | 140.0000 | 2,604.00 |
| 400 | Project Managers | 83.600 | H | 150.0000 | 12,540.00 |
| 530 | Box Storage | 8 | EA | 3.5000 | 28.00 |

| | |
|---|---|
| **Net Amount** | 219,317.88 |
| **Sales Tax** | 6,234.23 |
| **Total Amount Due** | 225,552.11 |



CONFIDENTIAL

# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Payment by Wire:
Bank:          Silicon Valley Bank (Santa Clara, CA)
ABA Routing:   121140399
Acct No:       3300483242
SWIFT:         SVBKUS6S

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90583516 | Invoice Date | 10/31/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40050093 | | |
| Contract Description | Luckin Coffee Securities Litigation | | |
| Terms of Payment | End of Case | | |
| Internal Reference No | 40050093 | | |

**Comments**

Billing Period: 10/01/2021 - 10/31/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Data Standardization and Class Notice** | | | | |
| 50 | Print/Fold Notice of Pendency | 9 | EA | 0.1500 | 1.35 |
| 90 | Record Undeliverable Mail | 132 | EA | 0.1900 | 25.08 |
| 100 | Enter Change of Address - Postal Forward | 8 | EA | 0.4500 | 3.60 |
| | **Contact Center & Website Support** | | | | |
| 130 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 816.900 | EA | 0.1700 | 138.87 |
| 170 | Notice Request Transcription | 5 | EA | 0.5500 | 2.75 |
| | **Opt Out Processing & Reporting** | | | | |
| 190 | Opt out and Objection Reporting | 2 | EA | 3.7500 | 7.50 |
| | **Postage & Expenses** | | | | |
| 220 | Postage | 5.830 | DLR | 1.0000 | 5.83 |
| 235 | Broker/Nominee Research Fees | 212,459.010 | DLR | 1.0000 | 212,459.01 |



CONFIDENTIAL

# epiQ

# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90583516 | Invoice Date | 10/31/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 10/01/2021 - 10/31/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Standard Rates** | | | | |
| 300 | Contact Center (shared) | 4,962 | MIN | 0.9500 | 4,713.90 |
| 330 | Mailing Coordinator | 0.400 | H | 60.0000 | 24.00 |
| 340 | Correspondence Review and Response | 9.600 | H | 60.0000 | 576.00 |
| 350 | Claims Specialist | 1.100 | H | 85.0000 | 93.50 |
| 370 | Project Coordinators | 19.900 | H | 90.0000 | 1,791.00 |
| 400 | Project Managers | 38.500 | H | 150.0000 | 5,775.00 |
| 520 | Photocopy or Image | 35 | PAG | 0.1200 | 4.20 |
| 530 | Box Storage | 4 | EA | 3.5000 | 14.00 |

| | | |
|---|---|---|
| **Net Amount** | | 225,985.59 |
| **Sales Tax** | | 3.96 |
| **Total Amount Due** | | 225,989.55 |

epiQ                                             CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**

Epiq
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Payment by Wire:
Bank:          Silicon Valley Bank (Santa Clara, CA)
ABA Routing:   121140399
Acct No:       3300483242
SWIFT:         SVBKUS6S

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90593041 | Invoice Date | 11/30/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40050093 | | |
| Contract Description | Luckin Coffee Securities Litigation | | |
| Terms of Payment | End of Case | | |
| Internal Reference No | 40050093 | | |

**Comments**

Billing Period: 11/01/2021 - 11/30/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Data Standardization and Class Notice** | | | | |
| 90 | Record Undeliverable Mail | 36 | EA | 0.1900 | 6.84 |
| 100 | Enter Change of Address - Postal Forward | 6 | EA | 0.4500 | 2.70 |
| | **Contact Center & Website Support** | | | | |
| 130 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 3,883.670 | EA | 0.1700 | 660.22 |
| 170 | Notice Request Transcription | 24 | EA | 0.5500 | 13.20 |
| | **Opt Out Processing & Reporting** | | | | |
| | **Postage & Expenses** | | | | |
| 220 | Postage | 135,616.980 | DLR | 1.0000 | 135,616.98 |
| | **Standard Rates** | | | | |
| 300 | Contact Center (shared) | 5,400 | MIN | 0.9500 | 5,130.00 |
| 520 | Photocopy or Image | 13,620 | PAG | 0.1200 | 1,634.40 |



