**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE LUCKIN COFFEE INC. SECURITIES LITIGATION | Case No. 1:20-cv-01293-JPC-JLC |

**DECLARATION OF CATHERINE E. VAN KAMPEN**
**IN FURTHER SUPPORT OF DISTRIBUTION MOTION**

CATHERINE E. VAN KAMPEN declares as follows:

1.      I am senior counsel in the law firm of Bernstein Litowitz Berger & Grossmann LLP, which serves as Class Counsel, together with Kessler Topaz Meltzer & Check, LLP, for Lead Plaintiffs Sjunde AP-Fonden and Louisiana Sheriffs' Pension & Relief Fund and the Class in the above-captioned Action.[1] I have personal knowledge of the matters stated below and submit this Declaration in further support of Lead Plaintiffs' Distribution Motion.

2.      On March 6, 2023, after filing Lead Plaintiffs' Distribution Motion, I provided each of the 10 Disputing Claimants, by email, with a copy of the notice of motion (ECF No. 344), the memorandum of law in support of the motion (ECF No. 346), the Villanova Declaration (without the voluminous exhibits) (ECF No. 347), and Exhibit D to the Villanova Declaration, which included the Table of Disputed Claims and the documents concerning the Disputed Claims (ECF No. 347-4). I also advised each Disputing Claimant of the March 20, 2023 deadline to make an

---

[1] All capitalized terms used and not otherwise defined in this Declaration have the meanings provided in the Stipulation and Agreement of Settlement dated October 20, 2021 (ECF No. 315), or in Lead Plaintiffs' Motion for Approval of Distribution Plan (ECF Nos. 344-348) ("Distribution Motion").

additional submission with respect to their Claim, instructing them to direct any additional submission to the Court's attention with a copy to Class Counsel.

3.      Attached hereto as Exhibit A is a true and correct copy of a letter, dated March 14, 2023, from William Abbate (Disputed Claim No. 10) addressed to the Court concerning his Disputed Claim, which Class Counsel received on March 16, 2023.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct to the best of my knowledge.

Dated: March 27, 2023
      New York, New York

                               Catherine E. van Kampen