# EXHIBIT A

FROM THE DESK OF

# William Abbate

March 14th, 2023

Honorable John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007-1312

Dear Judge Cronan,

I write to you because I previously requested court review on the Luckin Coffee (LK) Class action matter and it appears that my request has finally been granted. In reading through the disclosure documents about my submission, provided by Epiq Global to the court, I find blatant mistakes that I would like to bring to your attention. I have personally been involved with class action settlement cases for 30+ years and I have never encountered a firm as inept as Epiq.

I would like to share with you a little background. In the year 2020, I traded more than $150MM in equities through E-Trade. During the summer of 2020, I was unfortunately diagnosed with cancer and immediately began a grueling regimen of chemotherapy and radiation. When I received the original Epiq class-action claim form, I was really in no condition to be looking up past trades because I was fighting for my life. So I called E-Trade and asked them to kindly compile an "official" document evidencing all of my Luckin ADSs purchases to be provided to Epiq. I explained my personal situation with my declining health and they offered to assist me because they valued my business. Upon receiving that "official" and "encrypted" document from E-Trade, I immediately made a copy of it and sent it to Epiq and they promptly said it was no good. To this date, I have no reason why. It even had my account number on it. I also offered to share that exact encrypted email evidencing that it emanated from E-Trade but they were not satisfied with that either. I personally feel from that point forward, that they were harassing me because I got loud on the phone with one of their agents.  When you call Epiq, you get a different person on the phone each time that normally knows nothing at all about your file or, they refer you to someone else who will get back to you and if you're lucky that person calls you back 3 or 4 weeks later with a serious attitude problem. Perhaps the reason why they have logged so many online complaints.  I have

even resorted to emailing them but they refuse to answer my questions. Finally, after being at my wits end I decided to just retrieve all of my Luckin ADSs supporting buy-side confirmations/statements on my own and copy them and send them to Epiq. I have proof that they were in fact received because they were mailed via certified US Mail. In fact, copies of these exact transactions exist in EXHIBIT "D" Disputed Claims (pages 325-350). Lastly, after receiving copies of my original E-Trade purchases of Luckin Coffee ADSs, Epiq claimed that they were still not satisfied. They were then harassing me to speak with E-Trade. At that point, I had enough and I officially requested Court Review.

(PLEASE REFER TO MY SUPPORTING DOCUMENT ON THE NEXT PAGE)

In Epiq's words:

DETAILED EXPLANATION:

"The claim submitted by the Claimant reflects that the Claimant purchased Luckin ADSs during the Class Period, but the documentation provided was purportedly from a defunct fund,"

This is a gross misrepresentation on Epiq's part. E-Trade is not a "defunct fund," nor have they ever been. I clearly articulated to Epiq telephonically and through written means that ALL purchases of Luckin ADS's were transacted through E-Trade and copies of ALL of those transactions were provided to Epiq and they are even included in Exhibit "D" Disputed Claims on pages 325-350. My brokerage confirmations from E-Trade were provided to Epiq for their review. You can very easily see all of that supporting documentation if you look in Exhibit "D" Disputed Claims (pages 325-350).

I sincerely hope that after you review all of my E-Trade purchases, you will see that Epiq made a gross misrepresentation here and I hope and pray that the court sides with me.

Fondly,

William Abbate

Case 1:20-cv-01293-JPC  Document 347-4  Filed 03/06/23  I

| | | SECTION III: Claims with Inadequate Documentation to Support Their Trades of Luckin ADSs |
|---|---|---|
| **Disputed Claim No.** | **Name of Claimant(s) (Claim Number)** | **Claim Determination** |
| 10 | William Abbate (17888) | <u>Reason for Rejection</u>: Inadequate Supporting Documentation Provided to Support the Trades Claimed<br><br>*The Claimant provided information regarding Class Period purchases/acquisitions, but none of the documentation provided was deemed adequate.*<br><br><u>Detailed Explanation</u>:<br>The Claim submitted by the Claimant reflects that the Claimant purchased Luckin ADSs during the Class Period, but the documentation provided was purportedly from a defunct hedge fund, unregistered with the SEC. Because the Claim did not provide adequate supporting documentation of the trades claimed during the Class Period, the Claimant was sent a Notice of Deficient Claim Submission indicating this deficiency.<br><br>The documentation the Claimant submitted in response to the Notice of Deficient Claim Submission did not reflect or support any eligible transactions beyond those contained in the original submission. The Claimant submitted a letter purportedly from the CFO of the defunct and unregistered hedge fund noted above. A second notarized letter from the same hedge fund was later provided attempting to explain the legitimacy of the trades the Claimant provided.<br><br>Given the inadequacy of the documentation and in an attempt to resolve the issue, Epiq contacted the Claimant via email to request their permission to discuss directly with the purported broker (E\*TRADE) to confirm the trades. The Claimant then requested Court review. |

*[Handwritten annotation:]* → This is INACCURATE. I provided copies of ALL purchases of (LK) LuckIN Coffee that were transacted through E-Trade. In fact, those documents are in Exhibit "D" on pages 325-350! This is clearly an EPIQ mistake.

W. Abbate
5 Lawrence St. PH-10
Bloomfield, NJ 07003



CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7021 2720 0002 8888 1974



UNITED STATES
POSTAL SERVICE

RDC 99

10020

U.S. POSTAGE PAID
FCM LETTER
BLOOMFIELD, NJ
07003
MAR 13, 23
AMOUNT

$4.78

R2303S100811-01

Catherine van Kampen, Esq.
BLB & G Law Offices
Settlement Department
1251 Avenue of the Americas
44th Floor
New York, NY 10020