# *EXHIBIT A*

# Alpine Analytics Management Group, LLC

230 Park Avenue, Suite 934
New York, NY 10169
Tel: 646.536.3744
Fax: 646.201.9238

February 7, 2022

Mr. William Abbate, Esq.
4705 Center Blvd. Suite 901
Long Island City, NY 11109

Dear Mr. Abbate,

This document should suffice with respect to the 110,250 shares of Luckin Coffee Inc.
American Depository Shares (Formerly LK-symbol) that you delivered to our
Management Company: Alpine Analytics Management Group, LLC. As per your direct
instructions, all of shares were liquidated on your behalf and all of the sales proceeds
were applied to your Individual account with our hedge fund. Kindly share this
document with the Claims administrator handling this class action matter (LUCKIN
COFFEE INC. AMERICAN DEPOSITORY RECEIPTS).

Please allow this document to serve as a sworn affidavit that we liquidated 110,250
shares of LK (Luckin Coffee, Inc.) at an average selling price per share of $1.07 on June
29th, 2020 resulting in total proceeds of $117,967.50 that were credited to your
Individual account upon the trade settling.

Please let us know if we can be of any further assistance.

Sincerely yours,

Adam Goldman, CFO