# *EXHIBIT B*

## Schmidt, Nicholas

| | |
|---|---|
| **From:** | Info_LuckinCoffeeSecuritiesL |
| **Sent:** | Thursday, June 16, 2022 1:38 AM |
| **To:** | NYACCIDENTKING@GMAIL.COM |
| **Subject:** | Luckin Coffee Inc Securities Litigation - Request for Broker Authorization |
| **Attachments:** | Luckin Broker Authorization Letter.docx |

Dear William Abbate,

Please find attached letter for you to complete, notarize, and return to authorize us to communicate with Alpine Analytics Management Group, LLC to verify the trades provided for your claim.

Sincerely,

Brian H.
Luckin Coffee Inc Securities Litigation
Notice Administrator

1

**Mailing Date: Wednesday, June 15, 2022**

*Luckin Coffee, Inc. Securities Litigation*
Claims Administrator
P.O. Box 5887
Portland, OR 97228-5887
www.LuckinCoffeeSecuritiesLitigation.com info@LuckinCoffeeSecuritiesLitigation.com

(855) 535-1824

**Eligible Security:**  Luckin ADSs

     Re: Claim Number 17888

Dear WILLIAM ABBATE

     Thank you for working with us to complete your claim. In order to fully complete your claim for the Luckin Coffee, Inc. Securities Litigation, you must complete the attached Authorization Form**.  You must return a signed and notarized copy of this form to Epiq Global, no later than June 29, 2022.**

     By completing this form, you are authorizing Epiq Global to independently contact Alpine Analytics Management Group, LLC in order to verify your purchase, sale, and/or transfer transactions of Luckin ADSs during the Class Period, May 17, 2019 through July 15, 2020, inclusive. By completing this form, you are authorizing Alpine Analytics Management Group, LLC to provide Epiq Global with documentation supporting these transactions.  Epiq Global will require Alpine Analytics Management Group, LLC to verify, in writing, that these transactions took place, and/or to provide any requested backup documentation such as broker confirmation slips and monthly statements for Luckin ADSs during the Class Period, May 17, 2019 through July 15, 2020, inclusive. Epiq Global will also require Alpine Analytics Management Group, LLC to verify, in writing, the ending holdings as of the close of trading on October 20, 2021, and/or provide the requisite backup documentation evidencing the same.

Please contact us if you need additional information.

                         Sincerely,

                         Claims Administrator

**AUTHORIZATION**

By completing this form, I am authorizing Epiq Global, the Claims Administrator in the Luckin Coffee, Inc. Securities Litigation, to independently contact Alpine Analytics Management Group, LLC in order to verify the purchase, sale, and/or transfer transactions of Luckin ADSs during the Class Period of May 17, 2019 through July 15, 2020, inclusive. I am authorizing Alpine Analytics Management Group, LLC to provide Epiq Global with documentation supporting these transactions.  Epiq Global will require Alpine Analytics Management Group, LLC to verify, in writing, that these transactions took place and/or to provide any requested backup documentation such as broker confirmation slips and monthly statements for Luckin ADSs during the Class Period. Epiq Global will also require Alpine Analytics Management Group, LLC to verify, also in writing, the ending holdings as of the close of trading on October 20, 2021 and provide the requisite backup documentation evidencing the same.

**Please note, this form must be returned to Epiq Global by June 29, 2022.**

**Agreed to by**:

_____
Signature of Authorized Signatory (WILLIAM ABBATE)


_____
Print Name of Authorized Signatory (WILLIAM ABBATE)


_____
Capacity of Authorized Signatory


Sworn to me this _____ day of _____ in _____
                                **Month**              **Year**


_____
Notary Public