# *EXHIBIT C*

# Alpine Analytics Management Group, LLC

230 Park Avenue, Suite 934
New York, NY 10169
Tel: 646.536.3744
Fax: 646.201.9238



June 20th, 2022

Mr. William Abbate, Esq.
4705 Center Blvd. Suite 901
Long Island City, NY 11109

Dear Mr. Abbate,

Kindly share this with the Claims Administrator handing the Luckin Coffee, Inc. Class Action lawsuit. Alpine Analytics Management Group, LLC was a "Hedge Fund" and not a Broker Dealer. The majority of Class Action firms are accustomed to receiving financial documentation from their Class Action Claimants evidencing their Claimant's buys and sells through their client's personal or corporate "Brokerage Firm" statements and trading confirmations. Alpine had fewer than 100 clients during the 17+ years that Alpine was operational prior to closing our funds and winding down internal operations on December 31st, 2021. As you are aware, Alpine managed money on behalf of some of the wealthiest and most accredited individuals in the world. Alpine was never required to be registered with the Securities and Exchange Commission as Alpine always kept the total number of investors within the 100 person guideline in each fund. In addition, Alpine never sent out monthly statements like brokerage firms are required to do for active accounts because Alpine's Hedge Funds only reported performance once a year; always at year-end. In addition, Alpine had limitations on withdrawals, and only accepted new investors/monies bi-yearly. Alpine does not speak, nor have we ever spoken to any third parties with respect to our client's personal financial information or any client personal taxation matters.

# Alpine Analytics Management Group, LLC

230 Park Avenue, Suite 934
New York, NY 10169
Tel: 646.536.3744
Fax: 646.201.9238

Mr. Abbate has shared with me that he recently provided the required documentation evidencing his purchases of 112,500 shares of Luckin Coffee Inc. from his ETrade Brokerage account. Mr. Abbate has also shared with me that he personally lost in excess of $2.7MM on his Luckin Coffee Inc. investment. That's a far cry from the $20-30K that Mr. Abbate claims he is slated to recover from his investment in this alleged fraud. So to be clear, it's already been documented by your firm through Mr. Abbate's submissions of his individual trading "buy" confirmations from his ETrade account that Mr. Abbate did indeed own 112,500 shares of Luckin Coffee, Inc. during the applicable case period. However, Mr. Abbate only delivered 110,250 shares of Luckin Coffee, Inc. to Alpine. So you will need to ask Mr. Abbate where the remaining 2,250 shares are.

In nearly 20 years of providing financial documentation to various clients of our different Hedge Funds for purposes of verifying liquidations in regard to trading in equities/options, etc for targeted companies of Class Action lawsuits, Alpine has never been asked to provide anything more than a sworn affidavit evidencing such information. I will have this new document notarized to authenticate that the information that I'm providing on Mr. Abbate's behalf is in fact "accurate and truthful."

Kindly allow this document to suffice with respect to the 110,250 shares of Luckin Coffee Inc. American Depository Shares (Formerly LK-symbol) that Mr. Abbate delivered to our Management Company: Alpine Analytics Management Group, LLC. As per Mr. Abbate's direct instructions at that time, all of the shares were liquidated on Mr. Abbate's behalf and all of the sales proceeds were applied to his Alpine account (ACCOUNT # 0037 WILLIAM ABBATE). I have requested that Mr. Abbate share this document with you, the Claims administrator responsible for handling this class action suit: (LUCKIN COFFEE INC. AMERICAN DEPOSITORY RECEIPTS).

Please allow this document to serve as a sworn affidavit that we liquidated 110,250 shares of LK (Luckin Coffee, Inc.) at an average selling price per share of $1.07 on June 29th, 2020 resulting in total proceeds of $117,967.50 that were credited to Mr. Abbate's account (ACCOUNT # 0037) upon the trade settling.

Sincerely yours,

Adam Goldman, CFO

Vincent F. Gennaci
Notary Public, State of New York
No. 01GE6332848
Qualified in Nassau County
Commission Expires 11/09/2023



**William Abbate**
4705 Center Blvd., Apt. 901
Long Is. City, NY 11109



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**



U.S. POSTAGE PAID
FCM LETTER
TENAFLY, NJ
07670
JUN 23, 22
AMOUNT

**$4.33**
R2305M147761-03

1000      97226

7021 2720 0002 2150 4872

In re Luckin Coffee Inc. Securities Litigation
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

97228-588787