# *EXHIBIT D*

## Schmidt, Nicholas

| | |
|---|---|
| **From:** | Info_LuckinCoffeeSecuritiesL |
| **Sent:** | Friday, August 5, 2022 8:43 PM |
| **To:** | NYACCIDENTKING@GMAIL.COM |
| **Subject:** | Luckin Coffee, Inc. Securities Litigation - Claim Number 17888 |
| **Attachments:** | Luckin Broker Authorization Letter.docx |

Hello,

We are in receipt of the letter you provided by certified mail dated June 20th, 2022. Claim 17888 remains denied. IF you wish further review, please complete, notarize, and return the attached form authorizing us to communicate directly with E*TRADE Securities to verify the trades provided for your claim.

Sincerely,
Claims Administrator
P.O. Box 5887
Portland, OR 97228-5887
www.LuckinCoffeeSecuritiesLitigation.com
info@LuckinCoffeeSecuritiesLitigation.com
(855) 535-1824

1

**Mailing Date: Friday, August 5, 2022**

*Luckin Coffee, Inc. Securities Litigation*
Claims Administrator
P.O. Box 5887
Portland, OR 97228-5887
www.LuckinCoffeeSecuritiesLitigation.com info@LuckinCoffeeSecuritiesLitigation.com

(855) 535-1824

**Eligible Security:**  Luckin ADSs

Re: Claim Number 17888

Dear WILLIAM ABBATE

Thank you for working with us to complete your claim. In order to fully complete your claim for the Luckin Coffee, Inc. Securities Litigation, you must complete the attached Authorization Form**.  You must return a signed and notarized copy of this form to Epiq Global, no later than August 17, 2022.**

By completing this form, you are authorizing Epiq Global to independently contact E\*TRADE Securities in order to verify your purchase, sale, and/or transfer transactions of Luckin ADSs during the Class Period, May 17, 2019 through July 15, 2020, inclusive. By completing this form, you are authorizing E\*TRADE Securities to provide Epiq Global with documentation supporting these transactions.  Epiq Global will require E\*TRADE Securities to verify, in writing, that these transactions took place, and/or to provide any requested backup documentation such as broker confirmation slips and monthly statements for Luckin ADSs during the Class Period, May 17, 2019 through July 15, 2020, inclusive. Epiq Global will also require E\*TRADE Securities to verify, in writing, the ending holdings as of the close of trading on October 20, 2021, and/or provide the requisite backup documentation evidencing the same.

Please contact us if you need additional information.

Sincerely,

Claims Administrator

**AUTHORIZATION**

By completing this form, I am authorizing Epiq Global, the Claims Administrator in the Luckin Coffee, Inc. Securities Litigation, to independently contact E*TRADE Securities in order to verify the purchase, sale, and/or transfer transactions of Luckin ADSs during the Class Period of May 17, 2019 through July 15, 2020, inclusive. I am authorizing E*TRADE Securities to provide Epiq Global with documentation supporting these transactions. Epiq Global will require E*TRADE Securities to verify, in writing, that these transactions took place and/or to provide any requested backup documentation such as broker confirmation slips and monthly statements for Luckin ADSs during the Class Period. Epiq Global will also require E*TRADE Securities to verify, also in writing, the ending holdings as of the close of trading on October 20, 2021 and provide the requisite backup documentation evidencing the same.

**Please note, this form must be returned to Epiq Global by June 29, 2022.**

**Agreed to by**:

_____
Signature of Authorized Signatory (WILLIAM ABBATE)

_____
Print Name of Authorized Signatory (WILLIAM ABBATE)

_____
Capacity of Authorized Signatory

Sworn to me this \_\_\_\_\_ day of _____ in _____
                              **Month**              **Year**

_____
Notary Public