# *EXHIBIT F*

## Schmidt, Nicholas

| | |
|---|---|
| **From:** | Info_LuckinCoffeeSecuritiesL |
| **Sent:** | Friday, October 14, 2022 12:00 PM |
| **To:** | nyaccidentking@gmail.com |
| **Subject:** | RE: Re: Luckin Coffee, Inc. Securities Litigation - Claim Number 17888 |
| **Attachments:** | 40050093_clm_000017888.pdf; 40050093_def_400002735.pdf; 40050093_def_400002919.pdf |

Dear William Abbate,

Thank you for your email.

Please find attached as requested your claim form and the responses you provided to the deficiency letters you received. We have noted your request for Court Review in our records.

Sincerely,

Dave C.

Luckin Coffee Inc Securities Litigation

Notice Administrator

------------------- Original Message -------------------

**From:** nyaccidentking@gmail.com

**Received:** 9/20/2022 2:42 PM

**To:** info@LuckinCoffeeSecuritiesLitigation.com; Info@LuckinCoffeeSecuritiesLitigation.com

**Subject:** Re: Luckin Coffee, Inc. Securities Litigation - Claim Number 17888

Dear Claims Administrator -

(since the prior email was sent to me generically with no person's name, I do not have a contact person to address this to)

Sir or Madame, I have already provided comprehensive proof of my purchases in Luckin Coffee by way of certified mail to your organization by providing copies of my personal brokerage statements from ETrade; evidencing every single Luckin Coffee purchase on my behalf. I know for a fact that they were accurate and that were in fact received by your firm because I had return tracking on all disclosure documents.

At this point, I am invoking my right to request "FORMAL COURT REVIEW" of the full rejection of my claim because of your administrative determination claiming my Luckin Coffee class action claim is deficient. The Judge can decide if the documentation that I provided is comprehensive and proves that my purchases are accurate. Kindly make copies of my complete file with your company and please forward them to me at: NYaccidentking@gmail.com

I do not require copies of my emails back and forth with you as I already have a record of those. I only need copies of the original submission paperwork and subsequent documentation evidencing all purchases of Luckin Coffee; my personal brokerage statements, etc.

I thank you for your assistance with this.

Sincerely,

William Abbate

Sent from my iPhone

On Aug 17, 2022, at 9:50 AM, William Abbate <nyaccidentking@gmail.com> wrote:

Dear Claims Administrator-
Never once do you articulate in this email why the claim is being denied. I feel that you've done nothing but harass me from the very first submission on my part. Now you're asking for permission to speak with Etrade about my private affairs when Etrade was the entity who compiled the very first document (worksheet) sent to your firm in my very first submission. You promptly denied that submission even though my account number at Etrade was on that document and I explained to your agent that it came directly from Etrade. I even offered to forward to your firm the original email from Etrade showing that this document evidencing all of my Luckin Coffee (LK) purchases came directly from them. I reached out to Etrade to do me a favor since I had $150MM-$200MM in trades in that particular account in calendar year 2020. I believe that they sympathized with me because it would have taken months to locate all of those trades on Luckin Coffee (LK) on my own. In addition, Etrade knows that I was diagnosed with cancer in July 2020 and that I'm in and out of Sloan Kettering on a continual basis so I believe that they were trying to help me out with this matter.
After you failed to accept ETrade's internal worksheet evidencing all of my purchases in Luckin Coffee (LK), I hired someone to compile all of "purchase" confirmations and organize them for me. That submission was then sent in to you but you found issue with that one also. Despite the fact that they were copies of "original" confirmations directly from "original" account statements. Lastly, I had the hedge fund (Alpine) that disposed of my holdings in Luckin Coffee (LK) send two separate letters on their corporate letterhead; the final one being notarized. Yet, that didn't satisfy you either. So in summary, I've provided ETrade's internal worksheet evidencing all of my LK purchases, I provided my own "purchase" confirmations evidencing all of my Luckin Coffee purchases directly obtained from my account statements. In addition, I had a 3rd party hedge fund submit a sworn affidavit evidencing my sales in this fraudulent company but that wasn't good enough either. So I'm left with no choice but to let you know that if my claim is denied for any reason and I do not receive my fair share of this class action settlement minus attorney fees, I will be suing your company for damages in New York County; where the shares were originally purchased for me on my behalf. Please let your company know my stance. They will be coming out to NYC to defend my suit against them. This is preposterous after losing so much money. Never in my life has any class action firm acted in such a malicious manner. Millions were lost in this fraud and I'm due a paltry $20-30K. I've already wasted more of my time on this matter than the benefit of what I'll receive in return. Not to mention the amount of aggravation and stress you've caused an ill individual. Thank you for taking the time read this.
Regards,
William Abbate

Sent from my iPhone

On Aug 5, 2022, at 8:43 PM, Info_LuckinCoffeeSecuritiesL <Info@luckincoffeesecuritieslitigation.com> wrote:

Hello,
We are in receipt of the letter you provided by certified mail dated June 20th, 2022. Claim 17888 remains denied. IF you wish further review, please complete, notarize, and return the attached form authorizing us to communicate directly with E*TRADE Securities to verify the trades provided for your claim.
Sincerely,
Claims Administrator
P.O. Box 5887
Portland, OR 97228-5887

www.LuckinCoffeeSecuritiesLitigation.com
info@LuckinCoffeeSecuritiesLitigation.com
(855) 535-1824