Long Z. Liu (SBN 236815)
THE LIU LAW FIRM
1163 Fairway Drive Suite 105
City of Industry, CA 91789
Tel: (909) 468-2165
Email: office@theliulawfirm.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEK CHUN WAI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LUCKIN COFFEE INC., *et al.*<br><br>Defendants. | Case No. 1:20-cv-02193-JPC<br><br>**MOTION TO ALLOW LATE CLAIM AND DIRECT DISBURSEMENT OF FUNDS TO THE CLAIMANT IN THE *CLAIM #24601*** |

### INTRODUCTION

Mr. Shek Chun Wai, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b) and Federal Rule of Civil Procedure 60(b), hereby respectfully moves this Court to allow the filing of a late claim and to direct Epiq Global ("Epiq") to disburse funds owed to Movant. Movant, plaintiff herein, never received notice of the claim filing deadline from the claim administrator and, as a result, missed the claim deadline. Despite the efforts to ascertain status of the claim and that the claim was filed as soon as it was discovered that there was a deadline, to date nothing from the claim administrator indicates that the claim was ever processed.

1

MOTION TO ALLOW LATE CLAIM

Movant is entitled to a substantial amount of money from the claim, over $500,000. Thus, he is seriously harmed if the claim is not considered and the monies owed are not disbursed to him. While processing the claim would only create minimal prejudice to defendants, Plaintiff face great prejudice if the claim is not considered.

In accordance with other cases decided in this district and the Second Circuit, this court should apply the factors announced by the Supreme Court in Pioneer Investment Services v. Brunswick Associates Ltd. Partnership, 507 U.S. 380, 395 (1993), the delay in filing the claim form was due to surprise or neglect.

Particularly, the delay in filing the claim form was not within Movants' reasonable control. The deadline to file the claim form was February 1, 2023. The claim form was filed on April 15, 2023 immediately after Movant discovered online by randomly checking the court website that there was a deadline to file the claim form and that the deadline was February 1, 2023.

At all relevant times, Movant was represented by The Liu Law Firm. Since the filing of the subject class action lawsuit, The Liu Law Firm and attorney Long Z. Liu were clearly listed on the court docket as "ATTORNEY TO BE NOTICED." Not only did Movant never receive any direct notice through any method, The Liu Law Firm also received no direct notice through any method despite the role of the attorney being clearly designated on the court docket.

2

**MOTION TO ALLOW LATE CLAIM**

Despite obstacles like living in a different country that is too half the way across the globe, Movant made efforts to submit claims as soon as they could after finding out about the elapsed deadline. Further, Movant's application does not delay administration of the settlement or judicial proceedings. Movant have acted in good faith, and a balancing of the squarely points to their claims' inclusion in the settlement. The court should find excusable neglect for the plaintiff herein and compel the settlement administrator to process the said claim.

## BACKGROUND

Movant is one of the claimants entitled to disbursement of funds in the above-captioned matter, represented by The Liu Law firm (*see Declaration of Long Z. Liu, paragraph 1*). A settlement agreement was reached. The court established a "Bar Date" (deadline to file claim form) by which class members would be required to submit a claim form to receive payment under the settlement agreement. The deadline to file the claim form was set as February 1, 2023.

The court appointed Epiq Global, an entity based in New York City, to be the claims administrator in the present matter. As the claims administrator, Epiq was also responsible for providing notice regarding important matters relating to the case to the individual class plaintiffs. Movant, a plaintiff herein, never received any notice of the deadline to file the claim form from Epiq (*see Declaration of Long Z. Liu, paragraph 5*). This somehow happened even though Epiq was providing direct notice to numerous other

3

class members, many of whom were not on the court docket, numbering in the hundreds of thousands of individuals. Additionally, Epiq also never notified The Liu Law Firm, which has been movant's attorney since the complaint was filed (*see Declaration of Long Z. Liu, paragraph 5*). The Liu Law Firm appears on the court docket as "ATTORNEY TO BE NOTICED" of the movant (*see Exhibit A*). No phone call, text message, e-mail, letter, or any other correspondence informing movant or movant's attorney of the filing deadline for the claim form was ever received.

On or about April 14, 2023, when randomly checking the Court's website for updates, The Liu Law Firm discovered that a claim form filing deadline of February 1, 2023 existed and had already elapsed. The claim form was immediately completed as soon as possible and filed on April 15, 2023 *(see Exhibit B).*

Furthermore, despite Movant's attorney's repeated communication to Epiq and repeated efforts to engage with Epiq, various representatives of Epiq failed to respond adequately to these communications. E-mails were not returned. Phone calls led to The Liu Law Firm speaking with Epiq representatives who asserted that movant had not authorized communication through The Liu Law Firm or that The Liu Law Firm was not movant's attorney of record even though Epiq was repeatedly made aware of the court docket and told The Liu Law Firm that Epiq checked the court docket in order to ascertain information for providing notice (*see Declaration of Long Z. Liu, paragraph 9*). Additionally, representatives were uncooperative, kept making representations such as that they did not see The Liu Law Firm on the court docket, and that The Liu Law Firm

4

**MOTION TO ALLOW LATE CLAIM**

was not authorized to communicate regarding the claim (*see Declaration of Long Z. Liu, paragraph 9*).

The court docket clearly showing the Movant's attorney and role of representation, including "ATTORNEY TO BE NOTICED" has been shown multiple times to Epiq representatives. The court docket is attached hereto as *Exhibit A*.

When Epiq was made aware of the court docket, its representatives attempted repeatedly to decline and delay communication with The Liu Law Firm and re-route callers from The Liu Law Firm to multiple other "representatives" or "supervisors" at Epiq despite having been informed that the law firm is Movant's designated attorney on the matter and that Movant neither speaks English nor resides in the U.S. All written correspondence to email the court appointed claim administrator has been attached herein. (*Please see Exhibit C*).

In July 2025, through an e-mail, a member of Epiq asserted that Movant had inquiry notice of the claim filing deadline, that Epiq only needed to exercise reasonable efforts to ascertain ways to provide direct notice and such efforts were met. This is blatantly untrue, since Epiq, **a court-appointed agency**, need only have looked at the court docket for the matter to find a list of attorneys to be noticed, one of which includes The Liu Law Firm. Epiq also represented that it did look at the court docket, which could not be true because The Liu Law Firm's role is clearly shown on the docket and would be evident had Epiq checked the docket. Thus, Epiq directly misrepresented the facts

5

**MOTION TO ALLOW LATE CLAIM**

regarding its attempts to provide notice of the claim form filing deadline, and clearly failed to use reasonable efforts to provide direct notices as it alleges.

## ARGUMENTS

Federal Rule of Civil Procedure 6(b) permits this Court to extend time "on motion made after the time has expired if the party failed to act because of excusable neglect." Similarly, Federal Rule of Civil Procedure 60(b) allows the Court to relieve a party from a final judgment, order, or proceeding for "mistake, inadvertence, surprise, or excusable neglect."

In determining whether to accept late claims, courts in the Second Circuit borrow the factor-based analysis under *Pioneer Investment Services v. Brunswick Associates Ltd. Partnership,* 507 U.S. 380, 395 (1993), which is used in the analogous context of determining whether a party has shown "excusable neglect" in missing a filing deadline. *See In re Oxford,* 383 F. App'x at 45, *Black v. Diamond,* 163 F. App'x 58, 60-61 (2d Cir. 2006), *Grottano v. City of New York,* No. 15-CV-9242 (RMB), 2021 WL 6427554, at *1 (S.D.N.Y. Dec. 17, 2021), *Cassese v. Washington Mut., inc.,* 968 F. Supp. 2d 484, 487 (E.D.N.Y. 2013).

In deciding whether Movant's failure to file a timely claim constitutes excusable neglect, the court should consider "all relevant circumstances," including the four Pioneer factors; "the danger of prejudice, the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the Movant, and whether the Movant acted in good faith". *In re*

6

**MOTION TO ALLOW LATE CLAIM**

*Oxford,* 383 F. App'x 43, 45 (quoting *Pioneer,* 507 U.S. at 395). "Because in the ordinary case there will be little prejudice or disruption caused by allowing a late submitted claim," the court should focus its analysis "on the asserted reasons for the claimants' delay 'including whether it was within the reasonable control of the claimant."

Moreover, under Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure--which empowers a Bankruptcy Court to grant a motion for a late filing if the movant's failure to comply with an earlier deadline was the result of excusable neglect--that courts be permitted, where appropriate, to accept late filings caused by inadvertence, mistake, or carelessness, as well as by intervening circumstances beyond the movant's control, because (1) the ordinary meaning of "neglect" encompasses both simple, faultless omissions to act and, more commonly, omissions caused by carelessness; (2) this flexible understanding of excusable neglect accords with the policies underlying Chapter 11 of the Bankruptcy Code (11 USCS 1101 et seq.), since the entrustment of Bankruptcy Courts with broad equitable powers, under Chapter 11, to balance the interests of the affected parties suggests that Rule 9006's allowance for late filings due to excusable neglect entails a correspondingly equitable inquiry; (3) the history of the present Bankruptcy Rules supports the conclusion that the enlargement of prescribed time periods under the excusable neglect standard of Rule 9006(b)(1) is not limited to situations in which the failure to comply with a filing deadline is due to circumstances beyond the control of the filer; and (4) reading Rule 9006(b)(1) inflexibly to exclude every instance of an inadvertent or negligent omission would ignore the most natural

7

**MOTION TO ALLOW LATE CLAIM**

meaning of the word "neglect" and would be at odds with the accepted meaning of that word in analogous contexts, especially under Rule 6(b) of the Federal Rules of Civil Procedure, after which Rule 9006(b)(1) is patterned, and under Rules 13(f) and 60(b) of the Federal Rules of Civil Procedure.

The reasons for Movant's delay-failure to receive notice from the Administrator which hampered the ability to file claims were beyond reasonable control. *In re Oxford*, 383 F. App'x at 45. The failure or inability to receive settlement notice in the mail supports the finding of excusable neglect in favor of accepting the late claims. *See, e.g., Grottano*, 2021 WL 6427554, at *2 (finding excusable neglect where some claimants were relocating during notice period and did not receive mail related to the settlement, including claim forms, until after the deadline passed).

The Supreme Court has established that determining whether neglect is "excusable" requires an equitable analysis considering "the danger of prejudice to the non-moving party, the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good faith." "Supreme Court case establishing factors for determining excusable neglect", "citation": "Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship, 507 U.S. 380 (1993)"}].

8

**MOTION TO ALLOW LATE CLAIM**

## CONCLUSION

In this case, Movant's failure to file a timely claim was due to surprise and excusable neglect because Movant did not receive notice or any kind of correspondence from the claim administrator regarding the filing deadline. Movant's reason for failing to meet the claim submission deadline was outside reasonable control. There is minimal prejudice to the plaintiff because the inclusion of the movant's late claim will not produce a significantly larger recovery than what was contemplated under the terms of the settlement.

The delay in filing was minimal, and Movant acted promptly upon discovering the missed deadline. There is no bad faith on Movant's part, as the lack of notice was not movant's fault, and allowing the late claim would not prejudice other parties or significantly impact judicial proceedings.

Furthermore, Movant has made diligent efforts to resolve this matter directly with Epiq Global but has been unsuccessful in obtaining a satisfactory response. Numerous emails were exchanged between the Movat's attorneys and claim administrator, but there was never a satisfactory or a straight forward from the claims administrator.

**MOTION TO ALLOW LATE CLAIM**

## PRAYER

WHEREFORE, Movant respectfully requests that this Court:

1. Grant this Motion to Allow Late Claim;

2. Accept Movant's claim filed on April 15, 2023;

3. Direct Epiq Global to process Movant's claim and disburse the funds owed to Movant within 60 days after order to or otherwise as soon as possible; and

4. Grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

THE LIU LAW FIRM

By:_____

LONG Z. LIU, ESQ.

*Counsel for movant*

*Wai Chun Shek*

10

**MOTION TO ALLOW LATE CLAIM**

# Exhibit A

CLOSED,ECF,LEAD

**U.S. District Court**
**Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:20-cv-01293-JPC**

In re Luckin Coffee Inc. Securities Litigation
Assigned to: Judge John P. Cronan
Related Cases: 1:21-cv-02020-JPC
       1:21-cv-00484-JPC
       1:20-cv-02977-JPC
       1:20-cv-07029-JPC
       1:20-cv-03304-JPC
Cause: 15:78j(b)ss Stockholder Suit

**Lead Plaintiff**

Sjunde AP-Fonden

Date Filed: 02/13/2020
Date Terminated: 07/22/2022
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

represented by **Gerald H. Silk**
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
212 554 1282
Fax: 212-554-1444
Email: jerry@blbglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory M. Castaldo**
Kessler Topaz Meltzer & Check, LLP (PA)
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
Fax: (610) 667-7056
Email: gcastaldo@ktmc.com
*ATTORNEY TO BE NOTICED*

**Jai Kamal Chandrasekhar**
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
(212)-554-1484
Fax: (212)-554-1444
Email: JaiC@rgrdlaw.com
*ATTORNEY TO BE NOTICED*

**John Rizio-Hamilton**
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 554-1505
Fax: (212)-554-1444
Email: johnr@blbglaw.com
*ATTORNEY TO BE NOTICED*

**Kate Whitman Aufses**
Hughes Hubbard & Reed LLP (NY)
One Battery Park Plaza
New York, NY 10004
(212)-836-6632
Email: kate.aufses@blbglaw.com
*ATTORNEY TO BE NOTICED*

**Lisa M. Port**
Kessler Topaz Meltzer Check, LLP
280 King of Prussia Rd.
Radnor, PA 19087
610-822-0260
Email: llambport@ktmc.com
*ATTORNEY TO BE NOTICED*

**Mark Franek**
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
610-667-7706
Email: mfranek@ktmc.com
*ATTORNEY TO BE NOTICED*

**Nathan Hasiuk**
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
(610)-667-7706
Email: nhasiuk@ktmc.com
*ATTORNEY TO BE NOTICED*

**Richard A Russo , Jr**
Kessler Topaz Meltzer & Check, LLP (PA)
280 King of Prussia Road
Radnor, PA 19087
610 667 7706
Fax: 610 667 7056
Email: rrusso@ktmc.com
*ATTORNEY TO BE NOTICED*

Salvatore Jo Graziano
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
212-554-1400
Fax: 212-554-1444
Email: sgraziano@blbglaw.com
*ATTORNEY TO BE NOTICED*

Sharan Nirmul
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
(610)-667-7706
Fax: (610)-667-7056
Email: snirmul@ktmc.com
*ATTORNEY TO BE NOTICED*

**Lead Plaintiff**

Louisiana Sheriffs Pension & Relief Fund

represented by Gerald H. Silk
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Gregory M. Castaldo
(See above for address)
*ATTORNEY TO BE NOTICED*

Jai Kamal Chandrasekhar
(See above for address)
*ATTORNEY TO BE NOTICED*

John Rizio-Hamilton
(See above for address)
*ATTORNEY TO BE NOTICED*

Kate Whitman Aufses
(See above for address)
*ATTORNEY TO BE NOTICED*

Lisa M. Port
(See above for address)
*ATTORNEY TO BE NOTICED*

Mark Franek
(See above for address)
*ATTORNEY TO BE NOTICED*

Nathan Hasiuk
(See above for address)
*ATTORNEY TO BE NOTICED*

Richard A Russo , Jr
(See above for address)
*ATTORNEY TO BE NOTICED*

Salvatore Jo Graziano
(See above for address)
*ATTORNEY TO BE NOTICED*

Sharan Nirmul
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Martin Cohen
*Individually and On Behalf of All Others Similarly Situated*

represented by Joseph Alexander Hood , II
Pomerantz LLP
600 Third Avenue
New York, NY 10016
(212)-661-1100
Email: ahood@pomlaw.com
*ATTORNEY TO BE NOTICED*

Jeremy Alan Lieberman
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
(212)-661-1100
Fax: (212)-661-8665
Email: jalieberman@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Shek Chun Wai

represented by Long Z Liu
Liu Law, Inc.
123 E. Valley Blvd., Suite 207
San Gabriel, CA 91776
626-927-9009
Email: office@theliulawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Consolidated Plaintiff**

Christophe Sterckx

represented by Philip Dongjoon Kim
Clifford Chance US, LLP (NYC)

31 West 52nd Street
New York, NY 10019
(212) 878-3167
Fax: (212) 878-8375
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**
Vijaya Gopu

represented by Vijaya Gopu
PRO SE

Kim Elaine Miller
Kahn Swick & Foti, LLC
250 Park Avenue
Suite 2040
New York, NY 10177
212-696-3732
Fax: 504-455-1498
Email: kim.miller@ksfcounsel.com
*TERMINATED: 07/17/2020*
*LEAD ATTORNEY*

**Consolidated Plaintiff**
Nirmala Gopu

represented by Nirmala Gopu
PRO SE

Kim Elaine Miller
(See above for address)
*TERMINATED: 07/17/2020*
*LEAD ATTORNEY*

V.
**Movant**
Luckin Investor Group

represented by Luckin Investor Group
PRO SE

Javier Bleichmar
Bleichmar Fonti & Auld LLP
7 Times Square, 27th fl
New York, NY 10036
212-789-1340
Fax: 212-205-3961
Email: jbleichmar@bfalaw.com
*TERMINATED: 10/27/2020*
*LEAD ATTORNEY*

**Movant**
Michael Bergenholtz

represented by Alan Ross Arkin
Offit Kurman P.A.
590 Madison Avenue
6th Floor
New York, NY 10022
929-476-0027
Fax: 212-545-1656
Email: alan.arkin@offitkurman.com
*LEAD ATTORNEY*

Brian E Cochran
Robbins Geller Rudman & Dowd LLP (SANDIEGO)
655 West Broadway
Suite 1900
San Diego, CA 92101
(619)-231-1058
Fax: (619)-231-7423
Email: bcochran@rgrdlaw.com
*ATTORNEY TO BE NOTICED*

**Movant**
Xin Huang

represented by Shannon Lee Hopkins
Levi & Korsinsky, LLP
1111 Summer Street
Suite 403
Stamford, CT 06905
203-992-4523
Email: shopkins@zlk.com
*ATTORNEY TO BE NOTICED*

**Movant**
Chunwei Zuo

represented by Shannon Lee Hopkins
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**
Majid Hajizadeh Bashy

represented by Shannon Lee Hopkins
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**
Amrik Hira

represented by Frederic Scott Fox , Sr
Kaplan Fox & Kilsheimer LLP (NYC)
850 Third Avenue
14th Floor
New York, NY 10022
(212) 687-1980

Fax: (212) 687-7714
Email: ffox@kaplanfox.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**
Mike Farhat

represented by **Richard William Gonnello**
Robbins Geller Rudman & Dowd LLP
420 Lexington Avenue
Suite 1832
New York, NY 10170
212-432-5100
Fax: 212-432-5110
Email: rgonnello@rgrdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**
HAPNEY Investment Management LLC

represented by **Gregory Bradley Linkh**
Glancy Prongay & Murray LLP
230 Park Avenue
Suite 358
New York, NY 10169
212-682-5340
Email: glinkh@glancylaw.com
*ATTORNEY TO BE NOTICED*

**Movant**
Mohsen Sajjadieh

represented by **Gregory Bradley Linkh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**
Marc Nehorayan

represented by **Gregory Bradley Linkh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**
Willem Develter

represented by **Gregory Bradley Linkh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**
Boston Retirement System

represented by **Leslie A. Blau**
Blau & Malmfeldt
566 West Adams Street
Suite 600
Chicago, IL 60661-3632
312-443-1600
Email: blaulaw@gmail.com
*ATTORNEY TO BE NOTICED*

**Movant**
Leonard Ross

represented by **Leonard Ross**
PRO SE

**Laurence Jesse Hasson**
Bernstein Liebhard, LLP
10 East 40th Street
New York, NY 10016
(212)-779-1414
Fax: (212)-779-3218
Email: lhasson@bernlieb.com
*TERMINATED: 11/06/2020*
*LEAD ATTORNEY*

**Movant**
Fulton County Employees' Retirement System

represented by **Fulton County Employees' Retirement System**
PRO SE

**Steven B. Singer**
Saxena White P.A.
10 Bank Street 8th Floor
White Plains, NY 10606
914-437-8551
Fax: 888-631-3611
Email: ssinger@saxenawhite.com
*TERMINATED: 06/19/2020*

**Movant**
Wei Zuo

represented by **Jeffrey Craig Block**
Block & Leviton LLP
155 Federal Street, Suite 1303
New York, NY 10013
(617)-398-5600
Fax: (617)-507-6020
Email: jeff@blockesq.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**
Jimmy Chan

represented by **Jeffrey Simon Abraham**
Abraham, Fruchter & Twersky, LLP
450 Seventh Avenue
38th Floor

New York, NY 10123
212-279-5050
Email: jabraham@aftlaw.com
*ATTORNEY TO BE NOTICED*

**Movant**
Satyanarayana Kanchanapalli

represented by Satyanarayana Kanchanapalli
PRO SE

Jason Allen Zweig
Keller Postman LLC
150 N Riverside Plaza
Suite 4100
Chicago, IL 60606
312-216-8667
Email: jzweig@bartkopavin.com
*TERMINATED: 06/16/2020*

**Movant**
Teamsters Local 710 Pension Fund

represented by Brian E Cochran
(See above for address)
*ATTORNEY TO BE NOTICED*

David Avi Rosenfeld
Robbins Geller Rudman & Dowd LLP (LI)
58 South Service Road
Suite 200
Melville, NY 11747
631-367-7100
Fax: 631-367-1173
Email: drosenfeld@rgrdlaw.com
*ATTORNEY TO BE NOTICED*

**Movant**
Chaile Steinberg

represented by Elizabeth S Metcalf
Safirstein Metcalf LLP
1345 Avenue of the Americas
2nd Floor
New York, NY 10105
212-201-2855
Fax: 212-201-2858
Email: emetcalf@safirsteinmetcalf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**
John Hickey

represented by Jeremy Alan Lieberman
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Phillip C. Kim
The Rosen Law Firm
275 Madison Avenue
40th Floor
New York, NY 10016
212-686-1060
Fax: 212-202-3827
Email: philkim@rosenlegal.com
*ATTORNEY TO BE NOTICED*

**Movant**
Regent Mercantile Holdings Limited

represented by Jeremy Alan Lieberman
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Phillip C. Kim
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**
James Sproul

represented by Jeremy Alan Lieberman
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Phillip C. Kim
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**
Li Tutang

represented by Jeremy Alan Lieberman
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Phillip C. Kim
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**
Khaled Abdullah Almdamegh

represented by Jeremy Alan Lieberman
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

Phillip C. Kim
(See above for address)
*ATTORNEY TO BE NOTICED*

Movant
Chesi Assets Limited Group

represented by Christopher J. Keller
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
(212) 907-0853
Fax: (212) 883-7053
Email: ckeller@labaton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Francis Paul McConville
Labaton & Sucharow LLP (NYC)
140 Broadway, 34th Floor
New York, NY 10005
212-907-0650
Fax: 212-818-0477
Email: fmcconville@labaton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Movant
Winslow Funds

represented by Brandon Michael Fierro
Rolnick Kramer Sadighi LLP
1251 Avenue of the Americas FL 18
New York, NY 10020
212-597-2815
Email: bfierro@coleschotz.com
*ATTORNEY TO BE NOTICED*

Frank Thomas More Catalina
Rolnick Kramer Sadighi LLP
1251 Avenue of the Americas
New York, NY 10020
212-597-2800
Email: fcatalina@rksllp.com
*ATTORNEY TO BE NOTICED*

Richard A Bodnar
Rolnick Kramer Sadighi LLP
1251 Avenue of the Americas FL 18
New York, NY 10020
212-597-2810
Email: rbodnar@rksllp.com
*ATTORNEY TO BE NOTICED*

Movant
City of Fort Myers' Police Officers' Retirement System

represented by Brian E Cochran
(See above for address)
*ATTORNEY TO BE NOTICED*

Movant
Kimson Chemical, Inc.

represented by Brian E Cochran
(See above for address)
*ATTORNEY TO BE NOTICED*

Movant
Kingstown Capital Management, L.P.

represented by Sigmund Samuel Wissner-Gross
Brown Rudnick LLP (NYC)
Seven Times Square
New York, NY 10036
212-209-4930
Fax: 212-938-2804
Email: swissnergross@brownrudnick.com
*ATTORNEY TO BE NOTICED*

Movant
Kingstown Partners Master Ltd.

represented by Sigmund Samuel Wissner-Gross
(See above for address)
*ATTORNEY TO BE NOTICED*

Movant
Kingstown Partners II L.P.

represented by Sigmund Samuel Wissner-Gross
(See above for address)
*ATTORNEY TO BE NOTICED*

Movant
Ktown LP

represented by Sigmund Samuel Wissner-Gross
(See above for address)
*ATTORNEY TO BE NOTICED*

Movant
Kingfishers, LP

represented by Sigmund Samuel Wissner-Gross
(See above for address)
*ATTORNEY TO BE NOTICED*

Movant
Kingstown 1740 Fund LP

represented by Sigmund Samuel Wissner-Gross
(See above for address)

*ATTORNEY TO BE NOTICED*

V.

**Defendant**
Luckin Coffee Inc.

represented by **Brian Stryker Weinstein**
Davis Polk & Wardwell LLP (NYC)
450 Lexington Avenue
New York, NY 10017
(212) 450-4972
Fax: (212) 450-3972
Email: brian.weinstein@dpw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence Jay Portnoy**
Davis Polk & Wardwell LLP (NYC)
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
Fax: (212) 450-3874
Email: lawrence.portnoy@davispolk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan K Chang**
Davis Polk & Wardwell LLP (NYC)
450 Lexington Avenue
New York, NY 10017
(212)-450-4323
Fax: (212)-450-3323
Email: jonathan.chang@dpw.com
*ATTORNEY TO BE NOTICED*

**Defendant**
Jenny Zhiyn Qian

**Defendant**
Reinout Hendrik Schakel

**Defendant**
Senn Shao

**Defendant**
Thomas P. Meier

represented by **Jason Jacob Mendro**
Gibson, Dunn & Crutcher LLP (DC)
1050 Connecticut Ave NW
Washington, DC 20036
(202) 887-3726
Email: jmendro@gibsondunn.com
*LEAD ATTORNEY*

**Edward C. Patterson**
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington DC, DC 20036
202-955-8500
Fax: 202-467-0539
Email: epatterson@gibsondunn.com
*ATTORNEY TO BE NOTICED*

V.

**Consolidated Defendant**
Charles Zhengyao Lu

**Consolidated Defendant**
Jian Liu

**Consolidated Defendant**
Erhai Liu

**Consolidated Defendant**
Jinyi Guo

**Consolidated Defendant**
Credit Suisse Securities (USA) LLC

represented by **Adam Shawn Mintz**
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
212-701-3981
Email: amintz@cahill.com
*ATTORNEY TO BE NOTICED*

**David George Januszewski**
Cahill Gordon & Reindel LLP
32 Old Slip
10005
New York, NY 10005
212-701-3352
Email: djanuszewski@cahill.com
*ATTORNEY TO BE NOTICED*

**Herbert Scott Washer**

Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
212-701-3435
Email: hwasher@cahill.com
*ATTORNEY TO BE NOTICED*

Samuel Giffin Mann
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
212-701-3000
Email: smann@cahill.com
*ATTORNEY TO BE NOTICED*

Sheila Chithran Ramesh
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
212-701-3833
Email: sramesh@cahill.com
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**
Morgan Stanley & Co. LLC

represented by  Adam Shawn Mintz
(See above for address)
*ATTORNEY TO BE NOTICED*

David George Januszewski
(See above for address)
*ATTORNEY TO BE NOTICED*

Herbert Scott Washer
(See above for address)
*ATTORNEY TO BE NOTICED*

Samuel Giffin Mann
(See above for address)
*ATTORNEY TO BE NOTICED*

Sheila Chithran Ramesh
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**
China International Capital Corporation Hong Kong Securities Limited

represented by  Adam Shawn Mintz
(See above for address)
*ATTORNEY TO BE NOTICED*

David George Januszewski
Cahill Gordon & Reindel LLP
Cahill Gordon & Reindel LLP
32 Old Slip
10005
New York, NY 10005
212-701-3352
Email: djanuszewski@cahill.com
*ATTORNEY TO BE NOTICED*

Herbert Scott Washer
(See above for address)
*ATTORNEY TO BE NOTICED*

Samuel Giffin Mann
(See above for address)
*ATTORNEY TO BE NOTICED*

Sheila Chithran Ramesh
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**
Haitong International Securities Company Limited

represented by  Adam Shawn Mintz
(See above for address)
*ATTORNEY TO BE NOTICED*

David George Januszewski
(See above for address)
*ATTORNEY TO BE NOTICED*

Herbert Scott Washer
(See above for address)
*ATTORNEY TO BE NOTICED*

Samuel Giffin Mann
(See above for address)
*ATTORNEY TO BE NOTICED*

Sheila Chithran Ramesh
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**
KeyBanc Capital Markets Inc

represented by  Adam Shawn Mintz
(See above for address)
*ATTORNEY TO BE NOTICED*

David George Januszewski
(See above for address)
*ATTORNEY TO BE NOTICED*

Herbert Scott Washer
(See above for address)
*ATTORNEY TO BE NOTICED*

Samuel Giffin Mann
(See above for address)
*ATTORNEY TO BE NOTICED*

Sheila Chithran Ramesh
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**
Needham & Company, LLC

represented by **Adam Shawn Mintz**
(See above for address)
*ATTORNEY TO BE NOTICED*

David George Januszewski
(See above for address)
*ATTORNEY TO BE NOTICED*

Herbert Scott Washer
(See above for address)
*ATTORNEY TO BE NOTICED*

Samuel Giffin Mann
(See above for address)
*ATTORNEY TO BE NOTICED*

Sheila Chithran Ramesh
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**
Hui Li

**ADR Provider**
Alexander Lawson

**ADR Provider**
Wing Sze Tiffany Wong

**ADR Provider**
Lai Ye

**Interested Party**
Lai Ye

represented by **Angus Ni**
AFN Law PLLC
506 2nd Ave
Suite 1400
Seattle, WA 98104
646-453-7294
Email: angus@moni.law
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/13/2020 | 1 | COMPLAINT against Luckin Coffee Inc., Jenny Zhiya Qian, Reinout Hendrik Schakel. (Filing Fee $ 400.00, Receipt Number ANYSDC-18796023)Document filed by Martin Cohen. (Attachments: # 1 Certification, # 2 Schedule A).(Lieberman, Jeremy) (Entered: 02/13/2020) |
| 02/13/2020 | 2 | CIVIL COVER SHEET filed..(Lieberman, Jeremy) (Entered: 02/13/2020) |
| 02/13/2020 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to LUCKIN COFFEE INC., JENNY ZHIYA QIAN, and REINOUT HENDRIK SCHAKEL, re: 1 Complaint. Document filed by Martin Cohen..(Lieberman, Jeremy) (Entered: 02/13/2020) |
| 02/13/2020 | 4 | NOTICE OF APPEARANCE by Joseph Alexander Hood, II on behalf of Martin Cohen..(Hood, Joseph) (Entered: 02/13/2020) |
| 02/13/2020 | 5 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Martin Cohen..(Hood, Joseph) (Entered: 02/13/2020) |
| 02/14/2020 |  | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Lewis J. Liman. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district-judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf-related-instructions..(pne) (Entered: 02/14/2020) |
| 02/14/2020 |  | Magistrate Judge James L. Cott is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (pne) (Entered: 02/14/2020) |
| 02/14/2020 |  | Case Designated ECF. (pne) (Entered: 02/14/2020) |
| 02/14/2020 | 6 | ELECTRONIC SUMMONS ISSUED as to Luckin Coffee Inc., Jenny Zhiya Qian, Reinout Hendrik Schakel..(pne) (Entered: 02/14/2020) |
| 02/14/2020 | 7 | ORDER REGARDING NOTICE TO PURPORTED PLAINTIFF CLASS MEMBERS: It is hereby ORDERED that no later than March 10, 2020, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice. SO ORDERED. (Signed by Judge Lewis J. Liman on 2/14/2020) (va) (Entered: 02/14/2020) |
| 03/10/2020 | 8 | RESPONSE re: 7 Order, . Document filed by Martin Cohen. (Attachments: # 1 Exhibit A - PSLRA Notice).(Hood, Joseph) (Entered: 03/10/2020) |
| 03/11/2020 | 9 | ORDER: Plaintiff's counsel notified the Court that the required notice was published on February 13, 2020. (Dkt. No. 8.) Members of the purported class therefore have until April 13, 2020 to move the Court to serve as lead plaintiffs. It is further ORDERED that opposition to any motion for appointment of lead plaintiff shall be served and filed by May 13, 2020. Finally, it is hereby ORDERED that a conference shall be held on June 2, 2020 at 11:00 a.m. in Courtroom 15C of the of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York to consider any motions for appointment of lead plaintiff and lead counsel and for consolidation, as further set forth in this order. It is further ORDERED that the named plaintiffs shall promptly serve a copy of this Order on each of the defendants. (Motions due by 4/13/2020. Responses due by 5/13/2020. Motion Hearing set for 6/2/2020 at 11:00 AM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman.) (Signed by Judge Lewis J. Liman on 3/11/2020) (jwh) (Entered: 03/11/2020) |

| | | |
|---|---|---|
| 04/13/2020 | 10 | MOTION to Appoint Wai Chun Shek to serve as lead plaintiff(s) ., MOTION to Consolidate Cases 1:20-cv-01677-KAM-VMS; 1:20-cv-02977 ., MOTION to Appoint Counsel . Document filed by Shek Chun Wai..(Liu, Long) (Entered: 04/13/2020) |
| 04/13/2020 | 11 | MEMORANDUM OF LAW in Support re: 10 MOTION to Appoint Wai Chun Shek to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20-cv-01677-KAM-VMS; 1:20-cv-02977 . MOTION to Appoint Counsel . , Document filed by Shek Chun Wai..(Liu, Long) (Entered: 04/13/2020) |
| 04/13/2020 | 12 | DECLARATION of Long Z. Liu in Support re: 10 MOTION to Appoint Wai Chun Shek to serve as lead plaintiff(s) , MOTION to Consolidate Cases 1:20-cv-01677-KAM-VMS; 1:20-cv-02977 . MOTION to Appoint Counsel ., Document filed by Shek Chun Wai..(Liu, Long) (Entered: 04/13/2020) |
| 04/13/2020 | | Pro Hac Vice Fee Payment: for 10 MOTION to Appoint Wai Chun Shek to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20-cv-01677-KAM-VMS; 1:20-cv-02977 . MOTION to Appoint Counsel .. Filing fee $ 200.00, receipt number ANYSDC-19419370,.(Liu, Long) (Entered: 04/13/2020) |
| 04/13/2020 | 13 | MOTION for Long Z. Liu to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Shek Chun Wai. (Attachments: # 1 Affidavit Declaration of Long Z. Liu in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of the Clerk of the Supreme Court of the State of California).(Liu, Long) (Entered: 04/13/2020) |
| 04/13/2020 | 14 | MOTION for Abraham S. Odabachian to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-19419469. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Shek Chun Wai. (Attachments: # 1 Affidavit Declaration of Abraham S. Odabachian in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of the Clerk of the Supreme Court of the State of California, # 3 Text of Proposed Order [Proposed] Order Admitting Abraham S. Odabachian Pro Hac Vice). (Liu, Long) (Entered: 04/13/2020) |
| 04/13/2020 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 14 MOTION for Abraham S. Odabachian to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-19419469. Motion and supporting papers to be reviewed by Clerk's Office staff., 13 MOTION for Long Z. Liu to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ad) (Entered: 04/13/2020) |
| 04/13/2020 | 15 | MOTION to Appoint Luckin Investor Group to serve as lead plaintiff(s) ., MOTION to Consolidate Cases 1:20-cv-01293, 1:20-cv-02977 ., MOTION to Appoint Counsel *Kehoe Law Firm, P.C.*. Document filed by Luckin Investor Group. (Attachments: # 1 Text of Proposed Order).(Bleichmar, Javier) (Entered: 04/13/2020) |
| 04/13/2020 | 16 | MEMORANDUM OF LAW in Support re: 15 MOTION to Appoint Luckin Investor Group to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20-cv-01293, 1:20-cv-02977 . MOTION to Appoint Counsel *Kehoe Law Firm, P.C.*. . Document filed by Luckin Investor Group..(Bleichmar, Javier) (Entered: 04/13/2020) |
| 04/13/2020 | 17 | DECLARATION of Javier Bleichmar in Support re: 15 MOTION to Appoint Luckin Investor Group to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20-cv-01293, 1:20-cv-02977 . MOTION to Appoint Counsel *Kehoe Law Firm, P.C.*. Document filed by Luckin Investor Group. (Attachments: # 1 Exhibit A - PSLRA certifications of Daniel L. Miremont and Kevin P. Conway, # 2 Exhibit B - Notice of pendency of Cohen v. Luckin Coffee, Inc., # 3 Exhibit C - Notice of pendency of Sterckx v. Luckin Coffee, Inc., # 4 Exhibit D - Notice of pendency of Gopu v. Luckin Coffee Inc., # 5 Exhibit E - Chart reflecting financial interest of Daniel L. Miremont and Kevin P. Conway, # 6 Exhibit F - Joint Declaration of Daniel L. Miremont and Kevin P. Conway, # 7 Exhibit G - Firm Resume of Kehoe Law Firm, P.C., # 8 Exhibit H - Firm Resume of BFA).(Bleichmar, Javier) (Entered: 04/13/2020) |
| 04/13/2020 | 18 | MOTION to Appoint Michael Bergenholtz to serve as lead plaintiff(s) ., MOTION to Consolidate Cases 1:20-cv-02977 *and motion approving Movants selection of Berger Montague PC (Berger Montague) as Lead Counsel for the Class*. Document filed by Michael Bergenholtz..(Arkin, Alan) (Entered: 04/13/2020) |
| 04/13/2020 | 19 | DECLARATION of Alan Arkin in Support re: 18 MOTION to Appoint Michael Bergenholtz to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20-cv-02977 *and motion approving Movants selection of Berger Montague PC (Berger Montague) as Lead Counsel for the Class*.. Document filed by Michael Bergenholtz. (Attachments: # 1 Certification of Michael Bergenholtz, # 2 Notice of Pendency, # 3 Loss Analysis, # 4 Berger Montague Firm Bio, # 5 CTSW Firm Bio).(Arkin, Alan) (Entered: 04/13/2020) |
| 04/13/2020 | 20 | MEMORANDUM OF LAW in Support re: 18 MOTION to Appoint Michael Bergenholtz to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20-cv-02977 *and motion approving Movants selection of Berger Montague PC (Berger Montague) as Lead Counsel for the Class*. . Document filed by Michael Bergenholtz..(Arkin, Alan) (Entered: 04/13/2020) |
| 04/13/2020 | 21 | PROPOSED ORDER. Document filed by Michael Bergenholtz. Related Document Number: 18 .,(Arkin, Alan) Proposed Order to be reviewed by Clerk's Office staff. (Entered: 04/13/2020) |
| 04/13/2020 | 22 | MOTION to Consolidate Cases 1:20-cv-01293 and 1:20-cv-02977 ., MOTION to Appoint Xin Huang, Chunwei Zuo, and Majid Hajizadeh Bashy (the "Luckin Investor Group') to serve as lead plaintiff(s) ., MOTION to Appoint Counsel *Levi & Korsinsky, LLP*. Document filed by Xin Huang, Chunwei Zuo, Majid Hajizadeh Bashy. (Attachments: # 1 Text of Proposed Order).(Hopkins, Shannon) (Entered: 04/13/2020) |
| 04/13/2020 | 23 | MEMORANDUM OF LAW in Support re: 22 MOTION to Consolidate Cases 1:20-cv-01293 and 1:20-cv-02977 . MOTION to Appoint Xin Huang, Chunwei Zuo, and Majid Hajizadeh Bashy (the "Luckin Investor Group') to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Levi & Korsinsky, LLP*. . Document filed by Majid Hajizadeh Bashy, Xin Huang, Chunwei Zuo,.(Hopkins, Shannon) (Entered: 04/13/2020) |
| 04/13/2020 | 24 | DECLARATION of Shannon L. Hopkins in Support re: 22 MOTION to Consolidate Cases 1:20-cv-01293 and 1:20-cv-02977 . MOTION to Appoint Xin Huang, Chunwei Zuo, and Majid Hajizadeh Bashy (the "Luckin Investor Group') to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Levi & Korsinsky, LLP*.. Document filed by Majid Hajizadeh Bashy, Xin Huang, Chunwei Zuo. (Attachments: # 1 Exhibit PSLRA Certifications, # 2 Exhibit Loss Charts, # 3 Exhibit PSLRA Notice, # 4 Exhibit LK Resume, # 5 Exhibit Joint Declaration).(Hopkins, Shannon) (Entered: 04/13/2020) |
| 04/13/2020 | 25 | MOTION to Appoint Amrik Hira to serve as lead plaintiff(s) ,*consolidating related actions, approving Mr. Hiras selection of Kaplan Fox & Kilsheimer LLP to serve as Lead Counsel for the class, and for any such further relief as the Court may deem just and proper*.. Document filed by Amrik Hira. (Attachments: # 1 Text of Proposed Order).(Fox, Frederic) (Entered: 04/13/2020) |
| 04/13/2020 | 26 | MEMORANDUM OF LAW in Support re: 25 MOTION to Appoint Amrik Hira to serve as lead plaintiff(s) ,*consolidating related actions, approving Mr. Hiras selection of Kaplan Fox & Kilsheimer LLP to serve as Lead Counsel for the class, and for any such further relief as the Court may deem j*. Document filed by Amrik Hira..(Fox, Frederic) (Entered: 04/13/2020) |
| 04/13/2020 | 27 | DECLARATION of Frederic S. Fox in Support re: 25 MOTION to Appoint Amrik Hira to serve as lead plaintiff(s) ,*consolidating related actions, approving Mr. Hiras selection of Kaplan Fox & Kilsheimer LLP to serve as Lead Counsel for the class, and for any such further relief as the Court may deem j*. Document filed by Amrik Hira. (Attachments: # 1 Exhibit A - Notice of filing of first case, # 2 Exhibit B - HIRA Cert, # 3 Exhibit C - HIRA Loss Exhibit, # 4 Exhibit D - Kaplan Fox Firm Resume).(Fox, Frederic) (Entered: 04/13/2020) |
| 04/13/2020 | 28 | MOTION to Appoint Mike Farhat to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by Mike Farhat..(Gonnello, Richard) (Entered: 04/13/2020) |
| 04/13/2020 | 29 | MEMORANDUM OF LAW in Support re: 28 MOTION to Appoint Mike Farhat to serve as lead plaintiff(s) . MOTION to Appoint Counsel . , Document filed by Mike Farhat..(Gonnello, Richard) (Entered: 04/13/2020) |
| 04/13/2020 | 30 | DECLARATION of Richard W. Gonnello in Support re: 28 MOTION to Appoint Mike Farhat to serve as lead plaintiff(s) . MOTION to Appoint Counsel ., Document filed by Mike Farhat. (Attachments: # 1 Exhibit A - Notice of Pendency of Class Action, # 2 Exhibit B - PSLRA Certification of Farhat, # 3 Exhibit C - Chart of Farhat's Losses, # 4 Exhibit D - Firm Resume of Faruqi & Faruqi, LLP).(Gonnello, Richard) (Entered: 04/13/2020) |
| 04/13/2020 | 31 | PROPOSED ORDER. Document filed by Mike Farhat. Related Document Number: 28 .,(Gonnello, Richard) Proposed Order to be reviewed by Clerk's Office staff. (Entered: 04/13/2020) |
| 04/13/2020 | 32 | MOTION to Appoint Counsel ., MOTION to Appoint HAPNEY Investment Management LLC, Mohsen Sajjadieh, Marc Nehorayan, and Willem Develter to serve as lead plaintiff(s) ., MOTION to Consolidate Cases 1:20-cv-01293-LJL and 1:20-cv-02977-NRB . Document filed by HAPNEY Investment Management LLC, Mohsen Sajjadieh, Marc Nehorayan, Willem Develter. (Attachments: # 1 Text of Proposed Order).(Linkh, Gregory) (Entered: 04/13/2020) |
| 04/13/2020 | 33 | MEMORANDUM OF LAW in Support re: 32 MOTION to Appoint Counsel . MOTION to Appoint HAPNEY Investment Management LLC, Mohsen Sajjadieh, Marc Nehorayan, and Willem Develter to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20-cv-01293-LJL and 1:20-cv-02977-NRB . , Document filed by Willem Develter, HAPNEY Investment Management LLC, Marc Nehorayan, Mohsen Sajjadieh..(Linkh, Gregory) (Entered: 04/13/2020) |
| 04/13/2020 | 34 | MOTION to Add Applicant(s) Boston Retirement System ., MOTION to Appoint Boston Retirement System to serve as lead plaintiff(s) ., MOTION to Appoint Counsel ., MOTION to Consolidate Cases 20-cv-1293 and 20-cv-02977 . Document filed by Boston Retirement System. (Attachments: # 1 Text of Proposed Order).(Blau, Leslie) (Entered: 04/13/2020) |
| 04/13/2020 | 35 | MEMORANDUM OF LAW in Support re: 34 MOTION to Add Applicant(s) Boston Retirement System . MOTION to Appoint Boston Retirement System to serve as lead plaintiff(s) . MOTION to Appoint Counsel . MOTION to Consolidate Cases 20-cv-1293 and 20-cv-02977 . . Document filed by Boston Retirement System..(Blau, Leslie) (Entered: 04/13/2020) |

| 04/13/2020 | 36 | DECLARATION of Gregory B. Linkh in Support re: 32 MOTION to Appoint Counsel , MOTION to Appoint HAPNEY Investment Management LLC, Mohsen Sajjadieh, Marc Nehorayan, and Willem Devolter to serve as lead plaintiff(s) , MOTION to Consolidate Cases 1:20-cv-01293-LJL and 1:20-cv-02977-NRB ., Document filed by Willem Devolter, HAPNEY Investment Management LLC, Marc Nehorayan, Mohsen Sajjadieh. (Attachments: # 1 Exhibit A- Press Release, # 2 Exhibit B - Press Release, # 3 Exhibit C - Certifications, # 4 Exhibit D - Loss Chart, # 5 Exhibit E - Firm Resume).(Linkh, Gregory) (Entered: 04/13/2020) |
| 04/13/2020 | 37 | DECLARATION of Kimberly Donaldson-Smith in Support re: 34 MOTION to Add Applicant(s) Boston Retirement System , MOTION to Appoint Boston Retirement System to serve as lead plaintiff(s) , MOTION to Appoint Counsel , MOTION to Consolidate Cases 20-cv-1293 and 20-cv-02977 ., Document filed by Boston Retirement System. (Attachments: # 1 PSLRA Notice, # 2 PSLRA Notice, # 3 PSLRA Certification, # 4 Loss Chart, # 5 Chimicles Firm Resume).(Blau, Leslie) (Entered: 04/13/2020) |
| 04/13/2020 | 38 | MOTION to Appoint Leonard Ross to serve as lead plaintiff(s) ., MOTION to Appoint Counsel ., MOTION to Consolidate Cases 1:20-cv-02977 , Document filed by Leonard Ross. (Attachments: # 1 Text of Proposed Order).(Hasson, Laurence) (Entered: 04/13/2020) |
| 04/13/2020 | 39 | MEMORANDUM OF LAW in Support re: 38 MOTION to Appoint Leonard Ross to serve as lead plaintiff(s) , MOTION to Appoint Counsel , MOTION to Consolidate Cases 1:20-cv-02977 , , Document filed by Leonard Ross,.(Hasson, Laurence) (Entered: 04/13/2020) |
| 04/13/2020 | 40 | DECLARATION of Laurence J. Hasson in Support re: 38 MOTION to Appoint Leonard Ross to serve as lead plaintiff(s) , MOTION to Appoint Counsel , MOTION to Consolidate Cases 1:20-cv-02977 ., Document filed by Leonard Ross. (Attachments: # 1 Exhibit A (Notice), # 2 Exhibit B (PSLRA Cert), # 3 Exhibit C (Loss Chart), # 4 Exhibit D (Firm Resume)).(Hasson, Laurence) (Entered: 04/13/2020) |
| 04/13/2020 | 41 | MOTION to Consolidate Cases 1:20-cv-02977 ., MOTION to Appoint Fulton County Employees' Retirement System to serve as lead plaintiff(s) ., MOTION to Approve Counsel , Document filed by Fulton County Employees' Retirement System..(Singer, Steven) (Entered: 04/13/2020) |
| 04/13/2020 | 42 | PROPOSED ORDER. Document filed by Fulton County Employees' Retirement System. Related Document Number: 41 ..(Singer, Steven) Proposed Order to be reviewed by Clerk's Office staff. (Entered: 04/13/2020) |
| 04/13/2020 | 43 | MOTION to Appoint Wei Zuo to serve as lead plaintiff(s) ., MOTION to Consolidate Cases 20-cv-1293, 20-cv-2977 ,, MOTION to Appoint Counsel , Document filed by Wei Zuo. (Attachments: # 1 Text of Proposed Order).(Block, Jeffrey) (Entered: 04/13/2020) |
| 04/13/2020 | 44 | MOTION to Consolidate Cases 1:20-cv-02977 , 1:20-cv-01293., MOTION to Appoint JIMMY CHAN to serve as lead plaintiff(s) , Document filed by Jimmy Chan. (Attachments: # 1 Text of Proposed Order).(Abraham, Jeffrey) (Entered: 04/13/2020) |
| 04/13/2020 | 45 | MEMORANDUM OF LAW in Support re: 41 MOTION to Consolidate Cases 1:20-cv-02977 , MOTION to Appoint Fulton County Employees' Retirement System to serve as lead plaintiff(s) , MOTION to Approve Counsel , , Document filed by Fulton County Employees' Retirement System..(Singer, Steven) (Entered: 04/13/2020) |
| 04/13/2020 | 46 | MEMORANDUM OF LAW in Support re: 43 MOTION to Appoint Wei Zuo to serve as lead plaintiff(s) , MOTION to Consolidate Cases 20-cv-1293, 20-cv-2977 , MOTION to Appoint Counsel , , Document filed by Wei Zuo,.(Block, Jeffrey) (Entered: 04/13/2020) |
| 04/13/2020 | 47 | MEMORANDUM OF LAW in Support re: 44 MOTION to Consolidate Cases 1:20-cv-02977 , 1:20-cv-01293. MOTION to Appoint JIMMY CHAN to serve as lead plaintiff(s) ., Document filed by Jimmy Chan,.(Abraham, Jeffrey) (Entered: 04/13/2020) |
| 04/13/2020 | 48 | MOTION to Appoint Satyanarayana Kanchanapalli to serve as lead plaintiff(s) ., MOTION to Appoint Counsel , Document filed by Satyanarayana Kanchanapalli. (Attachments: # 1 Text of Proposed Order).(Zweig, Jason) (Entered: 04/13/2020) |
| 04/13/2020 | 49 | NOTICE OF APPEARANCE by David Avi Rosenfeld on behalf of Teamsters Local 710 Pension Fund..(Rosenfeld, David) (Entered: 04/13/2020) |
| 04/13/2020 | 50 | DECLARATION of Steven B. Singer in Support re: 41 MOTION to Consolidate Cases 1:20-cv-02977 , MOTION to Appoint Fulton County Employees' Retirement System to serve as lead plaintiff(s) , MOTION to Approve Counsel ., Document filed by Fulton County Employees' Retirement System. (Attachments: # 1 Exhibit A - PSLRA Notice, # 2 Exhibit B - PSLRA Notice, # 3 Exhibit C - Certification, # 4 Exhibit D - Loss Chart, # 5 Exhibit E - Saxena White Firm Biography).(Singer, Steven) (Entered: 04/13/2020) |
| 04/13/2020 | 51 | MOTION to Appoint Teamsters Local 710 Pension Fund to serve as lead plaintiff(s) ., MOTION to Appoint Counsel , Document filed by Teamsters Local 710 Pension Fund..(Rosenfeld, David) (Entered: 04/13/2020) |
| 04/13/2020 | 52 | MEMORANDUM OF LAW in Support re: 48 MOTION to Appoint Satyanarayana Kanchanapalli to serve as lead plaintiff(s) , MOTION to Appoint Counsel . . Document filed by Satyanarayana Kanchanapalli..(Zweig, Jason) (Entered: 04/13/2020) |
| 04/13/2020 | 53 | DECLARATION of Jeffrey C. Block in Support re: 43 MOTION to Appoint Wei Zuo to serve as lead plaintiff(s) , MOTION to Consolidate Cases 20-cv-1293, 20-cv-2977 , MOTION to Appoint Counsel ., Document filed by Wei Zuo. (Attachments: # 1 Exhibit Press Release, # 2 Exhibit Press Release, # 3 Exhibit Press Release, # 4 Exhibit Declaration of Wei Zuo, # 5 Exhibit PSLRA Certification, # 6 Exhibit Loss Chart, # 7 Exhibit Block & Leviton LLP Firm CV).(Block, Jeffrey) (Entered: 04/13/2020) |
| 04/13/2020 | 54 | MEMORANDUM OF LAW in Support re: 51 MOTION to Appoint Teamsters Local 710 Pension Fund to serve as lead plaintiff(s) , MOTION to Appoint Counsel . . Document filed by Teamsters Local 710 Pension Fund..(Rosenfeld, David) (Entered: 04/13/2020) |
| 04/13/2020 | 55 | DECLARATION of Jeffrey S. Abraham in Support re: 44 MOTION to Consolidate Cases 1:20-cv-02977 , 1:20-cv-01293. MOTION to Appoint JIMMY CHAN to serve as lead plaintiff(s) ., Document filed by Jimmy Chan. (Attachments: # 1 Exhibit Notice, # 2 Exhibit Jimmy Chan Certification, # 3 Exhibit Gopus Certification, # 4 Exhibit Firm Resume).(Abraham, Jeffrey) (Entered: 04/13/2020) |
| 04/13/2020 | 56 | DECLARATION of David A. Rosenfeld in Support re: 51 MOTION to Appoint Teamsters Local 710 Pension Fund to serve as lead plaintiff(s) , MOTION to Appoint Counsel .. Document filed by Teamsters Local 710 Pension Fund. (Attachments: # 1 Exhibit A - Cohen Notice, # 2 Exhibit B - Sterckx Notice, # 3 Exhibit C - Certification, # 4 Exhibit D - Estimate of losses).(Rosenfeld, David) (Entered: 04/13/2020) |
| 04/13/2020 | 57 | PROPOSED ORDER. Document filed by Teamsters Local 710 Pension Fund. Related Document Number: 51 ..(Rosenfeld, David) Proposed Order to be reviewed by Clerk's Office staff. (Entered: 04/13/2020) |
| 04/13/2020 | 58 | MOTION to Appoint Chaile Steinberg to serve as lead plaintiff(s) ., MOTION to Appoint Counsel ., MOTION to Consolidate Cases 1:20-cv-01293; 1:20-cv-02977 , Document filed by Chaile Steinberg. Return Date set for 6/2/2020 at 11:00 AM. (Attachments: # 1 Exhibit Proposed Order).(Metcalf, Elizabeth) (Entered: 04/13/2020) |
| 04/13/2020 | 59 | DECLARATION of Lucas E. Gilmore in Support re: 48 MOTION to Appoint Satyanarayana Kanchanapalli to serve as lead plaintiff(s) , MOTION to Appoint Counsel ., Document filed by Satyanarayana Kanchanapalli. (Attachments: # 1 Exhibit A - Notice of Pendency, # 2 Exhibit B - Movant's Certification, # 3 Exhibit C - Loss Chart, # 4 Exhibit D - Firm Resume).(Zweig, Jason) (Entered: 04/13/2020) |
| 04/13/2020 | 60 | MEMORANDUM OF LAW in Support re: 58 MOTION to Appoint Chaile Steinberg to serve as lead plaintiff(s) , MOTION to Appoint Counsel , MOTION to Consolidate Cases 1:20-cv-01293; 1:20-cv-02977 . . Document filed by Chaile Steinberg..(Metcalf, Elizabeth) (Entered: 04/13/2020) |
| 04/13/2020 | 61 | MOTION to Appoint Sjunde AP-Fonden and Louisiana Sheriffs Pension & Relief Fund to serve as lead plaintiff(s) . Document filed by Sjunde AP-Fonden, Louisiana Sheriffs Pension & Relief Fund..(Silk, Gerald) (Entered: 04/13/2020) |
| 04/13/2020 | 62 | DECLARATION of Elizabeth Metcalf in Support re: 58 MOTION to Appoint Chaile Steinberg to serve as lead plaintiff(s) , MOTION to Appoint Counsel , MOTION to Consolidate Cases 1:20-cv-01293; 1:20-cv-02977 .. Document filed by Chaile Steinberg. (Attachments: # 1 Exhibit A Notice, # 2 Exhibit B Certification, # 3 Exhibit C Loss Chart, # 4 Exhibit D Resume).(Metcalf, Elizabeth) (Entered: 04/13/2020) |
| 04/13/2020 | 63 | MEMORANDUM OF LAW in Support re: 61 MOTION to Appoint Sjunde AP-Fonden and Louisiana Sheriffs Pension & Relief Fund to serve as lead plaintiff(s) . . Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden,.(Silk, Gerald) (Entered: 04/13/2020) |
| 04/13/2020 | 64 | MOTION to Consolidate Cases 20-cv-02977 ., MOTION to Appoint John Hickey, Regent Mercantile Holdings Limited, James Sproul, Li Tutang, and Khaled Abdullah Almdamegh to serve as lead plaintiff(s) ., MOTION to Approve Counsel . Document filed by John Hickey, Regent Mercantile Holdings Limited, James Sproul, Li Tutang, Khaled Abdullah Almdamegh..(Lieberman, Jeremy) (Entered: 04/13/2020) |
| 04/13/2020 | 65 | PROPOSED ORDER. Document filed by Khaled Abdullah Almdamegh, John Hickey, Regent Mercantile Holdings Limited, James Sproul, Li Tutang. Related Document Number: 64 ..(Lieberman, Jeremy) Proposed Order to be reviewed by Clerk's Office staff. (Entered: 04/13/2020) |
| 04/13/2020 | 66 | MEMORANDUM OF LAW in Support re: 64 MOTION to Consolidate Cases 20-cv-02977 , MOTION to Appoint John Hickey, Regent Mercantile Holdings Limited, James Sproul, Li Tutang, and Khaled Abdullah Almdamegh to serve as lead plaintiff(s) , MOTION to Approve Counsel . . Document filed by Khaled Abdullah Almdamegh, John Hickey, Regent Mercantile Holdings Limited, James Sproul, Li Tutang. (Attachments: # 1 Exhibit 1 - Assignment, # 2 Exhibit 2 - Press Release, # 3 Exhibit 3 - Certifications, # 4 Exhibit 4 - Loss Chart, # 5 Exhibit 5 - Joint Declaration, # 6 Exhibit 6 - Pomerantz Resume, # 7 Exhibit 7 - Rosen resume).(Lieberman, Jeremy) (Entered: 04/13/2020) |

| | | |
|---|---|---|
| 04/13/2020 | 67 | DECLARATION of Gerald H. Silk in Support re: 61 MOTION to Appoint Sjunde AP-Fonden and Louisiana Sheriffs Pension & Relief Fund to serve as lead plaintiff(s) .. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. (Attachments: # 1 Exhibit A - Certifications, # 2 Exhibit B - Loss Charts, # 3 Exhibit C - Cohen Notice, # 4 Exhibit D - Sterckx Notice, # 5 Exhibit E - Gopu CP Notice, # 6 Exhibit F - PSLRA Expanded CP Notices, # 7 Exhibit G - Joint Declaration, # 8 Exhibit H - Kessler Topaz Resume, # 9 Exhibit I - Bernstein Litowitz Resume).(Silk, Gerald) (Entered: 04/13/2020) |
| 04/13/2020 | 68 | PROPOSED ORDER. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. Related Document Number: [ECF No. 61]..(Silk, Gerald) Proposed Order to be reviewed by Clerk's Office staff. (Entered: 04/13/2020) |
| 04/13/2020 | 69 | MOTION to Consolidate Cases 20-2977 ., MOTION to Appoint ., MOTION to Appoint Counsel . Document filed by Chesi Assets Limited Group..(McConville, Francis) (Entered: 04/13/2020) |
| 04/14/2020 | 70 | MEMORANDUM OF LAW in Support re: 69 MOTION to Consolidate Cases 20-2977 . MOTION to Appoint . MOTION to Appoint Counsel . . Document filed by Chesi Assets Limited Group..(McConville, Francis) (Entered: 04/14/2020) |
| 04/14/2020 | 71 | DECLARATION of Francis P. McConville in Support re: 69 MOTION to Consolidate Cases 20-2977 . MOTION to Appoint . MOTION to Appoint Counsel ., Document filed by Chesi Assets Limited Group. (Attachments: # 1 Exhibit A - Certifications, # 2 Exhibit B - Loss Analysis, # 3 Exhibit C - Notice Cohen Action, # 4 Exhibit D - Notice Sterckx Action, # 5 Exhibit E - Labaton Sucharow Firm Resume).(McConville, Francis) (Entered: 04/14/2020) |
| 04/14/2020 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 21 Proposed Order was reviewed and approved as to form. (dt) (Entered: 04/14/2020) |
| 04/14/2020 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 31 Proposed Order was reviewed and approved as to form. (dt) (Entered: 04/14/2020) |
| 04/14/2020 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 42 Proposed Order was reviewed and approved as to form. (dt) (Entered: 04/14/2020) |
| 04/14/2020 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 57 Proposed Order was reviewed and approved as to form. (dt) (Entered: 04/14/2020) |
| 04/14/2020 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 65 Proposed Order, was reviewed and approved as to form. (dt) (Entered: 04/14/2020) |
| 04/14/2020 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 68 Proposed Order was reviewed and approved as to form. (dt) (Entered: 04/14/2020) |
| 04/14/2020 | 72 | PROPOSED ORDER. Document filed by Chesi Assets Limited Group. Related Document Number: [Dkt 69]..(McConville, Francis) Proposed Order to be reviewed by Clerk's Office staff. (Entered: 04/14/2020) |
| 04/14/2020 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 72 Proposed Order was reviewed and approved as to form. (dt) (Entered: 04/14/2020) |
| 04/15/2020 | 73 | LETTER addressed to Judge Lewis J. Liman from Gerald H. Silk dated April 15, 2020 re: Letter submitted to Judge Kiyo A. Matsumoto in related actions. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. (Attachments: # 1 Letter to Judge Matsumoto, dated April 15, 2020).(Silk, Gerald) (Entered: 04/15/2020) |
| 04/20/2020 | 74 | NOTICE of Non-Opposition to Competing Lead Plaintiff Motions. Document filed by Mike Farhat..(Gonnello, Richard) (Entered: 04/20/2020) |
| 04/21/2020 | 75 | NOTICE OF APPEARANCE by Christopher J. Keller on behalf of Chesi Assets Limited Group..(Keller, Christopher) (Entered: 04/21/2020) |
| 04/21/2020 | 76 | DECLARATION of Christopher J. Keller in Support re: 69 MOTION to Consolidate Cases 20-2977 . MOTION to Appoint . MOTION to Appoint Counsel .. Document filed by Chesi Assets Limited Group. (Attachments: # 1 Exhibit A - Chesi Declaration, # 2 Exhibit B - Amended Certification, # 3 Exhibit C - Amended Loss Analysis, # 4 Exhibit D - Interactive Declaration).(Keller, Christopher) (Entered: 04/21/2020) |
| 04/22/2020 | 77 | NOTICE of Withdrawal of Lead Plaintiff Motion re: 43 MOTION to Appoint Wei Zuo to serve as lead plaintiff(s) . MOTION to Consolidate Cases 20-cv-1293, 20-cv-2977 . MOTION to Appoint Counsel .. Document filed by Wei Zuo..(Block, Jeffrey) (Entered: 04/22/2020) |
| 04/22/2020 | 78 | NOTICE of Withdrawal of Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel re: 18 MOTION to Appoint Michael Bergenholtz to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20-cv-02977 and motion approving Movants selection of Berger Montague PC (Berger Montague) as Lead Counsel for the Class.. Document filed by Michael Bergenholtz..(Arkin, Alan) (Entered: 04/22/2020) |
| 04/24/2020 | 79 | NOTICE OF APPEARANCE by Lawrence Jay Portnoy on behalf of Luckin Coffee Inc...(Portnoy, Lawrence) (Entered: 04/24/2020) |
| 04/24/2020 | 80 | NOTICE OF APPEARANCE by Brian Stryker Weinstein on behalf of Luckin Coffee Inc...(Weinstein, Brian) (Entered: 04/24/2020) |
| 04/24/2020 | 81 | NOTICE OF APPEARANCE by Jonathan K. Chang on behalf of Luckin Coffee Inc...(Chang, Jonathan) (Entered: 04/24/2020) |
| 04/24/2020 | 82 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Luckin Coffee Inc...(Portnoy, Lawrence) (Entered: 04/24/2020) |
| 04/24/2020 | 83 | PROPOSED STIPULATION AND ORDER. Document filed by Luckin Coffee Inc...(Portnoy, Lawrence) (Entered: 04/24/2020) |
| 04/24/2020 | 84 | NOTICE of Non-Opposition to Competing Motions for Appointment of Lead Plaintiff and Approval of Selection of Lead Counsel. Document filed by Satyanarayana Kanchanapalli..(Zweig, Jason) (Entered: 04/24/2020) |
| 04/24/2020 | 85 | STIPULATION AND ORDER REGARDING SERVICE AND TIME TO ANSWER OR OTHERWISE PLEAD: IT IS HEREBY STIPULATED AND AGREED among the undersigned Parties, subject to the Court's approval, as follows: Counsel for Luckin hereby accepts service of Plaintiff's summons and complaint on behalf of Luckin, without waiver of any available defenses (other than improper service). Luckin and all other defendants named in this Action shall not be required to answer or otherwise respond to the complaint in this Action. Within fourteen days following entry of an order by the Court resolving the Lead Plaintiff Motions and the Consolidation Motions (or the later of the two if they are not resolved on the same date), Lead Plaintiff's Counsel and counsel for Luckin shall confer and submit a proposed schedule for the filing of a consolidated amended complaint and Luckin's response thereto. This Stipulation may be executed in counterparts, and copies thereof furnished by facsimile or in electronic format shall be deemed originals for all purposes. SO ORDERED. (Signed by Judge Lewis J. Liman on 4/24/2020) (rro) (Entered: 04/24/2020) |
| 04/27/2020 | 86 | NOTICE of Withdrawal of Motion of Jimmy Chan for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Counsel re: 44 MOTION to Consolidate Cases 1:20-cv-02977 , 1:20-cv-01293. MOTION to Appoint JIMMY CHAN to serve as lead plaintiff(s) .. Document filed by Jimmy Chan..(Abraham, Jeffroy) (Entered: 04/27/2020) |
| 04/27/2020 | 87 | NOTICE of Withdrawal of Motion re: 32 MOTION to Appoint Counsel . MOTION to Appoint HAPNEY Investment Management LLC, Mohsen Sajjadieh, Marc Nehorayan, and Willem Develter to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20-cv-01293-LJL and 1:20-cv-02977-NRB .. Document filed by Willem Develter, HAPNEY Investment Management LLC, Marc Nehorayan, Mohsen Sajjadieh..(Linkh, Gregory) (Entered: 04/27/2020) |
| 04/27/2020 | 88 | NOTICE of Non-Opposition to Competing Motions for Appointment as Lead Plaintiff and Approval of Lead Counsel. Document filed by Luckin Investor Group..(Hopkins, Shannon) (Entered: 04/27/2020) |
| 05/12/2020 | 89 | NOTICE of Withdrawal of Motion re: 34 MOTION to Add Applicant(s) Boston Retirement System . MOTION to Appoint Boston Retirement System to serve as lead plaintiff(s) . MOTION to Appoint Counsel . MOTION to Consolidate Cases 20-cv-1293 and 20-cv-02977 .. Document filed by Boston Retirement System..(Blau, Leslie) (Entered: 05/12/2020) |
| 05/12/2020 | 90 | NOTICE of MOVANT AMRIK HIRAS NON-OPPOSITION TO COMPETING MOTIONS FOR LEAD PLAINTIFF. Document filed by Amrik Hira..(Fox, Frederic) (Entered: 05/12/2020) |
| 05/13/2020 | 91 | NOTICE of Non-Opposition to Competing Lead Plaintiff Motions. Document filed by Luckin Investor Group..(Bleichmar, Javier) (Entered: 05/13/2020) |
| 05/13/2020 | 92 | NOTICE of Withdrawal of Motion re: 41 MOTION to Consolidate Cases 1:20-cv-02977 . MOTION to Appoint Fulton County Employees' Retirement System to serve as lead plaintiff(s) . MOTION to Approve Counsel .. Document filed by Fulton County Employees' Retirement System..(Singer, Steven) (Entered: 05/13/2020) |
| 05/13/2020 | 93 | RESPONSE in Support of Motion re: 64 MOTION to Consolidate Cases 20-cv-02977 . MOTION to Appoint John Hickey, Regent Mercantile Holdings Limited, James Sproul, Li Tutang, and Khaled Abdullah Almdamegh to serve as lead plaintiff(s) . MOTION to Approve Counsel . . Document filed by Khaled Abdullah Almdamegh, John Hickey, Regent Mercantile Holdings Limited, James Sproul, Li Tutang. (Attachments: # 1 Affidavit Declaration of Jeremy A. Lieberman, # 2 Exhibit A - Joint Declaration).(Lieberman, Jeremy) (Entered: 05/13/2020) |
| 05/13/2020 | 94 | NOTICE of Non-Opposition to the Competing Motions. Document filed by Leonard Ross..(Hasson, Laurence) (Entered: 05/13/2020) |
| 05/13/2020 | 95 | MEMORANDUM OF LAW in Opposition re: 32 MOTION to Appoint Counsel . MOTION to Appoint HAPNEY Investment Management LLC, Mohsen Sajjadieh, Marc Nehorayan, and Willem Develter to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20-cv-01293-LJL and 1:20-cv-02977-NRB ., 28 MOTION to Appoint Mike Farhat to serve as lead plaintiff(s) . MOTION to Appoint Counsel ., 48 MOTION to Appoint Satyanarayana Kanchanapalli to serve as lead plaintiff(s) . MOTION to Appoint Counsel ., 25 MOTION to Appoint Amrik Hira to serve as lead plaintiff(s) ,consolidating related actions, approving Mr. Hiras selection of Kaplan Fox & Kilsheimer LLP to serve as Lead Counsel for the class, and for any such further relief as the Court may deem j, 34 MOTION to Add Applicant(s) Boston Retirement System . MOTION to Appoint Boston Retirement System to serve as lead plaintiff(s) . MOTION to Appoint Counsel . MOTION to Consolidate Cases 20-cv-1293 and 20-cv-02977 ., 58 MOTION to Appoint Chaile Steinberg to serve as lead plaintiff(s) . MOTION to Appoint Counsel . MOTION to Consolidate Cases 1:20-cv-01293; 1:20-cv-02977 ., 15 MOTION to Appoint Luckin Investor Group to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20-cv-01293, 1:20-cv-02977 . MOTION to Appoint Counsel Kehoe Law Firm, P.C.., 61 MOTION to Appoint Sjunde AP- |

| | | |
|---|---|---|
| | | *Fonden and Louisiana Sheriffs Pension & Relief Fund to serve as lead plaintiff(s) ., 41 MOTION to Consolidate Cases 1:20-cv-02977 . MOTION to Appoint Fulton County Employees' Retirement System to serve as lead plaintiff(s) . MOTION to Approve Counsel ., 18 MOTION to Appoint Michael Bergenholtz to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20-cv-02977 and motion approving Movants selection of Berger Montague PC (Berger Montague) as Lead Counsel for the Class., 44 MOTION to Consolidate Cases 1:20-cv-02977, 1:20-cv-01293. MOTION to Appoint JIMMY CHAN to serve as lead plaintiff(s) ., 64 MOTION to Consolidate Cases 20-cv-02977 . MOTION to Appoint John Hickey, Regent Mercantile Holdings Limited, James Sproul, Li Tutang, and Khaled Abdullah Almdamegh to serve as lead plaintiff(s) . MOTION to Approve Counsel ., 43 MOTION to Appoint Wei Zuo to serve as lead plaintiff(s) . MOTION to Consolidate Cases 20-cv-1293, 20-cv-2977 . MOTION to Appoint Counsel ., 10 MOTION to Appoint Wai Chun Shek to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20-cv-01677-KAM-VMS; 1:20-cv-02977 . MOTION to Appoint Counsel ., 22 MOTION to Consolidate Cases 1:20-cv-01293 and 1:20-cv-02977 . MOTION to Appoint Xin Huang, Chunwei Zuo, and Majid Hajizadeh Bashy (the "Luckin Investor Group") to serve as lead plaintiff(s) . MOTION to Appoint Counsel Levi & Korsinsky, LLP., 69 MOTION to Consolidate Cases 20-2977 . MOTION to Appoint . MOTION to Appoint Counsel ., Document filed by Teamsters Local 710 Pension Fund. (Attachments: # 1 Stengle v. Am. Ital. Pasta Co., # 2 Chiaretti v. Orthodontic Ctrs. of Am., Inc., # 3 In re Silicon Storage Tech., Inc., # 4 In re Unimprovident Corp. Sec. Litig.).(Rosenfeld, David) (Entered: 05/13/2020)* |
| 05/13/2020 | 96 | DECLARATION of David A. Rosenfeld in Opposition re: 32 MOTION to Appoint Counsel , MOTION to Appoint HAPNEY Investment Management LLC, Mohsen Sajjadieh, Marc Nehorayan, and Willem Develter to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20-cv-01293-LJL and 1:20-cv-02977-NRB ., 28 MOTION to Appoint Mike Farhat to serve as lead plaintiff(s) . MOTION to Appoint Counsel ., 48 MOTION to Appoint Satyanarayana Kanchanapalli to serve as lead plaintiff(s) , MOTION to Appoint Counsel ., 25 MOTION to Appoint Amrik Hira to serve as lead plaintiff(s) ,consolidating related actions, approving Mr. Hiras selection of Kaplan Fox & Kilsheimer LLP to serve as Lead Counsel for the class, and for any such further relief as the Court may deem J, 34 MOTION to Add Applicant(s) Boston Retirement System . MOTION to Appoint Boston Retirement System to serve as lead plaintiff(s) . MOTION to Appoint Counsel . MOTION to Consolidate Cases 20-cv-1293 and 20-cv-02977 ., 58 MOTION to Appoint Chaile Steinberg to serve as lead plaintiff(s) , MOTION to Appoint Counsel . MOTION to Consolidate Cases 1:20-cv-01293; 1:20-cv-02977 ., 15 MOTION to Appoint Luckin Investor Group to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20-cv-01293, 1:20-cv-02977 . MOTION to Appoint Counsel Kehoe Law Firm, P.C.., 61 MOTION to Appoint Sjunde AP-Fonden and Louisiana Sheriffs Pension & Relief Fund to serve as lead plaintiff(s) ., 41 MOTION to Consolidate Cases 1:20-cv-02977 . MOTION to Appoint Fulton County Employees' Retirement System to serve as lead plaintiff(s) . MOTION to Approve Counsel ., 18 MOTION to Appoint Michael Bergenholtz to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20-cv-02977 and motion approving Movants selection of Berger Montague PC (Berger Montague) as Lead Counsel for the Class., 38 MOTION to Appoint Leonard Ross to serve as lead plaintiff(s) . MOTION to Appoint Counsel . MOTION to Consolidate Cases 1:20-cv-02977 ., 44 MOTION to Consolidate Cases 1:20-cv-02977, 1:20-cv-01293. MOTION to Appoint JIMMY CHAN to serve as lead plaintiff(s) ., 64 MOTION to Consolidate Cases 20-cv-02977 . MOTION to Appoint John Hickey, Regent Mercantile Holdings Limited, James Sproul, Li Tutang, and Khaled Abdullah Almdamegh to serve as lead plaintiff(s) . MOTION to Approve Counsel ., 43 MOTION to Appoint Wei Zuo to serve as lead plaintiff(s) . MOTION to Consolidate Cases 20-cv-1293, 20-cv-2977 . MOTION to Appoint Counsel ., 10 MOTION to Appoint Wai Chun Shek to serve as lead plaintiff(s) . MOTION to Consolidate Cases 1:20-cv-01677-KAM-VMS; 1:20-cv-02977 . MOTION to Appoint Counsel ., 22 MOTION to Consolidate Cases 1:20-cv-01293 and 1:20-cv-02977 . MOTION to Appoint Xin Huang, Chunwei Zuo, and Majid Hajizadeh Bashy (the "Luckin Investor Group") to serve as lead plaintiff(s) . MOTION to Appoint Counsel Levi & Korsinsky, LLP, 69 MOTION to Consolidate Cases 20-2977 . MOTION to Appoint . MOTION to Appoint Counsel ., Document filed by Teamsters Local 710 Pension Fund. (Attachments: # 1 Exhibit 1 - 1/15/17 Washington Post article).(Rosenfeld, David) (Entered: 05/13/2020) |
| 05/13/2020 | 97 | RESPONSE in Support of Motion re: 69 MOTION to Consolidate Cases 20-2977 . MOTION to Appoint . MOTION to Appoint Counsel . Memorandum in Further Support and in Opposition to all Competing Motions. Document filed by Chesi Assets Limited Group..(Keller, Christopher) (Entered: 05/13/2020) |
| 05/13/2020 | 98 | MEMORANDUM OF LAW in Support re: 61 MOTION to Appoint Sjunde AP-Fonden and Louisiana Sheriffs Pension & Relief Fund to serve as lead plaintiff(s) . . Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Silk, Gerald) (Entered: 05/13/2020) |
| 05/13/2020 | 99 | DECLARATION of Christopher J. Keller in Support re: 69 MOTION to Consolidate Cases 20-2977 . MOTION to Appoint . MOTION to Appoint Counsel ., Document filed by Chesi Assets Limited Group. (Attachments: # 1 Exhibit A - Movants Loss Analysis, # 2 Exhibit B - Declaration of Chad W. Coffman, CFA, # 3 Exhibit C - Expert Report of Jonathan R. Macey).(Keller, Christopher) (Entered: 05/13/2020) |
| 05/13/2020 | 100 | DECLARATION of Gerald H. Silk in Support re: 61 MOTION to Appoint Sjunde AP-Fonden and Louisiana Sheriffs Pension & Relief Fund to serve as lead plaintiff(s) .. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. (Attachments: # 1 Exhibit A - Independent Australia article, # 2 Exhibit B - Reuters article, # 3 Exhibit C - INB Holdings search results, # 4 Exhibit D - Securities Commission Malaysia 1999 Updates, # 5 Exhibit E - Securities Commission Malaysia 2002 Updates, # 6 Exhibit F - Wall Street Journal article, # 7 Exhibit G - Washington Post article, # 8 Exhibit H - The Star article, # 9 Exhibit I - Securities Commission Malaysia 2007 Updates, # 10 Exhibit J - Asian Wall Street Journal article, # 11 Exhibit K - Straits Times article, # 12 Exhibit L - TA Enterprise Annual Report, # 13 Exhibit M - Schall Law Firm Notice, # 14 Exhibit N - Business Day article, # 15 Exhibit O - Mail on Sunday article, # 16 Exhibit P - Almdamegh Loss Chart).(Silk, Gerald) (Entered: 05/13/2020) |
| 05/13/2020 | 101 | RESPONSE in Support of Motion re: 58 MOTION to Appoint Chaile Steinberg to serve as lead plaintiff(s) . MOTION to Appoint Counsel . MOTION to Consolidate Cases 1:20-cv-01293; 1:20-cv-02977 . . Document filed by Chaile Steinberg..(Metcalf, Elizabeth) (Entered: 05/13/2020) |
| 05/14/2020 | 102 | ORDER granting 13 Motion for Long Z. Liu to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (MM) (Entered: 05/14/2020) |
| 05/14/2020 | 103 | ORDER granting 14 Motion for Abraham S. Odabachian to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (MM) (Entered: 05/14/2020) |
| 05/15/2020 | 104 | ORDER: The above-captioned cases involve common questions of law and fact. For convenience, expedition, and judicial economy, the Court exercises its discretion to consolidate these cases into a single action. See Federal Rule of Civil Procedure 42(a)(2). The Clerk of Court is directed to consolidate all cases listed above under case number 20-cv-01293 and to close all other cases. Counsel are directed to make filings only under case number 20-cv-01293. SO ORDERED. (Signed by Judge Lewis J. Liman on 5/15/2020) (va) (Entered: 05/15/2020) |
| 05/20/2020 | 105 | ORDER. IT IS HEREBY ORDERED that the conference previously set for June 2, 2020 is ADJOURNED sine die. SO ORDERED. The following hearing(s) was terminated: Motion Hearing Deadline. Return Date DDL. (Signed by Judge Lewis J. Liman on 5/20/2020) (rjm) (Entered: 05/20/2020) |
| 05/20/2020 | 106 | REPLY MEMORANDUM OF LAW in Support re: 64 MOTION to Consolidate Cases 20-cv-02977 . MOTION to Appoint John Hickey, Regent Mercantile Holdings Limited, James Sproul, Li Tutang, and Khaled Abdullah Almdamegh to serve as lead plaintiff(s) . MOTION to Approve Counsel . . Document filed by Khaled Abdullah Almdamegh, John Hickey, Regent Mercantile Holdings Limited, James Sproul, Li Tutang. (Attachments: # 1 Exhibit A - Burns Declaration).(Lieberman, Jeremy) (Entered: 05/20/2020) |
| 05/20/2020 | 107 | REPLY MEMORANDUM OF LAW in Support re: 69 MOTION to Consolidate Cases 20-2977 . MOTION to Appoint . MOTION to Appoint Counsel . and in Opposition to All Competing Motions. Document filed by Chesi Assets Limited Group..(Keller, Christopher) (Entered: 05/20/2020) |
| 05/20/2020 | 108 | DECLARATION of Christopher J. Keller in Support re: 69 MOTION to Consolidate Cases 20-2977 . MOTION to Appoint . MOTION to Appoint Counsel ., Document filed by Chesi Assets Limited Group. (Attachments: # 1 Exhibit 1 - TA Enterprise Berhad, 2018 Annual Report, # 2 Exhibit 2 - Thomson Financial Data - TA Enterprise Berhad, # 3 Exhibit 3 - TA Global Berhad, 2018 Annual Report, # 4 Exhibit 4 - Malaysian Ministry of Foreign Affairs, FAQ, # 5 Exhibit 5 - The Edge Article, May 10, 2002, # 6 Exhibit 6 - Agence France-Presse Article, August 10, 1990, # 7 Exhibit 7 - N.Y.T. Article, March 7, 2018, # 8 Exhibit 8 - The Edge Article, April 9, 2007, # 9 Exhibit 9 - TA Election Results, # 10 Exhibit 10 - The Star Article, Aug. 14, 2010, # 11 Exhibit 11 - New Straits Times Article, September 23, 2007, # 12 Exhibit 12 - Intertrust Group, 2019 Annual Report, # 13 Exhibit 13 - N.P.R. Article, April 4, 2016, # 14 Exhibit 14 - Beyond Meat LP Order, # 15 Exhibit 15 - Kipling v. Flex Ltd.).(Keller, Christopher) (Entered: 05/20/2020) |
| 05/20/2020 | 109 | REPLY MEMORANDUM OF LAW in Support re: 61 MOTION to Appoint Sjunde AP-Fonden and Louisiana Sheriffs Pension & Relief Fund to serve as lead plaintiff(s) . . Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Silk, Gerald) (Entered: 05/20/2020) |
| 05/20/2020 | 110 | REPLY MEMORANDUM OF LAW in Support re: 58 MOTION to Appoint Chaile Steinberg to serve as lead plaintiff(s) . MOTION to Appoint Counsel . MOTION to Consolidate Cases 1:20-cv-01293; 1:20-cv-02977 . . Document filed by Chaile Steinberg..(Metcalf, Elizabeth) (Entered: 05/20/2020) |
| 05/20/2020 | 111 | DECLARATION of Gerald H. Silk in Support re: 61 MOTION to Appoint Sjunde AP-Fonden and Louisiana Sheriffs Pension & Relief Fund to serve as lead plaintiff(s) .. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. (Attachments: # 1 Exhibit A - GE LP Hearing Transcript, # 2 Exhibit B - Goldman Kent Decl., # 3 Exhibit C - GE LP Opp., # 4 Exhibit D - GE Mansson Decl., # 5 Exhibit E - Maximus Inc. LP Order, # 6 Exhibit F - Qualcomm LP Order, # 7 Exhibit G - JPMorgan LP Order, # 8 Exhibit H - Ocwen Class Cert Order, # 9 Exhibit I - Robbins Geller non-U.S. LP representations).(Silk, Gerald) (Entered: 05/20/2020) |
| 05/21/2020 | 112 | LETTER addressed to Judge Lewis J. Liman from David A. Rosenfeld dated 05/21/2020 re: Leave to File Reply. Document filed by Teamsters Local 710 Pension Fund..(Rosenfeld, David) (Entered: 05/21/2020) |
| 05/21/2020 | 113 | MEMO ENDORSEMENT on re: 112 Letter filed by Teamsters Local 710 Pension Fund. ENDORSEMENT: Application to submit a reply brief is GRANTED. The brief shall be submitted no later than 5:00 p.m. on May 22, 2020. ( Replies due by 5/22/2020.) (Signed by Judge Lewis J. Liman on 5/21/2020) (rro) (Entered: 05/21/2020) |
| 05/22/2020 | 114 | REPLY MEMORANDUM OF LAW in Support re: 51 MOTION to Appoint Teamsters Local 710 Pension Fund to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by Teamsters Local 710 Pension Fund. (Attachments: # 1 In re Silicon Storage Tech., Inc.).(Rosenfeld, David) (Entered: 05/22/2020) |
| 05/26/2020 | 115 | ORDER: IT IS HEREBY ORDERED that movant Chesi Assets Limited Group provide the Court with the documents issued by or filed with the Malaysian court system and/or the Securities Commission Malaysia related to Tiah Thee Kian's 2002 conviction purportedly for violating Malaysian securities laws. Such documents should include, inter alia, documents reflecting the charges brought against Tiah Thee Kian, any admission of guilt by him, any decision not to prosecute Tiah Thee Kian on any charges, and the judgment or decision finding Tiah Thee Kian as liable and imposing a penalty against him, as well as any opinions issued. If any of these documents are not in English, Chesi Assets Limited Group shall provide the Court with a certified professional English translation of such documents. Chesi Assets Limited Group shall make the above-mentioned filing electronically on ECF no later than 5:00 p.m. on June 5, 2020. SO ORDERED. (Signed by Judge Lewis J. Liman on 5/26/2020) (ks) (Entered: 05/26/2020) |

| 05/27/2020 | 116 | NOTICE OF APPEARANCE by Phillip C. Kim on behalf of Khaled Abdullah Almdamegh, John Hickey, Regent Mercantile Holdings Limited, James Sproul, Li Tutang..(Kim, Phillip) (Entered: 05/27/2020) |
| 06/01/2020 | 117 | NOTICE of Withdrawal of Motion of Chesi Group re: 69 MOTION to Consolidate Cases 20-2977 . MOTION to Appoint , MOTION to Appoint Counsel ,. Document filed by Chesi Assets Limited Group..(Keller, Christopher) (Entered: 06/01/2020) |
| 06/12/2020 | 118 | OPINION & ORDER re: 61 MOTION to Appoint Sjunde AP-Fonden and Louisiana Sheriffs Pension & Relief Fund to serve as lead plaintiff(s) filed by Sjunde AP-Fonden, Louisiana Sheriffs Pension & Relief Fund. For the foregoing reasons, the Court GRANTS the AP7 Group's motion (Dkt. No. 61). The Court appoints the AP7 Group as lead plaintiff and appoints its counsel, Bernstein Litowitz Berger & Grossman LLP and Kessler Topaz Meltzer & Check, LLP, as class counsel. The Court therefore DENIES the remaining motions for appointment to lead plaintiff. The Clerk of Court is respectfully directed to terminate Dkt. Nos. 10, 15, 18, 22, 25, 28, 32, 34, 38, 41, 43, 44, 48, 51, 58, 64, and 69. IT IS FURTHER ORDERED that the newly-appointed lead plaintiff shall meet and confer with the defendants on a briefing schedule for a consolidated amended complaint and any motion to dismiss. The parties shall jointly submit a proposed schedule on ECF no later than June 26, 2020 at 5:00 p.m. If the parties are unable to agree on a proposed schedule, they may file separate proposals. SO ORDERED. (Signed by Judge Lewis J. Liman on 6/12/2020) (va) (Entered: 06/12/2020) |
| 06/15/2020 | 119 | MOTION for Jason A. Zweig to Withdraw as Attorney . Document filed by Satyanarayana Kanchanapalli..(Zweig, Jason) (Entered: 06/15/2020) |
| 06/16/2020 | 120 | MEMO ENDORSED ORDER granting 119 Motion to Withdraw as Attorney. ENDORSEMENT: SO ORDERED. Attorney Jason Allen Zweig terminated. (Signed by Judge Lewis J. Liman on 6/16/2020) (va) (Entered: 06/16/2020) |
| 06/18/2020 | 121 | NOTICE OF APPEARANCE by Salvatore Jo Graziano on behalf of Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Graziano, Salvatore) (Entered: 06/18/2020) |
| 06/18/2020 | 122 | NOTICE OF APPEARANCE by John James Rizio-Hamilton on behalf of Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Rizio-Hamilton, John) (Entered: 06/18/2020) |
| 06/18/2020 | 123 | NOTICE OF APPEARANCE by Jai Kamal Chandrasekhar on behalf of Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Chandrasekhar, Jai) (Entered: 06/18/2020) |
| 06/18/2020 | 124 | NOTICE OF APPEARANCE by Kate Whitman Aufses on behalf of Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Aufses, Kate) (Entered: 06/18/2020) |
| 06/18/2020 | 125 | MOTION for Steven B. Singer to Withdraw as Attorney . Document filed by Fulton County Employees' Retirement System..(Singer, Steven) (Entered: 06/18/2020) |
| 06/18/2020 | 126 | NOTICE OF APPEARANCE by Sharan Nirmul on behalf of Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Nirmul, Sharan) (Entered: 06/18/2020) |
| 06/19/2020 | 127 | MEMO ENDORSEMENT granting 125 Motion to Withdraw as Attorney. ENDORSEMENT: SO ORDERED. Attorney Steven B. Singer terminated. (Signed by Judge Lewis J. Liman on 6/19/2020) (kv) Modified on 6/19/2020 (kv). (Entered: 06/19/2020) |
| 06/26/2020 | 128 | PROPOSED STIPULATION AND ORDER. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Nirmul, Sharan) (Entered: 06/26/2020) |
| 06/26/2020 | 129 | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR CONSOLIDATED COMPLAINT AND DEFENDANTS' RESPONSE: IT IS ACCORDINGLY STIPULATED AND AGREED among the undersigned counsel, subject to the Court's approval, that: Pursuant to Federal Rule of Civil Procedure 42(a), any class actions that are subsequently filed, removed, or transferred that are related to the claims asserted in the Consolidated Class Action shall be CONSOLIDATED for all purposes under 1:20-cv-01293-LJL-JLC. The Consolidated Class Action shall bear the caption "In re Luckin Coffee Inc. Securities Litigation" and shall be maintained under master file number 1 :20-cv-01293-LJL-JLC. Lead Plaintiffs shall file a consolidated class action complaint (the "Consolidated Complaint") with this Court within sixty (60) days of entry of this Order. If Luckin files a motion to dismiss the Consolidated Complaint, Lead Plaintiffs shall file a response to the motion to dismiss within sixty (60) days of the filing date of the motion to dismiss. Luckin shall file a reply to the response to the motion to dismiss within thirty (30) days of the filing date of Lead Plaintiffs' response. SO ORDERED. (Signed by Judge Lewis J. Liman on 6/26/2020) (rro) (Entered: 06/26/2020) |
| 07/10/2020 | 130 | NOTICE OF APPEARANCE by Herbert Scott Washer on behalf of Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc, Morgan Stanley & Co. LLC, Needham & Company, LLC..(Washer, Herbert) (Entered: 07/10/2020) |
| 07/10/2020 | 131 | NOTICE OF APPEARANCE by David George Januszewski on behalf of Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc, Morgan Stanley & Co. LLC, Needham & Company, LLC..(Januszewski, David) (Entered: 07/10/2020) |
| 07/10/2020 | 132 | NOTICE OF APPEARANCE by Samuel Giffin Mann on behalf of Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc, Morgan Stanley & Co. LLC, Needham & Company, LLC..(Mann, Samuel) (Entered: 07/10/2020) |
| 07/14/2020 | 133 | MOTION for Gregory M. Castaldo to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-20681760. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. (Attachments: # 1 Exhibit A - PA Certificate of Good Standing, # 2 Exhibit B - NJ Certificate of Good Standing, # 3 Affidavit of Gregory M. Castaldo, # 4 Text of Proposed Order).(Castaldo, Gregory) (Entered: 07/14/2020) |
| 07/14/2020 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 133 MOTION for Gregory M. Castaldo to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-20681760. Motion and supporting papers to be reviewed by Clerk's Office staff., The document has been reviewed and there are no deficiencies. (vba) (Entered: 07/14/2020) |
| 07/15/2020 | 134 | ORDER granting 133 Motion for Gregory M. Castaldo to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (MM) (Entered: 07/15/2020) |
| 07/17/2020 | 135 | MOTION for Kim E. Miller to Withdraw as Attorney . Document filed by Nirmala Gopu, Vijaya Gopu..(Miller, Kim) (Entered: 07/17/2020) |
| 07/17/2020 | 136 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Nirmala Gopu, Vijaya Gopu. Related Document Number: 135 ..(Miller, Kim) (Entered: 07/17/2020) |
| 07/17/2020 | 137 | MEMO ENDORSED ORDER granting 135 Motion to Withdraw as Attorney. Accordingly, Ms. Miller requests that her withdrawal as counsel be granted and that she be removed from this consolidated Actions electronic case filing (ECF) service list. ENDORSEMENT: SO ORDERED. Attorney Kim Blaine Miller terminated. (Signed by Judge Lewis J. Liman on 7/17/2020) (va) (Entered: 07/17/2020) |
| 07/22/2020 | 138 | MOTION for Nathan A. Hasiuk to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-20796988. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. (Attachments: # 1 Exhibit A - PA Certificate of Good Standing, # 2 Exhibit B - NJ Certificate of Good Standing, # 3 Affidavit of Nathan A. Hasiuk, # 4 Text of Proposed Order).(Hasiuk, Nathan) (Entered: 07/22/2020) |
| 07/22/2020 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 138 MOTION for Nathan A. Hasiuk to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number ANYSDC-20796988. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (aea) (Entered: 07/22/2020) |
| 07/23/2020 | 139 | MOTION for Richard A. Russo, Jr. to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-20813119. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. (Attachments: # 1 Exhibit A - PA Certificate of Good Standing, # 2 Exhibit B - NJ Certificate of Good Standing, # 3 Affidavit of Richard A. Russo, Jr., # 4 Text of Proposed Order).(Russo, Richard) (Entered: 07/23/2020) |
| 07/23/2020 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 139 MOTION for Richard A. Russo, Jr. to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number ANYSDC-20813119. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (aea) (Entered: 07/23/2020) |
| 07/23/2020 | 140 | ORDER granting 138 Motion for Nathan A. Hasiuk to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (MM) (Entered: 07/23/2020) |
| 07/23/2020 | 141 | ORDER granting 139 Motion for Richard A. Russo, Jr. to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (MM) (Entered: 07/23/2020) |
| 07/23/2020 | 142 | MOTION for Mark C. Franck to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-20817666. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. (Attachments: # 1 Exhibit A - PA Certificate of Good Standing, # 2 Exhibit B - NJ Certificate of Good Standing, # 3 Affidavit of Mark C. Franck, # 4 Text of Proposed Order).(Franck, Mark) (Entered: 07/23/2020) |
| 07/23/2020 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 142 MOTION for Mark C. Franck to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-20817666. Motion and supporting papers to be reviewed by Clerk's Office staff., The document has been reviewed and there are no deficiencies. (aea) (Entered: 07/23/2020) |
| 07/23/2020 | 143 | MOTION for Lisa M. Port to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-20819110. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. (Attachments: # 1 Exhibit A - PA Certificate of Good Standing, # 2 Affidavit of Lisa M. Port, # 3 Text of Proposed Order).(Port, Lisa) (Entered: 07/23/2020) |
| 07/23/2020 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 143 MOTION for Lisa M. Port to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number ANYSDC-20819110. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (aea) (Entered: 07/23/2020) |

| 07/25/2020 | 144 | ORDER granting 142 Motion for Mark C. Franck to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (MM) (Entered: 07/25/2020) |
|---|---|---|
| 07/25/2020 | 145 | ORDER granting 143 Motion for Lisa M. Port to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (MM) (Entered: 07/25/2020) |
| 08/17/2020 | 146 | LETTER MOTION for Extension of Time addressed to Judge Lewis J. Liman from Sharan Nirmul dated August 17, 2020. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. (Attachments: # 1 Exhibit A - Stipulation and [Proposed] Order Regarding Amended Schedule for Consolidated Class Action Complaint and Defendants' Response).(Nirmul, Sharan) (Entered: 08/17/2020) |
| 08/17/2020 | 147 | ORDER granting (146) Letter Motion for Extension of Time in case 1:20-cv-01293-LJL. No further extensions of the deadline to file the consolidated class action complaint. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) Filed In Associated Cases: 1:20-cv-01293-LJL, 1:20-cv-02977-LJL (Liman, Lewis) (Entered: 08/17/2020) |
| 08/21/2020 | 148 | NOTICE OF CHANGE OF ADDRESS by David George Januszewski on behalf of Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc, Morgan Stanley & Co. LLC, Needham & Company, LLC. New Address: Cahill Gordon & Reindel LLP, 32 Old Slip, New York, New York, United States 10005, 2127013000..(Januszewski, David) (Entered: 08/21/2020) |
| 09/24/2020 | 149 | NOTICE OF APPEARANCE by Sheila Chithran Ramesh on behalf of Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc, Morgan Stanley & Co. LLC, Needham & Company, LLC..(Ramesh, Sheila) (Entered: 09/24/2020) |
| 09/24/2020 | 150 | AMENDED COMPLAINT amending 1 Complaint against China International Capital Corporation Hong Kong Securities Limited, Credit Suisse Securities (USA) LLC, Jinyi Guo, Haitong International Securities Company Limited, KeyBanc Capital Markets Inc, Hui Li, Erhai Liu, Jian Liu, Charles Zhengyao Lu, Luckin Coffee Inc., Morgan Stanley & Co. LLC, Needham & Company, LLC, Jenny Zhiya Qian, Reinout Hendrik Schakel, Sean Shao, Thomas P. Meier with JURY DEMAND.Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. Related document: 1 Complaint. (Attachments: # 1 Exhibit A - Sjunde AP-Fonden Certification, # 2 Exhibit B - Louisiana Sheriffs' Pension & Relief Fund Certification).(Nirmul, Sharan) (Entered: 09/24/2020) |
| 09/24/2020 | 151 | REQUEST FOR ISSUANCE OF SUMMONS as to Charles Zhengyao Lu, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Nirmul, Sharan) (Entered: 09/24/2020) |
| 09/24/2020 | 152 | REQUEST FOR ISSUANCE OF SUMMONS as to Jenny Zhiya Qian, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Nirmul, Sharan) (Entered: 09/24/2020) |
| 09/24/2020 | 153 | REQUEST FOR ISSUANCE OF SUMMONS as to Jian Liu, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Nirmul, Sharan) (Entered: 09/24/2020) |
| 09/24/2020 | 154 | REQUEST FOR ISSUANCE OF SUMMONS as to Reinout Hendrik Schakel, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Nirmul, Sharan) (Entered: 09/24/2020) |
| 09/24/2020 | 155 | REQUEST FOR ISSUANCE OF SUMMONS as to Hui Li, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Nirmul, Sharan) (Entered: 09/24/2020) |
| 09/24/2020 | 156 | REQUEST FOR ISSUANCE OF SUMMONS as to Erhai Liu, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Nirmul, Sharan) (Entered: 09/24/2020) |
| 09/24/2020 | 157 | REQUEST FOR ISSUANCE OF SUMMONS as to Jinyi Guo, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Nirmul, Sharan) (Entered: 09/24/2020) |
| 09/24/2020 | 158 | REQUEST FOR ISSUANCE OF SUMMONS as to Sean Shao, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Nirmul, Sharan) (Entered: 09/24/2020) |
| 09/24/2020 | 159 | REQUEST FOR ISSUANCE OF SUMMONS as to Thomas P. Meier, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Nirmul, Sharan) (Entered: 09/24/2020) |
| 09/24/2020 | 160 | REQUEST FOR ISSUANCE OF SUMMONS as to China International Capital Corporation Hong Kong Securities Limited, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Nirmul, Sharan) (Entered: 09/24/2020) |
| 09/24/2020 | 161 | REQUEST FOR ISSUANCE OF SUMMONS as to Haitong International Securities Company Limited, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Nirmul, Sharan) (Entered: 09/24/2020) |
| 09/25/2020 | 162 | ELECTRONIC SUMMONS ISSUED as to Erhai Liu. (sj) (Entered: 09/25/2020) |
| 09/25/2020 | 163 | ELECTRONIC SUMMONS ISSUED as to Jinyi Guo. (sj) (Entered: 09/25/2020) |
| 09/25/2020 | 164 | ELECTRONIC SUMMONS ISSUED as to Sean Shao. (sj) (Entered: 09/25/2020) |
| 09/25/2020 | 165 | ELECTRONIC SUMMONS ISSUED as to Thomas P. Meier. (sj) (Entered: 09/25/2020) |
| 09/25/2020 | 166 | ELECTRONIC SUMMONS ISSUED as to China International Capital Corporation Hong Kong Securities Limited. (sj) (Entered: 09/25/2020) |
| 09/25/2020 | 167 | ELECTRONIC SUMMONS ISSUED as to Haitong International Securities Company Limited. (sj) (Entered: 09/25/2020) |
| 09/25/2020 | 168 | ELECTRONIC SUMMONS ISSUED as to Charles Zhengyao Lu. (sj) (Entered: 09/25/2020) |
| 09/25/2020 | 169 | ELECTRONIC SUMMONS ISSUED as to Jenny Zhiya Qian. (sj) (Entered: 09/25/2020) |
| 09/25/2020 | 170 | ELECTRONIC SUMMONS ISSUED as to Jian Liu. (sj) (Entered: 09/25/2020) |
| 09/25/2020 | 171 | ELECTRONIC SUMMONS ISSUED as to Reinout Hendrik Schakel. (sj) (Entered: 09/25/2020) |
| 09/25/2020 | 172 | ELECTRONIC SUMMONS ISSUED as to Hui Li. (sj) (Entered: 09/25/2020) |
| 10/02/2020 | | NOTICE OF CASE REASSIGNMENT to Judge P. Kevin Castel. Judge Lewis J. Liman is no longer assigned to the case..(wb) (Entered: 10/02/2020) |
| 10/06/2020 | | NOTICE OF CASE REASSIGNMENT to Judge John Peter Cronan. Judge P. Kevin Castel is no longer assigned to the case..(wb) (Entered: 10/06/2020) |
| 10/07/2020 | 173 | MOTION for Javier Bleichmar to Withdraw as Attorney . Document filed by Luckin Investor Group. (Attachments: # 1 Text of Proposed Order).(Bleichmar, Javier) (Entered: 10/07/2020) |
| 10/07/2020 | 174 | FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU - PROPOSED ORDER. Document filed by Luckin Investor Group. Related Document Number: 173 ..(Bleichmar, Javier) Proposed Order to be reviewed by Clerk's Office staff. Modified on 10/7/2020 (km). (Entered: 10/07/2020) |
| 10/07/2020 | | ***NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Notice to Attorney Javier Bleichmar to RE-FILE Document 174 Proposed Order. Use the event type Other Filings, Proposed Orders, Proposed Order for Withdrawal of Attorney. (km) (Entered: 10/07/2020) |
| 10/07/2020 | 175 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Luckin Investor Group. Related Document Number: 173 ..(Bleichmar, Javier) (Entered: 10/07/2020) |
| 10/21/2020 | 176 | ORDER. This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Courts Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Any currently scheduled conference or oral argument before the Court is adjourned pending further order of the Court. Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel. Additionally, within two weeks of the filing of this Order, the parties are hereby ORDERED to file on ECF a joint letter, described below, updating the Court on the status of the case, and as further set forth in this Order. So ordered. (Signed by Judge John P. Cronan on 10/21/2020) (rjm) (Entered: 10/21/2020) |
| 10/23/2020 | 177 | MEMO ENDORSEMENT denying without prejudice 173 Motion to Withdraw as Attorney. ENDORSEMENT: It is hereby ORDERED that Mr. Bleichmar's motion is DENIED without prejudice. In accordance with Local Civil Rule 1.4, any application for withdrawal of an attorney of record must specify "whether or not the attorney is asserting a retaining or charging lien." The Court will consider Mr. Bleichmar's application should he refile it with the necessary information. SO ORDERED. (Signed by Judge John P. Cronan on 10/22/2020) (kv) (Entered: 10/23/2020) |
| 10/23/2020 | 178 | MOTION for Javier Bleichmar to Withdraw as Attorney . Document filed by Luckin Investor Group. (Attachments: # 1 Text of Proposed Order).(Bleichmar, Javier) (Entered: 10/23/2020) |

| 10/23/2020 | 179 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY, Document filed by Luckin Investor Group. Related Document Number: 178 .,(Bleichmar, Javier) (Entered: 10/23/2020) |
| 10/27/2020 | 180 | REQUEST FOR ISSUANCE OF AMENDED SUMMONS as to Charles Zhengyao Lu, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden.,(Nirmul, Sharan) (Entered: 10/27/2020) |
| 10/27/2020 | 181 | REQUEST FOR ISSUANCE OF AMENDED SUMMONS as to Reinout Hendrik Schakel, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden.,(Nirmul, Sharan) (Entered: 10/27/2020) |
| 10/27/2020 | 182 | REQUEST FOR ISSUANCE OF AMENDED SUMMONS as to Hui Li, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden.,(Nirmul, Sharan) (Entered: 10/27/2020) |
| 10/27/2020 | 183 | REQUEST FOR ISSUANCE OF AMENDED SUMMONS as to Erhai Liu, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden.,(Nirmul, Sharan) (Entered: 10/27/2020) |
| 10/27/2020 | 184 | REQUEST FOR ISSUANCE OF AMENDED SUMMONS as to Jinyi Guo, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden.,(Nirmul, Sharan) (Entered: 10/27/2020) |
| 10/27/2020 | 185 | REQUEST FOR ISSUANCE OF AMENDED SUMMONS as to Sean Shao, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden.,(Nirmul, Sharan) (Entered: 10/27/2020) |
| 10/27/2020 | 186 | REQUEST FOR ISSUANCE OF AMENDED SUMMONS as to Thomas P. Meier, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden.,(Nirmul, Sharan) (Entered: 10/27/2020) |
| 10/27/2020 | 187 | REQUEST FOR ISSUANCE OF AMENDED SUMMONS as to Haitong International Securities Company Limited, re: 150 Amended Complaint,,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden.,(Nirmul, Sharan) (Entered: 10/27/2020) |
| 10/27/2020 | 188 | ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW COUNSEL: granting 178 Motion to Withdraw as Attorney. Upon consideration of the Motion for Leave to Withdraw Javier Bleichmar as counsel for the Luckin Investor Group, it is hereby ORDERED that the Luckin Investor Group's Motion is GRANTED and Javier Bleichmar shall be removed as counsel for the Luckin Investor Group in the above-captioned matter. IT IS SO ORDERED. Attorney Javier Bleichmar terminated (Signed by Judge John P. Cronan on 10/27/2020) (ama) (Entered: 10/27/2020) |
| 10/28/2020 | 189 | ELECTRONIC AMENDED SUMMONS ISSUED as to Haitong International Securities Company Limited. (sj) (Entered: 10/28/2020) |
| 10/28/2020 | 190 | ELECTRONIC AMENDED SUMMONS ISSUED as to Thomas P. Meier. (sj) (Entered: 10/28/2020) |
| 10/28/2020 | 191 | ELECTRONIC AMENDED SUMMONS ISSUED as to Sean Shao. (sj) (Entered: 10/28/2020) |
| 10/28/2020 | 192 | ELECTRONIC AMENDED SUMMONS ISSUED as to Jinyi Guo. (sj) (Entered: 10/28/2020) |
| 10/28/2020 | 193 | ELECTRONIC AMENDED SUMMONS ISSUED as to Erhai Liu. (sj) (Entered: 10/28/2020) |
| 10/28/2020 | 194 | ELECTRONIC AMENDED SUMMONS ISSUED as to Reinout Hendrik Schakel. (sj) (Entered: 10/28/2020) |
| 10/28/2020 | 195 | ELECTRONIC AMENDED SUMMONS ISSUED as to Hui Li. (sj) (Entered: 10/28/2020) |
| 10/28/2020 | 196 | ELECTRONIC AMENDED SUMMONS ISSUED as to Charles Zhengyao Lu. (sj) (Entered: 10/28/2020) |
| 11/03/2020 | 197 | MOTION for Laurence Jesse Hasson to Withdraw as Attorney . Document filed by Leonard Ross.,(Hasson, Laurence) (Entered: 11/03/2020) |
| 11/03/2020 | 198 | LETTER addressed to Judge John P. Cronan from Sharan Nirmul dated November 3, 2020 re: Joint Status Letter. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden.,(Nirmul, Sharan) (Entered: 11/03/2020) |
| 11/05/2020 | 199 | MEMO ENDORSEMENT on re: 198 LETTER addressed to Judge John P. Cronan from Sharan Nirmul dated November 3, 2020 re: Joint Status Letter. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. ENDORSEMENT: It is hereby ORDERED that any memoranda of law in support or opposition to any motions to dismiss shall not exceed 30 pages, and any replies shall not exceed 15 pages. In the event Defendants file multiple motions to dismiss, Plaintiff may elect to submit a single memoranda of law in opposition, which shall not exceed 50 pages. It is further ORDERED that, in light of the briefing schedule set by Judge Liman, Defendants are excused from the pre-motion letter requirement in 6.A of the Court's Individual Rules and Practices in Civil Cases. For any other motions governed by that rule, the parties should submit a pre-motion letter. SO ORDERED. (Signed by Judge John P. Cronan on 11/4/2020) (rjm) (Entered: 11/05/2020) |
| 11/05/2020 | 200 | MEMO ENDORSEMENT on MOTION TO WITHDRAW AS ATTORNEY OF RECORD. ENDORSEMENT: It is hereby ORDERED that Movant's request is DENIED without prejudice. The Court will consider Movant's application should he refile it in accordance with, and with the necessary information required under, Local Civil Rule 1.4. SO ORDERED. Denying without prejudice 197 Motion to Withdraw as Attorney. (Signed by Judge John P. Cronan on 11/4/2020) (rjm) (Entered: 11/05/2020) |
| 11/06/2020 | 201 | MOTION for Laurence Jesse Hasson to Withdraw as Attorney . Document filed by Leonard Ross.,(Hasson, Laurence) (Entered: 11/06/2020) |
| 11/06/2020 | 202 | MEMO ENDORSEMENT on MOTION TO WITHDRAW AS ATTORNEY OF RECORD. ENDORSEMENT: IT IS SO ORDERED. Granting 201 Motion to Withdraw as Attorney. Attorney Laurence Jesse Hasson terminated. (Signed by Judge John P. Cronan on 11/6/2020) (rjm) (Entered: 11/06/2020) |
| 11/17/2020 | 203 | WAIVER OF SERVICE RETURNED EXECUTED. Thomas P. Meier waiver sent on 11/6/2020, answer due 2/4/2021. Document filed by Louisiana Sheriffs Pension & Relief Fund; Sjunde AP-Fonden.,(Nirmul, Sharan) (Entered: 11/17/2020) |
| 11/23/2020 | 204 | MOTION to Dismiss the Consolidated Class Action Complaint. Document filed by Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc, Morgan Stanley & Co. LLC, Needham & Company, LLC.,(Januszewski, David) (Entered: 11/23/2020) |
| 11/23/2020 | 205 | MEMORANDUM OF LAW in Support re: 204 MOTION to Dismiss the Consolidated Class Action Complaint. . Document filed by Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc, Morgan Stanley & Co. LLC, Needham & Company, LLC.,(Januszewski, David) (Entered: 11/23/2020) |
| 11/23/2020 | 206 | DECLARATION of Sheila C. Ramesh in Support re: 204 MOTION to Dismiss the Consolidated Class Action Complaint.. Document filed by Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc, Morgan Stanley & Co, LLC, Needham & Company, LLC. (Attachments: # 1 Exhibit 1 - 2019 Form F-1 MEF Registration Statement, # 2 Exhibit 2 - 2019 Form 424(b)(4) Prospectus Excerpts, # 3 Exhibit 3 - 2020 Form F-1 MEF Registration Statement, # 4 Exhibit 4 - 2020 Form 424(b)(4) Prospectus Excerpts, # 5 Exhibit 5 - April 3, 2020 Yicai Global Article, # 6 Exhibit 6 - May 28, 2020 Wall Street Journal Article, # 7 Exhibit 7 - July 5, 2020 Wall Street Journal Article).(Januszewski, David) (Entered: 11/23/2020) |
| 11/23/2020 | 207 | LETTER MOTION for Oral Argument on Underwriter Defendants' Motion to Dismiss the Consolidated Class Action Complaint addressed to Judge John P. Cronan from David G. Januszewski dated November 23, 2020. Document filed by Credit Suisse Securities (USA) LLC, KeyBanc Capital Markets Inc, Morgan Stanley & Co. LLC, Needham & Company, LLC.,(Januszewski, David) (Entered: 11/23/2020) |
| 11/23/2020 | 208 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Credit Suisse Group AG for Credit Suisse Securities (USA) LLC.,(Januszewski, David) (Entered: 11/23/2020) |
| 11/23/2020 | 209 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent KeyCorp for KeyBanc Capital Markets Inc. Document filed by KeyBanc Capital Markets Inc.,(Januszewski, David) (Entered: 11/23/2020) |
| 11/23/2020 | 210 | MOTION to Dismiss with Prejudice Counts III and Certain Portions of the Consolidated Class Action Complaint. Document filed by Luckin Coffee Inc..,(Portnoy, Lawrence) (Entered: 11/23/2020) |
| 11/23/2020 | 211 | MEMORANDUM OF LAW in Support re: 210 MOTION to Dismiss with Prejudice Counts III and Certain Portions of the Consolidated Class Action Complaint. . Document filed by Luckin Coffee Inc..,(Portnoy, Lawrence) (Entered: 11/23/2020) |
| 11/23/2020 | 212 | DECLARATION of Lawrence Portnoy in Support re: 210 MOTION to Dismiss with Prejudice Counts III and Certain Portions of the Consolidated Class Action Complaint.. Document filed by Luckin Coffee Inc.. (Attachments: # 1 Exhibit A-Excerpt of Luckin's Form F-1/A, as filed with the SEC, May 6, 2019, # 2 Exhibit B-Luckin's Form 424B4 prospectus, as filed with the SEC, May 17, 2019, # 3 Exhibit C-Excerpt of Luckin's Form F-1MEF, as filed with the SEC, May 17, 2019, # 4 Exhibit D-Luckin's Form 424B4 prospectus, as filed with the SEC, January 10, 2020).(Portnoy, Lawrence) (Entered: 11/23/2020) |
| 11/23/2020 | 213 | LETTER MOTION for Oral Argument addressed to Judge John P. Cronan from Lawrence Portnoy dated November 23, 2020. Document filed by Luckin Coffee Inc..,(Portnoy, Lawrence) (Entered: 11/23/2020) |
| 11/24/2020 | 214 | LETTER MOTION for Extension of Time to File Response/Reply addressed to Judge John P. Cronan from Sharan Nirmul dated November 24, 2020. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden.,(Nirmul, Sharan) (Entered: 11/24/2020) |

| | | |
|---|---|---|
| 11/24/2020 | 215 | ORDER granting 214 LETTER MOTION for Extension of Time to File Response/Reply addressed to Judge John P. Cronan from Sharan Nirmul dated November 24, 2020. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. It is hereby ORDERED that the request of Lead Plaintiffs and Defendant Thomas P. Meier is GRANTED. Defendant Meier shall file an answer or otherwise respond to the Consolidated Complaint by February 4, 2021. If Defendant Meier files a motion to dismiss, Lead Plaintiffs shall file a response within 60 days of the filing of that motion, and Defendant Meier shall file his reply, if any, within 30 days of Lead Plaintiffs' response. SO ORDERED. (Signed by Judge John P. Cronan on 11/24/2020) (rjm) (Entered: 11/24/2020) |
| 11/24/2020 | 216 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent The Needham Group, Inc. for Needham & Company, LLC. Document filed by Needham & Company, LLC..(Januszewski, David) (Entered: 11/24/2020) |
| 12/02/2020 | 217 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Morgan Stanley Capital Management, LLC, Corporate Parent Morgan Stanley Domestic Holdings, Inc., Corporate Parent Morgan Stanley, Other Affiliate Mitsubishi UFJ Financial Group, Inc., 7-1 Marunouchi 2-chome, Chiyoda-ku, Tokyo 100-8330, beneficially owns greater than 10% of Morgan Stanley's outstanding common stock for Morgan Stanley & Co. LLC. Document filed by Morgan Stanley & Co. LLC..(Januszewski, David) (Entered: 12/02/2020) |
| 01/20/2021 | 218 | AFFIDAVIT OF SERVICE. Haitong International Securities Company Limited served on 1/8/2021, answer due 1/29/2021. Service was accepted by Haitong International Securities Company Limited. Document filed by Louisiana Sheriffs Pension & Relief Fund; Sjunde AP-Fonden..(Nirmul, Sharan) (Entered: 01/20/2021) |
| 01/20/2021 | 219 | AFFIDAVIT OF SERVICE. China International Capital Corporation Hong Kong Securities Limited served on 1/8/2021, answer due 1/29/2021. Service was accepted by China International Capital Corporation Hong Kong Securities Limited. Document filed by Louisiana Sheriffs Pension & Relief Fund; Sjunde AP-Fonden..(Nirmul, Sharan) (Entered: 01/20/2021) |
| 01/22/2021 | 220 | MEMORANDUM OF LAW in Opposition re: 210 MOTION to Dismiss with Prejudice Counts III and Certain Portions of the Consolidated Class Action Complaint. . Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Graziano, Salvatore) (Entered: 01/22/2021) |
| 01/22/2021 | 221 | DECLARATION of Salvatore Graziano in Opposition re: 210 MOTION to Dismiss with Prejudice Counts III and Certain Portions of the Consolidated Class Action Complaint,. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. (Attachments: # 1 Exhibit A).(Graziano, Salvatore) (Entered: 01/22/2021) |
| 01/22/2021 | 222 | MEMORANDUM OF LAW in Opposition re: 204 MOTION to Dismiss the Consolidated Class Action Complaint. . Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Graziano, Salvatore) (Entered: 01/22/2021) |
| 01/28/2021 | 223 | NOTICE OF APPEARANCE by Jason Jacob Mendro on behalf of Thomas P. Meier..(Mendro, Jason) (Entered: 01/28/2021) |
| 02/04/2021 | 224 | MOTION to Dismiss with Prejudice the Consolidated Class Action Complaint. Document filed by Thomas P. Meier. Responses due by 4/5/2021.(Mendro, Jason) (Entered: 02/04/2021) |
| 02/04/2021 | 225 | MEMORANDUM OF LAW in Support re: 224 MOTION to Dismiss with Prejudice the Consolidated Class Action Complaint. . Document filed by Thomas P. Meier..(Mendro, Jason) (Entered: 02/04/2021) |
| 02/04/2021 | 226 | NOTICE OF APPEARANCE by Herbert Scott Washer on behalf of China International Capital Corporation Hong Kong Securities Limited, Haitong International Securities Company Limited..(Washer, Herbert) (Entered: 02/04/2021) |
| 02/04/2021 | 227 | NOTICE OF APPEARANCE by David George Januszewski on behalf of China International Capital Corporation Hong Kong Securities Limited, Haitong International Securities Company Limited..(Januszewski, David) (Entered: 02/04/2021) |
| 02/04/2021 | 228 | NOTICE OF APPEARANCE by Sheila Chithran Ramesh on behalf of China International Capital Corporation Hong Kong Securities Limited, Haitong International Securities Company Limited..(Ramesh, Sheila) (Entered: 02/04/2021) |
| 02/04/2021 | 229 | NOTICE OF APPEARANCE by Adam Shawn Mintz on behalf of China International Capital Corporation Hong Kong Securities Limited, Credit Suisse Securities (USA) LLC, Haitong International Securities Company Limited, KeyBanc Capital Markets Inc, Morgan Stanley & Co. LLC, Needham & Company, LLC..(Mintz, Adam) (Entered: 02/04/2021) |
| 02/04/2021 | 230 | NOTICE OF APPEARANCE by Samuel Giffin Mann on behalf of China International Capital Corporation Hong Kong Securities Limited, Haitong International Securities Company Limited..(Mann, Samuel) (Entered: 02/04/2021) |
| 02/04/2021 | 231 | JOINDER to join re: 204 MOTION to Dismiss the Consolidated Class Action Complaint. . Document filed by China International Capital Corporation Hong Kong Securities Limited, Haitong International Securities Company Limited..(Januszewski, David) (Entered: 02/04/2021) |
| 02/18/2021 | 232 | LETTER MOTION for Extension of Time of the Briefing Schedule for Defendants' Motion to Dismiss the Consolidated Amended Complaint addressed to Judge John P. Cronan from Lawrence Portnoy dated February 18, 2021. Document filed by Luckin Coffee Inc..(Portnoy, Lawrence) (Entered: 02/18/2021) |
| 02/19/2021 | 233 | ORDER granting 232 LETTER MOTION for Extension of Time of the Briefing Schedule for Defendants' Motion to Dismiss the Consolidated Amended Complaint addressed to Judge John P. Cronan from Lawrence Portnoy dated February 18, 2021. Document filed by Luckin Coffee Inc. It is hereby ORDERED that Defendant Luckin's request is GRANTED. Luckin and the Underwriter Defendants shall have until March 30, 2021 to file their reply briefs in support of their motions to dismiss, Lead Plaintiffs shall have until May 5, 2021 to file their opposition to Meier's motion to dismiss, Meier shall have until June 4, 2021 to file his reply brief in support of his motion to dismiss. SO ORDERED. (Signed by Judge John P. Cronan on 2/18/2021) (rjm) (Entered: 02/19/2021) |
| 02/19/2021 | | Set/Reset Deadlines: Responses due by 5/5/2021. Replies due by 6/4/2021. (rjm) (Entered: 02/19/2021) |
| 03/02/2021 | 234 | LETTER addressed to Judge John P. Cronan from Salvatore J. Graziano dated March 2, 2021 re: Stipulation and [PROPOSED] Order on Provisional Class Certification. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Graziano, Salvatore) (Entered: 03/02/2021) |
| 03/02/2021 | 235 | PROPOSED STIPULATION AND ORDER. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Graziano, Salvatore) (Entered: 03/02/2021) |
| 03/03/2021 | 236 | MEMO ENDORSEMENT on re: 234 LETTER addressed to Judge John P. Cronan from Salvatore J. Graziano dated March 2, 2021 re: Stipulation and [PROPOSED] Order on Provisional Class Certification. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. ENDORSEMENT: It is hereby ORDERED that the parties shall appear for a teleconference in this matter on March 4, 2021 at 10:00 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. SO ORDERED. (Telephone Conference set for 3/4/2021 at 10:00 AM before Judge John P. Cronan.) (Signed by Judge John P. Cronan on 3/2/2021) (rjm) (Entered: 03/03/2021) |
| 03/03/2021 | 237 | LETTER addressed to Judge John P. Cronan from David A. Rosenfeld dated March 3, 2021 re: Permission to Attend March 4, 2021 Teleconference. Document filed by Teamsters Local 710 Pension Fund..(Rosenfeld, David) (Entered: 03/03/2021) |
| 03/03/2021 | 238 | LETTER addressed to Judge John P. Cronan from Richard A. Bodnar dated March 3, 2021 re: permission to attend teleconference scheduled for March 4, 2021. Document filed by Winslow Funds..(Bodnar, Richard) (Entered: 03/03/2021) |
| 03/03/2021 | 239 | ORDER It hereby ORDERED that the State Class Plaintiffs may attend the March 4, 2021 conference. (Signed by Judge John P. Cronan on 3/3/2021) (mhe) Modified on 3/4/2021 (mhe). (Entered: 03/04/2021) |
| 03/03/2021 | 240 | ORDER It is hereby ORDERED that the Winslow Funds may attend the March 4, 2021 conference. (Signed by Judge John P. Cronan on 3/3/2021) (mhe) (Entered: 03/04/2021) |
| 03/04/2021 | 241 | NOTICE OF APPEARANCE by Brandon Michael Fierro on behalf of Winslow Funds..(Fierro, Brandon) (Entered: 03/04/2021) |
| 03/04/2021 | 242 | NOTICE OF APPEARANCE by Richard A Bodnar on behalf of Winslow Funds..(Bodnar, Richard) (Entered: 03/04/2021) |
| 03/04/2021 | | Minute Entry for proceedings held before Judge John P. Cronan: Telephone Conference held on March 4, 2021. The Court heard an argument on the proposed stipulation regarding provisional class certification. (No Court Reporter Present) (mhe) (Entered: 03/09/2021) |
| 03/05/2021 | 243 | LETTER addressed to Judge John P. Cronan from David A. Rosenfeld dated March 5, 2021 re: Correct Certain Representations Made During 3/4/2021 Teleconference. Document filed by Michael Bergenholtz, Teamsters Local 710 Pension Fund..(Rosenfeld, David) (Entered: 03/05/2021) |
| 03/05/2021 | 244 | ORDER: Having considered the parties' arguments during the March 4, 2021 conference, Lead Plaintiffs letter, and the Stipulation and Proposed Order, the Court finds that the Stipulation and Proposed Order is proper, and will "so order" it in a separately docketed order. (As further set forth in this Order.) (Signed by Judge John P. Cronan on 3/5/2021) (cf) (Entered: 03/05/2021) |
| 03/05/2021 | 245 | STIPULATION AND ORDER REGARDING PROVISIONAL CLASS CERTIFICATION FOR SETTLEMENT PURPOSES: IT IS ACCORDINGLY STIPULATED AND AGREED by Plaintiffs and Luckin, through the undersigned counsel, subject to the Court's approval, that: Pursuant to Fed. R. Civ. P. 23(a) and (b)(3), the following Class is provisionally certified for settlement purposes only with respect to Plaintiffs' claims against Luckin: (As further set forth in this Order.) Lead Plaintiffs are appointed representatives of the Class. The law firms of KTMC and BLBG are appointed class counsel. The Class is being certified provisionally for settlement purposes. (Signed by Judge John P. Cronan on 3/5/2021) (cf) (Entered: 03/05/2021) |

| Date | No. | Description |
|---|---|---|
| 03/09/2021 | 246 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent China International Capital Corporation (Hong Kong) Limited, Corporate Parent China International Capital Corporation Limited for China International Capital Corporation Hong Kong Securities Limited. Document filed by China International Capital Corporation Hong Kong Securities Limited..(Januszewski, David) (Entered: 03/09/2021) |
| 03/09/2021 | 247 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Haitong International Securities Group Limited, Corporate Parent Haitong Securities Co., Ltd. for Haitong International Securities Company Limited. Document filed by Haitong International Securities Company Limited..(Januszewski, David) (Entered: 03/09/2021) |
| 03/25/2021 | 248 | LETTER MOTION for Extension of Time to File Response/Reply *(Underwriter Defendants' Reply Brief)* addressed to Judge John P. Cronan from David G. Januszewski dated March 25, 2021. Document filed by China International Capital Corporation Hong Kong Securities Limited, Credit Suisse Securities (USA) LLC, Haitong International Securities Company Limited, KeyBanc Capital Markets Inc, Morgan Stanley & Co. LLC, Needham & Company, LLC..(Januszewski, David) (Entered: 03/25/2021) |
| 03/26/2021 | 249 | LETTER MOTION for Extension of Time to File *Defendant Luckin Coffee, Inc.'s Reply Brief in Support of Its Motion to Dismiss the Consolidated Amended Complaint* addressed to Judge John P. Cronan from Lawrence Portnoy dated March 26, 2021. Document filed by Luckin Coffee Inc.. (Attachments: # 1 Exhibit A-Excerpt of Bankruptcy Hearing Transcript).(Portnoy, Lawrence) (Entered: 03/26/2021) |
| 03/26/2021 | 250 | ORDER granting 248 Letter Motion for Extension of Time to File Response/Reply re 248 LETTER MOTION for Extension of Time to File Response/Reply *(Underwriter Defendants' Reply Brief)* addressed to Judge John P. Cronan from David G. Januszewski dated March 25, 2021. The Underwriter Defendants' request is granted. The Underwriter Defendants shall have until April 6, 2021 to submit their reply brief. SO ORDERED. Replies due by 4/6/2021.. (Signed by Judge John P. Cronan on 3/26/2021) (jca) (Entered: 03/26/2021) |
| 03/26/2021 | 251 | ORDER granting 249 LETTER MOTION for Extension of Time to File Defendant Luckin Coffee, Inc.'s Reply Brief in Support of its Motion to Dismiss the Consolidated Amended Complaint. Luckin's request is granted. Luckin shall have until April 6, 2021 to submit its reply brief. SO ORDERED. (Signed by Judge John P. Cronan on 3/26/2021) (jca) (Entered: 03/26/2021) |
| 03/26/2021 | | Set/Reset Deadlines: Replies due by 4/6/2021. (jca) (Entered: 03/26/2021) |
| 03/31/2021 | 252 | SUGGESTION OF BANKRUPTCY upon the record as to Luckin Coffee Inc. *Notice of Imposition of Automatic Stay of Bankruptcy for Luckin Coffee Inc.* Document filed by Luckin Coffee Inc. (Attachments: # 1 Exhibit A - Recognition Order),(Portnoy, Lawrence) (Entered: 03/31/2021) |
| 04/06/2021 | 253 | REPLY MEMORANDUM OF LAW in Support re: 204 MOTION to Dismiss *the Consolidated Class Action Complaint.* . Document filed by China International Capital Corporation Hong Kong Securities Limited, Credit Suisse Securities (USA) LLC, Haitong International Securities Company Limited, KeyBanc Capital Markets Inc, Morgan Stanley & Co. LLC, Needham & Company, LLC..(Januszewski, David) (Entered: 04/06/2021) |
| 04/06/2021 | 254 | DECLARATION of Sheila C. Ramesh in Support re: 204 MOTION to Dismiss *the Consolidated Class Action Complaint.*. Document filed by China International Capital Corporation Hong Kong Securities Limited, Credit Suisse Securities (USA) LLC, Haitong International Securities Company Limited, KeyBanc Capital Markets Inc, Morgan Stanley & Co. LLC, Needham & Company, LLC. (Attachments: # 1 Exhibit 1 - publicly available trading data - Luckin American Depositary Shares, # 2 Exhibit 2 - summary of data contained in Exhibit 1).(Januszewski, David) (Entered: 04/06/2021) |
| 04/16/2021 | 255 | LETTER MOTION for Leave to File Sur-reply addressed to Judge John P. Cronan from Salvatore J. Graziano dated April 16, 2021. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. (Attachments: # 1 Sur-reply to Brief),(Graziano, Salvatore) (Entered: 04/16/2021) |
| 05/05/2021 | 256 | MEMORANDUM OF LAW in Opposition re: 224 MOTION to Dismiss *with Prejudice the Consolidated Class Action Complaint.* . Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Graziano, Salvatore) (Entered: 05/05/2021) |
| 05/14/2021 | 257 | LETTER addressed to Judge John P. Cronan from Salvatore J. Graziano dated May 14, 2021 re: Stipulation and [Proposed] Order Regarding Dissemination of Class Notice. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Graziano, Salvatore) (Entered: 05/14/2021) |
| 05/14/2021 | 258 | PROPOSED STIPULATION AND ORDER. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. (Attachments: # 1 Exhibit A - Notice, # 2 Exhibit B - Summary Notice),(Graziano, Salvatore) (Entered: 05/14/2021) |
| 05/17/2021 | 259 | LETTER addressed to Judge John P. Cronan from Richard A. Bodnar dated May 17, 2021 re: Objection to the Stipulation and [Proposed] Order Regarding Dissemination of Class Notice and forthcoming motion to intervene. Document filed by Winslow Funds.,(Bodnar, Richard) (Entered: 05/17/2021) |
| 05/17/2021 | 260 | LETTER addressed to Judge John P. Cronan from Salvatore J. Graziano dated May 17, 2021 re: Response to Letter from Winslow Funds (ECF No. 259). Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Graziano, Salvatore) (Entered: 05/17/2021) |
| 05/18/2021 | 261 | NOTICE OF APPEARANCE by Frank Thomas More Catalina on behalf of Winslow Funds..(Catalina, Frank) (Entered: 05/18/2021) |
| 05/18/2021 | 262 | MOTION to Intervene . Document filed by Winslow Funds..(Catalina, Frank) (Entered: 05/18/2021) |
| 05/18/2021 | 263 | DECLARATION of Frank T.M. Catalina in Support re: 262 MOTION to Intervene .. Document filed by Winslow Funds. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G).(Catalina, Frank) (Entered: 05/18/2021) |
| 05/18/2021 | 264 | DECLARATION of Richard A. Bodnar in Support re: 262 MOTION to Intervene .. Document filed by Winslow Funds. (Attachments: # 1 Exhibit 1).(Catalina, Frank) (Entered: 05/18/2021) |
| 05/18/2021 | 265 | MEMORANDUM OF LAW in Support re: 262 MOTION to Intervene . . Document filed by Winslow Funds..(Catalina, Frank) (Entered: 05/18/2021) |
| 05/18/2021 | 266 | PROPOSED ORDER. Document filed by Winslow Funds. Related Document Number: 262 ..(Catalina, Frank) Proposed Order to be reviewed by Clerk's Office staff. (Entered: 05/18/2021) |
| 05/18/2021 | 267 | LETTER addressed to Judge John P. Cronan from Frank T.M. Catalina dated May 18, 2021 re: requesting oral argument on motion to intervene. Document filed by Winslow Funds..(Catalina, Frank) (Entered: 05/18/2021) |
| 05/18/2021 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 266 Proposed Order was reviewed and approved as to form. (dt) (Entered: 05/18/2021) |
| 05/19/2021 | 268 | ORDER: On May 18, 2021, the Winslow Funds filed a motion to intervene in this action, Dkt. 262, which was preceded by a letter filed by the Winslow Funds the day prior, Dkt. 259. Any party that opposes the motion should submit a letter, not to exceed five pages, outlining their views by May 25, 2021. The Court will hold a teleconference to discuss the motion on May 28, 2021 at 2:00 p.m. and, if appropriate, set a briefing schedule. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. SO ORDERED. (Telephone Conference set for 5/28/2021 at 02:00 PM before Judge John P. Cronan.) (Signed by Judge John P. Cronan on 5/19/2021) (rjm) (Entered: 05/19/2021) |
| 05/20/2021 | 269 | LETTER addressed to Judge John P. Cronan from Samuel H. Rudman, Michael C. Dell'Angelo, Edward F, Harber dated May 20, 2021 re: Request for Pre-Motion Conference for Proposed Motion to Intervene. Document filed by Michael Bergenholtz, Teamsters Local 710 Pension Fund, City of Fort Myers' Police Officers' Retirement System, Kimson Chemical, Inc...(Rudman, Samuel) (Entered: 05/20/2021) |
| 05/20/2021 | 270 | NOTICE OF APPEARANCE by Sigmund Samuel Wissner-Gross on behalf of Kingstown Capital Management, L.P., Kingstown Partners Master Ltd., Kingstown Partners II L.P., Ktown LP, Kingfishers, LP, Kingstown 1740 Fund LP..(Wissner-Gross, Sigmund) (Entered: 05/20/2021) |
| 05/20/2021 | 271 | LETTER addressed to Judge John P. Cronan from Sigmund S. Wissner-Gross dated May 20, 2021 re: supports the pending motion to intervene filed by the Winslow Funds (and relief sought by Winslow Funds). Document filed by Kingfishers, LP, Kingstown 1740 Fund LP, Kingstown Capital Management, L.P., Kingstown Partners II L.P., Kingstown Partners Master Ltd., Ktown LP. (Attachments: # 1 Exhibit A (Notice of Motion), # 2 Exhibit B (Joinder to Winslow's Intervention Motion), # 3 Exhibit C (Proposed Order)). (Wissner-Gross, Sigmund) (Entered: 05/20/2021) |
| 05/23/2021 | 272 | LETTER addressed to Judge John P. Cronan from August Bequai,a non-party dated 5/23/21 re: I am an investor in Luckin Coffee Inc, and address the Court pro se. I sustained damages as a result of my investment in Luckin and filed a lawsuit in the General District Court in Fairfax County, Virginia claiming $25,000 under violation of Virginia State Securities Law etc. I support the pending motion to intervene filed by the Winslow Funds(and relief sought by Winslow, Dkt No.265 and, if pre-motion leave is required, I seek to fil my own motion to intervene, etc. (sc) (Entered: 05/24/2021) |
| 05/25/2021 | 273 | LETTER addressed to Judge John P. Cronan from Lawrence Portnoy dated May 25, 2021 re: Opposing the Winslow Funds' Motion to Intervene. Document filed by Luckin Coffee Inc...(Portnoy, Lawrence) (Entered: 05/25/2021) |
| 05/25/2021 | 274 | LETTER addressed to Judge John P. Cronan from Salvatore J. Graziano and Sharan Nirmul dated May 25, 2021 re: Response to Letter from Winslow Funds (ECF No. 267). Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Graziano, Salvatore) (Entered: 05/25/2021) |
| 05/25/2021 | 275 | LETTER addressed to Judge John P. Cronan from Salvatore J. Graziano and Sharan Nirmul dated May 25, 2021 re: Response to State Plaintiffs request for pre-motion conference (ECF No. 269). Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Graziano, Salvatore) (Entered: 05/25/2021) |
| 05/25/2021 | 276 | LETTER addressed to Judge John P. Cronan from R. Craig Martin dated May 25, 2021 re: Pursuant to this Court's Order dated May 19, 2021 (ECF No. 268) related to a group of investment funds' motion to intervene (ECF No. 262). Document filed by Alexander Lawson, Wing Szo Tiffany Wong..(Martin, Robert) (Entered: 05/25/2021) |

| 05/25/2021 | 277 | NOTICE OF APPEARANCE by Angus Ni on behalf of Lai Ye..(Ni, Angus) (Entered: 05/25/2021) |
| 05/25/2021 | 278 | LETTER MOTION for Conference *In Support of and Joining Winslow, Kingstown, and Mr. Bequal's motions to Intervene and request to participate on the May 28, 2021 Teleconference* addressed to Judge John P. Cronan from Angus F. Ni dated May 25, 2021. Document filed by Lai Ye..(Ni, Angus) (Entered: 05/25/2021) |
| 05/26/2021 | 279 | MOTION for Brian E. Cochran to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-24594367. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Michael Bergenholtz, City of Fort Myers' Police Officers' Retirement System, Kimson Chemical, Inc., Teamsters Local 710 Pension Fund. (Attachments: # 1 Declaration of Brian E. Cochran, # 2 Exhibit A - Certificates of Good Standing, # 3 Proposed Order).(Cochran, Brian) (Entered: 05/26/2021) |
| 05/26/2021 | 280 | LETTER addressed to Judge John P. Cronan from Frank T.M. Catalina dated May 26, 2021 re: May 28, 2021 conference. Document filed by Winslow Funds..(Catalina, Frank) (Entered: 05/26/2021) |
| 05/27/2021 |  | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 279 MOTION for Brian E. Cochran to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-24594367. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb) (Entered: 05/27/2021) |
| 05/27/2021 | 281 | ORDER granting 279 Motion for Brian E. Cochran to Appear Pro Hac Vice (HEREBY ORDERED by Judge John P. Cronan)(Text Only Order) (mhe) (Entered: 05/27/2021) |
| 05/27/2021 | 282 | ORDER: On May 19, 2021, the Court scheduled a conference for May 28, 2021 to discuss the Winslow Funds' motion to intervene in this action, Dkt. 268. The Court also intends to address the letters from the State Class Plaintiffs, Dkt. 269, the Kingstown entities, Dkt. 270, August Bequal, Dkt. 272, and Lai Ye, Dkt. 278, during that conference, and will permit those entities and individuals to appear at the conference. SO ORDERED. (Signed by Judge John P. Cronan on 5/27/2021) (rj) (Entered: 05/28/2021) |
| 05/28/2021 |  | Minute Entry for proceedings held before Judge John P. Cronan: Telephone Conference held on May 28, 2021. Any additional motions to intervene or memoranda of law in support of intervention shall be filed by June 7, 2021. Any oppositions shall be filed by June 14, 2021. (Court reporter Sadie Herbert). (mhe) (Entered: 06/02/2021) |
| 06/04/2021 | 283 | REPLY MEMORANDUM OF LAW in Support re: 224 MOTION to Dismiss *with Prejudice the Consolidated Class Action Complaint.* . Document filed by Thomas P. Meier.. (Mendro, Jason) (Entered: 06/04/2021) |
| 06/07/2021 | 284 | MOTION to Intervene . Document filed by Michael Bergenholtz, City of Fort Myers' Police Officers' Retirement System, Kimson Chemical, Inc., Teamsters Local 710 Pension Fund..(Cochran, Brian) (Entered: 06/07/2021) |
| 06/07/2021 | 285 | MEMORANDUM OF LAW in Support re: 284 MOTION to Intervene . . Document filed by Michael Bergenholtz, City of Fort Myers' Police Officers' Retirement System, Kimson Chemical, Inc., Teamsters Local 710 Pension Fund. (Attachments: # 1 Appendix of Unpublished Opinions Memorandum of Law in Support of Their Motion to Intervene, # 2 Proposed Intervenors State Class Plaintiffs Opposition to Stipulation and [Proposed] Order Regarding Dissemination of Class Notice, # 3 Appendix of Unpublished Opinions Proposed Intervenors State Class Plaintiffs Opposition).(Cochran, Brian) (Entered: 06/07/2021) |
| 06/07/2021 | 286 | DECLARATION of Brian Cochran in Support re: 284 MOTION to Intervene ., Document filed by Michael Bergenholtz, City of Fort Myers' Police Officers' Retirement System, Kimson Chemical, Inc., Teamsters Local 710 Pension Fund. (Attachments: # 1 Exhibit A - State Class Plaintiffs proposed revisions to the proposed Notice of Pendency of Class Action (ECF No. 258-1), # 2 Exhibit B - Joint Stipulation and Order Consolidating Related Actions and Appointing Co-Lead Counsel, # 3 Exhibit C - Consolidated Complaint, # 4 Exhibit D - Proposed Revised Order Recognizing Cayman Proceeding as a Foreign Main Proceeding and Granting Relief in Aid Thereof, # 5 Exhibit E - Reservation of Rights of Lead Plaintiffs with Respect to Foreign Representatives Motion for Chapter 15 Recognition and Final Relief, # 6 Exhibit F - Hearing Transcript).(Cochran, Brian) (Entered: 06/07/2021) |
| 06/07/2021 | 287 | PROPOSED ORDER. Document filed by Michael Bergenholtz, City of Fort Myers' Police Officers' Retirement System, Kimson Chemical, Inc., Teamsters Local 710 Pension Fund. Related Document Number: 284 ..(Cochran, Brian) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 06/07/2021) |
| 06/07/2021 | 288 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 262 MOTION to Intervene . . Document filed by Winslow Funds..(Catalina, Frank) (Entered: 06/07/2021) |
| 06/07/2021 | 289 | DECLARATION of Frank T.M. Catalina in Support re: 262 MOTION to Intervene ., Document filed by Winslow Funds. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Catalina, Frank) (Entered: 06/07/2021) |
| 06/07/2021 | 290 | DECLARATION of Gary Anthony Smith in Support re: 262 MOTION to Intervene ., Document filed by Winslow Funds. (Attachments: # 1 Exhibit GS1, # 2 Exhibit GS2, # 3 Exhibit GS3).(Catalina, Frank) (Entered: 06/07/2021) |
| 06/07/2021 | 291 | MEMORANDUM OF LAW in Support re: 278 LETTER MOTION for Conference *in Support of and Joining Winslow, Kingstown, and Mr. Bequal's motions to Intervene and request to participate on the May 28, 2021 Teleconference* addressed to Judge John P. Cronan from Angus F. Ni dated May 25, 2021. Document filed by Lai Ye..(Ni, Angus) (Entered: 06/07/2021) |
| 06/07/2021 | 292 | DECLARATION of Angus F. Ni in Support re: 278 LETTER MOTION for Conference *In Support of and Joining Winslow, Kingstown, and Mr. Bequal's motions to Intervene and request to participate on the May 28, 2021 Teleconference* addressed to Judge John P. Cronan from Angus F. Ni dated May. Document filed by Lai Ye. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G).(Ni, Angus) (Entered: 06/07/2021) |
| 06/07/2021 | 293 | LETTER addressed to Judge John P. Cronan from Sigmund S. Wissner-Gross dated June 7, 2021 re: Kingstown joins in the arguments advanced by Winslow Funds (ECF No. 288). Document filed by Kingfishers, LP, Kingstown 1740 Fund LP, Kingstown Capital Management, L.P., Kingstown Partners II L.P., Kingstown Partners Master Ltd., Ktown LP,. (Wissner-Gross, Sigmund) (Entered: 06/07/2021) |
| 06/08/2021 | 294 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 262 MOTION to Intervene . *(Corrected).* Document filed by Winslow Funds..(Catalina, Frank) (Entered: 06/08/2021) |
| 06/09/2021 | 295 | LETTER MOTION for Leave to File Excess Pages *and File an Omnibus Response to Motions to Intervene* addressed to Judge John P. Cronan from Sharan Nirmul dated June 9, 2021. Document filed by Louisiana Sheriffs' Pension & Relief Fund, Sjunde AP-Fonden..(Nirmul, Sharan) (Entered: 06/09/2021) |
| 06/10/2021 | 296 | ORDER granting 295 Letter Motion for Leave to File Excess Pages. Lead Plaintiffs' request is granted. Lead Plaintiffs may file a single memorandum of law of up to 45 pages in opposition to the various motions, supplemental memoranda of law, and letters filed in this matter.. (Signed by Judge John P. Cronan on 6/9/2021) (nb) (Entered: 06/10/2021) |
| 06/14/2021 | 297 | MEMORANDUM OF LAW in Opposition re: 284 MOTION to Intervene ., 278 LETTER MOTION for Conference *In Support of and Joining Winslow, Kingstown, and Mr. Bequal's motions to Intervene and request to participate on the May 28, 2021 Teleconference* addressed to Judge John P. Cronan from Angus F. Ni dated May, 262 MOTION to Intervene , *Additionally in Opposition to ECF Numbers 271 and 272.* Document filed by Luckin Coffee Inc...(Portnoy, Lawrence) (Entered: 06/14/2021) |
| 06/14/2021 | 298 | LETTER addressed to Judge John P. Cronan from R. Craig Martin dated June 14, 2021 re: Opposition to Motion to Intervene. Document filed by Alexander Lawson, Wing Sze Tiffany Wong..(Martin, Robert) (Entered: 06/14/2021) |
| 06/14/2021 | 299 | MEMORANDUM OF LAW in Opposition re: 284 MOTION to Intervene ., 262 MOTION to Intervene . . Document filed by Louisiana Sheriffs' Pension & Relief Fund, Sjunde AP-Fonden..(Graziano, Salvatore) (Entered: 06/14/2021) |
| 06/14/2021 | 300 | DECLARATION of Salvatore Graziano in Opposition re: 284 MOTION to Intervene ., 262 MOTION to Intervene ., Document filed by Louisiana Sheriffs' Pension & Relief Fund, Sjunde AP-Fonden. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C).(Graziano, Salvatore) (Entered: 06/14/2021) |
| 07/05/2021 | 301 | TRANSCRIPT of Proceedings re: CONFERENCE held on 5/28/2021 before Judge John P. Cronan. Court Reporter/Transcriber: Sadie Herbert, (212) 805-0310. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/26/2021. Redacted Transcript Deadline set for 8/5/2021. Release of Transcript Restriction set for 10/4/2021.Filed In Associated Cases: 1:20-cv-01293-JPC, 1:20-cv-02977-JPC.(McGuirk, Kelly) (Entered: 07/05/2021) |
| 07/05/2021 | 302 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 5/28/21 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:20-cv-01293-JPC, 1:20-cv-02977-JPC.(McGuirk, Kelly) (Entered: 07/05/2021) |
| 07/06/2021 | 303 | ORDER denying 262 Motion to Intervene; denying 278 Letter Motion for Conference re: 262 MOTION to Intervene ., 278 LETTER MOTION for Conference *in Support of and Joining Winslow, Kingstown, and Mr. Bequal's motions to Intervene and request to participate on the May 28, 2021 Teleconference* addressed to Judge John P. Cronan from Angus F. Ni dated May, 284 MOTION to Intervene . ; denying 284 Motion to Intervene. For the reasons stated above, the Court denies the motions to intervene and enters the Stipulation and Proposed Order. The Clerk of the Court is respectfully directed to terminate the motions pending at Docket Numbers 262, 278, and 284.. (Signed by Judge John P. Cronan on 7/6/2021) (nb) (Entered: 07/06/2021) |
| 07/06/2021 | 304 | STIPULATION AND ORDER REGARDING DISSEMINATION OF CLASS NOTICE: IT IS HEREBY STIPULATED AND AGREED by Lead Plaintiffs and Luckin, through their undersigned counsel, that, subject to the Court's approval: 1. The proposed procedures for giving notice to the Class as set forth in this Stipulation and [Proposed] Order comply with the requirements of due process and with Rule 23 of the Federal Rules of Civil Procedure and constitute the best notice practicable under the circumstances. 2. The |

| | | firm of Epiq Class Action & Claims Solutions, Inc. (Notice Administrator) is appointed and authorized to supervise and administer the notice procedure. (As further set forth herein.) (Signed by Judge John P. Cronan on 7/6/2021) (nb) (Entered: 07/06/2021) |
|---|---|---|
| 07/07/2021 | 305 | NOTICE OF APPEAL from 304 Stipulation and Order,, 303 Order on Motion to Intervene, Order on Motion for Conference,,,,,,,,, Document filed by Winslow Funds, Filing fee $ 505.00, receipt number ANYSDC-24763983. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit.,(Catalina, Frank) (Entered: 07/07/2021) |
| 07/07/2021 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 305 Notice of Appeal. (tp) (Entered: 07/07/2021) |
| 07/07/2021 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 305 Notice of Appeal, filed by Winslow Funds were transmitted to the U.S. Court of Appeals. (tp) (Entered: 07/07/2021) |
| 07/09/2021 | 306 | NOTICE OF APPEAL from 304 Stipulation and Order,, 303 Order on Motion to Intervene, Order on Motion for Conference,,,,,,,,, Document filed by Michael Bergenholtz, City of Fort Myers' Police Officers' Retirement System, Kimson Chemical, Inc., Teamsters Local 710 Pension Fund. Filing fee $ 505.00, receipt number ANYSDC-24773674. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit.,(Cochran, Brian) (Entered: 07/09/2021) |
| 07/09/2021 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 306 Notice of Appeal,..(nd) (Entered: 07/09/2021) |
| 07/09/2021 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 306 Notice of Appeal, filed by Kimson Chemical, Inc., City of Fort Myers' Police Officers' Retirement System, Teamsters Local 710 Pension Fund, Michael Bergenholtz were transmitted to the U.S. Court of Appeals.,(nd) (Entered: 07/09/2021) |
| 07/30/2021 | 307 | NOTICE OF APPEAL from 304 Stipulation and Order,, 303 Order on Motion to Intervene, Order on Motion for Conference,,,,,,,,, Document filed by Kingfishers, LP, Kingstown 1740 Fund LP, Kingstown Capital Management, L.P., Kingstown Partners II L.P., Kingstown Partners Master Ltd., Ktown LP, Filing fee $ 505.00, receipt number ANYSDC-24871419, Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit.,(Wissner-Gross, Sigmund) (Entered: 07/30/2021) |
| 08/02/2021 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 307 Notice of Appeal. (tp) (Entered: 08/02/2021) |
| 08/02/2021 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 307 Notice of Appeal, filed by Kingstown Partners II L.P., Kingfishers, LP, Ktown LP, Kingstown 1740 Fund LP, Kingstown Capital Management, L.P., Kingstown Partners Master Ltd. were transmitted to the U.S. Court of Appeals. (tp) (Entered: 08/02/2021) |
| 08/24/2021 | 308 | AFFIDAVIT OF SERVICE. Charles Zhengyao Lu served on 5/18/2021, answer due 6/8/2021. Service was made by Mail. Document filed by Louisiana Sheriffs Pension & Relief Fund; Sjunde AP-Fonden.,(Nirmul, Sharan) (Entered: 08/24/2021) |
| 10/08/2021 | 309 | DECLARATION of Alexander P. Villanova Regarding: (A) Mailing of the Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion Received re: 304 Stipulation and Order,, . Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. (Attachments: # 1 Exhibit A - Notice of Pendency of Class Action, # 2 Exhibit B - Proof of Publication, # 3 Exhibit C - List of Opt-Outs Received).(Graziano, Salvatore) (Entered: 10/08/2021) |
| 10/21/2021 | 310 | MANDATE of USCA (Certified Copy) as to 305 Notice of Appeal, filed by Winslow Funds. USCA Case Number 21-1673(L). The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42. The stipulation is hereby "So Ordered"., Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 10/21/2021..(nd) (Entered: 10/21/2021) |
| 10/21/2021 | 311 | MANDATE of USCA (Certified Copy) as to 306 Notice of Appeal, filed by Kimson Chemical, Inc., City of Fort Myers' Police Officers' Retirement Fund, Michael Bergenholtz, USCA Case Number 21-1683(Con), Proposed Intervenors-Appellants Teamsters Local 710 Pension Fund, City of Fort Myers Police Officers Retirement System, Kimson Chemical Inc., and Michael Bergenholtz move to voluntarily dismiss the appeal docketed under 21-1683. The motion is unopposed. IT IS HEREBY ORDERED that the motion is GRANTED. The appeal under docket number 21-1898 will proceed in the ordinary course.. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 10/21/2021..(nd) (Entered: 10/21/2021) |
| 10/22/2021 | 312 | MANDATE of USCA (Certified Copy) as to 307 Notice of Appeal, filed by Kingstown Partners II L.P., Kingfishers, LP, Ktown LP, Kingstown 1740 Fund LP, Kingstown Capital Management, L.P., Kingstown Partners Master Ltd. USCA Case Number 21-1898. The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42. The stipulation is hereby "So Ordered".,. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 10/22/2021..(nd) (Entered: 10/25/2021) |
| 10/25/2021 | 313 | MOTION for Settlement Class Representatives' Unopposed Motion for an Order Preliminarily Approving Proposed Settlement and Authorizing Dissemination of Settlement Notice to the Class. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Nirmul, Sharan) (Entered: 10/25/2021) |
| 10/25/2021 | 314 | MEMORANDUM OF LAW in Support re: 313 MOTION for Settlement Class Representatives' Unopposed Motion for an Order Preliminarily Approving Proposed Settlement and Authorizing Dissemination of Settlement Notice to the Class. . Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Nirmul, Sharan) (Entered: 10/25/2021) |
| 10/25/2021 | 315 | SETTLEMENT AGREEMENT Stipulation and Agreement of Settlement. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. (Attachments: # 1 Exhibit A - Proposed Preliminary Approval Order, # 2 Exhibit A-1 - Long-Form Notice, # 3 Exhibit A-2 - Proof of Claim and Release Form, # 4 Exhibit A-3 - Summary Notice, # 5 Exhibit B - Proposed Judgment).(Nirmul, Sharan) (Entered: 10/25/2021) |
| 10/25/2021 | 316 | PROPOSED ORDER. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. (Attachments: # 1 Exhibit 1 - Long-Form Notice, # 2 Exhibit 2 - Proof of Claim and Release Form, # 3 Exhibit 3 - Summary Notice) Related Document Number: [ECF No. 313]..(Nirmul, Sharan) Proposed Order to be reviewed by Clerk's Office staff. (Entered: 10/25/2021) |
| 10/26/2021 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 316 Proposed Order was reviewed and approved as to form. (km) (Entered: 10/26/2021) |
| 10/26/2021 | 317 | ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE OF THE SETTLEMENT granting 313 MOTION for Settlement Class Representatives' Unopposed Motion for an Order Preliminarily Approving Proposed Settlement and Authorizing Dissemination of Settlement Notice to the Class. NOW THEREFORE, IT IS HEREBY ORDERED: 1. Preliminary Approval of the Settlement The Court hereby preliminarily approves the Settlement, as embodied in the Stipulation, and finds, pursuant to Rule 23(e)(1)(B)(i) of the Federal Rules of Civil Procedure, that it will likely be able to finally approve the Settlement under Rule 23(e)(2) as being fair, reasonable, and adequate to the Class, subject to further consideration at the Settlement Hearing to be conducted as described below. 2. Settlement Hearing The Court will hold a settlement hearing ("Settlement Hearing") on January 31, 2022 at 11:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312. (And as further set forth herein.) SO ORDERED. (Signed by Judge John P. Cronan on 10/26/2021) (jca) (Entered: 10/26/2021) |
| 10/26/2021 | | Set/Reset Hearings: Settlement Conference set for 1/31/2022 at 11:00 AM in Courtroom 12D, 500 Pearl Street, New York, NY 10007 before Judge John P. Cronan. (jca) (Entered: 10/26/2021) |
| 10/26/2021 | 318 | ORDER denying as moot 255 Letter Motion for Leave to File Document; denying as moot 204 Motion to Dismiss; denying as moot 207 Letter Motion for Oral Argument; denying as moot 210 Motion to Dismiss; denying as moot 213 Letter Motion for Oral Argument; denying as moot 224 Motion to Dismiss. On October 25, 2021, Plaintiffs informed the Court that the parties have agreed to settle this action. See Dkt. 313. Given this proposed settlement, Defendants' motions to dismiss the case and for oral argument on the motions, Dkts. 204, 207, 210, 213, 224, and Plaintiffs' letter motion for leave to file a sur-reply memorandum in opposition to Defendants' motions, Dkt. 255, are denied as moot without prejudice to refiling these motions in the event that the Court does not approve the proposed settlement. The Clerk of Court is respectfully directed to terminate the motions pending at Docket Numbers 204, 207, 210, 213, 224, and 255. SO ORDERED. (Signed by Judge John P. Cronan on 10/26/2021) (jca) (Entered: 10/26/2021) |
| 10/26/2021 | 319 | REVISED ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE OF THE SETTLEMENT: NOW THEREFORE, IT IS HEREBY ORDERED: 1. Preliminary Approval of the Settlement The Court hereby preliminarily approves the Settlement, as embodied in the Stipulation, and finds, pursuant to Rule 23(e)(1)(B)(i) of the Federal Rules of Civil Procedure, that it will likely be able to finally approve the Settlement under Rule 23(e)(2) as being fair, reasonable, and adequate to the Class, subject to further consideration at the Settlement Hearing to be conducted as described below. 2. Settlement Hearing The Court will hold a settlement hearing ("Settlement Case 1:20-cv-01293-JPC Document 316 Filed 10/25/21 Page 2 of 14 Hearing") on July 22, 2022 at 11:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312. (And as further set forth herein.) SO ORDERED. (Settlement Conference set for 7/22/2022 at 11:00 AM in Courtroom 12D, 500 Pearl Street, New York, NY 10007 before Judge John P. Cronan.) (Signed by Judge John P. Cronan on 10/26/2021) (jca) (Entered: 10/26/2021) |
| 11/05/2021 | 320 | DECLARATION of Stephanie J. Fiereck, Esq. on Implementation of CAFA Notice. Document filed by Luckin Coffee Inc.. (Attachments: # 1 Attachment 1 - CAFA Notice Service List, # 2 Attachment 2 - CAFA Notice Cover Letter).(Portnoy, Lawrence) (Entered: 11/05/2021) |
| 04/28/2022 | 321 | STATEMENT OF OBJECTIONS, re: proposed Settlement. Document filed by non-party Class Member, Robert Rach (sc) (Entered: 05/03/2022) |
| 05/03/2022 | 322 | NOTICE of Closing of Chapter 15 Case and Termination of Automatic Stay. Document filed by Luckin Coffee Inc...(Portnoy, Lawrence) (Entered: 05/03/2022) |
| 06/10/2022 | 323 | MOTION to Approve [Lead Plaintiffs Motion for Final Approval of Class Action Settlement and Plan of Allocation]. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden.,(Graziano, Salvatore) (Entered: 06/10/2022) |
| 06/10/2022 | 324 | MEMORANDUM OF LAW in Support re: 323 MOTION to Approve [Lead Plaintiffs Motion for Final Approval of Class Action Settlement and Plan of Allocation]. . Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Graziano, Salvatore) (Entered: 06/10/2022) |

| 06/10/2022 | 325 | MOTION for Attorney Fees *[Class Counsel's Motion for Attorneys' Fees and Litigation Expenses]*. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Graziano, Salvatore) (Entered: 06/10/2022) |
| --- | --- | --- |
| 06/10/2022 | 326 | MEMORANDUM OF LAW in Support re: 325 MOTION for Attorney Fees *[Class Counsel's Motion for Attorneys' Fees and Litigation Expenses]*. . Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Graziano, Salvatore) (Entered: 06/10/2022) |
| 06/10/2022 | 327 | DECLARATION of Sharan Nirmul and Salvatore J. Graziano in Support re: 325 MOTION for Attorney Fees *[Class Counsel's Motion for Attorneys' Fees and Litigation Expenses]*., 323 MOTION to Approve *[Lead Plaintiffs Motion for Final Approval of Class Action Settlement and Plan of Allocation]*.. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. (Attachments: # 1 Exhibit 1 - Grottheim Declaration, # 2 Exhibit 2 - McGee Declaration, # 3 Exhibit 3 - Villanova Declaration, # 4 Exhibit 4 - Fang Zhao Declaration, # 5 Exhibit 5 - Hatfield Declaration, # 6 Exhibit 6 - Summary of Plaintiffs' Counsel's Lodestar & Expenses, # 7 Exhibit 6A - KTMC Fee & Expense Declaration, # 8 Exhibit 6B - BLBG Fee & Expense Declaration, # 9 Exhibit 6C - Lowenstein Fee & Expense Declaration, # 10 Exhibit 6D - Klausner Fee Declaration, # 11 Exhibit 7 - Plaintiffs' Counsel's Expenses by Category, # 12 Exhibit 8 - SEB Inv Mgmt v Symantec Corporation - April 20, 2021 Order, # 13 Exhibit 9 - Wilmington Trust Fee Order, # 14 Exhibit 10 - Pfizer Fee Order, # 15 Exhibit 11 - Oxford Health Fee Orders, # 16 Exhibit 12 - NERA 2021 Full Year Report, # 17 Exhibit 13 - Doral Fee Order, # 18 Exhibit 14 - 3com Fee Award).(Graziano, Salvatore) (Entered: 06/10/2022) |
| 07/13/2022 | 328 | ROBERT RACH RESPONSE TO MOTION FOR FINAL APPROVAL(ECF NO. 324) & DECLARATION IN SUPORT OF MOTION FOR FINAL APPROVAL(ECF NO. 327) FILED BY CLASS COUNSEL re: 327 Declaration in Support of Motion, 324 Memorandum of Law in Support of Motion. Document filed by Robert Rach, a non-party. (sc) (Entered: 07/13/2022) |
| 07/15/2022 | 329 | REPLY MEMORANDUM OF LAW in Support re: 325 MOTION for Attorney Fees *[Class Counsel's Motion for Attorneys' Fees and Litigation Expenses]*., 323 MOTION to Approve *[Lead Plaintiffs Motion for Final Approval of Class Action Settlement and Plan of Allocation]*. . Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. (Attachments: # 1 Exhibit 1 - Supplemental Mailing Declaration).(Graziano, Salvatore) (Entered: 07/15/2022) |
| 07/15/2022 | 330 | PROPOSED JUDGMENT. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Graziano, Salvatore) Proposed Judgment to be reviewed by Clerk's Office staff. . (Entered: 07/15/2022) |
| 07/15/2022 | 331 | PROPOSED ORDER. Document filed by Sjunde AP-Fonden. Related Document Number: 323 ..(Graziano, Salvatore) Proposed Order to be reviewed by Clerk's Office staff. (Entered: 07/15/2022) |
| 07/15/2022 | 332 | PROPOSED ORDER. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. Related Document Number: 325 ..(Graziano, Salvatore) Proposed Order to be reviewed by Clerk's Office staff. (Entered: 07/15/2022) |
| 07/15/2022 | 333 | CERTIFICATE OF SERVICE of Reply Memorandum, Proposed Judgment and Proposed Orders served on Robert C. Rach on July 15, 2022. Service was made by Mail. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Graziano, Salvatore) (Entered: 07/15/2022) |
| 07/15/2022 | | ***NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. 330 Proposed Judgment was reviewed and approved as to form. (tp) (Entered: 07/15/2022) |
| 07/15/2022 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 331 Proposed Order was reviewed and approved as to form. (tp) (Entered: 07/15/2022) |
| 07/15/2022 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 332 Proposed Order was reviewed and approved as to form. (tp) (Entered: 07/15/2022) |
| 07/18/2022 | 334 | ORDER: By July 20, 2022, the parties in this case shall file a joint letter detailing whether they have paid or provided any other consideration to any party, including the plaintiffs or their counsel in the related cases, to forgo or withdraw an objection. (And as further set forth herein.) SO ORDERED. (Signed by Judge John P. Cronan on 7/18/2022) (jca) (Entered: 07/18/2022) |
| 07/19/2022 | 335 | LETTER addressed to Judge John P. Cronan from Salvatore J. Graziano, Sharan Nirmul and Lawrence Portnoy dated July 19, 2022 re: Joint Letter in Response to July 18, 2022 Order. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Graziano, Salvatore) (Entered: 07/19/2022) |
| 07/19/2022 | 336 | MOTION for EDWARD C. PATTERSON to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-26436408. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Thomas P. Meier. (Attachments: # 1 Affidavit of Edward C. Patterson, # 2 Exhibit A - Certificates of Good Standing, # 3 Text of Proposed Order - Order for Admission Pro Hac Vice).(Patterson, Edward) (Entered: 07/19/2022) |
| 07/20/2022 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 336 MOTION for EDWARD C. PATTERSON to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-26436408. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz) (Entered: 07/20/2022) |
| 07/22/2022 | 337 | ORDER granting 336 Motion for EDWARD C. PATTERSON to Appear Pro Hac Vice (HEREBY ORDERED by Judge John P. Cronan)(Text Only Order) (mhe) (Entered: 07/22/2022) |
| 07/22/2022 | 338 | ORDER AWARDING ATTORNEYS' FEES AND LITIGATION EXPENSES granting 325 Motion for Attorney Fees. NOW, THEREFORE, IT IS HEREBY ORDERED THAT: 1. This Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement dated as of October 20, 2021 (ECF No. 315) ("Stipulation") and all capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation. 2. The Court has jurisdiction to enter this Order and over the subject matter of the Action and all parties to the Action, including all Class Members. As further set forth by this Order. 4. Class Counsel are hereby awarded attorneys' fees in the amount of 17.5% of the Settlement Fund and $721,462.68 in payment of Plaintiffs' Counsel's litigation expenses (which fees and expenses shall be paid from the Settlement Fund), which sums the Court finds to be fair and reasonable. Class Counsel shall allocate the attorneys' fees awarded amongst Plaintiffs' Counsel in a manner which they, in good faith, believe reflects the contributions of such counsel to the institution, prosecution, and settlement of the Action. C. Copies of the Settlement Notice were mailed to over 564,000 potential Class Members and nominees stating that Class Counsel would apply for attorneys' fees in an amount not to exceed 25% of the Settlement Fund and for Litigation Expenses in an amount not to exceed $1,000,000, and no objections to the requested attorneys' fees and Litigation Expenses were received; 6. Lead Plaintiff Sjunde AP-Fonden is hereby awarded $3,750.00 from the Settlement Fund as reimbursement for its reasonable costs and expenses directly related to its representation of the Class. 7. Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund is hereby awarded $1,680.00 from the Settlement Fund as reimbursement for its reasonable costs and expenses directly related to its representation of the Class. SO ORDERED. (Signed by Judge John P. Cronan on 7/22/2022) (tg) Transmission to Finance Unit (Cashiers) for processing. (Entered: 07/22/2022) |
| 07/22/2022 | 339 | ORDER APPROVING PLAN OF ALLOCATION OF NET SETTLEMENT FUND granting 323 MOTION to Approve [Lead Plaintiffs Motion for Final Approval of Class Action Settlement and Plan of Allocation]. NOW, THEREFORE, IT IS HEREBY ORDERED THAT: 1. This Order approving the proposed Plan of Allocation incorporates by reference the definitions in the Stipulation and Agreement of Settlement dated as of October 20, 2021 (ECF No. 315) ("Stipulation") and all terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation. 2. The Court has jurisdiction to enter this Order approving the proposed Plan of Allocation, and over the subject matter of the Action and all parties to the Action, including all Class Members. 3. Notice of Lead Plaintiffs' motion for approval of the proposed Plan of Allocation was given to all Class Members who or which could be identified with reasonable effort. The form and method of notifying the Class of the motion for approval of the proposed Plan of Allocation satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure, the United States Constitution (including the Due Process Clause), the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 77z-1, 78u-4, as amended, and all other applicable law and rules, constituted the best notice practicable under the circumstances, and constituted due and sufficient notice to all persons and entities entitled thereto. 4. Copies of the Settlement Notice, which included the Plan of Allocation, were mailed to over 564,000 potential Class Members and nominees. 5. There was one objection to the Plan of Allocation. The Court has considered the objection submitted pursuant to Rule 23(e)(5) of the Federal Rules of Civil Procedure. The Court finds and concludes that the objection is without merit, and it is hereby overruled. 6. The Court hereby finds and concludes that the formula for the calculation of the claims of Claimants as set forth in the Plan of Allocation mailed to Class Members provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund among Class Members with due consideration having been given to administrative convenience and necessity. 7. The Court hereby finds and concludes that the Plan of Allocation is, in all respects, fair and reasonable to the Class. Accordingly, the Court hereby approves the Plan of Allocation proposed by Lead Plaintiffs. 8. Any appeal or any challenge affecting this Courts approval of the Plan of Allocation shall in no way disturb or affect the finality of the Judgment. 9. There is no just reason for delay in the entry of this Order, and immediate entry by the Clerk of the Court is expressly directed. SO ORDERED. (Signed by Judge John P. Cronan on 7/22/2022) (jca) (Entered: 07/22/2022) |
| 07/22/2022 | 340 | JUDGMENT APPROVING CLASS ACTION SETTLEMENT: IT IS HEREBY ORDERED, ADJUDGED AND DECREED: The Court has jurisdiction over the subject matter of the Action, and all matters relating to the Settlement, as well as personal jurisdiction over all of the Settling Parties and each of the Class Members. This Judgment incorporates and makes a part hereof: (a) the Stipulation filed with the Court on October 25, 2021; and (b) the Settlement Notice and the Summary Settlement Notice, both of which were filed with the Court on June 10, 2022. The Action and all of the claims asserted against Luckin and the other Defendants in the Action by Class Representatives and the other Class Members are hereby dismissed with prejudice as to Luckin and all of the other Defendants Released Parties. The Settling Parties shall bear their own costs and expenses, except as otherwise expressly provided in the Stipulation. There is no just reason to delay the entry of this Judgment as a final judgment in this Action. Accordingly, the Clerk of the Court is expressly directed to immediately enter this final judgment in this Action. (And as further set forth herein.) SO ORDERED. (Signed by Judge John P. Cronan on 7/22/2022) (jca) (Entered: 07/22/2022) |
| 07/22/2022 | | Minute Entry for proceedings held before Judge John P. Cronan: Fairness Hearing held on July 22, 2022. No members of the proposed settlement class showed up to object to the proposed settlement. For the reasons stated on the record, the Court rejected the only objection to the settlement and plan of allocation. For the reasons stated on the record, the Court also approved the proposed settlement, plan of allocation, and requested lawyers fees and expenses. (Court Reporter Pamela Utter). (mhe) (Entered: 07/27/2022) |

| 07/25/2022 | 341 | CERTIFICATE OF SERVICE of Order Awarding Attorneys' Fees and Litigation Expenses, Order Approving Plan of Allocation of Net Settlement Fund, and Judgment Approving Class Action Settlement served on Robert C. Rach on July 25, 2022. Service was made by Mail. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden.. (Nirmul, Sharan) (Entered: 07/25/2022) |
| 08/12/2022 | 342 | TRANSCRIPT of Proceedings re: HEARING held on 7/22/2022 before Judge John P. Cronan. Court Reporter/Transcriber: Andrew Walker, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/2/2022. Redacted Transcript Deadline set for 9/12/2022. Release of Transcript Restriction set for 11/10/2022..(McGuirk, Kelly) (Entered: 08/12/2022) |
| 08/12/2022 | 343 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a HEARING proceeding held on 7/22/2022 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 08/12/2022) |
| 03/06/2023 | 344 | MOTION for Disbursement of Funds *[Lead Plaintiffs' Motion for Approval of Distribution Plan]*. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Graziano, Salvatore) (Entered: 03/06/2023) |
| 03/06/2023 | 345 | FILING ERROR - DEFICIENT DOCKET ENTRY (SEE 346 Memorandum) - MEMORANDUM OF LAW in Support re: 344 MOTION for Disbursement of Funds *[Lead Plaintiffs' Motion for Approval of Distribution Plan]*. . Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Graziano, Salvatore) Modified on 3/9/2023 (db). (Entered: 03/06/2023) |
| 03/06/2023 | 346 | MEMORANDUM OF LAW in Support re: 344 MOTION for Disbursement of Funds *[Lead Plaintiffs' Motion for Approval of Distribution Plan]*. . Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. (Attachments: # 1 Exhibit 1).(Graziano, Salvatore) (Entered: 03/06/2023) |
| 03/06/2023 | 347 | DECLARATION of Alexander P. Villanova in Support re: 344 MOTION for Disbursement of Funds *[Lead Plaintiffs' Motion for Approval of Distribution Plan]*.. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. (Attachments: # 1 Exhibit A - Deficiency Letter, # 2 Exhibit B - Status Email, # 3 Exhibit C - Transaction Report, # 4 Exhibit D - Disputed Claims, # 5 Exhibit E - Timely Eligible Claims, # 6 Exhibit F - Late But Otherwise Eligible Claims, # 7 Exhibit G - Rejected Claims, # 8 Exhibit H - Invoices).(Graziano, Salvatore) (Entered: 03/06/2023) |
| 03/06/2023 | 348 | PROPOSED ORDER. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. Related Document Number: 344..(Graziano, Salvatore) Proposed Order to be reviewed by Clerk's Office staff. (Entered: 03/06/2023) |
| 03/06/2023 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 348 Proposed Order was reviewed and approved as to form. (nd) (Entered: 03/06/2023) |
| 03/27/2023 | 349 | REPLY MEMORANDUM OF LAW in Support re: 344 MOTION for Disbursement of Funds *[Lead Plaintiffs' Motion for Approval of Distribution Plan]*. . Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Graziano, Salvatore) (Entered: 03/27/2023) |
| 03/27/2023 | 350 | DECLARATION of Catherine van Kampen in Support re: 344 MOTION for Disbursement of Funds *[Lead Plaintiffs' Motion for Approval of Distribution Plan]*.. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. (Attachments: # 1 Exhibit A - William Abbate March 14, 2023 Letter to Judge Cronan).(Graziano, Salvatore) (Entered: 03/27/2023) |
| 03/27/2023 | 351 | DECLARATION of Alexander P. Villanova in Support re: 344 MOTION for Disbursement of Funds *[Lead Plaintiffs' Motion for Approval of Distribution Plan]*.. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G).(Graziano, Salvatore) (Entered: 03/27/2023) |
| 04/21/2023 | 352 | ORDER APPROVING DISTRIBUTION PLAN granting 344 Motion for Disbursement of Funds. NOW, THEREFORE, IT IS HEREBY ORDERED THAT: 1.This Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement dated as of October 20, 2021 (ECF No. 315) ("Stipulation"), and the Villanova Declaration, and all terms used in this Order shall have the same meanings as defined in the Stipulation and the Villanova Declaration. 2.This Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all Class Members. 3.Lead Plaintiffs plan for distribution of the Net Settlement Fund to Authorized Claimants is APPROVED. Accordingly: All of Epiq's fees and expenses incurred in the administration of the Settlement and estimated to be incurred in connection with the Initial Distribution of the Net Settlement Fund as set forth in the invoices attached as Exhibit H to the Villanova Declaration are approved, and Class Counsel are directed to pay the outstanding balance of \$125,812.45 out of the Settlement Fund to Epiq. This Court retains jurisdiction to consider any further applications concerning the administration of the Settlement, and any other and further relief that this Court deems appropriate. (And as further set forth herein.) SO ORDERED.. (Signed by Judge John P. Cronan on 4/21/2023) (jca) Transmission to Finance Unit (Cashiers) for processing. (Entered: 04/21/2023) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/11/2025 18:38:33 | | |
| PACER Login: | theliulawfirm | Client Code: |
| Description: | Docket Report | Search Criteria: | 1:20-cv-01293-JPC |
| Billable Pages: | 30 | Cost: | 3.00 |

# Exhibit B



*In re Luckin Coffee Inc. Securities Litigation*
Toll-Free Number: 1-855-535-1824
Email: info@LuckinCoffeeSecuritiesLitigation.com
Website: www.LuckinCoffeeSecuritiesLitigation.com

## PROOF OF CLAIM AND RELEASE FORM

To be eligible to receive a payment from the Settlement, you must complete and sign this Claim Form and mail it by first-class mail to the address below, or submit it online at www.LuckinCoffeeSecuritiesLitigation.com, with supporting documentation, *postmarked* (or received) no later than March 15, 2022.

Mail to:

*In re Luckin Coffee Inc. Securities Litigation*
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

Failure to submit your Claim Form by the date specified will subject your claim to rejection and may preclude you from being eligible to receive a payment from the Settlement.

Submit your Claim Form only to the Claims Administrator at the address set forth above.

## TABLE OF CONTENTS

| | PAGE # |
|---|---|
| PART I – CLAIMANT INFORMATION | 2 |
| PART II – GENERAL INSTRUCTIONS | 3-4 |
| PART III – SCHEDULE OF TRANSACTIONS IN LUCKIN AMERICAN DEPOSITORY SHARES | 5 |
| PART IV – RELEASE OF CLAIMS AND SIGNATURE | 6-7 |


01-CA40050093
AE9081 v.09

1




## PART I - CLAIMANT INFORMATION

The Claims Administrator will use this information for all communications regarding this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above. Complete names of all persons and entities must be provided.

Beneficial Owner's Name

First Name: W A I    MI: C    Last Name: S H E K

Joint Beneficial Owner's Name (*if applicable*)

First Name:    MI:    Last Name:

If this claim is submitted for an IRA, and if you would like any check that you MAY be eligible to receive made payable to the IRA, please include "IRA" in the "Last Name" box above (*e.g.*, Jones IRA).

Entity Name (if the Beneficial Owner is not an individual)

Name of Representative, if applicable (*executor, administrator, trustee, c/o, etc.*), if different from Beneficial Owner

Last 4 digits of Social Security Number or Taxpayer Identification Number

Street Address: 1 1 6 3  F a i r w a y  D r i v e  S u i t e  # 1 0 6

City: C i t y  o f  I n d u s t r y    State/Province: C A    ZIP Code: 9 1 7 8 9

Foreign Postal Code (if applicable)

Foreign Country (if applicable)

Telephone Number (Day): ( 9 0 9 ) – 4 6 8 – 2 1 6 5    Telephone Number (Evening):

Email Address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

o f f i c e @ t h e l i u l a w f i r m . c o m

Account Number: 5 3 0 - 2 8 8 4 8 7 . N 1

**Type of Beneficial Owner:**

Specify one of the following:

☑ Individual(s)   ☐ Corporation   ☐ UGMA Custodian   ☐ IRA

☐ Partnership   ☐ Estate   ☐ Trust   ☐ Other (describe: _____ )

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

02-CA40050093
AE0082 v.09

2





## PART II – GENERAL INSTRUCTIONS

1.     It is important that you completely read and understand the Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice") that accompanies this Claim Form, including the Plan of Allocation of the Net Settlement Fund set forth in the Settlement Notice. The Settlement Notice describes the proposed Settlement, how Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved. The Settlement Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form. By signing and submitting this Claim Form, you will be certifying that you have read and that you understand the Settlement Notice, including the terms of the releases described therein and provided for herein.

2.     This Claim Form is directed to all persons and entities (and their beneficiaries) who purchased or otherwise acquired the American Depository Shares ("ADSs") of Luckin Coffee Inc. ("Luckin") during the Class Period (from May 17, 2019 through July 15, 2020, inclusive) (the "Class"). Included in the Class are all persons and entities who purchased Luckin ADSs on the open market and/or in or traceable to the May 17, 2019 Initial Public Offering ("IPO") and January 10, 2020 Secondary Public Offering ("SPO") during the Class Period. Certain persons and entities are excluded from the Class by definition as set forth in ¶ 25 of the Settlement Notice.

3.     By submitting this Claim Form, you will be making a request to receive a payment from the Settlement described in the Settlement Notice. IF YOU ARE NOT A CLASS MEMBER (*see* the definition of the Class on page 6 of the Settlement Notice, which sets forth who is included in and who is excluded from the Class), OR IF YOU, OR SOMEONE ACTING ON YOUR BEHALF, SUBMITTED A REQUEST FOR EXCLUSION FROM THE CLASS, DO NOT SUBMIT A CLAIM FORM. **YOU MAY NOT, DIRECTLY OR INDIRECTLY, PARTICIPATE IN THE SETTLEMENT IF YOU ARE NOT A CLASS MEMBER. THUS, IF YOU ARE EXCLUDED FROM THE CLASS, ANY CLAIM FORM THAT YOU SUBMIT, OR THAT MAY BE SUBMITTED ON YOUR BEHALF, WILL NOT BE ACCEPTED.**

4.     **Submission of this Claim Form does not guarantee that you will be eligible to receive a payment from the Settlement, if it is approved. The distribution of the payments to eligible purchasers of Luckin ADSs will be governed by the Plan of Allocation set forth in the Settlement Notice, if it is approved by the Court, or by such other plan of allocation as the Court approves.**

5.     Use the Schedule of Transactions in Part III of this Claim Form to supply all required details of your transaction(s) in, and holdings of, Luckin ADSs. On this schedule, provide all of the requested information with respect to your holdings, purchases, acquisitions, and sales of Luckin ADSs (including free transfers and deliveries), whether such transactions resulted in a profit or a loss. **Failure to report all transaction and holding information during the requested time period may result in the rejection of your claim.**

6.     Please note: Only Luckin ADSs purchased or acquired from May 17, 2019 through July 15, 2020, inclusive, are eligible for payment under the Settlement. However, sales of Luckin ADSs during the period from July 16, 2020 through and including the close of trading on October 20, 2021, will be used for purposes of calculating your claim under the Plan of Allocation. Therefore, in order for the Claims Administrator to be able to balance your claim, the requested purchase/acquisition and sale/disposition information during this period must also be provided.

7.     You are required to submit genuine and sufficient documentation for all of your transactions in and holdings of Luckin ADSs as set forth in the Schedule of Transactions in Part III of this Claim Form. Documentation may consist of copies of brokerage confirmation slips or monthly brokerage account statements, or an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement. The Settling Parties and the Claims Administrator do not independently have information about your investments in Luckin ADSs. IF SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN COPIES OF THE DOCUMENTS OR EQUIVALENT DOCUMENTS FROM YOUR BROKER. FAILURE TO SUPPLY THIS DOCUMENTATION MAY RESULT IN THE REJECTION OF YOUR CLAIM. DO NOT SEND ORIGINAL DOCUMENTS. **Please keep a copy of all documents that you send to the Claims Administrator. Also, do not highlight any portion of the Claim Form or any supporting documents.**

8.     **Traceability of Luckin ADSs to Public Offerings in the Class Period.** Public offerings of Luckin ADSs occurred during the Class Period on or about (i) May 17, 2019 (the IPO); and (ii) January 10, 2020 (the SPO). Claimants who purchased Luckin ADSs directly in one or both of the offerings, or who purchased shares "traceable" to one or both of the offerings (as opposed to generally on the open market) may be entitled to additional compensation under the Plan of Allocation. All Luckin ADSs purchased from May 17, 2019 through January 9, 2020 are assumed to be traceable to the IPO. However, if you purchased Luckin ADSs from January 10, 2020 through July 15, 2020 that were not purchased directly in the SPO but that you believe are specifically traceable to Luckin ADSs that were issued in the IPO or SPO, you must submit documentation with your Claim Form showing that the specific ADSs you purchased were shares issued in the IPO or SPO.

9.     Use Part I of this Claim Form entitled "CLAIMANT INFORMATION" to identify the beneficial owner(s) of the Luckin ADSs. The complete name(s) of the beneficial owner(s) must be entered. If you held the Luckin ADSs in your own name, you were the beneficial owner as well as the record owner. If, however, your Luckin ADSs were registered in the name of a third party, such as a nominee or brokerage firm, you were the beneficial owner of the ADSs, but the third party was the record owner. The beneficial owner, not the record owner, must sign this Claim Form to be eligible to participate in the Settlement. If there were joint beneficial owners, each must sign this Claim Form and their names must appear as "Claimants" in Part I of this Claim Form.

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824



10.    One Claim should be submitted for each separate legal entity or separately managed account. Separate Claim Forms should be submitted for each separate legal entity (e.g., an individual should not combine his or her IRA holdings and transactions with holdings and transactions made solely in the individual's name). Generally, a single Claim Form should be submitted on behalf of one legal entity including all holdings and transactions made by that entity on one Claim Form. However, if a single person or legal entity had multiple accounts that were separately managed, separate Claims may be submitted for each such account. The Claims Administrator reserves the right to request information on all the holdings and transactions in Luckin ADSs made on behalf of a single beneficial owner.

11.    Agents, executors, administrators, guardians, and trustees must complete and sign the Claim Form on behalf of persons represented by them, and they must:

(a)    expressly state the capacity in which they are acting;

(b)    identify the name; account number; last four digits of the Social Security Number, taxpayer identification number, or comparable identification number for non-U.S. claimants; address; and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the Luckin ADSs; and

(c)    furnish herewith evidence of their authority to bind to the Claim Form the person or entity on whose behalf they are acting. (Authority to complete and sign a Claim Form cannot be established by stockbrokers demonstrating only that they have discretionary authority to trade securities in another person's accounts.)

12.    By submitting a signed Claim Form, you will be swearing that you:

(a)    own(ed) the Luckin ADSs you have listed in the Claim Form; or

(b)    are expressly authorized to act on behalf of the owner thereof.

13.    By submitting a signed Claim Form, you will be swearing to the truth of the statements contained therein and the genuineness of the documents attached thereto, subject to penalties of perjury under the laws of the United States of America. The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your claim and may subject you to civil liability or criminal prosecution.

14.    Payments to eligible Authorized Claimants pursuant to the Plan of Allocation will be made after final approval of the Settlement and any appeals from such approval, and after the completion of all claims processing. The claims process will take substantial time to complete fully and fairly. Please be patient.

15.    **PLEASE NOTE:** As set forth in the Plan of Allocation, each Authorized Claimant shall receive his, her, or its *pro rata* share of the funds available under the Settlement. If the prorated payment to any Authorized Claimant calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to that Authorized Claimant.

16.    If you have questions concerning the Claim Form, or need additional copies of the Claim Form, you may contact the Claims Administrator, Epiq Class Action & Claims Solutions, Inc., at the address on the first page of this Claim Form, by email at info@LuckinCoffeeSecuritiesLitigation.com, or by toll-free phone at 1-855-535-1824, or you can visit the website, www.LuckinCoffeeSecuritiesLitigation.com, where copies of the Claim Form and other relevant documents are available for downloading.

17.    NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. To obtain the *mandatory* electronic filing requirements and file layout, you may visit the Settlement website at www.LuckinCoffeeSecuritiesLitigation.com or you may email the Claims Administrator's electronic filing department at info@LuckinCoffeeSecuritiesLitigation.com. Any file not in accordance with the required electronic filing format will be subject to rejection. The *complete* name of the beneficial owner of the securities must be entered where called for (*see* ¶ 9 above). No electronic files will be considered to have been submitted unless the Claims Administrator issues an email to that effect. Do not assume that your file has been received until you receive this email. If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at info@LuckinCoffeeSecuritiesLitigation.com to inquire about your file and confirm it was received.

### IMPORTANT: PLEASE NOTE

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD. THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM WITHIN 60 DAYS OF YOUR SUBMISSION. IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD WITHIN 60 DAYS, CONTACT THE CLAIMS ADMINISTRATOR TOLL FREE AT 1-855-535-1824.**

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

 04-CA40050093
AE9094 v.09

## PART III – SCHEDULE OF TRANSACTIONS IN LUCKIN ADSs

Use this section to provide information on your holdings and trading of Luckin ADSs during the requested time periods. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, ¶ 7 above.

**1. PURCHASES/ACQUISITIONS FROM MAY 17, 2019 THROUGH JULY 15, 2020, INCLUSIVE** – Separately list each and every purchase or acquisition (including free receipts) of Luckin ADSs from May 17, 2019 through and including the close of trading on July 15, 2020. Include Luckin ADSs purchased in Luckin's May 17, 2019 Initial Public Offering and January 10, 2020 Secondary Public Offering and Luckin ADSs purchased on the open market from May 17, 2019 through July 15, 2020. (Must be documented.)

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of ADSs Purchased/ Acquired | Purchase Price Per ADS | Total Purchase Price (excluding any fees, commissions, and taxes) | Were the shares purchased in or traceable to the May 2019 IPO or the Jan. 2020 SPO? | Confirm Proof of Purchase/ Acquisition Enclosed |
|---|---|---|---|---|---|
| 1 1 3 1 9 | 4000 | 14.83 | 59320. | | ✓ |
| 1 1 5 1 9 | 4200 | 16.13 | 61746. | | ✓ |
| 1 1 2 1 1 9 | 4200 | 18.04 | 75768. | | ✓ |
| 1 2 0 3 1 9 | 4200 | 20.07 | 84294. | | ✓ |
| 1 2 1 0 1 9 | 4000 | 20.10 | 80400. | | ✓ |

**2. PURCHASES/ACQUISITIONS FROM JULY 16, 2020 THROUGH OCTOBER 20, 2021, INCLUSIVE** – State the total number of Luckin ADSs purchased or acquired (including free receipts) from July 16, 2020 through the close of trading on October 20, 2021. If none, write "zero" or "0."[1]

| | | | | | | | | 0 | . | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

**3. SALES FROM MAY 17, 2019 THROUGH OCTOBER 20, 2021** – Separately list each and every sale or disposition (including free deliveries) of Luckin ADSs from May 17, 2019 through and including the close of trading on October 20, 2021. (Must be documented.)    IF NONE, CHECK HERE ☐

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of ADSs Sold | Sale Price Per ADS | Total Sale Price (not deducting any fees, commissions, and taxes) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| 0 1 1 6 2 0 | 1050 | 43.40 | 45570. | ✓ |
| 0 2 1 8 2 0 | 1250 | 43.40 | 54250. | ✓ |
| 0 3 1 6 2 0 | 950 | 43.40 | 41230. | ✓ |
| 0 3 1 8 2 0 | 100 | 43.40 | 4340. | ✓ |
| 0 4 0 3 2 0 | 47050 | 6.33 | 297826.50 | ✓ |

**4. HOLDINGS AS OF OCTOBER 20, 2021** – State the total number of Luckin ADSs held as of the close of trading on October 20, 2021. (Must be documented.) If none, write "zero" or "0."    Confirm Proof of Position Enclosed ☐

| | | | | | | 0 | . | | |
|---|---|---|---|---|---|---|---|---|---|

**IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX.** ☑

[1] Please note: Information requested with respect to your purchases and acquisitions of Luckin ADSs from July 16, 2020 through the close of trading on October 20, 2021 is needed in order to balance your claim; purchases and acquisitions during this period, however, are not eligible under the Settlement and will not be used for purposes of calculating your Recognized Claim under the Plan of Allocation.

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824


05-CA40050093
AE9086 v.09

5



## PART III – SCHEDULE OF TRANSACTIONS IN LUCKIN ADSs

Use this section to provide information on your holdings and trading of Luckin ADSs during the requested time periods. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, ¶ 7 above.

**1. PURCHASES/ACQUISITIONS FROM MAY 17, 2019 THROUGH JULY 15, 2020, INCLUSIVE** – Separately list each and every purchase or acquisition (including free receipts) of Luckin ADSs from May 17, 2019 through and including the close of trading on July 15, 2020. Include Luckin ADSs purchased in Luckin's May 17, 2019 Initial Public Offering and January 10, 2020 Secondary Public Offering and Luckin ADSs purchased on the open market from May 17, 2019 through July 15, 2020. (Must be documented.)

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of ADSs Purchased/ Acquired | Purchase Price Per ADS | Total Purchase Price (excluding any fees, commissions, and taxes) | Were the shares purchased in or traceable to the May 2019 IPO or the Jan. 2020 SPO? | Confirm Proof of Purchase/ Acquisition Enclosed |
|---|---|---|---|---|---|
| 1 2 1 2 1 9 | 4 2 0 0 | 2 0 . 2 3 | 8 4 9 6 6 . | | ✓ |
| 1 2 1 9 1 9 | 4 2 0 0 | 2 0 . 6 4 | 8 6 6 8 8 . | | ✓ |
| 0 1 0 8 2 0 | 4 0 0 0 | 2 4 . 0 8 | 9 6 3 2 0 . | | ✓ |
| 0 1 0 9 2 0 | 4 2 0 0 | 2 4 . 8 4 | 1 0 4 3 2 8 . | | ✓ |
| 0 2 1 8 2 0 | 4 0 0 0 | 2 6 . 0 9 | 1 0 4 3 6 0 . | | ✓ |

**2. PURCHASES/ACQUISITIONS FROM JULY 16, 2020 THROUGH OCTOBER 20, 2021, INCLUSIVE** – State the total number of Luckin ADSs purchased or acquired (including free receipts) from July 16, 2020 through the close of trading on October 20, 2021. If none, write "zero" or "0."[1]

| | | |
|---|---|---|
| | 0 . | |

**3. SALES FROM MAY 17, 2019 THROUGH OCTOBER 20, 2021** – Separately list each and every sale or disposition (including free deliveries) of Luckin ADSs from May 17, 2019 through and including the close of trading on October 20, 2021. (Must be documented.)    **IF NONE, CHECK HERE**

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of ADSs Sold | Sale Price Per ADS | Total Sale Price (not deducting any fees, commissions, and taxes) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| | | . | . | |
| | | . | . | |
| | | . | . | |
| | | . | . | |
| | | . | . | |

**4. HOLDINGS AS OF OCTOBER 20, 2021** – State the total number of Luckin ADSs held as of the close of trading on October 20, 2021. (Must be documented.) If none, write "zero" or "0."    **Confirm Proof of Position Enclosed** ☐

| | | |
|---|---|---|
| | 0 . | |

IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX. ☐

[1] Please note: Information requested with respect to your purchases and acquisitions of Luckin ADSs from July 16, 2020 through the close of trading on October 20, 2021 is needed in order to balance your claim; purchases and acquisitions during this period, however, are not eligible under the Settlement and will not be used for purposes of calculating your Recognized Claim under the Plan of Allocation.

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

05-CA40050093
AE9085 v.09



## PART III – SCHEDULE OF TRANSACTIONS IN LUCKIN ADSs

Use this section to provide information on your holdings and trading of Luckin ADSs during the requested time periods. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, ¶ 7 above.

**1. PURCHASES/ACQUISITIONS FROM MAY 17, 2019 THROUGH JULY 15, 2020, INCLUSIVE** – Separately list each and every purchase or acquisition (including free receipts) of Luckin ADSs from May 17, 2019 through and including the close of trading on July 15, 2020. Include Luckin ADSs purchased in Luckin's May 17, 2019 Initial Public Offering and January 10, 2020 Secondary Public Offering and Luckin ADSs purchased on the open market from May 17, 2019 through July 15, 2020. (Must be documented.)

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of ADSs Purchased/ Acquired | Purchase Price Per ADS | Total Purchase Price (excluding any fees, commissions, and taxes) | Were the shares purchased in or traceable to the May 2019 IPO or the Jan. 2020 SPO? | Confirm Proof of Purchase/ Acquisition Enclosed |
|---|---|---|---|---|---|
| 0 2 2 4 2 0 | 4 4 0 0 | 2 9 . 0 3 | 1 2 7 7 3 2 . | | ✓ |
| 0 3 2 3 2 0 | 4 8 0 0 | 2 9 . 0 3 | 1 3 9 3 4 4 . | | ✓ |
| | | . | . | | |
| | | . | . | | |
| | | . | . | | |

**2. PURCHASES/ACQUISITIONS FROM JULY 16, 2020 THROUGH OCTOBER 20, 2021, INCLUSIVE** – State the total number of Luckin ADSs purchased or acquired (including free receipts) from July 16, 2020 through the close of trading on October 20, 2021. If none, write "zero" or "0."[1]

| | O . | |
|---|---|---|

**3. SALES FROM MAY 17, 2019 THROUGH OCTOBER 20, 2021** – Separately list each and every sale or disposition (including free deliveries) of Luckin ADSs from May 17, 2019 through and including the close of trading on October 20, 2021. (Must be documented.) | IF NONE, CHECK HERE ☐

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of ADSs Sold | Sale Price Per ADS | Total Sale Price (not deducting any fees, commissions, and taxes) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| | | . | . | ☐ |
| | | . | . | ☐ |
| | | . | . | ☐ |
| | | . | . | ☐ |
| | | . | . | ☐ |

**4. HOLDINGS AS OF OCTOBER 20, 2021** – State the total number of Luckin ADSs held as of the close of trading on October 20, 2021. (Must be documented.) If none, write "zero" or "0." | Confirm Proof of Position Enclosed ☐

| | O . | |
|---|---|---|

IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX. ☐

[1] Please note: Information requested with respect to your purchases and acquisitions of Luckin ADSs from July 16, 2020 through the close of trading on October 20, 2021 is needed in order to balance your claim; purchases and acquisitions during this period, however, are not eligible under the Settlement and will not be used for purposes of calculating your Recognized Claim under the Plan of Allocation.

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824


05-CA40050093
AE9005 v.09

5




## PART IV - RELEASE OF CLAIMS AND SIGNATURE

### YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW AND SIGN ON PAGE 7 OF THIS CLAIM FORM.

I (we) hereby acknowledge that, pursuant to the terms set forth in the Stipulation, without further action by anyone, upon the Effective Date of the Settlement, I (we), on behalf of myself (ourselves) and my (our) (the claimant(s)') heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Plaintiffs' Claim against Luckin and the other Defendants' Released Parties, and shall forever be barred and enjoined from prosecuting any or all of the Released Plaintiffs' Claims against any of the Defendants' Released Parties in any jurisdiction.

### CERTIFICATION

By signing and submitting this Claim Form, the claimant(s) or the person(s) who represent(s) the claimant(s) agree(s) to the release above and certifies (certify) as follows:

1.    that I (we) have read and understand the contents of the Settlement Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation;

2.    that the claimant(s) is a (are) Class Member(s), as defined in the Settlement Notice, is (are) not excluded by definition from the Class as set forth in the Settlement Notice and did *not* submit a request for exclusion from the Class;

3.    that I (we) own(ed) the Luckin ADSs identified in the Claim Form and have not assigned the claim against any of the Defendants or any of the other Defendants' Released Parties to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

4.    that the claimant(s) has (have) not submitted any other claim covering the same purchases of Luckin ADSs and knows (know) of no other person having done so on the claimant's (claimants') behalf;

5.    that the claimant(s) submit(s) to the jurisdiction of the Court with respect to claimant's (claimants') claim and for purposes of enforcing the releases set forth herein;

6.    that I (we) agree to furnish such additional information with respect to this Claim Form as Class Counsel, the Claims Administrator, or the Court may require;

7.    that the claimant(s) waive(s) the right to trial by jury, to the extent it exists, and agree(s) to the determination by the Court of the validity or amount of this claim, and waives any right of appeal or review with respect to such determination;

8.    that should Luckin determine in its absolute discretion that the Settlement should also be implemented in the Cayman Islands by way of a scheme of arrangement promulgated under section 86 of the Cayman Islands Companies Act 1981 (the "Scheme"), the claimant(s) appoint(s) Sjunde AP-Fonden and Louisiana Sheriff's Pension & Relief Fund as its/their proxy to vote in favor of the Scheme at all meetings convened for the purpose of approving the Scheme;

9.    that I (we) acknowledge that the claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

10.    that the claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (i) the claimant(s) is (are) exempt from backup withholding or (ii) the claimant(s) has (have) not been notified by the IRS that he, she, or it is subject to backup withholding as a result of a failure to report all interest or dividends or (iii) the IRS has notified the claimant(s) that he, she, or it is no longer subject to backup withholding. **If the IRS has notified the claimant(s) that he, she, it, or they is (are) subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**


06-CA40050093
AE9086 v.09

6



UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

Date: 04 - 14 - 2023
MM    DD    YYYY

Signature of claimant

Wai Chun Shek

Print claimant name here

Date: ___ - ___ - ___
MM    DD    YYYY

Signature of joint claimant, if here

Print joint claimant name here

*If the claimant is other than an individual, or is not the person completing this form, the following also must be provided:*

Date: ___ - ___ - ___
MM    DD    YYYY

Signature of person signing on behalf of claimant

Print name of person signing on behalf of claimant here

Capacity of person signing on behalf of claimant, if other than an individual, *e.g.*, executor, president, trustee, custodian, etc. (Must provide evidence of authority to act on behalf of claimant – *see* ¶ 11 on page 4 of this Claim Form.)

Questions? Visit www.LuckinCoffeeSecuritiesLitigation.com or call 1-855-535-1824

7

07-CA40050093



## REMINDER CHECKLIST

1. Sign the above release and certification. If this Claim Form is being made on behalf of joint claimants, then both must sign.

2. Attach only *copies* of acceptable supporting documentation as these documents will not be returned to you.

3. Do not highlight any portion of the Claim Form or any supporting documents.

4. Keep copies of the completed Claim Form and documentation for your own records.

5. The Claims Administrator will acknowledge receipt of your Claim Form by mail, within 60 days of your submission. Your claim is not deemed filed until you receive an acknowledgement postcard. If you do not receive an acknowledgement postcard within 60 days, please call the Claims Administrator toll free at 1-855-535-1824.

6. If your address changes in the future, or if this Claim Form was sent to an old or incorrect address, you must send the Claims Administrator written notification of your new address. If you change your name, inform the Claims Administrator.

7. If you have any questions or concerns regarding your claim, contact the Claims Administrator at the address below, by email at info@LuckinCoffeeSecuritiesLitigation.com, or by toll-free phone at 1-855-535-1824, or you may visit www.LuckinCoffeeSecuritiesLitigation.com.

This Claim Form must be mailed to the Claims Administrator by first-class mail or submitted online at www.LuckinCoffeeSecuritiesLitigation.com, postmarked (or received) no later than March 15, 2022. If mailed, the Claim Form should be addressed as follows:

*In re Luckin Coffee Inc. Securities Litigation*
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5887
Portland, OR 97228-5887

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if a postmark date on or before March 15, 2022 is indicated on the envelope and it is mailed First Class, and addressed in accordance with the above instructions. In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to fully process all of the Claim Forms. Please be patient and notify the Claims Administrator of any change of address.


08-CA40050093
AE9088 v.09



 **UBS**

UBS AG
Hong Kong Branch
www.ubs.com/hk

2 International Finance Centre
52/F, 8 Finance Street
Central, Hong Kong
Tel: +852-2971 8888

SHEK WAI CHUN
FLAT E, 19/F, BLK 2, CITY GARDEN
233 ELECTRIC ROAD
HONG KONG

**UBS Custody Account HKD**
Account no.      530-288487.N1
Client no.       530-288487
BIC              UBSWHKHH

Order no.        Y8GGL2XZYZFXSVLOX4YZUO-UE
Settlement no.   B176628.5

# Contract note

Produced on 14 November 2019

**Your purchase**

| Assignment date: | 13.11.2019 | | Place of transaction   NASDAQ | | |
|---|---|---|---|---|---|
| Settlement date: | 15.11.2019 | Assignment   Put | | | |

| Quantity | Security   47787541   ISIN US54951L1098 | | Strike price |
|---|---|---|---|
| 4 000 | Sponsored American Depositary Share<br>Luckin Coffee Inc.<br>(Repr 8 Shs -A-) | USD | 14.8254 |

| Market value in trading currency<br>USD / HKD at 7.82666 | USD | 59 301.60 |
|---|---|---|

| To the debit of account 0530 00288487.01D USD | Value date 15.11.2019 | USD | 59 301.60 |
|---|---|---|---|

We will enter the securities in the above custody account.

Please note: For this asset class yearly recurring handling fees may incur.

**For Details on UBS Fees, Charges & Monetary Benefits**
For more details regarding fees, charges, commissions and monetary benefits, please login to the UBS My Portal site at
http://www.ubs.com/myportal. If you are unsure how to access this site, please contact your CA for guidance.

If we do not hear from you to the contrary within 14 days from date of this confirmation, it will be deemed to have been accepted by you.

Yours sincerely
UBS AG, Hong Kong Branch

 **UBS**

**UBS AG**
Hong Kong Branch
www.ubs.com/hk

2 International Finance Centre
52/F, 8 Finance Street
Central, Hong Kong
Tel: +852-2971 8888

SHEK WAI CHUN
FLAT E, 19/F, BLK 2, CITY GARDEN
233 ELECTRIC ROAD
HONG KONG

**UBS Custody Account HKD**

| | |
|---|---|
| Account no. | 530-288487.N1 |
| Client no. | 530-288487 |
| BIC | UBSWHKHH |

| | |
|---|---|
| Order no. | GUENINBMOLTVOSW3MZWVIG-UE |
| Settlement no. | B186504.6 |

# Contract note

Produced on 18 November 2019

**Your purchase**

| Assignment date: | 15.11.2019 | | Place of transaction NASDAQ | | |
|---|---|---|---|---|---|
| Settlement date: | 19.11.2019 | Assignment Put· | | | |

| Quantity | Security | 47787541 | ISIN US54951L1098 | | Strike price |
|---|---|---|---|---|---|
| 4 200 | Sponsored American Depositary Share Luckin Coffee Inc. (Repr. 8 Shs -A-) | | | USD | 16.125 |

| | | |
|---|---|---|
| Market value in trading currency USD / HKD at 7.825895 | USD | 67 725.00 |

| | | | |
|---|---|---|---|
| To the debit of account 0530 00288487.01D USD | Value date 19.11.2019 | USD | 67 725.00 |

We will enter the securities in the above custody account.

Please note: For this asset class yearly recurring handling fees may incur.

**For Details on UBS Fees, Charges & Monetary Benefits**
For more details regarding fees, charges, commissions and monetary benefits, please login to the UBS My Portal site at http://www.ubs.com/myportal. If you are unsure how to access this site, please contact your CA for guidance.

If we do not hear from you to the contrary within 14 days from date of this confirmation, it will be deemed to have been accepted by you.

Yours sincerely
UBS AG, Hong Kong Branch

 **UBS**

**UBS AG**
Hong Kong Branch
www.ubs.com/hk

2 International Finance Centre
52/F, 8 Finance Street
Central, Hong Kong
Tel: +852-2971 8888

SHEK WAI CHUN
FLAT E, 19/F, BLK 2, CITY GARDEN
233 ELECTRIC ROAD
HONG KONG

**UBS Custody Account HKD**
| | |
|---|---|
| Account no. | 530-288487.N1 |
| Client no. | 530-288487 |
| BIC | UBSWHKHH |

| | |
|---|---|
| Order no. | VJK220000001190 |
| Settlement no. | B217830.1 |

# Contract note

Produced on 22 November 2019

**Your purchase**

| Assignment date: | 21.11.2019 | | Place of transaction  NASDAQ | | |
|---|---|---|---|---|---|
| Settlement date: | 25.11.2019  Assignment  Put | | | | |

| Quantity | Security    47787541    ISIN US54951L1098 | | | Strike price |
|---|---|---|---|---|
| 4 200 | Sponsored American Depositary Share Luckin Coffee Inc. (Repr 8 Shs -A-)    (LK) | | USD | 18.044 |

| Market value in trading currency USD / HKD at 7.82443 | | USD | 75 784.80 |
|---|---|---|---|

To the debit of account 0530 00288487.01D USD       Value date 25.11.2019       USD       75 784.80

We will enter the securities in the above custody account.

Please note: For this asset class yearly recurring handling fees may incur.

**For Details on UBS Fees, Charges & Monetary Benefits**
For more details regarding fees, charges, commissions and monetary benefits, please login to the UBS My Portal site at
http://www.ubs.com/myportal. If you are unsure how to access this site, please contact your CA for guidance.

If we do not hear from you to the contrary within 14 days from date of this confirmation, it will be deemed to have been accepted by you.

Yours sincerely
UBS AG, Hong Kong Branch

 **UBS**

**UBS AG**
Hong Kong Branch
www.ubs.com/hk

2 International Finance Centre
52/F, 8 Finance Street
Central, Hong Kong
Tel: +852-2971 8888

SHEK WAI CHUN
FLAT E, 19/F, BLK 2, CITY GARDEN
233 ELECTRIC ROAD
HONG KONG

**UBS Custody Account HKD**
Account no.   530-288487.N1
Client no.    530-288487
BIC           UBSWHKHH

Order no.       VJL040000049318
Settlement no.  B259050.4

# Contract note

Produced on 4 December 2019

**Your purchase**

| Assignment date: | 03.12.2019 | | Place of transaction  NASDAQ | | |
|---|---|---|---|---|---|
| Settlement date: | 05.12.2019  Assignment  Put | | | | |

| Quantity | Security   47787541   ISIN US54951L1098 | | Strike price |
|---|---|---|---|
| 4 200 | Sponsored American Depositary Share<br>Luckin Coffee Inc.<br>(Repr 8 Shs -A-)   (LK) | USD | 20.0659 |

| Market value in trading currency<br>USD / HKD at 7.828385 | USD | 84 276.78 |
|---|---|---|

| To the debit of account 0530 00288487.01D USD | Value date 05.12.2019 | USD | 84 276.78 |
|---|---|---|---|

We will enter the securities in the above custody account.

**For Details on UBS Fees, Charges & Monetary Benefits**
For more details regarding fees, charges, commissions and monetary benefits, please login to the UBS My Portal site at http://www.ubs.com/myportal. If you are unsure how to access this site, please contact your CA for guidance.

If we do not hear from you to the contrary within 14 days from date of this confirmation, it will be deemed to have been accepted by you.

Yours sincerely
UBS AG, Hong Kong Branch

 **UBS**

**UBS AG**
Hong Kong Branch
www.ubs.com/hk

2 International Finance Centre
52/F, 8 Finance Street
Central, Hong Kong
Tel: +852-2971 8888

SHEK WAI CHUN
FLAT E, 19/F, BLK 2, CITY GARDEN
233 ELECTRIC ROAD
HONG KONG

**UBS Custody Account HKD**
Account no.    530-288487.N1
Client no.    530-288487
BIC    UBSWHKHH

Order no.    VJL110000001512
Settlement no.    B289802.9

## Contract note

Produced on 11 December 2019

**Your purchase**

| Assignment date: | 10.12.2019 | | Place of transaction  NASDAQ | | |
| Settlement date: | 12.12.2019 | Assignment  Put | | | |
| Quantity | | Security   47787541   ISIN US54951L1098 | | | Strike price |
| 4 000 | | Sponsored American Depositary Share Luckin Coffee Inc. (Repr 8 Shs -A-)   (LK) | | USD | 20.1043 |
| Market value in trading currency USD / HKD at 7.824655 | | | | USD | 80 417.20 |

To the debit of account 0530 00288487.01D USD        Value date 12.12.2019        USD        80 417.20

We will enter the securities in the above custody account.

**For Details on UBS Fees, Charges & Monetary Benefits**
For more details regarding fees, charges, commissions and monetary benefits, please login to the UBS My Portal site at http://www.ubs.com/myportal. If you are unsure how to access this site, please contact your CA for guidance.

If we do not hear from you to the contrary within 14 days from date of this confirmation, it will be deemed to have been accepted by you.

Yours sincerely
UBS AG, Hong Kong Branch

 **UBS**

**UBS AG**
Hong Kong Branch
www.ubs.com/hk

2 International Finance Centre
52/F, 8 Finance Street
Central, Hong Kong
Tel: +852-2971 8888

SHEK WAI CHUN
FLAT E, 19/F, BLK 2, CITY GARDEN
233 ELECTRIC ROAD
HONG KONG

**UBS Custody Account HKD**

| | |
|---|---|
| Account no. | 530-288487.N1 |
| Client no. | 530-288487 |
| BIC | UBSWHKHH |

| | |
|---|---|
| Order no. | VJL130000001911 |
| Settlement no. | B328596.9 |

# Contract note

Produced on 13 December 2019

**Your purchase**

| Assignment date: | 12.12.2019 | | Place of transaction  NASDAQ | | |
|---|---|---|---|---|---|
| Settlement date: | 16.12.2019  Assignment  Put | | | | |

| Quantity | Security   47787541   ISIN US54951L1098 | | | Strike price |
|---|---|---|---|---|
| 4 200 | Sponsored American Depositary Share Luckin Coffee Inc. (Repr 8 Shs -A-)   (LK) | | USD | 20.2316 |

| Market value in trading currency USD / HKD at 7.806195 | | USD | 84 972.72 |
|---|---|---|---|

| To the debit of account 0530 00288487.01D USD | Value date 16.12.2019 | USD | 84 972.72 |
|---|---|---|---|

We will enter the securities in the above custody account.

**For Details on UBS Fees, Charges & Monetary Benefits**
For more details regarding fees, charges, commissions and monetary benefits, please login to the UBS My Portal site at http://www.ubs.com/myportal. If you are unsure how to access this site, please contact your CA for guidance.

If we do not hear from you to the contrary within 14 days from date of this confirmation, it will be deemed to have been accepted by you.

Yours sincerely
UBS AG, Hong Kong Branch

 **UBS**

**UBS AG**
Hong Kong Branch
www.ubs.com/hk

2 International Finance Centre
52/F, 8 Finance Street
Central, Hong Kong
Tel: +852-2971 8888

SHEK WAI CHUN
FLAT E, 19/F, BLK 2, CITY GARDEN
233 ELECTRIC ROAD
HONG KONG

**UBS Custody Account HKD**

| | |
|---|---|
| Account no. | 530-288487.N1 |
| Client no. | 530-288487 |
| BIC | UBSWHKHH |

| | |
|---|---|
| Order no. | VJI.200000001546 |
| Settlement no. | B377866.3 |

## Contract note

Produced on 20 December 2019

### Your purchase

| Assignment date: | 19.12.2019 | | Place of transaction | NASDAQ | |
|---|---|---|---|---|---|
| Settlement date: | 23.12.2019 | Assignment Put | | | |

| Quantity | Security 47787541 | ISIN US54951L1098 | | Strike price |
|---|---|---|---|---|
| 4 200 | Sponsored American Depositary Share Luckin Coffee Inc. (Repr 8 Shs -A-) (LK) | | USD | 20.6434 |

| Market value in trading currency USD / HKD at 7.798685 | | USD | 86 702.28 |
|---|---|---|---|

| To the debit of account 0530 00288487.01D USD | Value date 23.12.2019 | USD | 86 702.28 |
|---|---|---|---|

We will enter the securities in the above custody account.

**For Details on UBS Fees, Charges & Monetary Benefits**
For more details regarding fees, charges, commissions and monetary benefits, please login to the UBS My Portal site at
http://www.ubs.com/myportal. If you are unsure how to access this site, please contact your CA for guidance.

If we do not hear from you to the contrary within 14 days from date of this confirmation, it will be deemed to have been accepted by you.

Yours sincerely
UBS AG, Hong Kong Branch

 **UBS**

**UBS AG**
Hong Kong Branch
www.ubs.com/hk

2 International Finance Centre
52/F, 8 Finance Street
Central, Hong Kong
Tel: +852-2971 8888

SHEK WAI CHUN
FLAT E, 19/F, BLK 2, CITY GARDEN
233 ELECTRIC ROAD
HONG KONG

**UBS Custody Account HKD**
Account no.      530-288487.N1
Client no.       530-288487
BIC              UBSWHKHH

Order no.        VKA090000001455
Settlement no.   8440920.3

# Contract note

Produced on 9 January 2020

**Your purchase**

| Assignment date: | 08.01.2020 | | Place of transaction   NASDAQ | | |
|---|---|---|---|---|---|
| Settlement date: | 10.01.2020   Assignment   Put | | | | |

| Quantity | Security   47787541   ISIN US54951L1098 | | | Strike price |
|---|---|---|---|---|
| 4 000 | Sponsored American Depositary Share Luckin Coffee Inc. (Repr 8 Shs -A-)   (LK) | | USD | 24.0759 |

| Market value in trading currency USD / HKD at 7.77657 | | USD | 96 303.60 |
|---|---|---|---|

| To the debit of account 0530 00288487.01D USD | Value date 10.01.2020 | USD | 96 303.60 |
|---|---|---|---|

We will enter the securities in the above custody account.

**For Details on UBS Fees, Charges & Monetary Benefits**
For more details regarding fees, charges, commissions and monetary benefits, please login to the UBS My Portal site at http://www.ubs.com/myportal. If you are unsure how to access this site, please contact your CA for guidance.

If we do not hear from you to the contrary within 14 days from date of this confirmation, it will be deemed to have been accepted by you.

Yours sincerely
UBS AG, Hong Kong Branch

 **UBS**

UBS AG
Hong Kong Branch
www.ubs.com/hk

2 International Finance Centre
52/F, 8 Finance Street
Central, Hong Kong
Tel: +852-2971 8888

SHEK WAI CHUN
FLAT E, 19/F, BLK 2, CITY GARDEN
233 ELECTRIC ROAD
HONG KONG

**UBS Custody Account HKD**
Account no.      530-288487,N1
Client no.       530-288487
BIC              UBSWHKHH

Order no.        VKA100000077226
Settlement no.   B452726.5

# Contract note

Produced on 10 January 2020

**Your purchase**

| Assignment date: | 09.01.2020 | | Place of transaction  NASDAQ | | |
|---|---|---|---|---|---|
| Settlement date: | 13.01.2020 | Assignment  Put | | | |

| Quantity | Security  47787541  ISIN US54951L1098 | | | Strike price |
|---|---|---|---|---|
| 4 200 | Sponsored American Depositary Share Luckin Coffee Inc. (Repr 8 Shs -A-)  (LK) | | USD | 24.8441 |

| Market value in trading currency USD / HKD at 7.76545 | | USD | 104 345.22 |
|---|---|---|---|

| To the debit of account 0530 00288487.01D USD | Value date 13.01.2020 | USD | 104 345.22 |
|---|---|---|---|

We will enter the securities in the above custody account.

**For Details on UBS Fees, Charges & Monetary Benefits**
For more details regarding fees, charges, commissions and monetary benefits, please login to the UBS My Portal site at http://www.ubs.com/myportal. If you are unsure how to access this site, please contact your CA for guidance.

If we do not hear from you to the contrary within 14 days from date of this confirmation, it will be deemed to have been accepted by you.

Yours sincerely
UBS AG, Hong Kong Branch

 **UBS**

**UBS AG**
Hong Kong Branch
www.ubs.com/hk

2 International Finance Centre
52/F, 8 Finance Street
Central, Hong Kong
Tel: +852-2971 8888

SHEK WAI CHUN
FLAT E, 19/F, BLK 2, CITY GARDEN
233 ELECTRIC ROAD
HONG KONG

**UBS Custody Account HKD**
Account no.     530-288487.N1
Client no.      530-288487
BIC             UBSWHKHH

Order no.        VKB190000002869
Settlement no.   B672988.0

# Contract note

Produced on 19 February 2020

**Your purchase**

| | | | | |
|---|---|---|---|---|
| Assignment date: | 18.02.2020 | | Place of transaction  NASDAQ | |
| Settlement date: | 20.02.2020 | Assignment  Put | | |
| **Quantity** | **Security    47787541    ISIN US54951L1098** | | | **Strike price** |
| 4 000 | Sponsored American Depositary Share<br>Luckin Coffee Inc.<br>(Repr 8 Shs -A-)    (LK) | | USD | 26.0942 |
| Market value in trading currency<br>USD / HKD at 7.770275 | | | USD | 104 376.80 |

To the debit of account 0530 00288487.01D USD        Value date 20.02.2020        USD        104 376.80

We will enter the securities in the above custody account.

**For Details on UBS Fees, Charges & Monetary Benefits**
For more details regarding fees, charges, commissions and monetary benefits, please login to the UBS My Portal site at http://www.ubs.com/myportal. If you are unsure how to access this site, please contact your CA for guidance.

If we do not hear from you to the contrary within 14 days from date of this confirmation, it will be deemed to have been accepted by you.

Yours sincerely
UBS AG, Hong Kong Branch

 **UBS**

**UBS AG**
Hong Kong Branch
www.ubs.com/hk

2 International Finance Centre
52/F, 8 Finance Street
Central, Hong Kong
Tel: +852-2971 8888

SHEK WAI CHUN
FLAT E, 19/F, BLK 2, CITY GARDEN
233 ELECTRIC ROAD
HONG KONG

**UBS Custody Account HKD**
Account no.       530-288487.N1
Client no.        530-288487
BIC               UBSWHKHH

Order no.         VKB250000002769
Settlement no.    B718447.0

# Contract note

Produced on 25 February 2020

**Your purchase**

| Assignment date: | 24.02.2020 | | Place of transaction  NASDAQ | | |
| Settlement date: | 26.02.2020 | Assignment  Put | | | |
| **Quantity** | | **Security**  47787541    **ISIN US54951L1098** | | | **Strike price** |
| 4 400 | | Sponsored American Depositary Share Luckin Coffee Inc. (Repr 8 Shs -A-)   (LK) | | USD | 29.03 |

| Market value in trading currency USD / HKD at 7.788645 | | | | USD | 127 732.00 |

To the debit of account 0530 00288487.01D USD     Value date 26.02.2020     USD     127 732.00

We will enter the securities in the above custody account.

**For Details on UBS Fees, Charges & Monetary Benefits**
For more details regarding fees, charges, commissions and monetary benefits, please login to the UBS My Portal site at http://www.ubs.com/myportal. If you are unsure how to access this site, please contact your CA for guidance.

If we do not hear from you to the contrary within 14 days from date of this confirmation, it will be deemed to have been accepted by you.

Yours sincerely
UBS AG, Hong Kong Branch

 **UBS**

**UBS AG**
Hong Kong Branch
www.ubs.com/hk

2 International Finance Centre
52/F, 8 Finance Street
Central, Hong Kong
Tel: +852-2971 8888

SHEK WAI CHUN
FLAT E, 19/F, BLK 2, CITY GARDEN
233 ELECTRIC ROAD
HONG KONG

**UBS Custody Account HKD**
Account no.     530-288487.N1
Client no.      530-288487
BIC             UBSWHKHH

Order no.       VKC240000004355
Settlement no.  BA51971.6

# Contract note

Produced on 24 March 2020

**Your purchase**

| Assignment date: | 23.03.2020 | | Place of transaction NASDAQ | | |
| Settlement date: | 25.03.2020 | Assignment Put | | | |
| **Quantity** | | Security 47787541 | ISIN US54951L1098 | | **Strike price** |
| 4 800 | | Sponsored American Depositary Share Luckin Coffee Inc. (Repr 8 Shs -A-)   (LK) | | USD | 29.03 |

| Market value in trading currency USD / HKD at 7.75544 | | | USD | 139 344.00 |
|---|---|---|---|---|

| To the debit of account 0530 00288487.01D USD | Value date 25.03.2020 | USD | 139 344.00 |
|---|---|---|---|

We will enter the securities in the above custody account.

**For Details on UBS Fees, Charges & Monetary Benefits**
For more details regarding fees, charges, commissions and monetary benefits, please login to the UBS My Portal site at
http://www.ubs.com/myportal. If you are unsure how to access this site, please contact your CA for guidance.

If we do not hear from you to the contrary within 14 days from date of this confirmation, it will be deemed to have been
accepted by you.

Yours sincerely
UBS AG, Hong Kong Branch

 **UBS**

**UBS AG**
Hong Kong Branch
www.ubs.com/hk

2 International Finance Centre
52/F, 8 Finance Street
Central, Hong Kong
Tel: +852-2971 8888

**UBS Custody Account HKD**

| | |
|---|---|
| Account no. | 530-288487.N1 |
| Client no. | 530-288487 |
| BIC | UBSWHKHH |

SHEK WAI CHUN
FLAT E, 19/F, BLK 2, CITY GARDEN
233 ELECTRIC ROAD
HONG KONG

| | |
|---|---|
| Order no. | VKA170000002486 |
| Settlement no. | B495663,8 |

# Contract note

Produced on 17 January 2020

**Your sale**

| Assignment date: | 16.01.2020 | | Place of transaction  NASDAQ | | |
|---|---|---|---|---|---|
| Settlement date: | 21.01.2020 | Assignment  Call | | | |

| Quantity | | Security    47787541 | ISIN US54951L1098 | | Strike price |
|---|---|---|---|---|---|
| 1 050 | | Sponsored American Depositary Share Luckin Coffee Inc. (Repr 8 Shs -A-)    (LK) | | USD | 43.3975 |

| Market value in trading currency USD / HKD at 7.77172 | | | | USD | 45 567.38 |
|---|---|---|---|---|---|

| In favour of account 0530 00288487.01D USD | Value date 21.01.2020 | USD | 45 567.38 |
|---|---|---|---|

We will take the positions out of the above custody account.

**For Details on UBS Fees, Charges & Monetary Benefits**
For more details regarding fees, charges, commissions and monetary benefits, please login to the UBS My Portal site at http://www.ubs.com/myportal. If you are unsure how to access this site, please contact your CA for guidance.

If we do not hear from you to the contrary within 14 days from date of this confirmation, it will be deemed to have been accepted by you.

Yours sincerely
UBS AG, Hong Kong Branch

 **UBS**

**UBS AG**
Hong Kong Branch
www.ubs.com/hk

2 International Finance Centre
52/F, 8 Finance Street
Central, Hong Kong
Tel: +852-2971 8888

SHEK WAI CHUN
FLAT E, 19/F, BLK 2, CITY GARDEN
233 ELECTRIC ROAD
HONG KONG

**UBS Custody Account HKD**

| | |
|---|---|
| Account no. | 530-288487.N1 |
| Client no. | 530-288487 |
| BIC | UBSWHKHH |

| | |
|---|---|
| Order no. | VKB190000002833 |
| Settlement no. | B672974.0 |

# Contract note

Produced on 19 February 2020

**Your sale**

| Assignment date: | 18.02.2020 | | Place of transaction | NASDAQ | |
|---|---|---|---|---|---|
| Settlement date: | 20.02.2020 | Assignment  Call | | | |

| Quantity | Security 47787541 | ISIN US54951L1098 | | Strike price |
|---|---|---|---|---|
| 1 250 | Sponsored American Depositary Share Luckin Coffee Inc. (Repr 8 Shs -A-)  (LK) | | USD | 43.3975 |

| | | | |
|---|---|---|---|
| Market value in trading currency USD / HKD at 7.770275 | | USD | 54 246.88 |

| In favour of account 0530 00288487.01D USD | Value date 20.02.2020 | USD | 54 246.88 |
|---|---|---|---|

We will take the positions out of the above custody account.

**For Details on UBS Fees, Charges & Monetary Benefits**
For more details regarding fees, charges, commissions and monetary benefits, please login to the UBS My Portal site at http://www.ubs.com/myportal. If you are unsure how to access this site, please contact your CA for guidance.

If we do not hear from you to the contrary within 14 days from date of this confirmation, it will be deemed to have been accepted by you.

Yours sincerely
UBS AG, Hong Kong Branch

 **UBS**

**UBS AG**
Hong Kong Branch
www.ubs.com/hk

2 International Finance Centre
52/F, 8 Finance Street
Central, Hong Kong
Tel: +852-2971 8888

SHEK WAI CHUN
FLAT E, 19/F, BLK 2, CITY GARDEN
233 ELECTRIC ROAD
HONG KONG

**UBS Custody Account HKD**

| | |
|---|---|
| Account no. | 530-288487.N1 |
| Client no. | 530-288487 |
| BIC | UBSWHKHH |

| | |
|---|---|
| Order no. | VKC170000026801 |
| Settlement no. | B989336.3 |

# Contract note

Produced on 17 March 2020

**Your sale**

| Assignment date: | 16.03.2020 | | Place of transaction NASDAQ | | |
|---|---|---|---|---|---|
| Settlement date: | 18.03.2020 | Assignment  Call | | | |

| Quantity | Security    47787541    ISIN US54951L1098 | | Strike price |
|---|---|---|---|
| 950 | Sponsored American Depositary Share Luckin Coffee Inc. (Repr 8 Shs -A-)    (LK) | USD | 43.3975 |

| Market value in trading currency USD / HKD at 7.76583 | USD | 41 227.63 |
|---|---|---|

| In favour of account 0530 00288487.01D USD | Value date 18.03.2020 | USD | 41 227.63 |
|---|---|---|---|

We will take the positions out of the above custody account.

**For Details on UBS Fees, Charges & Monetary Benefits**
For more details regarding fees, charges, commissions and monetary benefits, please login to the UBS My Portal site at http://www.ubs.com/myportal. If you are unsure how to access this site, please contact your CA for guidance.

If we do not hear from you to the contrary within 14 days from date of this confirmation, it will be deemed to have been accepted by you.

Yours sincerely
UBS AG, Hong Kong Branch

 **UBS**

**UBS AG**
Hong Kong Branch
www.ubs.com/hk

2 International Finance Centre
52/F, 8 Finance Street
Central, Hong Kong
Tel: +852-2971 8888

SHEK WAI CHUN
FLAT E, 19/F, BLK 2, CITY GARDEN
233 ELECTRIC ROAD
HONG KONG

**UBS Custody Account HKD**
Account no.     530-288487.N1
Client no.      530-288487
BIC             UBSWHKHH

Order no.        VKC190000002561
Settlement no.   BA11680.8

# Contract note

Produced on 19 March 2020

**Your sale**

| Assignment date: | 18.03.2020 | | Place of transaction | NASDAQ | |
|---|---|---|---|---|---|
| Settlement date: | 20.03.2020 | Assignment  Call | | | |

| Quantity | Security .  47787541    ISIN US54951L1098 | | | Strike price |
|---|---|---|---|---|
| 100 | Sponsored American Depositary Share Luckin Coffee Inc. (Repr 8 Shs -A-)   (LK) | USD | | 43.3975 |

| | | | |
|---|---|---|---|
| Market value in trading currency USD / HKD at 7.76541 | | USD | 4 339.75 |

| | | | |
|---|---|---|---|
| In favour of account 0530 00288487.01D USD | Value date 20.03.2020 | USD | 4 339.75 |

We will take the positions out of the above custody account.

**For Details on UBS Fees, Charges & Monetary Benefits**
For more details regarding fees, charges, commissions and monetary benefits, please login to the UBS My Portal site at http://www.ubs.com/myportal. If you are unsure how to access this site, please contact your CA for guidance.

If we do not hear from you to the contrary within 14 days from date of this confirmation, it will be deemed to have been accepted by you.

Yours sincerely
UBS AG, Hong Kong Branch

 **UBS**

UBS AG
Hong Kong Branch
www.ubs.com/hk

2 International Finance Centre
52/F, 8 Finance Street
Central, Hong Kong
Tel: +852-2971 8888

SHEK WAI CHUN
FLAT E, 19/F, BLK 2, CITY GARDEN
233 ELECTRIC ROAD
HONG KONG

**UBS Custody Account HKD**

| | |
|---|---|
| Account no. | 530-288487.N1 |
| Client no. | 530-288487 |
| BIC | UBSWHKHH |

| | |
|---|---|
| Order no. | K98AO0023EBRP |
| Settlement no. | BB65194.4 |

# Contract note

Produced on 6 April 2020

**Your sale**

| Trade date: | 03.04.2020 | Place of transaction | Multi Exec |
|---|---|---|---|
| Settlement date: | 07.04.2020 | | |

| Quantity | Security 47787541 ISIN US54951L1098 | | Price |
|---|---|---|---|
| 47 050 | Sponsored American Depositary Share<br>Luckin Coffee Inc.<br>(Repr 8 Shs -A-)    (LK) | USD | 6.329397 |

| | | | |
|---|---|---|---|
| Market value in trading currency<br>USD / HKD at 7.75399 | | USD | 297 798.13 |
| External fees | | USD | -6.58 |
| Commission | | USD | -1 488.99 |
| In favour of account 0530 00288487.01D USD | Value date 07.04.2020 | USD | 296 302.56 |

We will take the positions out of the above custody account.

Execution details are shown on the following pages

 **UBS**

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The Individual or Institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by Liu Law, Inc.., retains Liu Law, Inc. to file an action under the federal securities laws to recover damages and to seek other relief against Luckin Coffee Inc. Liu Law, Inc. will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Luckin Coffee Inc. Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by Liu Law, Inc.

| | |
|---|---|
| First name: | WAI |
| Middle initial: | C |
| Last name: | SHEK |
| Address: | REDACTED |
| Address 2: | |
| City: | |
| State: | |
| Zip: | |
| Country: | |
| Facsimile: | |
| Phone: | |
| Email: | |

Plaintiff certifies that:

1. Plaintiff has reviewed the complaint and authorized its filing.
2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.
5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

| Type of Security | Buy Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 11/13/2019 | 4,000 | 14.8254 |
| Common Stock | 11/15/2019 | 4,200 | 16.125 |
| Common Stock | 11/21/2019 | 4,200 | 18.044 |
| Common Stock | 12/03/2019 | 4,200 | 20.0659 |
| Common Stock | 12/10/2019 | 4,000 | 20.1043 |
| Common Stock | 12/12/2019 | 4,200 | 20.2316 |
| Common Stock | 12/19/2019 | 4,200 | 20.6434 |
| Common Stock | 01/08/2020 | 4,000 | 24.0759 |
| Common Stock | 01/09/2020 | 4,200 | 24.8441 |
| Common Stock | 02/18/2020 | 4,000 | 26.0942 |
| Common Stock | 02/24/2020 | 4,400 | 29.03 |
| Common Stock | 03/23/2020 | 4,800 | 29.03 |

PLEASE SEE EXHIBIT A FOR THE COMPLETE TRANSACTION HISTORY

Certification for     Wai Chun Shek                    (cont.)

7. I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below. [ ]

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate:                                                  YES

By clicking on the button below, I intend to sign and execute this agreement and retain the Liu Law, Inc. to proceed on Plaintiff's behalf, on a contingent fee basis. YES

Signed pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform Electronic Transactions Act as adopted by the various states and territories of the United States.

Date of signing: 04/10/2020

Wai Chun Shek

# EXHIBIT A

| Date Shares were acquired | No. of shares Acquired | Acquisition Price per share |
|---|---|---|
| 13-Nov-19 | 4,000.00 | 14.8254 |
| 15-Nov-19 | 4,200.00 | 16.125 |
| 21-Nov-19 | 4,200.00 | 18.044 |
| 3-Dec-19 | 4,200.00 | 20.0669 |
| 10-Dec-19 | 4,000.00 | 20.1043 |
| 12-Dec-19 | 4,200.00 | 20.2316 |
| 19-Dec-19 | 4,200.00 | 20.6434 |
| 8-Jan-20 | 4,000.00 | 24.0759 |
| 9-Jan-20 | 4,200.00 | 24.8441 |
| 18-Feb-20 | 4,000.00 | 26.0942 |
| 24-Feb-20 | 4,400.00 | 29.03 |
| 23-Mar-20 | 4,800.00 | 29.03 |

| Date Shares were sold | No. of shares sold | Selling Price per share |
|---|---|---|
| 16-Jan-20 | 1,050.00 | 43.397505 |
| 18-Feb-20 | 1,250.00 | 43.397504 |
| 16-Mar-20 | 950.00 | 43.397505 |
| 18-Mar-20 | 100.00 | 43.3975 |
| 3-Apr-20 | 47,050.00 | 6.329397 |

# Exhibit C

 **Gmail**                                                Long Liu Office <office@theliulawfirm.com>

## Claim Form Questions
9 messages

**Long Liu Office** <office@theliulawfirm.com>                      Mon, Apr 17, 2023 at 10:31 AM
To: info@luckincoffeesecuritieslitigation.com
Cc: catherine@blbglaw.com

Dear Sir/Madam,

I represent a claimant for the Luckin Securities Class Action, and although the claim would be submitted late, I have gotten approval from lead counsel Bernstein Litowitz Berger & Grossmann LLP to submit this claim late, with the understanding that the Court has not yet barred late claims, and my client may be paid after the initial round of distributions. As a result of this approval from Lead Counsel, please answer the following questions:

1. In our claim form (attached to this email for reference), we were forced to leave the taxpayer ID/ Social Security Number box blank, as our client is a resident of Hong Kong, and has never lived in America. Thus, she has no SSN or Taxpayer ID number.

2. Are there any other deficiencies in the attached claim form that would result in rejection of our claim?

              Cordially,

**John R. Byerly Esq.**
Liu Law, Inc.
1163 Fairway Drive, Suite 105
City of Industry, CA 91789
909.468.2165
www.theliulawfirm.com

  

CONFIDENTIAL EMAIL: The information contained in this email is confidential and may also be attorney-client privileged and constitute attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately.

 **Wai C Chek Claim Form.pdf**
1025K

**Info_LuckinCoffeeSecuritiesL** <Info@luckincoffeesecuritieslitigation.com>      Wed, Apr 19, 2023 at 1:21 PM
To: "office@theliulawfirm.com" <office@theliulawfirm.com>
Cc: "catherine@blbglaw.com" <catherine@blbglaw.com>

Dear John R. Byerly,

Thank you for your email.

We can confirm that we have received your Claim Form. All claims are in process and we will contact you if we need more information.

Sincerely,


Autumn W.

Luckin Coffee Inc. Securities Litigation

Claims Administrator




-------------------- Original Message --------------------
**From:** office@theliulawfirm.com
**Received:** 4/17/2023 10:32 AM
**To:** info@LuckinCoffeeSecuritiesLitigation.com; Info@LuckinCoffeeSecuritiesLitigation.com
**Cc:** catherine@blbglaw.com
**Subject:** Claim Form Questions

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

[Quoted text hidden]


---

**Long Liu Office** <office@theliulawfirm.com>                                    Thu, Apr 20, 2023 at 11:52 AM
To: Info_LuckinCoffeeSecuritiesL <Info@luckincoffeesecuritieslitigation.com>

Dear Ms. Autumn,

I'd like to confirm two things:

1. The claim is considered filed as of April 17, 2023

2. A Luckin Claim Administrator will contact us immediately if there is any deficiency or error in the claim form, or if you need additional information.




**Cordially,**

**John R. Byerly, Esq.**
Liu Law, Inc.
1163 Fairway Drive, Suite 105
City of Industry, CA 91789
909.468.2165
www.theliulawfirm.com




CONFIDENTIAL EMAIL: The information contained in this email is confidential and may also be attorney-client privileged and constitute attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately.


[Quoted text hidden]

---

**Info_LuckinCoffeeSecuritiesL** <Info@luckincoffeesecuritieslitigation.com>          Mon, Apr 24, 2023 at 12:05
To: "office@theliulawfirm.com" <office@theliulawfirm.com>                            PM

Dear John R. Byerly,

Thank you for your email.

Claim 24601 is currently in good standing and nothing further is needed at this time. Please note the claim filing deadline for this matter was March 15, 2022. We are not able to extend the Court-provided filing deadline however we will still accept claims for processing after the filing deadline and we will recommend that otherwise eligible late claims be accepted, as long as they are received while the processing of timely claims is still ongoing. While late claims are frequently accepted in cases like this, there is no guarantee that your claim will be accepted. The Court in charge of the action will ultimately decide whether to accept late claims.

Sincerely,

Ana F.

[Quoted text hidden]
[Quoted text hidden]
  [Quoted text hidden]
  [Quoted text hidden]

---

**Long Liu Office** <office@theliulawfirm.com>                    Tue, Sep 12, 2023 at 9:10 AM
To: Info_LuckinCoffeeSecuritiesL <Info@luckincoffeesecuritieslitigation.com>
Cc: Vivian Kim <vsk@theliulawfirm.com>

Dear Sir/Madam,

Pursuant to our below emails, please advise us of the status of our client's claim. Per your note on April 24, 2023, our client's claim number is 24601.

Please advise.



**Cordially,**

**Long Z. Liu, Esq.**
Liu Law
1163 Fairway Drive, Suite 105
City of Industry, CA 91789
909.468.2165
www.theliulawfirm.com



CONFIDENTIAL EMAIL: The information contained in this email is confidential and may also be attorney-client privileged and constitute attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately.

[Quoted text hidden]

---

**Long Liu Office** <office@theliulawfirm.com>                    Tue, Sep 12, 2023 at 9:15 AM
To: 8e2a1a65a+matter1518506119@maildrop.clio.com

[Quoted text hidden]

📄 **Wai C Chek Claim Form.pdf**
1025K

---

**Long Liu Office** <office@theliulawfirm.com>                                      Tue, Sep 12, 2023 at 9:15 AM
To: 8e2a1a65a+matter1518506119@maildrop.clio.com

[Quoted text hidden]

---

**Long Liu Office** <office@theliulawfirm.com>                                      Tue, Sep 12, 2023 at 9:15 AM
To: 8e2a1a65a+matter1518506119@maildrop.clio.com

----------- Forwarded message ----------
From: **Info_LuckinCoffeeSecuritiesL** <Info@luckincoffeesecuritieslitigation.com>
Date: Mon, Apr 24, 2023 at 12:05 PM
Subject: RE: Re: Claim Form Questions
To: office@theliulawfirm.com <office@theliulawfirm.com>

[Quoted text hidden]

---

**Long Liu Office** <office@theliulawfirm.com>                                      Tue, Sep 12, 2023 at 9:16 AM
To: 8e2a1a65a+matter1518506119@maildrop.clio.com

---------- Forwarded message ----------
From: **Long Liu Office** <office@theliulawfirm.com>
[Quoted text hidden]
[Quoted text hidden]

 Gmail                                             Long Liu Office <office@theliulawfirm.com>

## RE: Claim Form Questions - Luckin Coffee

1 message

**Catherine van Kampen** <catherine@blbglaw.com>                    Wed, Apr 19, 2023 at 2:06 PM
To: Info_LuckinCoffeeSecuritiesL <Info@luckincoffeesecuritieslitigation.com>, "office@theliulawfirm.com"
<office@theliulawfirm.com>
Cc: "Amin-Giwner, Stephanie" <stephanie.Amin-Giwner@epiqglobal.com>, "Villanova, Alexander"
<avillanova@epiqglobal.com>, "David L. Duncan" <DavidD@blbglaw.com>

Dear John,

Thank you for your email. I just want to clarify a point in your email which referenced a
conversation with Bernstein Litowitz Berger & Grossmann LLP.

When you and I spoke, I informed you that the distributions will occur in accordance with the
Court's Order governing distributions. As the Court has not yet ruled on our pending
distribution motion, we do not have the Court's Order. Please note that all distributions will
occur as approved by the Court when the Court issues it ruling.

Should you have any questions related to this, please email me.

Very truly yours,

Catherine E. van Kampen, Esq. | **BLB&G**

Settlement Department

Bernstein Litowitz Berger & Grossmann LLP

1251 Avenue of the Americas, 44th Floor

New York, NY 10020

Tel: 212.554.1407

Fax: 212.554.1444

Email: catherine@blbglaw.com

 Please consider the environment before printing this e-mail.

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected. Thank you.

**From:** Info_LuckinCoffeeSecuritiesL <Info@LuckinCoffeeSecuritiesLitigation.com>
**Sent:** Wednesday, April 19, 2023 04:22 PM
**To:** office@theliulawfirm.com
**Cc:** Catherine van Kampen <catherine@blbglaw.com>
**Subject:** RE: Claim Form Questions

[External]

Dear John R. Byerly,

Thank you for your email.

We can confirm that we have received your Claim Form. All claims are in process and we will contact you if we need more information.

Sincerely,

Autumn W.

Luckin Coffee Inc. Securities Litigation

Claims Administrator

-------------------- Original Message --------------------
**From:** office@theliulawfirm.com
**Received:** 4/17/2023 10:32 AM
**To:** Info@LuckinCoffeeSecuritiesLitigation.com; Info@LuckinCoffeeSecuritiesLitigation.com

**Cc:** catherine@blbglaw.com
**Subject:** Claim Form Questions

---

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

---

Dear Sir/Madam,

I represent a claimant for the Luckin Securities Class Action, and although the claim would be submitted late, I have gotten approval from lead counsel Bernstein Litowitz Berger & Grossmann LLP to submit this claim late, with the understanding that the Court has not yet barred late claims, and my client may be paid after the initial round of distributions. As a result of this approval from Lead Counsel, please answer the following questions:

1. In our claim form (attached to this email for reference), we were forced to leave the taxpayer ID/ Social Security Number box blank, as our client is a resident of Hong Kong, and has never lived in America. Thus, she has no SSN or Taxpayer ID number.

2. Are there any other deficiencies in the attached claim form that would result in rejection of our claim?

Cordially,

**John R. Byerly Esq.**

Liu Law, Inc.

1163 Fairway Drive, Suite 105

City of Industry, CA 91789

909.468.2165

www.theliulawfirm.com

CONFIDENTIAL EMAIL: The information contained in this email is confidential and may also be attorney-client privileged and constitute attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately.

 Gmail                                                Long Liu Office <office@thellulawfirm.com>

## Re: Luckin Coffee, Payment Status, Claim No. 24601
6 messages

**Long Liu Office** <office@thellulawfirm.com>                          Sun, Jun 9, 2024 at 12:06 PM
To: Info_LuckinCoffeeSecuritiesL <info@luckincoffeesecuritieslitigation.com>, catherine@blbglaw.com

Dear Ana or to whom it may concern,

As you are aware my office represents Claimant 24601, _Wai C. Shek._ Attached please find a courtesy copy of my client's proof of claim which was submitted to you last year on or about March/April 2023.

Sometime in March or April 2023, you confirmed receiving my client's claim. On April 24, 2023, Ana stated that my client's claim was in good standing. (attached please see the confirmation email.)

More than a year has passed since the submission of my client's claim. I have not received payment for my client's claim. Nor have I received any further information from you regarding the status of payments or the case.

When should we be expecting to receive a check for the claim? Have you already started issuing payments? How are payments being calculated?

Please let me know the status of my client's claim.

Please call me tomorrow at my office at 909-468-2165.

Thank you.
Long Z. Liu, Esq.



**Cordially,**

**Long Z. Liu, Esq.**
Liu Law
1163 Fairway Drive, Suite 105
City of Industry, CA 91789
909.468.2165
www.thellulawfirm.com



CONFIDENTIAL EMAIL: The information contained in this email is confidential and may also be attorney-client privileged and constitute attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately.

**2 attachments**

 **Wai C Chek Claim Form.pdf**
1025K

**The Liu Law Firm Mail - Claim Form Questions.pdf**
77K

**Catherine van Kampen** <catherine@blbglaw.com>                       Mon, Jun 10, 2024 at 6:42 AM

To: Long Liu Office <office@theliulawfirm.com>
Cc: Brian Maldonado <Brian.Maldonado@blbglaw.com>, "Amin-Giwner, Stephanie" <stephanie.Amin-Giwner@epiqglobal.com>, "Sullivan, Owen" <osullivan@epiqglobal.com>, "Villanova, Alexander" <avillanova@epiqglobal.com>

Dear Long,


Thank you for contacting us regarding *In re Luckin Coffee*. I have copied the Court-appointed claims administrator team who has access to the claims database and will be able to assist you further with the questions you outlined below.


Should you have any further questions, please do not hesitate to contact us.


Very truly yours,


Catherine E. van Kampen, Esq. | **BLB&G**

Settlement Department

Bernstein Litowitz Berger & Grossmann LLP

1251 Avenue of the Americas, 44th Floor

New York, NY 10020

Tel: 212.554.1407

Fax: 212.554.1444

Email: catherine@blbglaw.com


 **Please consider the environment before printing this e-mail.**


This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected. Thank you.

8/11/25, 12:15 PM                    The Liu Law Firm Mail - Re: Luckin Coffee, Payment Status, Claim No. 24601

**From:** Long Liu Office <office@theliulawfirm.com>
**Sent:** Sunday, June 9, 2024 03:06 PM
**To:** Info_LuckinCoffeeSecuritiesL <info@luckincoffeesecuritieslitigation.com>; Catherine van Kampen <catherine@blbglaw.com>
**Subject:** Re: Luckin Coffee, Payment Status, Claim No. 24601

[External]

Dear Ana or to whom it may concern,

As you are aware my office represents Claimant 24601, _Wai C. Shek_. Attached please find a courtesy copy of my client's proof of claim which was submitted to you last year on or about March/April 2023.

Sometime in March or April 2023, you confirmed receiving my client's claim. On April 24, 2023, Ana stated that my client's claim was in good standing. (attached please see the confirmation email.)

More than a year has passed since the submission of my client's claim. I have not received payment for my client's claim. Nor have I received any further information from you regarding the status of payments or the case.

When should we be expecting to receive a check for the claim? Have you already started issuing payments? How are payments being calculated?

Please let me know the status of my client's claim.

Please call me tomorrow at my office at 909-468-2165.

Thank you.

Long Z. Liu, Esq.



**Cordially,**

**Long Z. Liu, Esq.**

Liu Law

1163 Fairway Drive, Suite 105

City of Industry, CA 91789

909.468.2165

www.theliulawfirm.com



CONFIDENTIAL EMAIL: The Information contained in this email is confidential and may also be attorney-client privileged and constitute attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately.

---

**Long Liu Office** <office@theliulawfirm.com>    Mon, Jun 10, 2024 at 11:20 AM
To: Brian Maldonado <Brian.Maldonado@blbglaw.com>, "Amin-Giwner, Stephanie" <stephanie.Amin-Giwner@epiqglobal.com>, "Sullivan, Owen" <osullivan@epiqglobal.com>, "Villanova, Alexander" <avillanova@epiqglobal.com>

Dear Mr. Sullivan,

My office represents the Claimant Wai C. Shek in re Luckin Coffee matter, Claim No. 24601. Please let me know when we can expect to receive a settlement check for the claim. Please call me as soon as possible at my office at 909-468-2170. Thank you.



**Cordially,**

**Long Z. Liu, Esq.**
Liu Law
1163 Fairway Drive, Suite 105
City of Industry, CA 91789
909.468.2165
www.theliulawfirm.com



CONFIDENTIAL EMAIL: The information contained in this email is confidential and may also be attorney-client privileged and constitute attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately.

On Mon, Jun 10, 2024 at 6:42 AM Catherine van Kampen <catherine@blbglaw.com> wrote:

> Dear Long,
>
> Thank you for contacting us regarding *In re Luckin Coffee*. I have copied the Court-appointed claims administrator team who has access to the claims database and will be able to assist you further with the questions you outlined below.

Should you have any further questions, please do not hesitate to contact us.

Very truly yours,

Catherine E. van Kampen, Esq.  |  **BLB&G**

Settlement Department

Bernstein Litowitz Berger & Grossmann LLP

1251 Avenue of the Americas, 44th Floor

New York, NY 10020

Tel:  212.554.1407

Fax: 212.554.1444

Email: catherine@blbglaw.com

 **Please consider the environment before printing this e-mail.**

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected. Thank you.

From: Long Liu Office <office@theliulawfirm.com>
Sent: Sunday, June 9, 2024 03:06 PM
To: Info_LuckinCoffeeSecuritiesL <info@luckincoffeesecuritieslitigation.com>; Catherine van Kampen <catherine@blbglaw.com>
Subject: Re: Luckin Coffee, Payment Status, Claim No. 24601

[External]

Dear Ana or to whom it may concern,

As you are aware my office represents Claimant 24601, _Wai C. Shek_. Attached please find a courtesy copy of my client's proof of claim which was submitted to you last year on or about March/April 2023.

Sometime in March or April 2023, you confirmed receiving my client's claim. On April 24, 2023, Ana stated that my client's claim was in good standing. (attached please see the confirmation email.)

More than a year has passed since the submission of my client's claim. I have not received payment for my client's claim. Nor have I received any further information from you regarding the status of payments or the case.

When should we be expecting to receive a check for the claim? Have you already started issuing payments? How are payments being calculated?

Please let me know the status of my client's claim.

Please call me tomorrow at my office at 909-468-2165.

Thank you.

Long Z. Liu, Esq.



**Cordially,**

**Long Z. Liu, Esq.**

Liu Law

1163 Fairway Drive, Suite 105

City of Industry, CA 91789

909.468.2165

www.theliulawfirm.com



CONFIDENTIAL EMAIL: The information contained in this email is confidential and may also be attorney-client privileged and constitute attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately.

**Long Liu Office** <office@theliulawfirm.com>                    Tue, Jun 11, 2024 at 10:01 AM
To: ECA_CS-TeamAVSecurities@epiqglobal.com, "nicholas.schmidt@epiqglobal.com" <nicholas.schmidt@epiqglobal.com>

Dear All,

My office represents the Claimant Wai C. Shek in re Luckin Coffee matter, Claim No. 24601.
Please let me know when we can expect to receive a settlement check for this claim.
I need to know the claim status, please call me as soon as possible at my office at 909-468-2170.
Thank you.



**Cordially,**

**Long Z. Liu, Esq.**
Liu Law
1163 Fairway Drive, Suite 105
City of Industry, CA 91789
909.468.2165
www.theliulawfirm.com



CONFIDENTIAL EMAIL: The information contained in this email is confidential and may also be attorney-client privileged and constitute attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately.

On Mon, Jun 10, 2024 at 11:20 AM Long Liu Office <office@theliulawfirm.com> wrote:

Dear Mr. Sullivan,

My office represents the Claimant Wai C. Shek in re Luckin Coffee matter, Claim No. 24601.
Please let me know when we can expect to receive a settlement check for the claim.
Please call me as soon as possible at my office at 909-468-2170.
Thank you.



**Cordially,**

**Long Z. Liu, Esq.**
Liu Law
1163 Fairway Drive, Suite 105
City of Industry, CA 91789
909.468.2165
www.theliulawfirm.com



CONFIDENTIAL EMAIL: The information contained in this email is confidential and may also be attorney-client privileged and constitute attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately.

On Mon, Jun 10, 2024 at 6:42 AM Catherine van Kampen <catherine@blbglaw.com> wrote:

Dear Long,

Thank you for contacting us regarding *In re Luckin Coffee.* I have copied the Court-appointed claims administrator team who has access to the claims database and will be able to assist you further with the questions you outlined below.

Should you have any further questions, please do not hesitate to contact us.

Very truly yours,

Catherine E. van Kampen, Esq. | **BLB&G**

Settlement Department

Bernstein Litowitz Berger & Grossmann LLP

1251 Avenue of the Americas, 44th Floor

New York, NY 10020

Tel: 212.554.1407

Fax: 212.554.1444

Email: catherine@blbglaw.com

 **Please consider the environment before printing this e-mail.**

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected. Thank you.

**From:** Long Liu Office <office@theliulawfirm.com>
**Sent:** Sunday, June 9, 2024 03:06 PM
**To:** Info_LuckinCoffeeSecuritiesL <info@luckincoffeesecuritieslitigation.com>; Catherine van Kampen <catherine@blbglaw.com>
**Subject:** Re: Luckin Coffee, Payment Status, Claim No. 24601

[External]

Dear Ana or to whom it may concern,

As you are aware my office represents Claimant 24601, _Wai C. Shek_. Attached please find a courtesy copy of my client's proof of claim which was submitted to you last year on or about March/April 2023.

Sometime in March or April 2023, you confirmed receiving my client's claim. On April 24, 2023, Ana stated that my client's claim was in good standing. (attached please see the confirmation email.)

More than a year has passed since the submission of my client's claim. I have not received payment for my client's claim. Nor have I received any further information from you regarding the status of payments or the case.

When should we be expecting to receive a check for the claim? Have you already started issuing payments? How are payments being calculated?

Please let me know the status of my client's claim.

Please call me tomorrow at my office at 909-468-2165.

Thank you.

Long Z. Liu, Esq.



**Cordially,**

**Long Z. Liu, Esq.**

Liu Law

1163 Fairway Drive, Suite 105

City of Industry, CA 91789

909.468.2165

www.theliulawfirm.com

CONFIDENTIAL EMAIL: The information contained in this email is confidential and may also be attorney-client privileged and constitute attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately.

**Schmidt, Nicholas** <nicholas.schmidt@epiqglobal.com>                    Tue, Jun 11, 2024 at 10:03 AM
To: Long Liu Office <office@theliulawfirm.com>, DL-ECA CS-Team AV Securities <ECA_CS-TeamAVSecurities@epiqglobal.com>

Hello Long,

We are researching the claim and will respond shortly. Thank you

Nicholas Schmidt

Epiq | Manager of Client Services

Mobile: +1 631-470-5196

Email: Nicholas.schmidt@epiqglobal.com

From: Long Liu Office <office@theliulawfirm.com>
Sent: Tuesday, June 11, 2024 1:01 PM
To: DL-ECA CS-Team AV Securities <ECA_CS-TeamAVSecurities@epiqglobal.com>; Schmidt, Nicholas <nicholas.schmidt@epiqglobal.com>
Subject: Re: Luckin Coffee, Payment Status, Claim No. 24601

You don't often get email from office@theliulawfirm.com. Learn why this is important

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Dear All,

My office represents the Claimant Wai C. Shek in re Luckin Coffee matter, Claim No. 24601.

Please let me know when we can expect to receive a settlement check for this claim.

I need to know the claim status, please call me as soon as possible at my office at 909-468-2170.

Thank you.



**Cordially,**

**Long Z. Liu, Esq.**

Liu Law

1163 Fairway Drive, Suite 105

City of Industry, CA 91789

909.468.2165

www.theliulawfirm.com

CONFIDENTIAL EMAIL: The information contained in this email is confidential and may also be attorney-client privileged and constitute attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately.

On Mon, Jun 10, 2024 at 11:20 AM Long Liu Office <office@theliulawfirm.com> wrote:

Dear Mr. Sullivan,

My office represents the Claimant Wai C. Shek in re Luckin Coffee matter, Claim No. 24601.

Please let me know when we can expect to receive a settlement check for the claim.

Please call me as soon as possible at my office at 909-468-2170.

Thank you.



Cordially,

**Long Z. Liu, Esq.**

Liu Law

1163 Fairway Drive, Suite 105

City of Industry, CA 91789

909.468.2165

www.theliulawfirm.com

CONFIDENTIAL EMAIL: The information contained in this email is confidential and may also be attorney-client privileged and constitute attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately.

On Mon, Jun 10, 2024 at 6:42 AM Catherine van Kampen <catherine@blbglaw.com> wrote:

Dear Long,

Thank you for contacting us regarding *In re Luckin Coffee.* I have copied the Court-appointed claims administrator team who has access to the claims database and will be able to assist you further with the questions you outlined below.

Should you have any further questions, please do not hesitate to contact us.

Very truly yours,

Catherine E. van Kampen, Esq. | **BLB&G**

Settlement Department

Bernstein Litowitz Berger & Grossmann LLP

1251 Avenue of the Americas, 44th Floor

New York, NY 10020

Tel: 212.554.1407

Fax: 212.554.1444

Email: catherine@blbglaw.com

 **Please consider the environment before printing this e-mail.**

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected. Thank you.

**From:** Long Liu Office <office@theliulawfirm.com>
**Sent:** Sunday, June 9, 2024 03:06 PM
**To:** Info_LuckinCoffeeSecuritiesL <info@luckincoffeesecuritieslitigation.com>; Catherine van Kampen <catherine@blbglaw.com>
**Subject:** Re: Luckin Coffee, Payment Status, Claim No. 24601

[External]

Dear Ana or to whom it may concern,

As you are aware my office represents Claimant 24601, _Wai C. Shek_. Attached please find a courtesy copy of my client's proof of claim which was submitted to you last year on or about March/April 2023.

Sometime in March or April 2023, you confirmed receiving my client's claim. On April 24, 2023, Ana stated that my client's claim was in good standing. (attached please see the confirmation email.)

More than a year has passed since the submission of my client's claim. I have not received payment for my client's claim. Nor have I received any further information from you regarding the status of payments or the case.

8/11/25, 12:15 PM                    The Liu Law Firm Mail - Re: Luckin Coffee, Payment Status, Claim No. 24601

When should we be expecting to receive a check for the claim? Have you already started issuing payments? How are payments being calculated?

Please let me know the status of my client's claim.

Please call me tomorrow at my office at 909-468-2165.

Thank you.

Long Z. Liu, Esq.



**Cordially,**

**Long Z. Liu, Esq.**

Liu Law

1163 Fairway Drive, Suite 105

City of Industry, CA 91789

909.468.2165

www.theliulawfirm.com



CONFIDENTIAL EMAIL: The information contained in this email is confidential and may also be attorney-client privileged and constitute attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately.

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.

**Info_LuckinCoffeeSecuritiesL** <Info@luckincoffeesecuritieslitigation.com>              Mon, Jun 17, 2024 at 11:04 AM

To: Long Liu Office <office@theliulawfirm.com>
Cc: "catherine@blbglaw.com" <catherine@blbglaw.com>, "Brian.Maldonado@blbglaw.com" <Brian.Maldonado@blbglaw.com>

Dear Long Z. Liu, Esq.,

Please let me know the status of my client's claim.

Please call me tomorrow at my office at 909-468-2165.

Thank you.

Long Z. Liu, Esq.



**Cordially,**

**Long Z. Liu, Esq.**

Liu Law

1163 Fairway Drive, Suite 105

City of Industry, CA 91789

909.468.2165

www.thellulawfirm.com

CONFIDENTIAL EMAIL: The information contained in this email is confidential and may also be attorney-client privileged and constitute attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately.

 Gmail

Long Liu Office <office@theliulawfirm.com>

## Luckin Coffee Payment Status, Claim No. 24601

8 messages

**Angelica Han** <ahan@theliulawfirm.com>                                    Mon, Aug 26, 2024 at 3:38 PM
To: catherine@blbglaw.com
Cc: Long Liu Office <office@theliulawfirm.com>

Hello Catherine,

Thank you for taking my call this morning regarding our client, Luckin Coffee's, claim. I would like to speak directly with someone who can answer our questions. Our client did not receive notice of the deadline to submit a claim before the February 2023 cutoff date; however, the claim was submitted as soon as we became aware of the ability to submit a claim. Therefore, filing after the February 2023 date was already out of our control, and due to no fault of our client we would like to have their claim reconsidered. We believe Luckin Coffee's claim should be included in the first round of claimants.

I would also like to receive clear instructions as to when and how I can receive payment for this claim.

Per your request, please find attached email correspondence.


Cordially,


Angelica Han
Paralegal, The Liu Law Firm
1163 Fairway Dr, Suite 105
City of Industry, CA 91789
Office: 909-468-2165

📎 The Liu Law Firm_20240826_115921.pdf
283K

---

**Catherine van Kampen** <catherine@blbglaw.com>                            Tue, Aug 27, 2024 at 6:05 AM
To: Angelica Han <ahan@theliulawfirm.com>
Cc: Long Liu Office <office@theliulawfirm.com>, "Villanova, Alexander" <avillanova@epiqglobal.com>, "Amin-Giwner, Stephanie" <stephanie.Amin-Giwner@epiqglobal.com>, "Jennifer L. Enck" <jenck@ktmc.com>


Dear Ms. Han,


Thank you for your call and email. I am copying the team at Epiq to respond to your Claim. Epiq is the Court-appointed Claims Administrator that manages the claims administration for *In re Luckin.* We are operating under a Court Order that governs the treatment of late-filed claims. Epiq will look into the status of your client's claim and let you know how we are required to treat it per Court Order.

Very truly yours,

Catherine E. van Kampen, Esq. | **BLB&G**

Settlement Department

Bernstein Litowitz Berger & Grossmann LLP

1251 Avenue of the Americas, 44th Floor

New York, NY 10020

Tel:   212.554.1407

Fax: 212.554.1444

Email: catherine@blbglaw.com

 **Please consider the environment before printing this e-mail.**

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected. Thank you.

**From:** Angelica Han <ahan@theliulawfirm.com>
**Sent:** Monday, August 26, 2024 06:38 PM
**To:** Catherine van Kampen <catherine@blbglaw.com>
**Cc:** Long Liu Office <office@theliulawfirm.com>
**Subject:** Luckin Coffee Payment Status, Claim No. 24601

**[This message is from an external sender]**

Hello Catherine,

[Quoted text hidden]
[Quoted text hidden]

**Angelica Han** <ahan@theliulawfirm.com>                                  Tue, Aug 27, 2024 at 9:39 AM
To: Catherine van Kampen <catherine@blbglaw.com>
Cc: William Livingston <william@theliulawfirm.com>, Long Liu Office <office@theliulawfirm.com>

Catherine,

Thanks for your email response. The issue is we never received that Court order nor were we given proper notice of any deadlines to file a claim. If you believe we were given proper notice, please provide evidence of that.

Thanks,

Angelica Han
[Quoted text hidden]

---

**Catherine van Kampen** <catherine@blbglaw.com>                          Tue, Aug 27, 2024 at 9:46 AM
To: Angelica Han <ahan@theliulawfirm.com>
Cc: William Livingston <william@theliulawfirm.com>, Long Liu Office <office@theliulawfirm.com>, "Villanova, Alexander" <avillanova@epiqglobal.com>, "Amin-Giwner, Stephanie" <stephanie.Amin-Giwner@epiqglobal.com>, "Jennifer L. Enck" <jenck@ktmc.com>

Dear Ms. Han,

I am copying Epiq to respond to your inquiry.  Please let us know if your client filed a claim and if so, please provide a claim number so that Epiq can research the database. Epiq can also check if your client was sent a Notice.

We are in receipt of a prior email from your law firm and it is unclear from your email below as to whether you are inquiring about a new claim or whether this inquiry is related to the claim about which your firm previously inquired.

Thank you,

[Quoted text hidden]

---

**Angelica Han** <ahan@theliulawfirm.com>                                  Tue, Aug 27, 2024 at 9:57 AM
To: Catherine van Kampen <catherine@blbglaw.com>
Cc: William Livingston <william@theliulawfirm.com>, Long Liu Office <office@theliulawfirm.com>, "Villanova, Alexander" <avillanova@epiqglobal.com>, "Amin-Giwner, Stephanie" <stephanie.Amin-Giwner@epiqglobal.com>, "Jennifer L. Enck" <jenck@ktmc.com>

Hi Catherine,

I am referring to the same client with the same claim number as in the subject line. It's for Luckin Coffee and the claim number is # 24601. Prior emails had the same information. Please let me know if you have further questions.

Angelica Han
[Quoted text hidden]

---

**Catherine van Kampen** <catherine@blbglaw.com>                          Tue, Aug 27, 2024 at 10:06 AM
To: Angelica Han <ahan@theliulawfirm.com>

Cc: William Livingston <william@theliulawfirm.com>, Long Liu Office <office@theliulawfirm.com>, "Villanova, Alexander" <avillanova@epiqglobal.com>, "Amin-Giwner, Stephanie" <stephanie.Amin-Giwner@epiqglobal.com>, "Jennifer L. Enck" <jenck@ktmc.com>

## Thank you, Epiq will be in touch with you on this.

## Very truly yours,

[Quoted text hidden]

---

**Long Liu Office** <office@theliulawfirm.com>                                    Mon, Jul 7, 2025 at 1:47 PM
To: Catherine van Kampen <catherine@blbglaw.com>
Cc: "Villanova, Alexander" <avillanova@epiqglobal.com>, "Amin-Giwner, Stephanie" <stephanie.Amin-Giwner@epiqglobal.com>

Dear Catherine,

I am writing for an update on the status claim No. 24601. Our last correspondence regarding the matter was dated August 27, 2024, which you can verify from the above email trails, in which we were informed that we would receive a follow-up and a team member of Epiq Global would be contacting us soon. However, it has now been almost a year, and we have not received any further communication from you or anyone from Epiq Global.

We understand administrative delays occur, and we appreciate the time and effort involved in managing these matters. However, given the length of time that has passed, we would be grateful if you could kindly provide us with a status update on the claim. Additionally, we please provide a phone number for Epiq Global.

Please let us know if any further information or documentation is required from our end to assist in moving the matter forward.

Thank you for your time and consideration.

### LIU LAW

TRIAL & LITIGATION
ATTORNEYS

Cordially,

**Sai Vignesh Shankar**

Liu Law
1163 Fairway Drive, Suite 105
City of Industry, CA 91789
909.468.2170
www.theliulawfirm.com

CONFIDENTIAL EMAIL: The information contained in this email is confidential and may also be attorney-client privileged and constitute attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately.

[Quoted text hidden]

---

**Villanova, Alexander** <avillanova@epiqglobal.com>                              Mon, Jul 7, 2025 at 2:11 PM
To: Long Liu Office <office@theliulawfirm.com>, Catherine van Kampen <catherine@blbglaw.com>
Cc: "Amin-Giwner, Stephanie" <stephanie.Amin-Giwner@epiqglobal.com>, Mae Oberste <Mae.Oberste@blbglaw.com>, Brian Maldonado <Brian.Maldonado@blbglaw.com>

Hello,

An update on this claim was provided on September 3, 2024, which is attached. As noted in the communication, distributions for timely-filed claims are still ongoing and thus pursuant to the Court's Order, consideration for late-filed claims cannot commence.

Sincerely,

**Alex Villanova, Esq.**

Epiq | Client Services Senior Project Manager

Email: avillanova@epiqglobal.com

**From:** Long Liu Office <office@theliulawfirm.com>
**Sent:** Monday, July 7, 2025 1:48 PM
**To:** Catherine van Kampen <catherine@blbglaw.com>
**Cc:** Villanova, Alexander <avillanova@epiqglobal.com>; Amin-Giwner, Stephanie <stephanie.Amin-Giwner@epiqglobal.com>
**Subject:** Re: Luckin Coffee Payment Status, Claim No. 24601

You don't often get email from office@theliulawfirm.com. Learn why this is important

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

[Quoted text hidden]

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.

---------- Forwarded message ----------
From: Catherine van Kampen <catherine@blbglaw.com>
To: Angelica Han <ahan@theliulawfirm.com>
Cc: "Amin-Giwner, Stephanie" <stephanie.Amin-Giwner@epiqglobal.com>, "Villanova, Alexander" <avillanova@epiqglobal.com>, "Jennifer L. Enck" <jenck@ktmc.com>
Bcc:
Date: Tue, 3 Sep 2024 19:14:05 +0000
Subject: RE: Luckin Coffee Payment Status, Claim No. 24601

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Dear Ms. Han,

Thank you for your email. As explained in prior emails both from Epiq and Class Counsel, this case is being administered under the jurisdiction of the Court. The Court's Order Approving Distribution Plan (available on the settlement website, www.

LuckinCoffeeSecuritiesLitigation.com) governs the distribution of the settlement proceeds ("Distribution Order").

As an initial matter and to address your claim that your client did not receive notice of the settlement, neither Defendants nor Epiq possess information related to the underlying beneficial owners of Luckin securities. As part of its notice program in this matter, Epiq provided notice to numerous brokers, banks, and other nominees (collectively, "nominees") requesting that these nominees either (i) provide a list of their clients who may be class members to Epiq so that Epiq could send them a notice, or (ii) mail the notice to their class member clients directly. According to the documentation submitted with your client's claim, UBS was the broker for their Luckin transactions. Epiq has confirmed that the list of class members provided to Epiq by UBS during the notice phases of this administration did not include your client.

Next, with regard to the payment of claims, as provided in the Court's Distribution Order, claims received through February 1, 2023 were processed and included in the initial distribution of the settlement proceeds. The treatment of claims received or adjusted after February 1, 2023 (i.e., your client's claim) are governed by Sections 3(g) and 3(h) of the Distribution Order which states:

- 3(g) - When Class Counsel, in consultation with Epiq, determine that further distribution of the funds remaining in the Net Settlement Fund is not cost-effective, if sufficient funds remain to warrant the processing of Claims received after February 1, 2023, those Claims will be processed, and any otherwise valid Claims received after February 1, 2023, as well as any earlier-received Claims for which an upward adjustment was received after February 1, 2023, will be paid in accordance with subparagraph (h) below . . .

- 3(h) - No new Claims may be accepted after February 1, 2023, and no further adjustments to Claims received on or before February 1, 2023, that would result in an increased Recognized Claim amount may be made for any reason after February 1, 2023, subject to the following exception. If Claims are received or modified after February 1, 2023, that would have been eligible for payment or additional payment under the Court approved Plan of Allocation if timely received, then, at the time that Class Counsel, in consultation with Epiq, determine a distribution is not cost-effective as provided in subparagraph (g) above, and after payment of any unpaid fees or expenses incurred in connection with administering the Net

Settlement Fund and after deducting the payment of any estimated taxes, the costs of preparing appropriate tax returns, and any escrow fees, these Claimants, at the discretion of Class Counsel and to the extent possible, may be paid their distribution amounts or additional distribution amounts on a pro rata basis that would bring them into parity with other Authorized Claimants who have cashed all their prior distribution checks.

The second distribution in this matter took place in June 2024 and checks from that distribution are still outstanding. Once all checks have been negotiated or become stale, we, pursuant to the Court's Distribution Order, will assess whether there are sufficient funds remaining to do another distribution or whether claims received or adjusted after February 1, 2023 will be paid to the extent funds remain.

We must adhere to this Court-approved process. We appreciate your patience.

Very truly yours,

Catherine E. van Kampen, Esq. | **BLB&G**

Settlement Department

Bernstein Litowitz Berger & Grossmann LLP

1251 Avenue of the Americas, 44th Floor

New York, NY 10020

Tel: 212.554.1407

Fax: 212.554.1444

Email: catherine@blbglaw.com

 Please consider the environment before printing this e-mail.

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected. Thank you.

**From:** Angelica Han <ahan@theliulawfirm.com>
**Sent:** Friday, August 30, 2024 08:53 PM
**To:** Catherine van Kampen <catherine@blbglaw.com>
**Subject:** Re: Luckin Coffee Payment Status, Claim No. 24601

[This message is from an external sender]

Dear Catherine,

Thank you for your response. Hope you have a fantastic weekend.

Angelica

On Fri, Aug 30, 2024 at 2:13 PM Catherine van Kampen <catherine@blbglaw.com> wrote:

> Dear Angelica,
>
> Class Counsel and Epiq will be in touch next week with a response to your inquiry.
>
> Very truly yours,
>
> Catherine E. van Kampen, Esq. | **BLB&G**
>
> Settlement Department
>
> Bernstein Litowitz Berger & Grossmann LLP
>
> 1251 Avenue of the Americas, 44th Floor
>
> New York, NY 10020
>
> Tel:  212.554.1407
>
> Fax: 212.554.1444

Email: catherine@blbglaw.com

 **Please consider the environment before printing this e-mail.**

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected. Thank you.

**From:** Angelica Han <ahan@theliulawfirm.com>
**Sent:** Friday, August 30, 2024 12:47 PM
**To:** Catherine van Kampen <catherine@blbglaw.com>
**Subject:** Re: Luckin Coffee Payment Status, Claim No. 24601

[This message is from an external sender]

Hello Catherine,

I hope it's been 3 days since our last correspondence. Can you get contact information for Epiq where I can call directly? I was hoping to get this resolved this week and it's already Friday. Speaking with someone directly may help expedite the process. .

Luckin Coffee - claim number: # 24601

Thank you. Have a great Friday.

Angelica Han

909-468-2170

On Tue, Aug 27, 2024 at 10:06 AM Catherine van Kampen <catherine@blbglaw.com> wrote:

Thank you, Epiq will be in touch with you on this.

Very truly yours,

Catherine E. van Kampen, Esq. | **BLB&G**

Settlement Department

Bernstein Litowitz Berger & Grossmann LLP

1251 Avenue of the Americas, 44th Floor

New York, NY 10020

Tel:   212.554.1407

Fax: 212.554.1444

Email: catherine@blbglaw.com

 **Please consider the environment before printing this e-mail.**

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected. Thank you.

**From:** Angelica Han <ahan@theliulawfirm.com>
**Sent:** Tuesday, August 27, 2024 12:58 PM
**To:** Catherine van Kampen <catherine@blbglaw.com>
**Cc:** William Livingston <william@theliulawfirm.com>; Long Liu Office <office@theliulawfirm.com>; Villanova, Alexander <avillanova@epiqglobal.com>; Amin-Giwner, Stephanie <stephanie.Amin-Giwner@epiqglobal.com>; Jennifer L. Enck <jenck@ktmc.com>
**Subject:** Re: Luckin Coffee Payment Status, Claim No. 24601

[This message is from an external sender]

Hi Catherine,

I am referring to the same client with the same claim number as in the subject line. It's for Luckin Coffee and the claim number is # 24601. Prior emails had the same information. Please let me know if you have further questions.

Angelica Han

On Tue, Aug 27, 2024 at 9:46 AM Catherine van Kampen <catherine@blbglaw.com> wrote:

Dear Ms. Han,

I am copying Epiq to respond to your inquiry.   Please let us know if your client filed a claim and if so, please provide a claim number so that Epiq can research the database. Epiq can also check if your client was sent a Notice.

We are in receipt of a prior email from your law firm and it is unclear from your email below as to whether you are inquiring about a new claim or whether this inquiry is related to the claim about which your firm previously inquired.

Thank you,

Catherine E. van Kampen, Esq. | **BLB&G**

Settlement Department

Bernstein Litowitz Berger & Grossmann LLP

1251 Avenue of the Americas, 44th Floor

New York, NY 10020

Tel:  212.554.1407

Fax: 212.554.1444

Email: catherine@blbglaw.com

 **Please consider the environment before printing this e-mail.**

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected. Thank you.

**From:** Angelica Han <ahan@theliulawfirm.com>
**Sent:** Tuesday, August 27, 2024 12:40 PM
**To:** Catherine van Kampen <catherine@blbglaw.com>
**Cc:** William Livingston <william@theliulawfirm.com>; Long Liu Office <office@theliulawfirm.com>
**Subject:** Re: Luckin Coffee Payment Status, Claim No. 24601

[This message is from an external sender]

Catherine,

Thanks for your email response. The issue is we never received that Court order nor were we given proper notice of any deadlines to file a claim. If you believe we were given proper notice, please provide evidence of that.

Thanks,

Angelica Han

On Tue, Aug 27, 2024 at 6:05 AM Catherine van Kampen <catherine@blbglaw.com> wrote:

> Dear Ms. Han,
>
> Thank you for your call and email. I am copying the team at Epiq to respond to your Claim. Epiq is the Court-appointed Claims Administrator that manages the claims administration for *In re Luckin*. We are operating under a Court Order that governs the treatment of late-filed claims. Epiq will look into the status of your client's claim and let you know how we are required to treat it per Court Order.

Very truly yours,


Catherine E. van Kampen, Esq. | **BLB&G**

Settlement Department

Bernstein Litowitz Berger & Grossmann LLP

1251 Avenue of the Americas, 44th Floor

New York, NY 10020

Tel:   212.554.1407

Fax: 212.554.1444

Email: catherine@blbglaw.com


 Please consider the environment before printing this e-mail.


This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected. Thank you.


From: Angelica Han <ahan@theliulawfirm.com>
Sent: Monday, August 26, 2024 06:38 PM
To: Catherine van Kampen <catherine@blbglaw.com>
Cc: Long Liu Office <office@theliulawfirm.com>
Subject: Luckin Coffee Payment Status, Claim No. 24601


[This message is from an external sender]

Hello Catherine,


Thank you for taking my call this morning regarding our client, Luckin Coffee's, claim. I would like to speak directly with someone who can answer our questions.  Our client did not receive notice of the deadline to

submit a claim before the February 2023 cutoff date; however, the claim was submitted as soon as we became aware of the ability to submit a claim. Therefore, filing after the February 2023 date was already out of our control, and due to no fault of our client we would like to have their claim reconsidered. We believe Luckin Coffee's claim should be included in the first round of claimants.

I would also like to receive clear instructions as to when and how I can receive payment for this claim.

Per your request, please find attached email correspondence.

Cordially,

Angelica Han

Paralegal, The Liu Law Firm

1163 Fairway Dr, Suite 105

City of Industry, CA 91789

Office: 909-468-2165

RE: Luckin Coffee Payment Status, Claim No. 24601.eml
110K

 **Gmail**                                    Long Liu Office <office@theliulawfirm.com>

# Attn: Araceli M.; Claim re Luckin Coffee, CL#24601; Plaintiff Wai C. Chek; US District Court, Southern District of New York, Case No.: 1:20-cv-01293-JPC

6 messages

**Long Liu Office** <office@theliulawfirm.com>                              Tue, Jul 8, 2025 at 12:54 PM
To: Info_LuckinCoffeeSecuritiesL <info@luckincoffeesecuritieslitigation.com>, Catherine van Kampen
<catherine@blbglaw.com>, "Amin-Giwner, Stephanie" <stephanie.Amin-Giwner@epiqglobal.com>, "Sullivan, Owen"
<osullivan@epiqglobal.com>, "Villanova, Alexander" <avillanova@epiqglobal.com>
Cc: hanson Hsu <hanson@theliulawfirm.com>, Long Liu Office <office@theliulawfirm.com>

Hi Araceli,

Thank you for speaking to attorney Hanson Hsu at my office earlier. **My firm represents Shek Chun Wei in the class action matter pertaining to Luckin Coffee. We are also attorney of record with the federal court. For future reference, please see the attached court docket (page 4). Page 4 is also included as a separate attachment.** My firm address has changed to 1163 Fairway Drive, Ste. 105, City of Industry, CA 91789 but our e-mail address remains the same.

Over the course of more than a year, we have been trying to get in contact with someone regarding the status of our client's claim only to be told various things such as it being unclear if we are actually the attorney, not seeing our information on the docket, your agents having to speak to the client directly even though it has been repeatedly made known that the client currently lives in Hong Kong and does not speak English, having to know where our client lives, etc. This is evasive, irrelevant, misleading, and improper. Our client signed a retainer for our representation in this matter and we are clearly the attorney of record, so we are authorized to discuss this claim. Communication regarding this claim to our client MUST be through us unless otherwise specified. Your office is obviously on notice that my client is represented; attempting to contact my client directly regarding this matter is prohibited.

Despite our client and my firm being on the docket (and my firm being specifically noted as "<u>**ATTORNEY TO BE NOTICED**</u>") we never received any notice pertaining to the deadline to submit the claim, and neither did my client. My firm was randomly checking the website and only incidentally stumbled upon the filing deadline AFTER it had already passed. The claim form was filed as soon as possible thereafter, which is attached herewith. As you know, proper notice is REQUIRED. We have never been given a satisfactory response to our inquiry and were instead misled into believing we would receive updates that never came.

<u>**Our inquiry is simple and has always been simple. What is going on with the claim? Was it allowed for consideration after the claim submission deadline?**</u>

We need a response no later than tomorrow, the delay that has been mounting for this matter has been incomprehensible and is prejudicial to our client. Attached are e-mail correspondences pertinent to this matter showing the repeated attempts to ascertain status.

Without a proper resolution and response, we will have no choice but to seek court intervention and, needless to say, all the communication and correspondence to your office and Epiq is directly relevant and will be produced should the court require.

You may reach attorney Hanson Hsu at (626) 347-6727. Our office phone number is (909) 468-2165. We anticipate your timely response and professional courtesy.

**LIU LAW**

TRIAL & LITIGATION
ATTORNEYS

Cordially,

**Long Z. Liu, Esq.**

Liu Law
1163 Fairway Drive, Suite 105
City of Industry, CA 91789
909.468.2165
www.theliulawfirm.com

Case 1:20-cv-01293-JPC    Document 353    Filed 08/26/25    Page 103 of 112

8/11/25, 12:17 PM          The Liu Law Firm Mail - Attn: Aracell M.; Claim re Luckin Coffee, CL#24601; Plaintiff Wai C. Chek; US District Court, Southern Dist...

CONFIDENTIAL EMAIL: The Information contained In this email Is confidential and may also be attorney-client privileged and constitute attorney work product. The Information Is Intended only for the use of the individual or entity to whom it is addressed.  If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately.

### 4 attachments

📄 **Page 4.pdf**
318K

📄 **Luckin Coffee Email Trails.pdf**
2015K

📄 **Docket.pdf**
5704K

📄 **Wai C Chek Claim Form.pdf**
1025K

---

**Villanova, Alexander** <avillanova@epiqglobal.com>                                    Wed, Jul 9, 2025 at 7:57 AM
To: Long Liu Office <office@theliulawfirm.com>, Info_LuckinCoffeeSecuritiesL <Info@luckincoffeesecuritieslitigation.com>, Catherine van Kampen <catherine@blbglaw.com>, "Amin-Giwner, Stephanie" <stephanie.Amin-Giwner@epiqglobal.com>
Cc: hanson Hsu <hanson@theliulawfirm.com>, Mae Oberste <mae.oberste@blbglaw.com>

Hello,

Thank you for providing this supporting information.  We request that you, as a professional courtesy, provide us through the end of this week, or close of business on Friday, July 11, 2025, to provide you a fulsome response to your inquiry.

Regards,

Alex Villanova, Esq.

Epiq | Client Services Senior Project Manager

Email: avillanova@epiqglobal.com

---

**From:** Long Liu Office <office@theliulawfirm.com>
**Sent:** Tuesday, July 8, 2025 12:55 PM
**To:** Info_LuckinCoffeeSecuritiesL <Info@LuckinCoffeeSecuritiesLitigation.com>; Catherine van Kampen <catherine@blbglaw.com>; Amin-Giwner, Stephanie <stephanie.Amin-Giwner@epiqglobal.com>; Sullivan, Owen <osullivan@epiqglobal.com>; Villanova, Alexander <avillanova@epiqglobal.com>
**Cc:** hanson Hsu <hanson@theliulawfirm.com>; Long Liu Office <office@theliulawfirm.com>
**Subject:** Attn: Araceli M.; Claim re Luckin Coffee, CL#24601; Plaintiff Wai C. Chek; US District Court, Southern District of New York, Case No.: 1:20-cv-01293-JPC

---

You don't often get email from office@theliulawfirm.com. Learn why this is important

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender

and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

[Quoted text hidden]

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.

**postmaster@epiqglobal.com** <postmaster@epiqglobal.com>          Wed, Jul 9, 2025 at 1:01 PM
To: office@theliulawfirm.com

## Delivery has failed to these recipients or groups:

Sullivan, Owen (osullivan@epiqglobal.com)

Your message couldn't be delivered. Despite repeated attempts to deliver your message, querying the Domain Name System (DNS) for the recipient's domain location information failed.

For more information and tips to fix this issue see this article: https://go.microsoft.com/fwlink/?LinkId=389361.

**Diagnostic information for administrators:**

Generating server: PH0PR06MB7414.namprd06.prod.outlook.com
Receiving server: PH0PR06MB7414.namprd06.prod.outlook.com

osullivan@epiqglobal.com
7/9/2025 8:01:52 PM - Server at PH0PR06MB7414.namprd06.prod.outlook.com returned '550 5.4.312 Message expired, DNS query failed(InfoNoRecords)'
7/9/2025 7:51:51 PM - Server at eopsmtp.epiqsystems.com (0.0.0.0) returned '450 4.4.312 DNS query failed [Message=InfoNoRecords] [LastAttemptedServerName=eopsmtp.epiqsystems.com] [CO1NAM11FT018.eop-nam11.prod.protection.outlook.com 2025-07-09T19:51:52.009Z 08DDBEDFFB5B863C](InfoNoRecords)'

Original message headers:

```
Received: from CO6PR06MB7668.namprd06.prod.outlook.com (2603:10b6:5:35e::18)
 by PH0PR06MB7414.namprd06.prod.outlook.com (2603:10b6:510:57::18) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.8901.29; Wed, 9 Jul
 2025 18:07:34 +0000
Received: from LV8PR06MB9686.namprd06.prod.outlook.com (2603:10b6:408:245::12)
 by CO6PR06MB7668.namprd06.prod.outlook.com (2603:10b6:5:35e::18) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.8901.23; Wed, 9 Jul
 2025 07:03:51 +0000
ARC-Seal: i=1; a=rsa-sha256; s=arcselector10001; d=microsoft.com; cv=none;
 b=sWe+FfY+zGky2twbAvFytndLgbBt5LEhznZZCj4JubdXCEUH+m2xiihWQaE9ZeKeDyRtTrAsbWBhn8VxBACYN+
LmBWHs1tptu58yRVKyiO0rWm9JtW4Zt2rlhskiKulC3h8RKCNe74weNQIpfKybVtUZCIM3OA84EesVoe1qJB5uj+Sp0obUy1+C2y4ro/
8OorgefAWPSwNCLhHW+5x4RKTucImdPvVu6EdrP54rLOp8BShz7EG8n9o3KBiLW/f/1uzCOym919pLcf2IE3cX3ZvYiYSGsZhTQi/
urYauZXqX4BcrRh3MJAutf8vzwhbBE8tTS1ENAUD9Wr+WSIFxgw==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
 s=arcselector10001;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-AntiSpam-MessageData-ChunkCount:X-
```

MS-Exchange-AntiSpam-MessageData-0;X-MS-Exchange-AntiSpam-MessageData-1;
 bh=cm7H2nximg1LgFA3aD9g41ZQA3iMqgrWDYK0V7PNKyE=;
 b=t+P0MaHdLKNTeKB6u7VgQgL9B25ZKTQIJ4WSC8jg0DKMrcCZZrw1TnYKTJkhFpG0YyWg3ENb4fBD1TxbB1NrYhSDSXgY
 bWWj8saU4FwKp1kGZLfq6pM4ZUv6axTFD/ALpA0VWK75kz2DSE13H9N5evsZYCxddIhB4v4VH2sb0PP8rzNHsTVvPpmEZB
 gIcQ1oZaakoMw9xzIXhn0Pe6iAJKaqcoSRzyj1nLjFiS0H08oAsLqjE3f13YDErr0K92IGSfnGoXt0Y0jCMXbUZ0Cl
 apixj2VI60RmpEbrrnGNM30dFNQwDFxJR63yBJenBX+4NO/Q6eAIvoLBrD7zKGrRqg==
ARC-Authentication-Results: i=1; mx.microsoft.com 1; spf=pass (sender ip is
 209.85.208.42) smtp.rcpttodomain=epiqglobal.com
 smtp.mailfrom=theliulawfirm.com; dmarc=bestguesspass action=none
 header.from=theliulawfirm.com; dkim=pass (signature was verified)
 header.d=theliulawfirm-com.20230601.gappssmtp.com; arc=none (0)
Received: from SJ0PR05CA0106.namprd05.prod.outlook.com (2603:10b6:a03:334::21)
 by LV8PR06MB9686.namprd06.prod.outlook.com (2603:10b6:408:245::12) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.8857.28; Tue, 8 Jul
 2025 19:55:32 +0000
Received: from SJ1PEPF00001CDC.namprd05.prod.outlook.com
 (2603:10b6:a03:334:cafe::b6) by SJ0PR05CA0106.outlook.office365.com
 (2603:10b6:a03:334::21) with Microsoft SMTP Server (version=TLS1_3,
 cipher=TLS_AES_256_GCM_SHA384) id 15.20.8922.21 via Frontend Transport; Tue,
 8 Jul 2025 19:55:32 +0000
Authentication-Results: spf=pass (sender IP is 209.85.208.42)
 smtp.mailfrom=theliulawfirm.com; dkim=pass (signature was verified)
 header.d=theliulawfirm-com.20230601.gappssmtp.com;dmarc=bestguesspass
 action=none header.from=theliulawfirm.com;compauth=pass reason=109
Received-SPF: Pass (protection.outlook.com: domain of theliulawfirm.com
 designates 209.85.208.42 as permitted sender)
 receiver=protection.outlook.com; client-ip=209.85.208.42;
 helo=mail-ed1-f42.google.com; pr=C
Received: from mail-ed1-f42.google.com (209.85.208.42) by
 SJ1PEPF00001CDC.mail.protection.outlook.com (10.167.242.4) with Microsoft
 SMTP Server (version=TLS1_3, cipher=TLS_AES_256_GCM_SHA384) id 15.20.8901.15
 via Frontend Transport; Tue, 8 Jul 2025 19:55:31 +0000
Received: by mail-ed1-f42.google.com with SMTP id 4fb4d7f45d1cf-6089c0d376eso730256a12.2
        for <osullivan@epiqglobal.com>; Tue, 08 Jul 2025 12:55:31 -0700 (PDT)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=theliulawfirm-com.20230601.gappssmtp.com; s=20230601; t=1752004530; x=1752609330;
darn=epiqglobal.com;
        h=cc:to:subject:message-id:date:from:mime-version:from:to:cc:subject
         :date:message-id:reply-to;
        bh=aVT9ENGQEgv39ENoW1U6kX9Dz940rJ1Oly4zD+h6yg0=;
        b=1JFiNUwW1SM0GGwJK5q1Q7B8576AcTyhIahMhjs4DEzncroP1+iEHbLDj25DpeqGza
         tdQIIrduLwz9tLYRgGGlRr4T+RmXz40Excg9KrSboMl6/Z1IhQAPUL/zRh6aRTFUId13
         U3yGem06yIdYReoZwXb5+rilbCsZTslazrxmhxsv0vAWcHJbLDPDXpVt0axQXggxEwep
         VcA7HeDHsM7720iHahevdHSj3J0A8xdKGDmQEB4NpeiwlEeKgcFpIphVyfHUP1znqyrJ
         w0/hiy2bcD1T4mtuM/LreKpOIVQDzdmzrrxKyWjbCDZ7/wdfTI+F83zxQwjWPYnQtJWu
         4kdg==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=1e100.net; s=20230601; t=1752004530; x=1752609330;
        h=cc:to:subject:message-id:date:from:mime-version:x-gm-message-state
         :from:to:cc:subject:date:message-id:reply-to;
        bh=aVT9ENGQEgv39ENoW1U6kX9Dz940rJ1Oly4zD+h6yg0=;
        b=rrVEa44CJ3IK6nmqjO5mzr6XtE8mEjmCB40M0Gdp0IqT1mBsSkIDDllbNhkVgrjzMO
         5+93zqA7qhuKhVOmnruS1BBaAt6GVYDEB9or91kWM5SQchRvAjV21JYW+PbG/mKS/DnL
         IuDB/9nMaHPIj91S6Z432iI1jy+ea0eq7apotqGjES1SJsH9pYG50Ufz5Z/dSM0d+NWn
         Hd6nxgaKmOQKW0cIMHkgcdk+QvD8GOQ8sQXo9Op+wNhG3nysfFpNz7k9b+ok/4jS5ZKn
         /RVKDsqTzCXowotLEQInQWrpQ65pvAtPfwNv4SGrF2FyQAfXUdMCOp5XDMZ3SdRAMCBH
         TAFg==
X-Forwarded-Encrypted: i=1; AJvYcCUoHGRHV2EM1NgcUnG1i3zkXVKSMI3E0PTH9G30L3FBwhI3ZG/
oymmq842kxFJmDNV7W95y+4mJY4s=@epiqglobal.com
X-Gm-Message-State: AOJu0YwpMhpJzGwZNVwAFNv2U0bQCGgK6PnwuV8ALVtLTKRA5RxmiVd6
        frJ8PuSJhZRgOnaADcJnMaLDc/L1h9CzF7Pi/OkeeTA67jJitBwAsi8h8r92RkcdR6e3VKxJWta
        9070zwInCrqQ74APA5UAE12QG2LujECvLnPkX1dOkxie559pqb+ntyjI=
X-Gm-Gg: ASbGncvEyhNvsELVBSZK2qOt+n/c4N7zvzPe33CXc2BnEwegGwb+2zVky6vEp78dhQ0
         f5zn/5jaSCFRc8IJKBx2oPr3opmK19VfsqxyocgkPHbWA+HLVbJTwtslPd9E2YSsruFkn3nHLnZ
         uaFyUmiNb9x2WSagdBP/ofWLIDYfgt1mMlFd92CSmPEfZXSaVwyEB8GA==
X-Google-Smtp-Source: AGHT+IHaEULE83QAkf6pYyYC91IUuAsLqiMqRANXHgcnQgN7AaDCgbsR+G6Y+WqNiCgxGVSR/
O9C8tu0MtBiO8IqHLA=

```
X-Received: by 2002:a05:6402:524e:b0:606:aea6:15f3 with SMTP id
 4fb4d7f45d1cf-60fd6522d37mr5288404a12.1.1752004527726; Tue, 08 Jul 2025
 12:55:27 -0700 (PDT)
MIME-Version: 1.0
From: Long Liu Office <office@theliulawfirm.com>
Date: Tue, 8 Jul 2025 12:54:51 -0700
X-Gm-Features: Ac12FXz391_txlbJgFrj-ZZn1sooz3Wsm9hUiSWSj5-EZZJLkAMT1OcDT5au-0o
Message-ID: <CAHgjH6o0Ab1FO8Svb2VyJdzsjKP8J=SYpTRQo=O52rnyuxbOcw@mail.gmail.com>
Subject: Attn: Araceli M.; Claim re Luckin Coffee, CL#24601; Plaintiff Wai C.
 Chek; US District Court, Southern District of New York, Case No.: 1:20-cv-01293-JPC
To: Info_LuckinCoffeeSecuritiesL <info@luckincoffeesecuritieslitigation.com>,
        Catherine van Kampen <catherine@blbglaw.com>,
        "Amin-Giwner, Stephanie" <stephanie.Amin-Giwner@epiqglobal.com>,
        "Sullivan, Owen" <osullivan@epiqglobal.com>,
        "Villanova, Alexander" <avillanova@epiqglobal.com>
CC: hanson Hsu <hanson@theliulawfirm.com>, Long Liu Office <office@theliulawfirm.com>
Content-Type: multipart/mixed; boundary="0000000000000860b850639705784"
Return-Path: office@theliulawfirm.com
X-EOPAttributedMessage: 0
X-EOPTenantAttributedMessage: 2a9f86a9-29e7-44bd-8863-849373d53db8:0
X-MS-PublicTrafficType: Email
X-MS-TrafficTypeDiagnostic:
        SJ1PEPF00001CDC:EE_|LV8PR06MB9686:EE_|CO6PR06MB7668:EE_|PH0PR06MB7414:EE_
X-MS-Office365-Filtering-Correlation-Id: d1e5bdce-81b9-4a0a-2f84-08ddbe596578
X-MS-Exchange-AtpMessageProperties: SA|SL
X-Microsoft-Antispam: BCL:0;ARA:13230040|43022699015|8096899003|4053099003|13003099007;
X-Microsoft-Antispam-Message-Info: =?utf-8?B?WG5ncjhRZHYrT2hyeUhgcDZWUzYwTVU1MVg5ekxjVWxHR3ViRkxXV2w4bEFR?
 =
```

```
 =?utf-8?B?L2QrYWQ4YmtuZisyTStiNnYxdnNCeUNZdUh6RklNRDdqdnAzZ2I4K1grMm1r?=
 =?utf-8?B?R0pwUk1QR1V5em9RdWlCUG1hMmR0ekRBS1dmT2VRSUkwS3JGRnppWEZJRVFu?=
 =?utf-8?B?YlFhOEFuMzMwd01jK1F4RnpzR1BlMnF4ajF1ckpCCSzJhNHRGL3ZXSDk2S2Uz?=
 =?utf-8?B?bDlRQmppwdE9SMFF5VVlVbD1MNE10VpMTzhsNStGRFFqMC9LOWJrTWVDRWty?=
 =?utf-8?B?RERmclQvbjVSOW9XaGlBcjd0aW5MNNy9PcmsyR0ZKR3pFSnQwQW9W9RVTZYSzdX?=
 =?utf-8?B?ZVBNQWIyM2NQb24vL0pgVndhd3RVYmMvTDRNcElYZUNyOWF0b1l1ZFM3WVoz?=
 =?utf-8?B?VFdLelYzN3B3Z3V0TllIVnhR5S2pwMXlYYUZhdWIyK25BQ2ZLTDhCR3JJiZUww?=
 =?utf-8?B?dTNmRDZoSGhORjBYVDJNUFV1b2sxd3JQZXZmYUdDDUJJKWHhEUmRIRnZlcUN0?=
 =?utf-8?B?akJDZzRwaHlkNkxnMGJMNkI2QXd0RGlMcGlmQVpoZVp3eWRwRkR4L1d1amZs?=
 =?utf-8?B?SzlTcm0yNTJNdE4wdUw0QVQ5ZjdtNzBWY1ZSb0NlR0tNTm9tQTFzRXJpU2Rp?=
 =?utf-8?B?MzVBZXAzSGhTeE9reEg2YlRSQXJlSUQzdGlZbjJxUWx2bG4xUWZhM205bzlG?=
 =?utf-8?B?WVdrcndJb1ZVWTZNMi92Qjdyd2hnMStZWFRSemZweDVvZEVvWHlLWFdYSC9n?=
 =?utf-8?B?ZzFJN2ROdmw4a2wwwN3J0YnFaWFJTZWh1WG9Ja25KSzgrcmJrWUpRdjRxMFR5?=
 =?utf-8?B?TUhYQnpJSnEwNjR4bG1lQ3VnU216bFdGUEgzc2ZsaRiMzBaZG9ucFVoZZW1Q?=
 =?utf-8?B?YU1jVU4zRS9XR0RJZjEvYzVTTGZKTi9GdFA3K09GNkExdnZVTk1DVjRBTm1V?=
 =?utf-8?B?S0cwQ2xSUXQzV1J5RmZ1Z0ZadHIweHM5OUdNNU0N5a3NSeFBOQjFidFQ3VjVv?=
 =?utf-8?B?c3F0L1FYVmN1VUpNSG9kM2RjOUVSTFNXMzRhc1hLY2Q3WE1xSDRxSktYeERZ?=
 =?utf-8?B?Qld6RlgyRjgzQzUTBtbE13RnFWSXhSN3JTeXhVYlFrZHdyVm5SLVGwrNDF1U0pH?=
 =?utf-8?B?cEswUXEyNGJlMVRxd1FKT1pJSmNuSEUwQmNOcVBKMkdxUkt1IT1JoNElhbjZD?=
 =?utf-8?B?RnFzbEZUU1R4MFY2MmdmelJDUG1uS0V0VEZrVUs0T1Nvc3FFek9BRBSzBuVXNL?=
 =?utf-8?B?UnBHOTBDZ0ZsWXUyZXVYZXdDcEY2S0RBQ2dZMzdOQW84Vkw3c1FtRXdHaUJU?=
 =?utf-8?B?QVU1WHJxSEZHVZnd4dHZCcTNNSkZZb21ROXdjJOGhEN3RCZ1dSa1k5dDZsaGQz?=
 =?utf-8?B?bUJwckt0U1BQUG5JOHI2TTZzWHJ5cy9sV2U1SW9Cd2YyeXha3dVbUU2R0Rn?=
 =?utf-8?B?aWR5cU1ZU3ZSSMytCN1UyRHJoK0p6ZzgxcVV1eCtZMmcwOUpYbU50WEFRUVNu?=
 =?utf-8?B?NWRrRTFucGRGeTZjaGJlNS9XSjdHME8zbElMQ21yQlFFZGGRYWFhnWHlwbm5w?=
 =?utf-8?B?Y3NhTnFlaGh1WHhxN0VlbVA5NmxIb1JIM1prdzdNVERiZzk2d0grekg2REhh?=
 =?utf-8?B?WFhZU1Z3b3NnTTjJxRk1mTkNkSzJvMk16U2pzL2s3UHFYdFZubmQ4MHE3MFFBX?=
 =?utf-8?B?ZVZkSnErS1EzampjNjUraGZDNnJtak9HTVRLZFFPUnUyUlRTDJwSkhaRXRO?=
 =?utf-8?B?ZU93MkttvR2NOWnZSM2NacjE0SFVFOF1FVW1LS1JDbWdpbVNQTXJDOWt2ZXZx?=
 =?utf-8?B?anlPWkV1NExlcUVDNWhQK0M5MGx5Ylo2RkVqejdOcHVvQXdYVFI3MkvdmRFIy?=
 =?utf-8?B?U05CUnIwelhTL3AxODDdtWjdwSE9QODVBRzk0dDE5nUU1BOFcxY2JVaGRIcndiI?=
 =?utf-8?B?MERZeWVmUmN1MUYvcjRYTTUrWkQzL0ZaRWczOGFQaTVGNXVwTFRoVVdvRVN1?=_
 =?utf-8?B?U1I2OS9rNHRwNkRpZGFjTRMbG9TaTZ3andkVE93VitTb1ZGeDMyS2pqV08S?=
 =?utf-8?B?cEprK3ZHYUE2UE9kcFBuN0RmajA4YzBLMTREVnpUY1JBS21sSWJoSi81WlBt?=
 =?utf-8?B?RmswOXhGdG1VNmpIekJXQ2xZT0JMU3Z0RnNBdERQKzFkVVgyNEFTU2VkKysx?=
 =?utf-8?B?aEhZRkt3dTh4ejJBZ2o5dWppyOGZpMmdHT0xiM3Ivc2hhU1VoY083ZTloT1Zm?=
 =?utf-8?B?bXovSVpVanlmeHIvb0d5UTJKQVVdoSnJlWW1CSHdUdWpYZjlg5Znc5RFlkenRN?=
 =?utf-8?B?SXR6ZCtIT0YzMU5Ib0NMYWt4bWhFZkRSOUtGVmlvZU5HZVc4VmRRM05sbjNN?=
 =?utf-8?B?MC84b29KZXltSVBhS3ovQkhPR0xSdWQQvZy9WYXZ5eTR3TUFEYXBJeHlvM2M4?=
 =?utf-8?B?SEp5endYaT1HRzllLa21qSHJJZXBZV1E3c25RSXRUUM1tuZ11NMmJpcVFmbU9Z?=
 =?utf-8?B?S1Y0MmcxRmpQb3U3d3FmmeU5ieGh1V31XQ1h4LzBBTmuYY1Q1RDBDR2Y2MUw1?=
```

=?utf-8?B?UW9qTm41UUZwQWwrTk9ic01HQmsyK0JzSVdCYmRVNWdIeHp2UWw4dlVKQWxJ?=
=?utf-8?B?TU1LZFd0T0xJUVZYa1pud1MxQjJNelNjTmpzNmpjYUVhaUprSUtmaUZoSXhK?=
=?utf-8?B?Z1hIZGMrMHhBeFFKeHdwQ3BTY2ZTU0ZHVGFxcW1PS1VqVm1CQVNYTGJhKzZX?=
=?utf-8?B?NDdQZXA0WktSbWZUclBSK3ZCcWJvWVpmUE1kckVsYXgwZDJxa2hBMHE1U0Iy?=
=?utf-8?B?R0xPbWp4UEFppb1g3S21mME00MjdZOFAyaYK1lqeHBSTVNvYndodGddER1RRK01n?=
=?utf-8?Q?WN7J01QZQ+/mAYrdtHCQgt+LWUdSTHiGqSQBp7sE=3D?=

X-Forefront-Antispam-Report: CIP:209.85.208.42;CTRY:US;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:mail-ed1-f42.
google.com;PTR:mail-ed1-f42.google.com;CAT:NONE;SFS:(13230040)(43022699015)(8096899003)(4053099003)(
13003099007);DIR:INB;
X-MS-Exchange-ATPSafeLinks-Stat: 0
X-MS-Exchange-ATPSafeLinks-BitVector: 0:0x0|0x0|0x0|0x0|0x0|0x0;
X-MS-Exchange-CrossTenant-OriginalArrivalTime: 08 Jul 2025 19:55:31.9711
(UTC)
X-MS-Exchange-CrossTenant-Network-Message-Id: d1e5bdce-81b9-4a0a-2f84-08ddbe596578
X-MS-Exchange-CrossTenant-Id: 2a9f86a9-29e7-44bd-8863-849373d53db8
X-MS-Exchange-CrossTenant-AuthSource: SJ1PEPF00001CDC.namprd05.prod.outlook.com
X-MS-Exchange-CrossTenant-AuthAs: Anonymous
X-MS-Exchange-CrossTenant-FromEntityHeader: Internet
X-MS-Exchange-Transport-CrossTenantHeadersStamped: LV8PR06MB9686
X-OrganizationHeadersPreserved: LV8PR06MB9686.namprd06.prod.outlook.com
X-OriginatorOrg: epiqglobal.com
X-CrossPremisesHeadersFilteredByDsnGenerator:
        PH0PR06MB7414.namprd06.prod.outlook.com

Final-Recipient: rfc822;osullivan@epiqglobal.com
Action: failed
Status: 5.4.312
Diagnostic-Code: smtp;550 5.4.312 Message expired, DNS query failed
X-Display-Name: Sullivan, Owen

🗋 **noname**
🗋 12K

---

**Long Liu Office** <office@theliulawfirm.com>                                        Wed, Jul 9, 2025 at 6:16 PM
To: "Villanova, Alexander" <avillanova@epiqglobal.com>
Cc: Info_LuckinCoffeeSecuritiesL <Info@luckincoffeesecuritieslitigation.com>, Catherine van Kampen
<catherine@blbglaw.com>, "Amin-Giwner, Stephanie" <stephanie.Amin-Giwner@epiqglobal.com>, hanson Hsu
<hanson@theliulawfirm.com>, Mae Oberste <mae.oberste@blbglaw.com>

Hello Alexander,

Thank you for your response.

I am writing to express our deep concern regarding the prolonged delay in resolving the matter we initially raised over a year ago. We have been consistently following up with your team for more than a year now.

The continued delay is not only disappointing us but is also causing considerable inconvenience to our client, who has shown patience and restraint throughout this period. At this stage, we must emphasize that we are seeking a clear and satisfactory response without any further postponements. Our objective remains to bring this matter to a close efficiently, amicably, and without unnecessary legal hurdles.

However, if we do not receive a clear and satisfactory reply by Friday, July 11, 2025, we will have no choice but to pursue this issue through legal channels.

We trust you understand the seriousness of this situation and the importance of resolving this matter in a timely and professional manner. We look forward to your timely response.

**LIU LAW**

TRIAL & LITIGATION
ATTORNEYS

Cordially,

**Long Z. Liu, Esq.**

Liu Law
1163 Fairway Drive, Suite 105
City of Industry, CA 91789
909.468.2170
www.theliulawfirm.com

CONFIDENTIAL EMAIL: The information contained in this email is confidential and may also be attorney-client privileged and constitute attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately.

[Quoted text hidden]

---

**Long Liu Office** <office@theliulawfirm.com>                    Fri, Jul 11, 2025 at 1:24 PM
To: "Villanova, Alexander" <avillanova@epiqglobal.com>
Cc: Info_LuckinCoffeeSecuritiesL <Info@luckincoffeesecuritieslitigation.com>, Catherine van Kampen <catherine@blbglaw.com>, "Amin-Giwner, Stephanie" <stephanie.Amin-Giwner@epiqglobal.com>, hanson Hsu <hanson@theliulawfirm.com>, Mae Oberste <mae.oberste@blbglaw.com>

Hello,

I am writing to formally address a continued lack of response concerning our claim, which has now remained unresolved for over a year. We were expressly advised that an update would be provided by **close of business (DOE) Friday, July 11, 2025.** As of the time of this message—4:20 PM ET—no such update has been received.

Earlier today, I contacted your office by phone and spoke with a supervisor named **Becky.** Unfortunately, the information provided during that call was vague and unsatisfactory. Despite numerous follow-ups over the past several months, we have not received a clear resolution or definitive communication.

This continued delay and lack of transparency are unacceptable and have significantly impacted our ability to move forward. Please consider this email a **final request for immediate clarification and a substantive update** on the status of the claim by **close of business today.** Should there be no adequate response, we will be compelled to evaluate all available options, including the possibility of escalating this matter through formal legal channels.

We expect a written reply by end of day.

**LIU LAW**

TRIAL & LITIGATION
ATTORNEYS

Cordially,

**Long Z. Liu, Esq.**

Liu Law
1163 Fairway Drive, Suite 105
City of Industry, CA 91789
909.468.2170
www.theliulawfirm.com

CONFIDENTIAL EMAIL: The information contained in this email is confidential and may also be attorney-client privileged and constitute attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately.

[Quoted text hidden]

---

**Mae Oberste** <Mae.Oberste@blbglaw.com>                        Fri, Jul 11, 2025 at 1:50 PM

To: Long Liu Office <office@thellulawfirm.com>
Cc: Info_LuckinCoffeeSecuritiesL <Info@luckincoffeesecuritieslitigation.com>, Catherine van Kampen <catherine@blbglaw.com>, "Amin-Giwner, Stephanie" <stephanie.Amin-Giwner@epiqglobal.com>, hanson Hsu <hanson@thellulawfirm.com>, "Villanova, Alexander" <avillanova@epiqglobal.com>

Hello Mr. Liu,

As there are multiple offices involved in this email correspondence (from both Class Counsel and the Claims Administrator), I'm not sure which office you contacted earlier today. Nonetheless, I hope we are able to address your questions here.

Thank you for the courteous extension for us to respond to your email dated Tuesday, July 8, 2025. In an effort to provide a fulsome response to your inquiry, I will first respond to the specific questions contained in your July 8, 2025 email. Second, I summarize the written communications you provided. Third and finally, I address some of the assertions you and your colleagues have made in those communications.

### RESPONSE TO YOUR JULY 8, 2025 EMAIL

You asked "What is going on with [your client Wai C. Shek's] claim? Was it allowed for consideration after the claim submission deadline?"

We (Class Counsel and the Claims Administrator) are required to follow the provisions of the Court's Order Approving Distribution, entered on April 21, 2023 (the "Distribution Order"). A copy of the Distribution Order is attached, and as an attorney of record in this action, you should have received notice of its filing on April 21, 2023.

Under the Distribution Order, paragraphs 3(g) and 3(h), the Claims Administrator is not permitted to accept new Claims after February 1, 2023. All Claims received after that date ("Late-Filed Claims") that are otherwise eligible for payment may be considered after it is determined that a distribution to Authorized Claimants (those who submitted their claims on or before February 1, 2023, or "Timely Claims") is not cost-effective and all administration fees and expenses are paid.

"What is going on with [your client's] claim?" As you know, your client's Claim was received by the Administrator after February 1, 2023 and is therefore a Late-Filed Claim.

"Was it allowed for consideration after the claim submission deadline?" Under the terms of the Distribution Order, we do not have the discretion to pay this Claim with the Timely Claims. **We will be sure to notify you if Late-Filed Claims become eligible for payment.**

We agree with you that this result is unfortunate for your client. Nonetheless, Class Counsel, the Claims Administrator, and members of the Class (including your client) are bound by the terms of the Distribution Order. If your client is unwilling to accept this result, you must seek judicial review and request an exception be made to the terms of the Distribution Order. Class Counsel and the Claims Administrator will abide the judge's decision.

My response above largely repeats information the Claims Administrator and my colleague (Catherine van Kampen) sent you or your colleagues via email on June 17, 2024 and on September 3, 2024, respectively.

### SUMMARY OF PRIOR WRITTEN COMMUNICATIONS

I would like to take this opportunity to summarize the timeline of written communications between our offices.

1. On Sunday, June 9, 2024, Mr. Long Liu sent an email to info@luckincoffeesecuritieslitigation.com and to Catherine van Kampen. This email acknowledges that Wai C. Shek's Claim was submitted in March or April of 2023 and requested information about any payment in connection with your client's Claim.

2. On Monday, June 10, 2024, the first business day after Mr. Liu's inquiry, Ms. van Kampen responded to acknowledge Mr. Liu's inquiry and requested that the Claims Administrator assist with the inquiry.

3. On June 17, 2024, six business days after Mr. Liu's inquiry, the Claims Administrator responded via email and explained that your client's Claim is subject to subparagraph 3(h) of the Court's Distribution Order governing Late-Filed Claims.

4. On or about August 26, 2024, Ms. Angelica Han of your office spoke with Ms. van Kampen. Ms. Han then followed up on that conversation with an email on August 26, 2024, requesting that your client's Claim be reconsidered.

5. On August 27, 2024, Ms. van Kampen responded to Ms. Han's August 26 email. She also included the Claims Administrator on that communication and asked that they looked into the status of your client's claim.

6. That same day, August 27, 2024, Ms. Han replied to Ms. van Kampen's August 27 email. Ms. Han stated that "we [presumably, the Liu Law Firm] never received th[e] Court order" and were not "given proper notice of any deadlines to file a claim."

7. Ms. van Kampen responded on August 27, 2024, to request some clarifying information, which Ms. Han provided in her reply on the same day.

8. On September 3, 2024, five business days after Ms. Han's conversation with Ms. van Kampen, Ms. van Kampen sent a lengthy email response explaining that UBS (the brokerage identified on your client's documentation) did not identify your client during the notice phase of the Settlement administration. She also explained the applicable terms of the Court's Distribution Order and provided a summary of the status of the Settlement. At that time, she explained that Class Counsel and the Claims Administrator "must adhere to [the] Court-approved process" outlined in the Distribution Order. As we had no additional information to provide at that time and received no reply, we considered the inquiry closed.

9. We did not receive any additional emails from the Liu Law Firm or your client after September 3, 2024, until July 7, 2025. Despite Ms. van Kampen's email dated September 3, 2024, in his email dated July 7, 2025, Sai Vignesh Shankar of your firm (incorrectly) claimed that the last correspondence was August 27, 2024.

10. On July 7, 2025, Alexander Villanova, who is a representative of the Claims Administrator, responded by attaching the information provided originally on September 3, 2024, and also explaining that "pursuant to the Court's [Distribution] Order, consideration for late-filed claims cannot commence."

11. On July 8, 2025, at 3:55 p.m., Mr. Liu sent an email explaining that he is counsel of record for Shek Cun Wei in the Luckin class action. This email, similar to Ms. Han's August 27, 2024 email, asserts that Liu Law "never received any notice pertaining to the deadline to submit the claim, and neither did [your] client." Mr. Liu then asked, "What is going on with claim? Was it allowed for consideration after the claim submission deadline?" Finally, Mr. Liu demanded a response no later than the following day and indicating that "[w]ithout a proper resolution and response, [he] will have no choice but to seek court intervention.

12. At 7:57 a.m. on July 9, 2025, Mr. Villanova requested an extension of your deadline through close of business on July 11, 2025.

13. That same day, you agreed to the extension.

## RESPONSE TO OTHER ASSERTIONS MADE BY LIU LAW

There are a few statements in your communications which I feel the need to address and perhaps clarify.

First, we respectfully disagree with your assertion that you have not received responses to your questions. You have three times requested in writing that your client's Late-Filed Claim be considered for payment with the Timely Claims, on June 9, 2024; August 26, 2024; and July 7-8, 2025. We responded to each request, on June 17, 2024; September 3, 2024; and now July 11, 2025, respectively. Each time, you have received the same response that your client's Claim is a Late-Filed Claim and that we are bound by the provisions of the Distribution Order.

Second, the assertion that the Liu Law Firm did not receive proper notice of deadlines is contradicted by the record. It is our viewpoint that, at minimum, your client had inquiry notice of the deadline to file a Claim. As you correctly stated, you, Mr. Liu, are an attorney of record in this action, *In re Luckin Coffee Inc. Securities Litigation*, Case No. 1:20-cv-01293-JPC-JLC (S.D.N.Y.). As such, you received electronic notice when the Stipulation and Agreement of Settlement was filed on October 25, 2021 (ECF No. 315). That filing also included a proposed form of the notice to be sent to the class (ECF No. 315-2). Although that proposed form did not yet contain explicit deadlines, it included the settlement website (www.LuckinCoffeeSecuritiesLitigation.com) where the final version of the Notice was promptly posted on November 15, 2021. That final version of the Notice included the deadlines, including the original Claim submission deadline of March 15, 2022. The Notice, as well as the Claim Form, remained available on the website from November 15, 2021 to at least February 1, 2023. The proposed form of the Notice, which you received when it was filed with the Court, was sufficient to provide your client with inquiry notice.

Third, you state that you did not receive the Distribution Order. I have confirmed that you, as an attorney of record, received electronic notice of the Motion for Approval of Distribution Plan, as well as the related Declaration of Alexander Villanova (the "Villanova Declaration"). On March 6, 2023, Class Counsel filed a Motion for Approval of Distribution Plan in this action, as well as the related proposed order which contains the provisions governing any payment for Late-Filed Claims. Exhibits E, F, and G to the Villanova Declaration identify various Claims. They do not identify your client's Claim because that Claim had not yet been submitted. The electronic notice for these filings was sent to office@theliulawfirm.com. You presumably also received electronic notice of the Distribution Order via the same form of electronic notice, when it was entered on April 21, 2023.

\* \* \*

To conclude this response, I note that your email of July 9, 2025 demanded a "clear and satisfactory reply." If the above information and summary information is not clear, please let us know. We are available to address any remaining questions you or your client may have. It is understandable that this response may not be satisfactory to your client, in that it is not the answer your client is hoping to receive. Unfortunately, we are bound by the Court's Distribution Order, as are all members of the Class, including your client.

If your client chooses to "pursue this issue through legal channels," we request that you include this correspondence as an exhibit to any motion or other documents you submit to the Court.

Regards,

Mae

**Mae Oberste**

Associate Attorney

**BLB&G** Bernstein Litowitz Berger & Grossmann LLP

500 Delaware Avenue, Suite 901

Wilmington, DE 19801

Direct:  (302) 364-3609

Mae.Oberste@blbglaw.com

**From:** Long Liu Office <office@theliulawfirm.com>
**Sent:** Friday, July 11, 2025 4:24 PM
**To:** Villanova, Alexander <avillanova@epiqglobal.com>
**Cc:** Info_LuckinCoffeeSecuritiesL <Info@luckincoffeesecuritieslitigation.com>; Catherine van Kampen <catherine@blbglaw.com>; Amin-Giwner, Stephanie <stephanie.Amin-Giwner@epiqglobal.com>; hanson Hsu <hanson@theliulawfirm.com>; Mae Oberste <Mae.Oberste@blbglaw.com>
**Subject:** Re: Attn: Araceli M.; Claim re Luckin Coffee, CL#24601; Plaintiff Wai C. Chek; US District Court, Southern District of New York, Case No.: 1:20-cv-01293-JPC

[This message is from an external sender]

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

📎 **April 21, 2023 - Order Approving Distribution Plan.pdf**
220K