**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LUCKIN COFFEE INC. SECURITIES LITIGATION | Case No. 1:20-cv-01293-JPC-JLC |

**DECLARATION OF JOHN RIZIO-HAMILTON**
**IN SUPPORT OF LEAD PLAINTIFFS' RESPONSE TO**
**SHEK CHUN WAI'S MOTION FOR PAYMENT OF LATE CLAIM**

I, John Rizio-Hamilton, hereby declare as follows:

1.        I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G").  My firm, together with Kessler Topaz Meltzer & Check, LLP, served as Class Counsel for Lead Plaintiffs and the Class in the Action.[1]  I submit this declaration in support of Lead Plaintiffs' Response to Shek Chun Wai's Motion for Payment for Late Claim.  Unless otherwise stated, I have personal knowledge of the facts set forth herein and, if called upon, could and would testify thereto.

2.        Attached hereto as Exhibits 1 to 9 are true and correct copies of the following Notice of Electronic Filings ("NEFs") received by BLB&G.  Each of these NEFs indicates that the Notice of Electronic Filing was emailed to office@theliulawfirm.com, the ECF-registered email for Shek's counsel, Long Z. Liu of the Liu Law Firm.

| | |
|---|---|
| Exhibit 1 | March 2, 2021, Notice of Electronic Filing, ECF No. 235, PROPOSED STIPULATION AND ORDER |
| Exhibit 2 | March 5, 2021, Notice of Electronic Filing, ECF No. 245, ORDER |
| Exhibit 3 | July 6, 2021, Notice of Electronic Filing, ECF No. 304, STIPULATION AND ORDER REGARDING DISSEMINATION OF CLASS NOTICE |

---

[1] All capitalized terms that are not otherwise defined herein shall have the meanings set forth in the Stipulation and Agreement of Settlement dated October 20, 2021 (ECF No. 315).

| Exhibit 4 | October 8, 2021, Notice of Electronic Filing, ECF No. 309, DECLARATION of Alexander P. Villanova Regarding: (A) Mailing of the Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion Received re: [304] Stipulation and Order |
|---|---|
| Exhibit 5 | October 25, 2021, Notice of Electronic Filing, ECF No. 315, SETTLEMENT AGREEMENT *Stipulation and Agreement of Settlement* |
| Exhibit 6 | October 25, 2021, Notice of Electronic Filing, ECF No. 314, MEMORANDUM OF LAW in Support re: [313] MOTION for Settlement *Class Representatives' Unopposed Motion for an Order Preliminarily Approving Proposed Settlement and Authorizing Dissemination of Settlement Notice to the Class* |
| Exhibit 7 | October 26, 2021, Notice of Electronic Filing, ECF No. 319, REVISED ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE OF THE SETTLEMENT |
| Exhibit 8 | June 10, 2022, Notice of Electronic Filing, ECF No. 327, DECLARATION of Sharan Nirmul and Salvatore J. Graziano in Support re: [325] MOTION for Attorney Fees *[Class Counsel's Motion for Attorneys' Fees and Litigation Expenses].*, [323] MOTION to Approve *[Lead Plaintiffs Motion for Final Approval of Class Action Settlement and Plan of Allocation]* |
| Exhibit 9 | July 22, 2022, Notice of Electronic Filing, ECF No. 340, JUDGMENT APPROVING CLASS ACTION SETTLEMENT |

3.    Attached here as Exhibit 10 is a true and correct copy of email correspondence between Liu Law and Bernstein Litowitz Berger & Grossmann LLP from July 11, 2025 through September 5, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September __9__, 2025

_____
John Rizio-Hamilton

2