# Exhibit 1

| | |
|---|---|
| **From:** | Managing Clerk |
| **Sent:** | Tuesday, March 2, 2021 11:39 AM |
| **To:** | Gary Weston; Mahiri Buffong; Kate Aufses; Matthew Molloy; Jai Chandrasekhar; Salvatore Graziano; John Rizio-Hamilton; Virgilio Soler; Janielle Lattimore; Nicholas Gersh; Amanda Boitano; New York Records |
| **Subject:** | In re Luckin Coffee Inc. Securities Litigation |
| **Attachments:** | 2021-03-02 Dkt 235 Proposed Stipulation And Order. .pdf |

**[External]**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Graziano, Salvatore on 3/2/2021 at 11:36 AM EST and filed on 3/2/2021

| | |
|---|---|
| **Case Name:** | In re Luckin Coffee Inc. Securities Litigation |
| **Case Number:** | 1:20-cv-01293-JPC |
| **Filer:** | Louisiana Sheriffs Pension & Relief Fund |
| | Sjunde AP-Fonden |
| **Document Number:** | 235 |

**Docket Text:**
**PROPOSED STIPULATION AND ORDER. Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Graziano, Salvatore)**

**1:20-cv-01293-JPC Notice has been electronically mailed to:**

Adam Shawn Mintz    amintz@cahill.com, ABenintendi@cahill.com, CCarroll@cahill.com, eweinstein@cahill.com, ITorres@cahill.com, jhall@cahill.com, JKoch@cahill.com, Jmacgregor@cahill.com, MA@cahill.com, mwheatley@cahill.com

Brian Stryker Weinstein    brian.weinstein@dpw.com, ecf.ct.papers@davispolk.com

1

Christopher J. Keller    ckeller@labaton.com, 5497918420@filings.docketbird.com, cwood@labaton.com, ElectronicCaseFiling@labaton.com, lpina@labaton.com

David Avi Rosenfeld    drosenfeld@rgrdlaw.com, drosenfeld@ecf.courtdrive.com, e_file_ny@rgrdlaw.com, e_file_sd@rgrdlaw.com

David George Januszewski    djanuszewski@cahill.com, MA@cahill.com

Elizabeth S Metcalf    emetcalf@safirsteinmetcalf.com, psafirstein@safirsteinmetcalf.com

Francis Paul McConville    fmcconville@labaton.com, 9849246420@filings.docketbird.com, drogers@labaton.com, electroniccasefiling@labaton.com, HChang@labaton.com, lpina@labaton.com

Frederic Scott Fox , Sr    ffox@kaplanfox.com

Gerald H. Silk    jerry@blbglaw.com, managingclerk@blbglaw.com

Gregory Bradley Linkh    glinkh@glancylaw.com, greg-linkh-2000@ecf.pacerpro.com, info@glancylaw.com

Gregory M. Castaldo    gcastaldo@ktmc.com, 8807029420@filings.docketbird.com, dpotts@ktmc.com

Herbert Scott Washer    hwasher@cahill.com, MA@cahill.com

Jai Kamal Chandrasekhar    jai@blbglaw.com

Jeffrey Craig Block    jeff@blockesq.com, jason@blockesq.com, pacer-blockleviton-9062@ecf.pacerpro.com

Jeffrey Simon Abraham    jabraham@aftlaw.com

Jeremy Alan Lieberman    jalieberman@pomlaw.com, abarbosa@pomlaw.com, ahood@pomlaw.com, ashmatkova@pomlaw.com, disaacson@pomlaw.com, tcrockett@pomlaw.com

John James Rizio-Hamilton    johnr@blbglaw.com

Jonathan K Chang    jonathan.chang@dpw.com, ecf.ct.papers@dpw.com

Joseph Alexander Hood , II    ahood@pomlaw.com, abarbosa@pomlaw.com

Kate Whitman Aufses    kate.aufses@blbglaw.com, Amanda.boitano@blbglaw.com

Lawrence Jay Portnoy    lawrence.portnoy@davispolk.com, ecf.ct.papers@davispolk.com

Leslie A. Blau    blaulaw@gmail.com

Lisa M. Port    llambport@ktmc.com, chemsley@ktmc.com, jwotring@ktmc.com,

kmarrone@ktmc.com, pleadings@ktmc.com

Long Z Liu    office@theliulawfirm.com

Mark Franek    mfranek@ktmc.com

Nathan Hasiuk    nhasiuk@ktmc.com, 5519791420@filings.docketbird.com

Phillip C. Kim    pkim@rosenlegal.com, pkrosenlaw@ecf.courtdrive.com

Richard A Russo , Jr    rrusso@ktmc.com, 6902234420@filings.docketbird.com

Richard William Gonnello    rgonnello@faruqilaw.com, dbehnke@faruqilaw.com, ecf@faruqilaw.com, klenahan@faruqilaw.com, msullivan@faruqilaw.com

Salvatore Jo Graziano    sgraziano@blbglaw.com, DavidD@blbglaw.com

Samuel Giffin Mann    smann@cahill.com, MA@cahill.com

Shannon Lee Hopkins    shopkins@zlk.com, files@zlk.com, shalliday@zlk.com

Sharan Nirmul    snirmul@ktmc.com, 3369561420@filings.docketbird.com, jenck@ktmc.com, mswift@ktmc.com

Sheila Chithran Ramesh    sramesh@cahill.com, MA@cahill.com

**1:20-cv-01293-JPC Notice has been delivered by other means to:**

Fulton County Employees' Retirement System

Luckin Investor Group

Leonard Ross

Nirmala Gopu

Philip Dongjoon Kim
Clifford Chance US, LLP (NYC)
31 West 52nd Street
New York, NY 10019

Satyanarayana Kanchanapalli

3

Vijaya Gopu

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=3/2/2021] [FileNumber=25483432-0
] [9441bb8f02e673fb27ae11b1f93b67523b5210829f9dee7aac0bf141a64f88d0136
caf5ade36aab3cd68b912cb77dddcecad77f7f9d4d8ef871c0969d2f8fcdf]]

**US Patent 8,996,590 B2**
© 2021 CourtAlert.com, Inc.
All Rights Reserved.