# Exhibit 2

| | |
|---|---|
| **From:** | Managing Clerk |
| **Sent:** | Friday, March 5, 2021 5:17 PM |
| **To:** | Gary Weston; Mahiri Buffong; Kate Aufses; Matthew Molloy; Jai Chandrasekhar; Salvatore Graziano; John Rizio-Hamilton; Virgilio Soler; Janielle Lattimore; Nicholas Gersh; Amanda Boitano; New York Records |
| **Subject:** | In re Luckin Coffee Inc. Securities Litigation |
| **Attachments:** | 2021-03-05 Dkt 245 Stipulation And Order Regarding Provisional Class Certification For Settlement  Purposes_ It Is Ac__.pdf |

**[External]**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

## U.S. District Court

## Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 3/5/2021 at 5:14 PM EST and filed on 3/5/2021

| | |
|---|---|
| **Case Name:** | In re Luckin Coffee Inc. Securities Litigation |
| **Case Number:** | 1:20-cv-01293-JPC |
| **Filer:** | |
| **Document Number:** | 245 |

**Docket Text:**
**STIPULATION AND ORDER REGARDING PROVISIONAL CLASS CERTIFICATION FOR SETTLEMENT PURPOSES: IT IS ACCORDINGLY STIPULATED AND AGREED by Plaintiffs and Luckin, through the undersigned counsel, subject to the Court's approval, that: Pursuant to Fed. R. Civ. P. 23(a) and (b)(3), the following Class is provisionally certified for settlement purposes only with respect to Plaintiffs' claims against Luckin: (As further set forth in this Order.) Lead Plaintiffs are appointed representatives of the Class. The law firms of KTMC and BLBG are appointed class counsel. The Class is being certified provisionally for settlement purposes. (Signed by Judge John P. Cronan on 3/5/2021) (cf)**

**1:20-cv-01293-JPC Notice has been electronically mailed to:**

David George Januszewski    djanuszewski@cahill.com, MA@cahill.com

Christopher J. Keller    ckeller@labaton.com, 5497918420@filings.docketbird.com, ElectronicCaseFiling@labaton.com, cwood@labaton.com, lpina@labaton.com

Lawrence Jay Portnoy    lawrence.portnoy@davispolk.com, ecf.ct.papers@davispolk.com

1

David Avi Rosenfeld    drosenfeld@rgrdlaw.com, drosenfeld@ecf.courtdrive.com, e_file_ny@rgrdlaw.com, e_file_sd@rgrdlaw.com

Phillip C. Kim    pkim@rosenlegal.com, pkrosenlaw@ecf.courtdrive.com

Salvatore Jo Graziano    sgraziano@blbglaw.com, DavidD@blbglaw.com

Jeffrey Craig Block    jeff@blockesq.com, jason@blockesq.com, pacer-blockleviton-9062@ecf.pacerpro.com

Herbert Scott Washer    hwasher@cahill.com, MA@cahill.com

Leslie A. Blau    blaulaw@gmail.com

Richard William Gonnello    rgonnello@faruqilaw.com, dbehnke@faruqilaw.com, ecf@faruqilaw.com, klenahan@faruqilaw.com, msullivan@faruqilaw.com

Brian Stryker Weinstein    brian.weinstein@dpw.com, ecf.ct.papers@davispolk.com

Frederic Scott Fox, Sr    ffox@kaplanfox.com

Gerald H. Silk    jerry@blbglaw.com, managingclerk@blbglaw.com

Jeffrey Simon Abraham    jabraham@aftlaw.com

Gregory Bradley Linkh    glinkh@glancylaw.com, greg-linkh-2000@ecf.pacerpro.com, info@glancylaw.com

Gregory M. Castaldo    gcastaldo@ktmc.com, 8807029420@filings.docketbird.com, dpotts@ktmc.com

Shannon Lee Hopkins    shopkins@zlk.com, files@zlk.com, shalliday@zlk.com

Jeremy Alan Lieberman    jalieberman@pomlaw.com, abarbosa@pomlaw.com, ahood@pomlaw.com, ashmatkova@pomlaw.com, asoto@pomlaw.com, disaacson@pomlaw.com, tcrockett@pomlaw.com

Jai Kamal Chandrasekhar    jai@blbglaw.com

Sharan Nirmul    snirmul@ktmc.com, 3369561420@filings.docketbird.com, jenck@ktmc.com, mswift@ktmc.com

Jonathan K Chang    jonathan.chang@dpw.com, ecf.ct.papers@dpw.com

Lisa M. Port    llambport@ktmc.com, chemsley@ktmc.com, jwotring@ktmc.com, kmarrone@ktmc.com, pleadings@ktmc.com

John James Rizio-Hamilton    johnr@blbglaw.com

Richard A Russo, Jr    rrusso@ktmc.com, 6902234420@filings.docketbird.com

Sheila Chithran Ramesh    sramesh@cahill.com, MA@cahill.com

Adam Shawn Mintz    amintz@cahill.com, ABenintendi@cahill.com, CCarroll@cahill.com, ITorres@cahill.com, JKoch@cahill.com, Jmacgregor@cahill.com, MA@cahill.com, eweinstein@cahill.com, jhall@cahill.com, mwheatley@cahill.com

Francis Paul McConville    fmcconville@labaton.com, 9849246420@filings.docketbird.com, HChang@labaton.com, drogers@labaton.com, electroniccasefiling@labaton.com, lpina@labaton.com

Samuel Giffin Mann    smann@cahill.com, MA@cahill.com

Long Z Liu    office@theliulawfirm.com

Joseph Alexander Hood, II    ahood@pomlaw.com, abarbosa@pomlaw.com, asoto@pomlaw.com, disaacson@pomlaw.com

Brandon Michael Fierro    bfierro@rksllp.com, cdeleon@rksllp.com, claferriere@rksllp.com

Richard A Bodnar    rbodnar@rksllp.com, cdeleon@rksllp.com

Elizabeth S Metcalf    emetcalf@safirsteinmetcalf.com, psafirstein@safirsteinmetcalf.com

Kate Whitman Aufses    kate.aufses@blbglaw.com, Amanda.boitano@blbglaw.com

Nathan Hasiuk    nhasiuk@ktmc.com, 5519791420@filings.docketbird.com

Mark Franek    mfranek@ktmc.com

**1:20-cv-01293-JPC Notice has been delivered by other means to:**

Fulton County Employees' Retirement System

Luckin Investor Group

Leonard Ross

Nirmala Gopu

Philip Dongjoon Kim
Clifford Chance US, LLP (NYC)
31 West 52nd Street
New York, NY 10019

Satyanarayana Kanchanapalli

Vijaya Gopu

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=3/5/2021] [FileNumber=25510891-0
] [2b2b54ecd0c699dc8f5dd96eb58101eb4c05d3503828587082a221a52b8dc4c43ec
0702384bf032e6cacb1e98fd807f892e862213e60df990cbbd434eec34b3b]]

**US Patent 8,996,590 B2**
© 2021 CourtAlert.com, Inc.
All Rights Reserved.