# Exhibit 3

| | |
|---|---|
| **From:** | Managing Clerk |
| **Sent:** | Tuesday, July 6, 2021 11:20 AM |
| **To:** | Gary Weston; Mahiri Buffong; Kate Aufses; Matthew Molloy; Jai Chandrasekhar; David L. Duncan; Salvatore Graziano; John Rizio-Hamilton; Virgilio Soler; Janielle Lattimore; Nicholas Gersh; New York Records |
| **Subject:** | In re Luckin Coffee Inc. Securities Litigation |
| **Attachments:** | 2021-07-06 Dkt 304 Stipulation And Order Regarding Dissemination Of Class Notice_ It Is Hereby Stipulated And Agreed __.pdf |

**[External]**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 7/6/2021 at 11:17 AM EDT and filed on 7/6/2021
**Case Name:**        In re Luckin Coffee Inc. Securities Litigation
**Case Number:**      1:20-cv-01293-JPC
**Filer:**
**Document Number:** 304

**Docket Text:**
**STIPULATION AND ORDER REGARDING DISSEMINATION OF CLASS NOTICE: IT IS HEREBY STIPULATED AND AGREED by Lead Plaintiffs and Luckin, through their undersigned counsel, that, subject to the Court's approval: 1. The proposed procedures for giving notice to the Class as set forth in this Stipulation and [Proposed] Order comply with the requirements of due process and with Rule 23 of the Federal Rules of Civil Procedure and constitute the best notice practicable under the circumstances. 2. The firm of Epiq Class Action & Claims Solutions, Inc. (Notice Administrator) is appointed and authorized to supervise and administer the notice procedure. (As further set forth herein.) (Signed by Judge John P. Cronan on 7/6/2021) (nb)**

**1:20-cv-01293-JPC Notice has been electronically mailed to:**

1

David George Januszewski    djanuszewski@cahill.com, MA@cahill.com

Christopher J. Keller    ckeller@labaton.com, 5497918420@filings.docketbird.com, ElectronicCaseFiling@labaton.com, cwood@labaton.com, lpina@labaton.com

Lawrence Jay Portnoy    lawrence.portnoy@davispolk.com, ecf.ct.papers@davispolk.com

David Avi Rosenfeld    drosenfeld@rgrdlaw.com, drosenfeld@ecf.courtdrive.com, e_file_ny@rgrdlaw.com, e_file_sd@rgrdlaw.com

Phillip C. Kim    pkim@rosenlegal.com, pkrosenlaw@ecf.courtdrive.com

Salvatore Jo Graziano    sgraziano@blbglaw.com, DavidD@blbglaw.com

Jeffrey Craig Block    jeff@blockesq.com, jason@blockesq.com, pacer-blockleviton-9062@ecf.pacerpro.com

Herbert Scott Washer    hwasher@cahill.com, MA@cahill.com

Leslie A. Blau    blaulaw@gmail.com

Richard William Gonnello    rgonnello@faruqilaw.com, dbehnke@faruqilaw.com, ecf@faruqilaw.com, klenahan@faruqilaw.com, msullivan@faruqilaw.com

Brian Stryker Weinstein    brian.weinstein@dpw.com, ecf.ct.papers@davispolk.com

Sigmund Samuel Wissner-Gross    swissnergross@brownrudnick.com, dkerns@brownrudnick.com, ehosang@brownrudnick.com

Frederic Scott Fox, Sr    ffox@kaplanfox.com

Gerald H. Silk    jerry@blbglaw.com, managingclerk@blbglaw.com

Jeffrey Simon Abraham    jabraham@aftlaw.com

Gregory Bradley Linkh    glinkh@glancylaw.com, greg-linkh-2000@ecf.pacerpro.com, info@glancylaw.com

Gregory M. Castaldo    gcastaldo@ktmc.com, 8807029420@filings.docketbird.com, dpotts@ktmc.com

Shannon Lee Hopkins    shopkins@zlk.com, ecf@zlk.com, shalliday@zlk.com, squinonez@zlk.com

Jeremy Alan Lieberman    jalieberman@pomlaw.com, abarbosa@pomlaw.com, ahood@pomlaw.com, ashmatkova@pomlaw.com, asoto@pomlaw.com, disaacson@pomlaw.com

Jai Kamal Chandrasekhar    jai@blbglaw.com

Sharan Nirmul    snirmul@ktmc.com, 3369561420@filings.docketbird.com, jenck@ktmc.com,

mswift@ktmc.com

Jonathan K Chang    jonathan.chang@dpw.com, ecf.ct.papers@dpw.com

Lisa M. Port    llambport@ktmc.com, chemsley@ktmc.com, jwotring@ktmc.com, kmarrone@ktmc.com, pleadings@ktmc.com

John James Rizio-Hamilton    johnr@blbglaw.com

Richard A Russo, Jr    rrusso@ktmc.com, 6902234420@filings.docketbird.com

Sheila Chithran Ramesh    sramesh@cahill.com, MA@cahill.com

Adam Shawn Mintz    amintz@cahill.com, ABenintendi@cahill.com, CCarroll@cahill.com, ITorres@cahill.com, JKoch@cahill.com, MA@cahill.com, eweinstein@cahill.com, jhall@cahill.com, mwheatley@cahill.com

Francis Paul McConville    fmcconville@labaton.com, 9849246420@filings.docketbird.com, HChang@labaton.com, drogers@labaton.com, electroniccasefiling@labaton.com, lpina@labaton.com

Brian E Cochran    bcochran@rgrdlaw.com

Frank Thomas More Catalina    fcatalina@rksllp.com

Samuel Giffin Mann    smann@cahill.com, MA@cahill.com

Long Z Liu    office@theliulawfirm.com

Joseph Alexander Hood, II    ahood@pomlaw.com, abarbosa@pomlaw.com, asoto@pomlaw.com, disaacson@pomlaw.com

Brandon Michael Fierro    bfierro@rksllp.com, cdeleon@rksllp.com, claferriere@rksllp.com

Richard A Bodnar    rbodnar@rksllp.com, cdeleon@rksllp.com

Elizabeth S Metcalf    emetcalf@safirsteinmetcalf.com, psafirstein@safirsteinmetcalf.com

Kate Whitman Aufses    kate.aufses@blbglaw.com, Amanda.boitano@blbglaw.com

Nathan Hasiuk    nhasiuk@ktmc.com, 5519791420@filings.docketbird.com

Angus Ni    angus@afnlegal.com

Mark Franek    mfranek@ktmc.com

**1:20-cv-01293-JPC Notice has been delivered by other means to:**

Fulton County Employees' Retirement System

Luckin Investor Group


Leonard Ross


Nirmala Gopu


Philip Dongjoon Kim
Clifford Chance US, LLP (NYC)
31 West 52nd Street
New York, NY 10019


Satyanarayana Kanchanapalli


Vijaya Gopu

The following document(s) are associated with this transaction:


**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=7/6/2021] [FileNumber=26140308-0
] [991e22122f641339954dcb20f4f189cc2a7e082ad2299364b5691a5e31ca9cdebd2
bb851926391d7be5643bfb9b80f97ba0094358e525b00c91808fd47066e3c]]


**US Patent 8,996,590 B2**
© 2021 CourtAlert.com, Inc.
All Rights Reserved.


4