# Exhibit 4

| | |
|---|---|
| **From:** | Managing Clerk |
| **Sent:** | Friday, October 8, 2021 2:52 PM |
| **To:** | Gary Weston; Mahiri Buffong; Kate Aufses; Jai Chandrasekhar; David L. Duncan; Salvatore Graziano; John Rizio-Hamilton; Virgilio Soler; Janielle Lattimore; New York Records |
| **Subject:** | Cohen vs. Luckin Coffee Inc. et al (2303-001) |
| **Attachments:** | 2021-10-08 Dkt 309 Declaration Of Alexander P. Villanova Regarding_ (A) Mailing Of The Notice; (B) Publication Of The S.pdf; 2021-10-08 Dkt 309.01 Declaration Of Alexander P. Villanova Regarding_ (A) Mailing Of The Notice; (B) Publication Of The S - Exhibit A - Notice of Pendency of Class Action.pdf; 2021-10-08 Dkt 309.02 Declaration Of Alexander P. Villanova Regarding_ (A) Mailing Of The Notice; (B) Publication Of The S - Exhibit B - Proof of Publication.pdf; 2021-10-08 Dkt 309.03 Declaration Of Alexander P. Villanova Regarding_ (A) Mailing Of The Notice; (B) Publication Of The S - Exhibit C - List of Opt-Outs Received.pdf |

**Client:** 2303
**Matter:** 001
**Aka:** Cohen vs. Luckin Coffee Inc. et al

| Attachment | iManage |
|---|---|
| 2021-10-08 Dkt 309 Declaration Of Alexander P. Villanova Regarding_ (A) Mailing Of The Notice; (B) Publication Of The S.pdf | Active!3058214.1 |
| 2021-10-08 Dkt 309.01 Declaration Of Alexander P. Villanova Regarding_ (A) Mailing Of The Notice; (B) Publication Of The S - Exhibit A - Notice of Pendency of Class Action.pdf | Active!3058215.1 |
| 2021-10-08 Dkt 309.02 Declaration Of Alexander P. Villanova Regarding_ (A) Mailing Of The Notice; (B) Publication Of The S - Exhibit B - Proof of Publication.pdf | Active!3058216.1 |
| 2021-10-08 Dkt 309.03 Declaration Of Alexander P. Villanova Regarding_ (A) Mailing Of The Notice; (B) Publication Of The S - Exhibit C - List of Opt-Outs Received.pdf | Active!3058217.1 |

**From:** NYSD_ECF_Pool@nysd.uscourts.gov
**Date:** 10/8/2021 2:51:04 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:20-cv-01293-JPC In re Luckin Coffee Inc. Securities Litigation Declaration

[External]

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each**

1

document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Graziano, Salvatore on 10/8/2021 at 2:49 PM EDT and filed on 10/8/2021

**Case Name:**          In re Luckin Coffee Inc. Securities Litigation
**Case Number:**        1:20-cv-01293-JPC
**Filer:**              Louisiana Sheriffs Pension & Relief Fund
                        Sjunde AP-Fonden
**Document Number:** 309

**Docket Text:**
**DECLARATION of Alexander P. Villanova Regarding: (A) Mailing of the Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion Received re: [304] Stipulation and Order,, . Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. (Attachments: # (1) Exhibit A - Notice of Pendency of Class Action, # (2) Exhibit B - Proof of Publication, # (3) Exhibit C - List of Opt-Outs Received).(Graziano, Salvatore)**

**1:20-cv-01293-JPC Notice has been electronically mailed to:**

Adam Shawn Mintz    amintz@cahill.com, ABenintendi@cahill.com, CCarroll@cahill.com, eweinstein@cahill.com, lTorres@cahill.com, jhall@cahill.com, JKoch@cahill.com, MA@cahill.com, mwheatley@cahill.com

Angus Ni    angus@afnlegal.com

Brandon Michael Fierro    bfierro@rksllp.com, cdeleon@rksllp.com, claferriere@rksllp.com

Brian E Cochran    bcochran@rgrdlaw.com

Brian Stryker Weinstein    brian.weinstein@dpw.com, ecf.ct.papers@davispolk.com

Christopher J. Keller    ckeller@labaton.com, cwood@labaton.com, ElectronicCaseFiling@labaton.com, lpina@labaton.com

David Avi Rosenfeld    drosenfeld@rgrdlaw.com, drosenfeld@ecf.courtdrive.com, e_file_ny@rgrdlaw.com, e_file_sd@rgrdlaw.com

David George Januszewski    djanuszewski@cahill.com, MA@cahill.com

Elizabeth S Metcalf    emetcalf@safirsteinmetcalf.com, psafirstein@safirsteinmetcalf.com

Francis Paul McConville    fmcconville@labaton.com, 9849246420@filings.docketbird.com, drogers@labaton.com, electroniccasefiling@labaton.com, HChang@labaton.com, lpina@labaton.com

