# Exhibit 5

| | |
|---|---|
| **From:** | Managing Clerk |
| **Sent:** | Monday, October 25, 2021 9:04 PM |
| **To:** | Gary Weston; Mahiri Buffong; Kate Aufses; Jai Chandrasekhar; David L. Duncan; Salvatore Graziano; John Rizio-Hamilton; Virgilio Soler; Janielle Lattimore; New York Records |
| **Subject:** | Cohen vs. Luckin Coffee Inc. et al (2303-001) |
| **Attachments:** | 2021-10-25 Dkt 315 Settlement Agreement Stipulation And Agreement Of Settlement ..pdf; 2021-10-25 Dkt 315.01 Settlement Agreement Stipulation And Agreement Of Settlement . - Exhibit A - Proposed Preliminary Approval Order.pdf; 2021-10-25 Dkt 315.02 Settlement Agreement Stipulation And Agreement Of Settlement . - Exhibit A-1 - Long-Form Notice.pdf; 2021-10-25 Dkt 315.03 Settlement Agreement Stipulation And Agreement Of Settlement . - Exhibit A-2 - Proof of Claim and Release Form.pdf; 2021-10-25 Dkt 315.04 Settlement Agreement Stipulation And Agreement Of Settlement . - Exhibit A-3 - Summary Notice.pdf; 2021-10-25 Dkt 315.05 Settlement Agreement Stipulation And Agreement Of Settlement . - Exhibit B - Proposed Judgment.pdf |

**Client:** 2303
**Matter:** 001
**Aka:** Cohen vs. Luckin Coffee Inc. et al

| Attachment | iManage |
|---|---|
| 2021-10-25 Dkt 315 Settlement Agreement Stipulation And Agreement Of Settlement ..pdf | Active!3061855.1 |
| 2021-10-25 Dkt 315.01 Settlement Agreement Stipulation And Agreement Of Settlement . - Exhibit A - Proposed Preliminary Approval Order.pdf | Active!3061856.1 |
| 2021-10-25 Dkt 315.02 Settlement Agreement Stipulation And Agreement Of Settlement . - Exhibit A-1 - Long-Form Notice.pdf | Active!3061857.1 |
| 2021-10-25 Dkt 315.03 Settlement Agreement Stipulation And Agreement Of Settlement . - Exhibit A-2 - Proof of Claim and Release Form.pdf | Active!3061858.1 |
| 2021-10-25 Dkt 315.04 Settlement Agreement Stipulation And Agreement Of Settlement . - Exhibit A-3 - Summary Notice.pdf | Active!3061859.1 |
| 2021-10-25 Dkt 315.05 Settlement Agreement Stipulation And Agreement Of Settlement . - Exhibit B - Proposed Judgment.pdf | Active!3061860.1 |

**From:** NYSD_ECF_Pool@nysd.uscourts.gov
**Date:** 10/25/2021 9:02:20 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:20-cv-01293-JPC In re Luckin Coffee Inc. Securities Litigation Settlement Agreement

[External]

1

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Nirmul, Sharan on 10/25/2021 at 9:00 PM EDT and filed on 10/25/2021

**Case Name:**        In re Luckin Coffee Inc. Securities Litigation
**Case Number:**      1:20-cv-01293-JPC
**Filer:**            Louisiana Sheriffs Pension & Relief Fund
                      Sjunde AP-Fonden
**Document Number:** 315

**Docket Text:**
**SETTLEMENT AGREEMENT *Stipulation and Agreement of Settlement.* Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. (Attachments: # (1) Exhibit A - Proposed Preliminary Approval Order, # (2) Exhibit A-1 - Long-Form Notice, # (3) Exhibit A-2 - Proof of Claim and Release Form, # (4) Exhibit A-3 - Summary Notice, # (5) Exhibit B - Proposed Judgment).(Nirmul, Sharan)**

**1:20-cv-01293-JPC Notice has been electronically mailed to:**

Adam Shawn Mintz    amintz@cahill.com, ABenintendi@cahill.com, CCarroll@cahill.com, eweinstein@cahill.com, lTorres@cahill.com, jhall@cahill.com, JKoch@cahill.com, MA@cahill.com, mwheatley@cahill.com

Angus Ni    angus@afnlegal.com

Brandon Michael Fierro    bfierro@rksllp.com, cdeleon@rksllp.com, claferriere@rksllp.com

Brian E Cochran    bcochran@rgrdlaw.com

Brian Stryker Weinstein    brian.weinstein@dpw.com, ecf.ct.papers@davispolk.com

Christopher J. Keller    ckeller@labaton.com, cwood@labaton.com, ElectronicCaseFiling@labaton.com, lpina@labaton.com

David Avi Rosenfeld    drosenfeld@rgrdlaw.com, drosenfeld@ecf.courtdrive.com, e_file_ny@rgrdlaw.com, e_file_sd@rgrdlaw.com

David George Januszewski    djanuszewski@cahill.com, MA@cahill.com

Elizabeth S Metcalf    emetcalf@safirsteinmetcalf.com, psafirstein@safirsteinmetcalf.com

Francis Paul McConville    fmcconville@labaton.com, 9849246420@filings.docketbird.com, drogers@labaton.com, electroniccasefiling@labaton.com, HChang@labaton.com, lpina@labaton.com

Frank Thomas More Catalina    fcatalina@rksllp.com

Frederic Scott Fox , Sr    ffox@kaplanfox.com

Gerald H. Silk    jerry@blbglaw.com, managingclerk@blbglaw.com

Gregory Bradley Linkh    glinkh@glancylaw.com, greg-linkh-2000@ecf.pacerpro.com, info@glancylaw.com

