# Exhibit 6

| | |
|---|---|
| **From:** | Managing Clerk |
| **Sent:** | Monday, October 25, 2021 8:56 PM |
| **To:** | Gary Weston; Mahiri Buffong; Kate Aufses; Jai Chandrasekhar; David L. Duncan; Salvatore Graziano; John Rizio-Hamilton; Virgilio Soler; Janielle Lattimore; New York Records |
| **Subject:** | Cohen vs. Luckin Coffee Inc. et al (2303-001) |
| **Attachments:** | 2021-10-25 Dkt 314 Memorandum Of Law In Support Re_ [313] Motion For Settlement Class Representatives' Unopposed Motion.pdf |

**Client:** 2303
**Matter:** 001
**Aka:** Cohen vs. Luckin Coffee Inc. et al

| **Attachment** | **iManage** |
|---|---|
| 2021-10-25 Dkt 314 Memorandum Of Law In Support Re_ [313] Motion For Settlement Class Representatives' Unopposed Motion.pdf | Active!3061854.1 |

---

**From:** NYSD_ECF_Pool@nysd.uscourts.gov
**Date:** 10/25/2021 8:54:47 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:20-cv-01293-JPC In re Luckin Coffee Inc. Securities Litigation Memorandum of Law in Support of Motion

**[External]**

---

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Nirmul, Sharan on 10/25/2021 at 8:53 PM EDT and filed on 10/25/2021

| | |
|---|---|
| **Case Name:** | In re Luckin Coffee Inc. Securities Litigation |
| **Case Number:** | 1:20-cv-01293-JPC |

1

**Filer:**                Louisiana Sheriffs Pension & Relief Fund
                                 Sjunde AP-Fonden

**Document Number:** 314

**Docket Text:**
**MEMORANDUM OF LAW in Support re: [313] MOTION for Settlement *Class Representatives' Unopposed Motion for an Order Preliminarily Approving Proposed Settlement and Authorizing Dissemination of Settlement Notice to the Class.* . Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden..(Nirmul, Sharan)**

**1:20-cv-01293-JPC Notice has been electronically mailed to:**

Adam Shawn Mintz   amintz@cahill.com, ABenintendi@cahill.com, CCarroll@cahill.com, eweinstein@cahill.com, lTorres@cahill.com, jhall@cahill.com, JKoch@cahill.com, MA@cahill.com, mwheatley@cahill.com

Angus Ni   angus@afnlegal.com

Brandon Michael Fierro   bfierro@rksllp.com, cdeleon@rksllp.com, claferriere@rksllp.com

Brian E Cochran   bcochran@rgrdlaw.com

Brian Stryker Weinstein   brian.weinstein@dpw.com, ecf.ct.papers@davispolk.com

Christopher J. Keller   ckeller@labaton.com, cwood@labaton.com, ElectronicCaseFiling@labaton.com, lpina@labaton.com

David Avi Rosenfeld   drosenfeld@rgrdlaw.com, drosenfeld@ecf.courtdrive.com, e_file_ny@rgrdlaw.com, e_file_sd@rgrdlaw.com

David George Januszewski   djanuszewski@cahill.com, MA@cahill.com

Elizabeth S Metcalf   emetcalf@safirsteinmetcalf.com, psafirstein@safirsteinmetcalf.com

Francis Paul McConville   fmcconville@labaton.com, 9849246420@filings.docketbird.com, drogers@labaton.com, electroniccasefiling@labaton.com, HChang@labaton.com, lpina@labaton.com

Frank Thomas More Catalina   fcatalina@rksllp.com

Frederic Scott Fox , Sr   ffox@kaplanfox.com

Gerald H. Silk   jerry@blbglaw.com, managingclerk@blbglaw.com

Gregory Bradley Linkh   glinkh@glancylaw.com, greg-linkh-2000@ecf.pacerpro.com, info@glancylaw.com

Gregory M. Castaldo   gcastaldo@ktmc.com, 8807029420@filings.docketbird.com, dpotts@ktmc.com

Herbert Scott Washer    hwasher@cahill.com, MA@cahill.com

Jai Kamal Chandrasekhar    jai@blbglaw.com

Jeffrey Craig Block    jeff@blockesq.com, jason@blockesq.com, pacer-blockleviton-9062@ecf.pacerpro.com

Jeffrey Simon Abraham    jabraham@aftlaw.com

Jeremy Alan Lieberman    jalieberman@pomlaw.com, abarbosa@pomlaw.com, ahood@pomlaw.com, ashmatkova@pomlaw.com, asoto@pomlaw.com, disaacson@pomlaw.com

John James Rizio-Hamilton    johnr@blbglaw.com

Jonathan K Chang    jonathan.chang@dpw.com, ecf.ct.papers@dpw.com

Joseph Alexander Hood , II    ahood@pomlaw.com, abarbosa@pomlaw.com, ashmatkova@pomlaw.com, asoto@pomlaw.com, disaacson@pomlaw.com

Kate Whitman Aufses    kate.aufses@blbglaw.com, Amanda.boitano@blbglaw.com

Lawrence Jay Portnoy    lawrence.portnoy@davispolk.com, ecf.ct.papers@davispolk.com

Leslie A. Blau    blaulaw@gmail.com

Lisa M. Port    llambport@ktmc.com, chemsley@ktmc.com, jwotring@ktmc.com, kmarrone@ktmc.com, pleadings@ktmc.com

Long Z Liu    office@theliulawfirm.com

Mark Franek    mfranek@ktmc.com

Nathan Hasiuk    nhasiuk@ktmc.com, 5519791420@filings.docketbird.com, mswift@ktmc.com

Phillip C. Kim    pkim@rosenlegal.com, pkrosenlaw@ecf.courtdrive.com

Richard A Bodnar    rbodnar@rksllp.com, cdeleon@rksllp.com

Richard A Russo , Jr    rrusso@ktmc.com, 6902234420@filings.docketbird.com

Richard William Gonnello    rgonnello@rgrdlaw.com, e_file_ny@rgrdlaw.com, e_file_sd@rgrdlaw.com

Salvatore Jo Graziano    sgraziano@blbglaw.com, DavidD@blbglaw.com

Samuel Giffin Mann    smann@cahill.com, MA@cahill.com

Shannon Lee Hopkins    shopkins@zlk.com, ecf@zlk.com, shalliday@zlk.com, squinonez@zlk.com

Sharan Nirmul    snirmul@ktmc.com, 3369561420@filings.docketbird.com, jenck@ktmc.com, mswift@ktmc.com

Sheila Chithran Ramesh    sramesh@cahill.com, MA@cahill.com

Sigmund Samuel Wissner-Gross    swissnergross@brownrudnick.com, dkerns@brownrudnick.com, ehosang@brownrudnick.com

**1:20-cv-01293-JPC Notice has been delivered by other means to:**

Fulton County Employees' Retirement System

Luckin Investor Group

Leonard Ross

Nirmala Gopu

Philip Dongjoon Kim
Clifford Chance US, LLP (NYC)
31 West 52nd Street
New York, NY 10019

Satyanarayana Kanchanapalli

Vijaya Gopu

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=10/25/2021] [FileNumber=26686588 -0] [13f254451c1f60c5669e03ccefa9f88789a245883ec4f8126fba7c61db727373f 5dcefddad873c1a74a9342a17ef3926082693acbe942d0c16ab29e17757f328]]

**US Patent 8,996,590 B2**
© 2021 CourtAlert.com, Inc.
All Rights Reserved.

4