# Exhibit 7

| | |
|---|---|
| **From:** | Managing Clerk |
| **Sent:** | Tuesday, October 26, 2021 3:29 PM |
| **To:** | Gary Weston; Mahiri Buffong; Kate Aufses; Jai Chandrasekhar; David L. Duncan; Salvatore Graziano; John Rizio-Hamilton; Virgilio Soler; Janielle Lattimore; New York Records |
| **Subject:** | Cohen vs. Luckin Coffee Inc. et al (2303-001) |
| **Attachments:** | 2021-10-26 Dkt 319 Revised Order Preliminarily Approving Settlement And Providing For Notice Of The Settlement_ Now The.pdf |

**Client:** 2303
**Matter:** 001
**Aka:** Cohen vs. Luckin Coffee Inc. et al

| **Attachment** | **iManage** |
|---|---|
| 2021-10-26 Dkt 319 Revised Order Preliminarily Approving Settlement And Providing For Notice Of The Settlement_ Now The.pdf | Active!3062043.1 |

---

**From:** NYSD_ECF_Pool@nysd.uscourts.gov
**Date:** 10/26/2021 3:27:26 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:20-cv-01293-JPC In re Luckin Coffee Inc. Securities Litigation Order

[External]

---

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

**U.S. District Court**

**Southern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 10/26/2021 at 3:26 PM EDT and filed on 10/26/2021

| | |
|---|---|
| **Case Name:** | In re Luckin Coffee Inc. Securities Litigation |
| **Case Number:** | 1:20-cv-01293-JPC |
| **Filer:** | |
| **Document Number:** | 319 |

**Docket Text:**
**REVISED ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE OF THE SETTLEMENT: NOW THEREFORE, IT IS HEREBY ORDERED: 1. Preliminary Approval of the Settlement The Court hereby preliminarily approves the Settlement, as embodied in the**

1

**Stipulation, and finds, pursuant to Rule 23(e)(1)(B)(i) of the Federal Rules of Civil Procedure, that it will likely be able to finally approve the Settlement under Rule 23(e)(2) as being fair, reasonable, and adequate to the Class, subject to further consideration at the Settlement Hearing to be conducted as described below. 2. Settlement Hearing The Court will hold a settlement hearing ("Settlement Case 1:20-cv-01293-JPC Document 316 Filed 10/25/21 Page 2 of 14 Hearing") on July 22, 2022 at 11: 00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312. (And as further set forth herein.) SO ORDERED. (Settlement Conference set for 7/22/2022 at 11:00 AM in Courtroom 12D, 500 Pearl Street, New York, NY 10007 before Judge John P. Cronan.) (Signed by Judge John P. Cronan on 10/26/2021) (jca)**

**1:20-cv-01293-JPC Notice has been electronically mailed to:**

David George Januszewski    djanuszewski@cahill.com, MA@cahill.com

Christopher J. Keller    ckeller@labaton.com, ElectronicCaseFiling@labaton.com, cwood@labaton.com, lpina@labaton.com

Lawrence Jay Portnoy    lawrence.portnoy@davispolk.com, ecf.ct.papers@davispolk.com

David Avi Rosenfeld    drosenfeld@rgrdlaw.com, drosenfeld@ecf.courtdrive.com, e_file_ny@rgrdlaw.com, e_file_sd@rgrdlaw.com

Phillip C. Kim    pkim@rosenlegal.com, pkrosenlaw@ecf.courtdrive.com

Salvatore Jo Graziano    sgraziano@blbglaw.com, DavidD@blbglaw.com

Jeffrey Craig Block    jeff@blockesq.com, jason@blockesq.com, pacer-blockleviton-9062@ecf.pacerpro.com

Herbert Scott Washer    hwasher@cahill.com, MA@cahill.com

Leslie A. Blau    blaulaw@gmail.com

Richard William Gonnello    rgonnello@rgrdlaw.com, e_file_ny@rgrdlaw.com, e_file_sd@rgrdlaw.com

Brian Stryker Weinstein    brian.weinstein@dpw.com, ecf.ct.papers@davispolk.com

Sigmund Samuel Wissner-Gross    swissnergross@brownrudnick.com, dkerns@brownrudnick.com, ehosang@brownrudnick.com

