# Exhibit 8

| | |
|---|---|
| **From:** | Managing Clerk |
| **Sent:** | Friday, June 10, 2022 10:54 PM |
| **To:** | Gary Weston; Mahiri Buffong; Kate Aufses; Jai Chandrasekhar; David L. Duncan; Salvatore Graziano; John Rizio-Hamilton; Catherine van Kampen; Virgilio Soler; Janielle Lattimore; John Esmay; New York Records |
| **Subject:** | Cohen vs. Luckin Coffee Inc. et al (2303-001) |
| **Attachments:** | 2022-06-10 Dkt 327 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees.pdf; 2022-06-10 Dkt 327.01 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 1 - Grottheim Declaration.pdf; 2022-06-10 Dkt 327.02 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 2 - McGee Declaration.pdf; 2022-06-10 Dkt 327.03 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit  3 - Villanova Declaration.pdf; 2022-06-10 Dkt 327.04 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 4 - Fang Zhao Declaration.pdf; 2022-06-10 Dkt 327.05 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 5 - Hatfield Declaration.pdf; 2022-06-10 Dkt 327.06 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 6 - Summary of Plaintiffs' Counsel's Lodestar .pdf; 2022-06-10 Dkt 327.07 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 6A - KTMC Fee & Expense Declaration.pdf; 2022-06-10 Dkt 327.08 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 6B - BLBG Fee & Expense Declaration.pdf; 2022-06-10 Dkt 327.09 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 6C - Lowenstein Fee & Expense Declaration.pdf; 2022-06-10 Dkt 327.10 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 6D - Klausner Fee Declaration.pdf; 2022-06-10 Dkt 327.11 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit  7 - Plaintiffs' Counsel's Expenses by Categor.pdf; 2022-06-10 Dkt 327.12 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit  8 - SEB Inv Mgmt  v Symantec Corporation - Ap.pdf; 2022-06-10 Dkt 327.13 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 9 - Wilmington Trust Fee Order.pdf; 2022-06-10 Dkt 327.14 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 10 - Pfizer Fee Order.pdf; 2022-06-10 Dkt 327.15 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 11 - Oxford Health Fee Orders.pdf; 2022-06-10 Dkt 327.16 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 12 - NERA 2021 Full Year Report.pdf; 2022-06-10 Dkt 327.17 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 13 - Doral Fee Order.pdf; 2022-06-10 Dkt 327.18 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 14 - 3com Fee Award.pdf |

**Client:** 2303
**Matter:** 001
**Aka:** Cohen vs. Luckin Coffee Inc. et al

1

| Attachment | iManage |
| --- | --- |
| 2022-06-10 Dkt 327 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees.pdf | Active!3106501.1 |
| 2022-06-10 Dkt 327.01 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 1 - Grottheim Declaration.pdf | Active!3106502.1 |
| 2022-06-10 Dkt 327.02 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 2 - McGee Declaration.pdf | Active!3106503.1 |
| 2022-06-10 Dkt 327.03 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 3 - Villanova Declaration.pdf | Active!3106504.1 |
| 2022-06-10 Dkt 327.04 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 4 - Fang Zhao Declaration.pdf | Active!3106505.1 |
| 2022-06-10 Dkt 327.05 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 5 - Hatfield Declaration.pdf | Active!3106506.1 |
| 2022-06-10 Dkt 327.06 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 6 - Summary of Plaintiffs' Counsel's Lodestar .pdf | Active!3106507.1 |
| 2022-06-10 Dkt 327.07 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 6A - KTMC Fee & Expense Declaration.pdf | Active!3106508.1 |
| 2022-06-10 Dkt 327.08 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 6B - BLBG Fee & Expense Declaration.pdf | Active!3106509.1 |
| 2022-06-10 Dkt 327.09 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 6C - Lowenstein Fee & Expense Declaration.pdf | Active!3106510.1 |
| 2022-06-10 Dkt 327.10 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 6D - Klausner Fee Declaration.pdf | Active!3106511.1 |
| 2022-06-10 Dkt 327.11 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 7 - Plaintiffs' Counsel's Expenses by Categor.pdf | Active!3106512.1 |
| 2022-06-10 Dkt 327.12 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 8 - SEB Inv Mgmt v Symantec Corporation - Ap.pdf | Active!3106513.1 |
| 2022-06-10 Dkt 327.13 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 9 - Wilmington Trust Fee Order.pdf | Active!3106514.1 |
| 2022-06-10 Dkt 327.14 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 10 - Pfizer Fee Order.pdf | Active!3106515.1 |
| 2022-06-10 Dkt 327.15 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 11 - Oxford Health Fee Orders.pdf | Active!3106516.1 |

