# Exhibit 9

| | |
|---|---|
| **From:** | Managing Clerk |
| **Sent:** | Friday, July 22, 2022 3:54 PM |
| **To:** | Gary Weston; Mahiri Buffong; Kate Aufses; Jai Chandrasekhar; David L. Duncan; Salvatore Graziano; John Rizio-Hamilton; Catherine van Kampen; Janielle Lattimore; John Esmay; New York Records |
| **Subject:** | Cohen vs. Luckin Coffee Inc. et al (2303-001) |
| **Attachments:** | 2022-07-22 Dkt 340 Judgment Approving Class Action Settlement_ It Is Hereby Ordered, Adjudged And Decreed_ The Court Ha.pdf |

**Client:** 2303
**Matter:** 001
**Aka:** Cohen vs. Luckin Coffee Inc. et al

| **Attachment** | **iManage** |
|---|---|
| 2022-07-22 Dkt 340 Judgment Approving Class Action Settlement_ It Is Hereby Ordered, Adjudged And Decreed_ The Court Ha.pdf | Active!3114524.1 |

**From:** NYSD_ECF_Pool@nysd.uscourts.gov
**Date:** 7/22/2022 3:52:58 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:20-cv-01293-JPC In re Luckin Coffee Inc. Securities Litigation Judgment

[External]

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

**U.S. District Court**

**Southern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 7/22/2022 at 3:51 PM EDT and filed on 7/22/2022
**Case Name:**       In re Luckin Coffee Inc. Securities Litigation
**Case Number:**     1:20-cv-01293-JPC
**Filer:**
**Document Number:** 340

**Docket Text:**
**JUDGMENT APPROVING CLASS ACTION SETTLEMENT: IT IS HEREBY ORDERED, ADJUDGED AND DECREED: The Court has jurisdiction over the subject matter of the Action, and all matters relating to the Settlement, as well as personal jurisdiction over all of the**

1

**Settling Parties and each of the Class Members. This Judgment incorporates and makes a part hereof: (a) the Stipulation filed with the Court on October 25, 2021; and (b) the Settlement Notice and the Summary Settlement Notice, both of which were filed with the Court on June 10, 2022. The Action and all of the claims asserted against Luckin and the other Defendants in the Action by Class Representatives and the other Class Members are hereby dismissed with prejudice as to Luckin and all of the other Defendants Released Parties. The Settling Parties shall bear their own costs and expenses, except as otherwise expressly provided in the Stipulation. There is no just reason to delay the entry of this Judgment as a final judgment in this Action. Accordingly, the Clerk of the Court is expressly directed to immediately enter this final judgment in this Action. (And as further set forth herein.) SO ORDERED. (Signed by Judge John P. Cronan on 7/22/2022) (jca)**

**1:20-cv-01293-JPC Notice has been electronically mailed to:**

David George Januszewski    djanuszewski@cahill.com, MA@cahill.com

Christopher J. Keller    ckeller@labaton.com, ElectronicCaseFiling@labaton.com, cwood@labaton.com, lpina@labaton.com

Lawrence Jay Portnoy    lawrence.portnoy@davispolk.com, ecf.ct.papers@davispolk.com

David Avi Rosenfeld    drosenfeld@rgrdlaw.com, drosenfeld@ecf.courtdrive.com, e_file_ny@rgrdlaw.com, e_file_sd@rgrdlaw.com

Phillip C. Kim    pkim@rosenlegal.com, pkrosenlaw@ecf.courtdrive.com

Salvatore Jo Graziano    sgraziano@blbglaw.com, DavidD@blbglaw.com

Jeffrey Craig Block    jeff@blockesq.com, jason@blockesq.com, pacer-blockleviton-9062@ecf.pacerpro.com

Herbert Scott Washer    hwasher@cahill.com, MA@cahill.com

Leslie A. Blau    blaulaw@gmail.com

Richard William Gonnello    rgonnello@rgrdlaw.com, e_file_ny@rgrdlaw.com, e_file_sd@rgrdlaw.com

