UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:                 20 Civ. 1293 (JPC)
IN RE LUCKIN COFFEE INC. SECURITIES LIT.       :
:                 ORDER
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court has received Lead Plaintiffs' Response to the Motion to Allow Late Claim and Direct Disbursement of Funds, Dkt. 356, that was filed by Shek Chun Wai ("Claimant") on August 26, 2025.  *See* Dkts. 353, 354.  Lead Plaintiffs attached a Proposed Order, Dkt. 359, that would direct the Court-appointed Claims Administrator to accept Claimant's late claim and remit him a payment of $87,149.77.

Claimant is ordered to advise the Court whether he objects to Lead Plaintiffs' Proposed Order, and on what grounds, no later than September 18, 2025.  If Claimant does not object, the Court will enter the Proposed Order and dismiss Claimant's motion.

SO ORDERED.

Dated: September 11, 2025                    _____
       New York, New York                              JOHN P. CRONAN
                                                United States District Judge