**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------X
                                                        :          1:20-cv-01293-JPC
IN RE LUCKIN COFFEE INC. SECURITIES LIT.                :
                                                        :
-------------------------------------------------------------------X
```

# <u>DECLARATION AND AMENDED ORDER</u>

Dated: September 12, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                                     :          1:20-cv-01293-JPC

IN RE LUCKIN COFFEE INC. SECURITIES LIT.    :

                                                     :          <u>DECLARATION</u>

-----------------------------------------------------------------------X

        I, Claimant's Attorney, Long Z. Liu, declare under penalty of perjury, that I have met with Defendant's Counsel, and make the following proposed amendments to the Order:

1. Shek Chun Wai should be referred to as Ms. Shek Chun Wai (she/her) and not Mr. Shek Chun Wai (he/him).

2. The payee of the check is The Liu Law Firm.

3. The timeframe of the disbursement should be no later than 60 days from the date of the Order.

4. Defendant's counsel did not object to the above-mentioned proposed amendments to the Order.

5. Exhibit A please find the Amended Order which reflects the above-mentioned amendments.

I declare under penalty of perjury, under the pertaining federal and state laws, that the foregoing is true and correct.

Dated: September 12, 2025                The Liu Law Firm

                                             By:_____

                                             Long Z. Liu, Attorney for Claimant

# Exhibit

# A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                                      :                  20 Civ. 1293 (JPC)

IN RE LUCKIN COFFEE INC. SECURITIES LIT.    :

                                                      :                 AMENDED ORDER

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court has received Lead Plaintiffs' Response to the Motion to Allow Late Claim and Direct Disbursement of Funds, Dkt. 356, that was filed by Shek Chun Wai ("Claimant") on August 26, 2025. See Dkts. 353, 354. Lead Plaintiffs attached a Proposed Order, Dkt. 359, that would direct the Court-appointed Claims Administrator to accept Claimant's late claim and remit her a payment of $87,149.77 payable to her counsel, The Liu Law Firm. Payment shall be remitted no later than sixty (60) days from the date of this Order, no later than November 11, 2025.

Claimant does not object to Lead Plaintiffs' Proposed Order. Therefore, the Court will enter the Proposed Order and dismiss Claimant's motion.

SO ORDERED.

Dated: September 12, 2025
      New York, New York                 _____
                                            JOHN P. CRONAN
                                   United States District Judge