UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:     20 Civ. 1293 (JPC)
IN RE LUCKIN COFFEE INC. SECURITIES LIT.   :
:     <u>ORDER</u>
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court has received Lead Plaintiffs' Response to the Motion to Allow Late Claim and Direct Disbursement of Funds, Dkt. 356, that was filed by Shek Chun Wai ("Claimant") on August 26, 2025. *See* Dkts. 353, 354. Lead Plaintiffs attached a Proposed Order, Dkt. 359, that would direct the Court-appointed Claims Administrator to accept Claimant's late claim and remit her a payment of $87,149.77.

Claimant does not object to Lead Plaintiffs' Proposed Order. Dkt. 361. Therefore the Claims Administrator is directed to remit Claimant a payment of $87,149.77 payable to her counsel, The Liu Law Firm. Payment shall be remitted no later than sixty days from the date of this Order.

The Clerk of the Court is respectfully directed to close Docket Numbers 353 and 354.

SO ORDERED.

Dated: September 15, 2025
       New York, New York                           JOHN P. CRONAN
                                                   United States District Judge