CONFIDENTIAL

# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90593041 | Invoice Date | 11/30/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 11/01/2021 - 11/30/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 530 | Box Storage | 8 | EA | 3.5000 | 28.00 |
| | **Notice Print/Mail** | | | | |
| 680 | 20-Img Notice/Claim Form as Self-Mailer | 165,391 | EA | 0.3100 | 51,271.21 |
| | **Other Expenses** | | | | |
| 700 | PR Newswire Release (1200 words) | 1 | EA | 2,014.7400 | 2,014.74 |
| 710 | Wall Street Journal (1/6-page ad) | 1 | EA | 16,500.0000 | 16,500.00 |

-------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| **Net Amount** | | 213,228.29 |
| **Sales Tax** | | 4,698.47 |
| **Total Amount Due** | | 217,926.76 |

-------------------------------------------------------------------------------------------------------------



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | | |
|---|---|---|
| Epiq | | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | | |
| Dept 0286 | | Billing questions: call 503-350-5800 |
| PO Box 120286 | | or ecabilling@epiqglobal.com |
| Dallas, TX 75312-0286 | | |

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

Payment by Wire:
Bank:            Silicon Valley Bank (Santa Clara, CA)
ABA Routing:     121140399
Acct No:         3300483242
SWIFT:           SVBKUS6S

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90600628 | Invoice Date | 12/31/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40050093 | | |
| Contract Description | Luckin Coffee Securities Litigation | | |
| Terms of Payment | End of Case | | |
| Internal Reference No | 40050093 | | |

**Comments**

Billing Period: 12/01/2021 - 12/31/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Data Standardization and Class Notice** | | | | |
| 90 | Record Undeliverable Mail | 292 | EA | 0.1900 | 55.48 |
| 100 | Enter Change of Address - Postal Forward | 4 | EA | 0.4500 | 1.80 |
| | **Contact Center & Website Support** | | | | |
| 130 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 6,699.870 | EA | 0.1700 | 1,138.98 |
| 170 | Notice Request Transcription | 39 | EA | 0.5500 | 21.45 |
| | **Postage & Expenses** | | | | |
| 220 | Postage | 30.780 | DLR | 1.0000 | 30.78 |
| | **Standard Rates** | | | | |
| 300 | Contact Center (shared) | 16,902 | MIN | 0.9500 | 16,056.90 |
| 310 | Contact Center Bilingual (shared) | 78 | MIN | 0.9500 | 74.10 |
| 520 | Photocopy or Image | 8,049 | PAG | 0.1200 | 965.88 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90600628 | Invoice Date | 12/31/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 12/01/2021 - 12/31/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 530 | Box Storage | 20 | EA | 3.5000 | 70.00 |
| | **Claims Processing** | | | | |
| 640 | Claims 1 to 100,000 | 3,877 | EA | 3.2500 | 12,600.25 |
| 680 | 20-Img Notice/Claim Form as Self-Mailer | 69 | EA | 0.3100 | 21.39 |

| | | |
|---|---|---|
| **Net Amount** | | 31,387.01 |
| **Sales Tax** | | 1,217.02 |
| **Total Amount Due** | | 32,604.03 |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Payment by Wire:
Bank:            Silicon Valley Bank (Santa Clara, CA)
ABA Routing:     121140399
Acct No:         3300483242
SWIFT:           SVBKUS6S

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90609593 | Invoice Date | 01/31/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40050093 | | |
| Contract Description | Luckin Coffee Securities Litigation | | |
| Terms of Payment | End of Case | | |
| Internal Reference No | 40050093 | | |

**Comments**
Billing Period: 01/01/2022 - 01/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Data Standardization and Class Notice** | | | | |
| 90 | Record Undeliverable Mail | 1,145 | EA | 0.1900 | 217.55 |
| 100 | Enter Change of Address - Postal Forward | 214 | EA | 0.4500 | 96.30 |
| | **Contact Center & Website Support** | | | | |
| 130 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 11,815.280 | EA | 0.1700 | 2,008.60 |
| 170 | Notice Request Transcription | 44 | EA | 0.5500 | 24.20 |
| | **Postage & Expenses** | | | | |
| 220 | Postage | 3,195.242 | DLR | 1.0000 | 3,195.24 |
| 235 | Broker/Nominee Research Fees | 11,780.890 | DLR | 1.0000 | 11,780.89 |
| | **Standard Rates** | | | | |
| 300 | Contact Center (shared) | 20,526 | MIN | 0.9500 | 19,499.70 |
| 310 | Contact Center Bilingual (shared) | 72 | MIN | 0.9500 | 68.40 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | |
|---|---|---|
| Invoice No. | 90609593 | Invoice Date 01/31/2022 |
| Purchase Order No. | | |
| Customer No. | 3000012 | |