Frank Thomas More Catalina    fcatalina@rksllp.com

Frederic Scott Fox , Sr    ffox@kaplanfox.com

Gerald H. Silk    jerry@blbglaw.com, managingclerk@blbglaw.com

Gregory Bradley Linkh    glinkh@glancylaw.com, greg-linkh-2000@ecf.pacerpro.com, info@glancylaw.com

Gregory M. Castaldo    gcastaldo@ktmc.com, 8807029420@filings.docketbird.com, dpotts@ktmc.com

Herbert Scott Washer    hwasher@cahill.com, MA@cahill.com

Jai Kamal Chandrasekhar    jai@blbglaw.com

Jeffrey Craig Block    jeff@blockesq.com, jason@blockesq.com, pacer-blockleviton-9062@ecf.pacerpro.com

Jeffrey Simon Abraham    jabraham@aftlaw.com

Jeremy Alan Lieberman    jalieberman@pomlaw.com, abarbosa@pomlaw.com, ahood@pomlaw.com, ashmatkova@pomlaw.com, asoto@pomlaw.com, disaacson@pomlaw.com

John James Rizio-Hamilton    johnr@blbglaw.com

Jonathan K Chang    jonathan.chang@dpw.com, ecf.ct.papers@dpw.com

Joseph Alexander Hood , II    ahood@pomlaw.com, abarbosa@pomlaw.com, ashmatkova@pomlaw.com, asoto@pomlaw.com, disaacson@pomlaw.com

Kate Whitman Aufses    kate.aufses@blbglaw.com, Amanda.boitano@blbglaw.com

Lawrence Jay Portnoy    lawrence.portnoy@davispolk.com, ecf.ct.papers@davispolk.com

Leslie A. Blau    blaulaw@gmail.com

Lisa M. Port    llambport@ktmc.com, chemsley@ktmc.com, jwotring@ktmc.com, kmarrone@ktmc.com, pleadings@ktmc.com

Long Z Liu    office@theliulawfirm.com

Mark Franek    mfranek@ktmc.com

Nathan Hasiuk    nhasiuk@ktmc.com, 5519791420@filings.docketbird.com

Phillip C. Kim     pkim@rosenlegal.com, pkrosenlaw@ecf.courtdrive.com

Richard A Bodnar     rbodnar@rksllp.com, cdeleon@rksllp.com

Richard A Russo , Jr     rrusso@ktmc.com, 6902234420@filings.docketbird.com

Richard William Gonnello     rgonnello@rgrdlaw.com, e_file_ny@rgrdlaw.com, e_file_sd@rgrdlaw.com

Salvatore Jo Graziano     sgraziano@blbglaw.com, DavidD@blbglaw.com

Samuel Giffin Mann     smann@cahill.com, MA@cahill.com

Shannon Lee Hopkins     shopkins@zlk.com, ecf@zlk.com, shalliday@zlk.com, squinonez@zlk.com

Sharan Nirmul     snirmul@ktmc.com, 3369561420@filings.docketbird.com, jenck@ktmc.com, mswift@ktmc.com

Sheila Chithran Ramesh     sramesh@cahill.com, MA@cahill.com

Sigmund Samuel Wissner-Gross     swissnergross@brownrudnick.com, dkerns@brownrudnick.com, ehosang@brownrudnick.com

**1:20-cv-01293-JPC Notice has been delivered by other means to:**

Fulton County Employees' Retirement System


Luckin Investor Group


Leonard Ross


Nirmala Gopu


Philip Dongjoon Kim
Clifford Chance US, LLP (NYC)
31 West 52nd Street
New York, NY 10019

Satyanarayana Kanchanapalli


Vijaya Gopu

The following document(s) are associated with this transaction:

4

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=10/8/2021] [FileNumber=26608237-0] [8edab1a9a096b62ee4cabdfb997a401896f46ef7f48093f1f926946b40f34fd92f efbaa08336057ff8e7aa52cf568f29ecc7b8062b0734be6ce9c2dd8d21f728]]
**Document description:**Exhibit A - Notice of Pendency of Class Action
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=10/8/2021] [FileNumber=26608237-1] [5fef266ee023e58fe17dab342659436a259a09fb3d93a8d7b15ee5d39f19e6376b 88b30f62604c49ff950b3cfbdff86dd81885f2d4c5d85887118fe3a519cbc5]]
**Document description:**Exhibit B - Proof of Publication
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=10/8/2021] [FileNumber=26608237-2] [186eb2d4ab9460a6c9ca26ece51d98c30a430050f5abefee8def66b7119103fd54 05a74979860b1b8c87c042101ae5e3b2345f4c009b5f021edeb84e610e9592]]
**Document description:**Exhibit C - List of Opt-Outs Received
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=10/8/2021] [FileNumber=26608237-3] [959b41a0e56fad97116984b9924321552ad0e4de2cc7a9cdfc439f6bfdc60e768f d2eb1932637e0469759a5cc894aa06d6e4a96e3b63b1d406ada9f5c6d1f496]]

**US Patent 8,996,590 B2**
© 2021 CourtAlert.com, Inc.
All Rights Reserved.