Gregory M. Castaldo    gcastaldo@ktmc.com, 8807029420@filings.docketbird.com, dpotts@ktmc.com

Herbert Scott Washer    hwasher@cahill.com, MA@cahill.com

Jai Kamal Chandrasekhar    jai@blbglaw.com

Jeffrey Craig Block    jeff@blockesq.com, jason@blockesq.com, pacer-blockleviton-9062@ecf.pacerpro.com

Jeffrey Simon Abraham    jabraham@aftlaw.com

Jeremy Alan Lieberman    jalieberman@pomlaw.com, abarbosa@pomlaw.com, ahood@pomlaw.com, ashmatkova@pomlaw.com, asoto@pomlaw.com, disaacson@pomlaw.com

John James Rizio-Hamilton    johnr@blbglaw.com

Jonathan K Chang    jonathan.chang@dpw.com, ecf.ct.papers@dpw.com

Joseph Alexander Hood , II    ahood@pomlaw.com, abarbosa@pomlaw.com, ashmatkova@pomlaw.com, asoto@pomlaw.com, disaacson@pomlaw.com

Kate Whitman Aufses    kate.aufses@blbglaw.com, Amanda.boitano@blbglaw.com

Lawrence Jay Portnoy    lawrence.portnoy@davispolk.com, ecf.ct.papers@davispolk.com

Leslie A. Blau    blaulaw@gmail.com

Lisa M. Port    llambport@ktmc.com, chemsley@ktmc.com, jwotring@ktmc.com, kmarrone@ktmc.com, pleadings@ktmc.com

Long Z Liu    office@theliulawfirm.com

Mark Franek    mfranek@ktmc.com

Nathan Hasiuk    nhasiuk@ktmc.com, 5519791420@filings.docketbird.com, mswift@ktmc.com

Phillip C. Kim    pkim@rosenlegal.com, pkrosenlaw@ecf.courtdrive.com

Richard A Bodnar    rbodnar@rksllp.com, cdeleon@rksllp.com

Richard A Russo , Jr    rrusso@ktmc.com, 6902234420@filings.docketbird.com

Richard William Gonnello    rgonnello@rgrdlaw.com, e_file_ny@rgrdlaw.com, e_file_sd@rgrdlaw.com

Salvatore Jo Graziano    sgraziano@blbglaw.com, DavidD@blbglaw.com

Samuel Giffin Mann    smann@cahill.com, MA@cahill.com

Shannon Lee Hopkins    shopkins@zlk.com, ecf@zlk.com, shalliday@zlk.com, squinonez@zlk.com

Sharan Nirmul    snirmul@ktmc.com, 3369561420@filings.docketbird.com, jenck@ktmc.com, mswift@ktmc.com

Sheila Chithran Ramesh    sramesh@cahill.com, MA@cahill.com

Sigmund Samuel Wissner-Gross    swissnergross@brownrudnick.com, dkerns@brownrudnick.com, ehosang@brownrudnick.com

**1:20-cv-01293-JPC Notice has been delivered by other means to:**

Fulton County Employees' Retirement System

Luckin Investor Group

Leonard Ross

Nirmala Gopu

Philip Dongjoon Kim
Clifford Chance US, LLP (NYC)
31 West 52nd Street
New York, NY 10019

4

Satyanarayana Kanchanapalli

Vijaya Gopu

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=10/25/2021] [FileNumber=26686597
-0] [3a6de936991a57e59863918215a4b1b742d2e31e3672a87fabf2620a23411aa05
a281e219f73af675d744421c3b8dad92799fa5d60fb826503b9f71d5f43e708]]
**Document description:**Exhibit A - Proposed Preliminary Approval Order
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=10/25/2021] [FileNumber=26686597
-1] [45e8e3ffc63c8969ea3547c5abad5d853d4fce8b4620e76907e9a3104445393b7
c14bae974a64c76c733da25846fe92c22edd0a7c231b2dcaa8f3ed12baf7ae8]]
**Document description:**Exhibit A-1 - Long-Form Notice
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=10/25/2021] [FileNumber=26686597
-2] [579b7ad134bcd96972733f576bbd95317b8be2b7d95cdbb42d0e0dfb581943095
150f263e705ae182c75505a38eecba2fe5ac2c38301d40146a664489b736c5c]]
**Document description:**Exhibit A-2 - Proof of Claim and Release Form
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=10/25/2021] [FileNumber=26686597
-3] [348e1bb6f4fc4809c8c43c1d34f9f05bc35430b42013e808e7b3ff16d6afa2819
b3210eb9dd93b991942e03c1273d47aec7da443d97a5d83d5c71cc2fb4b3cdf]]
**Document description:**Exhibit A-3 - Summary Notice
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=10/25/2021] [FileNumber=26686597
-4] [a9143c9c838a2faf4a850f94e912d606d9ae24bfaaca460a18fb1a94cd2716fb3
105f05230385f744d8d5c766ffe76d0c8b94258f0dd04c98023133b124558a1]]
**Document description:**Exhibit B - Proposed Judgment
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=10/25/2021] [FileNumber=26686597
-5] [2a09cc9cd49f4b4ad9ae1b5e7d40f2f6661f57c817d94526eb21651c5fa305ae8
62cf2e25a0dfc87c36b07b07613f955d15d0ecc173ce41e902811f8516ebb8d]]

**US Patent 8,996,590 B2**
© 2021 CourtAlert.com, Inc.
All Rights Reserved.