Frederic Scott Fox, Sr    ffox@kaplanfox.com

Gerald H. Silk    jerry@blbglaw.com, managingclerk@blbglaw.com

Jeffrey Simon Abraham    jabraham@aftlaw.com

Gregory Bradley Linkh    glinkh@glancylaw.com, greg-linkh-2000@ecf.pacerpro.com,

info@glancylaw.com

Gregory M. Castaldo    gcastaldo@ktmc.com, 8807029420@filings.docketbird.com, dpotts@ktmc.com

Shannon Lee Hopkins    shopkins@zlk.com, ecf@zlk.com, shalliday@zlk.com, squinonez@zlk.com

Jeremy Alan Lieberman    jalieberman@pomlaw.com, abarbosa@pomlaw.com, ahood@pomlaw.com, ashmatkova@pomlaw.com, asoto@pomlaw.com, disaacson@pomlaw.com

Jai Kamal Chandrasekhar    jai@blbglaw.com

Sharan Nirmul    snirmul@ktmc.com, 3369561420@filings.docketbird.com, jenck@ktmc.com, mswift@ktmc.com

Jonathan K Chang    jonathan.chang@dpw.com, ecf.ct.papers@dpw.com

Lisa M. Port    llambport@ktmc.com, chemsley@ktmc.com, jwotring@ktmc.com, kmarrone@ktmc.com, pleadings@ktmc.com

John James Rizio-Hamilton    johnr@blbglaw.com

Richard A Russo, Jr    rrusso@ktmc.com, 6902234420@filings.docketbird.com

Sheila Chithran Ramesh    sramesh@cahill.com, MA@cahill.com

Adam Shawn Mintz    amintz@cahill.com, ABenintendi@cahill.com, CCarroll@cahill.com, ITorres@cahill.com, JKoch@cahill.com, MA@cahill.com, eweinstein@cahill.com, jhall@cahill.com, mwheatley@cahill.com

Francis Paul McConville    fmcconville@labaton.com, 9849246420@filings.docketbird.com, HChang@labaton.com, drogers@labaton.com, electroniccasefiling@labaton.com, lpina@labaton.com

Brian E Cochran    bcochran@rgrdlaw.com

Frank Thomas More Catalina    fcatalina@rksllp.com

Samuel Giffin Mann    smann@cahill.com, MA@cahill.com

Long Z Liu    office@theliulawfirm.com

Joseph Alexander Hood, II    ahood@pomlaw.com, abarbosa@pomlaw.com, ashmatkova@pomlaw.com, asoto@pomlaw.com, disaacson@pomlaw.com

Brandon Michael Fierro    bfierro@rksllp.com, cdeleon@rksllp.com, claferriere@rksllp.com

Richard A Bodnar    rbodnar@rksllp.com, cdeleon@rksllp.com

Elizabeth S Metcalf    emetcalf@safirsteinmetcalf.com, psafirstein@safirsteinmetcalf.com

Kate Whitman Aufses    kate.aufses@blbglaw.com, Amanda.boitano@blbglaw.com

Nathan Hasiuk    nhasiuk@ktmc.com, 5519791420@filings.docketbird.com, mswift@ktmc.com

Angus Ni    angus@afnlegal.com

Mark Franek    mfranek@ktmc.com

**1:20-cv-01293-JPC Notice has been delivered by other means to:**

Fulton County Employees' Retirement System

Luckin Investor Group

Leonard Ross

Nirmala Gopu

Philip Dongjoon Kim
Clifford Chance US, LLP (NYC)
31 West 52nd Street
New York, NY 10019

Satyanarayana Kanchanapalli

Vijaya Gopu

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=10/26/2021] [FileNumber=26690921
-0] [883f75e12a6c346b3237de900c9ec453aa2e34cc9ae9758c1ed54cdc73347f492
ec959e85a2dcb741db458cf87faf9e91040baeb8e3a13eb4065330ab58e1efd]]

**US Patent 8,996,590 B2**
© 2021 CourtAlert.com, Inc.
All Rights Reserved.