| | |
|---|---|
| 2022-06-10 Dkt 327.16 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 12 - NERA 2021 Full Year Report.pdf | Active!3106517.1 |
| 2022-06-10 Dkt 327.17 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 13 - Doral Fee Order.pdf | Active!3106518.1 |
| 2022-06-10 Dkt 327.18 Declaration Of Sharan Nirmul And Salvatore J. Graziano In Support Re_ [325] Motion For Attorney Fees - Exhibit 14 - 3com Fee Award.pdf | Active!3106519.1 |

---

**From:** NYSD_ECF_Pool@nysd.uscourts.gov
**Date:** 6/10/2022 10:51:37 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:20-cv-01293-JPC In re Luckin Coffee Inc. Securities Litigation Declaration in Support of Motion

[External]

---

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Graziano, Salvatore on 6/10/2022 at 10:50 PM EDT and filed on 6/10/2022

| | |
|---|---|
| **Case Name:** | In re Luckin Coffee Inc. Securities Litigation |
| **Case Number:** | 1:20-cv-01293-JPC |
| **Filer:** | Louisiana Sheriffs Pension & Relief Fund |
| | Sjunde AP-Fonden |

**Document Number:** 327

**Docket Text:**
**DECLARATION of Sharan Nirmul and Salvatore J. Graziano in Support re: [325] MOTION for Attorney Fees *[Class Counsel's Motion for Attorneys' Fees and Litigation Expenses].*, [323] MOTION to Approve *[Lead Plaintiffs Motion for Final Approval of Class Action Settlement and Plan of Allocation]..* Document filed by Louisiana Sheriffs Pension & Relief Fund, Sjunde AP-Fonden. (Attachments: # (1) Exhibit 1 - Grottheim Declaration, # (2) Exhibit 2 - McGee Declaration, # (3) Exhibit 3 - Villanova Declaration, # (4) Exhibit 4 - Fang Zhao Declaration, # (5) Exhibit 5 - Hatfield Declaration, # (6) Exhibit 6 - Summary of Plaintiffs' Counsel's Lodestar &**

**Expenses, # (7) Exhibit 6A - KTMC Fee & Expense Declaration, # (8) Exhibit 6B - BLBG Fee & Expense Declaration, # (9) Exhibit 6C - Lowenstein Fee & Expense Declaration, # (10) Exhibit 6D - Klausner Fee Declaration, # (11) Exhibit 7 - Plaintiffs' Counsel's Expenses by Category, # (12) Exhibit 8 - SEB Inv Mgmt v Symantec Corporation - April 20, 2021 Order, # (13) Exhibit 9 - Wilmington Trust Fee Order, # (14) Exhibit 10 - Pfizer Fee Order, # (15) Exhibit 11 - Oxford Health Fee Orders, # (16) Exhibit 12 - NERA 2021 Full Year Report, # (17) Exhibit 13 - Doral Fee Order, # (18) Exhibit 14 - 3com Fee Award).(Graziano, Salvatore)**


**1:20-cv-01293-JPC Notice has been electronically mailed to:**

Adam Shawn Mintz    amintz@cahill.com, MA@cahill.com

Angus Ni    angus@afnlegal.com

Brandon Michael Fierro    bfierro@rksllp.com, cdeleon@rksllp.com, claferriere@rksllp.com