Brian Stryker Weinstein    brian.weinstein@dpw.com, ecf.ct.papers@davispolk.com

Sigmund Samuel Wissner-Gross    swissnergross@brownrudnick.com, dkerns@brownrudnick.com, ehosang@brownrudnick.com

Frederic Scott Fox, Sr    ffox@kaplanfox.com

Gerald H. Silk    jerry@blbglaw.com, managingclerk@blbglaw.com

Jeffrey Simon Abraham    jabraham@aftlaw.com

Gregory Bradley Linkh    glinkh@glancylaw.com, greg-linkh-2000@ecf.pacerpro.com, info@glancylaw.com

Gregory M. Castaldo    gcastaldo@ktmc.com, 8807029420@filings.docketbird.com, dpotts@ktmc.com

Shannon Lee Hopkins    shopkins@zlk.com, ecf@zlk.com, shalliday@zlk.com, squinonez@zlk.com

Jeremy Alan Lieberman    jalieberman@pomlaw.com, abarbosa@pomlaw.com, ahood@pomlaw.com, ashmatkova@pomlaw.com, asoto@pomlaw.com, disaacson@pomlaw.com

Jai Kamal Chandrasekhar    jai@blbglaw.com

Sharan Nirmul    snirmul@ktmc.com, 3369561420@filings.docketbird.com, jenck@ktmc.com, mswift@ktmc.com

Jonathan K Chang    jonathan.chang@dpw.com, ecf.ct.papers@dpw.com

Lisa M. Port    llambport@ktmc.com, chemsley@ktmc.com, jwotring@ktmc.com, kmarrone@ktmc.com, pleadings@ktmc.com

John Rizio-Hamilton    johnr@blbglaw.com

Richard A Russo, Jr    rrusso@ktmc.com, 6902234420@filings.docketbird.com

Sheila Chithran Ramesh    sramesh@cahill.com, MA@cahill.com

Adam Shawn Mintz    amintz@cahill.com, MA@cahill.com

Francis Paul McConville    fmcconville@labaton.com, 9849246420@filings.docketbird.com, drogers@labaton.com, electroniccasefiling@labaton.com, lpina@labaton.com

Brian E Cochran    bcochran@rgrdlaw.com

Frank Thomas More Catalina    fcatalina@rksllp.com

Samuel Giffin Mann    smann@cahill.com, MA@cahill.com

Long Z Liu    office@theliulawfirm.com

Joseph Alexander Hood, II    ahood@pomlaw.com, abarbosa@pomlaw.com, ashmatkova@pomlaw.com, disaacson@pomlaw.com

Brandon Michael Fierro    bfierro@rksllp.com, cdeleon@rksllp.com, claferriere@rksllp.com

Richard A Bodnar    rbodnar@rksllp.com, cdeleon@rksllp.com

Elizabeth S Metcalf    emetcalf@safirsteinmetcalf.com, psafirstein@safirsteinmetcalf.com

Kate Whitman Aufses    kate.aufses@blbglaw.com, Amanda.boitano@blbglaw.com

Nathan Hasiuk    nhasiuk@ktmc.com, 5519791420@filings.docketbird.com, mswift@ktmc.com

Angus Ni    angus@afnlegal.com

Mark Franek    mfranek@ktmc.com

Edward C. Patterson    epatterson@gibsondunn.com

**1:20-cv-01293-JPC Notice has been delivered by other means to:**

Fulton County Employees' Retirement System


Luckin Investor Group


Leonard Ross


Nirmala Gopu


Philip Dongjoon Kim
Clifford Chance US, LLP (NYC)
31 West 52nd Street
New York, NY 10019

Satyanarayana Kanchanapalli


Vijaya Gopu

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=7/22/2022] [FileNumber=28052278-0] [5f6fc4ea427aede5e5c3f2c140ce81a90f38f496defb0100ea750aee64324c498f 8cece3d367da3e79d9f3ec0fa860366c1f89ea4df50c419e3c355d89719e46]]


**US Patent 8,996,590 B2**
© 2022 CourtAlert.com, Inc.
All Rights Reserved.