**Comments**

Billing Period: 01/01/2022 - 01/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 520 | Photocopy or Image | 34,830 | PAG | 0.1200 | 4,179.60 |
| 530 | Box Storage | 44 | EA | 3.5000 | 154.00 |
| | **Claims Processing** | | | | |
| 640 | Claims 1 to 100,000 | 4,714 | EA | 3.2500 | 15,320.50 |
| | **Notice Print/Mail** | | | | |
| 680 | 20-Img Notice/Claim Form as Self-Mailer | 53 | EA | 0.3100 | 16.43 |
| | **Other Expenses** | | | | |
| 840 | Print/Mail Postcard Acknowledgment | 7,416 | EA | 0.1500 | 1,112.40 |

-------------------------------------------------------------------------------------------------------------------------

**Net Amount**                    58,023.81
**Sales Tax**                      1,863.80
**Total Amount Due**               59,887.61

-------------------------------------------------------------------------------------------------------------------------



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Payment by Wire:
Bank:        Silicon Valley Bank (Santa Clara, CA)
ABA Routing:    121140399
Acct No:      3300483242
SWIFT:        SVBKUS6S

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90618131 | Invoice Date | 02/28/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40050093 | | |
| Contract Description | Luckin Coffee Securities Litigation | | |
| Terms of Payment | End of Case | | |
| Internal Reference No | 40050093 | | |

**Comments**
Billing Period: 02/01/2022 - 02/28/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Data Standardization and Class Notice** | | | | |
| 90 | Record Undeliverable Mail | 919 | EA | 0.1900 | 174.61 |
| 100 | Enter Change of Address - Postal Forward | 2 | EA | 0.4500 | 0.90 |
| | **Contact Center & Website Support** | | | | |
| 130 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 8,406.520 | EA | 0.1700 | 1,429.11 |
| 170 | Notice Request Transcription | 37 | EA | 0.5500 | 20.35 |
| | **Postage & Expenses** | | | | |
| 220 | Postage | 1,877 | DLR | 1.0000 | 1,877.00 |
| 235 | Broker/Nominee Research Fees | 352,002.140 | DLR | 1.0000 | 352,002.14 |
| | **Standard Rates** | | | | |
| 300 | Contact Center (shared) | 20,130 | MIN | 0.9500 | 19,123.50 |
| 310 | Contact Center Bilingual (shared) | 72 | MIN | 0.9500 | 68.40 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | |
|---|---|---|
| Invoice No. | 90618131 | Invoice Date   02/28/2022 |
| Purchase Order No. | | |
| Customer No. | 3000012 | |

**Comments**

Billing Period: 02/01/2022 - 02/28/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 520 | Photocopy or Image | 24,455 | PAG | 0.1200 | 2,934.60 |
| 530 | Box Storage | 62 | EA | 3.5000 | 217.00 |
| | **Claims Processing** | | | | |
| 640 | Claims 1 to 100,000 | 5,592 | EA | 3.2500 | 18,174.00 |
| | **Notice Print/Mail** | | | | |
| 680 | 20-Img Notice/Claim Form as Self-Mailer | 54 | EA | 0.3100 | 16.74 |
| | **Other Expenses** | | | | |
| 840 | Print/Mail Postcard Acknowledgment | 3,908 | EA | 0.1500 | 586.20 |

| | | |
|---|---|---|
| **Net Amount** | | 396,974.55 |
| **Sales Tax** | | 1,961.67 |
| **Total Amount Due** | | 398,936.22 |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | | |
|---|---|---|
| Epiq | | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | | |
| Dept 0286 | | Billing questions: call 503-350-5800 |
| PO Box 120286 | | or ecabilling@epiqglobal.com |
| Dallas, TX 75312-0286 | | |

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

Payment by Wire:
Bank:        Silicon Valley Bank (Santa Clara, CA)
ABA Routing:    121140399
Acct No:      3300483242
SWIFT:       SVBKUS6S

**Information**

| Invoice No. | 90625789 | Invoice Date | 03/31/2022 |
|---|---|---|---|
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40050093 | | |
| Contract Description | Luckin Coffee Securities Litigation | | |
| Terms of Payment | End of Case | | |
| Internal Reference No | 40050093 | | |