Brian E Cochran    bcochran@rgrdlaw.com

Brian Stryker Weinstein    brian.weinstein@dpw.com, ecf.ct.papers@davispolk.com

Christopher J. Keller    ckeller@labaton.com, cwood@labaton.com, ElectronicCaseFiling@labaton.com, lpina@labaton.com

David Avi Rosenfeld    drosenfeld@rgrdlaw.com, drosenfeld@ecf.courtdrive.com, e_file_ny@rgrdlaw.com, e_file_sd@rgrdlaw.com

David George Januszewski    djanuszewski@cahill.com, MA@cahill.com

Elizabeth S Metcalf    emetcalf@safirsteinmetcalf.com, psafirstein@safirsteinmetcalf.com

Francis Paul McConville    fmcconville@labaton.com, 9849246420@filings.docketbird.com, drogers@labaton.com, electroniccasefiling@labaton.com, lpina@labaton.com

Frank Thomas More Catalina    fcatalina@rksllp.com

Frederic Scott Fox , Sr    ffox@kaplanfox.com

Gerald H. Silk    jerry@blbglaw.com, managingclerk@blbglaw.com

Gregory Bradley Linkh    glinkh@glancylaw.com, greg-linkh-2000@ecf.pacerpro.com, info@glancylaw.com

Gregory M. Castaldo    gcastaldo@ktmc.com, 8807029420@filings.docketbird.com, dpotts@ktmc.com

Herbert Scott Washer    hwasher@cahill.com, MA@cahill.com

Jai Kamal Chandrasekhar    jai@blbglaw.com

Jeffrey Craig Block    jeff@blockesq.com, jason@blockesq.com, pacer-blockleviton-9062@ecf.pacerpro.com

Jeffrey Simon Abraham    jabraham@aftlaw.com

Jeremy Alan Lieberman    jalieberman@pomlaw.com, abarbosa@pomlaw.com, ahood@pomlaw.com, ashmatkova@pomlaw.com, asoto@pomlaw.com, disaacson@pomlaw.com

John Rizio-Hamilton    johnr@blbglaw.com

Jonathan K Chang    jonathan.chang@dpw.com, ecf.ct.papers@dpw.com

Joseph Alexander Hood , II    ahood@pomlaw.com, abarbosa@pomlaw.com, ashmatkova@pomlaw.com, disaacson@pomlaw.com

Kate Whitman Aufses    kate.aufses@blbglaw.com, Amanda.boitano@blbglaw.com

Lawrence Jay Portnoy    lawrence.portnoy@davispolk.com, ecf.ct.papers@davispolk.com

Leslie A. Blau    blaulaw@gmail.com

Lisa M. Port    llambport@ktmc.com, chemsley@ktmc.com, jwotring@ktmc.com, kmarrone@ktmc.com, pleadings@ktmc.com

Long Z Liu    office@theliulawfirm.com

Mark Franek    mfranek@ktmc.com

Nathan Hasiuk    nhasiuk@ktmc.com, 5519791420@filings.docketbird.com, mswift@ktmc.com

Phillip C. Kim    pkim@rosenlegal.com, pkrosenlaw@ecf.courtdrive.com

Richard A Bodnar    rbodnar@rksllp.com, cdeleon@rksllp.com

Richard A Russo , Jr    rrusso@ktmc.com, 6902234420@filings.docketbird.com

Richard William Gonnello    rgonnello@rgrdlaw.com, e_file_ny@rgrdlaw.com, e_file_sd@rgrdlaw.com

Salvatore Jo Graziano    sgraziano@blbglaw.com, DavidD@blbglaw.com

Samuel Giffin Mann    smann@cahill.com, MA@cahill.com

Shannon Lee Hopkins    shopkins@zlk.com, ecf@zlk.com, shalliday@zlk.com, squinonez@zlk.com