**Comments**

Billing Period: 03/01/2022 - 03/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Data Standardization and Class Notice** | | | | |
| 90 | Record Undeliverable Mail | 9,246 | EA | 0.1900 | 1,756.74 |
| 100 | Enter Change of Address - Postal Forward | 37 | EA | 0.4500 | 16.65 |
| | **Contact Center & Website Support** | | | | |
| 130 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 17,024.270 | EA | 0.1700 | 2,894.13 |
| 170 | Notice Request Transcription | 21 | EA | 0.5500 | 11.55 |
| | **Postage & Expenses** | | | | |
| 220 | Postage | 66,459.212 | DLR | 1.0000 | 66,459.21 |
| 235 | Broker/Nominee Research Fees | 4,570.400 | DLR | 1.0000 | 4,570.40 |
| | **Standard Rates** | | | | |
| 300 | Contact Center (shared) | 37,284 | MIN | 0.9500 | 35,419.80 |
| 310 | Contact Center Bilingual (shared) | 24 | MIN | 0.9500 | 22.80 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90625789 | Invoice Date | 03/31/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 03/01/2022 - 03/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 520 | Photocopy or Image | 40,892 | PAG | 0.1200 | 4,907.04 |
| 530 | Box Storage | 109 | EA | 3.5000 | 381.50 |
| | **Claims Processing** | | | | |
| 640 | Claims 1 to 100,000 | 13,452 | EA | 3.2500 | 43,719.00 |
| 680 | 20-Img Notice/Claim Form as Self-Mailer | 47,928 | EA | 0.3100 | 14,857.68 |
| | **Other Expenses** | | | | |
| 840 | Print/Mail Postcard Acknowledgment | 7,028 | EA | 0.1500 | 1,054.20 |
| 841 | Claimant Deficiency Letters | 6,123 | EA | 0.2500 | 1,530.75 |

--------------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| **Net Amount** | 177,951.45 |
| **Sales Tax** | 6,053.36 |
| **Total Amount Due** | 184,004.81 |

--------------------------------------------------------------------------------------------------------------------



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Payment by Wire:
Bank:           Silicon Valley Bank (Santa Clara, CA)
ABA Routing:    121140399
Acct No:        3300483242
SWIFT:          SVBKUS6S

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90634370 | Invoice Date | 04/30/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40050093 | | |
| Contract Description | Luckin Coffee Securities Litigation | | |
| Terms of Payment | End of Case | | |
| Internal Reference No | 40050093 | | |

**Comments**

Billing Period: 04/01/2022 - 04/30/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Data Standardization and Class Notice** | | | | |
| 90 | Record Undeliverable Mail | 9,273 | EA | 0.1900 | 1,761.87 |
| 100 | Enter Change of Address - Postal Forward | 1,018 | EA | 0.4500 | 458.10 |
| | **Contact Center & Website Support** | | | | |
| 130 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 29,556.970 | EA | 0.1700 | 5,024.68 |
| 170 | Notice Request Transcription | 20 | EA | 0.5500 | 11.00 |
| | **Postage & Expenses** | | | | |
| 220 | Postage | 55,870.802 | DLR | 1.0000 | 55,870.80 |
| | **Standard Rates** | | | | |
| 300 | Contact Center (shared) | 24,186 | MIN | 0.9500 | 22,976.70 |
| 520 | Photocopy or Image | 9,761 | PAG | 0.1200 | 1,171.32 |
| 530 | Box Storage | 122 | EA | 3.5000 | 427.00 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90634370 | Invoice Date | 04/30/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 04/01/2022 - 04/30/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing** | | | | |
| 640 | Claims 1 to 100,000 | 6,368 | EA | 3.2500 | 20,696.00 |
| | **Notice Print/Mail** | | | | |
| 680 | 20-Img Notice/Claim Form as Self-Mailer | 46,879 | EA | 0.3100 | 14,532.49 |
| | **Other Expenses** | | | | |
| 840 | Print/Mail Postcard Acknowledgment | 3,790 | EA | 0.1500 | 568.50 |
| 841 | Claimant Deficiency Letters | 4,041 | EA | 0.2500 | 1,010.25 |

----------------------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| **Net Amount** | | 124,858.71 |
| **Sales Tax** | | 3,564.86 |
| **Total Amount Due** | | 128,423.57 |

----------------------------------------------------------------------------------------------------------------------------



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq                                                      Tax ID: 93-1210932
Class Action & Claims Solutions
Dept 0286                                    Billing questions: call 503-350-5800
PO Box 120286                                or ecabilling@epiqglobal.com
Dallas, TX 75312-0286

Payment by Wire:
Bank:           Silicon Valley Bank (Santa Clara, CA)
ABA Routing:    121140399
Acct No:        3300483242
SWIFT:          SVBKUS6S

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

| **Information** | | | |
|---|---|---|---|
| Invoice No. | 90642838 | Invoice Date | 05/31/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40050093 | | |
| Contract Description | Luckin Coffee Securities Litigation | | |
| Terms of Payment | End of Case | | |
| Internal Reference No | 40050093 | | |