Sharan Nirmul    snirmul@ktmc.com, 3369561420@filings.docketbird.com, jenck@ktmc.com, mswift@ktmc.com

Sheila Chithran Ramesh    sramesh@cahill.com, MA@cahill.com

Sigmund Samuel Wissner-Gross    swissnergross@brownrudnick.com, dkerns@brownrudnick.com, ehosang@brownrudnick.com

**1:20-cv-01293-JPC Notice has been delivered by other means to:**

Fulton County Employees' Retirement System


Luckin Investor Group


Leonard Ross


Nirmala Gopu


Philip Dongjoon Kim
Clifford Chance US, LLP (NYC)
31 West 52nd Street
New York, NY 10019

Satyanarayana Kanchanapalli


Vijaya Gopu

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/10/2022] [FileNumber=27849117-0] [54446b819e1bb6ed71ed1b9753bc9793609d85d4c8532c9808c0a8cdb5709389d6 3a41d9035cdb8e803c65cd3277ae9b0197e2078f5e6ad33469fcbfb8409027]]
**Document description:**Exhibit 1 - Grottheim Declaration
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/10/2022] [FileNumber=27849117-1] [ae61ecc9dfcad6c3ddd8e44bca942c76d2292019524db71bfbb65aa7fdf689328a b0e55e261450b649e6451c932a8664b2fcaddc40532d343343cf90758ad572]]
**Document description:**Exhibit 2 - McGee Declaration
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/10/2022] [FileNumber=27849117-2] [9644314f9ca23fe31a513c598d549a5680c394eb6ca1ea16ad1c2e66936c821403

b535fe923aa1fa14f107e89c95b36c330e848abb40826145307bf53be4239d]]

**Document description:**Exhibit 3 - Villanova Declaration

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1008691343 [Date=6/10/2022] [FileNumber=27849117-3] [7f4354c084485ce34c31f3c82a6d5e0b222fc2be597b4d7a8ec77dc07ea381770d ddbc39afc9e15b4682b16b3323d5fa03c2d8318cf0ba70033e684111821462]]

**Document description:**Exhibit 4 - Fang Zhao Declaration

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1008691343 [Date=6/10/2022] [FileNumber=27849117-4] [26ae948aafe9f0be4aa7c447c533c45e736a523929f4cfecce55e12dbe90387408 3408b7ac1419b8d6a69f7f99c2c92ceb6833776232087b1b13d5be55001f1f]]

**Document description:**Exhibit 5 - Hatfield Declaration

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1008691343 [Date=6/10/2022] [FileNumber=27849117-5] [7c2f18c8685e81a4a1ecb0b352fefa32342d3eb933a1fb574a2839c81d9e9b5545 0f2cea607143317c98023cad42eb4c5c4cdcb76322650c2fe2429b3c222aee]]

**Document description:**Exhibit 6 - Summary of Plaintiffs' Counsel's Lodestar & Expenses

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1008691343 [Date=6/10/2022] [FileNumber=27849117-6] [377e52fd16c75f2dfeeaf456d60b6c8ca066e0d81f0bfe8302d58b7a92042b6f25 d9d5afce45c81e8e7f02e4aad334c212174cb014a1c95c7c2f2b2b0572cf3a]]

**Document description:**Exhibit 6A - KTMC Fee & Expense Declaration

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1008691343 [Date=6/10/2022] [FileNumber=27849117-7] [4c9f44bb621eb30404338db4979f6d322d1eabcd92684754f71154fc08f24103cb f6883d516363ac166527412383b8995e5e3a32cfda148d1d15211ee29f8945]]

**Document description:**Exhibit 6B - BLBG Fee & Expense Declaration

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1008691343 [Date=6/10/2022] [FileNumber=27849117-8] [7ff87b0670c52621148d67c54cd21ae072e4c6e2c877af45d0cb378a06a15af00b 04a2e192bbc900b12bf6091118b4f979a222c1ec84230858110daf6672171b]]