**Comments**
Billing Period: 05/01/2022 - 05/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Data Standardization and Class Notice** | | | | |
| 90 | Record Undeliverable Mail | 1,174 | EA | 0.1900 | 223.06 |
| 100 | Enter Change of Address - Postal Forward | 85 | EA | 0.4500 | 38.25 |
| | **Contact Center & Website Support** | | | | |
| 130 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 9,386.570 | EA | 0.1700 | 1,595.72 |
| 170 | Notice Request Transcription | 12 | EA | 0.5500 | 6.60 |
| | **Postage & Expenses** | | | | |
| 220 | Postage | 1,284.308 | DLR | 1.0000 | 1,284.31 |
| | **Standard Rates** | | | | |
| 300 | Contact Center (shared) | 37,734 | MIN | 0.9500 | 35,847.30 |
| 310 | Contact Center Bilingual (shared) | 6 | MIN | 0.9500 | 5.70 |
| 520 | Photocopy or Image | 5,268 | PAG | 0.1200 | 632.16 |



CONFIDENTIAL

# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Information**

| | | | | |
|---|---|---|---|---|
| Invoice No. | 90642838 | Invoice Date | 05/31/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 05/01/2022 - 05/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 530 | Box Storage | 127 | EA | 3.5000 | 444.50 |
| | **Claims Processing** | | | | |
| 640 | Claims 1 to 100,000 | 10,787 | EA | 3.2500 | 35,057.75 |
| | **Notice Print/Mail** | | | | |
| 680 | 20-Img Notice/Claim Form as Self-Mailer | 57 | EA | 0.3100 | 17.67 |
| | **Other Expenses** | | | | |
| 840 | Print/Mail Postcard Acknowledgment | 464 | EA | 0.1500 | 69.60 |
| 841 | Claimant Deficiency Letters | 1,435 | EA | 0.2500 | 358.75 |

--------------------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| **Net Amount** | 75,931.37 |
| **Sales Tax** | 3,266.32 |
| **Total Amount Due** | 79,197.69 |

--------------------------------------------------------------------------------------------------------------------------





# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | | |
|---|---|---|
| Epiq | | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | | |
| Dept 0286 | | Billing questions: call 503-350-5800 |
| PO Box 120286 | | or ecabilling@epiqglobal.com |
| Dallas, TX 75312-0286 | | |

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

Payment by Wire:
Bank:          Silicon Valley Bank (Santa Clara, CA)
ABA Routing:   121140399
Acct No:       3300483242
SWIFT:         SVBKUS6S

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90651629 | Invoice Date | 06/30/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40050093 | | |
| Contract Description | Luckin Coffee Securities Litigation | | |
| Terms of Payment | End of Case | | |
| Internal Reference No | 40050093 | | |

**Comments**

Billing Period: 06/01/2022 - 06/30/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Data Standardization and Class Notice** | | | | |
| 90 | Record Undeliverable Mail | 289 | EA | 0.1900 | 54.91 |
| 100 | Enter Change of Address - Postal Forward | 9 | EA | 0.4500 | 4.05 |
| | **Contact Center & Website Support** | | | | |
| 130 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 5,130.720 | EA | 0.1700 | 872.22 |
| 170 | Notice Request Transcription | 11 | EA | 0.5500 | 6.05 |
| | **Postage & Expenses** | | | | |
| 220 | Postage | 2,489.844 | DLR | 1.0000 | 2,489.84 |
| 235 | Broker/Nominee Research Fees | 2,232.570 | DLR | 1.0000 | 2,232.57 |
| | **Standard Rates** | | | | |
| 300 | Contact Center (shared) | 27,180 | MIN | 0.9500 | 25,821.00 |
| 310 | Contact Center Bilingual (shared) | 54 | MIN | 0.9500 | 51.30 |



CONFIDENTIAL

# Invoice

| Information | | | | |
|---|---|---|---|---|
| Invoice No. | 90651629 | Invoice Date | 06/30/2022 | |
| Purchase Order No. | | | | |
| Customer No. | 3000012 | | | |

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Comments**

Billing Period: 06/01/2022 - 06/30/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 520 | Photocopy or Image | 6,619 | PAG | 0.1200 | 794.28 |
| 530 | Box Storage | 130 | EA | 3.5000 | 455.00 |
| | **Claims Processing** | | | | |
| 640 | Claims 1 to 100,000 | 180 | EA | 3.2500 | 585.00 |
| | **Notice Print/Mail** | | | | |
| 680 | 20-Img Notice/Claim Form as Self-Mailer | 15 | EA | 0.3100 | 4.65 |
| | **Other Expenses** | | | | |
| 840 | Print/Mail Postcard Acknowledgment | 183 | EA | 0.1500 | 27.45 |
| 841 | Claimant Deficiency Letters | 3,813 | EA | 0.2500 | 953.25 |