**Document description:**Exhibit 6C - Lowenstein Fee & Expense Declaration

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1008691343 [Date=6/10/2022] [FileNumber=27849117-9] [6b552923a403537da29755e8f20e1e9b8150928c48d80e830c78c12dcf363d5686 2460d39ae9c038e2e97bf7cfe8b932dfdb2ae05184c7c7b6a8aa874277330d]]

**Document description:**Exhibit 6D - Klausner Fee Declaration

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1008691343 [Date=6/10/2022] [FileNumber=27849117-10] [761282b30ce07bb56119a9a87728becb4b7cd925d40548ef94204954a4831b4ff

ada6bfb374a89c76ba190a9870f670222f1fe4fd558f3afa311405c5de633bb]]

**Document description:**Exhibit 7 - Plaintiffs' Counsel's Expenses by Category

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1008691343 [Date=6/10/2022] [FileNumber=27849117-11] [4168d742bb7c9ecda0213220da0202b4fdf8308d2a089d2aa84a77c06f9430748 3b19c4aeece85e06079575f51477c4e8ee446bda3897bf25d465357d6cc8769]]

**Document description:**Exhibit 8 - SEB Inv Mgmt v Symantec Corporation - April 20, 2021 Order

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1008691343 [Date=6/10/2022] [FileNumber=27849117-12] [2b89704e87183df27fe378ce72d3ea2d700051e45ab1ed0ebc743ee1b25d06789 b73815bd6ea0e195defca98165cf2b39720a003c35280baeb171b4f1cd843ce]]

**Document description:**Exhibit 9 - Wilmington Trust Fee Order

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1008691343 [Date=6/10/2022] [FileNumber=27849117-13] [713311b5ab371092a694fa4eacdbfabacd4ae0819f06ef3c7003a08e771f5448c 9f155fb4ef6fb071bdf54bb11448c10a8e43fa67648b0182c57af1d16a95f6c]]

**Document description:**Exhibit 10 - Pfizer Fee Order

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1008691343 [Date=6/10/2022] [FileNumber=27849117-14] [af4ab86dc98ac82af94879237d9f7ee3765500ee1fd5c8aa7a7ba5cb2ddc524bf 65c9b2b332c5eab1c113474f63c388804f5d5233d40d2d933541ba139616bde]]

**Document description:**Exhibit 11 - Oxford Health Fee Orders

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1008691343 [Date=6/10/2022] [FileNumber=27849117-15] [59a909c319cdf7d7e28dddbccb3452282984b597b514247425740dc8280b0a908 164b6490eba46ffca5a2c8b584d9e4536ce1a4d48b8c4c50f2caf23896b20c5]]

**Document description:**Exhibit 12 - NERA 2021 Full Year Report

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1008691343 [Date=6/10/2022] [FileNumber=27849117-16] [569a0b1d0664ee8f5ab1b6073f93e2138fb56e6e57319938b42e579b4574bd33b 16ad6513db88b4303fc6bbb31d52170348468c3f3f1f4c691d92af56b6b808c]]

**Document description:**Exhibit 13 - Doral Fee Order

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1008691343 [Date=6/10/2022] [FileNumber=27849117-17] [6d1d1a11f11fbd4427e2e8a3c085fbe2ba7610c8013e439fe1876057594b3616e d4b68a9b32c18244b3e7139a51fd290d7082c8592d98b061e1f7937df897e53]]

**Document description:**Exhibit 14 - 3com Fee Award

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1008691343 [Date=6/10/2022] [FileNumber=27849117-

18] [33ab1b1d9258c14dabff9ba689f64708d02a6f1f433758ac6f17e46048bc10efe
3b6e984806494589d9846ad0fc4b3abb3732fd3985d1ce8e3cda8838e384c3b]]

**US Patent 8,996,590 B2**

© 2022 CourtAlert.com, Inc.
All Rights Reserved.