--------------------------------------------------------------------------------------------------------

| | |
|---|---|
| **Net Amount** | 34,701.57 |
| **Sales Tax** | 255.11 |
| **Total Amount Due** | 34,956.68 |

--------------------------------------------------------------------------------------------------------



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Payment by Wire:
Bank:            Silicon Valley Bank (Santa Clara, CA)
ABA Routing:     121140399
Acct No:         3300483242
SWIFT:           SVBKUS6S

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90664396 | Invoice Date | 07/31/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40050093 | | |
| Contract Description | Luckin Coffee Securities Litigation | | |
| Terms of Payment | End of Case | | |
| Internal Reference No | 40050093 | | |

**Comments**
Billing Period: 07/01/2022 - 07/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Data Standardization and Class Notice** | | | | |
| 90 | Record Undeliverable Mail | 95 | EA | 0.1900 | 18.05 |
| 100 | Enter Change of Address - Postal Forward | 1 | EA | 0.4500 | 0.45 |
| | **Contact Center & Website Support** | | | | |
| 130 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 5,982.550 | EA | 0.1700 | 1,017.03 |
| 170 | Notice Request Transcription | 4 | EA | 0.5500 | 2.20 |
| | **Postage & Expenses** | | | | |
| 220 | Postage | 83.408 | DLR | 1.0000 | 83.41 |
| | **Standard Rates** | | | | |
| 300 | Contact Center (shared) | 29,370 | MIN | 0.9500 | 27,901.50 |
| 310 | Contact Center Bilingual (shared) | 96 | MIN | 0.9500 | 91.20 |
| 520 | Photocopy or Image | 1,050 | PAG | 0.1200 | 126.00 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90664396 | Invoice Date | 07/31/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 07/01/2022 - 07/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 530 | Box Storage | 132 | EA | 3.5000 | 462.00 |
| | **Claims Processing** | | | | |
| 640 | Claims 1 to 100,000 | 3,601 | EA | 3.2500 | 11,703.25 |
| | **Notice Print/Mail** | | | | |
| 680 | 20-Img Notice/Claim Form as Self-Mailer | 5 | EA | 0.3100 | 1.55 |
| | **Other Expenses** | | | | |
| 840 | Print/Mail Postcard Acknowledgment | 85 | EA | 0.1500 | 12.75 |
| 841 | Claimant Deficiency Letters | 40 | EA | 0.2500 | 10.00 |

----------------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| **Net Amount** | 41,779.39 |
| **Sales Tax** | 1,094.60 |
| **Total Amount Due** | 42,873.99 |

----------------------------------------------------------------------------------------------------------------------



CONFIDENTIAL

# Invoice

Page 1 of 2

**Epiq Systems**
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | | |
|---|---|---|
| Epiq | | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | | |
| Dept 0286 | | Billing questions: call 503-350-5800 |
| PO Box 120286 | | or ecabilling@epiqglobal.com |
| Dallas, TX 75312-0286 | | |

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Payment by Wire:**

| | |
|---|---|
| Bank: | Silicon Valley Bank (Santa Clara, CA) |
| ABA Routing: | 121140399 |
| Acct No: | 3300483242 |
| SWIFT: | SVBKUS6S |

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90668415 | Invoice Date | 08/31/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40050093 | | |
| Contract Description | Luckin Coffee Securities Litigation | | |
| Terms of Payment | End of Case | | |
| Internal Reference No | 40050093 | | |

**Comments**

Billing Period: 08/01/2022 - 08/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Data Standardization and Class Notice** | | | | |
| 90 | Record Undeliverable Mail | 37 | EA | 0.1900 | 7.03 |
| | **Contact Center & Website Support** | | | | |
| 130 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 2,651.370 | EA | 0.1700 | 450.73 |
| 170 | Notice Request Transcription | 11 | EA | 0.5500 | 6.05 |
| | **Postage & Expenses** | | | | |
| 220 | Postage | 618.267 | DLR | 1.0000 | 618.27 |
| | **Standard Rates** | | | | |
| 300 | Contact Center (shared) | 14,904 | MIN | 0.9500 | 14,158.80 |
| 520 | Photocopy or Image | 1,330 | PAG | 0.1200 | 159.60 |
| 530 | Box Storage | 134 | EA | 3.5000 | 469.00 |
| | **Claims Processing** | | | | |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90668415 | Invoice Date | 08/31/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 08/01/2022 - 08/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 640 | Claims 1 to 100,000 | 352 | EA | 3.2500 | 1,144.00 |
| 680 | 20-Img Notice/Claim Form as Self-Mailer | 9 | EA | 0.3100 | 2.79 |
| | **Other Expenses** | | | | |
| 840 | Print/Mail Postcard Acknowledgment | 69 | EA | 0.1500 | 10.35 |
| 841 | Claimant Deficiency Letters | 762 | EA | 0.2500 | 190.50 |

----------------------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| **Net Amount** | | 17,567.12 |
| **Sales Tax** | | 176.01 |
| **Total Amount Due** | | 17,743.13 |

----------------------------------------------------------------------------------------------------------------------------



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Payment by Wire:
Bank:              Silicon Valley Bank (Santa Clara, CA)
ABA Routing:    121140399
Acct No:         3300483242
SWIFT:           SVBKUS6S

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90679253 | Invoice Date | 09/30/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40050093 | | |
| Contract Description | Luckin Coffee Securities Litigation | | |
| Terms of Payment | End of Case | | |
| Internal Reference No | 40050093 | | |

**Comments**

Billing Period: 09/01/2022 - 09/30/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Data Standardization and Class Notice** | | | | |
| 90 | Record Undeliverable Mail | 45 | EA | 0.1900 | 8.55 |
| 100 | Enter Change of Address - Postal Forward | 2 | EA | 0.4500 | 0.90 |
| | **Contact Center & Website Support** | | | | |
| 130 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 2,588.350 | EA | 0.1700 | 440.02 |
| 170 | Notice Request Transcription | 6 | EA | 0.5500 | 3.30 |
| | **Postage & Expenses** | | | | |
| 220 | Postage | 211.350 | DLR | 1.0000 | 211.35 |
| | **Standard Rates** | | | | |
| 300 | Contact Center (shared) | 10,956 | MIN | 0.9500 | 10,408.20 |
| 520 | Photocopy or Image | 1,010 | PAG | 0.1200 | 121.20 |
| 530 | Box Storage | 136 | EA | 3.5000 | 476.00 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90679253 | Invoice Date | 09/30/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 09/01/2022 - 09/30/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing** | | | | |
| 640 | Claims 1 to 100,000 | 76 | EA | 3.2500 | 247.00 |
| 680 | 20-Img Notice/Claim Form as Self-Mailer | 7 | EA | 0.3100 | 2.17 |
| | **Other Expenses** | | | | |
| 840 | Print/Mail Postcard Acknowledgment | 47 | EA | 0.1500 | 7.05 |
| 841 | Claimant Deficiency Letters | 241 | EA | 0.2500 | 60.25 |

-----------------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| **Net Amount** | | 12,335.99 |
| **Sales Tax** | | 81.86 |
| **Total Amount Due** | | 12,417.85 |

-----------------------------------------------------------------------------------------------------------------------



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Payment by Wire:
Bank:          Silicon Valley Bank (Santa Clara, CA)
ABA Routing:   121140399
Acct No:       3300483242
SWIFT:         SVBKUS6S

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90685905 | Invoice Date | 10/31/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40050093 | | |
| Contract Description | Luckin Coffee Securities Litigation | | |
| Terms of Payment | End of Case | | |
| Internal Reference No | 40050093 | | |

**Comments**
Billing Period: 10/01/2022 - 10/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Data Standardization and Class Notice** | | | | |
| 90 | Record Undeliverable Mail | 48 | EA | 0.1900 | 9.12 |
| 100 | Enter Change of Address - Postal Forward | 1 | EA | 0.4500 | 0.45 |
| | **Contact Center & Website Support** | | | | |
| 130 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 923.450 | EA | 0.1700 | 156.99 |
| 170 | Notice Request Transcription | 5 | EA | 0.5500 | 2.75 |
| | **Postage & Expenses** | | | | |
| 220 | Postage | 33.750 | DLR | 1.0000 | 33.75 |
| | **Standard Rates** | | | | |
| 300 | Contact Center (shared) | 4,836 | MIN | 0.9500 | 4,594.20 |
| 520 | Photocopy or Image | 781 | PAG | 0.1200 | 93.72 |
| 530 | Box Storage | 136 | EA | 3.5000 | 476.00 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90685905 | Invoice Date | 10/31/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**
Billing Period: 10/01/2022 - 10/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing** | | | | |
| 640 | Claims 1 to 100,000 | 30 | EA | 3.2500 | 97.50 |
| 680 | 20-Img Notice/Claim Form as Self-Mailer | 4 | EA | 0.3100 | 1.24 |
| | **Other Expenses** | | | | |
| 840 | Print/Mail Postcard Acknowledgment | 20 | EA | 0.1500 | 3.00 |
| 841 | Claimant Deficiency Letters | 18 | EA | 0.2500 | 4.50 |

| | |
|---|---|
| **Net Amount** | 5,823.22 |
| **Sales Tax** | 60.81 |
| **Total Amount Due** | 5,884.03 |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Payment by Wire:
Bank:            Silicon Valley Bank (Santa Clara, CA)
ABA Routing:     121140399
Acct No:         3300483242
SWIFT:           SVBKUS6S

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90693922 | Invoice Date | 11/30/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40050093 | | |
| Contract Description | Luckin Coffee Securities Litigation | | |
| Terms of Payment | End of Case | | |
| Internal Reference No | 40050093 | | |

**Comments**
Billing Period: 11/01/2022 - 11/30/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Data Standardization and Class Notice** | | | | |
| 90 | Record Undeliverable Mail | 32 | EA | 0.1900 | 6.08 |
| | **Contact Center & Website Support** | | | | |
| 130 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 777.720 | EA | 0.1700 | 132.21 |
| 170 | Notice Request Transcription | 7 | EA | 0.5500 | 3.85 |
| | **Postage & Expenses** | | | | |
| 220 | Postage | 24.340 | DLR | 1.0000 | 24.34 |
| | **Standard Rates** | | | | |
| 300 | Contact Center (shared) | 3,312 | MIN | 0.9500 | 3,146.40 |
| 520 | Photocopy or Image | 605 | PAG | 0.1200 | 72.60 |
| 530 | Box Storage | 136 | EA | 3.5000 | 476.00 |
| | **Claims Processing** | | | | |



CONFIDENTIAL


# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Information**

| Invoice No. | 90693922 | Invoice Date | 11/30/2022 |
|---|---|---|---|
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**
Billing Period: 11/01/2022 - 11/30/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 640 | Claims 1 to 100,000 | 18 | EA | 3.2500 | 58.50 |
| 680 | 20-Img Notice/Claim Form as Self-Mailer | 10 | EA | 0.1500 | 1.50 |
| | **Other Expenses** | | | | |
| 840 | Print/Mail Postcard Acknowledgment | 17 | EA | 0.1500 | 2.55 |

------------------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| **Net Amount** | 4,274.03 |
| **Sales Tax** | 54.78 |
| **Total Amount Due** | 4,328.81 |

------------------------------------------------------------------------------------------------------------------------



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

Payment by Wire:
Bank:            Silicon Valley Bank (Santa Clara, CA)
ABA Routing:    121140399
Acct No:        3300483242
SWIFT:          SVBKUS6S

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90703793 | Invoice Date | 12/31/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40050093 | | |
| Contract Description | Luckin Coffee Securities Litigation | | |
| Terms of Payment | End of Case | | |
| Internal Reference No | 40050093 | | |

**Comments**
Billing Period: 12/01/2022 - 12/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Data Standardization and Class Notice** | | | | |
| 50 | Print/Fold Notice of Pendency | 2 | EA | 0.1500 | 0.30 |
| 90 | Record Undeliverable Mail | 5 | EA | 0.1900 | 0.95 |
| | **Contact Center & Website Support** | | | | |
| 130 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 956.350 | EA | 0.1700 | 162.58 |
| 170 | Notice Request Transcription | 6 | EA | 0.5500 | 3.30 |
| | **Postage & Expenses** | | | | |
| 220 | Postage | 17.810 | DLR | 1.0000 | 17.81 |
| | **Standard Rates** | | | | |
| 300 | Contact Center (shared) | 2,970 | MIN | 0.9500 | 2,821.50 |
| 530 | Box Storage | 135 | EA | 3.5000 | 472.50 |
| | **Claims Processing** | | | | |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90703793 | Invoice Date | 12/31/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**
Billing Period: 12/01/2022 - 12/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 640 | Claims 1 to 100,000 | 20 | EA | 3.2500 | 65.00 |
| | **Other Expenses** | | | | |
| 840 | Print/Mail Postcard Acknowledgment | 7 | EA | 0.1500 | 1.05 |

----------------------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| **Net Amount** | 3,894.99 |
| **Sales Tax** | 47.90 |
| **Total Amount Due** | 3,942.89 |

----------------------------------------------------------------------------------------------------------------------------



CONFIDENTIAL